Fill in this information to identify the case:

Debtor name: **Artesian Future Technology, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF CALIFORNIA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ASI Partners<br>Attn: Teresa Lo<br>19850 E. Business Parkway<br>Walnut, CA 91789 | 510-226-8000 | Trade creditor | | | | $334,281.10 |
| American Express Gold<br>P.O. Box 981537<br>El Paso, TX 79998 | 212-640-2000 | Trade debt | | | | $220,939.00 |
| MA Laboratories, Inc.<br>Attn: Zhulin Jolin Wang<br>2075 N Capitol Avenue<br>San Jose, CA 95132 | Zhulin Jolin Wang<br>ashley.xie@malabs.com<br>1-800-962-5227 | Trade creditor | | | | $119,947.47 |
| Sodapoppin Enterprises, Inc.<br>c/o Brillstein Entertainment Partners<br>Attn: Ryan Dishell<br>9150 Wilshire Blvd., Ste 350<br>Beverly Hills, CA 90212 | Ryan Dishell<br>r.dishell@bep-la.com<br>310-205-5189 | Trade debt | | | | $48,000.00 |
| PayPal Credit/SYNCB<br>P.O. Box 960006<br>Orlando, FL 32896-0006 | | Trade debt | | | | $23,000.00 |
| Vanguard<br>c/o Ascensus<br>P. O. Box 28067<br>New York, NY 10087 | | Trade debt | | | | $16,205.48 |
| Parker Card<br>support@getparker.com | support@getparker.com | Trade debt | | | | $15,902.08 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 1

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Artesian Future Technology, LLC | | Case number (if known) | | |
|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| SBA<br>Office of Disaster Assistance<br>14925 Kinngsport Road<br>Fort Worth, TX 76155 | | SBA loan | | | | $15,000.00 |
| Brex<br>405 Howard Street<br>Suite 200<br>San Francisco, CA 94105 | 833-228-2044 | Trade debt | | | | $13,324.79 |
| Tuja International, Inc.<br>Attn: Andre Haugaard<br>210 Hampton Woods Lane<br>Raleigh, NC 27607 | | Refund of its security deposit due to a sublease of the nonresidential real property located at 226 James Jackson Avenue, Cary, North Carolina. This | Unliquidated | | | $11,869.00 |
| American Express<br>P.O. Box 981537<br>El Paso, TX 79998 | 212-640-2000 | Trade debt | | | | $11,160.20 |
| Quinlivan, Brian<br>10629 Woodbridge St<br>Unit 207<br>North Hollywood, CA 91602 | bquinliv3@gmail.com<br>562-208-7351 | Accrued PTO and/or unpaid wages | Contingent<br>Unliquidated<br>Disputed | | | $10,615.00 |
| Escobar, Jasmina<br>20928 Wilbeam Avenue<br>Apt 37<br>Castro Valley, CA 94546 | JasminaMBastidas@gmail.com<br>415-728-3939 | Accrued PTO and/or unpaid wages | Contingent<br>Unliquidated | | | $9,019.00 |
| Jennifer Doherty<br>1576 Fort Augustus Road<br>Mermaid, PE C1B 0Y8<br>CANADA | Jennifer Doherty<br>jennifer@jsdhumanresources.ca | Human resources services | | | | $8,000.00 |
| Valenti, Samuel<br>444 28TH ST<br>APT 22<br>Oakland, CA 94609 | | Accrued PTO and/or unpaid wages | Contingent<br>Unliquidated | | | $7,778.00 |
| Ross, Patrick<br>1608 Briarwood Place<br>Raleigh, NC 27614 | patrickr0689@gmail.com<br>919-607-6024 | Accrued PTO and/or unpaid wages | Contingent<br>Unliquidated | | | $7,698.00 |

| Debtor | Artesian Future Technology, LLC | | Case number (if known) | | |
|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Castillo, Alvaro**<br>**2013 Ruddy Rd**<br>**Raleigh, NC 27616** | alvaro.j.castillo@gmail.com<br>919-673-7019 | **Accrued PTO and/or unpaid wages** | **Contingent Unliquidated** | | | $7,295.00 |
| **Angel Klett**<br>**c/o NCDOL**<br>**1101 Mail Service Center**<br>**Raleigh, NC 27699** | dol.caseanalyst@labor.nc.gov<br>800-625-2267 | **Unpaid wages and/or PTO** | | | | $7,257.69 |
| **Geoffrion, James**<br>**2237 Pine st**<br>**Apt A**<br>**San Francisco, CA 94115** | | **Accrued PTO and/or unpaid wages** | **Contingent Unliquidated** | | | $7,204.00 |
| **DownToQuest**<br>**Attn: Kevin "Razor" Day** | Razor<br><br>downtoquest@gmail.com<br>719-728-8715 | **Trade debt** | | | | $7,200.00 |