MICHAEL W. MALTER, Esq., I.D. No. 96533
ROBERT G. HARRIS, Esq., I.D. No. 124678
JULIE H. ROME-BANKS, Esq., I.D. No. 142364
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408) 295-1700
Facsimile: (408) 295-1531
email: michael@bindermalter.com
email: rob@bindermalter.com
email: julie@bindermalter.com

Proposed Attorneys for Debtor-In-Possession

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>ARTESIAN FUTURE TECHNOLOGY, LLC, a North Carolina limited liability company, dba ARTESIAN BUILDS, dba ARTESIAN, LLC, dba BLDYR, INC., dba ARTESIAN,<br><br>Debtor. | Case No. 22-40396-CN<br><br>Chapter 11 |

### REQUEST FOR SPECIAL NOTICE

TO: The Clerk of the Above-entitled Court, all creditors and parties in interest, and the U. S. Trustee:

PLEASE TAKE NOTICE that the Debtor is represented by the law offices of Binder & Malter, LLP. Pursuant to Fed. R. Bankr. P. 2002, 9007 and 9010, the local rules of this Court and Bankruptcy Code §§ 102(1), 342 and 1109(b), all notices given or required to be given in this case and all papers served or required to be served shall be given and served upon this firm at the addresses indicated.

PLEASE TAKE FURTHER NOTICE that pursuant to Bankruptcy Code § 1109(b), the foregoing request for notices includes not only notices and papers referred to in the Rules and Sections specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand which affects or seeks to affect, in any way, any rights or interest of the Debtor.

PLEASE TAKE FURTHER NOTICE that in addition to serving notices on Michael W. Malter, Esq. of Binder & Malter, LLP, the Debtor requests that all notices be mailed to Julie H. Rome-Banks, Esq., at the following address:

> Julie H. Rome-Banks, Esq.
> Binder & Malter, LLP
> 2775 Park Avenue
> Santa Clara, CA 95050
> Telephone: (408) 295-1700
> Facsimile: (408) 295-1531
> Julie@BinderMalter.com

Dated: April 25, 2022　　　　　　　　BINDER & MALTER LLP


　　　　　　　　　　　　　　　　　By: /s/ Julie H. Rome-Banks
　　　　　　　　　　　　　　　　　　　Julie H. Rome-Banks
　　　　　　　　　　　　　　　　　　　Proposed Attorneys for Debtor