Debtor name **Artesian Future Technology, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) **22-40396-CN**

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
| **Adam Mahjoub** **c/o NCDOL** **Wage and Hour Bureau** **1101 Mail Service Center** **Raleigh, NC 27699** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Wage claim** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |

|  | | | |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,104.60** | **$1,104.60** |
| **Andrew Schlecht** **137 18th Avenue** **San Francisco, CA 94121** | ☑ Contingent ☑ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Accrued PTO and/or unpaid wages** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 1 of 1098

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,257.69 | $7,257.69 |

**Angel Klett**
**c/o NCDOL**
**1101 Mail Service Center**
**Raleigh, NC 27699**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages and/or PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Arizona Deparatment of Revenue**
**1600 W. Monroe St.**
**Brookdale, CA 95007**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Ascensus Trust**
**1655 43rd St. S. #100**
**Fargo, ND 58103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**401K liabillities**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,100.00 | $7,100.00 |

**Ashmore, Eric**
**109 ewing ct**
**FRANKFORT, KY 40601-2214**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO and/or unpaid wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 2 of 1098

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,888.00 | $2,888.00 |
|---|---|---|---|---|

**Bailey, Daniel**
**12 Cashel Dr**
**Bloomington, IL 61704**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO and/or unpaid wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $576.00 | $576.00 |
|---|---|---|---|---|

**Bolano, Jason**
**1677 19th Ave**
**San Francisco, CA 94122**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO and/or unpaid wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,031.00 | $2,031.00 |
|---|---|---|---|---|

**Branagan, Ryan**
**4562 Brogden Rd**
**Smithfield, NC 27577**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO and/or unpaid wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**California Dept. of Tax & Fee Adm.**
**P. O. Box 942879**
**Sacramento, CA 94279-0055**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales tax**

Last 4 digits of account number **1867**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 3 of 1098

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $192.00 | $192.00 |

**Cary, James**
**15480 Dallas Pkwy, apt 1047**
**apt 1047**
**Dallas, TX 75248**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO and/or unpaid wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,295.00 | $7,295.00 |

**Castillo, Alvaro**
**2013 Ruddy Rd**
**Raleigh, NC 27616**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO and/or unpaid wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,000.00 | $6,000.00 |

**Cheng, Alan**
**1329 12th ave**
**San Francisco, CA 94122**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO and/or unpaid wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,154.00 | $7,154.00 |

**Coalfleet, Wells**
**1407 Langstonshire Ln**
**Morrisville, NC 27560**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO and/or unpaid wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 4 of 1098

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.15**

Priority creditor's name and mailing address
**Commonwealth of Kentucky**
**Office of Unemployment Insurance**
**P. O. Box 948**
**Frankfort, KY 40602-0948**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Unemployment insurance**

Last 4 digits of account number **4662**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.16**

Priority creditor's name and mailing address
**Comptroller of Maryland**
**Business Tax Collections**
**101 W. Preston Street, Room 409**
**Baltimore, MD 21201-2383**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number **3233**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.17**

Priority creditor's name and mailing address
**Dankner, Nicholas**
**19203 Spring Meadow Drive**
**Chapel Hill, NC 27517**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO and/or unpaid wages**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.18**

Priority creditor's name and mailing address
**Darrow, Elliot**
**301 Manor Ridge Drive**
**Carrboro, NC 27510**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$3,306.00**    **$3,306.00**

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO and/or wages**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 | $400.00 |
|---|---|---|---|---|

**Davis, Jamal**
**1180 Summer Way**
**Pittsburg, CA 94565**

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO and/or unpaid wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $680.00 | $680.00 |
|---|---|---|---|---|

**Douglas, Andrew**
**5249 Wren Ave**
**Apt 62**
**El Paso, TX 79924**

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO and/or unpaid wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Employment Development**
**Department**
**State of California**
**P.O. Box 826880/MIC 4**
**Sacramento, CA 94280-0001**

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
- ■ No
- ☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,019.00 | $9,019.00 |
|---|---|---|---|---|

**Escobar, Jasmina**
**20928 Wilbeam Avenue**
**Apt 37**
**Castro Valley, CA 94546**

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO and/or unpaid wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 6 of 1098

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Franchise Tax Board**
**Bankruptcy Unit**
**P.O. Box 2952**
**Sacramento, CA 95812**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Noticing purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Franklin County Occupational Tax**
**P. O. Box 594**
**Frankfort, KY 40602**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Report of wages and taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$264.00** | **$264.00** |
|---|---|---|---|---|

**Fraser, Samuel**
**5108 Turnsberry ct**
**elk grove, CA 95758**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO and/or unpaid wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$432.00** | **$432.00** |
|---|---|---|---|---|

**Gallagher, John**
**1908 34th Street**
**Sacramento, CA 95816**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO and/or unpaid wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,640.00 | $2,640.00 |
|---|---|---|---|---|

**Garcia, Dave**
**1221 E 20th St**
**Oakland, CA 94606**

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO and/or unpaid wages**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,204.00 | $7,204.00 |
|---|---|---|---|---|

**Geoffrion, James**
**2237 Pine st**
**Apt A**
**San Francisco, CA 94115**

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO and/or unpaid wages**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Georgia Department of Revenue**
**6055 Lakeside Commons Drive,**
**Suite 200**
**Macon, GA 31210**

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales tax**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,317.00 | $4,317.00 |
|---|---|---|---|---|

**Gilliam, Adrian**
**4671 Langdon Dr**
**Morrisville, NC 27560**

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO and/or unpaid wages**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 8 of 1098

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Hawaii Department of Revenue**
**803 Punnchbowl Street**
**Honolulu, HI 96813-5094**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,440.00 | $1,440.00 |
|---|---|---|---|---|

**Hensley, Jeremy**
**6565 Spencer Hwy Apt 2510**
**Pasadena, TX 77505**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO and/or unpaid wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**ILLINOIS DEPARTMENT OF**
**REVENUE**
**PO BOX 19034**
**Springfield, IL 62794-9084**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Indiana Department of Revenue**
**P. O. Box 7218**
**Indianapolis, IN 46207**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 9 of 1098

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

| **Internal Revenue Service**<br>**Special Procedures**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed |
|---|---|

| Date or dates debt was incurred | Basis for the claim:<br>**Noticing purposes** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes |

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,000.00** | **$2,000.00** |
|---|---|---|---|---|

| **Jiang, Minyang**<br>**9835 Loftus Drive**<br>**El Monte, CA 91731** | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed |
|---|---|

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued PTO and/or unpaid wages** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes |

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,453.00** | **$5,453.00** |
|---|---|---|---|---|

| **Kaiser, Steven**<br>**3511 201st SW Place**<br>**Lynnwood, WA 98036** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued PTO and/or wages** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes |

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

| **Kansas Department of revenue**<br>**P. O. Box 3506**<br>**Topeka, KS 66625-3506** | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed |
|---|---|

| Date or dates debt was incurred | Basis for the claim:<br>**Sales tax** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 10 of 1098

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.00 | $750.00 |
|---|---|---|---|---|

**Klett, Angel**
**51 Abba Circle**
**MIDDLESEX, NC 27557**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO and/or unpaid wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,042.00 | $5,042.00 |
|---|---|---|---|---|

**Leach, Adam**
**1297 NE Mt. Lacrosse Ln.**
**Apt N205**
**Bremerton, WA 98311-3879**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO and/or unpaid wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,042.00 | $5,042.00 |
|---|---|---|---|---|

**Leach, Adam**
**1297 NE Mt. Lacrosse Lane #N205**
**Bremerton, WA 98311**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO and/or wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,184.00 | $4,184.00 |
|---|---|---|---|---|

**Lebron, Angel**
**116 Northington Pl Apt D**
**Cary, NC 27513**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO and/or unpaid wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 11 of 1098

| | | |
|---|---|---|
| 2.43 | Priority creditor's name and mailing address<br>**Little, Erin**<br>**20728 Whitewood Way**<br>**Tampa, FL 33647** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: **$3,656.00**   **$3,656.00**

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO and/or unpaid wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 2.44 | Priority creditor's name and mailing address<br>**Little, John**<br>**1144 Park Ave**<br>**Alameda, CA 94501** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: **$1,447.00**   **$1,447.00**

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO and/or unpaid wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 2.45 | Priority creditor's name and mailing address<br>**Luna, Ariel**<br>**116 Northington Place #D**<br>**Cary, NC 27513** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: **$2,613.00**   **$2,613.00**

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO and/or wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 2.46 | Priority creditor's name and mailing address<br>**Mahjoub, Adam**<br>**10310 Strome Avenue #202**<br>**Raleigh, NC 27617** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: **$2,059.00**   **$2,059.00**

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO and/or wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Maryland Comptroller
Taxpayer Service Divison
110 Carroll Street
Annapolis, MD 21411-0001**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales tax**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Massachusetts Department of Revenue
P. O. Box 7000
Boston, MA 02204**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales tax**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Minnesota Department of Revenue
600 N. Robert St.
Saint Paul, MN 55146**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales tax**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $420.24 | $420.24 |
|---|---|---|---|---|

**Missouri Dept of Revenue
P.O. Box 3375
Taxation Division
Jefferson City, MO 65105-3375**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred
**1/1/21-3/31/21**

Basis for the claim:
**withholdin taxes**

Last 4 digits of account number **9443**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 13 of 1098

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**New York State Dept of Taxation & Financ**
**Bankruptcy Section**
**P. O. Box 5300**
**Albany, NY 12205-0300**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**New York sales taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown |
|---|---|---|---|---|

**North Carolina Dept of Commerce**
**P.O. Box 27967**
**Div. of Employment Security**
**Raleigh, NC 27611-7967**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred
**2015**

Basis for the claim:
**Wage Audit Notice**

Last 4 digits of account number **5983**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,174.81 | $3,174.81 |
|---|---|---|---|---|

**North Carolina Dept of Revenue**
**P. O. Box 25000**
**Raleigh, NC 27640-0640**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales tax, payroll tax and corporate income tax/franchise fees**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Ohio Department of Taxation**
**Attn: Compliance Business Tax Division**
**P. O. Box 2678**
**Columbus, OH 43216-2678**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 14 of 1098

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|------|---|---|---|---|

**Oklahoma Deparatment of Revenue**
300 N. Broadway
Oklahoma City, OK 73102

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales tax**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,034.00 | $4,034.00 |
|------|---|---|---|---|

**Ortega, Charly**
1144 Park Ave.
Alameda, CA 94501

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO and/or unpaid wages**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,615.00 | $10,615.00 |
|------|---|---|---|---|

**Quinlivan, Brian**
10629 Woodbridge St
Unit 207
North Hollywood, CA 91602

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO and/or unpaid wages**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $615.00 | $615.00 |
|------|---|---|---|---|

**Rems, Jacob**
219 Chestnut ct
San Ramon, CA 94583

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO and/or unpaid wages**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 15 of 1098

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,923.00 | $3,923.00 |

**Rhoades, Joshua**
**6510 amador valley blvd**
**dublin, CA 94568**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO and/or unpaid wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,698.00 | $7,698.00 |

**Ross, Patrick**
**1608 Briarwood Place**
**Raleigh, NC 27614**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO and/or unpaid wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,585.00 | $5,585.00 |

**Sampson, Jesse**
**127A Biddle Loop**
**# A**
**WEST POINT, NY 10996**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO and/or unpaid wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,750.00 | $3,750.00 |

**Santana Knupp Cerqueira - Erick**
**Luiz**
**690 Long Bridge Street**
**apt #1401**
**San Francisco, CA 94158**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO and/or unpaid wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 16 of
1098

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,631.00 | $2,631.00 |
| | **Sherrill, Zakkery** | *Check all that apply.* | | |
| | **14321 Macquarie Dr** | ■ Contingent | | |
| | **Pflugerville, TX 78660** | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued PTO and/or unpaid wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
| | **Sherrill, Zakkery L.** | *Check all that apply.* | | |
| | **c/o Texas Workforcce Commission** | ☐ Contingent | | |
| | **P. O. Box 2211** | ☐ Unliquidated | | |
| | **McAllen, TX 78501-2211** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Unemployment benefits** | | |
| | Last 4 digits of account number **0925** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
| | **Tennessee Department of Revenue** | *Check all that apply.* | | |
| | **Andrew Jackson State Office Bldg.** | ☐ Contingent | | |
| | **500 Deaderick Street** | ☐ Unliquidated | | |
| | **Nashville, TN 37242** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Sales tax** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
| | **Texas Comptroller** | *Check all that apply.* | | |
| | **P. O. Box 13528 Captiol Station** | ■ Contingent | | |
| | **Austin, TX 78711-3528** | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Sales tax** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 17 of 1098

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $960.00 | $960.00 |
|---|---|---|---|---|

**Thomas, Rony**
**1011 Beach Pointe Ave**
**Apt 105**
**Raleigh, NC 27604**

Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO and/or unpaid wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,615.00 | $6,615.00 |
|---|---|---|---|---|

**Tillett, Micah**
**84 Singleton Ln**
**Frankfort, KY 40601**

Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO and/or unpaid wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $680.00 | $680.00 |
|---|---|---|---|---|

**Toal, Peter**
**19608 Galway Bay Cir**
**Apt 401**
**Germantown, MD 20874**

Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO and/or unpaid wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Torrell, Kent**
**5002 Greenview Drive**
**Durham, NC 27713**

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Claim for accrued PTO and/or unpaid wages**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 18 of 1098

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $800.00 | $800.00 |
|---|---|---|---|---|

**Turner, Brayden**
**14470 spearfish dr**
**Foley, AL 36535**

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO and/or unpaid wages**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Utah Department of Revenue**
**210 N. 1950 W.**
**Salt Lake City, UT 84113-4000**

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales tax**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,778.00 | $7,778.00 |
|---|---|---|---|---|

**Valenti, Samuel**
**444 28TH ST**
**APT 22**
**Oakland, CA 94609**

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO and/or unpaid wages**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,600.00 | $3,600.00 |
|---|---|---|---|---|

**Vandenbelt, Peter**
**1508 10th Ave**
**San Francisco, CA 94122**

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO and/or unpaid wages**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 19 of 1098

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,000.00 | $3,000.00 |
|------|---------------------------------------------|-----------------------------------------------|-----------|-----------|

**Vanderkamp, Deniz**
**151 Nantucket ln.**
**Vallejo, CA 94590**

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO and/or unpaid wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Virginia Department of Revenue**
**P. O. Box 26627**
**Richmond, VA 23261-6627**

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
- ■ No
- ☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,462.00 | $4,462.00 |
|------|---------------------------------------------|-----------------------------------------------|-----------|-----------|

**Vu, Tung**
**3407 Guess Rd**
**Durham, NC 27705**

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO and/or unpaid wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $240.00 | $240.00 |
|------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Wante, Garrett**
**39 Baldwinville Road**
**Winchendon, MA 01475**

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO and/or unpaid wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 20 of 1098

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,154.00** | **$7,154.00** |
| --- | --- | --- | --- | --- |

2.79
Priority creditor's name and mailing address
**Wells P. Coalfleet, III**
**c/o NCDOL**
**1101 Mail Service Center**
**Raleigh, NC 27699**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,154.00**  **$7,154.00**

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO and/or unpaid wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**)

Is the claim subject to offset?
☑ No
☐ Yes

---

2.80
Priority creditor's name and mailing address
**Whittles, Zachary**
**95 W 5th Ave**
**Apt 444**
**San Mateo, CA 94402**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**$6,143.00**  **$6,143.00**

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO and/or unpaid wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**)

Is the claim subject to offset?
☑ No
☐ Yes

---

2.81
Priority creditor's name and mailing address
**Wisconsin Department of Revneue**
**P. O. Box 3028**
**Milwaukee, WI 53201-3028**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Sales tax**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**)

Is the claim subject to offset?
☑ No
☐ Yes

---

2.82
Priority creditor's name and mailing address
**Xiong, Yeng**
**22120 Center Street #701**
**Castro Valley, CA 94546**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$367.00**  **$367.00**

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO and/or unpaid wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**)

Is the claim subject to offset?
☑ No
☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 21 of 1098

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $808.00 | $808.00 |
|---|---|---|---|---|

**Zito, Luke**
**295 Ewing Ter**
**San Francisco, CA 94118**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO and/or unpaid wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**A.E. Freed**
**1 Roberta st**
**Farmingdale, ME 04344**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**A7fam (Labyrinth)**
**THA7wonGUY@gmail.com**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Aaliyah Robertson**
**a.robertson5892@gmail.com**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Aaron Browy**
**3800 N El Mirage RD. $5812**
**Avondale, AZ 85392**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Aaron Christson**
**512 Terrace Dr**
**DeSoto, KY 75115**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 22 of 1098

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| | Aaron Cooper | |
| | 1710 S. Fairdale Ave. | |
| | Casper, WY 82601 | |

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| | Aaron Costello | |
| | aaron.costello@gmail.com | |

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| | Aaron D Marchand | |
| | 329 E Conant St | |
| | Portage, WI 53901 | |

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| | Aaron F Lingad | |
| | 13037 Roundup Ave | |
| | San Diego, CA 92129 | |

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| | Aaron Garringer | |
| | 20050 N Cave Creek Road, apartment 390 | |
| | Phoenix, TN 85024 | |

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| | Aaron Grunwald | |
| | 12450 Culver Blvd #306 | |
| | Los Angeles, CA 90066 | |

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| | Aaron Jones | |
| | 630 Solon Rd Apt C202 | |
| | Waxahachie, TX 75165 | |

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 23 of 1098

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Aaron Lee Abrams**
**1504 Terrace Road**
**Sylacauga, AL 35150**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Aaron Ortman**
**580 Stony Battery road**
**Landisville, PA 17538**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Aaron Prudhomme**
**90 B Robinson Road**
**APT B**
**Hinsdale, MA 01235**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Aaron Renaud**
**130 Burnett Way**
**Alpharetta, GA 30009**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**AARON SAMPSON**
**2132 SHERWOOD RD**
**KINGSPORT, TN 37664**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Aaron Stadler**
**530 Bennington Dr**
**Rochester, NY 14616**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**aaron taliferro**
**1404 E 97th St #c**
**Kansas City, MO 64131**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.20 **Nonpriority creditor's name and mailing address**<br>**Aaron Yontrarak**<br>**59 Quincy Street**<br>**Bangkok 2155**<br>**THAILAND**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.      **Unknown**<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Potential warranty claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.21 **Nonpriority creditor's name and mailing address**<br>**Aaryn Cann**<br>**6126 N 7TH ST**<br>**PHILADELPHIA, PA 19120**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.      **Unknown**<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Marketing Influencer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.22 **Nonpriority creditor's name and mailing address**<br>**Abbey Dimas**<br>**itstinkerjell@gmail.com**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.      **Unknown**<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Marketing Influencer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.23 **Nonpriority creditor's name and mailing address**<br>**Abby Miller**<br>**566 S Raceway Rd**<br>**Indianapolis, IN 46231**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.      **Unknown**<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Marketing Influencer**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.24 **Nonpriority creditor's name and mailing address**<br>**abdul mumin henry**<br>**171 prospect st**<br>**wilkes-barre, PA 18702**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.      **Unknown**<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Potential warranty claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.25 **Nonpriority creditor's name and mailing address**<br>**abdulelah**<br>**riyadh / narjes**<br>**Ar Riyadh, Narjes 12345**<br>**SAUDI ARABIA**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.      **Unknown**<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Potential warranty claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.26 **Nonpriority creditor's name and mailing address**<br>**Abdullah baker**<br>**1524 mockingbird lane**<br>**Longwood, FL 32750**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.      **Unknown**<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Potential warranty claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 25 of 1098

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Abel Stekelenburg**
**Vijverhoef 26**
**Amsterdam, 1081ax**
**NETHERLANDS**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Abigail Fulcer**
**8811 Garden Lane**
**Greendale, WI 53129**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Abigail Fulcer**
**abigail@fulcer.net**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Abigail Mills**
**11118 Old Frederick Rd**
**Thurmont, MD 21788**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Abigail Parcellin**
**theradabbey@gmail.com**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Abraham Laguna**
**4549 Special Ct**
**Las Vegas, NV 89130**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Abraham Martinez**
**5156 Hereford Way**
**Antioch, CA 94531**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 26 of 1098

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Aco Dencic**
flat 33 Dighton Court
London, England S #5 opr
UNITED KINGDOM

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Marketing Influencer**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Adam Ashdown**
info@addzeey.com

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Marketing Influencer**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Adam Badi**
48 Chilton Ave
RECEIVING DOCK GARAGE
San Francisco, CA 94131

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Potential warranty claim**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Adam Corson**
3814 Cocina Ln
Palmdale, CA 93551

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Marketing Influencer**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Adam Corson**
3814 Cocina Ln
Palmdale, CA 93551

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Marketing Influencer**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Adam Cushman**
2325 Shinbone Rd
Sevierville, TN 37876

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Potential warranty claim**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Adam D McCann**
188A Broadway
Costa Mesa, CA 92627

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Potential warranty claim**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 27 of 1098

Name

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Adam Dunston**
7308 W Washington St
West Allis, WI 53214

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | | Unknown |

**Adam Filsinger**
3848 Dalewood St
Pittsburgh, PA 15227

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | | Unknown |

**Adam Gibson**
740 Spruce Ct
Pine Island, MN 55963

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | | Unknown |

**Adam Grenon**
138 rue Napoleon
Levis, Quebec G6V 6A3
CANADA

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | | Unknown |

**Adam Hawkins**
514 S Spur
Mesa, AZ 85204

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | | Unknown |

**Adam Heywood**
3591 Maltby Road
Oakfield, NY 14125

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | | Unknown |

**Adam Hochberger**
3611 SW 34TH ST
APT 180
Gainesville, FL 32608

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 28 of 1098

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Adam Leath**
24116 Palomino Dr
Diamond Bar, CA 91765

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Adam Leibler**
mal@malforthewin.com

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Adam Leibler**
3564 Charleswood Ave
Memphis, TN 38122

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Adam Lindquist**
6701 Mohawk Dr
Chanhassen, MN 55317

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Adam Linthicum**
4431 W Wallace Ave
Tampa, FL 33611

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Adam M Matthews**
17121 Russet Dr
Bowie, MD 20716

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Adam Omar**
10310 Strome Ave
Apt 202
Raleigh, NC 27617

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 29 of 1098

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--|--|--|

**Adam Pletcher**
**3263 Darby Glen Blvd**
**Hilliard, OH 43026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--|--|--|

**adam procuniar**
**6106 CEZANNE AVE**
**LUTZ, FL 33558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--|--|--|

**Adam R Wilson**
**2010 ashberry trail**
**Georgetown, TX 78626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--|--|--|

**Adam Reid**
**203 Hillcrest Dr**
**Bradenton, FL 34209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--|--|--|

**Adam Samuel Harwood**
**3511 Grassmere Rd**
**Naperville, IL 60564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--|--|--|

**Adam Sulja**
**942 Erie Ave W**
**Kingville, Ontario N9Y3E2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--|--|--|

**Adam Whiting**
**4373 Ashley Park Dr**
**West Des Moines, IA 50265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 30 of 1098

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Adam Zinader**
20 Stablegate Ct.
Fairfield, OH 45014

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Adan Garcia**
464 savage road
ChurchVille, NY 14428

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Addie Govero**
15046 Marchand Court
Apt A
Fort Polk, LA 71459

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ader, Inc.**
15315 W. Magnolia Blvd., Ste. 401
Sherman Oaks, CA 91403

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Adin Ross**
adinrosstemp@outlook.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Adin Ross YouTube**
adinrosstemp2@outlook.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Adobe Systems, Inc.**
345 Park Avenue
San Jose, CA 95110-2704

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Software**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 31 of 1098

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Adonteng Akore**
**2200 Homestead Ave N**
**Oakdale, MN 55128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Adrian Abernethy**
**112 E. J ST.**
**Newton, NC 28658**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Adrian Arias**
**1315 Keel Pl**
**Valrico, FL 33594**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Adrian Harvat**
**1201 old highway 63 south, 1121**
**Columbia, MO 65201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**ADRIAN KADUE**
**969 LABORE INDUSTRIAL COURT**
**ST PAUL, MN 55110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**ADRIAN KADUE**
**7775 MAIN STREET NE**
**FRIDLEY, MN 55432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Adrian O Zapata**
**2208 North 93rd Lane,**
**PHOENIX, AZ 85037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 32 of 1098

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Adrian Ortega**
6426 Whitbourne Dr
Houston, TX 77084

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Adrian Robles**
6130 Monterey hwy space 143
San Jose, CA 95138

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Adrian Vazquez**
16732 Maraschino Dr
Noblesville, IN 46062

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Adrian Vizcarra**
859 Serena Dr
Pacifica, CA 94044

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Adriana Quezada**
18551 Timber Forest Drive
C32
Atascocita, TX 77346

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**adrianna Bartlett**
6608 s juanita st
tampa, FL 33616

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Adrianna Mathis**
5 Van Allen Way, Apt 524
Rensselaer, NY 12144

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 33 of 1098

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|-----|-----|-----|

**Adrieana Blazin**
**878 Woodbine Lane**
**Quakertown, PA 18951**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|-----|-----|-----|

**Adrienne Jones**
**3004 Macadamia Way**
**Dover, DE 19901**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|-----|-----|-----|

**Aeshia Mendez**
**5615 W Roanoke Ave**
**Phoenix, AZ 85035**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|-----|-----|-----|

**Affiliatly**
**906 Cherry Court**
**Oak Grove, MO 64075**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Receivable tracking software__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|-----|-----|-----|

**Affirm, Inc., aka Affirm Loan Services,**
**650 California St., Fl 12**
**San Francisco, CA 94108**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt - possible refunds to clients__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|-----|-----|-----|

**AFK Creators, LTD**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|-----|-----|-----|

**Agnes Gonzales**
**1835 Blossom Ave**
**Delano, CA 93215**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Agustin Mahiah Tate**
**545 East 3rd Avenue**
**Colville, WA 99114**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ahna Kerr**
**24 S POPLAR ST APT 3, Apt 3**
**SONORA, CA 95370**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ahna Kerr**
**contacthamoncutta@gmail.com**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Aidan Carlson**
**1328 hinman ave**
**apartment 2 basement**
**evanston, IL 60201**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Aidan Holzer**
**1130 N 2nd St**
**Payette, ID 83661**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Aidan Kear**
**3003 Semmes Lane**
**Indian Trail, NC 28079**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Aidan Provanzano**
**GorgoknightCDL@gmail.com**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 35 of
1098

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Aidan provenzano**
2141 hampton rd
Livemrore, CA 94550

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Aidan Roberts**
100 Still Creek Lane, Apt 3301
Athens, GA 30605

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Aiden B Eichenour**
8015 w mooresville rd
camby, IN 46113

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Aileen Cope**
2318 Locust Street
Greensburg, PA 15601

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ailene Nguyen**
itsshirokuma00@gmail.com

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Aimee Gillette**
6045 S Ridgeline Drive
Apt. L304
South Ogden, UT 84405

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,282.50 |
|---|---|---|---|

**Airtronics Metal Pro**
140 San Pedro Avenue
Morgan Hill, CA 95037

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 36 of 1098

**3.104**

Nonpriority creditor's name and mailing address
**Aissaoui Fahem**
fahmeux1@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.105**

Nonpriority creditor's name and mailing address
**Aizelmarie Magsino**
aizel.magsino@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.106**

Nonpriority creditor's name and mailing address
**Aki Kaukonen**
Poukamankatu
19 A 12, 70340 Kuopio
FINLAND

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.107**

Nonpriority creditor's name and mailing address
**Akobir Turaev**
2430 North Highwood Avenue
Boise, ID 83713

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.108**

Nonpriority creditor's name and mailing address
**Al Breach**
alchestbreach@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.109**

Nonpriority creditor's name and mailing address
**Al Robinson**
2809 Cannada Ave
Durham, NC 27704

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.110**

Nonpriority creditor's name and mailing address
**Alaina Kelly**
806 West Dean Avenue
Killeen, TX 76541

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 37 of 1098

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alan Camper**
**239 Vista Grande Ave**
**Daly City, CA 94014**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alan L Hulstrunk**
**2405 NW 29th Street**
**Corvallis, OR 97330**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alan L Stenger**
**5200 WEATHERVANE LN**
**FLOWER MOUND, TX 75028**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alan Watters**
**21 Ekins Street**
**Oran Park New South Wales 2570**
**AUSTRALIA**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alan Watters**
**21 Ekins Street**
**Oran Park New South Wales 2570**
**AUSTRALIA**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alana Deanne**
**Avrusa@outlook.com**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alayna Bryant**
**1728 92nd Dr SE**
**Lake Stevens, WA 98258**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 38 of 1098

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.118**
Nonpriority creditor's name and mailing address
**Alazar Lema**
**2216 County Road E W**
**New Brighton, MN 55112**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.119**
Nonpriority creditor's name and mailing address
**Albert Carrick**
**422 N. Pecan St**
**ARLINGTON, TX 76011**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.120**
Nonpriority creditor's name and mailing address
**Albert Dominguez**
**14 Deane St**
**Apt 24**
**Ellsworth, ME 04605**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.121**
Nonpriority creditor's name and mailing address
**Albert Martinez**
**118 E. Mesquite**
**Mathis, TX 78368**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.122**
Nonpriority creditor's name and mailing address
**Albert Reyes**
**9066 Ivybridge St**
**Las Vegas, NV 89123**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.123**
Nonpriority creditor's name and mailing address
**alberto florez**
**89 rapp rd**
**monticello, NY 12701**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.124**
Nonpriority creditor's name and mailing address
**Alberto Lozano**
**6047 Lyndell Springs**
**San Antonio, TX 78244**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 39 of 1098

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alden Li  ina**
**835 Nesconset Highway Apt. B-16**
**Nesconset, NY 11767**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address |
|---|---|

**Aldron Purisima**
**4587 China Rose Cir**
**Sparks, NV 89502**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No  ☐ Yes

Unknown

---

| 3.127 | Nonpriority creditor's name and mailing address |
|---|---|

**Alec**
**327 Worman Drive**
**Gahanna, OH 43230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No  ☐ Yes

Unknown

---

| 3.128 | Nonpriority creditor's name and mailing address |
|---|---|

**Alec Deker**
**1525 Eden Isle Blvd NE, APT 144**
**Saint Petersburg, FL 33704**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No  ☐ Yes

Unknown

---

| 3.129 | Nonpriority creditor's name and mailing address |
|---|---|

**Alec Dorsey**
**5550 Caddis Bend, Apt 308**
**Fitchburg, WI 53711**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No  ☐ Yes

Unknown

---

| 3.130 | Nonpriority creditor's name and mailing address |
|---|---|

**Alec J Alldritt**
**19 Von Steuben St.**
**Goose Creek, SC 29445**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No  ☐ Yes

Unknown

---

| 3.131 | Nonpriority creditor's name and mailing address |
|---|---|

**Alec Jerauld**
**4278 Edgewater Dr NW**
**Kennesaw, GA 30144**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No  ☐ Yes

Unknown

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 40 of 1098

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Alec Koudijs**
**89 Needham St**
**Apt 2451**
**Newton, MA 02461**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Alec Peddecord**
**pimpsnotsimpstv@gmail.com**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Alec Russell**
**anrussell0621@gmail.com**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Alejandra Dollis**
**1541 Saint Denis St.**
**New Orleans, LA 70122**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Alejandro Benabe**
**1001 haworth st**
**Philadelphia, PA 19124**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**ALEJANDRO C SPRADLEY**
**4220 Skyview Crest Rd nw**
**Albuquerque, NM 87114**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Alejandro Delgado**
**1912 Southwest Elington Street**
**Bentonville, AR 72112**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 41 of 1098

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Alejandro Ruiz jr**
931 W 33rd Pl
Chicago, IL 60608

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Aleks Muts**
nyrbure10@hotmail.com

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing  Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Aleksan Jerahian**
601 Caleb St
Glendale, CA 91202

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Ales Rajar**
4550 2e Avenue #207
Montreal QC H1Y 0B2
CANADA

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Alex  Anderlionis**
532 Pembroke Woods Dr
Pembroke, MA 02359

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Alex B Acosta**
3667 Heirloom Rose Place
Oviedo, FL 32766

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Alex Bailey**
5701 South Moonfire Way
Boise, ID 83709

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 42 of 1098

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alex Bal**
109 Stoneham Ct
Bolingbrook, IL 60440

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | Unknown |

**Alex Benabe**
destroytemp@temp.com

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing  Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | Unknown |

**Alex Bihlmeyer**
8865 Lady Madonna Circle #306
9-306
Highlands Ranch, CO 80129

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | Unknown |

**Alex Blake**
6 Foote RD
BOW, NH 03304

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | Unknown |

**Alex Broumand**
672 Swalnut Ln
Santa Barbara, CA 93111

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | Unknown |

**Alex calustro**
1928 N George mason dr
Arlington, VA 22205

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | Unknown |

**Alex Carpenter**
1001 Longhorn Dr.
Aubrey, TX 76227

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 43 of 1098

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alex Castro**
**494 Rockingham court**
**Tracy, CA 95376**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alex Dethvongsa**
**1 N London Ct**
**South Elgin, IL 60177**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alex Finnell**
**1280 West Peachtree Street NW**
**Atlanta, GA 30309**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alex Gilbert**
**5220 rue Jeanne-Mance #210**
**Monteal QC H2V 0A2**
**CANADA**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alex Gordon**
**nbwajg@gmail.com**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alex Grove**
**2820 Holiday Ranch Loop Road**
**Park City, UT 84060**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alex Hamilton**
**7R Bonnie Lane**
**Derry, NH 03038**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 44 of
1098

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alex Harvey**
**2535 trinity circle**
**Apartment A**
**Colorado Springs, CO 80918**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alex Hefner**
**165 Carriage Hills Blvd Apt 817**
**Conroe, TX 77384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alex Hefner**
**alex.hefner@yahoo.com**

Date(s) debt was incurred __

☐ Contingent
☐ Unliquidated
☐ Disputed

Last 4 digits of account number __

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alex Higueras**
**198 Juanita Way**
**San Francisco, CA 94127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alex J Anzoategui**
**1527 11th ST, 10**
**Santa Monica, CA 90401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alex Jaber**
**855 Central Ave Unit 405**
**St. Petersburg, FL 33701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alex Jaber**
**855 Central Ave Unit 405**
**St. Petersburg, FL 33701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 45 of
1098

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alex Jencks**
**173 Harper St.**
**Weyers Cave/Harrisonburg, VA 24486**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alex Kasmauski**
**3020 Roosevelt Road**
**Muskegon, MI 49441**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alex Ledesma**
**647 N James St**
**Hazleton, PA 18201**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alex Mabes**
**2912 Laurelwood dr**
**matthews, NC 28105**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alex Mata**
**8119 Fallow Drive**
**Gaithersburg, MD 20877**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alex Mercado**
**ajmercadobiz@gmail.com**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alex Morales**
**859 12th st**
**Hammonton, NJ 08037**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 46 of 1098

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alex Noble**
193 Yonge Street, 1
Kingston, Ontario K7M 1G2
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alex Omar Lerma**
2500 E 22nd St, Apt. 212
Austin, NM 78722

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alex Pardillo**
6501 HAMMERSMITH DR
RALEIGH, NC 27613

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alex Popowski**
47742 151st Street
Milbank, SD 57252

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alex Raines**
3751 meadowlark ln
Fairfax, OH 45227

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alex Ramirez**
327 Taubert Avenue
Batavia, IL 60510

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alex raymond**
62704 N pontchartrain dr
Lacombe, LA 70445

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 47 of 1098

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alex Ryan**
**16 Southwood Drive**
**Orinda, CA 94563**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alex Ryan**
**20 Maryland Avenue**
**Unit 416**
**Rockville, MD 20850**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alex Steible**
**10 Walter Avenue**
**Easton, PA 18045**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alex Tillie**
**12835 Broad Street Road**
**Henrico, VA 23233**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alex Vega**
**455 E. Ash Ave**
**Apt 10A**
**Shafter, CA 93263**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alex Velasco**
**twitchvbreezy@gmail.com**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alex Vnluan**
**10460 Maya Linda Rd Apt F 212**
**San Diego, CA 92126**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com · Best Case Bankruptcy

Name

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alex Wells**
**4601 Pedroncelli Ct. NW**
**Albuquerque, NM 87107**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alex William Danosky**
**815 E Market St Apt 1**
**Bloomington, IL 61701**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alexa Brett**
**2695 196th Ave NE**
**East Bethel, MN 55011**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alexander**
**2895 belle st**
**San Bernardino, CA 92404**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alexander B Wiley-Boyce**
**91-1095 Kaihi St**
**EWA BEACH, HI 96706**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alexander B Wiley-Boyce**
**91-1095 Kaihi St**
**EWA BEACH, HI 96706**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alexander Bessey**
**830 mill street**
**Marion, MA 02738**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 49 of 1098

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alexander Borromeo**
16309 Inglewood Rd NE
Kenmore, WA 98028

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alexander Bowden**
9 Kristen Court
Warwick, RI 02888

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alexander Bowman**
185 E Tami Circle #203
Westland, MI 48186

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alexander Castro**
sergeantmuricagaming@gmail.com

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alexander Chmiel**
1616 156th Ave NE
Apt 212
Bellevue, WA 98007

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alexander Christoforides**
57 Bear Mountain Road
Danbury, CT 06811

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alexander D Cagle**
8227 Red Shank Lane
Fort Wayne, IN 46825

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 50 of 1098

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alexander Dimech**
adimechh@gmail.com

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alexander Garland**
2900 South Memorial Drive #603
New Castle, IN 47362

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alexander Grey**
260 Hartford Road
Brooklyn, CT 06234

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alexander Infante**
8127 Monte Park Avenue, Apt 1
Fair Oaks, CA 95628

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alexander Jeramy Baker**
199 35th Street
Springfield, OR 97478

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alexander John Rausch**
4400 West Missouri Avenue, Lot 158
GLENDALE, AZ 85301

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alexander Lazaroff Alpi**
770 5th Street NW, #601
Washington, DC 20001

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No  ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 51 of 1098

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alexander Leflar**
6 Kaiser Court
Palm Coast, FL 32164

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Alexander Leyva**
2431 fm 138
Garrion, TX 75946

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Alexander Lucier**
1801 Monks Ave Apt 836
Mankato, MN 56001

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Alexander Luksch**
19 Michele Drive
Depew, NY 14043

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Alexander M Hoffman**
17 Provincial Court
Kirkwood, MO 63122

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Alexander MacLeod**
155 Parker St.
Lowell, MA 01851

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Alexander Manning**
381 Corbin Ave
Staten Island, NY 10308

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 52 of 1098

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alexander Maphey**
1725 Andrews Circle
Suisun City, CA 94585

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alexander Meinhart**
400 RHINE ST
TEUTOPOLIS, IL 62467

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alexander Mohr**
300 2nd Ave
apt 1174
Needham, MA 02494

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alexander P. Maier**
3256 West Palmer Street, 2
Chicago, IL 60647

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alexander Roberts**
312 Cujo Ln
Summerville, SC 29486

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alexander Schiller**
14230 W Grange Ave
New Berlin, WI 53151

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alexander Shuckerow**
2815 S 34th St
Omaha, NE 68105

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 53 of 1098

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Name

**Alexander Smith**
**2300 8th Ave**
**Watervliet, NY 12189**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alexander Stephens**
**545 Winchester St**
**Daly City, CA 94014**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alexander Vander Molen**
**1481 Preston Ridge St NW**
**C33**
**Grand Rapids, MI 49504**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alexander William Lira**
**99 Quercus Ave**
**Willimantic, CT 06226**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alexandre Endiakov**
**101 lake avenue**
**apartment 2000**
**Orlando, FL 32801**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alexandre McDonald**
**833 Calle Lagasca**
**Chula Vista, CA 91910**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ALEXANDRIA R MCCALMANT**
**503 OAK STREET**
**LA CROSSE, KS 67548**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 54 of 1098

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alexandro Acosta**
**12 Broadway Street**
**Waterbury, CT 06705**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alexis Avalos**
**6016 Camden Dr**
**Pasco, WA 99301**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alexis Feingold**
**503 S Adams Street**
**Apt 306**
**Glendale, CA 91205**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alexis Jones**
**4856 Empire Way**
**Irving, TX 75038**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alexis Muniz**
**80 Boxwood Drive**
**Fredericksburg, VA 22406**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alexis Reese**
**99-114 Kohomua St #303**
**Aiea, HI 96701**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alexzander Nickolas Wilson**
**1492 Snow Shoe Trl**
**Suamico, WI 54173**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 55 of 1098

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| --- | --- | --- | --- |

**Alexzander Seguin**
804 11th ave nw
Austin, MN 55912

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| --- | --- | --- | --- |

**Aleyda Sharde' Crawford**
alliiebug@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| --- | --- | --- | --- |

**Alfie Gerald Bassett**
45 bernhardt cresent
Stevenage, Hertforshire SG20DR
UNITED KINGDON

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| --- | --- | --- | --- |

**Alfonso Hernandez**
705 1/2 west 52 pl
Los Angeles, CA 90037

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| --- | --- | --- | --- |

**Algert Sula**
214 Cabot St
Newton, MA 02460

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| --- | --- | --- | --- |

**Ali Alnassar**
3637 w las palmatitas dr
Phoenix, AZ 85051

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| --- | --- | --- | --- |

**Ali Baraki**
1530 Shenandoah Pkwy
Chesapeake, VA 23320-8139

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 56 of 1098

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Ali Casas**
5229 Pine Pl
Austin, TX 78744

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Ali Kourani**
akourani1215@gmail.com

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Ali Wach**
1885 Sw Spence Ave
Troutdale, CA 97060

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Alice Balashova**
balashovaalice@gmail.com

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Alice Lee**
5740 Highbluff Terrace
Pleasanton, CA 94588

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Alicia Marie Foster**
starbitzychan@gmail.com

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Alicia Morrisett-Davis**
498 Barbara Lane
West Hempstead, NY 11552

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396　Doc# 32　Filed: 05/05/22　Entered: 05/05/22 12:11:36　Page 57 of 1098

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.251**

Nonpriority creditor's name and mailing address

**Alicia Morrison**
18507 128th Ave E
Puyallup, WA 98374

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.252**

Nonpriority creditor's name and mailing address

**Alicia Mumford**
1721 E Aspen Loop
Provo, UT 84606

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.253**

Nonpriority creditor's name and mailing address

**Alina Huynh-Vy**
986 Princeton Pl
Warminster, PA 18974

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.254**

Nonpriority creditor's name and mailing address

**Alisee Huglo**
raavalicious@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.255**

Nonpriority creditor's name and mailing address

**Alisha Dennis**
239 S main st.
BANGOR, PA 18013

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.256**

Nonpriority creditor's name and mailing address

**Alisha Dennis**
alishaontwitch@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.257**

Nonpriority creditor's name and mailing address

**Alison Altieri**
susujpgtemp@temp.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 58 of 1098

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alison Espinoza**
3550 Carter Dr #72
South San Francisco, CA 94080

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Aliyah Arredondo**
1007 Sunrise Ln
Mission, TX 78574

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Allan Larsen**
10904 sw 35th ave
Portland, OR 97219

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Allan Minto**
10 bartholomew close
Edinburgh, London, SW18 1JP
UNITED KINGDOM

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Allan Moses**
xKingAllan@gmail.com

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Allen Chandler**
1534 Rineyville School Rd
Rineyville, KY 40162-9411

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Allen Cormier**
2341 Knapp St
Lake Charles, LA 70601

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 59 of
1098

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Allen Fajardo**
**10859 Hoof Print Drive East**
**Jacksonville, FL 32257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Allen Fajardo**
**10859 Hoof Print Drive East**
**Jacksonville, FL 32257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Allen Hunt**
**werewarwolf@gmail.com**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Allen Ledbetter**
**16496 US HWY 271**
**Spiro, OK 74959**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Allen Ledbetter**
**allenledbetter2510@gmail.com**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Allen-Michael Ferrare**
**605 S. Newkirk St**
**Baltimore, MD 21224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Allison Reyes**
**twitch.koalli@gmail.com**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 60 of 1098

**3.272**

**Nonpriority creditor's name and mailing address**

**Allison Strine**
**355 Buckingham Forest Court**
**Roswell, GA 30075**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.273**

**Nonpriority creditor's name and mailing address**

**Allison Walker**
**2893 Knox Ave S #511**
**Minneapolis, MN 55408**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.274**

**Nonpriority creditor's name and mailing address**

**Allison Wilkinson**
**203 Carmen Ln**
**Branson, MO 65616**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.275**

**Nonpriority creditor's name and mailing address**

**Allison Wilkinson**
**203 Carmen Ln**
**Branson, MO 65616**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.276**

**Nonpriority creditor's name and mailing address**

**Alluria Kibler**
**75 josie road**
**mary esther, FL 32569**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.277**

**Nonpriority creditor's name and mailing address**

**Allysa Mclaughlin**
**10656 Bitterroot Way**
**Knoxville, TN 37932**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.278**

**Nonpriority creditor's name and mailing address**

**Alonso Vazquez-Bernal**
**1827 E Division Street Apt 7-305**
**Mount Vernon, WA 98274**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 61 of 1098

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alonzo Jones**
15429 Crimson St
Fontana, CA 92336

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Althemar Gutierrez**
8417 Liberty Avenue
North Bergen, NJ 07047

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**alton garver**
920 WHITNEY ST
JACKSON, MI 49202

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alvaro Macias**
6806 San Marcus st.
paramount, CA 90723

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alvin Cummins**
410 East Halsey Street
Republic, MO 65738

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alysha Poteet**
19602 Encino Way
San Antonio, TX 78259

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alyssa El-Jouni**
10502 SW Ashlyn Way
Port Saint Lucie, FL 34987

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Alyssa Satterfield**
698 Ann Way
Gardnerville, NV 89460

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | | Unknown |

**Alyssa Wilkes**
alyssawilkes@outlook.com

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | | Unknown |

**Amalie Frank**
3827 SE 2ND PL
CAPE CORAL, FL 33904

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | | Unknown |

**Amanda Donaldson**
67 Duncan Drive
Georgetown ON L7G 4M3
CANADA

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | | Unknown |

**Amanda Hardin**
944 thoroughbred rd
Shelbyville, KY 40065

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | | Unknown |

**Amanda Henriquez**
424 Lake Charles Rd
Deland, FL 32724

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | | Unknown |

**Amanda Kahler**
4412 Yeates Ct
Rancho Cordova, CA 95742

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 63 of 1098

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Amanda Lee**
1013 Springcreek Dr
Denton, TX 76210

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Amanda Mahler**
245 WOODHAVEN CRES
CLYDE, OH 43410

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Amanda Megrew**
5000 Red Creek Springs Road LOT #146
Pueblo, CO 81005

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Amanda Northway**
25557 W Pioneer St
Buckeye, AZ 85326

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Amanda Rae Carlson**
5900 Dowdell Ave., Unit 157
Rohnert Park, CA 94928

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**AMANDA TAYLOR MOORE**
9106 Crosshill Rd
Parkville, MD 21234-3327

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Amanda Wight**
110 Callen Dr.
Madison, AL 35756

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 64 of 1098

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**AMANPREET SINGH**
amanquebec1999@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No □ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Amber Mary Carr**
bloodberrytart@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No □ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Amber Mauldin**
honeypupsenpai@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No □ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Amber Rozza**
**7213 Painted Shadows Way**
**Las Vegas, NV 89149**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No □ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Amber Seat**
**45 W BLUEBELL AVENUE**
**cortland, IL 60112**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No □ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Amber Summers**
**2162 Whited St**
**Pittsburgh, PA 15210-3449**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No □ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Amber Trobiani**
**5085 Atherton st**
**Las Vegas, NV 89120**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No □ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Amber Wolf**
amberwolf134@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**AmberLynn Nielson**
563 Freeman Way
Mountain House, CA 95391

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ambrosia Tonkovich**
7865 S Bingham Junction Blvd #2802
Midvale, UT 84047

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Amelia Horswill**
1760 Via Pacifica Apt M104
Corona, CA 92882

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Amelia Pitts**
8333 Grady Drive
North Fort Myers, FL 33917

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,160.20 |
|---|---|---|---|

**American Express**
P.O. Box 981537
El Paso, TX 79998

Date(s) debt was incurred _

Last 4 digits of account number  1007

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $220,939.00 |
|---|---|---|---|

**American Express Gold**
P.O. Box 981537
El Paso, TX 79998

Date(s) debt was incurred _

Last 4 digits of account number  1006

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ami Gasai**
2214 SW 30th St
Oklahoma City, OK 73119

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ami Gasai**
nixoncompute@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Amir Boulware**
6910 22nd Place
Hyattsville, MD 20783

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ammar bassuny**
423 klondike avenue, 1
staten island, NY 10314

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**AMNA ATTEEQ**
Sugarrushlive@outlook.com

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Infuencer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Amos E Joseph**
1116 N 37th St, United States
LINCOLN, NE 68503

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**AMY ALLAIRE**
8 Grove St
Paxton, MA 01612

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☒ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 67 of 1098

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Amy Altshul**
**1515 Tanglewood Drive**
**west chester, PA 19380**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Amy McIntyre**
**3039 Cabana Street**
**Jurupa Valley, CA 91752**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Amy Ohara**
**10214 Southmoor DR**
**Silver Spring, MD 20901**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Amy Rollis**
**123 Besler Ave**
**Cranford, NJ 07016**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Anaka Rappleye**
**4710 Turnberry Place**
**Salt Lake City, UT 84123**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Anatoli Ingram**
**6868 132nd Place Southeast, #6310**
**Newcastle, WA 98059**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Anay Fuentes**
**617 Canton Ave**
**Lehigh Acres, FL 33972**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 68 of 1098

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.328**

Nonpriority creditor's name and mailing address

**Andre Coleman**
**1462 w 178th st**
**GARDENA, CA 90248**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.329**

Nonpriority creditor's name and mailing address

**Andre Doughty**
**neveradought.ttv@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.330**

Nonpriority creditor's name and mailing address

**Andre Harvey**
**somjuutwitch123@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Infuencer**

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.331**

Nonpriority creditor's name and mailing address

**Andrea Crane**
**143 nevada avenue**
**Roseville, CA 95678**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.332**

Nonpriority creditor's name and mailing address

**Andrea Harris**
**934 Mohican Pass**
**Madison, WI 53711**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.333**

Nonpriority creditor's name and mailing address

**Andrea Joseph**
**122 Pheasant Rd**
**West Haven, CT 06516**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.334**

Nonpriority creditor's name and mailing address

**Andrea Phillips**
**228 S American St**
**Ridgecrest, CA 93555**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 69 of 1098

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.335**

Nonpriority creditor's name and mailing address
Andrea Schmidt
74 County Road 126C
Espanola, NM 87532

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.336**

Nonpriority creditor's name and mailing address
Andrea Suzanne Garling
12301 WYNNSTAY LN
CHESTERFIELD, VA 23838-4333

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.337**

Nonpriority creditor's name and mailing address
Andres Campa
4035 W Desert Hollow Dr
Phoenix, AZ 85083-2465

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.338**

Nonpriority creditor's name and mailing address
Andres Garza
3713 Monte Verde Way
Denton, TX 76208

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.339**

Nonpriority creditor's name and mailing address
Andres Ornelos
219 South Prospect Avenue,
Redondo Beach, CA 90277

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.340**

Nonpriority creditor's name and mailing address
Andrew Apuzzo
5 Frank Street
East Haven, CT 06512

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.341**

Nonpriority creditor's name and mailing address
Andrew Arbini
theregalreservellcpayments@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 70 of 1098

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Andrew B Edelstein
2720 COUNTRY CLUB PRADO
CORAL GABLES, FL 33134

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Andrew Beer
4100 Massachusetts Ave NW
Washington, DE 20016

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Andrew Behrens
aboutbeverages@gmail.com

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Andrew Boghossian
1344 N Lamer St
Burbank, CA 91506

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Andrew Bohlke
2802 St. Johns Ave.
Apt. 03
Jacksonville, FL 32205

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Andrew Bopp
6705 Narcissus Ln N
Maple Grove, MN 55311

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Andrew Bright
228 N Gorsuch Rd
Westminster, MD 21157

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 71 of 1098

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Andrew Campos**
**3130 Aurora Ave**
**El Paso, TX 79930**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**ANDREW CARAWAY**
**3331 W ALICE AVE**
**PHOENIX, AZ 85051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Andrew Carrera**
**1745 north first st**
**El Cajon, CA 92021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Andrew Close**
**1287 N Mill Road**
**Salem, VA 24153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Andrew Cole**
**1906 Plantation Key Circle apt 206**
**Brandon, FL 33511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Andrew Cornell**
**andrew.cornell68@gmail.com**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Andrew Duplantis**
**400 South Jackson Street**
**Apt 706**
**Seattle, WA 98104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 72 of
1098

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Andrew Dushek**
700 Terrace Heights #1412
Winona, MN 55987

Date(s) debt was incurred _

Last 4 digits of account number _

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Andrew F Huffman**
1000 University Blvd Apt C32
Kingsport, TN 37660

Date(s) debt was incurred _

Last 4 digits of account number _

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Andrew Fox**
3815 guston rd
Guston, KY 40214

Date(s) debt was incurred _

Last 4 digits of account number _

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Andrew Garcia**
15302 Minnesota Ave.
Paramount, CA 90723

Date(s) debt was incurred _

Last 4 digits of account number _

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Andrew Gentile**
1 Market Street, Apt 262
Camden, NJ 08102

Date(s) debt was incurred _

Last 4 digits of account number _

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Andrew H Woughter**
2028 ADMIRAL DR
STAFFORD, VA 22554-2209

Date(s) debt was incurred _

Last 4 digits of account number _

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Andrew Heaton**
aandyhtwitch@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☒ No ☐ Yes

---

Case: 22-40396　Doc# 32　Filed: 05/05/22　Entered: 05/05/22 12:11:36　Page 73 of 1098

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Andrew Heil**
**1601 Harvest LN APT 220**
**Shakopee, MN 55379**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Andrew Helmer**
**8711 King Drive**
**Disputanta, VA 23842**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Andrew Hessler**
**18412 Crest Ave**
**Castro Valley, CA 94546**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Andrew Hilden**
**2422 S. Dudley Ct.**
**Lakewood, CO 80227**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Andrew Hoffman**
**276 Kentdale Place**
**San Jose, AK 95126**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Andrew Hua Le**
**1253 Fleming Ave**
**San Jose, CA 95127**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Andrew Hughson**
**67 Orchard Dr**
**Big Flats, NY 14814**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 74 of 1098

---

**3.370** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Andrew Hughson
Ahughson3@hotmail.com

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.371** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Andrew J Benage
13164 W 88th Ct, Apt 182
Lenexa, KS 66215

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.372** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Andrew J Bonillas
430 Edinburgh St
San Francisco, CA 94112

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.373** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Andrew J Conlon
780 Grove Street
Glencoe, IL 60022

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.374** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Andrew James
250 Congress Park Drive
Apt. 279
Delray Beach, FL 33445

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.375** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Andrew Jones
273 Farrington Dr
Clayton, NC 27520

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.376** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Andrew Kernodle
1426 E Grovers Avenue, Unit 12
Phoenix, AZ 85022

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 75 of 1098

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Andrew Kirkpatrick**
**15011 Chestnutfalls Dr**
**Cypress, TX 77433**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Andrew kryszak**
**9616 S 49TH AVE**
**OAK LAWN, IL 60453-3004**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Andrew LaRock**
**605 Westminster Pl**
**Round Rock, TX 78664**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Andrew Law**
**6 Belgrave Terrace**
**Edinburgh, EH12 8XQ**
**UNITED KINGDOM**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Andrew Le**
**10213 falcon pine blvd apt 308**
**orlando, FL 32829**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Andrew Leal**
**1800 Hillside Avenue**
**niskayuna, NY 12309**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Andrew Listorti**
**8007 Safe Harbor Ct**
**Glen Burnie, MD 21060**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 76 of 1098

| 3.384 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Andrew Loehman**
600 E Ficklin St
Tuscola, IL 61953

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Andrew Lund**
1223 Mason Rd
Chula Vista, CA 91913

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Andrew Lynn**
30 St Georges Crescent
Whitley Bay, Tyne & Wear NE25 8BJ
UNITED KINGDOM

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Andrew Malmquist**
862 Bradford Dr
Dundee, MI 48131

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Andrew Mann**
5113 Heatherbrooke Parkway
Birmingham, AL 35242

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Andrew Meister**
111 S Clinton St
Baltimore, MD 21224

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Andrew Michalenko**
kevinisinapickle@gmail.com

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Name

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Andrew Moussa**
5239 Don Pio Drive
Los Angeles, CA 91364

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Andrew Murphy**
2751 Summers Ridge Dr
Odenton, MD 21113

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Andrew Nguyen**
160 Bridgeland Dr S
Winnipeg, Manitoba, R3Y 0E2
CANADA, MB

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Andrew P Porter**
15001 Sunglow Ct
Tampa, FL 33624

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Andrew Pellitieri**
5122 Silverwood Drive
Johnstown, CO 80534

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Andrew Pereen**
174 Lowell Road Unit 145
Mashpee, MA 02649

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Andrew Pritchard**
141 Massey Drive
North Bay ON P1A 4G6
CANADA

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 78 of 1098

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.398**

Nonpriority creditor's name and mailing address
Andrew R Parry
3109 Laurel grove
Duncan, British Columbia V9I 6R2
CANADA

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
- �False Contingent
- �False Unliquidated
- �False Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.399**

Nonpriority creditor's name and mailing address
Andrew R. Leavitt
1150 Darlene Ln. Apt. 128
Eugene, OR 97401

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
- �False Contingent
- �False Unliquidated
- �False Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.400**

Nonpriority creditor's name and mailing address
Andrew Raastad
4963 S 176th Ave
Omaha, NE 68135

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
- �False Contingent
- �False Unliquidated
- �False Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.401**

Nonpriority creditor's name and mailing address
Andrew Rich
571 Somerset Ln #8
Crystal Lake, IL 60014

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
- �False Contingent
- �False Unliquidated
- �False Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.402**

Nonpriority creditor's name and mailing address
Andrew S Taylor
61 Kenaware Ave
Delmar, NY 12054

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
- �False Contingent
- �False Unliquidated
- �False Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.403**

Nonpriority creditor's name and mailing address
Andrew Saxton
10250 Jamestown Drive Unit 14
Anchorage, AK 99507

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
- �False Contingent
- �False Unliquidated
- �False Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.404**

Nonpriority creditor's name and mailing address
Andrew Siso
227 MIAMI AVE
Norristown, PA 19403

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
- �False Contingent
- �False Unliquidated
- �False Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Andrew Smoak**
**1258 Duckford lane**
**Pinewood, SC 29125-8561**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Andrew Stark**
**astark084@gmail.com**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing  Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Andrew Stark**
**84 smull ave.**
**West Caldwell, NJ 07006**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Andrew Sunday**
**4834 County line Pkwy county road 939 ma**
**Texas**
**Mart, TX 76664**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Andrew Swaile**
**1246 Winding Path Rd.**
**Clover, SC 29710**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Andrew Swedenburg**
**218 Walnut Creek Dr**
**Goldsboro, NC 27534**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Andrew Templeton**
**820 Battleford Trail**
**Swift Current, Saskatchen S9H 5R1**
**CANADA**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 80 of 1098

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Andrew TheLark**
atleever@hotmail.com

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing  Influencer**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.413 | Nonpriority creditor's name and mailing address | | Unknown |

**Andrew Trad**
112 Roberts Ln Apt. 201
Alexandria, VA 22314

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.414 | Nonpriority creditor's name and mailing address | | Unknown |

**Andrew Verlautz**
3213 FLEET LN
St Charles, MO 63301

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.415 | Nonpriority creditor's name and mailing address | | Unknown |

**Andrew Weyer**
10410 Knob Road
Mercersburg, PA 17236

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.416 | Nonpriority creditor's name and mailing address | | Unknown |

**Andrew White**
16513 Cellini Lane
Naples, FL 34110

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.417 | Nonpriority creditor's name and mailing address | | Unknown |

**Andrew Wojciechowski**
4643 W. Park Ct.
Franklin, WI 53132

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.418 | Nonpriority creditor's name and mailing address | | Unknown |

**Andrey Reznikov**
20153 Harvest Dr.
Lakeville, MN 55044

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No  ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 81 of 1098

| 3.419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Andrie Bisson**
**780 Elm Crescent**
**Wayburn, Saskatchen S4H 0S7**
**CANADA, SK**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Androse Watson**
**p00b3rt0n@gmail.com**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Marketing Influencer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Andy Hong**
**42 Forest Drive**
**Jericho, NY 11753**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Andy Ly**
**417 S Alhambra Ave**
**Monterey Park, CA 91755-3403**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Andy Medina**
**11399 Hulme Ave**
**Lynwood, CA 90262**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Marketing Influencer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Andy Murdock**
**7724 McLaughlin Rd.**
**Peyton, CO 80831**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Marketing Influencer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Andy Nguyen**
**esports.climax@gmail.com**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Marketing Influencer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 82 of 1098

| 3.426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.426**

Nonpriority creditor's name and mailing address

Andy Oikle
1609 Minnesota Avenue
Metairie, LA 70062

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.427**

Nonpriority creditor's name and mailing address

Andy Pugh
3300 McKamy Oaks Trail
Arlington, TX 76017

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.428**

Nonpriority creditor's name and mailing address

Andy Pugh
capp00@gmail.com

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.429**

Nonpriority creditor's name and mailing address

Andy Robichaux
222 Mason Creek Dr
Apt 230
Katy, TX 77450

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.430**

Nonpriority creditor's name and mailing address

Andy Weng
22451 streamside dr
Macomb, MI 48044

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.431**

Nonpriority creditor's name and mailing address

Aneta Colonia
6112 Dill Place
Woodland Hills, CA 91367

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.432**

Nonpriority creditor's name and mailing address

Angel Gonzalez
2802 louden drive
Las Vegas, NM 87701

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 83 of 1098

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Angel Gonzalez**
2802 Louden Circle #6
las vegas, NM 87701

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Angel Grajeda**
510 S Soto St
Los Angeles, CA 90033

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Angel Marquez**
9923 Morgans Ml
San Antonio, TX 78254

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Angel Perez**
14 Berry Ct
Mascotte, FL 34753

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Angel Rosales**
8048 meraz ave
El paso, TX 79907

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Angel Vargas**
6627 Fairglen Drive
Arlington, TX 76002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Angela Forliti**
denvermaxxttv@gmail.com

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 84 of 1098

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Angela Klosky**
**110 North Diamond Street**
**Mount Pleasant, PA 15666**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Angela Octaviani**
**28 Nursery Way**
**South San Francisco, CA 94080**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.442 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Angela Zhang**
**2352 Palmerston Ave**
**West Vancouover BC V7V 2W1**
**CANADA**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Angelica Harris**
**5411 GREENHILL FOREST DR**
**HOUSTON, TX 77088-2720**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Angelin Miller**
**1660 KENYON PL**
**CLAREMONT, CA 91711-2905**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Angelina Forliti**
**1915 Cottage Ave E**
**st. paul, MN 55119**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Angelo Elandary**
**6000 Ridgemore Dr**
**Parker, TX 75002**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Angelo Patterson
5644 Landsburg Rd Apt C
Fennville, MI 49408

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Angelo Ramirez
456 west 19th street, Lobby
New York, NY 10011

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Anh Pham
3232 Marbrisa Ct
San Jose, CA 95135

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Anita Wiley
1211 D Pinegrove Dr
Myrtle Beach, SC 29577

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Ann Emerson
3 Riverwalk Dr
Weatogue, CT 06089

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Ann Fortune
6645 County Road 110
Salida, CO 81201

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Ann Wesley
2562 Woodside Ridge Dr
Apopka, FL 32712

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 86 of 1098

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Anna Andreeva**
annamoonlightlove@gmail.com

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Anna Demetriou**
Annademetriou6@aol.com

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Anna Demetriou**
**95 Chase Side**
**Enfield, London**
**UNITED KINGDOM**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Anna Gibson**
**10610 Candytuft St**
**Ventura, CA 93004**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Anna Hitch**
**425 Grace Avenue**
**Concord, UT 28027**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Anne Hockenberry**
**205 Thompson Dr**
**Pittsburgh, PA 15229**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Anne Louise Bennett**
dragoness669@gmail.com

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 87 of 1098

| 3.461 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Annie Herron**
26641 Old Still Pond Rd
Still Pond, MD 21667

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Annie MacPherson**
roboticadi@hotmail.co.uk

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Annie Navarro**
xNavz06@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.464 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Annie Walker**
68 Willow Lane
Van Alstyne, TX 75495

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Annmarie Ehrler**
8472 Dover view Lane
Orlando, FL 32829

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.466 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Anshul Lall**
327 Huntington Avenue
Apartment 20
Boston, MA 02115

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Anthony**
uhhinktv@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 88 of 1098

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anthony A Thompson**
**692 Knickerbocker Ave 3R**
**Brooklyn, NY 11221**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anthony Adkins**
**337 Warren Ave**
**West Portsmouth, OH 45663**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anthony Allen**
**alohatoeknee@gmail.com**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anthony Arreguin**
**316 Escuela Ave. APT 14**
**Mountain View, CA 94040**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anthony Barrera**
**10134 W Cordes rd.**
**Tolleson, AZ 85353**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anthony Bond**
**17 Summit St Apt 109**
**East Orange, NJ 07017**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anthony Brandon**
**42418 Deluxe Lake Dr. Apt. 7A**
**Hammond, LA 70403**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 89 of 1098

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Anthony Broady**
**5677 bonds flat street**
**Las vegas, NV 89148**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Anthony Catalano-Johnson**
**2009 SAINT ANDREWS DR**
**Berwyn, PA 19312**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Anthony Chavez-Moore**
**376 Cove View Dr.**
**Waterford, MI 48327**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Anthony Cioffi**
**161 Magua st.**
**Ronkonkoma, NY 11779**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Anthony Cortopassi**
**2790 melbourne ln**
**Lake in the hills, IL 60156**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Anthony Cruz**
**20711 SE Stark St.**
**C116**
**Gresham, OR 97030**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Anthony Davis**
**11705 Thrasher court**
**Waldorf, MD 20601**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 90 of 1098

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Anthony DeJesus**
anthonydej23@gmail.com

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Anthony Dye**
dadbodgamingtemp@temp.com

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Anthony Dye**
7621 Paruline Dr
Austin, TX 78738

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Anthony Elias**
ant_99@live.co.uk

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Anthony Flores**
3653 Geary Pl
Riverside, CA 92501

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Anthony Gonzales**
2518 E Buena Ventura St
Colorado Springs, CO 80909-3025

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Anthony Harris**
10469 Hobson St
Spring Hill, FL 34608

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 91 of 1098

| 3.489 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anthony Hyde**
3319 E University Dr APT #456
MESA, AZ 85213

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.490 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**anthony j herbst**
9687 223rd St N
Forest Lake, MN 55025

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.491 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anthony James Salazar**
419 Jackson street
Yorkville, IL 60560

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.492 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anthony Johnson**
5880 Lear Nagle Rd.
North Ridgeville, OH 44039

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anthony Jones**
9220 Old Burke Lake Road
Burke, VA 22015

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.494 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anthony Kazanchian**
10510 fullbright ave
Chatsworth, CA 91311

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.495 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anthony Klipstine**
4279 Rues Landing Road
Saint Augustine, FL 32092

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 92 of 1098

| 3.496 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anthony Kongphan**
lorenahahn80@gmail.com

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anthony Lagoria**
10464 Cheviot CT
San Diego, CA 92126

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anthony Lato**
933 Brookdale Rd
Toccoa, GA 30577

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anthony Laudando**
1104 Regency Drive
Schaumburg, IL 60193

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anthony Lukas**
TonyVegatvGaming@gmail.com

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anthony Ly**
907 Edgebrook Drive
Boylston, MA 01505

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anthony Maciukiewicz**
416 Madison Park Dr. #416
Madison, AL 35758

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.503** Nonpriority creditor's name and mailing address

Anthony Monroe
427 C Street
CARLISLE, PA 17013

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.504** Nonpriority creditor's name and mailing address

anthony neavear
2523 B america
lemoore, CA 93245

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.505** Nonpriority creditor's name and mailing address

Anthony Neavear
2523 B America
LEMOORE, CA 93245

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.506** Nonpriority creditor's name and mailing address

Anthony padron
Lloyd rd 2907
Decatur, GA 30034

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.507** Nonpriority creditor's name and mailing address

Anthony Palazzolo
13009 Kerr St
Southgate, MI 48195

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.508** Nonpriority creditor's name and mailing address

Anthony Palazzolo
13009 Kerr
Southgate, MI 48195

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.509** Nonpriority creditor's name and mailing address

Anthony Patton
4114 Wynwood Dr
Sharpsville, PA 16150

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 94 of 1098

| 3.510 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anthony Pizano**
1455 90 th ave Lot: A14
Vero Beach, FL 32966

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anthony Raymond**
913 Downing Circle
Davenport, FL 33897

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anthony Reynoza**
7615 FLORENCE AVE
APT P
DOWNEY, CA 90240

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anthony Rodriguez**
6913 Colgate ln
Rowlett, TX 75088

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anthony Ross**
8818 Calle Perico
San Diego, CA 92129

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anthony Salazar**
14500 MarshLln #147
addison, TX 75001

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anthony Sciarra**
4 Maple Ave
Mendham, NJ 07945

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 95 of 1098

| 3.517 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anthony Smith Jr**
**1011 W State St #G**
**Redlands, CA 92373**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.518 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anthony Vang**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.519 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anthony Vang**
**Vanganthony1@gmail.com**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.520 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anthony Vega**
**Sumobusiness5@gmail.com**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.521 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anthony Vosilla**
**11 Helen St**
**Centereach, NY 11720**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.522 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anthony Wagner**
**1048 Country Club Dr**
**APT J4**
**Seguin, TX 78155**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.523 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anton Malik Wingfield**
**101 Willowtree Drive**
**Simpsonville, SC 29680**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 96 of 1098

| 3.524 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anton Paoli**
**855 Deer Ridge ct**
**Villa Hills, KY 41017**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.525 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Antone Rowe**
**1430 Belmont St NW APT 203**
**Washington, DC 20009**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.526 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Antoni Grant**
**3 St Ronans Road**
**Newcastle, Great Britian NE25 8AX**
**UNITED KINGDOM**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.527 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**antonio casazza**
**3833 Dunlavy st apt 209**
**Houston, TX 77006**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Antonio Fonseca**
**1340 Trinity Drive**
**Carol stream, IL 60188**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.529 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Antonio Gonzalez**
**111 Cleaveland Road, Apt. 28**
**Pleasant Hill, CA 94523**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Antonio Jefferson**
**56 University Street**
**San Francisco, CA 94134**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 97 of 1098

| | |
|---|---|
| 3.531 | **Nonpriority creditor's name and mailing address** |

Name

| 3.531 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**3.531**

**Nonpriority creditor's name and mailing address**
**Antonio Martinez**
**206 E Pomona Street**
**Santa ana, CA 92707**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.532**

**Nonpriority creditor's name and mailing address**
**Antonio Rodriguez**
**1529 anthony ave**
**janesville, WI 53545**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.533**

**Nonpriority creditor's name and mailing address**
**Antonio Speck**
**11807 Amerado blvd**
**ApT 1115**
**Bellevue, NE 68123**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.534**

**Nonpriority creditor's name and mailing address**
**Antonio Torres**
**2011 Bandera rd**
**1209**
**San Antonio, TX 78228**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.535**

**Nonpriority creditor's name and mailing address**
**Arend Troch**
**Opwijksestraat 181**
**Lebbeke, Oost-Vlaanderen 9280**
**BELGIUM**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.536**

**Nonpriority creditor's name and mailing address**
**Ariadna Arias-Duchen**
**1270 N 2nd St**
**Apt 7**
**Platteville, WI 53818**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.537**

**Nonpriority creditor's name and mailing address**
**Ariana Cordova**
**15 Carovilli Street**
**North Providence, RI 02904**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 98 of 1098

| 3.538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Arias Griego**
7942 W Acapulco Ln
Peoria, AZ 85381

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ariel Andrews**
812 N 43rd St
Omaha, NE 68131

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.540 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ariel Aybar**
4017 Township Square Blvd Apt 2612
Orlando, FL 32837

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.541 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ariel Gutierrez**
12542 w Madison St
AVONDALE, AZ 85323

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.542 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Arisa Chinen**
601 Maureen Ln.
Pleasant Hill, CA 94523

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.543 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Armando Gear 3158**
8255 Greensboro Dr, Suite 500
Mclean, VA 22102

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.544 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Armod Jackson**
10040 Portaferry Drive
Charlotte, NC 28213

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396  Doc# 32  Filed: 05/05/22  Entered: 05/05/22 12:11:36  Page 99 of 1098

| 3.545 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.545** Nonpriority creditor's name and mailing address
**Armone Miller**
**532 N Park Ln**
**Jackson, MS 39206-3815**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.546** Nonpriority creditor's name and mailing address
**aron l haselbauer**
**405 Lou Page Lane**
**Richmond Hill, GA 31324**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.547** Nonpriority creditor's name and mailing address
**Arsyn (Labyrinth)**
**ArsynTV@Gmail.com**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.548** Nonpriority creditor's name and mailing address
**Art e Miura**
**1143 S Flower st Apt 1**
**Inglewood, CA 90301**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.549** Nonpriority creditor's name and mailing address
**Art Sanguansri**
**artsanguansri@gmail.com**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.550** Nonpriority creditor's name and mailing address
**Artemis Rashidi**
**artemis.rashidi@hotmail.com**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.551** Nonpriority creditor's name and mailing address
**Arthur Kelley**
**8656 State Route 21**
**Naples, NY 14512**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.552 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**ARTURO ARREOLA**
9318 7th Ave SE
Everett, WA 98208

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.553 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Arturo Huizar Gonzalez**
399 East st
Winters, CA 95694

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Arturo Huizar Gonzalez**
399 East st
Winters, CA 95694

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Arturo Riojas**
1006 S Woodward Ave
Deland, FL 32720

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.556 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Arturo Rosado**
6103 Old Brentford Ct
Alexandria, VA 22310

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.557 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Arturs Visnovs**
Annas iela 4 - 78
Valmiera, Latvia L-4201
EUROPE

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Arvin Zaldivar**
215 mississauga valley blvd unit 105
Mississauga, Ontario 15A 1Y7
CANADA

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Arzamendi**
**21540 Provincial blvd, apt 2511**
**Katy, TX 77450**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.560 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ascensus Trust**
**P. O(. Box 10599**
**Fargo, ND 58106**

Date(s) debt was incurred __
Last 4 digits of account number __3055__

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.561 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Asher Lamb**
**1990 Dixon Rd A**
**Nothpole, AK 99705**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.562 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ashlen Johnson**
**6125 Country Club Rd**
**Omaha, NE 68152**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.563 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ashley Audit**
**ashleyaudit@outlook.com**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.564 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ashley Bahner**
**veluxe.gg@gmail.com**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.565 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ashley Barton**
**22 Cornell Road**
**South Toms River, NJ 08757**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.566 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ashley D·tignac**
ashlinaattv@outlook.com

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.567 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ashley Elliott**
67a Glen Shian Lane
Mount Eliza Victoria 3930
AUSTRALIA

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ashley Karr**
440 N Volland St, E105
Kennewick, WA 99336

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ashley Monteon**
3431 San Gabriel River Parkway
Baldwin Park, CA 91706

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ashley Wagenaar**
Tofucore13@gmail.com

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ashley Watson**
contact@missfushi.com

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ashlie Collins**
7815 Bluestream Dr
Elkridge, MD 21075

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 103 of 1098

| 3.573 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ashlie Collins**
**1901 wildflower Terrace**
**Henrico, OH 23238**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ashlie Collins**
**ashlie@gingerliness.tv**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ashly Black**
**2260 Old Liberty Road**
**Liberty, SC 29657**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ashten Banks**
**9015 Chesney Downs Dr**
**Houston, TX 77083**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.577 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ashton James Thornton**
**415 Irex Road**
**Atlantic Beach, FL 32233**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.578 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ashton Mason**
**6618 Flagstone Ct**
**Cincinnati, OH 45239**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.579 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ashton Williams**
**3125 Crestmont Ln**
**Apt 104**
**Beavercreek, OH 45431-8883**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 104 of 1098

| 3.580 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$334,281.10** |
|---|---|---|---|

**3.580**

Nonpriority creditor's name and mailing address

**ASI Partners**
**Attn: Teresa Lo**
**19850 E. Business Parkway**
**Walnut, CA 91789**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor**

Is the claim subject to offset? ■ No ☐ Yes

**$334,281.10**

---

**3.581**

Nonpriority creditor's name and mailing address

**Asia Bennett**
**810 east Basin rd APT B9**
**New Castle, DE 19720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.582**

Nonpriority creditor's name and mailing address

**Asmerom Mengstab**
**1048 S 134th St**
**Burien, WA 98168**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.583**

Nonpriority creditor's name and mailing address

**Atticus Bates**
**4507 wild oak lane**
**Greensboro, NC 27406**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.584**

Nonpriority creditor's name and mailing address

**Aubrey Smith III**
**249 Laurel Street, Laurel**
**LAKE JACKSON, TX 77566**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.585**

Nonpriority creditor's name and mailing address

**Audree Plankinton**
**1778 Capital Dr**
**Colorado Springs, CO 80951-9756**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.586**

Nonpriority creditor's name and mailing address

**Audree Plankinton**
**Darlinsincerest@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 105 of 1098

| 3.587 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Audrey Born**
reignesports117@gmail.com

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Audrey Schmdit**
118 Kehl St.
Kitchener, Ontario N2M 3T9
CANADA

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.589 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**August Ritter**
7421 W Maxwell Dr
Boise, ID 83704

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Aung Cho**
10520 132 st #105
Surrey BC V3T 3V6
CANADA

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.591 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Aura Delapaz**
6088 70th Ave  Apt  3
Ridgewood, NY 11385

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Aurora Day**
8340 Falling Water Lane
Columbus, OH 43240

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Austen Combs**
14702 Long View Dr
Fontana, CA 92337

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 106 of 1098

| 3.594 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Austen Griggs**
**3210 66th St, Apt A**
**Lubbock, TX 79413**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Austen Myers**
**800 County Road 103**
**Killen, AL 35645**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Austin**
**28 Coleman Dr**
**Silver City, NM 88061-8954**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Austin Acree**
**3403 Vandenberg Avenue**
**Bellevue, NE 68123**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Austin Alba**
**434 W Valley View Dr**
**Fullerton, CA 92835**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Austin Beisel**
**24352 E 1006 Rd**
**Weatherford, OK 73096**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Austin Bernier**
**135 Whitaker Road**
**Asheville, NC 28730**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 107 of 1098

Name

| 3.601 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Austin C Stark**
**52770 Weathervane Dr**
**Chesterfield, MI 48047**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Austin Camp**
**1923 Secretariate Ct**
**Clarksville, TN 37042**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Austin Cope**
**414 Oak Grove Rd**
**Rogersville, TN 37857**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.604 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Austin Cote**
**8 B street**
**Hudson, NH 03051**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.605 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Austin Crowe**
**o.crowegaming.o@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Austin Cutchens**
**6384 Willow Brook Dr**
**Kalamazoo, MI 49048**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.607 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Austin Doss**
**185 Mat Morrow Road**
**Arab, AL 35016**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 108 of 1098

| 3.608 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Austin Hale**
2524 Mar Ruth Drive
Lafayette, IN 47905

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Austin Kaczmarczyk**
830 Altessa Drive
Brentwood, CA 94513

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Austin Knight**
1418 Arrow Hill
San Antonio, TX 78258

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Austin Knight**
aknightofficial@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Austin L Gindt**
250 west queen creek rd apt#232
Chandler, AZ 85248

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Austin M Frasher**
1709 8th Ave SW
Cedar Rapids, IA 52404

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Austin Malik**
925 Hamlet Ct
Apt #6
Monroeville, PE 15146

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 109 of 1098

Name

| 3.615 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Austin Martin**
**104 Mill Stream Court**
**Venetia, PA 15367**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.616 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Austin Mayberry**
**770 Wallace Dr**
**Delaware, OH 43015**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.617 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Austin McGlone**
**20 ARAGON AVE**
**LATHAM, NY 12110**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.618 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Austin Medio**
**9612 Mariner Circle, 3208**
**Fort Worth, TX 76179**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.619 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Austin Mitchell**
**mrmitchell3@gmail.com**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.620 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Austin Murray**
**5800 Nature View Drive, 215**
**Windermere, FL 34786**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.621 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Austin N Shaw**
**36498 Schaffer Drive**
**North Ridgeville, OH 44039**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.622 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Austin Norfleet**
**11122 Fairway Dr.**
**Houston, TX 77064**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.623 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Austin Otto**
**Tasman dr SPC 561**
**Sunnyvale, CA 94089**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.624 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Austin Reynolds**
**10422 Cadillac Highway**
**Thompsonville, MI 49683**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.625 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Austin Reynolds**
**10422 Cadillac Highway**
**Thompsonville, MI 49683**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.626 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Austin Robert Boulter**
**2239 Cromwell Circle**
**Apt. 807**
**Austin, TX 78741**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.627 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Austin Royce Crittenden**
**907 sycamore st**
**Murray, KY 42071-2426**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.628 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**AUSTIN SAUTTER**
**780 E Irving Park Rd #3W**
**Roselle, IL 60172**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

---

**3.629** | Nonpriority creditor's name and mailing address

**Austin Smith**
**507 Adams Street**
**Dresden, OH 43821**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.630** | Nonpriority creditor's name and mailing address

**Austin Smith**
**507 Adams Street**
**Dresden, OH 43821**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.631** | Nonpriority creditor's name and mailing address

**austin tebson**
**5711 Donna Ave**
**tarzana, CA 91356**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.632** | Nonpriority creditor's name and mailing address

**Austin Tucker**
**204 Stoney Dr**
**Durham, NC 27703**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.633** | Nonpriority creditor's name and mailing address

**Austin Weimorts**
**2B putnam court north**
**Las Vegas, NV 89115**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.634** | Nonpriority creditor's name and mailing address

**Austin Williams**
**19566 lurin ave**
**Riverside, CA 92508**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.635** | Nonpriority creditor's name and mailing address

**Auston Christunas**
**Spooner Hall, N 7th St, Marquette, MI 49**
**Marquette, MI 49855**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.636 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Autum Santana**
102 Granite Hill Road
Grants Pass, OR 97526

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.637 | Nonpriority creditor's name and mailing address | Unknown |
|---|---|---|

**Autumn Cheeks**
26 Dodson Lane
Martinsburg, WV 25405

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.638 | Nonpriority creditor's name and mailing address | Unknown |
|---|---|---|

**Avery V Samuels jr**
1239 U street se
Washington, DC 20020

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.639 | Nonpriority creditor's name and mailing address | Unknown |
|---|---|---|

**Axson De La Torre**
4576 kansas street
San Diego, CA 92116

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.640 | Nonpriority creditor's name and mailing address | Unknown |
|---|---|---|

**Ayse McGuire**
945 KATELLA ST
Laguna Beach, CA 92651-3705

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.641 | Nonpriority creditor's name and mailing address | Unknown |
|---|---|---|

**Ayymg**
ayymgtemp@temp.com

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.642 | Nonpriority creditor's name and mailing address | Unknown |
|---|---|---|

**Aziah Isaac**
2206 Retreat Ct
Edgewood, MD 21040

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

Name

| 3.643 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Badr Al Huraibi**
badr.huraibi@gmail.com

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.644 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Badr Al Huraibi**
**NEW AL FALAH 1A SHAHEEN ST**
**Villa 888 (NEW 115), Abu Dhabi**
**UNITED ARAB EMIRATES**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.645 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bailey Allen**
**650 Gants road**
**York, SC 29745**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.646 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bailey DeVoe**
**180 Washington Avenue #606**
**Albany, NY 12210**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.647 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bailey Draeger**
**28519 40th Avenue South**
**Auburn, WA 98001**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.648 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bailey Heintzelman**
vexmlk@yahoo.com

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.649 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bailey S Jonsson**
**6333 TAMWORTH LN**
**KNOXVILLE, TN 37921**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 114 of 1098

Name

| 3.650 | Nonpriority creditor's name and mailing address | | Unknown |

**3.650** | Nonpriority creditor's name and mailing address

**Bailey Smith**
**2009 Far Gallant Dr**
**Austin, TX 78746**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.651** | Nonpriority creditor's name and mailing address

**Bailey Waizecker**
**1253 Frost Place**
**Harrisonburg, VA 22802**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.652** | Nonpriority creditor's name and mailing address

**Bailey Waizecker**
**haybailstv@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.653** | Nonpriority creditor's name and mailing address

**Baker otter**
**P.O. Box 6270**
**Twentynine palms, CA 92278**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.654** | Nonpriority creditor's name and mailing address

**Baldemar Balderas III**
**226 Fenwick Drive**
**Windcrest, TX 78239**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.655** | Nonpriority creditor's name and mailing address

**Bank of America, N.A.**
**P.O. Box 15220**
**Wilmington, DE 19886-5220**

Date(s) debt was incurred _

Last 4 digits of account number **2737**

**As of the petition filing date, the claim is:** Check all that apply.

$3,908.43

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.656** | Nonpriority creditor's name and mailing address

**Bank of America, N.A.**
**P.O. Box 15220**
**Wilmington, DE 19886-5220**

Date(s) debt was incurred _

Last 4 digits of account number **7897**

**As of the petition filing date, the claim is:** Check all that apply.

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396 Doc# 32 Filed: 05/05/22 Entered: 05/05/22 12:11:36 Page 115 of 1098

| 3.657 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Baptiste Lacasse**
**Rue de l'Harmonie 18/2**
**Arlon, Luxembourge 7107**
**BELGUIM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Potential warranty claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Barak Thornton**
**5017 Woodcrest dr**
**Marrero, LA 70072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Potential warranty claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Barbara Quinn**
**7617 Truevine Rd**
**Glade Hill, VA 24092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Marketing Influencer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Barnaby Jeans**
**8124 231st Pl NE**
**Redmond, WA 98053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Potential warranty claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.661 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Barnett Limited**
**Fairfield Road, St James**
**Jamaica, WI**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.662 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Barry Cohen**
**1172 Hertel Ave**
**Buffalo, NY 14216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Marketing Influencer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.663 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $723,442.87 |
|---|---|---|---|

**Barry Katz and Belinda Novik**
**5801 Cascade Drive**
**Chapel Hill, NC 27514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Loans to the corporation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 116 of 1098

Name

---

**3.664** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Bart Alix**
120 Babcock St
Apt 2A
Brookline, MA 02446

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.665** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Barton B. Hickson**
3037 Fernheath Lane
Costa Mesa, CA 92626

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.666** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Bast_50**
jft97@hotmail.com

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.667** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**batduulga battula**
430 s hobart blvd #215
los angeles, CA 90020

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.668** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Batuhan Aydin**
gokturk merkez kemer county orman evleri
ey  p, 34077 Iste
TURKEY

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.669** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Bay Alarm**
5130 Commercial Circle
Concord, CA 94520

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Alarm services**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.670** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**bayar nyamsuren**
202 oakview ave
pittsburgh, PA 15218

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 22-40396　Doc# 32　Filed: 05/05/22　Entered: 05/05/22 12:11:36　Page 117 of 1098

| 3.671 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Baylie Nguyen**
**12301 Tanager Lane Northwest, Apartment**
**Silverdale, WA 98383**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.672 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Baylor johnson**
**1216 s 1340 e**
**Spanish Fork, UT 84660**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.673 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bayo Adekoya**
**9551 Almeria Court**
**Fontana, CA 92335**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.674 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Beatrice Parker**
**242 Winnipeg Ave Box 1137**
**Grand Forks BC V0H 1H0**
**CANADA**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.675 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Beau Higginbotham**
**68 Daffodil Farm Rd**
**Bluffton, SC 29910**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.676 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bee Thao**
**3337 Logan Drive apt 3**
**Apartment 3**
**Oshkosh, WI 54901-1186**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.677 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bell**
**1032 S Dwight Ave**
**Compton, CA 90220**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.678 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Ben Apodaca**
3786 Silver Queen Ct
MASON, OH 45036

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Ben Dodman**
66 Amos Avenue
Waterloo, Ontario N2l 5G3
CANADA

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.680 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Ben Glickman**
BDGofficial@gmail.com

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Ben Hughes**
digitalrama@protonmail.com

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Ben Jordan**
1901 Thompson Ct
Flower Mound, TX 75028

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Ben Salama**
8014 S Dorchester Trace
Indian Land, SC 29707

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.684 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Ben Ulrich**
200 Figueroa St NE
Apt 47
ALBUQUERQUE, NM 87123

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 119 of 1098

| 3.685 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ben Walker**
2320 oak ridge cir
De Pere, WI 54115

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Ben Walsh**
117 Castle Ridge Lane
Fort McMurray, Alberta T9K 5A7
CANADA

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.687 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Ben Winstanley**
3-2731 Northwood Terr
Halifax, Nova Scotia b3k 359
CANADA

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Ben Zhang**
206 Crescent moon
Irvine, CA 92606

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Bendik Folleso**
bendiksf@gmail.com

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.690 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Benito Chavez**
902 east 8th avenue
Ellensburg, WA 98926

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.691 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Benjamin A Braun**
722 Live Oak Ave, Apt 8
Menlo Park, CA 94025

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 120 of 1098

| 3.692 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Benjamin Aaron Montoya**
**739 Monticello Ct**
**Edgewood, MD 21040-2104**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Benjamin Ayo Bainbridge**
**2828 Spring Valley Road**
**Lancaster, PA 17601**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.694 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Benjamin Birk**
**11844 NE 112th St ARR3-605**
**Kirkland, WA 98033**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.695 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Benjamin Bowen**
**777 Memorial Dr Se suite #100**
**Apt 423**
**Atlanta, GA 30316**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.696 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Benjamin Brandt**
**2003 E. Cumberland St.**
**Philadelphia, PA 19125**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Benjamin Chase**
**1/A Crestmont Villa**
**47 Caperidge Drive**
**DISCOVERY BAY**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Benjamin George**
**5679 wocus rd**
**Klamath falls, OR 97601**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 121 of
1098

| 3.699 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Benjamin Giesing**
**8431 Lomker Way**
**Santee, CA 92071**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.700 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Benjamin Greer**
**2201 Monroe Street, 1401**
**Santa clara, CA 95050**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.701 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Benjamin Hancock**
**3210 Arbor Lake Drive**
**Saint Joseph, MO 64506**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.702 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Benjamin Hancock**
**3210 Arbor Lake Drive**
**St Joseph, MO 64506**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.703 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Benjamin Hancock**
**benjamin19hancock87@gmail.com**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.704 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Benjamin Huang**
**8053 Alpine Fir Ave.**
**Las Vegas, NV 89117**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.705 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Benjamin Hughes**
**3802 NE 19th St**
**Renton, WA 98056**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 122 of 1098

| 3.706 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Benjamin j Moro**
212 s 59th st
Tacoma, WA 98408

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 | Nonpriority creditor's name and mailing address | Unknown |
|---|---|---|

**Benjamin James Blunt**
5711 Old Osborne Turnpike
Henrico, VA 23231

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.708 | Nonpriority creditor's name and mailing address | Unknown |
|---|---|---|

**Benjamin L Somers**
W131 S6802 Kipling Drive
Muskego, WI 53150

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.709 | Nonpriority creditor's name and mailing address | Unknown |
|---|---|---|

**Benjamin Lowry**
1610 IRVINE AVE NW
BEMIDJI, MN 56601

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.710 | Nonpriority creditor's name and mailing address | Unknown |
|---|---|---|

**Benjamin Lowry**
1610 IRVINE AVE NW
BEMIDJI, MN 56601

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 | Nonpriority creditor's name and mailing address | Unknown |
|---|---|---|

**Benjamin Lugo**
850 Foxworth Blvd Apt 103
Lombard, IL 60148

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 | Nonpriority creditor's name and mailing address | Unknown |
|---|---|---|

**Benjamin Parrott**
1951 Horlbeck St
Florence, SC 29505

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 123 of 1098

| 3.713 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Benjamin Patterson**
**412 Taylor Blvd**
**Millbrae, CA 94030**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Benjamin Pinault**
**6 Lydston Lane**
**Litchfield, NH 03052**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.715 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Benjamin Senich**
**5917 West Arrowhead Road**
**Duluth, MN 55810**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.716 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Benjamin Shank**
**7144 NW 122nd Ave**
**Parkland, FL 33076-4618**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.717 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Benjamin Spiker**
**413 McLane Ave**
**Apt 2**
**MORGANTOWN, WV 26505**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.718 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Benjamin Stevens**
**2 Forest Edge Drive**
**Kelowna, British Columbia V1V 3G3**
**CANADA**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.719 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Benjamin Stotler**
**600 SW Kenyon St, Apt P201**
**Seattle, WA 98106**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 124 of
1098

| 3.720 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Benjamin Thomas Brauer**
ben.t.brauer02@gmail.com

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.721 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Benjamin Tisdale**
117 South Street #5
Waukesha, WI 53186

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.722 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**BENJAMIN TORRES**
1749 6th St
Sarasota, FL 34236

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.723 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Benjamin Veller**
bensonsc31@gmail.com

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.724 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Benjamin Williams**
84 harper
Pittsford, NY 14534

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.725 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Benny E Barragan**
16170 orange st
hesperia, CA 92345

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.726 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Benny Rivas**
721 Gallant Drive
Minooka, IL 60447

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 125 of 1098

| 3.727 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Beonica Bullard**
**29258 St Andrews**
**Lake Elsinore, CA 92530**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Bernard Mesa**
**Wilma Street 421**
**Bakersfield, CA 93307**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.729 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Bernardo Huguet**
**4224 Masseria**
**North Las Vegas, NV 89031**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.730 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Bernardo Loza**
**870 W La Jolla St**
**Apt A**
**Placentia, CA 92870**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.731 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Berniece Norton**
**P.O. Box 47361**
**Indianapolis, IN 46247**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.732 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Best Buy**
**PO Box 6204**
**Sioux Falls, SD 57117-6204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.733 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Bethany Walters**
**7009 S Danner Dr**
**Oklahoma City, OK 73159**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 126 of 1098

| 3.734 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bette Davies**
**1831 27th Ave SE**
**Albany, OR 97322**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.735 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Betty Rank**
**30 Benson Avenue**
**Pennsville, NJ 08070**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.736 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bevin Rutland**
**6725 York avenue south #531**
**Edina, MN 55435**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.737 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bianca Cooksley**
**74 Harrisville Road**
**Tuakau, Waikato 2121**
**NEW ZEALNAD**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.738 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bianca Ryckert**
**1340 Washington Blvd., Unit 411**
**Stamford, CT 06902**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Billy Gonzalez**
**6403 Zimborski Ave**
**304B 781st MI BN**
**Fort Meade, MD 20755**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Billy Greely**
**emberstreaming@gmail.com**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.741 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Billy Johnson**
14100 newtown road
Unionville, TN 37180

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Billy Pedigo**
704 Corral St
Crossroads, TX 76227

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.743 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Billy Welch**
911 Hale Rd, 161
Shelbyville, IN 46176

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.744 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Binex Line Corporation**
242 Lawrence Avenue
South San Francisco, CA 94080

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.745 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Birane Dia**
575 S Gaylord St
Denver, CO 80209

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.746 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bishop Bartle**
bishopdread94@gmail.com

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.747 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bishop Webster**
projectmangapodcast@gmail.com

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.748 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BJ Stradley**
**4848 N Kilbourn Ave, Apt 2**
**Chicago, IL 60630**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.749 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Blade Martin**
**gluttonboi@gmail.com**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.750 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Blade Martin**
**324 N 2nd St**
**Fowler, CA 93625**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.751 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Blaine Anctil**
**blainethepaintv@gmail.com**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.752 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Blaine Barker**
**27 Doris Avenue E.**
**Unit 609**
**Jacksonville, NC 28540**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.753 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Blaine Ryan**
**374 NW Stratford Lane**
**Port Saint Lucie, FL 34983**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.754 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Blair Jankowski**
**lacuna.inc.ttv@gmail.com**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.755 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Blake Brooks**
macsaucelive@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.756 | Nonpriority creditor's name and mailing address | | Unknown |

**Blake Engleman**
1444 E College St
Princeton, TX 75407

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.757 | Nonpriority creditor's name and mailing address | | Unknown |

**Blake Little**
56 Jackson Rd
Newport, RI 02840

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.758 | Nonpriority creditor's name and mailing address | | Unknown |

**Blake Morris**
1755 214th Ave Ne
CEDAR, MN 55011

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.759 | Nonpriority creditor's name and mailing address | | Unknown |

**Blake Peterson**
10926 Shadow Hill
Rough and Ready, CA 95975

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.760 | Nonpriority creditor's name and mailing address | | Unknown |

**Blake Ririe**
5343 West Dangling Rock Lane
F306
Herriman, UT 84096

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.761 | Nonpriority creditor's name and mailing address | | Unknown |

**Blake Ryan Murdock**
5403 Sayle St, Apt 165
Greenville, TX 75402

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 130 of 1098

| 3.762 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Blake Scott Daniel**
**1670 Mississippi Street**
**Mobile, AL 36618**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

| 3.763 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Blake Zona**
**12818 OLD PLANK RD**
**JACKSONVILLE, FL 32220**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

| 3.764 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Blinx Time**
**Tea_Rabbit@outlook.com**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.765 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Blue Horse Studios**
**3903 NE Creston Avenue**
**Vancouver, WA 98663**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.766 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bobby Cruz**
**the.blacktastic001@gmail.com**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.767 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bobby Kornegay Jr**
**4011 OXBRIDGE RD**
**North Chesterfield, VA 23236**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

| 3.768 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bobby Mackall**
**19830 SW Wright St**
**BEAVERTON, OR 97078**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 131 of 1098

| 3.769 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**bobby mok**
1152 Dennis Circle
South Euclid, OH 44121

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.770 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bobby Sims**
4932 Bretney Drive
Harrisburg, PE 17112

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.771 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bobby Wagner**
305 Dunwoody Chace NE
Atlanta, GA 30328

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.772 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Boris PATRICK NGOMA**
600 Burlington circle
apt 312
Wheeling, IL 60090

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.773 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**bostonchrisgaming**
bostonchrisgaming@gmail.com

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.774 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brad C Ullman**
6511 SE 28th St
Mercer Island, WA 98040

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.775 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brad Davis**
14260 Kimberly Cir
Lake Oswego, OR 97035

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.776 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brad Fals**
**922 Friscoville Ave**
**Arabi, LA 70032**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.777 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brad Keetch**
**564 East 600 North, 1**
**Spanish Fork, UT 84660**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.778 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brad Poyfair**
**1355 N. Pearl St #109**
**Denver, CO 80203**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.779 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Braden Falline**
**200 W 2nd St.**
**Spencer, IA 51301**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.780 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Braden Stott**
**12415 Bowling St**
**Cumberland, MD 21502**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.781 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bradford Loesch**
**994 Spring Valley Alpha Rd**
**Xenia, OH 45385**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.782 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bradlee Holiday**
**3260 Cookes Mill Lane**
**Cheasapeake, VA 23323**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.783 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bradley Basco**
268 Madison X-ing Dr.
Sulphur, LA 70665

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.784 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bradley Bromlow**
2540 Jenks Avenue
Panama City, FL 32405

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.785 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bradley Cadaoas**
12 Oakworth Cres
Toronto, Ontario M1K 3T8
CANADA, ON

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.786 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bradley Davis**
davis.bradley96@gmail.com

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.787 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bradley Harris**
531 laughlin
Cleveland, MS 38732

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.788 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bradley N Saunders**
3013 North Kuther Road
Sidney, OH 45365

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.789 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bradley Naumann**
1301 N Main St
Tulsa, OK 74106

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

Name

| 3.790 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Bradley Newton**
351 Calvin Drive
Seven Hills, TX 44131

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.791 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**BRADLEY RODENBERG**
1300 Serenity Ct
Modesto, CA 95355

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.792 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Bradley Stroder**
140E 2200N #703
North Logan, UT 84341

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.793 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Bradley Thompson**
4371 Fontaine Drive
Cave Spring, VA 24018

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.794 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Bradley Troup**
162 Meadows
Nappanee, IN 46550

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.795 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Bradley Waring**
6505 E Central Ave
Wichita, KS 67206

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.796 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Bradly Pearson**
3169 Violet Street
Unit D203
San Luis Obispo, CA 93401

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 135 of 1098

| 3.797 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**BRADY ALLEN MCATEE**
1009 yew st
Bellingham, WA 98229

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.798 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Brady Martin White**
403 treemont drive
clarksville, AZ 37043

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.799 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Brady Mays**
5681 DESERT VIEW DR
LA JOLLA, CA 92037

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.800 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Brady Mays**
bradymays@sbcglobal.net

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.801 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Braedon Marley**
651 Summit Street
Fostoria, OH 44830

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.802 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Braedon Perini**
1407 Kelliwood Oaks
Katy, TX 77450

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.803 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Branden Counts**
307 S Vine Ave
Lacona, IA 50139

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 136 of 1098

| 3.804 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Branden Evans**
**19928 Country Club Dr**
**Harper Woods, MI 48225-1622**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.805 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Branden Petitt**
shopdogwoodcrafts@gmail.com

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.806 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Branden Suarez**
**2906 Pearl Street**
**Franklin Park, IL 60131**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.807 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brandi Davis**
**608 58th Street**
**West Palm Beach, FL 33407**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.808 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brandi Dourth**
dizzykittentwitch@gmail.com

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.809 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brandon Bacon**
**129 Adler Ave apt #3**
**Campbell, CA 95008**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.810 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brandon Bell**
**148 Morton St**
**New Eagle, PA 15067-1373**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 137 of 1098

| 3.811 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brandon Bender**
gingi_555@yahoo.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.812 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Brandon Blaylock**
214 EVERGREEN EXT
MARTIN, TN 38237-3600

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.813 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Brandon Burhans**
5285 Foxhound Way
San Diego, CA 92130

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.814 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Brandon Cline**
5 Aurelius Ave
Auburn, AR 13021

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.815 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Brandon Darby**
Brandon@cgnylan.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.816 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Brandon Darby**
1412 Esler Road
Williams Lake BC V2G 4X9
CANADA

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.817 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Brandon Derricott**
1931 Greenstone Court
Glen Allen, VA 23060

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ☐ No  ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 138 of 1098

| 3.818 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brandon Evans**
**409 Girard Ave**
**pembroke, NH 03275**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.819 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brandon Feliciano**
**32 West Park Drive**
**Huntington Station, NY 11746**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.820 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brandon Fields**
**2645 Columbia Blvd**
**Saint Helens, OR 97051**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.821 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brandon Hutchison**
**110 pPplar Drive**
**Rogersville, TN 37857**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.822 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brandon J Payne Jr**
**16000 186th St**
**Lexington, OK 73051**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.823 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brandon Johnson**
**1905 Merrywood Drive**
**Edison, NJ 08817**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.824 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brandon Jozefiak**
**3100 lemongrass lane**
**charlotte, NC 28214**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 139 of 1098

| 3.825 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Brandon Kilthau**
3528 Balsam Drive SW Unit #304
Calgary, Alberta T3C 2Y1
CANADA

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.826 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Brandon Kircher**
chromatwitch@gmail.com

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.827 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Brandon Lipe**
2057 W Hebron Pkwy #317
Carrollton, TX 75010

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.828 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Brandon Lopez**
3220 ROYAL GARDENS AVE
Fort Myers, FL 33916

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.829 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Brandon Mack**
8757 State Hwy 32
Suring, WI 54174

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.830 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Brandon Mansfield**
1340 canary ln
Forney, TX 75126

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.831 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Brandon Mason**
4331 W 5700 S
Kearns, UT 84118

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 140 of 1098

| 3.832 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brandon McCauley**
68 Winding Ridge Way
Danbury, CT 06810

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.833 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brandon McLear**
20 Mill Rd
Lloyd Harbor, NY 11743

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.834 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brandon Meyer**
411 Ernies place
Falmouth, KY 41040

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.835 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brandon Missino**
313 Hitching Post Ln
Windsor, CT 06095

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.836 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brandon Missling**
xmistaabusinessx@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.837 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brandon Morales**
16170 Leffco Rd
Whittier, CA 90603

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.838 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brandon Neilan**
7545 Mansion Circle, Apt E
Mason, OH 45040

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.839 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.839**

**Nonpriority creditor's name and mailing address**

**Brandon Patchel**
**26 Nauset St.**
**Sandwich, MA 02563**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.840**

**Nonpriority creditor's name and mailing address**

**Brandon Rodgers**
**brod121693@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.841**

**Nonpriority creditor's name and mailing address**

**Brandon Rodriguez**
**4285 148th Ave. NE, APT I206**
**Bellevue, WA 98007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.842**

**Nonpriority creditor's name and mailing address**

**Brandon Scott**
**1822 N Perkins Rd Apt 1011**
**stillwater, OK 74075**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.843**

**Nonpriority creditor's name and mailing address**

**Brandon Sebastian Jay**
**565 Case School Road**
**Madison, NC 27025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.844**

**Nonpriority creditor's name and mailing address**

**Brandon Smithson**
**brandon.smithson@hotmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.845**

**Nonpriority creditor's name and mailing address**

**Brandon Spurlock**
**5262 Pitcairn RD**
**Huber Heights, OH 45424**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 142 of 1098

| 3.846 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brandon Starr**
13106 Willow Ave
Grant, MI 49327

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.847 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brandon Stillo**
135 Beacon Avenue #2
Jersey City, NJ 07306

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.848 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brandon Szumita**
5 Riverhurst Ave., Apt. 703
Billerica, MA 01821

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.849 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brandon Taft**
1640 Yauopon Dr
Sumter, SC 29154

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.850 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brandon Thomas**
9451 134th way north
Largo, FL 33776

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.851 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brandon Walker**
14789 S Briar park road
Herriman, UT 84096

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.852 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brandon White**
4513 Mercil Terrace
Glen Allen, VA 23060

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 143 of 1098

| 3.853 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brandon Wilcox**
3553 Dechart Ln
Raleigh, NC 27616

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.854 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brandon Wilkie**
#285 Cashew Row, Sunset Crest, Holetown,
Bridgetown, BB11103
BARBADOS

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.855 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brandon Womack**
10209 Stage Coach Rd
Gretna, VA 24557

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.856 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brandon Zaruba**
brandonzaruba12@gmail.com

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.857 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brandt Cassidy**
Brandtjcc@ymail.com

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.858 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brannan Geshwind**
1720 Wells Branch Pkwy #6301
Austin, TX 78728

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.859 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brannon Paul Waddell**
166 cook rd
Zebulon, GA 30295

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 144 of 1098

| 3.860 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brannon Yarber**
4104 Carolyn Drive
High Ridge, MO 63049

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.861 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brayan Sierra**
102 S Main St
Senath, MO 63876

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.862 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brayden Bauer**
braydenbauer@gmail.com

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brayden Wargo**
189 Bench ave
Washington, PA 15301

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.864 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Braylon**
13752 s 4170 w
Riverton, UT 84065

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.865 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Breanna B**
breannaashley91@gmail.com

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.866 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Breanna Rohn**
4630 Cresant Ln
Douglasville, GA 30135

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Name

| 3.867 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Breanna Solis**
**2404 Scott Creek dr.**
**Little Elm, TX 75068**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.868 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Breese Booher**
**835 State St**
**Van Wert, OH 45891**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.869 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Brendan Alvarez**
**NilaesXlll@outlook.com**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.870 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Brendan Hawthorne**
**7094 forest mill dr**
**Cottondale, AL 35453**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.871 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Brendan Holzhauer**
**17933 Holzhauer Automall Dr**
**Nashville, IL 62263**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.872 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Brendan Mahoney**
**55 Clark St**
**Apt 913**
**Brooklyn, NY 11201**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.873 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Brendan OBrien**
**606 Lake Avenue**
**Lancaster, NY 14086**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No  ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 146 of 1098

| 3.874 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**3.874**

**Nonpriority creditor's name and mailing address**

brendan scally
456 Adeline Ave
San Jose, CA 95136

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.875**

**Nonpriority creditor's name and mailing address**

Brendan Villines
6817 Spessard Holland CT
Las Vegas, NV 89131

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.876**

**Nonpriority creditor's name and mailing address**

Brenden Burton
1621 GeorgeWashington Way, Apt. C6
Richland, WA 99354

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.877**

**Nonpriority creditor's name and mailing address**

Brenden Madden
5108 Peyton Place Court
St.Louis, MO 63128

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.878**

**Nonpriority creditor's name and mailing address**

Brenden Swett
luminescentlumi@gmail.com

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.879**

**Nonpriority creditor's name and mailing address**

Brendon Chavez
769 SW 19th St.
Norman, OK 73072

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.880**

**Nonpriority creditor's name and mailing address**

Brendon Coughtry
290 Manitoba LANE
Lexington, KY 40515

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.881 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brendon Coughtry**
290 Manitoba LANE
Lexington, KY 40515

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.882 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Brendyn Rice**
18740 W Canterbury Dr
Surprise, AZ 85388

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.883 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Brennan Kenerson**
thestutteringstreamer@gmail.com

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.884 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Brennan Stanley**
417 Shagbark rd
Grindstone, PA 15442

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.885 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Brennon Boger**
736 4th ave NE
Pacific, WA 98047

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.886 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Brent A. Bach Jr.**
19607 Ruth Ave.
South Bend, IN 46614

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.887 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Brent Benedict**
ninjyy@gmail.com

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.888 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Brent Gilbert**
**248 W Virginia Ave**
**Rainelle, WV 25962**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.889 | Nonpriority creditor's name and mailing address | | Unknown |

**Brent Terrazas**
**3400 Wallingford Ave North Apt 267**
**Seattle, WA 98103**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.890 | Nonpriority creditor's name and mailing address | | Unknown |

**Brent Varin**
**201 cedar street lot 37**
**Bigfork, MN 56628**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.891 | Nonpriority creditor's name and mailing address | | Unknown |

**Brent Varin**
**1vs100zombies@gmail.com**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.892 | Nonpriority creditor's name and mailing address | | Unknown |

**Brenton Sage**
**37680 SE Fallcreek RD**
**Estacada, CA 97023**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.893 | Nonpriority creditor's name and mailing address | | Unknown |

**Bret Montgomery**
**43 Charming Lane**
**Hendersonville, NC 28792**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.894 | Nonpriority creditor's name and mailing address | | Unknown |

**Brett Anthony Duevalle**
**5130 East County Road 75 North**
**Logansport, IN 46947**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 149 of 1098

| 3.895 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brett Campbell**
8525 Lister Dairy Road
Creola, AL 36525

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No □ Yes

---

| 3.896 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brett Dallman**
149 Mont Vernon Road
New Boston, NH 03070

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No □ Yes

---

| 3.897 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brett e Kane**
3480 83rd Street East
Inver Grove Heights, MN 55076

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No □ Yes

---

| 3.898 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brett Erlich**
bretterlich@tyt.com

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No □ Yes

---

| 3.899 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brett Garrett**
6145 Adina Rd.
Cocoa, FL 32927

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No □ Yes

---

| 3.900 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brett Glantz**
9710 5th Ave NE, Apt. 408
SEATTLE, WA 98115

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No □ Yes

---

| 3.901 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brett Leonardo**
19 Lyon Road
Waldwick, NJ 07463

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No □ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 150 of 1098

| 3.902 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brett Martinelli**
bmart1077@gmail.com

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.903 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brett Mayes**
**1008 North Ave**
**Hopewell, VA 23860**

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.904 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brett Peters**
**752 E 1075 S**
**Bunker Hill, IN 46914**

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.905 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brett Thompson**
**1203 S Gila Drive**
**SAFFORD, AZ 85546**

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.906 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,324.79 |
|---|---|---|---|

**Brex**
**405 Howard Street**
**Suite 200**
**San Francisco, CA 94105**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.907 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brian Abiog**
**634 Bluffview Road**
**Spring Valley, CA 91977**

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.908 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brian Abiog**
**634 Bluffview Road**
**Spring Valley, CA 91977**

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 151 of 1098

| 3.909 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brian Allemeier**
7332 NW 19th St
Bethany, OK 73008

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Potential warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.910 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brian Altis**
540 North Mulberry Street
Gardner, KS 66030

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Marketing Influencer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.911 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brian Anderson**
1220 saddle st
Prairie Grove, AR 72753

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Marketing Influencer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.912 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brian Asleson**
2445 Center Rd
Novato, CA 94947

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Marketing Influencer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.913 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brian Asleson**
2445 Center Rd
Novato, CA 94947

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Marketing Influencer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.914 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brian B Lykins**
504 Flemingsburg RD
Morehead, KY 40351

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Potential warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.915 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brian Barranger**
329 Delaware Avenue
Glen Burnie, MD 21060

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Marketing Influencer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 152 of 1098

| 3.916 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Brian Blaisdell**
**705 Maple Dr**
**Aurora, MN 55705**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.917 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Brian Calkins**
**1740 East Jones Creek Road**
**Grants Pass, OR 97526**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.918 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Brian Carpenter**
**140 North Beacon Street APT B4**
**Brighton, MA 02135**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.919 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Brian Chen**
**1135 Westgate St., Apt 1306**
**Oak Park, IL 60301**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.920 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Brian Conneen**
**192 Country Ridge Dr**
**Royersford, PA 19468**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.921 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Brian Converse**
**428 N Mead Ave**
**shawnee, OK 74801**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.922 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Brian D Castrup**
**710 Sugar Brook Dr**
**Temple, TX 76502**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.923 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brian Dart**
3197 Fox Dr
Chalfont, PA 18914

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.924 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Brian DeBroff**
2220 Huntington Tpke
Trumbull, CT 06611-5033

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.925 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Brian Delp**
bdelpofficial@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.926 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Brian Delp Jr.**
207 Savoy St.
Sugar Land, NC 77478

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.927 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Brian Dillard**
554 W Tenia Trl
San Tan Valley, AZ 85140

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.928 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Brian Dundas**
1146 Irene Turn
Bourbonnais, IL 60914

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.929 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Brian Dundas**
1146 Irene Turn
Bourbonnais, IL 60914

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 154 of 1098

Name

| 3.930 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brian Elmore**
**1710 Alm Drive**
**Huntsville, AL 35811**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.931 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brian Filer**
**2390 Edgemon Street SE**
**Cleveland, TN 37323**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.932 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brian Flynn**
**907 Edgebrook Drive**
**Boylston, MA 01505**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.933 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brian Foster**
**frawstymusic@gmail.com**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.934 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brian Frenette**
**3709 Powder Ridge Dr**
**Bismarck, ND 58503-1306**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.935 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brian Goff**
**4014 Lemon Grass Way**
**Arlington, TX 76005**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.936 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brian Helle**
**1202 Washington St**
**Genoa, OH 43430**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.937 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brian Hernandez**
**12 Brookstone Dr**
**Boonton, NJ 07005**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.938 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brian Holt**
**25 Vienna Ct**
**Frederick, MD 21702-3906**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.939 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brian J Elsbernd**
**208 Hahn St**
**Wonewoc, WI 53968**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.940 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brian Jakims**
**11980 Ellison Wilson Rd**
**North Palm Beach, FL 33408**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.941 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brian Johnstone**
**13652 Hilleary Pl., Apt. 103**
**Poway, CA 92064**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.942 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brian Jylkka**
**BJylkka@live.com**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.943 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brian K Downton**
**1900 w high st**
**Lima, OH 45805**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 156 of 1098

| 3.944 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brian Klein**
**3760 Taylorsville rd**
**Louisville, KY 40220**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.945 | Nonpriority creditor's name and mailing address | | Unknown |

**Brian Kunecki**
**2427 Cleveland Ave**
**Niagara Falls, NY 14305**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.946 | Nonpriority creditor's name and mailing address | | Unknown |

**Brian Lucero**
**6 Renwood Pl**
**American Canyon, CA 94503**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.947 | Nonpriority creditor's name and mailing address | | Unknown |

**Brian Martinez**
**4731 N FRONT ST**
**Philadelphia, PA 19120**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.948 | Nonpriority creditor's name and mailing address | | Unknown |

**brian mccoy**
**2905 n.w. 68th lane**
**margate, FL 33063**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.949 | Nonpriority creditor's name and mailing address | | Unknown |

**Brian Mccoy**
**2905 N.W. 68th Ln**
**margate, FL 33063**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.950 | Nonpriority creditor's name and mailing address | | Unknown |

**Brian Naegele**
**naegele.brian@gmail.com**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

---

| 3.951 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brian Naegele**
**325 Retford Ave**
**Cranford, NJ 07016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.952 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brian Newman**
**9001 Glenfield Drive**
**Baton Rouge, LA 70809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.953 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brian P Filossie**
**23 scitico rd**
**SOMERS, CT 06071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.954 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brian Palladino**
**1650 S Orkney Street**
**Philadelphia, PA 19148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.955 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brian Quinlivan**
**10629 Woodbridge St, Unit 207**
**North Hollywood, CA 91602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.956 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brian Quinlivan**
**10629 Woodbridge St, Unit 207**
**North Hollywood, CA 91602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Any and all legal and equitable claims**

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.957 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brian Quinlivan**
**10629 Woodbridge St, Unit 207**
**North Hollywood, CA 91602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.958 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brian Rice**
**201 East Finley Street, Apt. 4**
**Oakwood, IL 61858**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

| 3.959 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brian Rice**
**b.rice316@yahoo.com**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.960 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brian Sawyer**
**jugsysiegeltv@gmail.com**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.961 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brian Sawyer**
**1428 Swanbrooke Dr**
**Las Vegas, NV 89144**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.962 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brian Schooley**
**4535 HATTIES PROGRESS DR**
**Bowie, MD 20720**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.963 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brian Schooley**
**4535 HATTIES PROGRESS DR**
**Bowie, MD 20720**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.964 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brian Scott**
**111 Pierce Road**
**Townsend, MA 01469**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 159 of 1098

| 3.965 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**3.965** Nonpriority creditor's name and mailing address

**Brian Seiler**
**1425 McClellan Ct**
**Lindenhurst, OH 60046**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.966** Nonpriority creditor's name and mailing address

**Brian Spaulding**
**1438 TARAMORE DR**
**FLORENCE, KY 41042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.967** Nonpriority creditor's name and mailing address

**Brian Tamagini**
**48 Deer Hill Lane**
**Carver, MA 02330**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.968** Nonpriority creditor's name and mailing address

**Brian Telford**
**5107 Edmondson Pike**
**Nashville, TN 37211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.969** Nonpriority creditor's name and mailing address

**Brian Thompson**
**2206 East Florida Street Greensboro**
**Greensboro, NC 27401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.970** Nonpriority creditor's name and mailing address

**Brian Tomkowiak**
**2173 Morse Lane**
**Glendale Heights, IL 60139**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.971** Nonpriority creditor's name and mailing address

**Brian Tran**
**Fuuenju@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 160 of 1098

| 3.972 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Brian Tran**
5 Watkins St
Whitesboro, NY 13492

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.973 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Brian Unanan**
6742 Forest Hill Blvd
Greenacres, FL 33413

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.974 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Brian Waggoner**
3160 Integra Lakes Lane, Apt 330
Casselberry, FL 32707

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.975 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Brian Z Boykin**
46 North Starr Ave
Pittsburgh, PA 15202

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.976 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**briana Bougas**
30-63 38th street
3b
astoria, NY 11103

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.977 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Briana Freeland**
2035 Newbold Ave
Apt 5N
Bronx, NY 10462

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.978 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Briana Scott**
5 Nassau Avenue
Woodbury, NJ 08096

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 161 of 1098

| 3.979 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BrianJohnson**
14087 Southwood Cir
Fishers, IN 46037

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.980 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brianna Kerns**
907 Acacia Court
Tehachapi, CA 93561

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.981 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brick Braun**
1433 Idlewood Rd
Glendale, CA 91202

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.982 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bridgette Garfield**
1435 Ridgewood Dr
Augusta, GA 30909

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.983 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brie Roksa**
acietwitch@gmail.com

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.984 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brigg Hobelman**
hun.27@hotmail.com

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.985 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brigit Fraga**
1161 Peeples st
Mckinleyville, CA 95519

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 162 of 1098

| 3.986 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Britt McQuin**
**1102 Plum St.**
**St. Francisville, IL 62460**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.987 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brittany Alvarez**
**43 DOW ST**
**FRAMINGHAM, MA 01702**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.988 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brittany Castellanos**
**313 Park Sharon Drive**
**Los Banos, CA 93635**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.989 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brittany Vincent**
**107 Maberley Road**
**Winnipeg, Manitoba R2P 0E3**
**CANADA**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.990 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**brock thornton**
**4309 james dr**
**metairie, CA 70003**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.991 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brock Thornton**
**willmorrisplaceholder2@gmail.com**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.992 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brock Wamsley**
**200 Lavender Lane**
**Starkville, MS 39759**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 163 of
1098

| 3.993 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Broderick Steffensen-Grant**
Riceu.Business@gmail.com

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.994 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Brody Eggert**
169 Capitol Drive
Weirton, WV 26062

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.995 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Brody Wright**
383 south County Road 69
Hartford, AL 36344

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.996 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Brook Kuhn**
11533 Windcrest Lane #127
San Diego, CA 92128

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.997 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Brooke A Pilcher**
154 WINDSOR DR
DAPHNE, AL 36526

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.998 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Brooke Denison**
104 W Ocean Dunes Rd
Daytona Beach, FL 32118

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.999 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Brooke Troxell**
5809 Calumet Dr
Arlington, TX 76017

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Bruce Batzer**
**1222 TINKERS GREEN DR**
**STREETSBORO, OH 44241**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Bruce Ray**
**condoneray@gmail.com**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Bruce Rumler**
**7738 Britton Rose Dr**
**Las Vegas, NV 89178**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Bryan Alferos Posadas**
**2208 Regatta Way**
**San Leandro, CA 94579**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Bryan Allen**
**817 101st St E Apt 203**
**Tacoma, WA 98445**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Bryan Chow**
**236 W Stillwater Dr**
**Saratoga Springs, UT 84045**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 165 of 1098

| 3.100 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bryan Crader**
441 E Erie, Apt 2109
Chicago, IL 60611

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.100 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bryan Dorion**
115 PIERELLA DR
Bell River, Ontario N0R 1A0
CANADA

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.100 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bryan Espinoza**
7726 Grape ST
Highland, CA 92346

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.100 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bryan Fell**
148 Chelsea Ct.
Vacaville, CA 95687

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.101 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bryan Galic**
3316 Pine Hurst Trail
Apt 377, TX 76137

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.101 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bryan Geesey**
4157 W Palace Station Rd
New River, AZ 85087

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 166 of 1098

| 3.101<br>2 | Nonpriority creditor's name and mailing address<br>**Bryan Hinkel**<br>**6997 Kings Lynn Loop**<br>**Fayetteville, NC 28304-5917**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Marketing Influencer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.101<br>3 | Nonpriority creditor's name and mailing address<br>**Bryan Jenkins**<br>**3216 Longbow Dr**<br>**Raleigh, NC 27604**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Marketing Influencer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.101<br>4 | Nonpriority creditor's name and mailing address<br>**Bryan Klamorick**<br>**921 Martingale Lane**<br>**Round Lake Beach, IL 60073**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Potential warranty claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.101<br>5 | Nonpriority creditor's name and mailing address<br>**Bryan Martinez**<br>**2507 McIntosh St**<br>**East Elmhurst, NY 11369**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Marketing Influencer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.101<br>6 | Nonpriority creditor's name and mailing address<br>**Bryan McGregor**<br>**5050 Columbus St SE**<br>**unit 185**<br>**Albany, OR 97322**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Marketing Influencer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.101<br>7 | Nonpriority creditor's name and mailing address<br>**Bryan Perez**<br>**16 Ellis Road**<br>**West Caldwell, NJ 07006**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Potential warranty claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 167 of 1098

| 3.101 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bryan Perez**
16 Ellis Rd
West Caldwell, NJ 07006

Date(s) debt was incurred _

Last 4 digits of account number _

- Contingent
- Unliquidated
- Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bryan Robertson**
15 Iceboat Terrace Apt 633
Toronto, Ontario M5V 4A5
CANADA

Date(s) debt was incurred _

Last 4 digits of account number _

- Contingent
- Unliquidated
- Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bryan Rodriguez**
29318 Spencer dr
Santa clarita, CA 91387

Date(s) debt was incurred _

Last 4 digits of account number _

- Contingent
- Unliquidated
- Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bryan Rodriguez**
29318 Spencer Dr
Santa clarita, CA 91387

Date(s) debt was incurred _

Last 4 digits of account number _

- Contingent
- Unliquidated
- Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**bryan sarantos**
465 Manor Drive
El Cajon, CA 92020

Date(s) debt was incurred _

Last 4 digits of account number _

- Contingent
- Unliquidated
- Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bryan Stoebe**
5245 Sherwood Way
Cumming, GA 30040

Date(s) debt was incurred _

Last 4 digits of account number _

- Contingent
- Unliquidated
- Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 168 of 1098

| 3.102 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bryan Stokes**
**9290 Blanton Lane**
**Ballground, GA 30107**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bryan Walker**
**5007 wewatta st S.W**
**Atlanta, GA 30331**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bryant Putong**
**165 Carnation Cir.**
**Vallejo, CA 94589**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BRYANT RANDALL**
**67 Buffinton Street**
**Fall River, MA 02721**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bryce Davis**
**2733 Windsor Avenue**
**Independence, MO 64052**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bryce Dirks**
**1305 N Albany Rd NW**
**Albany, OR 97321**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 169 of 1098

| 3.103 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bryce Hoeper**
hi@brucecooper.tv

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.103 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bryce Murphy**
3030 Suncrest Drive, Unit 417
San Diego, CA 92116

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.103 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bryce Pearce**
11700 LEBANON RD, apartment 1223
Frisco, TX 75035

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.103 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bryce Taylor**
2057 Schoolhouse Lane
Hermon, ME 04401

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.103 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bryce Weller**
3152 Wyatt Rd Apt 2
North Pole, AK 99705

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.103 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bryce Woods**
6211 15th St E, Lot 76
Bradenton, FL 34203

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 170 of 1098

| 3.103 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bryson Sharp**
860 W Collins St
Denton, TX 76201

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Buddha**
buddhatemp@temp.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Buddy Dowling**
134 N WISCONSIN AVE
APT 1
Muscoda, WI 53573

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Burnett Burton**
11301 Southeast 10th Street, 208
Vancouver, WA 98664

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Byakko Howaito**
byakkomedia@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Byron Acebedo**
6964 22nd Pl
Lubbock, TX 79407

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 171 of 1098

| 3.104<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Byron Faircloth**
**3603 Dove Circle**
**New Albany, IN 47150**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104<br>3 | Nonpriority creditor's name and mailing address | | Unknown |

**Byron Morris**
**980 Haymon Dr**
**Winder, GA 30680**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104<br>4 | Nonpriority creditor's name and mailing address | | Unknown |

**Cade Bryan Shaw**
**4307 frontier lane**
**Tuttle, OK 73089**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104<br>5 | Nonpriority creditor's name and mailing address | | Unknown |

**Cade Wright**
**1307 Telluride Ln**
**Norman, OK 73071**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104<br>6 | Nonpriority creditor's name and mailing address | | Unknown |

**Caden Blankenship**
**43 Cypress Knee Lane**
**Lakeway, TX 78734**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104<br>7 | Nonpriority creditor's name and mailing address | | Unknown |

**Caelan Rashby-Pollock**
**12140 NE 24th st, Apt 102**
**Bellevue, WA 98005**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 172 of 1098

| | Name | | |

---

**3.104 8**

**Nonpriority creditor's name and mailing address**

**Caitlin Annunziata**
**TinyBones13ttv@gmail.com**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.104 9**

**Nonpriority creditor's name and mailing address**

**caitlin blenz**
**Vixitmortus@gmail.com**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.105 0**

**Nonpriority creditor's name and mailing address**

**Caitlin Lytle**
**1530 Emilia Way**
**Redlands, CA 92374**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.105 1**

**Nonpriority creditor's name and mailing address**

**Caitlin Salow**
**107 Franklin Street**
**Delhi, IA 52223**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.105 2**

**Nonpriority creditor's name and mailing address**

**Caitlyn**
**629 East Bradstock Way**
**San Tan Valley, AZ 85140**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.105 3**

**Nonpriority creditor's name and mailing address**

**Caitlyn Burkes**
**omglookkitty@gmail.com**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 173 of 1098

| 3.105 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Caitlyn Lytle** | | ■ Contingent | |
| squishystreamer@gmail.com | | ■ Unliquidated | |
| **Date(s) debt was incurred** __ | | ■ Disputed | |
| **Last 4 digits of account number** __ | | Basis for the claim: _Marketing Influencer_ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 5 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Calandra Alexander** | | ■ Contingent | |
| **1616 94th AVE NE** | | ■ Unliquidated | |
| **Lake Stevens, WA 98258** | | ■ Disputed | |
| **Date(s) debt was incurred** __ | | Basis for the claim: _Potential warranty claim_ | |
| **Last 4 digits of account number** __ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Cale Enos** | | ■ Contingent | |
| **18182 West Chinook Drive** | | ■ Unliquidated | |
| **Burlington, WA 98233** | | ■ Disputed | |
| **Date(s) debt was incurred** __ | | Basis for the claim: _Potential warranty claim_ | |
| **Last 4 digits of account number** __ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Caleb Baskin** | | ■ Contingent | |
| **101 Cooper Street** | | ■ Unliquidated | |
| **Santa cruz, CA 95060** | | ■ Disputed | |
| **Date(s) debt was incurred** __ | | Basis for the claim: _Potential warranty claim_ | |
| **Last 4 digits of account number** __ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Caleb Dill** | | ■ Contingent | |
| **607 N Kingman** | | ■ Unliquidated | |
| **Haviland, KS 67059** | | ■ Disputed | |
| **Date(s) debt was incurred** __ | | Basis for the claim: _Marketing Influencer_ | |
| **Last 4 digits of account number** __ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Caleb Disney** | | ■ Contingent | |
| **24 Brandywine Drive** | | ■ Unliquidated | |
| **Shrewsbury, PA 17361** | | ■ Disputed | |
| **Date(s) debt was incurred** __ | | Basis for the claim: _Potential warranty claim_ | |
| **Last 4 digits of account number** __ | | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 174 of 1098

| 3.106 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Caleb Duke**
**4109 LEES LN**
**LOUISVILLE, KY 40216-2103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.106 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Caleb Finney**
**43 Shearwater Esplanade**
**Shearwater Tasmania 7307**
**AUSTRALIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.106 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Caleb Horsley**
**17526 Glenmark dr**
**Houston, TX 77084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.106 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Caleb Izard**
**6703 columbia**
**Amarillo, TX 79109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.106 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Caleb Loder**
**2508 Rawhide Ln**
**Lawrence, KS 66046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.106 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Caleb Morey**
**12205 Knotty pine loop**
**San Antonio, FL 33576**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396  Doc# 32  Filed: 05/05/22  Entered: 05/05/22 12:11:36  Page 175 of 1098

| 3.106 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Caleb Moyo**
**2112 Deer Ridge Drive**
**Stone Mountain, GA 30087**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.106 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Caleb Owens**
**220 CAMP RD**
**RUTHERFORDTON, NC 28139**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.106 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Caleb Phillips**
**11570 SW Cardinal Terrace**
**Beaverton, OR 97008**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.106 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Caleb Ragsdale**
**833 BUCKHORN DR**
**CLARKSVILLE, TN 37043**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.107 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Caleb Taulbee**
**1670 Old Highway Road**
**Telferner, TX 77988**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.107 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Caleb Thompson**
**700 E Gap Hill Rd**
**Cub Run, KY 42729**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 176 of 1098

| 3.107 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Caleb Wallen**
**7043 Bridgeport circle**
**Stockton, CA 95207**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Calix Jaden Arboleda**
**770 Elm St.**
**Neenah, WI 54956**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Calum Gracey**
**14 BISHOPS BRAE AVENUE, Bishops Brae Ave**
**Downpatrick, Down County BT30 6TG**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**calvin c chhom**
**1420 S 90TH STREET CT**
**TACOMA, WA 98444**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Calvin Chu**
**33 Henry St Apt 5**
**New York, NY 10002**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Calvin Cogan**
**2966 Brookwell Dr**
**Hilliard, OH 43026**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

| 3.107 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Calvin dahl nw green construction inc**
**261 hamilton road north**
**Chehalis, WA 98532**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cam Brickey**
**5635 Carleton Rockwood Rd**
**South Rockwood, MI 48179**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cam Perdido**
**920 E St, Apt 103**
**San Diego, CO 92101**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Camden Levinson**
**10211 Arrow Creek Drive #304**
**Raleigh, NC 27617**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cameron**
**1319 E 45th Apt D-02**
**Kearney, NE 68847**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cameron Akeley**
**28 dorothy dr**
**plymouth, MA 02360**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 178 of 1098

| 3.108 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cameron Arnold**
3655 prairie waters dr #4232
Grand prairie, TX 75052

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.108 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cameron Clarino**
3940 Kings Hill Road
North Las Vegas, NV 89032

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.108 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cameron Druse**
2502 Bateman St
Hastings, NE 68901-3520

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.108 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cameron Fuller**
16162 Newmont Ave
Lancaster, CA 93535

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.108 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cameron Hudson**
5009 McClelland Dr unit 208
Wilmington, NC 28405

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.108 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cameron James Lewis**
BeelzOnline@hotmail.com

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 179 of 1098

| 3.109 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Cameron Johnson** <br> **8502 N. 94th Ave** <br> **Peoria, AZ 85345** | ■ Contingent <br> ■ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Potential warranty claim_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.109 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Cameron King** <br> **11566 Andover Road** <br> **South Jordan, UT 84095** | ■ Contingent <br> ■ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Marketing Influencer_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.109 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Cameron L. Allemand** <br> **98 bevier street** <br> **springfield, MA 01107** | ■ Contingent <br> ■ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Potential warranty claim_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.109 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Cameron LaHart** <br> **10504 Vista Bella pl NW** <br> **Albuquerque, NM 87114** | ■ Contingent <br> ■ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Potential warranty claim_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.109 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **cameron macdonald** <br> **220 Bedford Street, Unit 8A** <br> **Bridgewater, MA 02324** | ■ Contingent <br> ■ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Potential warranty claim_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.109 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Cameron Martin** <br> **cameron3martin@gmail.com** | ■ Contingent <br> ■ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Marketing Influencer_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Case: 22-40396  Doc# 32  Filed: 05/05/22  Entered: 05/05/22 12:11:36  Page 180 of 1098

| 3.109 6 | **Nonpriority creditor's name and mailing address**<br>**Cameron Priest**<br>**246 Curlew Dr. Apt. 13103**<br>**Ammon, ID 83401**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Potential warranty claim__<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.109 7 | **Nonpriority creditor's name and mailing address**<br>**Cameron Ramsey**<br>**848 Alden Lane**<br>**Livermore, CA 94550**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Potential warranty claim__<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.109 8 | **Nonpriority creditor's name and mailing address**<br>**Cameron Ritz**<br>**cameronmritz@icloud.com**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Marketing Influencer__<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.109 9 | **Nonpriority creditor's name and mailing address**<br>**Cameron Smith**<br>**datshinytyphlosion@gmail.com**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Marketing Influencer__<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.110 0 | **Nonpriority creditor's name and mailing address**<br>**Cameron Taylor**<br>**1710 S Fairdale Avenue**<br>**Casper, WY 82601**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Potential warranty claim__<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.110 1 | **Nonpriority creditor's name and mailing address**<br>**Candace Holland**<br>**10730 Segovia Way**<br>**Rancho Cordova, CA 95670**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Potential warranty claim__<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 181 of 1098

| 3.110 2 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | **Unknown** |

**Candace Pettigrew**
**90 Foxridge Road**
**West Hartford, CT 06107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.110 3 |
|---|
| **Nonpriority creditor's name and mailing address** |

**Candice Jones**
**5290 Duke St**
**Apt. 201**
**Alexandria, VA 22304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.110 4 |
|---|
| **Nonpriority creditor's name and mailing address** |

**Cara Luebbe**
**carabeanz92@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.110 5 |
|---|
| **Nonpriority creditor's name and mailing address** |

**Carl Amsden**
**1706 Lisburn Court**
**Garner, NC 27529**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.110 6 |
|---|
| **Nonpriority creditor's name and mailing address** |

**Carl Bigg**
**2661 Dow St**
**turlock, CA 95382**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.110 7 |
|---|
| **Nonpriority creditor's name and mailing address** |

**Carl Muraoka**
**3412 Golf View Drive**
**Newark, DE 19702**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 182 of 1098

| 3.110 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Carles Kirchner**
**Avinguda Diagonal 630**
**08017 Barcelona**
**SPAIN**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Carlie Youngblood**
**229 Zion Canyon ct**
**Chico, CA 95973**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Carlin Smith**
**Contactcarlinsmith@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Carlos Enciso**
**7456 n newman ave**
**portland, OR 97203**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Carlos J Alfaro**
**605 Bent Trail**
**Toms River, NJ 08753**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Carlos Meza**
**130 Rose Ln**
**Montebello, CA 90640**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 183 of 1098

| 3.111 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Carlos Perez**
**2215 camelot ct**
**Helmetta, NJ 08828**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.111 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Carlos Puente**
**160 Brookfall Drive**
**Saint Augustine, FL 32092**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.111 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Carlos Reyes**
**4715 Falling Sun Drive**
**Houston, TX 77069**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.111 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Carlos Rivera**
**garciacarlos420@outlook.com**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.111 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Carlos Valdez Suarez**
**285 N Richmond Ave Apt 7**
**Clarendon Hills, IL 60514**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.111 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Carmele Holmes**
**P.O Box 1142**
**Ridgecrest, CA 93556**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 184 of 1098

**3.112 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Carolina Simmons** | ☐ Contingent | |
| **903 Alum Spring Court** | ☐ Unliquidated | |
| **JACKSONVILLE, NC 28546** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.112 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Carolyn Murphy** | ☐ Contingent | |
| **PO Box 355** | ☐ Unliquidated | |
| **Atascadero, CA 93423** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.112 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Carrie Ann Miller** | ☐ Contingent | |
| **1249 Orchid Rd** | ☐ Unliquidated | |
| **Warminster, PA 18974** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.112 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Carrie Huffman** | ☐ Contingent | |
| **551 Boulder Dr** | ☐ Unliquidated | |
| **Delaware, OH 43015-4242** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.112 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Carrie Keike** | ☐ Contingent | |
| **1712 Merkle St** | ☐ Unliquidated | |
| **Honolulu, HI 96819** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.112 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Carrie Swanson** | ☐ Contingent | |
| **8786 northcreek bvld apt 15-1** | ☐ Unliquidated | |
| **Southaven, MS 38671** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 185 of 1098

| 3.112 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Carson Geving**
506 Chasewood Dr.
Grapevine, TX 76051

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.112 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**carson hillis**
62853 ne Nolan st
bend, OR 97701

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.112 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Carson Jay Albright**
22067 w. 125th st
olathe, KS 66061

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.112 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**carter a ortiz**
151 E Midvillage Blvd
Sandy, UT 84070

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.113 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Carter Bollinger**
im.carter.music@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.113 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Carter Isaiah Arnburg**
408 S Dewey St
Odebolt, IA 51458

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 186 of 1098

| 3.113 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Carter Kates**
**301 South Market Street**
**Coldwater, OH 45828**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Carter Zaloudek**
carterzaloudek@yahoo.com

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Cary Sunberg**
**1026 North Branciforte Avenue**
**Santa Cruz, CA 95062**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Cary Sunberg**
**1026 North Branciforte Avenue**
**Santa Cruz, CA 95062**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Casey A Mason**
**14804 S 20th Street**
**Bellevue, NE 68123**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Casey Cantwell**
**2103 P ST SW**
**Miami, OK 74354**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 187 of 1098

| 3.113 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Casey Chea**
828 Gray Road
Apartment 3
Gorham, ME 04038-5887

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Casey Coyle**
941 9th St. South
Wisconsin Rapids, WI 54494

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Casey Geist**
15122 Kreider Road
Bonner Springs, KS 66012

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Casey Osorio-Duffoo**
28 Bathgate Place
NEWARK, NJ 07107

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Casey Russell**
108 Masons Way
Newtown Square, PA 19073

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Casey Scates**
1657 Riley ln.
Eugene, OR 97402

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 188 of 1098

| 3.114 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Casey Wheat**
**6050 Meridian Dr, Apt 86**
**Lincoln, NE 68504**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.114 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Casey Wyka**
**685 Cutter Ln**
**Elk Grove Village, IL 60007**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.114 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Caspar ChanYoung Jeon**
**nefasfaustus@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.114 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Cassandra MacMahon**
**40 Brookside Lane**
**Hinesburg, VT 05461**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.114 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Cassandra McMahon**
**snifferishyt@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.114 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Cassidy Engel**
**214 South Dewey St.**
**Owosso, MI 48867**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 189 of 1098

| 3.115 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cassie Bruno**
107 Live Oak Dr
jacksonville, NC 28540

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.115 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cassie Moon**
102 Hammonds Ln Apt 310
Brooklyn Park, MD 21225

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.115 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Catherine Clark**
LunarFelis@outlook.com

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.115 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Catherine Dang**
5118 Kings Crossing N
Brooklyn Park, MN 55443

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.115 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**cathy**
253 Spadina Avenue
Toronto, Ontario M5T 2E3
CANADA

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.115 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Caty McCarthy**
1262 21st Ave. Apt. B
San Francisco, CA 94122

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 190 of 1098

---

**3.115 6**

**Nonpriority creditor's name and mailing address**

**cecil lacap**
**2024 blue hawk ct, 1823**
**Clearwater, FL 33762**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

**Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.115 7**

**Nonpriority creditor's name and mailing address**

**Cecilia Su**
**suceciliaa@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

**Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.115 8**

**Nonpriority creditor's name and mailing address**

**Cedric Simms**
**CeddySoMazing@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

**Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.115 9**

**Nonpriority creditor's name and mailing address**

**Cedric Wilson II**
**550 South Camino Seco Apt 3307**
**apartment 3307**
**Tucson, AZ 85710**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

**Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.116 0**

**Nonpriority creditor's name and mailing address**

**Cesar Garcia**
**221 Burress st**
**Houston, TX 77022**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

**Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.116 1**

**Nonpriority creditor's name and mailing address**

**Cesar Ibarra**
**6110 Jacqueline Lane**
**Austin, TX 78724**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

**Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 191 of 1098

| 3.116 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ceyth Jones**
**767 Alger**
**Kalamazoo, MI 49048**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Chaas Gantt**
**2091 SW 29th Ave,**
**Ft. Lauderdale, FL 33312**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Chaas Gantt**
**2091 SW 29th Ave,**
**Ft. Lauderdale, FL 33312**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Chad Blackmore Ballance**
**164 SW Vermont way**
**lake city, FL 32024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Chad Catzoela**
**3412 Blarney Ln**
**Pflugerville, TX 78660**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Chad Edward Kantner**
**661 Grant Ct.**
**Vista, CA 92083**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 192 of 1098

| 3.116 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chad Glenn**
210 Brookway Drive
Killeen, TX 76542

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chad Kellams**
5452 70TH WAY SE
LACEY, WA 98513

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chad Kruse**
1208 S 17th Ave
Ozark, MI 65721

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chad Logue**
chadlogue6623@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chad Randle**
321 POPPYFIELD GLEN
ESCONDIDO, CA 92026

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chad Solomon**
29 Skyline dr
Riverton, WY 82501

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 193 of 1098

| 3.117 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Chance Morris**
t.sellers@bep-la.com

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.117 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Chance Palhegyi**
sennyk4@gmail.com

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.117 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Chance Roy**
bmoregaming90@gmail.com

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.117 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Chance Toole**
2630 BLVD X
Rolla, KS 67954

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.117 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Chandler Dykes**
5840 Maryland Ave N
Crystal, MN 55428

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.117 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Chandler Fuller**
638 West Turn Bull Turn Lane
Globe, AZ 85501

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 194 of 1098

| 3.118 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
Chandler J. Herman
2841 West Sumner Street
Lincoln, NE 68522

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

| 3.118 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
Chang Gang
c/o Miles Lozano
17 28th Avenuwe, Suite 103
Venice, CA 90291

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ☐ No ☐ Yes

| 3.118 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
Chantelle Cousens
etelly.twitch@gmail.com

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

| 3.118 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
Chaotic Allure
curlchaotic@gmail.com

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

| 3.118 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
Chaotic Allure
6717 NW 65th ter
parkland, FL 33067

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

| 3.118 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
Chaotic allure
6717 nw 65th ter
parkland, FL 33067

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 195 of 1098

| 3.118 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charl Viljoen**
Charlas33@mweb.co.za

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 7 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Charlene Erskine**
8464 Jalal St
Lakeside, CA 92040

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 8 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Charles**
4411 George Abbott Rd
LaGrange, NC 28551

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 9 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Charles B Massie**
80 Boddy LN Apt 6
Keyser, MS 26726

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 0 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Charles Bost**
10338 Delphi Ct
Fishers, IN 46038

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 1 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**charles bradley**
908 Calcutta Street
Brady, TX 76825

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 196 of 1098

| 3.119 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charles Cayden Smith**
11077 FM-603
Abilene, TX 79602

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charles Cedric Daesler**
Kirchfeldstrasse 120 // 6. Stock
Duesseldorf, 40215
GERMANY

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charles Cothren**
745 Berkshire Avenue
Myrtle Beach, SC 29577

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charles Coulon**
1260 Crystal Springs Drive
Chula Vista, CA 91915

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charles Davenport**
2335 ann st
Philadelphia, PA 19134

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charles Farrington**
23400 E Silsby Rd
Beachwood, OH 44122

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 197 of 1098

| 3.119 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charles Feutz**
**12913 Norborne**
**Redford, MI 48169**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.119 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charles Herr**
**charles.a.lee92@gmail.com**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.120 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charles Jackson**
**6803 Columbia Dr**
**Austin, TX 78723**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.120 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charles kyle clarke mcdaniel**
**2807 clendenin pike**
**Gallipolis ferry, WV 25515**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.120 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charles Lilienstein**
**2500 S Ocean Blvd**
**APT 201**
**Boca Raton, FL 33432**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.120 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charles Mello**
**10 Manomet Street #110**
**New bedford, MA 02746**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 198 of 1098

| 3.120 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Charles Reader**
**1720 stackhouse dr**
**Fayetteville, NC 28314**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 5 | Nonpriority creditor's name and mailing address | | **Unknown** |
|---|---|---|---|

**Charles Reed**
**103 Brook Hollow Rd**
**Clarksville, TN 37040**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 6 | Nonpriority creditor's name and mailing address | | **Unknown** |
|---|---|---|---|

**Charles Sims**
**1829 Courtland Avenue Apartment 1**
**Norwood, OH 45212**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 7 | Nonpriority creditor's name and mailing address | | **Unknown** |
|---|---|---|---|

**Charles Smith**
**1020 hedgecock rd**
**High Point, NC 27265**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 8 | Nonpriority creditor's name and mailing address | | **Unknown** |
|---|---|---|---|

**Charles Smith**
**1020 Hedgecock Rd**
**High Point, NC 27265**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 9 | Nonpriority creditor's name and mailing address | | **Unknown** |
|---|---|---|---|

**Charles W Johnson III**
**3240 Cadence Lane**
**Apt 4318**
**Fort Worth, TX 76177**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 199 of 1098

| | |
|---|---|
| 3.121 0 | **Nonpriority creditor's name and mailing address**<br>**Charles Wiley**<br>**1 Mill Haven Court**<br>**Durham, NC 27713**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*  **Unknown**<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _Potential warranty claim_<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.121 1 | **Nonpriority creditor's name and mailing address**<br>**charles williams**<br>**1690 woodbine way apt 1602**<br>**riviera Beach, FL 33418**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*  **Unknown**<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _Potential warranty claim_<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.121 2 | **Nonpriority creditor's name and mailing address**<br>**Charlie Brooks**<br>**grritzztwitch@gmail.com**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*  **Unknown**<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _Marketing Influencer_<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.121 3 | **Nonpriority creditor's name and mailing address**<br>**charlie cyr**<br>**2049, de l' le de la Visitation**<br>**Montreal, Quebec H2B 1Z4**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*  **Unknown**<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _Potential warranty claim_<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.121 4 | **Nonpriority creditor's name and mailing address**<br>**Charlie Devlin**<br>**3 Sandford Avenue**<br>**Dublin D04 N275**<br>**IRELAND**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*  **Unknown**<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _Potential warranty claim_<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.121 5 | **Nonpriority creditor's name and mailing address**<br>**Charlie White**<br>**matt@humanmg.com**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*  **Unknown**<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _Marketing Influencer_<br><br>Is the claim subject to offset? ■ No ☐ Yes |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 200 of 1098

| 3.121<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charlie Xiong**
**3175 Data Dr, Apt 3311**
**Rancho Cordoca, CA 95670**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.121<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charlotte pickney**
**211 morris davis circle**
**Opelousas, LA 70570**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.121<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,365.94 |
|---|---|---|---|

**Chase**
**P.O. Box 17280**
**Wilmington, DE 19850**

Date(s) debt was incurred _

Last 4 digits of account number _2120_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.121<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,052.03 |
|---|---|---|---|

**Chase**
**P.O. Box 15369**
**Wilmington, DE 19850**

Date(s) debt was incurred _

Last 4 digits of account number _7466_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.122<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chase Choate**
**9334B Walter Fraser Ct.**
**Mountain Home AFB, ID 83648**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.122<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chase Credit card purchases alcolm**
**793 Morris Road**
**Byers, TX 76357**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 201 of 1098

| 3.122 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Chase Demaree**
2861 S Nettleton A205
Springfield, MO 65807

Date(s) debt was incurred _

Last 4 digits of account number _

- ◼ Contingent
- ◼ Unliquidated
- ◼ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.122 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Chase G Laluk**
14215 Madison St
Omaha, NE 68137

Date(s) debt was incurred _

Last 4 digits of account number _

- ◼ Contingent
- ◼ Unliquidated
- ◼ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.122 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Chase Garcia**
8805 166th Ave NE #302
redmond, WA 98052

Date(s) debt was incurred _

Last 4 digits of account number _

- ◼ Contingent
- ◼ Unliquidated
- ◼ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.122 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Chase Holter**
3153 SW Sante Fe Lake Rd
Towanda, KS 67144

Date(s) debt was incurred _

Last 4 digits of account number _

- ◼ Contingent
- ◼ Unliquidated
- ◼ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.122 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Chase Minteer**
819 48th Ave
Rock Island, IL 61201

Date(s) debt was incurred _

Last 4 digits of account number _

- ◼ Contingent
- ◼ Unliquidated
- ◼ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.122 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Chase Peterson**
chase@premieresports.org

Date(s) debt was incurred _

Last 4 digits of account number _

- ◼ Contingent
- ◼ Unliquidated
- ◼ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ◼ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 202 of 1098

---

| 3.122 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Chase Puryear** 107 Whitton Ct Lexington, SC 29073 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __ Last 4 digits of account number __ | Basis for the claim: __Marketing Influencer__ Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.122 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Chase Puryear** 107 Whitton Ct Lexington, SC 29073 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __ Last 4 digits of account number __ | Basis for the claim: __Marketing Influencer__ Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.123 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Chase Rabon** 114 Berry Lane Clyo, GA 31303 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __ Last 4 digits of account number __ | Basis for the claim: __Marketing Influencer__ Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.123 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Chase Taylor** 2322 NW Kelsay Ct Roseburg, OR 97471 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __ Last 4 digits of account number __ | Basis for the claim: __Potential warranty claim__ Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.123 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Chase Watkins** 165 Bentley Drive North Augusta, SC 29860 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __ Last 4 digits of account number __ | Basis for the claim: __Potential warranty claim__ Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.123 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Chatman Webb** 4717 Baronne Street New Orleans, MS 70115 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __ Last 4 digits of account number __ | Basis for the claim: __Potential warranty claim__ Is the claim subject to offset? ■ No ☐ Yes | |

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 203 of 1098

| 3.123 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Chayse Jarvis**
**664 Memorial Dr**
**St Johnsbury, VT 05819**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Chaz Murphey Garvin**
**2610 East Keystone Court**
**Spokane, WA 99223**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Chazzrick Thomas**
**4201 florida St. Lot 18**
**Zachary, LA 70791**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Chazzrick Thomas**
**4201 Florida St**
**Lot 18**
**Zachary, LA 70791**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Chelsea Livingstone**
**ColonelCheru@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Chelsea Raudenbush**
**120 Lakeside Drive**
**North East, MD 21901**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 204 of 1098

| 3.124 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chelsea Riexinger**
**1885 Sherman Valley Road**
**Hopewell, PA 16650**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.124 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chelsey Michaels**
**chelseyxlive@gmail.com**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.124 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chelsey Richey**
**1904 Canosa Avenue**
**Las Vegas, NV 89104**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.124 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cherri**
**cherrimisuvt@gmail.com**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.124 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chery Tonks**
**13622 W meadowdale dr**
**boise, ID 83713**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.124 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**cheryl Sanchez**
**8607 phoenix Ave**
**universal city, TX 78148**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 205 of 1098

| 3.124 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Chesley Adam Bond**
404 Highmeadow Drive
St. John, New Brunswick, E2J 3VI
CANADA

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Chesscoach (Premier)**
frankjohnson@chess-coach.net

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Chester Rowe**
652 Hale Street
Beverly, MA 01915

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Cheyenne Mobbs**
2 East Hill Road
Richmond, VT 05477

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Chibunna Ottih**
126 Dewey Road
Cheltenham, PA 19012

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**China Scott**
suneeonlybetter@gmail.com

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 206 of 1098

| 3.125 2 | **Nonpriority creditor's name and mailing address**<br>**Chloe Falvey**<br>illustrate.c.j@gmail.com<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Marketing Influencer<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.125 3 | **Nonpriority creditor's name and mailing address**<br>**Chloe Seabourn**<br>rescuekittenclub@gmail.com<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Marketing Influencer<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.125 4 | **Nonpriority creditor's name and mailing address**<br>**Chloe Seabourn**<br>**26A Sunnyfield Cres**<br>**Glenfield, Auckland 0629**<br>**NEW ZEALAND**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Marketing Influencer<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.125 5 | **Nonpriority creditor's name and mailing address**<br>**Chloe Stejskal**<br>**3420 Falkner Dr**<br>**Naperville, IL 60564**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Marketing Influencer<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.125 6 | **Nonpriority creditor's name and mailing address**<br>**Choice**<br>choice@ggtalentgroup.com<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Marketing Influencer<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.125 7 | **Nonpriority creditor's name and mailing address**<br>**Choua Lor**<br>**901 Elm Street**<br>**Wausau, WI 54401**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Potential warranty claim<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 207 of 1098

| 3.125 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Chris Bowman**
20770 Kreisler ct
Saratoga, CA 95070

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Chris Bryant**
426 Hilo Dr
#D
Charlotte, NC 28206

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Chris Clothier**
chatterbawks.ttv@gmail.com

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Chris D Heinemann**
4321 Julius court
Stockton, CA 95207

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Chris Daugherty**
526 Whitfield St.
Starkville, MS 39759

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Chris Dudley**
101 David Ridge Rd
Galax, VA 24333

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

| 3.126 4 | **Nonpriority creditor's name and mailing address**<br>**Chris Gilbert**<br>**7411 Lake Ave**<br>**Crestwood, KY 40014**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Potential warranty claim__<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |

| 3.126 5 | **Nonpriority creditor's name and mailing address**<br>**Chris Griffith**<br>**676 Jewell Hollow Rd**<br>**Luray, VA 22835**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Marketing Influencer__<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |

| 3.126 6 | **Nonpriority creditor's name and mailing address**<br>**Chris Harris**<br>**harrischris243@gmail.com**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Marketing Influencer__<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |

| 3.126 7 | **Nonpriority creditor's name and mailing address**<br>**Chris Hatcher**<br>**96 independence Dr**<br>**Smithfield, NC 27577**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Marketing Influencer__<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |

| 3.126 8 | **Nonpriority creditor's name and mailing address**<br>**Chris Hickman**<br>**100 Lakemary Dr**<br>**Paola, KS 66071**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Potential warranty claim__<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |

| 3.126 9 | **Nonpriority creditor's name and mailing address**<br>**Chris Hickman**<br>**americanriot.1@gmail.com**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Marketing Inlifluencer__<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 209 of 1098

| 3.127 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Chris Hollie**
6 rotary drive, 5c
Lexington, TN 38351

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.127 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Chris Hollie**
gladiusreal@gmail.com

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.127 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Chris Lanxon**
501 south augusta st.
O Fallon, IL 62269

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.127 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Chris Lawless**
19647 mayall st
Northridge, CA 91324

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.127 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Chris MacLeod**
8816 Stonegate Dr
RALEIGH, NC 27615

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.127 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Chris Massey**
137 GRISWOLD DR
BOARDMAN, OH 44512

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 210 of 1098

---

**3.127 6**

**Nonpriority creditor's name and mailing address**

**Chris McKelvy**
**1671 Mendocino Lane**
**Newbury Park, CA 91320**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127 7**

**Nonpriority creditor's name and mailing address**

**Chris Michael Gutierrez**
**637 W Jersey Way**
**San Tan Valley, AZ 85143**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127 8**

**Nonpriority creditor's name and mailing address**

**Chris Muir**
**36 Primrose Avenue**
**Toronto, Ontario M6H 3T9**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127 9**

**Nonpriority creditor's name and mailing address**

**Chris Parker**
**11611 NE Angelo Drive**
**Apt 17**
**Vancouver, WA 98684**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128 0**

**Nonpriority creditor's name and mailing address**

**Chris Pellack**
**P.O. Box 426**
**Gilbert, IA 50105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128 1**

**Nonpriority creditor's name and mailing address**

**Chris Pellack**
**P.O. Box 426**
**Gilbert, IA 50105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 211 of 1098

| 3.128 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chris Procopio**
19 bellevue avenue
leonardo, NJ 07737

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 3 |
|---|

**Chris Sisneros**
2 aldrin ct
Pueblo, CO 81001

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.128 4 |
|---|

**Chris Toppan**
929 Beechwood Drive
Denton, TX 76210

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.128 5 |
|---|

**Chris Trautman**
4608 35th Street East
Dickinson, TX 77539

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.128 6 |
|---|

**Chris Wallachy**
cwallachy@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.128 7 |
|---|

**Chris Yazzie**
3128 E 95th Drive.
Thornton, CO 80229

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 212 of 1098

| 3.128 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Christian Alan Larson**
22651, Beaverdam Dr
Ashburn, VA 20148

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Christian Alexander Arevalo**
7613 pollen street
Lorton, VA 22079

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Christian Alvarez**
326 Calle Montecito
Oceanside, CA 92057

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Christian Bollacker**
4504 SW Director Pl #5
Seattle, WA 98136

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Christian Bollacker**
1007 Stewart St
Seattle, WA 98101

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Christian Bouligny**
8251 Knee Tree Dr
Baton Rouge, LA 70818

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 213 of 1098

| 3.129 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Christian diaz**
**692 eagle ave**
**Bronx, NY 10455**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.129 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Christian Dickey**
**4832 SW Oleson Rd Apt A**
**Portland, OR 97225**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.129 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Christian Dunn**
**2318 Sw Wynnewood St**
**Port St Lucie, FL 34953**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.129 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Christian Fay**
**6817 Dorsey Rd**
**GAITHERSBURG, OH 20882**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.129 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Christian Flores**
**6902 W VILLA RD UNIT 1238**
**Phoenix, AZ 85033**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.129 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Christian Gomillion**
**4106 Skyline Dr Suitland MD**
**Suitland, MD 20746**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 214 of 1098

| 3.130 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Christian Hazlett**
**149 Tryens Drive**
**Mays Landing, NJ 08330**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.130 1 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Christian Inmon**
**430 S. 32nd St**
**Purcellville, VA 20132**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.130 2 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Christian L Mendoza**
**85-13 57th ave, 3R**
**Elmhurst, NY 11373**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.130 3 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Christian Larson**
oliverogbus@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.130 4 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Christian Loftus**
**2005 Clemens Ct.**
**Lexington, KY 40514**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.130 5 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Christian maldonado**
**3301 N FM 1417 APT 1814**
**Sherman, TX 75092**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 215 of 1098

| 3.130 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---------|-------------------------------------------------|----------------------------------------------------------------------|-------------|

**Christian McCormack**
7400 Jones Drive Apt 3231
Galveston, TX 77551

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---------|-------------------------------------------------|----------------------------------------------------------------------|-------------|

**Christian Nakazono**
6184 Dahlia
New Braunfels, TX 78132

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---------|-------------------------------------------------|----------------------------------------------------------------------|-------------|

**Christian Newman**
246 E Main Street
Oak Harbor, OH 43449

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---------|-------------------------------------------------|----------------------------------------------------------------------|-------------|

**Christian Nickerson**
1135 SE 167th Ave
Portland, OR 97233

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---------|-------------------------------------------------|----------------------------------------------------------------------|-------------|

**Christian Orozco**
870 Mountainview Rd
Grandview, WA 98930

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---------|-------------------------------------------------|----------------------------------------------------------------------|-------------|

**Christian Palutis**
6140 71st street APT 301
Lubbock, TX 79424

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 216 of 1098

| 3.131 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Christian Palutis**
christianpalutis@yahoo.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**CHRISTIAN PORTWOOD**
1914 w Erie st
Chicago, IL 60622

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Christian Ramirez**
321 S 10th Ave
Teague, TX 75860

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Christian Rathbun**
59-1B Taurus Drive
Hillsborough, NJ 08844

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Christian Renteria**
14502 Disney ave.
Norwalk, CA 90650

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Christian Sletten**
7119 NW 30th St
Bethany, OK 73008

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 217 of 1098

| 3.131<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Christian T Villamil**
2770 Lungos Court
San Diego, CA 92154

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Christian Valdes**
145 NW 57th CT
Miami, FL 33126

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Christian Wall**
8534 queets dr
olympia, WA 98516

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Christina Casey**
6347 Robinson Road, Apt 8
Lockport, NY 14094

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Christina Le-Mai**
11441 Bowles Ave
Garden Grove, CA 92841

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Christina Montague**
2115 Goodwin Dr
Katy, TX 77493

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 218 of 1098

| 3.132 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Christina otero**
3405 Aldrich St
Lawrence, KS 66047

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Christina Petty**
17513 W Lake Desire Drive SE
Renton, WA 98058

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**christina Raynor**
1204 S 18th st
apartment 6
Renton, WA 98055

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Christina VanStavern**
500 Belmont Ave E #402
Seattle, WA 98102-6139

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Christine Bone**
iheartweasel@gmail.com

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Christine Hardie**
MotherOfChickensGaming@gmail.com

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 219 of 1098

| 3.133 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Christine Hermsmeyer**
**1741 Tennis Lane**
**Tracy, CA 95376-5364**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 1 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Christine Phillips**
**marz@fenixdown.co**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 2 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Christine Prewett**
**2609 Aviston Pl**
**Rowland Heights, CA 91748**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 3 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Christopher A Dillavou**
**421 Boulevard**
**Keokuk, IA 52632**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 4 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Christopher Allen**
**5270 Frisco Ct Se**
**Salem, OR 97306-1624**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 5 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Christopher Amegashie**
**2600 Old 63 S, 13-104**
**Columbia, MO 65201**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 220 of 1098

| 3.133 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Christopher Baesemann**
77 Mt Vernon St
Saint Johnsbury, VT 05819

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.133 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Christopher Barnes**
411 Louie Bryan Road
Longview, TX 75603

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.133 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Christopher Boller**
5428 Calistoga Way
Sacramento, CA 95841

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.133 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Christopher Brewer**
860 E 13th Ct.
Lafayette, OR 97127

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.134 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Christopher Brockett**
Excalibronator@gmail.com

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.134 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Christopher Butcher**
136 Noel Dr
Centereach, NY 11720

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396  Doc# 32  Filed: 05/05/22  Entered: 05/05/22 12:11:36  Page 221 of 1098

| 3.134.2 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Christopher Caraballo**
**24 Sullivan Street**
**Springfield, MA 01104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.134.3 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Christopher Cassidy**
**83 Bittersweet Lane**
**New Canaan, CT 06840**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.134.4 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Christopher Castagno**
**kingoro@oriongaming.co**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.134.5 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Christopher Chase**
**2918 Martinsville Rd**
**Unit 405**
**Greensboro, NC 27408**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.134.6 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Christopher Conrad**
**289 Crescent st**
**West Bridgewater, MA 02379**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.134.7 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Christopher Cox**
**3809 Boomerang Dr**
**Corpus Christi, TX 78414**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 222 of 1098

| 3.134 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Christopher Davis**
**314 Cherry St**
**Oxford, NC 27565**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Christopher Dealba**
**18010 Oak Park Bend Ln**
**Cypress, TX 77433**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Christopher DelTosto**
**5004 Devonshire Ct**
**Landenberg, PA 19350**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Christopher DiGennaro**
**22 Geneva Avenue**
**Del Haven, NJ 08251**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Christopher Ellison**
**5903 Midnight Ln**
**Louisville, KY 40229**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Christopher Evans**
**112 Valley Spring Dr**
**Arlington, TX 76018**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396 Doc# 32 Filed: 05/05/22 Entered: 05/05/22 12:11:36 Page 223 of 1098

| 3.135 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**christopher Fortuna**
**31518 Royalview Dr**
**willowwick, OH 44095**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.135 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Christopher Gamboa**
**1019 Chaucer ln**
**Harker heights, TX 76548**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.135 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Christopher Gore**
**3516 Haring Road**
**Metairie, LA 70006**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.135 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Christopher Hamm**
**1703 Chadwick Court**
**Boynton Beach, FL 33436**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

| 3.135 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Christopher Hauerwas**
**2557 Bridgeport Ln SE**
**Kentwood, MI 49508**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

| 3.135 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Christopher Henson**
**4254 E Mountain Sage Dr**
**Phoenix, AZ 85044**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 224 of 1098

| 3.136 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Christopher Hicks**
**4940 S 2200 WEST TAYLORSVILLE**
**Taylorsville, UT 84129**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.136 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Christopher Highbarger**
**827 Summit Loop**
**Grants Pass, OR 97527-8990**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.136 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Christopher J Sharkey**
**1626 ADAMS ST**
**Sebastian, FL 32958**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.136 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Christopher Jacob Rogers**
**1825 Southpointe Dr.**
**Morganton, NC 28655**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.136 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**christopher l bell**
**5535 joggers ln**
**pace, FL 32571**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.136 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Christopher Langille**
**302 Highgrove Lane**
**Aston, PA 19014**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.136 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Christopher Lee May**<br>2970 Indianapolis Ave<br>Clovis, CA 93611-6086 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.136 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Christopher Lin**<br>2343 Summercreek Drive #74<br>Santa Rosa, CA 95404 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.136 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Christopher Llop**<br>428 SW 19th RD<br>Miami, FL 33129 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.136 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Christopher Losey**<br>7056 Rio Linda Blvd<br>Sacramento, CA 95673 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.137 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Christopher Malinowski**<br>PSC 2 Box 1922<br>APO, CO 96264 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.137 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Christopher Manapat**<br>4400 Shandwick Dr Apt 122<br>Antelope, CA 95843 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim**<br>Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 226 of 1098

| 3.137 2 | **Nonpriority creditor's name and mailing address**<br>**Christopher Matthews**<br>**6238 Wescroft Avenue**<br>**Castle Rock, CO 80104**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _Marketing Influencer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.137 3 | **Nonpriority creditor's name and mailing address**<br>**Christopher Miller**<br>**470 Forelle St**<br>**Clifton, CO 81520**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _Marketing Influencer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.137 4 | **Nonpriority creditor's name and mailing address**<br>**Christopher Moore**<br>**1619 Cora St**<br>**Crest Hill, IL 60403**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _Potential warranty claim_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.137 5 | **Nonpriority creditor's name and mailing address**<br>**Christopher Munn JR**<br>**6504 Highway 81**<br>**Piedmont, SC 29673**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _Potential warranty claim_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.137 6 | **Nonpriority creditor's name and mailing address**<br>**Christopher Newman**<br>**3318 New Heritage Loop**<br>**Henrico, VA 23231**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _Potential warranty claim_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.137 7 | **Nonpriority creditor's name and mailing address**<br>**Christopher Novas**<br>**419 Tompkins Ave. Apt. 4**<br>**Mamaroneck, NY 10543**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _Potential warranty claim_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 227 of 1098

| 3.137 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**christopher paul seeley**
3743 West C
BREMERTON, WA 98312

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Christopher Pope**
4427 W Bull Run Battle St
Battlefield, MO 65619

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Christopher Porter**
4705 W Liberty Rd
Ann Arbor, MI 48103

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Christopher Reardon**
27 Valley Road
North Reading, MA 01864

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Christopher Reisinger**
6705 Barnhart St NE
Albuquerque, NM 87109

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Christopher Richardson**
1713 cCtton Farm Trail
leander, TX 78641

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 228 of 1098

| 3.138<br>4 | Nonpriority creditor's name and mailing address<br>**Christopher Richardson**<br>**1713 cotton farm trail**<br>**leander, TX 78641** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _Marketing Influencer_<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.138<br>5 | Nonpriority creditor's name and mailing address<br>**Christopher Roberts**<br>**15200 Moran St, APT 328**<br>**Westminster, CA 92683** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _Potential warranty claim_<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.138<br>6 | Nonpriority creditor's name and mailing address<br>**Christopher Roth**<br>**7968 Monreal Dr.**<br>**Sanger, CA 93657** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _Marketing Influencer_<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.138<br>7 | Nonpriority creditor's name and mailing address<br>**Christopher Ryan Lamelas**<br>**11725 Eragon Drive**<br>**Austin, TX 78754** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _Potential warranty claim_<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.138<br>8 | Nonpriority creditor's name and mailing address<br>**Christopher Sansoni**<br>**38 Glenwood Road Apt. B**<br>**Essex, MD 21221** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _Potential warranty claim_<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.138<br>9 | Nonpriority creditor's name and mailing address<br>**Christopher Sepulveda**<br>**105 Emily Lane Brandon**<br>**Tampa, FL 33510** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _Potential warranty claim_<br>Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 229 of 1098

| 3.139 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**christopher sharkey**
**1626 adams street**
**sebastian, FL 32958**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No □ Yes

---

| 3.139 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**CHRISTOPHER Shaun WHITEHEAD**
**6826 RENEE TER**
**JACKSONVILLE, FL 32216**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No □ Yes

---

| 3.139 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Christopher Silvestri**
**3415 North Indiana Ave**
**Peoria, VA 61603**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No □ Yes

---

| 3.139 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Christopher Smith**
**3 WILLETTS PL**
**HUNTINGTON STATION, NY 11746**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No □ Yes

---

| 3.139 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Christopher Stauffer**
**suris4rune@yahoo.com**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No □ Yes

---

| 3.139 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Christopher Sullivan**
**105 Poplar Road**
**Oak Ridge, TN 37830**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No □ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 230 of 1098

| 3.139 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Christopher T Cowgill**
**48350 59 1/2 Street**
**Hartford, MI 49057**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 7 |
|---|

**Christopher Taylor**
**1 Melroy**
**The Colony, TX 75056**

Nonpriority creditor's name and mailing address

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                     Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 8 |
|---|

**Christopher Taylor**
**1292 Commonwealth Avenue**
**Boston, MA 02134**

Nonpriority creditor's name and mailing address

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                     Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 9 |
|---|

**Christopher Tharpe**
**4019 Arbor Mill Cir**
**Orange Park, FL 32065**

Nonpriority creditor's name and mailing address

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                     Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 0 |
|---|

**Christopher Toppan**
**929 Beechwood Drive**
**Denton, TX 76210**

Nonpriority creditor's name and mailing address

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                     Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 1 |
|---|

**Christopher Trammell**
**1227 N 3RD ST**
**Springfield, IL 62702**

Nonpriority creditor's name and mailing address

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                     Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 231 of 1098

| 3.140 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Christopher Tuveson**
**1909 Homewood Ave.**
**Mishawaka, IN 46544**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**christopher tyler tamez**
**66324 S cactus drive**
**Desert Hot Springs, CA 92240**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Christopher Wallachy**
**17916 Orchidea Way**
**Pflugerville, TX 78660**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Christopher Watkins**
**6870 Nc Highway 770**
**Eden, NC 27288**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Christopher Watkins**
**6870 Nc Highway 770**
**Eden, NC 27288**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Christopher Weikel**
**10 Heron Hill Drive**
**Downingtown, PA 19335**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.1408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Christopher West**
2799 Royal Point Dr NW, Apt 301
Grand Rapids, MI 49534

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Christopher Whelan**
42 8th Street, Apt 1411
Charlestown, MA 02129

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Christopher Whitney**
3 Lancaster Rd, Unit 1, UNIT 1
Shirley, MA 01464

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Christopher Young**
50B George St
Plainville, MA 02762

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Christopher Yuhas**
P.O. Box 32721
Kansas City, MO 64171

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Christopher Zmudzinski**
52090 Falcon Chase Drive
Granger, IN 46530

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 233 of 1098

| 3.141 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| Chuchi Lorenzo<br>1333 Cadence St<br>Henderson, NV 89052 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim** | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.141 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| Chucky lopez<br>25600 NE 130th Ave<br>Battle Ground, WA 98604 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim** | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.141 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| Ciara Davis<br>9735 Maul Oak Pl<br>Salinas, CA 93907 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer** | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.141 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| Ciara Vasquez<br>10013 Ne Hazel Dell Ave, 305<br>Vancouver, WA 98685 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim** | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.141 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| Cilia Lannon<br>6 Bethel Ave<br>CHERRY VALLEY, MA 01611 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer** | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.141 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$184.99** |
| Citi Business<br>PO Box 6704<br>Sioux Falls, SD 57104 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number  2008 | Basis for the claim: **Trade debt** | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 234 of 1098

| 3.142 0 | **Nonpriority creditor's name and mailing address**<br>**CityBase**<br>**363 W. Erie Street**<br>**Chicago, IL 60654** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.142 1 | **Nonpriority creditor's name and mailing address**<br>**Cj Ateek**<br>**6206 Hightower St**<br>**Aubrey, TX 76227** | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.142 2 | **Nonpriority creditor's name and mailing address**<br>**Clara Sorrenti**<br>**ccsorrenti@gmail.com** | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.142 3 | **Nonpriority creditor's name and mailing address**<br>**Clark Ackerman**<br>**516 E Cardinal Glen Drive**<br>**Bloomington, IN 47401** | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.142 4 | **Nonpriority creditor's name and mailing address**<br>**Clark C Crenshaw**<br>**3427 Kenbrooke Court**<br>**Kalamazoo, MI 49006** | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.142 5 | **Nonpriority creditor's name and mailing address**<br>**Clark Chapman**<br>**18 Elm Street Apt R**<br>**Stonington, CT 06378** | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 235 of 1098

| 3.142 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Clarke Young**
18, Squires Hill Crescent
Belfast, Counyy Anttim BT14 8rE
UNITED KINGDOM

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Claudia Hanna**
17715 Maple St.
Lansing, IL 60438

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Clayton Barthel**
8393 Tennyson Street
Westminster, CO 80031

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Clayton Drews**
5545 golden crest
Stevensville, MI 49127

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Clayton Moniz**
25255 ROCK JAIL RD
BOKOSHE, OK 74930

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Clayton Patrick Dillon**
303 Pleasant Hill Church Road
Siler City, NC 27344

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 236 of 1098

| 3.143 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Clifford Duldulao**
904familynm@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.143 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Clifton Palmer**
8702 Village Dr #143
San Antonio, MO 78217

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.143 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Clint Castleberry**
227 bearden rd
Dawsonville, GA 30534

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.143 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Clint Weaver**
596 CR 346
Jonesboro, AR 72401

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.143 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Clyde Dieto**
1068 Sandpiper Dr
Beaumont, CA 92223

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.143 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Clyde Dotson**
gsxrclyde@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 237 of 1098

| 3.143 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Clyde Dotson**
**33134 Willowick Dr**
**Eastlake, OH 44095**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.143 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Clyde Dotson**
**33134 Willowick Dr**
**Eastlake, OH 44095**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.144 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Clyde Dotson**
**33134 Willowick Dr**
**Eastlake, OH 44095**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.144 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Clyde Lee**
**8610 Scyene Rd**
**Dallas, TX 75227**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.144 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Co-Location**
**Undetermined**
**Birmingham, AL**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.144 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Coby Bryan**
**5600 E RUSSELL RD**
**UNIT 2637**
**Las Vegas, NV 89122**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 238 of 1098

---

| 3.144 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Codie Matthews** **12 New St.** **Quitman, AR 72131** | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: __Potential warranty claim__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.144 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Codie Sharpe** **bazingathat816@gmail.com** | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: __Marketing Influencer__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.144 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Cody Armstrong** **4506 Briarwood Drive** **Charlottesville, VA 22911** | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: __Marketing Influencer__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.144 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Cody Atkinson Watson** **10240 Preston Lane Apt 201** **Jamestown, CA 95327** | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: __Potential warranty claim__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.144 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Cody Baer** **36296 Mud Creek Ln** **Ronan, MT 59864-9290** | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: __Marketing Influencer__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.144 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Cody Berry** **1306 Rivermeade Dr** **Hebron, KY 41048** | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: __Marketing Influencer__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 239 of 1098

| 3.145 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Cody Buckley**
imrevolt1@gmail.com

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Cody Curtis**
**334 Aspen Dr**
**Spring Creek, NV 89815**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Cody Davis**
**1988 S. Summit Dr.**
**Peru, IN 46970**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**cody engblom**
**2191 eastview road**
**Rock Hill, SC 29732**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Cody Fowler**
**2439 Bridlewood Dr**
**FRANKLIN, IN 46131**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Cody Fullerton**
**845 North Valley View Dr., Apt# 904**
**St. George, AE 84770**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 240 of 1098

| 3.145 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cody Greene**
917 Cherrywood
Clementon, NJ 08021

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.145 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**CODY GROEN**
3423 Platinum Point
sioux falls, SD 57108

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.145 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cody Harding**
PSC333, Box# 5596
APO, AP 96251-0056

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.145 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cody Hoss**
13610 Guildford St
Waverly, NE 68462

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.146 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cody hutts**
8840 KATHLEEN ST
INDIANAPOLIS, IN 46234

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.146 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cody J Riggins**
173 S Oak St
Ellsworth, WI 54011

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 241 of 1098

| 3.146 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cody Jerald Hazelton**
**124 Hillndale rd**
**Statesville, NC 28677**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.146 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cody Kindred**
**113 Longleaf Lane**
**Madison, AL 35758**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.146 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cody Lundin**
**538 N Rio Bravo St**
**Ridgecrest, CA 93555**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.146 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cody M Lauzon**
**1304 1st ave RM307**
**Wainwright, Alberta T9W 1N1**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.146 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cody Mack**
**45 JACKIE LANE**
**DEPEW, NY 14043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.146 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cody McMichael**
**415 Esley Llane**
**Mansfield, OH 44905**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☒ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 242 of 1098

| 3.146 8 | **Nonpriority creditor's name and mailing address**<br><br>**Cody Peck**<br>**8347 Zenith Drive**<br>**Baldwinsville, NY 13027**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Potential warranty claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|
| 3.146 9 | **Nonpriority creditor's name and mailing address**<br><br>**Cody Scott**<br>**265 new bedford dr**<br>**Vallejo, CA 94591**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Potential warranty claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.147 0 | **Nonpriority creditor's name and mailing address**<br><br>**Cody Shockley**<br>**196 cr 1131**<br>**Maud, TX 75567**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Potential warranty claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.147 1 | **Nonpriority creditor's name and mailing address**<br><br>**Cody Spath**<br>**1681 Westgate Dr, Apt. 101**<br>**York, PA 17408**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Potential warranty claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.147 2 | **Nonpriority creditor's name and mailing address**<br><br>**Cody Speers**<br>**18432 96th ave e**<br>**puyallup, WA 98375**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Marketing Influencer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.147 3 | **Nonpriority creditor's name and mailing address**<br><br>**Cody Stone**<br>**4016 pointer court**<br>**Florence, KY 41042**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Potential warranty claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 243 of 1098

| 3.147 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Colby Hamlet**
colby.a.ham@gmail.com

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Colby Rosenbalm**
810 SE Bridgeway AVE
CORVALLIS, OR 97333

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Colby Steinke**
5007 Pole Cat Place
Elizabeth, CO 80107

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cole Collins**
5966 Fairland road
Clinton, OH 44216

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cole Czosnyka**
colemczos@gmail.com

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cole Daniel**
1503 Chance Court
Adel, IA 50003

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 244 of 1098

| | | |
|---|---|---|
| 3.148 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **Unknown** |

**Nonpriority creditor's name and mailing address**
**Cole Godshall**
**620 Honeysuckle Way**
**Pennsburg, PA 18073**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| 3.148 1 | **Nonpriority creditor's name and mailing address** |

**Cole Renfro**
**312 Tonya st**
**Nixa, MO 65714**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| 3.148 2 | **Nonpriority creditor's name and mailing address** |

**Cole Renfro**
**312 Tonya st**
**Nixa, MO 65714**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| 3.148 3 | **Nonpriority creditor's name and mailing address** |

**Colin Connery**
**11 Creek Drive #202**
**Beacon, NY 12508**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| 3.148 4 | **Nonpriority creditor's name and mailing address** |

**Colin Graybill**
**154 hampton crest trail**
**columbia, SC 29209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| 3.148 5 | **Nonpriority creditor's name and mailing address** |

**Colin Kealey-Swenson**
**4010 Robinson St**
**Duluth, MN 55804**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 245 of 1098

| 3.148 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Colin McCook**
236 Chaparral Drive
Aptos, CA 95003

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Colin Michael Meno**
P.O. Box 170337
Inarajan, 96917
GAUM

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Colin Odle**
1039 st. mary place
slidell, LA 70460

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Colin Pochie**
1111 Belle Pre Way, Apt. 119
Alexandria, VA 22314

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Colin Ronek**
1551 SW Taylor St Unit 412
Portland, OR, OR 97205

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Colin Small**
2301 123rd PL SE
Bellevue, WA 98005

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 246 of 1098

| 3.149 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **collier hose**<br>**610 MILLBROOK VILLAGE DR**<br>**TYRONE, GA 30290** | ◼ Contingent<br>◼ Unliquidated<br>◼ Disputed | |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Potential warranty claim__<br><br>Is the claim subject to offset? ◼ No ☐ Yes | |

| 3.149 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Collin Hermes**<br>**collinhermes@gmail.com** | ◼ Contingent<br>◼ Unliquidated<br>◼ Disputed | |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Marketing Influencer__<br><br>Is the claim subject to offset? ◼ No ☐ Yes | |

| 3.149 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Collin Logan**<br>**6155 Plumas St Apt 168**<br>**Reno, NV 89519** | ◼ Contingent<br>◼ Unliquidated<br>◼ Disputed | |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Potential warranty claim__<br><br>Is the claim subject to offset? ◼ No ☐ Yes | |

| 3.149 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Collin Peterson**<br>**14160 OLD HOLT CT**<br>**LINDSTROM, MN 55045** | ◼ Contingent<br>◼ Unliquidated<br>◼ Disputed | |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Marketing Influencer__<br><br>Is the claim subject to offset? ◼ No ☐ Yes | |

| 3.149 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Collin Robinson**<br>**3228 Aberrone Place**<br>**Buford, GA 30519** | ◼ Contingent<br>◼ Unliquidated<br>◼ Disputed | |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Marketing Influencer__<br><br>Is the claim subject to offset? ◼ No ☐ Yes | |

| 3.149 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Collin Smith**<br>**2504 Arno St**<br>**Harker Heights, TX 76548** | ◼ Contingent<br>◼ Unliquidated<br>◼ Disputed | |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Marketing Influencer__<br><br>Is the claim subject to offset? ◼ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 247 of 1098

| 3.149 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**Collin Smith**
**461 Irwin Way**
**Spring Hill, TN 37174**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Collin Stevens**
**10598 S Mellow Way**
**South Jordan, UT 84009**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Collin White**
**8402 200th st ct e**
**Spanaway, WA 98387**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Collin Williamson**
**903 Guard St**
**Friday Harbor, WA 98250**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Colt W Pringle**
**12439 Trailhead Dr**
**Bradenton, FL 34211**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Colton J Roucka**
**620 W LINDEN AVE**
**FREMONT, NE 68025**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 248 of 1098

| 3.150 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Colton McLachaln**
3270 Suncloud Court
Reno, NV 89506

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.150 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Colton R Forman**
8701 Lyons Rd
Ellensburg, WA 98926

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.150 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Colton Singletary**
2600 SE Lake Weir Ave
Ocala, FL 34471

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.150 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Comcast, Inc.**
PO BOX 376001
Philadelphia, PA 19101-0601

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.150 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Conan westemeyer**
5404 store tver gade
charlotte amalie, St. Thomas
US VIRGIN ISLANDS

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.150 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Conner Chapmon**
5444 Wild Turkey Rd
Whitsett, NC 27377

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 249 of 1098

| 3.151 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Connor Bborn**
311 S Bozeman st.
DIllon, MT 59725

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential warranty claim

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.151 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Connor Byrne**
byrnzeeetv@gmail.com

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.151 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Connor Harms**
102 Gathering Island Rd
Summerville, SC 29485

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential warranty claim

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.151 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Connor Hickey**
19 Fox Run Rd
bellingham, MA 02019

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.151 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Connor Hill**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Termination of Sponsorship Agreement with the Debtor as of 3/9/22.

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.151 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Connor Hill**
3407 Hillsboro
Louisville, KY 40207

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential warranty claim

Is the claim subject to offset? ☒ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 250 of 1098

| 3.151 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---------|---|---|---|

**Connor Hill**
bluedrake42@gmail.com

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.151 7 |

**Connor Jordan**
**13 SPRUCE MEADOWS DR**
**MONROE TOWNSHIP, NJ 08831-3101**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.151 8 |

**connor lowe**
**113 East Main St**
**Hillsboro, OH 45133**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.151 9 |

**Connor McCabe**
**828 Ediface Way**
**Ballston Spa, NY 12020**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.152 0 |

**Connor Morgison**
**6521 47th Ave NE**
**Unit A**
**Marysville, WA 98270**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.152 1 |

**Connor Quintanilla**
**8130 Laird Street**
**La Mesa, CA 91942**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 251 of 1098

| 3.152<br>2 | **Nonpriority creditor's name and mailing address**<br>**Conny Lupton**<br>**414 Cedar Mound Pass**<br>**Cedar Park, TX 78613**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _Potential warranty claim_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.152<br>3 | **Nonpriority creditor's name and mailing address**<br>**Conor Dolan**<br>**1743 Summit Ave APT 203**<br>**Seattle, WA 98122**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _Potential warranty claim_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.152<br>4 | **Nonpriority creditor's name and mailing address**<br>**Conor Genovesi**<br>**520 Riverside Avenue**<br>**Glenville, NY 12302**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _Marketing Influencer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.152<br>5 | **Nonpriority creditor's name and mailing address**<br>**Conor Genovesi**<br>**520 Riverside Avenue**<br>**Glenville, NY 12302**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _Marketing Influencer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.152<br>6 | **Nonpriority creditor's name and mailing address**<br>**Conor Johnson**<br>**N53W14300 Aberdeen Drive**<br>**Menomonee Falls, WI 53051**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _Marketing Influencer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.152<br>7 | **Nonpriority creditor's name and mailing address**<br>**Conrad Hernandez**<br>**205 Henry Lee Ln**<br>**Yorktown, VA 23692**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _Marketing Influencer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 252 of 1098

| 3.152 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Conrad Peterson**
2165 E Aerie Heights Cove
Sandy, UT 84092

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 9 | Nonpriority creditor's name and mailing address | | **Unknown** |
|---|---|---|---|

**Conrad Rola**
9461 Amberly Ln
St John, IN 46373

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 0 | Nonpriority creditor's name and mailing address | | **Unknown** |
|---|---|---|---|

**Cooper Bosket**
3331 Royal Oak Drive
Plover, WI 54467

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 1 | Nonpriority creditor's name and mailing address | | **Unknown** |
|---|---|---|---|

**Cooper Hall**
1999 nw doral st
Mcminnville, OR 97128

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 2 | Nonpriority creditor's name and mailing address | | **Unknown** |
|---|---|---|---|

**Corbin R. Coalman**
8706 Laguna Drive
Olympia, WA 98512

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 3 | Nonpriority creditor's name and mailing address | | **Unknown** |
|---|---|---|---|

**Corbin Rhymer**
3005 Diego Dr
Round Rock, TX 78665

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 253 of 1098

| 3.153 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Corbin Rhymer**
**expel@rightclick.gg**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cordedra Hardrick**
**HHB 2-1 ADN BN UNIT 15754 BOX 544**
**APO, AP 96260**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Corey**
**12951 Briar Forest Dr, Apt 1035**
**Houston, TX 77077**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Corey Cartwright**
**3609 wallaby Place**
**Mt. Juliet, TN 37122**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Corey Dauby**
**5507 Beavon Avenue**
**West carrollton, OH 45449**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Corey Desnoyers**
**11235 Oak Leaf Dr**
**Apt 120**
**Sliver spring, MD 20901**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No  ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 254 of 1098

| | |
|---|---|
| 3.154<br>0 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

**Corey Geyer**
**26319 Cottage Ave**
**Elkhart, IN 46514**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.154<br>1 | |

**Nonpriority creditor's name and mailing address**

**Corey Gooch**
**1208 S 17th Ave**
**Ozark, MI 65721**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.154<br>2 | |

**Nonpriority creditor's name and mailing address**

**Corey Gooch**
**1208 South 17th Avenue**
**Ozark, MO 65721**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.154<br>3 | |

**Nonpriority creditor's name and mailing address**

**Corey Gooch**
**1208 South 17th Avenue**
**Ozark, MO 65721**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.154<br>4 | |

**Nonpriority creditor's name and mailing address**

**Corey Honanie**
**3910 188th ST SW**
**Lynnwood, WA 98037**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.154<br>5 | |

**Nonpriority creditor's name and mailing address**

**Corey Hovsepian**
**43 Pinedale Avenue**
**Billerica, MA 01821**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 255 of 1098

| 3.154 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Corey Jackson**
14002 Aberdeens Folly Ct
Bowie, MD 20720

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.154 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Corey k denney**
14084 Red Rock Lake Dr
Jacksonville, FL 32226

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.154 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Corey montgomery**
2108 -190 lees ave
Ottawa, Ontario K1S 515
CANADA

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.154 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Corey Poke**
dPokeyy@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.155 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Corey Preston**
95 E 15th St Apt A
Cookeville, TN 38501

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.155 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Corey Roemer**
3 Werner camp road
Pittsburgh, PA 15238

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 256 of 1098

| 3.155 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Corey Sheets**
**2650 DOTY CHAPEL RD**
**Afton, TN 37616**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.155 3 |

**Nonpriority creditor's name and mailing address**

**Corey Vance**
**8521 Cortland Road**
**Eden Prairie, MN 55344**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.155 4 |

**Nonpriority creditor's name and mailing address**

**Cornelius McFadden**
**730NW 8Th St**
**Apt3**
**Pompano Beach, FL 33060**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.155 5 |

**Nonpriority creditor's name and mailing address**

**Cory Alan Burditt**
**411 SOUTH BENDER AVENUE, APT 2401**
**HUMBLE, TX 77338**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.155 6 |

**Nonpriority creditor's name and mailing address**

**Cory Austin**
**1500 E Bogart Road, Apt 6C**
**Sandusky, OH 44870**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.155 7 |

**Nonpriority creditor's name and mailing address**

**Cory Bailey**
**180 Exton Road**
**Apt 8-2**
**Somers Point, NJ 08244**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.155 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cory Bridges**
3810 Mars Avenue
Center point, AL 35215

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.155 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cory Curtis**
cory.curtis6@gmail.com

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.156 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cory Devoe**
3329 Maryvale Drive
Schenectady, NY 12304

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.156 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cory Graley**
360 38th sq sw
vero beach, FL 32968

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.156 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cory J Horne**
8642 S. Wabash Ave
Chicago, IL 60619

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.156 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cory Lescavage**
321 Philadelphia Ave
West Pittston, PA 18643

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 258 of 1098

| 3.156 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Cory Lias**
20 Oakville Court, 2B
Pittsburgh, PA 15220

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Cory Shaeffer**
121 Crockett St
McGregor, TX 76657

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Cory Smith**
707 ROYAL CRES. PO BOX 547
Prescott ON K0E 1T0
CANADA

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Cory T Hebel**
10832 Milliken St.
Parker, CO 80134

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Cory Whelan**
7955 90th Ave
Vero Beach, FL 32967

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**cosimo blangiforti**
113 alder st
west babylon, NY 11704

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 259 of 1098

| 3.157 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Courdairo Morrison**
1169 AN CR 182
Elkhart, TX 75839

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Courtney Barkdull**
1009 TURTLE DOVE WAY
KNOXVILLE, TN 37932-2986

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Courtney Comfort**
231 Trace Ridge Dr.
Kosciusko, MS 39090

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Courtney patel**
1420 florence ave
Niles, MI 49120

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Coven J Stevens**
2302 E GLENROSA AVE.
Phoenix, AZ 85016

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Craig Goueffic**
canuckmusician@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 260 of 1098

| 3.157 6 | **Nonpriority creditor's name and mailing address**<br>**Craig leconte**<br>**14 dingley court**<br>**Portland, ME 04103** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.157 7 | **Nonpriority creditor's name and mailing address**<br>**craig thompson**<br>**4417 13th Ave s**<br>**Fargo, ND 58103** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.157 8 | **Nonpriority creditor's name and mailing address**<br>**Craig Wolack**<br>**1119 White Oak Circle**<br>**Melbourne, FL 32934** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.157 9 | **Nonpriority creditor's name and mailing address**<br>**Craig Ziarnik**<br>**8175 S Lauree Ln**<br>**Oak Creek, WI 53154** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.158 0 | **Nonpriority creditor's name and mailing address**<br>**Craige Dodd**<br>**1 catlow walk**<br>**Bestwood Park, Nottingham NG5 5SH**<br>**UNITED KINGDOM** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.158 1 | **Nonpriority creditor's name and mailing address**<br>**Crawford Wilson**<br>**1204 Willow St.**<br>**Franklin, LA 70538** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 261 of 1098

| 3.158<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Creshae Mora**
**1042 W 132nd St**
**Gardena, CA 90247**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cris Taylor**
**46-146 Market St**
**Hinton AB T7V 1B3**
**CANADA**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cristian Flores**
**2118 S Cindy Pl**
**Apt: D**
**Anaheim, CA 92802**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cristian Perez**
**4501 Ascot Ave**
**Los Angeles, CA 90011**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cristobal Marte**
**naufer.ttv@gmail.com**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Crystian Kilgore**
**35 Steelman Road**
**Crandall, GA 30711**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396 Doc# 32 Filed: 05/05/22 Entered: 05/05/22 12:11:36 Page 262 of 1098

| 3.158 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cullen Sefranek**
2408 Oakview Court
Hebron, KY 41048

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Curtis Allen winch ( Cloud Prime )**
204 SW. Elmwood ave. Apt. #44
McMinnville, OR 97128

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Curtis Cancino**
1515 E 3rd St
Pueblo, CO 81001

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Curtis Cobb**
mutality7@gmail.com

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Curtis Mcmaster**
950 Taylor St. #15
Vista, CA 92084

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**CYNTHIA J KAVE**
307 lefferts ave
brooklyn, VA 11225

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Cynthia Mueller**
**E510 Macco Rd**
**Luxemburg, WI 54217**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Cynthia Quigley**
**14528 sunfish lake dr**
**Ramsey, MN 55303**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Cyril HUET**
**94 rue joliot curie**
**69005 LYON**
**france**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**D & H Distributing**
**100 Tech Drive**
**P. O. Box 6997**
**Harrisburg, PA 17112**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Daenon Daniels**
**409 Jeffery Avenue**
**Calumet City, IL 60409**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Daigoro Oshita**
**523 S. Main St**
**Red springs, NC 28377**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 264 of 1098

| 3.160 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Daigoro Oshita**
**523 S. Main St**
**Red springs, NC 28377**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 1 |
|---|

**Nonpriority creditor's name and mailing address**
**dakoda prica**
**36129 n bass lake rd**
**grand rapids, MN 55744**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.160 2 |
|---|

**Nonpriority creditor's name and mailing address**
**Dakota**
**21 Graybill Rd**
**leola, PA 17540**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.160 3 |
|---|

**Nonpriority creditor's name and mailing address**
**Dakota Bohan**
**434 West Locust Avenue**
**Junior, WV 26275**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.160 4 |
|---|

**Nonpriority creditor's name and mailing address**
**Dakota Da Silva**
**daxztvtwitch@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.160 5 |
|---|

**Nonpriority creditor's name and mailing address**
**Dakota Jensen**
**810 W PERSHING BLVD**
**CHEYENNE, CO 82001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 265 of 1098

| 3.160 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dakota Kelley**
7 Brisa Fresca
Rancho Santa Margarita, CA 92688

- �’ Contingent
- �’ Unliquidated
- �’ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**dakota lee**
322 peninsula trail
traverse city, MI 49696

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dakota Malone**
732 Brookwood Dr
Apt 102
Oklahoma City, OK 73139

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dakota McCullom**
dakota@drakota.com

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dakota Showers**
42 jenni lynn circle
Crimora, VA 24431

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dale Crandall**
3066 N. Old Wire Rd
Fayetteville, SC 72703

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 266 of 1098

| 3.161 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Dale Toskovski**
Snitzyy@outlook.com

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.161 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Dalen Wilson**
1157 S Webb Rd
Apt #1007
Wichita, KS 67207

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.161 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Dallas Todd**
12808 prang street
jones, MI 49061

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.161 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Dallen Reynolds**
1861 S 11th Ave.
Safford, AZ 85546

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.161 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Dallen Roberts**
928 S Angel Street
Layton, UT 84041

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.161 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Dalton Anderson**
5812 Belews Creek Road
Walkertown, NC 27051

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 267 of 1098

| 3.161 8 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Dalton Gentry**
1326 Hendrick Rd
Fort Valley, GA 31030

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
**Unknown**

- ■  Contingent
- ]  Unliquidated
- ]  Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.161 9 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Dalton Holcomb Jr**
3080 MILL CREEK DR, APT 2
KALAMAZOO, MI 49009

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
**Unknown**

- ]  Contingent
- ]  Unliquidated
- ]  Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.162 0 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Dalton Kuykendall**
kuykendalldalton@gmail.com

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
**Unknown**

- ]  Contingent
- ]  Unliquidated
- ]  Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.162 1 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Damian Donaldson**
14a Paul St
Saco, ME 04072

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
**Unknown**

- ]  Contingent
- ]  Unliquidated
- ]  Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.162 2 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Damian Palmieri**
1514 E Central Blvd
Orlando, FL 32801

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
**Unknown**

- ]  Contingent
- ]  Unliquidated
- ]  Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.162 3 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Damian Silva**
322 Laurel Ln.
Fernley, NV 89408

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
**Unknown**

- ]  Contingent
- ]  Unliquidated
- ]  Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.162 4**

**Nonpriority creditor's name and mailing address**

**Damian Strain**
**2083 Saucon Avenue**
**Bethlehem, PA 18015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.162 5**

**Nonpriority creditor's name and mailing address**

**Damien Dobbins**
**467 charlestown road**
**Hampton, NJ 08827**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.162 6**

**Nonpriority creditor's name and mailing address**

**Damien Patrick Fischer**
**6348 OAKLAND DR**
**PORTAGE, MI 49024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.162 7**

**Nonpriority creditor's name and mailing address**

**Damon Khoeun**
**102 Seneca St**
**Lowell, MA 01852**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.162 8**

**Nonpriority creditor's name and mailing address**

**Damon McCormick**
**2633 Telegraph Avenue #301**
**OAKLAND, CA 94612**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.162 9**

**Nonpriority creditor's name and mailing address**

**Dan Bailey**
**12 Cashel Dr**
**Bloomington, IL 61704**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 269 of 1098

| 3.163 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dan Gheesling**
dangheeslingtemp@temp.com

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dan Hosteter**
theloyalpatriot@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dan Hoyt**
7545 Hampton Ave Apt. 211
West Hollywood, PA 90046

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dan Lambrecht**
N9025 Hustisford Rd.
Watertown, WI 53094

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dan Lambton**
dan.lambton@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dan Miles**
1507 Aberdeen Drive
Alcoa, TN 37701

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 270 of 1098

| 3.163 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dan Ryckert**
1340 Washington Blvd Unit 411
Stamford, CT 06902-8815

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.163 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dan Ryckert**
dryckert@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.163 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dan Soares**
252 brookhaven trl
pingree grove, IL 60140

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.163 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dane Ouellette**
2 Weaver St
Apt 321
Fall River, MA 02720

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.164 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dani Vasilev**
ridikdani63@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.164 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Daniel A Fontes**
477 benson road
Northbridge, MA 01534

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 271 of 1098

| 3.164 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Daniel A Tirado**
**12717 hoven ln**
**Bowie, MD 20716**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.164 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Daniel Adam Boyer**
**1042 Horseshoe Falls Drive**
**Orlando, FL 32828**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.164 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Daniel Adame**
**1133 Moon Rd**
**Griffin, GA 30223**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.164 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Daniel Aponte**
**aponte.daniel98@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.164 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Daniel Arthen**
**2712 E San Marino RD**
**Palm Springs, CA 92262**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.164 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Daniel Bailey**
**12 Cashel Dr**
**Bloomington, IL 61704**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 272 of 1098

| 3.164 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Daniel Baldocchi**
1926 Market St
Oakland, CA 94607

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.164 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Daniel Baughman**
343 Mantis Loop
Apopka, FL 32703

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.165 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Daniel Berge**
3240 SW 59th Ave
Miami, FL 33155-4059

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.165 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Daniel Blea**
655 North Clara
Wichita, KS 67212

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.165 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Daniel Boone**
101 Shilou Dr
Pikeville, NC 27863

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.165 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Daniel Bu**
251 Brinson Circle
Canton, GA 30114

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 273 of 1098

| 3.165 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Daniel Castro**
**926 Sylvan Creek Drive**
**Lewisville, TX 75067**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.165 5 | Nonpriority creditor's name and mailing address | Unknown |
|---|---|---|

**daniel chartier**
**3640 dDve Ln**
**North Las Vegas, NV 89032**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.165 6 | Nonpriority creditor's name and mailing address | Unknown |
|---|---|---|

**Daniel Chase**
**4622 SE 84TH AVE**
**PORTLAND, OR 97266**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.165 7 | Nonpriority creditor's name and mailing address | Unknown |
|---|---|---|

**Daniel Cho**
**22912 North Woodcrest Ln.**
**Kildeer, IL 60047**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.165 8 | Nonpriority creditor's name and mailing address | Unknown |
|---|---|---|

**Daniel Christensen**
**5229 East Oakhurst Way**
**Scottsdale, AZ 85254**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.165 9 | Nonpriority creditor's name and mailing address | Unknown |
|---|---|---|

**Daniel Clark**
**3305 N Glasscock Rd**
**Mission, TX 78574**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No  ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 274 of 1098

Name

| 3.166 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Daniel Crowley**
**762 Morris Rd.**
**Hockessin, DE 19707**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.166 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Daniel Deason**
**drgrzlyttv@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.166 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Daniel Deason**
**1292 Faxon Ave**
**MEMPHIS, TN 38104**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.166 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Daniel DeFonce**
**danfoncetwitch@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.166 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Daniel Dubetsky**
**10704 South 15th Street, 2306**
**Bellevue, NE 68123**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.166 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Daniel Ebrahimi**
**iusethisforschool1337@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 275 of 1098

| 3.166 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Daniel Elfrank**
**1405B E 5th St, Apt. B**
**Washington, MO 63090**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 7 | Nonpriority creditor's name and mailing address | | **Unknown** |

**Daniel Estrada**
**13336 Avenida Hermosa, Apt F**
**Desert Hot Springs, CA 92240**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 8 | Nonpriority creditor's name and mailing address | | **Unknown** |

**Daniel Francis**
**248 W Elm Ave, Apt 203**
**Burbank, CA 91502**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 9 | Nonpriority creditor's name and mailing address | | **Unknown** |

**Daniel Frias**
**2302 England St, Apt D**
**Huntington Beach, CA 92648**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 0 | Nonpriority creditor's name and mailing address | | **Unknown** |

**Daniel G Robertson Jr**
**illusivez.viper@gmail.com**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 1 | Nonpriority creditor's name and mailing address | | **Unknown** |

**Daniel Garcia**
**2912 union road**
**Paso robles, CA 93446**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 276 of 1098

| 3.167 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Daniel H Lockard**
516 Ardmore St
Waterloo, IA 50701

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.167 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Daniel Hipskind**
7146 Crimson Ct
Hudsonville, NV 49426

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.167 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Daniel Hires**
499 Pinewood Rd
Nicholls, GA 31554

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.167 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**DANIEL HOGAN**
17807 W IVY LN
Surprise, AZ 85388

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.167 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Daniel Iverson**
427 ARBOR DR #427
CARMEL, IN 46032

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.167 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Daniel Jaquez**
1718 n 38th ave
Stone park, IL 60165

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 277 of 1098

| 3.167 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Daniel Kavanaugh**
**5 WOOD HAVEN PL**
**EAST NORTHPORT, NY 11731**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.167 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Daniel Kibilko**
**128 Willownook RD**
**Sylvester, GA 31791**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.168 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Daniel Krueger**
**1045 Peach Avenue, 65**
**El Cajon, CA 92021**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.168 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**DANIEL LAMBTON**
**1546 North Homan Avenue, APT 2**
**CHICAGO, IL 60651**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.168 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Daniel Lawrence Jacob jr**
**1100 US 95**
**Schultz Trailer Park Space Number 20**
**Beatty, NV 89003**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.168 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Daniel Littleton**
**jebrocasts@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.168<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Daniel Loureiro**
**31-15 28th Road**
**ASTORIA, NY 11102**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.168<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Daniel Lucas**
**140 Deer Chase Dr**
**Chelsea, AL 35043**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.168<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Daniel Luke Serpentelli**
**852 129th St NE**
**Bradenton, FL 34212**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.168<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Daniel M Newhart**
**2304 Nelson Ave**
**Memphis, TN 38104**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.168<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Daniel Marean**
**317 Holland St**
**Cumberland, MD 21502**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.168<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Daniel Mares**
**14 Walden Rd**
**Tarrytown, NY 10591**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 279 of 1098

| 3.169 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Daniel Martinez**
220 White Rock Road, Apt 2208
Verona, NJ 07044

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Daniel McConchie**
Mcconchiedaniel@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Daniel McNulty**
137 Lafayette Road
Audubon, NJ 08106

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Daniel Miller**
955 Cranbrook Ct. Apt 358
Davis, CA 95616

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Daniel Neal**
2527 Middleton Grove Dr
Brandon, FL 33511

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Daniel Neel**
5514 Talbot Dr.
NEW MARKET, MD 21774

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 280 of 1098

| 3.169 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Daniel OBrien**
deetergaming@gmail.com

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.169 7 | **Nonpriority creditor's name and mailing address** | | **Unknown** |

**Daniel Pilkington**
**7708 Desert Delta Dr**
**Las Vegas, NV 89135**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.169 8 | **Nonpriority creditor's name and mailing address** | | **Unknown** |

**Daniel R McWhinnie**
**2003 Bayview Heights Dr, SP 73**
**SAN DIEGO, CA 92105**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.169 9 | **Nonpriority creditor's name and mailing address** | | **Unknown** |

**Daniel Ramirez**
**463 Alles Street**
**Unit 3D**
**Des Plaines, IL 60016**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.170 0 | **Nonpriority creditor's name and mailing address** | | **Unknown** |

**Daniel Rosa**
**9 Apple St.**
**Wallingford, CT 06492**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.170 1 | **Nonpriority creditor's name and mailing address** | | **Unknown** |

**Daniel Rosen**
**205 South 1st St BSMT**
**BROOKLYN, NY 11211**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 281 of 1098

| 3.170 2 | **Nonpriority creditor's name and mailing address**<br>**Daniel Rowe**<br>**378 Mayall Road**<br>**Gray, ME 04039** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.170 3 | **Nonpriority creditor's name and mailing address**<br>**Daniel Ruiz**<br>**2001 Table Rock Rd**<br>**Apt 50**<br>**Medford, OR 97501** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.170 4 | **Nonpriority creditor's name and mailing address**<br>**Daniel S Whittaker**<br>**512 N Alexandria Ave, APT 107**<br>**Los Angeles, CA 90004-2815** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.170 5 | **Nonpriority creditor's name and mailing address**<br>**Daniel Schoenberg**<br>**403 NW 68th Ave**<br>**Apt 417**<br>**Plantation, FL 33317** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.170 6 | **Nonpriority creditor's name and mailing address**<br>**Daniel Sebetich**<br>**4423 Eagle Rock Blvd**<br>**Apt 204**<br>**Los Angeles, CA 90041** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.170 7 | **Nonpriority creditor's name and mailing address**<br>**Daniel Smith**<br>**1015 East Greendale Street**<br>**West Covina, CA 91790** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 282 of 1098

| 3.170 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Daniel Stidham**
**3205 NW 83rd St #913**
**Gainesville, FL 32606**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Daniel Stumpf**
**991 E Floret Ln, Apt 33B**
**Midvale, UT 84047**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Daniel Sulja**
**12504 E 23rd Ave**
**Spokane Valley, WA 99216**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Daniel Tejada**
**Bulbaworld@outlook.com**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Daniel Valverde**
**144 Creekside Court**
**Fortson, GA 31808**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Daniel Woodhead**
**218 Greeley Street**
**Hightstown, NJ 08520**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 283 of 1098

| 3.171 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Daniel Wozniak**
**296 Sell St**
**Box 195**
**Johnstown, PA 15905**

Date(s) debt was incurred  _

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.171 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Daniela Acosta**
**8924 N 69th Ln**
**Peoria, AZ 85345**

Date(s) debt was incurred  _

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.171 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Danielle (Dani) Ellis**
**ellis.m.dani@gmail.com**

Date(s) debt was incurred  _

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.171 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Dann Rosenstein**
**660 Northwest Falling Waters Lane**
**Unit 102**
**Portland, OR 97229**

Date(s) debt was incurred  _

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.171 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Danny Berbena**
**1626 Amanda ct**
**Stockton, CA 95209**

Date(s) debt was incurred  _

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.171 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Danny Martel**
**1652 Edouard-Charruau #3**
**Saint-Hubert QC J4T 3R7**
**CANADA**

Date(s) debt was incurred  _

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 284 of 1098

| 3.172 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Danny Martel**
**1652 Edouard-Charruau #3**
**Saint-Hubert QC J4T 3R7**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Marketing Influencer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.172 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Danny Shew**
**102 Pine Gate Dr**
**Greenville, SC 29607-5510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Marketing Influencer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.172 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Dantae williams**
**4475 beech haven trail se apt 707**
**Atlanta, GA 30339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Potential warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.172 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Dante Cracchiola**
**72B Old Lyme Drive Apt. 1**
**Buffalo, NY 14221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Potential warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.172 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Dante Santaniello**
**1 Highland Avenue**
**Wakefield, MA 01880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Potential warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.172 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Daphne Colina**
**1405 W.15 Ave, #505 (buzzer 505)**
**Vancouver, British Columbia V6H 3R2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Potential warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 285 of 1098

| 3.172 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dariel Morales**
**1999 Covered Bridge Pkwy**
**Windsor, CO 80550**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.172 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Darien Harkins**
**3203 altair ln**
**upper marlboro, MD 20774**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.172 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Darien Johnson**
**2789 Bay Berry Dr SW**
**Marietta, GA 30008**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.172 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Darin Morrison**
**19850 SW 129th Ave**
**Tualatin, OR 97062**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.173 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dario Ramirez**
**263 W. 9TH STREET**
**Stockton, CA 95206**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.173 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Darius Harris**
**5749 9th Ave**
**Los Angeles, CA 90043**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 286 of 1098

| 3.173 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Darius Marta**
3707 Sandy Meadow Ln
Houston, TX 77039-5730

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.173 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Darius Toney**
8344 s Luella
Chicago, IL 60617

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.173 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Darlene stewart hernandez**
1275 East Street
Ludlow, MA 01056

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.173 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Darouny Siharaj**
dsiharaj@icloud.com

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.173 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Darrell Esteppe**
1103 1st Bend Rd
Harleyville, SC 29448

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.173 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Darren Rauch**
209 Driftwood St
Mandeville, LA 70448

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 287 of 1098

| | | |
|---|---|---|
| 3.173 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |

**Daryl Duckmanton**
Unit 3 / 40 Home Street
Reservoir, Vitoria 3073
AUSTRALIA

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Potential warranty claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.173 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |

**Dave Gordon**
14 Charlotte Road
Edgbaston, Birmingham
ENGLAND

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Marketing Influencer__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.174 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |

**Dave Keene**
11 VERMONT CIR
BOLINGBROOK, IL 60440

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Potential warranty claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.174 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |

**Dave Lipinski**
1896 W. Lark Drive
Chandler, AZ 85286

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Marketing Influencer__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.174 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |

**David Absher**
24239 S Edwin dr
channahon, IL 60410

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Potential warranty claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.174 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |

**David Adamitis**
8 Frances Lane
Windsor Locks, CT 06096

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Potential warranty claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 288 of 1098

| 3.174 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**David Bayer**
**10212 Park Lane NW**
**Albuquerque, NM 87114**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Potential warranty claim__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.174 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**David Beran**
**900 Plaza, Apt 146**
**Atlantic Beach, FL 32233**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Potential warranty claim__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.174 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**David Bethell**
**1135 43RD ST**
**WASHOUGAL, WA 98671**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Potential warranty claim__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.174 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**David Blackman**
**11320 114th Terrace N**
**Largo, FL 33778**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Potential warranty claim__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.174 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**David Bolin**
**alyxirs@gmail.com**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Marketing Influencer__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.174 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**David Bolle**
**1126 B Avenue Laurier Est**
**Montreal QC H2J 1G7**
**CANADA**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Marketing Influencer__

Is the claim subject to offset?  ■ No  ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 289 of 1098

| 3.175.0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **David Busnardo**<br>**13542 Davinci Lane**<br>**Herndon, VA 20171** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Potential warranty claim**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.175.1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **David Camilo**<br>**realkahmeelo@gmail.com** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Marketing Influencer**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.175.2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **David Carmichael**<br>**74 CHELSEA MEADOWS DR**<br>**WEST HENRIETTA, NY 14586** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Marketing Influencer**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.175.3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **David Cecil**<br>**5803 STERLING DR #7**<br>**Granger, IN 46530** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Potential warranty claim**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.175.4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **David Colpitts**<br>**1062 AUBURN RD**<br>**PERU, ME 04290** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Marketing Influencer**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.175.5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **David Colpitts**<br>**1062 AUBURN RD**<br>**PERU, ME 04290** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Marketing Influencer**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 290 of 1098

| 3.175 6 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|---|
| | **David Conrad** | | ☐ Contingent | |
| | **1950 Bridger Road** | | ☐ Unliquidated | |
| | **Akron, OH 44312** | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | | |
| | Last 4 digits of account number _ | | Basis for the claim:  **Marketing Influencer** | |
| | | | Is the claim subject to offset? ☐ No   ☐ Yes | |

| 3.175 7 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|---|
| | **David Corey** | | ☐ Contingent | |
| | **6547 Kennington Circle** | | ☐ Unliquidated | |
| | **Milton, FL 32570** | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | | |
| | Last 4 digits of account number _ | | Basis for the claim:  **Marketing Influencer** | |
| | | | Is the claim subject to offset? ☐ No   ☐ Yes | |

| 3.175 8 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|---|
| | **David Fogler** | | ☐ Contingent | |
| | **1110 Filbert Street** | | ☐ Unliquidated | |
| | **San Francisco, CA 94109** | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | | |
| | Last 4 digits of account number _ | | Basis for the claim:  **Potential warranty claim** | |
| | | | Is the claim subject to offset? ☐ No   ☐ Yes | |

| 3.175 9 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|---|
| | **David Forshey** | | ☐ Contingent | |
| | **551 Hill St** | | ☐ Unliquidated | |
| | **Mapleton Depot, PA 17052** | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | | |
| | Last 4 digits of account number _ | | Basis for the claim:  **Potential warranty claim** | |
| | | | Is the claim subject to offset? ☐ No   ☐ Yes | |

| 3.176 0 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|---|
| | **David Gadlin** | | ☐ Contingent | |
| | **1401 36th Ave NE** | | ☐ Unliquidated | |
| | **Norman, OK 73026** | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | | |
| | Last 4 digits of account number _ | | Basis for the claim:  **Potential warranty claim** | |
| | | | Is the claim subject to offset? ☐ No   ☐ Yes | |

| 3.176 1 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|---|
| | **David Garcia** | | ☐ Contingent | |
| | **834 N Hagar St** | | ☐ Unliquidated | |
| | **San Fernando, CA 91340** | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | | |
| | Last 4 digits of account number _ | | Basis for the claim:  **Marketing Influencer** | |
| | | | Is the claim subject to offset? ☐ No   ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 291 of 1098

| 3.176 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David Gilbey**
tequilashots1500@gmail.com

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David Gilbey**
**29 Earl St**
**Belleville ON K8P 1X5**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David Green**
**1551 Old Bridge Rd**
**Cantonment, FL 32533-4334**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David Hall**
barab1010101@gmail.com

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DAVID HINDS**
**104 PAIGE BND**
**Hutto, TX 78634**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DAVID HOPOATE**
**10252 S Crocus St**
**Sandy, UT 84094**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 292 of 1098

| 3.176 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**David Ivanov**
48, 44e avenue
Pincourt, Quebec,  J7W 4H5
CANADA

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**David Jones**
hangtime123@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**David K James**
3451 Riverstone Ct Apt 1014
Fort Worth, TX 76116

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**David Kang**
4117 Bitternut Ln, Apt 308
Gurnee, IL 60031

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**David Kizilkaya**
1000 Escalon Ave APT A1005
Sunnyvale, CA 94085

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**David Koller**
6230 Wilshire Blvd. #140
Los Angeles, CA 90048

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 293 of 1098

| 3.177 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **David Koller** | ☐ Contingent | |
| **6230 Wilshire Blvd #140** | ☐ Unliquidated | |
| **Los Angeles, CA 90048** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim** | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.177 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **David Koller** | ☐ Contingent | |
| **6230 Wilshire Blvd #140** | ☐ Unliquidated | |
| **Los Angeles, CA 90048** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim** | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.177 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **David Koller** | ☐ Contingent | |
| **6230 Wilshire Blvd** | ☐ Unliquidated | |
| **#140** | ☐ Disputed | |
| **Los Angeles, CA 90048** | | |
| Date(s) debt was incurred _ | Basis for the claim: **Marketing Influencer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.177 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **David Koller** | ☐ Contingent | |
| **6230 Wilshire Blvd. #140** | ☐ Unliquidated | |
| **Los Angeles, CA 90048** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer** | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.177 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **David LaCoste** | ☐ Contingent | |
| **20106 124th St E** | ☐ Unliquidated | |
| **Bonney Lake, WA 98391** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer** | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.177 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **David Lam** | ☐ Contingent | |
| **421 Parkview Lane** | ☐ Unliquidated | |
| **Rockaway, NJ 07866** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim** | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 294 of 1098

| 3.178 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**David Lee**
2720 4th Ave Apt 403
Seattle, WA 98121

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.178 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**David Loftin**
1221 Marseille Dr.
Mobile, AL 36693

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.178 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**David Lopez**
1106 W Yale St.
Ontario, CA 91762

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.178 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**David Luevano**
506 Topeka In
Vacaville, CA 95687

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.178 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**David Maxwell**
12217 SHETLAND LN
LOS ANGELES, CA 90049-4029

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.178 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**David McCartney**
1575 Yauger Rd, Apt. 104
Mount Vernon, OH 43050

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 295 of 1098

| 3.178 6 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|---|

**David McClean**
1657 Gold Oaks Road
Deltona, FL 32725

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 7 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|---|

**David Miller**
10871 Haversham dr.
Frisco, TX 75035

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 8 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|---|

**David Miller**
609 W Rialto Ave
Clovis, CA 93612

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 9 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|---|

**David Mills**
416 W Chewuch Rd
Winthrop, WA 98862

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 0 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|---|

**David Mitchell**
2107 N Hill Pkwy
Atlanta, GA 30341

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 1 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|---|

**David Moats**
1050 Wellness Pl, Apt 716, 1st floor
Henderson, NV 89011

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 296 of 1098

| 3.179 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Nonpriority creditor's name and mailing address**
**David Moyer**
**1951 Bonita Ave**
**La Verne, CA 91750**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 3 |

**Nonpriority creditor's name and mailing address**
**David Muzia**
**15615 34th Ave. NE**
**Lake Forest Park, WA 98155**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 4 |

**Nonpriority creditor's name and mailing address**
**David Muzia**
**15615 34th Ave. Ne**
**Lake Forest Park, WA 98155**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 5 |

**Nonpriority creditor's name and mailing address**
**David Muzia**
**15615 34th Ave. Ne**
**Lake Forest Park, WA 98155**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 6 |

**Nonpriority creditor's name and mailing address**
**David Nia**
**48 CHILTON AVE**
**San Francisco, CA 94131**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 7 |

**Nonpriority creditor's name and mailing address**
**David Nicholson**
**1705 Copper Ridge Drive**
**Fort Smith, AR 72916**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 297 of 1098

| 3.179 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**david paredes**
2758 11th street
riverside, CA 92507

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 9 |
|---|

**david peterson**
7279 cimmaron trl
WEATHERFORD, TX 76087

Date(s) debt was incurred _
Last 4 digits of account number _

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.180 0 |
|---|

**David Quattlebaum**
283 Missouri Ave
Herndon, VA 20170

Date(s) debt was incurred _
Last 4 digits of account number _

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.180 1 |
|---|

**David R. Myers**
1790 Canvasback Lane
Columbus, OH 43215

Date(s) debt was incurred _
Last 4 digits of account number _

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.180 2 |
|---|

**David ramos**
42 belmont ln
Willingboro, NJ 08046

Date(s) debt was incurred _
Last 4 digits of account number _

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.180 3 |
|---|

**David Rees**
5-576 Nicola Street
Kamloops, British Columbia V2C2R1
CANADA

Date(s) debt was incurred _
Last 4 digits of account number _

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 298 of 1098

| 3.180 4 | **Nonpriority creditor's name and mailing address**<br>**David Rodriguez**<br>**4955 SW 159th Ave**<br>**Miramar, FL 33027**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Marketing Influencer**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.180 5 | **Nonpriority creditor's name and mailing address**<br>**David Rossi-Espagnet**<br>**405 Crescent Drive**<br>**Newnan, GA 30265**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Marketing Influencer**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.180 6 | **Nonpriority creditor's name and mailing address**<br>**David Salmon**<br>**106 Hunter Ave**<br>**Albany, NY 12206**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Marketing Influencer**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.180 7 | **Nonpriority creditor's name and mailing address**<br>**David Schmitt**<br>**606 West Cornelia Ave**<br>**Apt 292**<br>**Chicago, IL 60657**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Potential warranty claim**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.180 8 | **Nonpriority creditor's name and mailing address**<br>**David Schramm**<br>**11500 North Dale Mabry Hwy**<br>**Building 15 Apartment 1510**<br>**Tampa, FL 33618**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Marketing Influencer**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.180 9 | **Nonpriority creditor's name and mailing address**<br>**David Schwab**<br>**5640 BRIARWOOD ST SW**<br>**CEDAR RAPIDS, IA 52404**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Marketing Influencer**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 299 of 1098

| 3.181 0 | **Nonpriority creditor's name and mailing address**<br>David Shaw<br>5130 Albright Rd NW #105<br>Concord, NC 28027<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Marketing Influencer<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|
| 3.181 1 | **Nonpriority creditor's name and mailing address**<br>David Shireman<br>72 East Ave S<br>Battle Creek, MI 49017<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Marketing Influencer<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
| 3.181 2 | **Nonpriority creditor's name and mailing address**<br>David smith<br>2339 Southpoint Ln<br>New London, NC 28127<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Marketing Influencer<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
| 3.181 3 | **Nonpriority creditor's name and mailing address**<br>David Steele<br>206 Bedford Road North<br>Battle Creek, MI 49037<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Potential warranty claim<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
| 3.181 4 | **Nonpriority creditor's name and mailing address**<br>David Steele<br>NicelysLeagues@gmail.com<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Marketing Influencer<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
| 3.181 5 | **Nonpriority creditor's name and mailing address**<br>David Tucker<br>23114 Middlebank Dr<br>Newhall, IL 91321<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Potential warranty claim<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 300 of 1098

| 3.181 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**David W Looney**
**5100 NW LOOP 410, APT 2307**
**SAN ANTONIO, TX 78229**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.181 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**David Wajda**
**429 Roslyn Ave**
**Akron, OH 44320**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.181 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**David Walterscheid**
**601 MENAUL BLVD NE UNIT 3503**
**ALBUQUERQUE, NM 87107-1531**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.181 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**David Wouch**
**530 Winchester Dr**
**Richardson, TX 75080**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.182 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**David Wu**
**620 S Virgil Avenue, PH 45**
**Los Angeles, CA 90005**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.182 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**David Wu**
**620 S Virgil Avenue, PH45**
**Los Angeles, CA 90005**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 301 of 1098

| 3.182 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David Yuen**
**6298 Booth Street**
**Rego Park, NY 11374**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David-Allen Walker-Baker**
**545 Kaimake Loop**
**Kailua, HI 96734**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DAVIDE MASIA**
**3405 SE 17TH PLACE**
**CAPE CORAL, FL 33904**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Davidson Chu**
**15320 146th Pl SE**
**Renton, WA 98058**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Davon Klotz**
**novadthegoat@gmail.com**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Davon Wright**
**Lilfinness@gmail.com**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 302 of 1098

| 3.182 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---------|-----------------------------------------------|--------------------------------------------------------------|---------|

**Dawid Coleman**
dawiddoestechstuff@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---------|-----------------------------------------------|--------------------------------------------------------------|---------|

**Dawn Curtis**
2113 Airport Hwy
Toledo, OH 43609

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---------|-----------------------------------------------|--------------------------------------------------------------|---------|

**Dawn Harley**
413 Marvin Avenue
Hackensack, NJ 07601

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---------|-----------------------------------------------|--------------------------------------------------------------|---------|

**Dawson Crawford**
spiceememe@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---------|-----------------------------------------------|--------------------------------------------------------------|---------|

**Dawson Durrett**
809 Ocean Ridge Drive
Atlantic Beach, NC 28512

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---------|-----------------------------------------------|--------------------------------------------------------------|---------|

**Dawson E Weekley**
12719 Easha Boulevard,
Punta Gorda, FL 33955

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 303 of 1098

| 3.183<br>4 | **Nonpriority creditor's name and mailing address**<br>**Dawson McDowell**<br>**28 McCarran Blvd**<br>**LAS VEGAS, NV 89115**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>Basis for the claim:  **Marketing Influencer**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.183<br>5 | **Nonpriority creditor's name and mailing address**<br>**Daylon Barger**<br>**Po box 16649**<br>**Galveston, TX 77552**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>Basis for the claim:  **Marketing Influencer**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |

| 3.183<br>6 | **Nonpriority creditor's name and mailing address**<br>**Dayron mapp**<br>**1869 clay st**<br>**Springfield, OH 45505**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>Basis for the claim:  **Potential warranty claim**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |

| 3.183<br>7 | **Nonpriority creditor's name and mailing address**<br>**Dayton Phillips**<br>**3305 108th Ave E**<br>**Edgewood, WA 98372**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>Basis for the claim:  **Marketing Influencer**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |

| 3.183<br>8 | **Nonpriority creditor's name and mailing address**<br>**Daywon Johnson**<br>**po box 73 brownfield**<br>**Brownfeild, PA 15416**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>Basis for the claim:  **Potential warranty claim**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |

| 3.183<br>9 | **Nonpriority creditor's name and mailing address**<br>**Dean Duro**<br>**2702 Margie Dr**<br>**Temple, TX 76502**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>Basis for the claim:  **Marketing Influencer**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 304 of 1098

| 3.184 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dean Hall**
**111 Hull Street**
**Richmond, VA 23224**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.184 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dean Patterson**
**business.frostee@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.184 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dean Whibley**
**7911 McClounie Road**
**Coldstream, British Columbia V1B 1P9**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.184 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Declan Greenleaf**
**80 South Keeble Avenue**
**San Jose, CA 95126**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.184 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dee**
**daialune.art@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.184 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Deek Addepalli**
**6792 195th PL NE**
**Redmond, WA 98052**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No  ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 305 of 1098

| 3.184 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Deep Sentinel Corp.** | ☐ Contingent | |
| **600 Main Street** | ☐ Unliquidated | |
| **Pleasanton, CA 94566** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** Security services | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.184 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Deirdre Bernock** | ☑ Contingent | |
| **842 Dahoon Circle** | ☑ Unliquidated | |
| **Venice, FL 34293** | ☑ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** Potential warranty claim | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.184 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Delaney Wright** | ☑ Contingent | |
| **58 Queen Street** | ☑ Unliquidated | |
| **Dartmouth NS B2Y 1G3** | ☑ Disputed | |
| **CANADA** | | |
| Date(s) debt was incurred __ | **Basis for the claim:** Marketing Influencer | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.184 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Delilah Carter** | ☑ Contingent | |
| **1117 Skymont Road** | ☑ Unliquidated | |
| **Staunton, VA 24401** | ☑ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** Marketing Influencer | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.185 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **DeMonte McKay** | ☑ Contingent | |
| **2951 Cherry Blossom Lane** | ☑ Unliquidated | |
| **East Point, GA 30344** | ☑ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** Potential warranty claim | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.185 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Denilson Servellon** | ☑ Contingent | |
| **252 N. Bonnie Brae St Apt 8** | ☑ Unliquidated | |
| **Los Angeles, CA 90026** | ☑ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** Potential warranty claim | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 306 of 1098

| 3.185 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**

**Denise Bell**
**824 Lago Vista Dr**
**San Marcos, TX 78666**

- ◼ Contingent
- ◼ Unliquidated
- ◼ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.185 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**

**Denise Hitchcock**
**endraexettv@gmail.com**

- ◼ Contingent
- ◼ Unliquidated
- ◼ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.185 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**

**Dennette I Breckenridge**
**1705 9th ave n apt 8**
**Virginia, MN 55792**

- ◼ Contingent
- ◼ Unliquidated
- ◼ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.185 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**

**Dennis Brown**
**dennybudtwitch@outlook.com**

- ◼ Contingent
- ◼ Unliquidated
- ◼ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.185 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**

**Dennis Cramton**
**707 Seabright Ave #9**
**Santa Cruz, CA 95062**

- ◼ Contingent
- ◼ Unliquidated
- ◼ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.185 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**

**Dennis Erhard**
**DennisjErhard@gmail.com**

- ◼ Contingent
- ◼ Unliquidated
- ◼ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ◼ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 307 of 1098

| 3.185 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dennis j Erhard**
**1507 Aletha dr**
**Louisville, KY 40219**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.185 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dennis Paul Key Jr**
**1103 Cranbrook Dr**
**Hixson, TN 37343**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.186 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dennis Ramos**
**742 Drew St**
**New York, NY 11208**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.186 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**DENNIS WEBB**
**84 hoffman st**
**apt 2**
**Kingston, NY 12401**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.186 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**DENNIS WEBB**
**84 Hoffman St**
**Apt 2**
**Kingston, NY 12401**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.186 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dennis Yang**
**6336 Hungerford Street**
**Lakewood, CA 90713**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 308 of 1098

| 3.186 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Denny Eickhoff**
**1705 North Cove**
**Murfreesboro, TN 37129**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.186 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Denton House**
**2113 West Eubanks Street**
**Oklahoma City, OK 73112**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.186 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Denzel almonte**
**131 west 143rd st apt 5B**
**New york, NY 10030**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.186 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Deone Bucannon**
**4700 e charles dr**
**Paradise valley, AZ 85252**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.186 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Derek**
**1920 CHESAPEAKE CT**
**OLDSMAR, FL 34677**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.186 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Derek A Spencer**
**620 John Paul Jones Cir, Patriots Inn 10**
**Portsmouth, VA 23708**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396  Doc# 32  Filed: 05/05/22  Entered: 05/05/22 12:11:36  Page 309 of 1098

| 3.187 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Derek Allman**
3540 Foxhall Drive
Davidsonville, MD 21035

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.187 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Derek Bridges**
18 POST RUN
NEWTOWN SQUARE, PA 19073

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.187 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Derek Campbell**
3418 Yarenll Ct
Waldorf, MD 20603

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.187 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Derek Dingess**
1042 Cambridge Station Rd
Centerville, OH 45458

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.187 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Derek Gobble**
8564 Goodview Rd
Goodview, VA 24095

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.187 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Derek Henderson**
skipgently@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 310 of 1098

| 3.187 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Derek Huff**
**1413 Buckthorn Drive**
**Jarrettsville, MD 21084**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Derek Johnson**
**406 Price St**
**Sanford, NC 27330**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Derek Larson**
**6323 S Depew Ct**
**Littleton, CO 80123**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Derek Loftis**
**81 west 142 north**
**Rupert, ID 83350**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Derek Manke**
**4429 Penny Lane SW**
**Wyoming, MI 49418**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Derek McClure**
**4646 Crimson Circle N**
**Colorado Springs, CO 80917**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 311 of 1098

| 3.188 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Derek Moseley**
**87 Evansglen Circle NW**
**Calgary, Alberta T3P 0W7**
**CANADA**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Derek Moseley**
**wtfmosestv@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Derek Pucciariello**
**435 Lincoln Street**
**Cadillac, MI 49601**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Derek Timp**
**17578 400th St**
**Avon, MN 56310**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Derek White**
**832 hinton lane**
**Van alstyne, TX 75495**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Derek Zeunert**
**214 Canterbury dr**
**Mchenry, IL 60050**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396     Doc# 32     Filed: 05/05/22     Entered: 05/05/22 12:11:36     Page 312 of 1098

| 3.1888 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Derrick Freeman**
3145 pathfinder ct
granbury, TX 76048

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.1889 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Derrick Hoseck**
117 east main street
marshall, MN 56258

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.1890 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Derrick Jones Jr.**
20735 S Sweetbriar Rd
WestLinn, OR 97068

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.1891 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Derrick Parreott**
29 Center Street
South Toms River, NJ 08757

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.1892 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Desiderio Romero**
1210 Goodyear St
San Diego, CA 92113

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.1893 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Desmond Carpenter**
195 Apono Ct.
Wahiawa, HI 96786

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 313 of 1098

| 3.189 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**desmond norman II**
**6022 Hazelhurst Street**
**Philadelphia, PA 19151**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dessy McDonald**
**dcmsm1234@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Destiny Felder**
**felder_destiny@yahoo.com**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DestroyerProject**
**destroyerprostreams@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Detrick Houchens**
**deamaze@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Devante Stoute**
**36 Furman Ave**
**BASEMENT**
**brooklyn, NY 11207**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 314 of 1098

| 3.190 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DeVaughn Goodwyn**
**105 Foxtree Dr**
**Glen Burnie, MD 21061**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Devin Bester**
**3117 Potomac Ave**
**Warren, MI 48091**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Devin Crow**
**514 Grove LN**
**Kathleen, GA 31047**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Devin E Rachar**
**716 1st Ave, Box 351**
**Queen Charlotte, British Columbia V0T 1S**
**CANADA**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Devin Griffin**
**dmg32999@gmail.com**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Devin Harris**
**8430 PIGEONBERRY DR**
**CONVERSE, TX 78109**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 315 of 1098

| 3.190 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Devin Harris**
404 SE 5TH ST
grimes, IA 50111

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Devin Lawrence**
zLzrdOfficial@gmail.com

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Devin n Paquette**
216 Ashley St, Apt 201
Bellingham, WA 98229-2827

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Devin Osborne**
4036 Farnsworth Crescent
Mississauga, Ontario, L5L3Z3
CANADA

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Devin Timothy Totleben**
1023 east 43rd street
Erie, PA 16504

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Devin White**
1419 Black Oak Dr
Sevierville, TN 37876

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 316 of 1098

| 3.191 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Devlin Lemay**
dokidev.business@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.191 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Devon Brady**
6941 Reliance Rd
Federalsburg, MD 21632

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.191 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Devon Coleman**
669 east lincoln trail blvd
Radcliff, KY 40160

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.191 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Devon Oenning**
15874 Lake Iola Rd
Dade City, FL 33523

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.191 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Devon Ruger**
1724 Kailua Way
Ceres, CA 95307

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.191 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Devon Turnbow**
13151 small Ln
spring hill, FL 34610

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 317 of 1098

| 3.191 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Devyn Noya**
**32 Belmont Ave**
**Bayville, NJ 08721**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Dex Badgett**
**103 Walton Place**
**Summerville, SC 29483**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**diamond smith**
**2000 W 5th Ave #401**
**Gary, IN 46404**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Dian Shi**
**2232 S 38TH ST**
**GRAND FORKS, ND 58201**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Diana Gonzalez**
**11 Condor Ct**
**American Canyon, CA 94503**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Diana Kamleh**
**1300 Blvd. Cote-Vertu Ouest #309**
**Montreal QC H4L 1Y9**
**CANADA**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.192 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Diana Kamleh**
**1300 Blvd. Cote-Vertu Ouest #309**
**Montreal QC H4L 1Y9**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Diana Le**
**notohaidiana@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Diane Huron**
**missdemolishtwitch@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Diane Kavanaugh Vetort**
**223 Aveline St**
**Ypsilanti, MI 48197**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**dianna l coffman**
**241 maryland ave**
**hancock, MD 21750**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**DiaShamar Marshall**
**14617 Strauss Drive Apt. 2424**
**Carmel, IN 46032**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 319 of 1098

| 3.193 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Diego Alberto Moya**
**3625 N HARRIER RD**
**APT 101**
**Waukegan, IL 60087**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Diego Cisneros**
**VentrasTwitch@outlook.com**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Diego Mascia**
**3354 Indian Shadow St, Unit 203**
**Las Vegas, NV 89129**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**diego villanueva**
**11524 Dolly Pond Rd**
**Birchwood, TN 37308**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Dillon Frazier**
**4902 Grouse Woods Drive**
**Wilmington, NC 28411**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Dillon Hansen Spears**
**1819 Pueblo Pass**
**Evansville, IN 47715-7028**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 320 of 1098

| 3.193 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Dillon Spiker**
1037 Ekstam Drive, Apt 101
Bloomington, IL 61704

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.193 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Dimitri Antonatos**
Brook farm Backwell bow Backwell
EJ Wyatt & Sons, Bristol
ENGLAND

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.193 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Dinesh Patel**
20807 W 94th Ter
Lenexa, KS 66220

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.193 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Dinesh Verma**
15 Rising Ridge Ct
Chico, CA 95928

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.194 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Dipesh Lamichhane**
11146 W Rockland Dr
Littleton, CO 80127

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.194 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Distortion2**
distortion2temp@tempggtalent.com

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 321 of 1098

| 3.194 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**DJ Hansen**
**1407 Bernard St**
**Apt 10-146**
**Denton, TX 76201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Marketing Influencer__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.194 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Dmitry Shatrov**

**dimashatrov@gmail.com**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services and License Agreement between creditor and the Debtor to use PC cases, Panels and other projects. Agreement was terminated 3/9/22.__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.194 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Doel Gonzalez**
**4921 Stonewood Pines Dr**
**Knightdale, NC 27545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Potential warranty claim__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.194 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Dominic Corma**
**303 Glenn Ave**
**Apt 6**
**Bloomsburg, PA 17815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Potential warranty claim__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.194 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Dominic Perez**
**5533 College Road**
**Apt 2**
**Key West, FL 33040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Marketing Influencer__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.194 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Dominick Aneke**
**7063 osage river ct**
**Eastvale, CA 91752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Potential warranty claim__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 322 of 1098

| 3.194 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dominick Ricco**
22 Nashawannuck St. APT 6B
Easthampton, MA 01027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.194 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dominick Ricco**
domjricco418@gmail.com

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.195 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dominik Carnes**
10143 E Westmore Dr.
Traverse City, MI 49684

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.195 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dominik Mecozzi**
3280 SW 170th Ave
Unit 1216
BEAVERTON, OR 97003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.195 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**dominique Hill**
18311 Wild Lilac Trail
Humble, TX 77346

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.195 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Don Oudomdeth**
14800 NW Cornell RD Apt15 E
Portland, OR 97229

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 323 of 1098

| 3.195 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Donaciano Sandoval**
4236 Strong Ave
Fort Worth, SC 76105

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

| 3.195 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**donald e routsong**
814 ogontz street
sandusky, OH 44870

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

| 3.195 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Donald Fountain**
DFOUNTAINJR@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

| 3.195 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Donald Greenawalt**
4174 Chasin St
Oceanside, CA 92056

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

| 3.195 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Donald Lockhart**
4261 Oxford Crossing Drive
Decatur, GA 30034

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

| 3.195 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Donald Rinehart**
2766 7th ave se apt 1
albany, OR 97322

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

| 3.196 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Donna Clayton**
**P.O. Box 176**
**Ohlman, IL 62076**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Donna Degnan**
**2005 52nd street**
**Florence, OR 97439**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Donnie Wilson**
**Donzell.wilson@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**DONNY NGUYEN**
**121 Sawka Dr**
**East Hartford, CT 06118**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Donovan Gabriel**
**32 Valley Avenue**
**walden, NY 12586**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Donovan Tyson**
**305 Nevada Ave #4406**
**Odenton, MD 21113**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 325 of 1098

| 3.196 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**DOREEN SNYDER**
**9378 N WAXWING CT**
**TUCSON, AZ 85742**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.196 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Dorien Warren**
**6338 Mount Rainier Ave**
**Las Vegas, NV 89156**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.196 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Dorothy Rifati**
**6629 Sunrise Drive**
**The Colony, TX 75056**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.196 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Doug Feaver**
**106 Ainslie Ave.**
**Hamilton, Ontario 18S 2K2**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.197 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Doug Mann**
**9801 W Parmer Lane, Apt 625**
**Austin, TX 78717**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.197 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Douglas Dang**
**13927 Antonia Ford Court**
**Centreville, VA 20121**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 326 of 1098

**3.197 2**

**Nonpriority creditor's name and mailing address**
**Douglas Foster**
4701 S. Glenn St.
Wichita, KS 67217

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.197 3**

**Nonpriority creditor's name and mailing address**
**Douglas Hein**
3 B Street, Unit C
Auburn, MA 01501

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.197 4**

**Nonpriority creditor's name and mailing address**
**Douglas J Ronan**
25341 Mary St
Taylor, MI 48180

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.197 5**

**Nonpriority creditor's name and mailing address**
**DownToQuest**
Attn: Kevin "Razor" Day

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

**$7,200.00**

---

**3.197 6**

**Nonpriority creditor's name and mailing address**
**DownToQuest**
23 South Garo Ave
Colorado Springs, CO 80910

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.197 7**

**Nonpriority creditor's name and mailing address**
**DownToQuest**
23 South Garo Ave
Colorado Springs, CO 80910

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 327 of 1098

| 3.197 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Drake Hall**
12198 parkview ln
Fishers, IN 46038

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.197 9 |

**Drake Smith**
7001 LA TIJERA BLVD
APT 402
LOS ANGELES, CA 90045

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| 3.198 0 |

**dreamlighttt**
dreamlighttt@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| 3.198 1 |

**Dreede (MLC)**
ItsDreede@aol.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| 3.198 2 |

**Drew Ford**
722 34th Avenue N
St. Petersburg, FL 33704

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| 3.198 3 |

**Drew Glenn**
6691 Blossom view dr.
Florissant, MO 63033

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 328 of 1098

| | |
|---|---|
| 3.198<br>4 | **Nonpriority creditor's name and mailing address** |

**Drew Harris**
**5040 Sandy Point road**
**Prince Frederick, MD 20678**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.198<br>5 | **Nonpriority creditor's name and mailing address** |

**Drew Ivery**
**thadrewleague@gmail.com**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.198<br>6 | **Nonpriority creditor's name and mailing address** |

**Drew Jackson**
**2327 39th St**
**Missoula, MT 59803**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.198<br>7 | **Nonpriority creditor's name and mailing address** |

**Drew Perzinski**
**2540 N 64TH ST**
**LINCOLN, NE 68507**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.198<br>8 | **Nonpriority creditor's name and mailing address** |

**Dropped**
**droppedtemp@temp.com**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.198<br>9 | **Nonpriority creditor's name and mailing address** |

**dubes ion-nicolae**
**21 route des gardes, batiment A1 4eme et**
**Meudon, Hauts-de-Seine 92190**
**FRANCE**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 329 of 1098

| | | |
|---|---|---|
| 3.199 0 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**DUFLOUX MARTIN**
**25 r sidence de la cerisaie**
**Palaiseau, Essone 91120**
**FRANCE**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.199 1 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Duke Energy**
**526 S. Church Street**
**Charlotte, NC 28202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.199 2 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Duncan K Leonard**
**127 S Mason St**
**Arroyo Grande, CA 93420-3312**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.199 3 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Duncan O'Gorman**
**dunogo@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.199 4 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Duncan Vansickle**
**8211 NW Bradford CT**
**Kansas City, MO 64151**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.199 5 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Duran Spence**
**felixwindtv@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 330 of 1098

| 3.199 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dustin**
2656 pacific st
Davenport, IA 52804

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.199 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dustin Adkins**
805 randolph street
Staunton, VA 24401

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.199 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dustin Amesbury**
16645 Flagstaff Ave W
Rosemount, MN 55068

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.199 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dustin Blake**
1635 Findlay Rd
Kelowna, British Columbia V1X 586
CANADA

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.200 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dustin Frezieres**
27433 WAYNESBOROUGH LN
VALENCIA, CA 91354

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.200 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dustin Haney**
320 Stanton rd, 1331
Mobile, AL 36617

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 331 of 1098

| 3.200 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dustin Horn**
5312 E. Catalina Ave.
Mesa, AZ 85206

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 3 |

**Dustin Lee**
dustydaddy101@gmail.com

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.200 4 |

**Dustin McClish**
2219 N Crossover Road
Fayetteville, AR 72703

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.200 5 |

**Dustin Mihajlovich**
3303 S Creek Dr. SE Apt 103
Kentwood, MI 49512

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.200 6 |

**Dustin Niepoetter**
226 Thomas Street
Atoka, TN 38004

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.200 7 |

**Dustin VanWinkle**
146 Sugarloaf Drive
Summerland Key, FL 33042

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 332 of 1098

| 3.200 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dustin Wayne Hawley**
7 Bell St
Belmont, NC 28012

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dustin wood**
32 gold buckle pl
Rozet, WY 82727

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dwayne Murdock**
21323 Lemarsh St. #213
Chatsworth, CA 91311

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dylan a Aman**
30 saint margaret way
Rochester, NY 14625

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dylan Akers**
6222 Tri County Road
Seaman, OH 45679

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dylan Caudle**
1346 Helen Ave
Ukiah, CA 95482

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 333 of 1098

| 3.201 4 | Nonpriority creditor's name and mailing address **Dylan Chapman** 3 Tina Road Milford, MA 01757 | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.201 5 | Nonpriority creditor's name and mailing address **Dylan Chen** dchen427@gmail.com | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.201 6 | Nonpriority creditor's name and mailing address **Dylan Chriswell** 45097 Yale St Indio, CA 92201 | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.201 7 | Nonpriority creditor's name and mailing address **Dylan Davis** 8585 SW Pfaffle St, 12 Tigard, OR 97223 | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.201 8 | Nonpriority creditor's name and mailing address **Dylan Dirks** 640 W 2700 S Perry, UT 84302 | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.201 9 | Nonpriority creditor's name and mailing address **Dylan Doremus** 62 Brantwood Rd Worcester, MA 01602 | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 334 of 1098

| 3.202 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dylan F Osgood**
1818 Chapel Hills Dr
Colorado Springs, CO 80920

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dylan Grasso**
12 Briar Lane
Berlin, CT 06037

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dylan Horetski**
dil@pickle1.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dylan Howard**
974 Southpark Dr
Myrtle Beach, SC 29577

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dylan Lazo**
108 Halenani Dr.
Wailuku, HI 96793

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dylan M Harding**
455 BIG BEND AVE
RIVERTON, WY 82501

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 335 of 1098

---

| 3.202 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Dylan Martin**
**410 ann dr**
**Rayne, LA 70578**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Dylan McAbee**
**1332 N Marquette St.**
**Davenport, IA 52804**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Dylan McClain**
**116 Spruce Cove**
**Monticello, AR 71655**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Dylan McGlone**
**332 Schoolhouse Rd.**
**Williamstown, NJ 08094**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Dylan Nowak**
**1508 INDEPENDENCE DR**
**HOBART, IN 46342**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Dylan Paesani**
**210 Tesuque dr**
**Santa fe, NM 87505**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.203 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dylan Palmer**
121 county road 855
Etowah, TN 37331

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.203 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dylan Pazmino**
1319 NW 208 TH Terrace, Miami Gardens
Miami, FL 33169

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.203 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dylan pleasants**
24 Queens Grant Cir
Shallotte, NC 28470

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.203 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dylan Richno**
dylanrichno@gmail.com

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.203 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dylan Rupprecht**
745 Beckett Ridge Cove
Collierville, TN 38017

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.203 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dylan Smith**
3734 Sherman Lane
Carson City, NV 89706

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 337 of 1098

| 3.203 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dylan Troderman**
**1320 University St. Apt 404**
**Seattle, WA 98101**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.203 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dylan Watrous**
**DylanPrecise@gmail.com**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.204 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dylan Wright**
**160 Madison Avenue, Apt 27G**
**New York, NC 10016**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.204 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dylan Zaner**
**775 Woods Circle**
**Apt. 408**
**Eureka, MO 63025**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.204 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dylen Benevides**
**214 Kahoa Place**
**Hilo, HI 96720**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.204 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dyllan Meixell**
**2511 4th street northeast**
**Minneapolis, MN 55418**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 338 of 1098

| 3.204 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **E.P. Madigan & Sons, Inc., et al.**<br>**1225 Alpine Road, suite 202**<br>**Walnut Creek, CA 94596** | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  Lease of nonresidential real property located at 399 Grand Avenue, Oakland, CA. | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.204 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Earle Klamt**<br>**808 West Bataan Avenue**<br>**West Bataan Avenue**<br>**Ridgecrest, CA 93555** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  Marketing Influencer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.204 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$503.25** |
| **Early Growth and Done**<br>**Attn:  Amir Panjwani**<br>**2345 Yale Street, Ist Floor**<br>**Palo Alto, CA 94306** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  3/15/22 | **Basis for the claim:**  Accounting services | |
| Last 4 digits of account number  0188 | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.204 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **East Bay Mud**<br>**Mail Slot #47**<br>**P. O. Box 24055**<br>**Oakland, CA 94623-1055** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  Utilities | |
| Last 4 digits of account number  0360 | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.204 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **east lin**<br>**3289 terrace ridge lane**<br>**long beach, CA 90804** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  Potential warranty claim | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.204 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Ebay Banking** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  Trade debt | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 339 of 1098

| 3.205 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Eber Larios**
**3127 Thomas Paine Dr**
**Missouri City, TX 77459-4869**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.205 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ecwid, Inc.**
**Attn:  Ruslan Fazlyev, CEO**
**687 Doduyh Vosdy Hwy 101, Suite 239**
**Encinitas, CA 92024**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.205 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ed Fair**
**3420  Plainview Dr**
**Toledo, OH 43615**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.205 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Eddie Benavides**
**6535 Beattie St**
**London, Ontario N6P 1T9**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.205 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Eddie Reagle**
**10990 Huron Rd**
**Saint Petersburg, FL 33708**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.205 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Eddy Gharbi**
**1451 Tyler Park Way**
**Mountain View, CA 94040**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 340 of 1098

| 3.205 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Edgar Buss**
13461 cronese rd
Apple valley, CA 92308

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.205 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Edgar Hale**
theSolidusLee@gmail.com

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.205 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Edgar R Rafaeltercero**
4105 E Peleliu Dr
Tarawa Terrace, NC 28543

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

| 3.205 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Edgar Sansores**
Avenida Adolfo Lopez MAteo
484-A Chetuma, Quintana Roo
MEXICO

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.206 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Edilio Vera**
13327 Indian Blanket Ln
Houston, TX 77083

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.206 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Edison Hamill**
215 W Phoenix Ave
Flagstaff, AZ 86001

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 341 of 1098

**3.206 2**

**Nonpriority creditor's name and mailing address**

**Eduardo  Alvarado**
**1111 W Saint Marys Rd Apt 1117**
**Tucson, AZ 85745**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.206 3**

**Nonpriority creditor's name and mailing address**

**Eduardo De Carvalho**
**3021 cooper collins rd**
**Aynor, SC 29511**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.206 4**

**Nonpriority creditor's name and mailing address**

**Eduardo Salazar**
**3816 cedar ave s**
**Minneapolis, MN 55407**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.206 5**

**Nonpriority creditor's name and mailing address**

**Eduardo Saldivar**
**1717 e ave i spc 100**
**Lancaster, CA 93535**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.206 6**

**Nonpriority creditor's name and mailing address**

**Eduardo Vasquez**
**Hoodiewolf212@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.206 7**

**Nonpriority creditor's name and mailing address**

**Edward Baker**
**410 Avenue D**
**La Marque, Texas, TX 77568**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 342 of 1098

| 3.206 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Edward D Centrella**
824 Taylor Way
COLLEGEVILLE, PA 19426

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.206 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Edward David**
43 North Pine Street
North Massapequa, NY 11758

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.207 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Edward Frank**
5 Kathleen Street
Cardiff New South Wales 2285
AUSTRALIA

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.207 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Edward Hager**
5618 Leiden Road
Baltimore, MD 21206

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.207 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Edward Lopez-Acosta**
15810 Beaufort Blvd
Selma, TX 78154

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.207 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Edward Martin Waller**
1700 PRELUDE DR
VIENNA, VA 22182

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 343 of 1098

| 3.207<br>4 | **Nonpriority creditor's name and mailing address**<br>**Edward McRowan**<br>**510 Sutter Gate Lane**<br>**Morrisville, NC 27560**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  Potential warranty claim<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.207<br>5 | **Nonpriority creditor's name and mailing address**<br>**EDWARD NUNEZ**<br>**246 E 199th ST Apt GE**<br>**bronx, NY 10458**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  Potential warranty claim<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.207<br>6 | **Nonpriority creditor's name and mailing address**<br>**Edward Quiroz**<br>**32000 Corte Canel**<br>**Temecula, CA 92592**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  Potential warranty claim<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.207<br>7 | **Nonpriority creditor's name and mailing address**<br>**Edward Rakowiecki**<br>**3858 N Pontiac Ave**<br>**Chicago, IL 60634**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  Potential warranty claim<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.207<br>8 | **Nonpriority creditor's name and mailing address**<br>**Edward Senior**<br>**wyvernrealm@gmail.com**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  Marketing Influencer<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.207<br>9 | **Nonpriority creditor's name and mailing address**<br>**EDWARD STEPHENSON**<br>**1109 New Land dr**<br>**VIRGINIA BEACH, VA 23453**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  Potential warranty claim<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 344 of 1098

| 3.208 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.208 0**

Nonpriority creditor's name and mailing address

**Edward vasques**
**10755 nw 81st street**
**parkville, MO 64152**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.208 1**

Nonpriority creditor's name and mailing address

**Edwin Lima**
**119 N Evarts Ave**
**Elmsford, NY 10523**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.208 2**

Nonpriority creditor's name and mailing address

**Edwin Ulsh**
**195 Dover Bluff Drive**
**Orange Park, FL 32073**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.208 3**

Nonpriority creditor's name and mailing address

**Efren hernandez**
**513 mi vida st**
**Weslaco, TX 78596**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.208 4**

Nonpriority creditor's name and mailing address

**Eilidh Lonie**
**aliasvontwitch@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.208 5**

Nonpriority creditor's name and mailing address

**Elaine Leung**
**13700 San Pablo Ave APT 2308**
**San Pablo, CA 94806**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 345 of 1098

| 3.208 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Eldren Barlow
PO Box 192
Moroni, UT 84646

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.208 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

eleazar marquez
2703 e virgin st
tulsa, OK 74110

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.208 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Eli Loeb
230 Stony Run Lane, Apt 3A
Baltimore, MD 21210

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.208 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Eli Sanscrainte
bottedfps@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.209 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Eli Warren
1562 Sterling Dr
Memphis, TN 38119

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.209 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Eli Warren
1562 Sterling Dr #3
Memphis, TN 38119

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 346 of 1098

Name

---

| 3.209 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Elias Ezagury**
20281 E Country Club Dr
Apt 1605
Aventura, FL 33180-3030

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.209 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Elias Weglarz**
15820 Knoll Trail Dr
APT 1022
Dallas, TX 75248

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.209 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Eliezer Hernandez**
25250 SW 124th PL
Homestead, FL 33032

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.209 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Elijah**
3210 teeters road
Martinsville, IN 46151

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.209 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Elijah Cowgill**
48350 59th 1/2 ST
Hartford, MI 49057

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.209 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Elijah David Smuda**
4090 Clapton dr
Lancaster, NC 29720

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 22-40396 Doc# 32 Filed: 05/05/22 Entered: 05/05/22 12:11:36 Page 347 of 1098

| 3.2098 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Elijah Hempstead**
4744 W WHITTEN ST
CHANDLER, AZ 85226-4650

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2099 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Elijah Martin**
11421 Hook Rd
Pleasant City, OH 43772

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Elijah Miller**
2332 Brecken Ridge Court
Harrisonburg, VA 22801

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Elijah Moore**
1213 garth court
Virginia Beach, VA 23454

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Elijah Morse**
10020 e. nora ave
spokane valley, WA 99206

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**elijah oglesby**
890 E Walnut Rd, Apt 47
Vineland, NJ 08360-5042

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 348 of 1098

| 3.210 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | |

**Elijah Rosas**
2170 burlwood dr
Hollister, CA 95023

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Elijah Ziegler**
315 W Cedar St
Fernley, NV 89408-4713

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Elissa Tomlin**
123 Arboleda Way
Ben Lomond, CA 95005

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Elite Tech**
7595 Baymeadows Way, Suite 180
Jacksonville, FL 32256

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**elizabeth a knoll**
1424 Wake Forest Drive, APT 253
Davis, OH 95616

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Elizabeth Anderson**
4021 East Park Ridge Drive
Nampa, ID 83687

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 349 of 1098

| 3.211 0 | **Nonpriority creditor's name and mailing address**<br>**Elizabeth Deleeuw**<br>210 Berkshire Drive<br>Douglassville, PA 19518<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _Potential warranty claim_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.211 1 | **Nonpriority creditor's name and mailing address**<br>**Elizabeth Hammond**<br>5098 Vivera Dr<br>La Mesa, CA 91941<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _Marketing Influencer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.211 2 | **Nonpriority creditor's name and mailing address**<br>**Elizabeth Hopkins**<br>176 Guinea Ridge Road<br>Union, ME 04862<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _Marketing Influencer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.211 3 | **Nonpriority creditor's name and mailing address**<br>**Elizabeth Illsley**<br>stitchedcrafts@gmail.com<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _Marketing Influencer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.211 4 | **Nonpriority creditor's name and mailing address**<br>**Elizabeth Jennewein**<br>25843 E Kettle Circle<br>Aurora, CO 80016<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _Marketing Influencer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.211 5 | **Nonpriority creditor's name and mailing address**<br>**Elizabeth Melendez**<br>2182 Barnes Ave Apt 244<br>Bronx, NY 10462<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _Potential warranty claim_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 350 of 1098

| 3.211 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Elizabeth Saenz**
31790 US Highway 19N, Apt #122
Palm Harbor, FL 34684

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Elizabeth Saenz**
okayitsbusiness@gmail.com

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Elizabeth Sanchez**
8108 Elgin Lane
dublin, CA 94568

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Elizabeth Sweet**
missshadowlovely@yahoo.com

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Elizabett Polanco**
19621 NW 7 CT
Miami, FL 33169

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ella Dalton**
25 Mile End
Liverpool, Merseyside L58XJ
ENGLAND

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 351 of 1098

| 3.212 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Elliot Darrow**
elliot.g.darrow@gmail.com

Date(s) debt was incurred __

Last 4 digits of account number __

- Contingent
- Unliquidated
- Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Elliot Joseph Baskerville Stevens**
311 Simeon St.
Kitchener, Ontario N2H 1T4
CANADA

Date(s) debt was incurred __

Last 4 digits of account number __

- Contingent
- Unliquidated
- Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Elliot Reddinger**
507 Phoenix Ave NW
Albuquerque, NM 87107

Date(s) debt was incurred __

Last 4 digits of account number __

- Contingent
- Unliquidated
- Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Elliott Fay**
8118 Turner Rd
Fenton, MI 48430

Date(s) debt was incurred __

Last 4 digits of account number __

- Contingent
- Unliquidated
- Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Elliott Green**
3301 Hudnall St apt 7214
Dallas, TX 75235

Date(s) debt was incurred __

Last 4 digits of account number __

- Contingent
- Unliquidated
- Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Ellis Beasley**
1502 W 47th ST
Los Angeles, CA 90062

Date(s) debt was incurred __

Last 4 digits of account number __

- Contingent
- Unliquidated
- Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 352 of 1098

| 3.212 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ELMER IBAYAN**
**30 MARLIN CRESCENT**
**POINT COOK Victoria 3030**
**AUSTRALIA**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Marketing Influencer__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.212 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Elmer Yoshida**
**137 W. 1st. ST. suite b-2**
**tustin, CA 92780**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Potential warranty claim__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.213 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Elvia Bernal**
**2597 Teresa Place**
**Pomona, CA 91766**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Marketing Influencer__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.213 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Elvia Zambrano**
**16427 Peyton Stone cir**
**Houston, TX 77049**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Potential warranty claim__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.213 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ely Myers**
**1306 W Route 313**
**Perkasie, PA 18944**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Marketing Influencer__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.213 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Emanuel Huertas**
**176 aster street**
**Nazareth, PA 18064**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Potential warranty claim__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 353 of 1098

| 3.213 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Emanuel Huertas**
176 aster street
Nazareth, PA 18064

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.213 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Emanuel Salgado**
105 east westfield ave apt 2
Roselle Park, NJ 07204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.213 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ember Douglas**
emberlibeans@gmail.com

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.213 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Emilee Saludares**
18 - 3020 Cedarglen Gate
Mississauga ON L5C 4S7
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.213 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Emiley**
443 Hurstview Dr
Hurst, TX 76053

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.213 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Emiliano D. Cruz**
9713 Cerise Street
Rancho Cucamonga, CA 91730

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 354 of 1098

| 3.214 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Emilio guadarrama** | ☐ Contingent | |
| **552 colorado ave** | ☐ Unliquidated | |
| **Brick, NJ 08724** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Potential warranty claim__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.214 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Emilio guadarrama** | ☐ Contingent | |
| **552 colorado ave** | ☐ Unliquidated | |
| **Brick, NJ 08724** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Potential warranty claim__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.214 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Emilio guadarrama** | ☐ Contingent | |
| **552 colorado ave** | ☐ Unliquidated | |
| **Brick, NJ 08724** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Potential warranty claim__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.214 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Emilio Mondragon** | ☐ Contingent | |
| **8760 E Forest Dr** | ☐ Unliquidated | |
| **Scottsdale, AZ 85257** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Marketing Influencer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.214 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Emily Barr** | ☐ Contingent | |
| **402 N 28th Avenue** | ☐ Unliquidated | |
| **Wausau, WI 54401** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Potential warranty claim__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.214 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Emily Behrens** | ☐ Contingent | |
| **930 Ginkgo Pl** | ☐ Unliquidated | |
| **Windsor, CA 95492** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Potential warranty claim__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 355 of 1098

| 3.214 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Emily Galvez**
**3 Duke Street**
**Farmingville, NY 11738**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Potential warranty claim

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.214 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Emily Green**
**1011 California Ave.**
**Natrona Heights, PA 15065**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.214 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Emily Shade**
**3195 SW 173rd Ave**
**Beaverton, OR 97003**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.214 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Emily Suemnicht**
**2955 West Hiawatha Drive**
**Appleton, WI 54914**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Potential warranty claim

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.215 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Emily Van Ness**
**emilyspeedruns1290@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.215 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Emma Hintch**
**1807 Cemco Dr Liberty**
**Liberty, MO 64068**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Potential warranty claim

Is the claim subject to offset? ☒ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 356 of 1098

| 3.215 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Emma Murphy**
12024 Royal Wulff, LN, Unit 1044
Orlando, FL 32817

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.215 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Emma Sawyer**
300 Gregory Ave
West Orange, NJ 07052

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.215 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Emma Wolfe**
hasrock36@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.215 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Emmanuel Blouin**
1610 rue de Verviers
Laval, Quebec H7M 172
CANADA

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.215 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Emmanuel Rox**
braethorn.biz@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.215 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Emmi Junkkari**
emmi.junkkari@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 357 of 1098

| 3.215<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Enrique Jose Bolatre Merazo**
**Colonia Nexxus Diamante, Calle Amatista,**
**General Escobedo, Nuevo Leon, 66055**
**MEXICO**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.215<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**enrique magalona**
**1349 isabelle circle**
**south san francisco, CA 94080**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.216<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Eric Ambrose**
**555 S Catalina Ave**
**Pasadena, CA 91106**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.216<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Eric Archer**
**sirjynxtv@gmail.com**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.216<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Eric Ashmore**
**408 triplett ave**
**frankfort, KY 40601**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.216<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Eric Bedolla**
**540 Bennett Avenue**
**Labelle, FL 33935**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 358 of 1098

| 3.216 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Eric Benavides**
ea.benavides.90@gmail.com

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**eric bledsoe**
101 Montgomery St.
San Fransico, CA 94104

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**eric bledsoe**
101 Montgomery St.
San Fransico, CA 94104

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Eric Boyette**
1450 Newnan Crossing Blvd East, Apt 2110
Newnan, GA 30265

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Eric C Salisbury**
5305 Hammersley Road
Madison, WI 53711

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Eric Carwile**
28w726 Richards Dr
Naperville, IL 60564

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 359 of 1098

| 3.217 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Eric Cormier**
**52 ELGIN STREET, 52 ELGIN STREET**
**St. Thomas, Ontario N5R 3M1**
**CANADA**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Eric Cunamay Jr**
**3028 Saffron Court**
**Perris, CA 92571**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Eric Emery**
**686 Vermilion Peak Dr**
**Windsor, CO 80550**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Eric Emery**
**686 Vermilion Peak Dr**
**Windsor, CO 80550**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Eric George**
**14 S Drury Ln**
**Eastborough, KS 67207**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Eric Gonzalez**
**325 Stone Ridge Dr.**
**Weslaco, TX 78596**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 360 of 1098

| 3.217 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Eric Hehl**
hehle04@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
- ■_ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.217 7 | | | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Eric Irwin**
4805 38th Cir
Apt.106
Vero Beach, FL 32967

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.217 8 | | | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Eric J Boling**
830 Peachers Mill Road, J119
Clarksville, TN 37042

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.217 9 | | | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Eric Jenner**
40 antique court
Cameron, NC 28326

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.218 0 | | | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Eric Jenner**
40 antique court
Cameron, NC 28326

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.218 1 | | | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Eric Johnson**
ericbjohnson1995@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 22-40396 Doc# 32 Filed: 05/05/22 Entered: 05/05/22 12:11:36 Page 361 of 1098

| 3.218<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eric Johnson**
200 Page Bacon Rd
Apt 2204
Mary Esther, FL 32569

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Marketing Influencer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eric Klaus**
25498 Klaus Road
Girard, IL 62640

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Potential warranty claim

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eric L Tracy**
560 Field View Dr
Rapid City, SD 57701

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Potential warranty claim

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eric Lankford**
4191 High Brass Covey
Myrtle Beach, SC 29588

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Marketing Influencer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eric Lorch**
1019 Treetop Village Drive
Ballwin, MO 63021

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Potential warranty claim

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eric M Thompson**
15883 Beaver Dam Road
Dumfries, VA 22025

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Potential warranty claim

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 362 of 1098

| 3.218 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eric Mizener**
419 N Orange ST, Apt 1
Cameron, MO 64429

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eric Peterson**
9505 49th St N, Apt 1-447
Pinellas Park, FL 33782

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eric Richard Wartsky**
55 Pascack Avenue
River Vale, NJ 07675

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eric Schauwecker**
1250 Wigwam Pkwy, Apartment 3207
Henderson, NV 89074

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eric Shoultz**
1924 Jackson Avenue, Ann Arbor, MI
Ann Arbor, MI 48103

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eric Sills**
6720 Congress Ave
Apt 307
Boca Raton, FL 33487-1211

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 363 of 1098

| 3.219 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eric Stajos**
648 Diana Dr
Charlotte, NC 28203

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.219 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eric Stevens**
2 Forest Edge Drive
Kelowna, British Columbia V1V 3G3
CANADA

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.219 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eric Tang**
1128 Bayless Pl
Eagleville, PA 19403

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.219 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eric Tyler Sanders**
23 S Howard St
Inman, SC 29349

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.219 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eric Winkel**
1601 NE Deer Creek Dr
Ankeny, IA 50021

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.219 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eric Yazzie**
6901 Los Volcanes Rd NW Apt P203
Albquerque, NM 87121

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396     Doc# 32     Filed: 05/05/22     Entered: 05/05/22 12:11:36     Page 364 of 1098

| 3.220 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Eric Zee**
336 Bay Vista Ave
Osprey, FL 34229

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Erica Ertsu**
ericaertsu@gmail.com

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Erica V Carlson**
25 Cameron Drive
Oakland, TN 38060

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Erick Bustos**
17433 Vanowen street apartment 4
Van Nuys, CA 91406

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Erick Cruz**
108 S Courthouse Rd
Apt 8
Arlington, VA 22204

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Erick Flammer**
2664 WESTCHESTER DR N
CLEARWATER, FL 33761

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 365 of 1098

| 3.220 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Erick Holter**
1839 Kingsford Drive
Corona, CA 92878

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Erick JamesKaffka**
8379 Shoreline Court
Blaine, WA 98230

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Erick Miranda**
2559 Robinson Pl
Waldorf, MD 20602

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Erick Santos**
4441 S. Jarrah Street
Taylorsville, UT 84123

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**erickson camille**
915 KANUGA ST E
LEHIGH ACRES, FL 33974-9633

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Erik D Johnston**
301 S. 3rd Street
MONTEZUMA, IA 50171

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 366 of 1098

| 3.221 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Erik Hechavarria**
**1185 Narragansett Blvd**
**Apartment 300**
**Cranston, RI 02905**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Erik Hernandez**
**16295 Via Ultimo**
**Moreno Valley, CA 92551**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Erik Hernandez**
**16295 Via Ultimo**
**Moreno Valley, CA 92551**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Erik Holven**
**925 Caribbean Place**
**Casselberry, FL 32707**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Erik Joswiak**
**BioshockHubBusiness@outlook.com**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Erik Larson**
**kitbashstudios@gmail.com**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 367 of 1098

| 3.221 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Erik Larson**
**7001 150th Street East**
**Puyallup, WA 98375**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Erik Lawrence**
**2723 N University Drive, Apt 206**
**Waukesha, WI 53188-1431**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Erik Lawrence**
**contact@shadotemple.com**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Erik Niese-Petersen**
**21 Woodlore Circle**
**Little Rock, AR 72211**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Erik Niese-Petersen**
**21 Woodlore Circle**
**Little Rock, AR 72211**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Erika Heiller**
**127 NE 21ST AVE**
**Camas, WA 98607**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 368 of 1098

| 3.222 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Erin Brelinski**<br>**18 Highland Dr**<br>**Medford, OR 97504** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** __Marketing Influencer__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.222 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Erin Cherney**<br>**66 Rockwell Pl. Apt 20A**<br>**Brooklyn, NJ 11217** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** __Potential warranty claim__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.222 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Erin Krokos**<br>**10700 S Kilbourn Ave**<br>**Oak Lawn, IL 60453** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** __Marketing Influencer__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.222 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Erin McGinnity**<br>**pinktoes42069@yahoo.com** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** __Marketing Influencer__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.222 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Erin O'Toole**<br>**50 Crown Drive**<br>**Easton, PA 18040** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** __Potential warranty claim__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.222 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Erin Owens**<br>**101 Vital Street**<br>**Apt 204**<br>**Lafayette, LA 70506** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** __Marketing Influencer__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 369 of 1098

| | |
|---|---|
| 3.223 0 | |

**Nonpriority creditor's name and mailing address**
**Erin Philyaw**
**3135 W. Eastwood Ave., Apt. 1**
**Chicago, IL 60625**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.223 1 | |

**Nonpriority creditor's name and mailing address**
**Erin R Weirrick**
**10129 State Route 49**
**Rockford, OH 45882**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.223 2 | |

**Nonpriority creditor's name and mailing address**
**Erin Wimmer**
**213 North Brook Drive**
**Milltown, NJ 08850**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.223 3 | |

**Nonpriority creditor's name and mailing address**
**Eriq Walker**
**568 N Charles St**
**Cortland, IL 60112**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.223 4 | |

**Nonpriority creditor's name and mailing address**
**Ernest Rocha**
**1785 Smoketree DR**
**EL Centro, CA 92243**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.223 5 | |

**Nonpriority creditor's name and mailing address**
**Esai Rosales**
**303 W Clemmens Ln Apt 21**
**Fallbrook, CA 92028**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 370 of 1098

| 3.223 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Esteban Moran Garay**
1910 lavington ct apt 206
Rockhill, NC 29732

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ESTON CORNELIUS**
9339 white oak rd
delmar, MD 21875

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ethan**
101 Sprig
Irvine, CA 92620

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ethan Abbott**
28 Ryhill Drive
Dover, DE 19904

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ethan Bohorquez**
ebohorquez1@gulls.salisbury.edu

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ethan Bright**
228 N Gorsuch Rd
Westminster, MD 21157

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 371 of 1098

| 3.224 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ethan Bullin**
**2224 Slate Rd**
**King, NC 27021**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.224 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ethan Crane**
**2036 Chloe Ln**
**Greenwood, IN 46143**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.224 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ethan Daniel**
**Linton Cottage, Isle of Thorns**
**Haywards Heath, East Sussex, RH177LA**
**UNITED KINGDOM**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.224 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ethan Fu**
**ethanfuu@gmail.com**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.224 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ethan Fuller**
**stukawaki@gmail.com**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.224 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ethan H Cranford**
**6650 Corporate Center Pkwy, Apt 208**
**Jacksonville, FL 32216**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ☑ No  ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 372 of 1098

| 3.2248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Ethan Healy**
2855 NE Rainier Dr
Bend, OR 97701

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Ethan McCoy**
6304 Pear Valley Ln
Las Vegas, NV 89118

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Ethan McGraw**
3880 E Leonesio Dr
Apt E2
Reno, NV 89512-1158

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Ethan Mendoza**
960 Cedarcliff Ct
Westlake Village, CA 91362-5291

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Ethan Moore**
ethanstellarbiz@gmail.com

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Ethan O'Neal**
5260 Harvest Ridge Ln
Birmingham, AL 35242

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 373 of 1098

| 3.225 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ethan P Campbell**
5348 Mary Ingles Hwy
Melbourne, KY 41059

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ethan Stevens**
8181 Pelican Rd
Fort Myers, FL 33967

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ethan Stewart**
14608 Main Street
Apt. Y106
Mill Creek, WA 98012

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ethan Walters**
110 3rd Ave N #305
Edmonds, WA 98020

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ethan Wheeler**
stickman.sham@gmail.com

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ethan White**
3381 Inns Brook Way
Snellville, GA 30039

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 374 of 1098

| 3.226 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ethan William Johnson**
**2900 Bryant Avenue South, #201**
**MINNEAPOLIS, MN 55408**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 1 |
|---|

**Nonpriority creditor's name and mailing address**

**Euan Holden**
**650 Rose Ave, Apt 4**
**Venice, CA 90291**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 2 |
|---|

**Nonpriority creditor's name and mailing address**

**Eugene Chang**
**1610 NW Riverscape St**
**Portland, OR 97209**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 3 |
|---|

**Nonpriority creditor's name and mailing address**

**Eugene F. Augustine IV**
**120 NW 44th St. Apt L6**
**Lawton, OK 73505**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 4 |
|---|

**Nonpriority creditor's name and mailing address**

**Eugene Fields**
**botnamedg@gmail.com**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 5 |
|---|

**Nonpriority creditor's name and mailing address**

**Eugene Fields**
**4520 Sturgeon Dr**
**Sebring, FL 33870**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 375 of 1098

| 3.226 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eugene Kopacz**
108 Hershel Court
Panama City, FL 32404-8229

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eulalio Ruiz**
9899 Cash Mountain Rd
Helotes, TX 78023

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eulalio Ruiz IV**
9899 Cash Mountain Road
Helotes, TX 78023

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Euriece Del Rosario**
janeuriece@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Evan**
evanandkatelyn@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Evan and Katelyn**
2743 Colony Drive
Sugar Land, TX 77479

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 376 of 1098

| 3.227 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Evan Brunt** **747 N Wabash Ave** **Apt 706** **Chicago, IL 60611** | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _Marketing Influencer_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.227 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Evan C. Butler** **14961 El Soneto Drive** **Whittier, CA 90605** | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _Potential warranty claim_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.227 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Evan DeBonis** **1018 Fairview Lake Road** **Newton, NJ 07860** | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _Marketing Influencer_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.227 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Evan Ellsworth** **6526 Arkesburgh Ave Apt G** **Columbus, OH 43230** | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _Potential warranty claim_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.227 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Evan Erspamer** **55 Bonnymede Rd** **Unit Y** **Pueblo, CO 81001** | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _Marketing Influencer_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.227 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Evan Garrett Page** **250 Country Chase Dr.** **Jackson, TN 38305** | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _Potential warranty claim_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 377 of 1098

| 3.227<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Evan Houdersheldt**
**140 N Willow St**
**Shelby, NE 68662**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.227<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Evan Jones**
**93 Partridge Ave**
**Somerville, MA 02145**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.228<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Evan Kizer**
**4521 Houghton Ave**
**Forth Worth, TX 76107**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.228<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Evan Lagrega**
**3804 Watercourse Ct**
**Greensboro, NC 27407**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.228<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Evan Moss**
**2121 Edinburgh Lane**
**Aurora, IL 60504**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.228<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Evan Peck**
**127 Park Towne Dr**
**Elkton, MD 21921**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396  Doc# 32  Filed: 05/05/22  Entered: 05/05/22 12:11:36  Page 378 of
1098

| 3.228 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Evan Reyell**
**460 Flat Rock Rd**
**Morrisonville, NY 12962**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Evan Trioli**
**1713 winding drive**
**North Wales, PA 19454**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Evan Zelinski**
**1313 Ne. 131st pl Apt #111**
**Portland, OR 97230**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ever Espinoza**
**102 Pine St**
**Locust, NC 28097**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Everett Jordan- Elliott**
**1811 Oak Cluster Circle**
**Pearland, TX 77581**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ExtremelyKole**
**jkolesmommy@gmail.com**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 379 of 1098

| 3.229 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eyal Goffstein**
**316 Piedmont G**
**Delray Beach, FL 33484**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**FABIAN RIBOT**
**230 CALDWELL LOOP**
**JACKSONVILLE, NC 28546**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**FABIO HENRIQUE RESTA QUIRINO DA**
**SILVA**
**RUA DOUTOR JOAQUIM GERALDO**
**CORREA, 850**
**Sao Paulo, Aracatuba 16-13160**
**BRAZIL**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Fabio Silva**
**faahtemp@temp.net**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Facebook**
**artesianbuildsemail3@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Faez Faez**
**4936 Brummel Street**
**Skokie, IL 60077**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 380 of 1098

| 3.229 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Faez Faez**
4936 Brummel Street
Skokie, IL 60077

Date(s) debt was incurred __
Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.229 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Faisal Aldoraihem**
Al nahda house number 3
Ar Riyadh, Riyadh 11335
SAUDI ARABIA

Date(s) debt was incurred __
Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.229 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**FAITH JONES**
saithsfuff@gmail.com

Date(s) debt was incurred __
Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.229 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Faiz Ghazi**
1314 Audubon Parc
Cary, NC 27518

Date(s) debt was incurred __
Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.230 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fallon Pollack**
10 Commonwealth
Irvine, CA 92618

Date(s) debt was incurred __
Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.230 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Farah Selina Mohammed**
1 Aeropost Way, POS-7198
Miami, FL 33206-3206

Date(s) debt was incurred __
Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 381 of 1098

| 3.230 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |

**Faye C Corpuz**
**29 Lloyd Trail**
**Palm Coast, FL 32164**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $564.66 |

**Federal Express**
**PO Box 7221**
**Pasadena, CA 91109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  __9035__

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $273.00 |

**Federal Express**
**PO Box 7221**
**Pasadena, CA 91109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  __9539__

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |

**Felicia  Molzon**
**20-24 36th Street**
**Astoria, NY 11105**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |

**Felicia Bell**
**Fbell07@gmail.com**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |

**Felipe Pandeli**
**901 N Brand Blvd**
**San Fernando, CA 91340**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 382 of 1098

| 3.230 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Felix Rodriguez**
4316 M St
Philadelphia, PA 19124

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Feng Li**
3857 Corina Way
Palo Alto, CA 94303

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Fengrush**
4748 Summerlin place
Longmont, CO 80503

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Fergus McGee**
fergtekken@gmail.com

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Fernando Almaraz**
701 3rd ST SW, APT 2
Willmar, MN 56201

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Fernando Antonio Palacios**
2215 Stream Vista Pl, Apt 109
Waldorf, MD 20601-7292

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

| 3.231 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Fernando Estrada Jr**
14398 Aria Lopez Dr.
El Paso, TX 79938

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 5 | **Nonpriority creditor's name and mailing address** | | **Unknown** |

**Fernando Manuel**
33-45 Murray Ln
FLUSHING, NY 11354

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 6 | **Nonpriority creditor's name and mailing address** | | **Unknown** |

**Floris Damen**
fundytempemail@temp.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 7 | **Nonpriority creditor's name and mailing address** | | **Unknown** |

**Fok Immigration Law**
100 Century Center Ct., Suite 420
San Jose, CA 95112

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 8 | **Nonpriority creditor's name and mailing address** | | **Unknown** |

**Fork Girl**
forkgirlbusiness@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 9 | **Nonpriority creditor's name and mailing address** | | **Unknown** |

**Fran Mirabella**
fran@narrowlens.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 384 of 1098

| 3.232 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Frances Delgado Rivera**
**1217 Azora Dr.**
**Deltona, FL 32725**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Francia Navarro**
**10060 IMPERIAL ST**
**El Paso, TX 79924**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Francine Williams**
**itsdarlyning@gmail.com**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Francis Allard**
**330 app 402**
**Saint-Jean-Sur-Richelieu, Quebec J2X 1T9**
**CANADA**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**francis Armendariz**
**2690 Northwestern Ct**
**Turlock, CA 95382-0830**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Francis Cotter**
**1124 Werre Way**
**Locust Grove, GA 30248**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 385 of 1098

| 3.232 6 | **Nonpriority creditor's name and mailing address**<br>**Francis M Mirabella III**<br>224 Waller St.<br>San Francisco, CA 94102<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Potential warranty claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.232 7 | **Nonpriority creditor's name and mailing address**<br>**Francis Mirabella**<br>224 Waller St<br>San Francisco, CA 94102<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Potential warranty claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.232 8 | **Nonpriority creditor's name and mailing address**<br>**Francisco A. Montiel Ishino**<br>10314 Strathmore Hall St 211<br>North Bethesda, MD 20852<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Potential warranty claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.232 9 | **Nonpriority creditor's name and mailing address**<br>**Francisco Del Carpio**<br>21 Beers St<br>2nd Floor<br>New Haven, CT 06511<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Marketing Influencer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.233 0 | **Nonpriority creditor's name and mailing address**<br>**Francisco Estrada**<br>413 Pierce St<br>Taft, CA 93268<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Marketing Influencer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.233 1 | **Nonpriority creditor's name and mailing address**<br>**Francisco J Esquivel**<br>3706 Cudahy St<br>Huntington Park, CA 90255-6843<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Potential warranty claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 386 of 1098

| 3.233 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Francisco Unanue** | ☐ Contingent | |
| **2000 NW 92nd Ave** | ☐ Unliquidated | |
| **Doral, FL 33172** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Marketing Influencer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.233 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Francois Hebert** | ☐ Contingent | |
| **3066 rue nickel** | ☐ Unliquidated | |
| **rouyn noranda QC J9Y 0A5** | ☐ Disputed | |
| **CANADA** | | |
| Date(s) debt was incurred _ | Basis for the claim: __Marketing Influencer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.233 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Frank Chen** | ☐ Contingent | |
| **707 E. State Street, Apt 533** | ☐ Unliquidated | |
| **Ithaca, NY 14850** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Potential warranty claim__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.233 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Frank Przyblo** | ☐ Contingent | |
| **12650 West National Avenue** | ☐ Unliquidated | |
| **Apt 204** | ☐ Disputed | |
| **New Berlin, WI 53151** | | |
| Date(s) debt was incurred _ | Basis for the claim: __Marketing Influencer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.233 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Frank R Kramer Jr** | ☐ Contingent | |
| **5770 29th St, Apt 323** | ☐ Unliquidated | |
| **Greeley, CO 80634-8106** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Potential warranty claim__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.233 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Frank Santos** | ☐ Contingent | |
| **318 25th Street** | ☐ Unliquidated | |
| **Apt #1** | ☐ Disputed | |
| **Union City, NJ 07087** | | |
| Date(s) debt was incurred _ | Basis for the claim: __Marketing Influencer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.2338 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Franklin Morales**<br>748 Scarsdale CIR<br>Lancaster, PA 17603 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __Potential warranty claim__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.2339 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Fred Alonzi**<br>3601 Carmel Mountain Dr<br>McKinney, TX 75070 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __Potential warranty claim__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.2340 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Frederic Boivin**<br>4266 Place Guillet<br>Montreal, British Columbia H1X 3H5<br>CANADA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __Potential warranty claim__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.2341 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Frederick W Elvington**<br>5270 1st Dragoon Street<br>Fort Benning, GA 31905 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __Potential warranty claim__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.2342 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Fynn Kelly**<br>4710 Silversands Street West<br>Tillamook, OR 97141 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __Marketing Influencer__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.2343 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **G nter Burgert**<br>Faulacker 41<br>Weil Am Rhein, Baden Wuttemberg 79576<br>GERMANY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __Potential warranty claim__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 388 of 1098

| 3.234 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gabe Hart**
**2409 Heathcote Ln**
**Apex, NC 27502**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gabe Mauricio**
**846 Evergreen Lane**
**Vista, CA 92084**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gaberiel Kaegbein**
**680 W 9th Ave**
**Marion, IA 52302**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gabriel E. Abreu Gonzalez**
**Calle Yellowstone Y1-12, Urb. Park Garde**
**San Juan, Puerto Rico 926**
**PUERTO RICO**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gabriel J. Garcia**
**4G34 CALLE 215 Colinas De Fairview**
**Trujillo Alto, 976**
**PUERTO RICO**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gabriel Keller**
**537 Railroad Street**
**Chester, WV 26034**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| Gabriel Mateos | ☐ Contingent | |
| 1995 W. 190th Street #100 | ☐ Unliquidated | |
| Torrance, CA 90504 | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  Potential warranty claim | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.235 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| Gabriel McGiveron | ☐ Contingent | |
| 6190 Fox Glen Drive | ☐ Unliquidated | |
| Apt. 174 | ☐ Disputed | |
| Saginaw, MI 48638 | | |
| Date(s) debt was incurred _ | Basis for the claim:  Marketing Influencer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.235 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| Gabriel Morrow | ☐ Contingent | |
| 717 Sir Walter Circle | ☐ Unliquidated | |
| Virginia Beach, VA 23452 | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  Marketing Influencer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.235 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| Gabriela D'onofrio | ☐ Contingent | |
| Business.kerfuffle@gmail.com | ☐ Unliquidated | |
| Date(s) debt was incurred _ | ☐ Disputed | |
| Last 4 digits of account number _ | Basis for the claim:  Marketing Influencer | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.235 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| Gabriella Livia | ☐ Contingent | |
| Taman Diponegoro Jalan Gunung Himalaya N | ☐ Unliquidated | |
| Lippo Karawaci, Tangerang | ☐ Disputed | |
| INDONESIA | | |
| Date(s) debt was incurred _ | Basis for the claim:  Marketing Influencer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.235 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| Gabrielle Orsini | ☐ Contingent | |
| thebaesickz@gmail.com | ☐ Unliquidated | |
| Date(s) debt was incurred _ | ☐ Disputed | |
| Last 4 digits of account number _ | Basis for the claim:  Marketing Influencer | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 390 of 1098

| 3.235 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gabrielle Orsini**
**1235 S White Oak Drive**
**Apartment 1635**
**Waukegan, IL 60085**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gage Bedell**
**raze2k11@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gage Deal**
**2024 S 285th ST**
**Federal Way, WA 98003**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gage Kok**
**8831 Emerald Grove Ave**
**Lakeside, CA 92040**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gage Linkous**
**12 Chattuck Court**
**Middle River, MD 21220**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gage Santos**
**15291 Chapparel Street**
**Hesperia, CA 92345**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 391 of 1098

| 3.236 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Gage Sarver**
geneon101@live.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Gale Palmer**
235 W 19th Street
Fremont, NE 68025

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ganapati Reddy**
11 Ridgeview way
Allentown, NJ 08501

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Gareleos Gasin**
imgarhello@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Garet McGriff**
jonahvtv@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Garet McGriff**
650 Mercury Street
Apt A
West Palm Beach, FL 33406

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 392 of 1098

| 3.236 8 | **Nonpriority creditor's name and mailing address**<br>**Garet McKinley**<br>business@elk.wtf<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _Marketing Influencer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|
| 3.236 9 | **Nonpriority creditor's name and mailing address**<br>**Garet McKinley**<br>10727 Domain Drive<br>APT 472<br>Austin, TX 78758<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _Marketing Influencer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.237 0 | **Nonpriority creditor's name and mailing address**<br>**Garet Porter**<br>3886S County Road D<br>Poplar, WI 54864<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _Potential warranty claim_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.237 1 | **Nonpriority creditor's name and mailing address**<br>**Garret Wante**<br>wanteyg@gmail.com<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _Marketing Influencer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.237 2 | **Nonpriority creditor's name and mailing address**<br>**Garrett Chitwood**<br>6326 S Moran Drive<br>Spokane, WA 99223<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _Potential warranty claim_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.237 3 | **Nonpriority creditor's name and mailing address**<br>**Garrett Downey**<br>6831 Silver Lane<br>Annandale, VA 22003<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _Potential warranty claim_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 393 of 1098

Debtor **Artesian Future Technology, LLC**
Name

Case number (if known) **22-40396-CN**

| 3.237 4 | **Nonpriority creditor's name and mailing address** **Garrett Erbe** **20 Lowell Ct.** **Brownsburg, IN 46112** | As of the petition filing date, the claim is: Check all that apply. ■ Contingent ■ Unliquidated ■ Disputed | **Unknown** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.237 5 | **Nonpriority creditor's name and mailing address** **Garrett Goza** **1846 Alyssa Way** **Alvin, TX 77511** | As of the petition filing date, the claim is: Check all that apply. ■ Contingent ■ Unliquidated ■ Disputed | **Unknown** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.237 6 | **Nonpriority creditor's name and mailing address** **Garrett Hagood** **203 South Riverfront Drive** **Apartment 105** **Jenks, OK 74037** | As of the petition filing date, the claim is: Check all that apply. ■ Contingent ■ Unliquidated ■ Disputed | **Unknown** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.237 7 | **Nonpriority creditor's name and mailing address** **Garrett Judkins** **P. O. Box 68** **Georges Mills, NH 03751** | As of the petition filing date, the claim is: Check all that apply. ■ Contingent ■ Unliquidated ■ Disputed | **Unknown** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.237 8 | **Nonpriority creditor's name and mailing address** **Garrett L Richardson** **413 Timberlane Dr.** **Slidell, LA 70458** | As of the petition filing date, the claim is: Check all that apply. ■ Contingent ■ Unliquidated ■ Disputed | **Unknown** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.237 9 | **Nonpriority creditor's name and mailing address** **Garrett Lavergne** **170 Albarado Road** **Scott, LA 70583** | As of the petition filing date, the claim is: Check all that apply. ■ Contingent ■ Unliquidated ■ Disputed | **Unknown** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.238 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Garrett South**
**7309 county road 346**
**Terrell, TX 75161**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.238 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Garrett Sutton**
**JoblessGamers@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.238 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Garrett T Griffin**
**150A Smith Street**
**Montgomery, AL 36115**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.238 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Garrett Villeneuve**
**6601 SH 37 Apt B**
**Ogdensburg, NY 13669**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.238 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Garrett Wante**
**39 Baldwinville Rd**
**Winchendon, MA 01475**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.238 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Garrett Wante**
**39 Baldwinville Rd**
**Winchendon, MA 01475**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 395 of 1098

| 3.238 6 | **Nonpriority creditor's name and mailing address** **Gary He** loyal8183@gmail.com | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 7 | **Nonpriority creditor's name and mailing address** **Gary Kolesar** 3314 Center Rd Perry, OH 44081 | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 8 | **Nonpriority creditor's name and mailing address** **gary parrish** 12220 Pellicano Dr Apt 1407 el paso, TX 79936 | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 9 | **Nonpriority creditor's name and mailing address** **Gary Price III** 10684 Borror Rd Orient, OH 43146 | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 0 | **Nonpriority creditor's name and mailing address** **Gary Stovall** 5403 Sandusky Ct Arlington, TX 76017 | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 1 | **Nonpriority creditor's name and mailing address** **Gary W Wong** 5422 Leandra Ct Keyes, CA 95328 | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 396 of 1098

| 3.239 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Gaven Jay**
**565 Case School road**
**Madison, NC 27025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 3 | **Nonpriority creditor's name and mailing address** | **Unknown** |
|---|---|---|

**Gavin D Strous**
**5830 Sweet William Terrace**
**Land O Lakes, FL 34639**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 4 | **Nonpriority creditor's name and mailing address** | **Unknown** |
|---|---|---|

**Gelamil Garcia (Urisec)**
**urisecbusiness@outlook.com**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 5 | **Nonpriority creditor's name and mailing address** | **Unknown** |
|---|---|---|

**Gene Blohm**
**3184 Maverick Dr**
**Colorado Springs, CO 80918**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 6 | **Nonpriority creditor's name and mailing address** | **Unknown** |
|---|---|---|

**Genesys  Telecom**
**2001 Junipero Serra Blvd.**
**Daly City, CA 94014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 7 | **Nonpriority creditor's name and mailing address** | **Unknown** |
|---|---|---|

**Genevieve Partida**
**genabitwitch@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 397 of 1098

| 3.239 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Geoff Luo**
4080 Forest St
Burnaby, British Columbia V5G 1X1
CANADA

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.239 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Geoffrey Bice**
1716 NW 184th St
Edmond, OK 73012

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.240 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Geoffrey Leiter**
325 Tenth St.
Freeland, MI 48623

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.240 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Geoffrey N Coutts**
222 The Esplanade, Suite 829
Toronto, Ontario M5A 4M8
CANADA

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.240 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Geoffrey Naval**
25 SNIFFEN ST, Unit B
NORWALK, CT 06851

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.240 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Geoffrey Pronovost**
610 Charles E Young Drive South, Hsiao L
Los Angeles, CA 90095

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 398 of 1098

| 3.240 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Geoffrey Seal** | ☐ Contingent | |
| **120 Tang Cake Drive** | ☐ Unliquidated | |
| **College Station, TX 77845** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Marketing Influencer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.240 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Geoffrey Wahl** | ☐ Contingent | |
| **9089 Spoonbill Ridge Place** | ☐ Unliquidated | |
| **Las Vegas, NV 89143** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Potential warranty claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.240 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **George Anhalt** | ☐ Contingent | |
| **4222 Brown Lane** | ☐ Unliquidated | |
| **Madison, WI 53704** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Potential warranty claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.240 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **George Antor** | ☐ Contingent | |
| **545 60th Street, Apt 3F** | ☐ Unliquidated | |
| **West New York, NJ 07093** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Potential warranty claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.240 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **George Antor** | ☐ Contingent | |
| **gantor92@gmail.com** | ☐ Unliquidated | |
| | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Marketing Influencer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.240 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **George Barnes** | ☐ Contingent | |
| **6092 Balsam Drive** | ☐ Unliquidated | |
| **MILFORD, OH 45150** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Marketing Influencer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 399 of 1098

| 3.241 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**George Borrayo**
20414 COHASSET ST, Apt 7
WINNETKA, CA 91306-2884

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**George Byrnes**
2903 HEMLOCK PL
BASKING RIDGE, NJ 07920-3140

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**George C Haverly**
687 Marshall Road,
Rochester, NY 14624

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**George Collins**
1500 Bay area Blvd, Apt#114
Houston, TX 77058

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**George Crain**
408 E Niles Ave
Fresno, CA 93720

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**George Glanville**
41585 Deerhorn RD
Springfield, OR 97478

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 400 of 1098

| 3.241 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**George Gurganus**
5212 Royal Burgess Dr
Fort Worth, TX 76135

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.241 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**George Kaytor**
174 Juliana Ridge Way
Auburndale, FL 33823

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.241 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**George McGuffey**
529 Henderson Drive
South Orange, NJ 07079

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.241 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**George Munoz**
1842 Middlesex St Apt 11
Lowell, MA 01851

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.242 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**George Ogarkov**
4370 Eagle Peak Road
Apt. C
Concord, CA 94521

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.242 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**George Romero**
5836 SW 42 ST
Miami, FL 33155

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 401 of 1098

| 3.242 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**George Romero**
illswitchgaming@gmail.com

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**George Ruiz**
535 Westfield Ave, Apt. 2R
Elizabeth, NJ 07208

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**George Sanchez**
18030 W Grace Ln #101
Santa Clarita, CA 91387

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**George Sola**
geotehgreat@live.com

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**George Sternlicht**
1300 S Miami Ave, Unit 1910
Miami Beach, FL 33139

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**George Sternlicht**
moxsyentertainment@gmail.com

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 402 of 1098

| 3.242 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**George Thomas**
**1702 Coffelt Rd**
**Jacksonville, AR 72076**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.242 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**George Young**
**2838 Barataria Blvd**
**Apt A**
**Marrero, LA 70072**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.243 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ger Chang**
**3106 Thomas Ave N**
**Minneapolis, MN 55411**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.243 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gerald Potter**
**9677 Giddings Avenue**
**Las Vegas, NV 89148**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.243 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gerardo Cerrato**
**255 Elm St**
**West Springfield, MA 01089**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.243 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**GERGELY LUKACSY**
**2 Fox Run Rd**
**BARRINGTON, RI 02806**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☑ No  ☐ Yes

Case: 22-40396  Doc# 32  Filed: 05/05/22  Entered: 05/05/22 12:11:36  Page 403 of 1098

| 3.243<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**GERGELY LUKACSY**
**2 Fox Run Rd**
**Barrington, RI 02806**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.243<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Geriann DeBellis**
**2 middle court**
**Carmel, NY 10512**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.243<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gevin Glines**
**12357 EAST POT O GOLD TRAIL FLORENCE**
**ARI**
**FLORENCE, AZ 85132**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.243<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**GG Talent Group**

**Chicago, IL**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.243<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ggirlgaming (Premier)**
**gggaming0213@gmail.com**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.243<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ghaleb Tahsildar**
**6000 Reims Rd Unit 3503**
**15234 Old Richmond Rd**
**houston, TX 77036**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No  ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 404 of 1098

| 3.244 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Gideon Oaikhena**<br>**1025 University Drive 422**<br>**Kamloops BC V2C 0E1**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Marketing Influencer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.244 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Gift Card Giveaway**<br>brian@artesianbuilds.com | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Marketing Influencer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.244 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Gilbert Garcia**<br>**6615 isleta blvd sw**<br>**Albuquerque, NM 87105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Potential warranty claim | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.244 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Gilbert Ongwenyi**<br>**6945 Oregon Avenue**<br>**La Mesa, NJ 91942** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Potential warranty claim | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.244 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Gilberto Robles**<br>**227 s loma linda dr**<br>**Anaheim, CA 92804** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Potential warranty claim | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.244 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Ginette Pouliot**<br>**679 Che. Desjardins**<br>**Sherbrooke, J1C 0A3**<br>**QUEBEC** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Marketing Influencer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

Case: 22-40396 Doc# 32 Filed: 05/05/22 Entered: 05/05/22 12:11:36 Page 405 of 1098

| 3.244 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ginger Grigsby**
**2557 Scenic Hills Drive**
**Friendswood, TX 77546**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Giovani Dominguez**
giovani.dominguez01@gmail.com

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Giovanni Aviles**
**403 S Pine St**
**Mount Prospect, IL 60056**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Giovanni Mohrbacher**
kaelenatv@gmail.com

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Giovanni Nardone**
**19741 Sumner**
**Redford, MI 48240**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gisell Guereca**
**2300 S Lewis St, Spc 73**
**ANAHEIM, CA 92802**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 406 of 1098

| 3.245 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Gjermundsen Neztsosie**
**5540 E. Boulder Run Dr.**
**Flagstaff, AZ 86004**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Glen Pineo**
**11865 N 143rd Ave**
**Surprise, AZ 85379**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Glenda Ortiz**
**50 island st apt#319**
**Lawrence, MA 01840**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Glenn Booker**
**103 Debbie Ct**
**Waukesha, WI 53189**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Glennon Fetsch**
**20838 Middlegate Dr**
**Lexington Park, MD 20653**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Glennys Ramos**
**1551 Sheridan ave**
**6-J**
**Bronx, NY 10457**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 407 of 1098

| 3.245 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Google - Gsuite**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Google Gsuite for business_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Google Webpass**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Chicago internet service_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Gordon Monroe Drysdale**
drk.skullker@gmail.com

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Gordon Williams**
redmufflerman@gmail.com

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Grace Catherine Holdiman**
4307 Silver Valley Dr
Columbia, MO 65203

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**grace smith**
170 new york ave apt 23
brooklyn, TX 11116

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 408 of 1098

| 3.246 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Grady Sellers**
**3503 Marvyn Pkwy**
**lot 06**
**Opelika, AL 36804**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Graham Cline**
**30 Millers Pond Way**
**Travelers Rest, SC 29690-7847**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Graham Supple**
**15744 SE Stark St**
**Unit H**
**Portland, OR 97233**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Grant Brinklow**
**119 Bluerock Crescent**
**Cambridge ON N1R 7B7**
**CANADA**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Grant Fanara**
**1241 BACKCOUNTRY DR**
**Leander, TX 78641**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Grant Fanara**
**grant.fanara@gmail.com**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 409 of 1098

| 3.247 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Grant Holder**
**4709 25th St**
**San Francisco, CA 94114**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Grant Parsons**
**2906 W POINT RD**
**GREEN BAY, WI 54313**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Grant Runyon**
**406 Table Rock Rd.**
**Beaver, WV**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Grant Vazquez**
**4215 Lugo Ave**
**Chino Hills, CA 91709**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Grant Williams**
**1200 Post Oak Blvd**
**#311**
**Houston, TX 77056**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gravi20 (Labyrinth)**
**gravidon.business@gmail.com**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 410 of 1098

| 3.247 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Grayson Mykel Bondshu**
304 Cassidy Court
Modesto, CA 95356

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.247 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Greg Anderson**
20065 S Mallory Dr
Frankfort, IL 60423

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.247 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Greg Bailey**
250 10th St NE
Apt 2301
Atlanta, GA 30309

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.247 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Greg Cohen**
136 Philippe Grand Ct
Safety Harbor, FL 34695

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.248 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Greg Griffin**
244 w 144st
New York, NY 10030

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.248 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Greg Hyska**
3112 W Olinda Lane
Anaheim, CA 92804

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 411 of 1098

| 3.248 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Greg Myers**
**215 Edgewood Road**
**York, PA 17402**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.248 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Gregg Newton**
**417 ne alice st**
**Jensen beach, FL 34957**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.248 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Gregorio Chavez**
**6901 Los Volcanes Rd NW APT P203**
**Albuquerque, NM 87121**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.248 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Gregory Blanchard**
**60 COUNTRY MEADOW LN**
**DUNN, NC 28334**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.248 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Gregory Clark**
**29526 BIRCHWOOD ST**
**INKSTER, MI 48141**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.248 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Gregory Clay Hodges**
**1301 15th st nw, apt 411**
**washington, DC 20005**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.248 8 | **Nonpriority creditor's name and mailing address** **Gregory Cohen** **136 Philippe Grand Ct** **Safety Harbor, FL 34695** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.248 9 | **Nonpriority creditor's name and mailing address** **Gregory Cohen** **136 Philippe Grand Ct** **Safety Harbor, FL 34695** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.249 0 | **Nonpriority creditor's name and mailing address** **Gregory Kirk Collier** **2126 Lexington Avenue** **Ashland, KY 41101** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.249 1 | **Nonpriority creditor's name and mailing address** **Gregory Lee Dixon** **4717 S Lakewood Dr** **Panama City, FL 32404** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.249 2 | **Nonpriority creditor's name and mailing address** **Gregory Manderville** **2342 Springhouse Ln, Apt C** **Augusta, SC 30907** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.249 3 | **Nonpriority creditor's name and mailing address** **Gregory Tyler Nelson** **1071 65th Street** **West Des Monies, NC 50266** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ■ No  ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 413 of
1098

| 3.249 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**gregory whetstone**
**80 mulberry st apt 32**
**new york, NY 10013**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.249 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gretchen bourbeau**
**881 covington road**
**Bloomfield hills, MI 48301**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.249 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gretchen Phillips-Bond**
**12223 Northeast 131st Way, Q202**
**Kirkland, WA 98034**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.249 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Griffin Jax**
**4444 Livingston Ave**
**Dallas, TX 75205**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.249 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Griffin Ward**
**15660 SW 79th Ave**
**Tigard, OR 97224**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.249 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Grzegorz Dolzyk**
**9015 Ten Mile Rd**
**Apt. 195**
**Knoxville, TN 37923**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 414 of 1098

| 3.250 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Grzegorz Konopka**
**3816 Bay Stand Ct**
**Loganville, GA 30052**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.250 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Guadalupe Jurado**
**921 East 51st Street**
**Los Angeles, CA 90011**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.250 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**guiaume Polle**
**71 RUE EDOUARD VAILLANT**
**59100 ROUBAIX, France**
**W. EUROPE**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.250 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Guillermo X Herrera**
**232 Grant CT #8**
**Oceanside, CA 92058**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.250 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gunnar Petersen**
**2016 Woodlawn Dr**
**Medford, OR 97504**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.250 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gunnar Tutt**
**5793 Laverne Cir #4**
**Baxter, MN 56425**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 415 of 1098

---

**3.250 6**

**Nonpriority creditor's name and mailing address**

**Gurmeet Kaur**
**1601 Barton Road**
**# 2815**
**Redlands, CA 92373**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.250 7**

**Nonpriority creditor's name and mailing address**

**Gustavo Fiorelli**
**4965 Federal Blvd**
**San Diego, CA 92102**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.250 8**

**Nonpriority creditor's name and mailing address**

**Gusto**
**525 20th Street**
**San Francisco, CA 94107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Former payroll service__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.250 9**

**Nonpriority creditor's name and mailing address**

**Hadrian Ruble**
**3810 old state route 34**
**Limestone, TN 37681**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.251 0**

**Nonpriority creditor's name and mailing address**

**Haidee Poquiz**
**2931 Siesta View Dr**
**kissimmee, FL 34744**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.251 1**

**Nonpriority creditor's name and mailing address**

**Haidee Poquiz**
**2931 Siesta View Dr**
**kissimmee, FL 34744**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 416 of 1098

| 3.251 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hailey Nance**
**28166 Allentown rd**
**Tremont, IL 61568**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Haiteku Kiyo**
**officialt3kiyo@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Haitham Alahdal**
**mrtham111@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Haitham Ali Aldhdal**
**2952 Abu Al Wafaa Bin Aqeel - As Salamah**
**Jeddah, IA 23437**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hakys Erpelding**
**624 Wilson Ave NE**
**Saint Cloud, MN 56304**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Haley J Avery**
**5220 S Driftwood Dr**
**Janesville, WI 53546**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396  Doc# 32  Filed: 05/05/22  Entered: 05/05/22 12:11:36  Page 417 of 1098

| 3.251 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Halvorson**
2302 e shannon st
Deer Park, TX 77536

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Hanks Hanna**
1500 W Esperanza Ave
McAllen, TX 78501

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Hannah Leberman**
spartle@yahoo.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Hannah Leberman**
49 Beech Plum Dr.
Manchester, NH 03109

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Hannah Walker**
242 Kent Place Blvd
summit, NJ 07901

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Hanno Hagedorn**
1806 N Westwood Ave
Santa Ana, CA 92706

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 418 of 1098

| 3.252 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Haoqi Yu**
**35845 Jacinto Ct**
**Fremont, CA 94536-4655**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 5 | Nonpriority creditor's name and mailing address | | **Unknown** |
|---|---|---|---|

**Harnick Atur**
**56 portola ave**
**daly city, CA 94015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 6 | Nonpriority creditor's name and mailing address | | **Unknown** |
|---|---|---|---|

**Harnick Atur**
**56 Portola Ave.**
**Daly City, CA 94015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 7 | Nonpriority creditor's name and mailing address | | **Unknown** |
|---|---|---|---|

**Harold Weems**
**3001 shilling rd**
**texarkana, TX 75503**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 8 | Nonpriority creditor's name and mailing address | | **Unknown** |
|---|---|---|---|

**Harrison Boyd**
**skeletonbud@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 9 | Nonpriority creditor's name and mailing address | | **Unknown** |
|---|---|---|---|

**Harrison McClain**
**724 Florence Circle**
**Madison, TN 37115**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 419 of 1098

---

**3.253 0**

Nonpriority creditor's name and mailing address

**Harrison Strobel**
**6108 Janmer Lane**
**Knoxville, TN 37909**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.253 1**

Nonpriority creditor's name and mailing address

**Harrison walker**
**6506 GRAND CENTRAL PKWY**
**APT 1C**
**Forest Hills, NY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.253 2**

Nonpriority creditor's name and mailing address

**Harrison Wiltfong**
**12240 Jean Way**
**reno, NV 89506**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.253 3**

Nonpriority creditor's name and mailing address

**Harry Barrington-Mountford**
**34 Sunnings Lane**
**Upminster, London RM14 2DC**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.253 4**

Nonpriority creditor's name and mailing address

**Harry Bruce**
**vverottv@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.253 5**

Nonpriority creditor's name and mailing address

**Harry Geston**
**13820 NE Airport Way Suite #K325597**
**Portland, OR 97251-1158**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 420 of 1098

| 3.253 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Harry Geston**
**13820 NE Airport Way Suite #K325597**
**Portland, OR 97251-1158**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Harry Petropoulos**
**hpetropoulos@me.com**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Harry Zunino**
**6 N Colts Neck Way**
**Hockessin, DE 19707**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Harsh Sharma**
**812 Caledonian Court**
**Franklin, TN 37064**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Hartfiel Automation attn: Jason Young**
**1400 Northbrook Pkwy Suite 350**
**Suwanee, GA 30024**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Harvey L Coplin**
**30009 Smoky Hollow Lane**
**Aberdeen, MS 39730**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 421 of 1098

| 3.254 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Hasan Kolat**
**320 Sunrise Dr**
**Flushing, MI 48433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Hassien Serrano**
**102 Hidden Hollow Dr**
**Richlands, NC 28574**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Haydee Wolf**
**115 San Miguel Ave**
**Salinas, CA 93901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Hayden L'Ecuyer**
**10001 County Road 19**
**Cimarron, KS 67835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Hayean Kim**
**2527 Middleton Grove Drive**
**Brandon, FL 33511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Hayes Linn**
**8355 hardwood circle**
**Colorado Springs, CO 80908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 422 of 1098

| 3.254 8 | Nonpriority creditor's name and mailing address **Heart (Labyrinth)** ajsummers8@gmail.com | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 9 | Nonpriority creditor's name and mailing address **Heath Lawrence** 206 Park Ave Grottoes, VA 24441 | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 0 | Nonpriority creditor's name and mailing address **Heath Mezeski** 35 Tome Vista Dr Los Lunas, NM 87031 | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 1 | Nonpriority creditor's name and mailing address **Heather Beck** Heatherbeck_@hotmail.com | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 2 | Nonpriority creditor's name and mailing address **Heather Jensen** 2883 Merton Ave San Diego, CA 92111 | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 3 | Nonpriority creditor's name and mailing address **Heather Morris** 16226 Indian Mill Dr. Houston, TX 77082-2816 | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 423 of 1098

| 3.255 4 | Nonpriority creditor's name and mailing address **Heather Overstreet** **2614 Charbray Drive** **Jacksonville, FL 32211** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 5 | Nonpriority creditor's name and mailing address **Heather Reynolds** **wagyumibusiness@gmail.com** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 6 | Nonpriority creditor's name and mailing address **Heber Perez** **1834 Alsace Avenue** **Los Angeles, CA 90019** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 7 | Nonpriority creditor's name and mailing address **Hector Delacerda** **1637 BIRCHWOOD ST** **HOUSTON, TX 77093** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 8 | Nonpriority creditor's name and mailing address **Hector M Montes** **6698 Chariots Path Court** **Las Vegas, NV 89142** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 9 | Nonpriority creditor's name and mailing address **Hector Rios** **2478 w 25th street road** **Greeley, CA 80634** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 424 of 1098

| 3.256 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Heidi Heredia**
**1530 W Ash Ave**
**Fullerton, CA 92833**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Heidi Myers**
**heidigmyers@gmail.com**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Heidi Wysocki**
**6743 Rollin Dr.**
**Boston, NY 14025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Helen Baker**
**3226 Garden Acres Ct E**
**Jacksonville, FL 32208**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Helen Sharkey**
**1626 Adams Street**
**Sebastian, FL 32958**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Heller**
**h3lllerr@gmail.com**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 425 of 1098

| 3.256 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Henley Tolan**
**2369 Morrison Avenue**
**Mississauga ON L5C 3C6**
**CANADA**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 7 |

**Nonpriority creditor's name and mailing address**
**Henry C Corley**
**2948 west old farmington rd**
**Fayetteville, AR 72704**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.256 8 |

**Nonpriority creditor's name and mailing address**
**Henry Cachipuendo**
**262 Fairfield Place**
**Morganville, NJ 07751**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.256 9 |

**Nonpriority creditor's name and mailing address**
**Henry McGlothlin**
**1142 Mistletoe Drive**
**Fort Worth, TX 76110**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.257 0 |

**Nonpriority creditor's name and mailing address**
**Henry Piekarski**
**22110 Victory Blvd Apt. #C320**
**Woodland Hills, CA 91367**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.257 1 |

**Nonpriority creditor's name and mailing address**
**Hilary Pushkin**
**3333 Kensington Ave**
**Richmond, VA 23221**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 426 of 1098

| 3.257 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Hiram cardenas**
**1811 E. Fairmount ave**
**Phoenix, AZ 85016**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Holden Jones**
**961 Village Drive**
**Bowen Island, British Columbia VON 1G1**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Holli Hendricks**
**1909 Bradmore Dr**
**Round Rock, TX 78664-2113**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Holly Atkinson**
**154 W Broad St**
**Salunga, PA 17538**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Holly Atkinson**
**154 W Broad St**
**Salunga, PA 17538**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Holly Chiantaretto**
**370 Sexton Lane**
**Mount Vernon, KY 40456**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 427 of 1098

| | |
|---|---|
| 3.257<br>8 | **Nonpriority creditor's name and mailing address** |

**Holly Cordle**
**3001 foxhorn road**
**jacksonville, NC 28546**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.257<br>9 | **Nonpriority creditor's name and mailing address** |

**Holly K. Trott**
**11187 W. Earl Rd.**
**Michigan City, IN 46360**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.258<br>0 | **Nonpriority creditor's name and mailing address** |

**Hong Li**
**6376 Silverleaf Ave**
**Reynoldsburg, OH 43068**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.258<br>1 | **Nonpriority creditor's name and mailing address** |

**Howard Limberry**
**Howard.Limberry@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.258<br>2 | **Nonpriority creditor's name and mailing address** |

**Howard Shur**
**2984 Allesandro Street, Suite 200**
**Los Angeles, CA 90039**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.258<br>3 | **Nonpriority creditor's name and mailing address** |

**Hudhaifah Baptiste**
**3130 Ashly Cove Lane**
**Snellville, GA 30078**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Case: 22-40396  Doc# 32  Filed: 05/05/22  Entered: 05/05/22 12:11:36  Page 428 of 1098

| 3.258 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Hudson Pottle**
12 knowlton dr
Ottawa ON K2G 6P1
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.258 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Hugo Caballeros**
200 S Mariposa Ave
Apt 302
Los Angeles, CA 90004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.258 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Hugo Navarre**
2 rue jean de la fontaine
Thury-En-Valois, Oise 60890
FRANCE

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.258 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Hugo Valles**
lunatichugobusiness@gmail.com

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.258 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Humberto Soto**
502 - 39 Annie Craig Dr.
Etobicoke, Ontario M8V 0H1
CANADA, ON

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.258 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Hung Do**
hung95do@yahoo.com

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☒ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 429 of 1098

| 3.259 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hunter Barnett**
17910 Kelly Blvd
Apt. 151
Dallas, TX 75287

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hunter Courson**
402 9th St
Unit 51908
Dover AFB, DE 19902

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hunter Goode**
1306 SE 36th AVE. apt 7
Portland, OR 97214

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hunter Heston**
13842 Bridgewater Crossings Blvd apt 201
Winderemere, FL 34786

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hunter Hoff**
hlhspam@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hunter Knott**
19400 E 37th Terrace CT S
Apt 1419
Independence, CA 64057

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 430 of 1098

| 3.259 6 | **Nonpriority creditor's name and mailing address**<br>**Hunter L Davis**<br>**532 Click st.**<br>**Weber City, VA 24290**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _Potential warranty claim_<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.259 7 | **Nonpriority creditor's name and mailing address**<br>**Hunter Lewis**<br>**3781 Hendron Rd.**<br>**Groveport, OH 43125**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _Potential warranty claim_<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.259 8 | **Nonpriority creditor's name and mailing address**<br>**Hunter Martin**<br>**3628 FLORA VISTA LOOP**<br>**ROUND ROCK, TX 78681**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _Potential warranty claim_<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.259 9 | **Nonpriority creditor's name and mailing address**<br>**Hunter Martinson**<br>**531 Mesa Dr.**<br>**Camarillo, CA 93010**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _Marketing Influencer_<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.260 0 | **Nonpriority creditor's name and mailing address**<br>**Hunter Mead**<br>**1644 Sun Prairie Dr**<br>**Saint Joseph, MI 49085**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _Potential warranty claim_<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.260 1 | **Nonpriority creditor's name and mailing address**<br>**Hunter R Brown**<br>**729 Vermont Ave**<br>**Portsmouth, VA 23707**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _Potential warranty claim_<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 431 of 1098

| 3.260 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hunter Sjostrom**
**7 East Rich Lane**
**Blackfoot, ID 83221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.260 3 |

**Hunter Sliker**
**416 East State Street**
**Knox, PA 16232**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.260 4 |

**Hunter Wild**
**1800 S. Jackson St.**
**Apt. 521**
**Seattle, WA 98144**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.260 5 |

**Hursh Patel**
**3 Winterberry Lane**
**Mountain Top, PE 18707**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.260 6 |

**Husam G Katmeh**
**626 North Front Street**
**De Pere, WI 54115**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.260 7 |

**Huzzah Software**
**419 Fulton St., Apt F**
**San Francisco, CA 94102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 432 of 1098

| 3.260 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Hyuna Choi** | ☐ Contingent | |
| lilfuncakezbusiness@gmail.com | ☐ Unliquidated | |
| Date(s) debt was incurred _ | ☐ Disputed | |
| Last 4 digits of account number _ | Basis for the claim:  **Marketing Influencer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.260 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **I love candy** | ☐ Contingent | |
| **87 Blanchard street** | ☐ Unliquidated | |
| **Beaumont, Alberta T4X1R2** | ☐ Disputed | |
| **CANADA** | | |
| Date(s) debt was incurred _ | Basis for the claim:  **Potential warranty claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.261 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Iamhenhen (MLC)** | ☐ Contingent | |
| kinghenhen@gmail.com | ☐ Unliquidated | |
| Date(s) debt was incurred _ | ☐ Disputed | |
| Last 4 digits of account number _ | Basis for the claim:  **Marketing Influencer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.261 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Ian Clothier** | ☐ Contingent | |
| **6429 Agate Beach lane Lower Apartment** | ☐ Unliquidated | |
| **Bainbridge Island, CA 98110** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Potential warranty claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.261 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Ian Cook** | ☐ Contingent | |
| **728 Mendocino Ave** | ☐ Unliquidated | |
| **Unit D** | ☐ Disputed | |
| **Santa Rosa, CA 95401** | | |
| Date(s) debt was incurred _ | Basis for the claim:  **Marketing Influencer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.261 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Ian Daluga** | ☐ Contingent | |
| **26723 105th St** | ☐ Unliquidated | |
| **Trevor, WI 53179** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Marketing Influencer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 433 of 1098

---

**3.261 4**

**Nonpriority creditor's name and mailing address**

**Ian Dela Cruz**
**107 S FREMONT ST**
**Apt 4**
**SAN MATEO, CA 94401-3278**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.261 5**

**Nonpriority creditor's name and mailing address**

**Ian Fisher**
**raymond@creatorsclub.net**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.261 6**

**Nonpriority creditor's name and mailing address**

**Ian Gamsby**
**700 Pacific Avenue**
**APT 105**
**Leominster, MA 01453**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.261 7**

**Nonpriority creditor's name and mailing address**

**Ian Godfrey**
**allegingtuna@hotmail.com**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.261 8**

**Nonpriority creditor's name and mailing address**

**Ian Goodman**
**1701 Brookridge Path**
**Carollton, TX 75010**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.261 9**

**Nonpriority creditor's name and mailing address**

**Ian Haynes**
**703 N Franklin**
**Marshall, TX 75670**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 434 of 1098

| 3.262 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ian Incorvati**
8376 Eagle Ridge Dr
West Chester, OH 45069

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.262 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ian Miller**
5948 Cheryl Dr
Pinson, AL 35126

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.262 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ian Thompson**
400 Old Mill Rd
Apt 105
Oakdale, PA 15071

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.262 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ian Timpson**
1201 Martin Ct #8
Woodlawn, MD 21229

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.262 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ian vogel**
281 sexton street
Struthers, OH 44471

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.262 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ian W Godfrey**
4607 N WASHINGTON ST
Spokane, WA 99205

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 435 of 1098

| 3.262 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Ian Wetzel**<br>**1350 N LAKE SHORE DR**<br>**APT 1311**<br>**Chicago, IL 60610** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Marketing Influencer** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.262 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Ibarra Basiga**<br>**2328 MIDDLETOWN DR**<br>**CAMPBELL, CA 95008** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Potential warranty claim** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.262 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Illeana Marshall**<br>**104 Eagle Court**<br>**Locust Grove, VA 22508** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Marketing Influencer** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.262 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Ilya Kuznetsov**<br>**2321 Silver Bluff Ct**<br>**Las Vegas, NV 89134** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Potential warranty claim** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.263 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Imani O'bryant**<br>**asuna.holo@gmail.com** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Marketing Influencer** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.263 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Imani Perkins**<br>**12530 Sutphin Blvd, Apt B512**<br>**Jamaica, NY 11434** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Potential warranty claim** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 436 of 1098

| 3.263 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---------|---|---|---|

**Immanuel Montanez Rendon**
5430 West Ian Drive
Laveen, AZ 85339

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

- Contingent
- Unliquidated
- Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

| 3.263 3 | Nonpriority creditor's name and mailing address | | Unknown |
|---------|---|---|---|

**Ina Viruez**
2335 Falling Oaks Rd
Houston, TX 77038

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

- Contingent
- Unliquidated
- Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.263 4 | Nonpriority creditor's name and mailing address | | Unknown |
|---------|---|---|---|

**Inabox44 - Kim**
2203 45th St. SW
Calgary AB T3E3S9
CANADA

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

- Contingent
- Unliquidated
- Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.263 5 | Nonpriority creditor's name and mailing address | | Unknown |
|---------|---|---|---|

**India Hatcher**
1037 Crown Blvd
Stone Mountain, GA 30083

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

- Contingent
- Unliquidated
- Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

| 3.263 6 | Nonpriority creditor's name and mailing address | | Unknown |
|---------|---|---|---|

**Indiefoxx**
14816 Weddington St
Sherman Oaks, CA 91411

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

- Contingent
- Unliquidated
- Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.263 7 | Nonpriority creditor's name and mailing address | | Unknown |
|---------|---|---|---|

**Ingram Micro**
3351 Michelson Drive. Suite 100
Irvine, CA 92612-0697

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

- Contingent
- Unliquidated
- Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 437 of 1098

| 3.263 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Instagram**
artesianbuildsemail2@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.263 9 |
|---|

**Ioan Emanuel Popoviciu**
Main Street nr 97
Campani de Pomezeu, Bihor 417381
ROMANIA

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    Unknown
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.264 0 |
|---|

**Isaac Books**
10025 Densmore Ave N
Seattle, WA 98133

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    Unknown
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.264 1 |
|---|

**Isaac Burrows Surbey**
348 Orland overlook
westfield, IN 46074

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    Unknown
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.264 2 |
|---|

**Isaac Cho**
695 N. Main St.
Glen Elly, PA 60137

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    Unknown
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.264 3 |
|---|

**Isaac Fellows**
1107 Perrydale Loop
Prattville, AL 36066

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    Unknown
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 438 of 1098

| 3.264 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Isaac Glenn**
**413 Audubon Ct**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.264 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Isaac Marconis**
**7011 W Parmer Ln**
**Apt. 1137**
**Austin, TX 78729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.264 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Isaac Vasquez**
**1221 broadway St #209**
**San antonio, TX 78215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.264 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Isaac Whitfield**
**2210 Dougall Avenue**
**Windsor ON N8X 1S8**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.264 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Isaiah Baccellieri**
**ibaccellieri@gmail.com**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.264 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Isaiah barrera**
**14240 e 104th ave apt 308**
**Commerce city, CO 80022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.265 0 | **Nonpriority creditor's name and mailing address**<br>**isaiah edin**<br>**16982 235th avenue**<br>**Staples, MN 56479**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _Potential warranty claim_<br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.265 1 | **Nonpriority creditor's name and mailing address**<br>**Isaiah Omar Rubio**<br>**623 Tule Goose Dr**<br>**Suisun City, CA 94585**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _Potential warranty claim_<br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.265 2 | **Nonpriority creditor's name and mailing address**<br>**Isaiah Turner**<br>**28418 Saddlecrest Street**<br>**Menifee, CA 92585**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _Marketing Influencer_<br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.265 3 | **Nonpriority creditor's name and mailing address**<br>**Isaiah Walker**<br>**2413 Mccormick road**<br>**Rockville, MD 20850**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _Potential warranty claim_<br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.265 4 | **Nonpriority creditor's name and mailing address**<br>**Isaiah Zanot**<br>**1421 Deborah Drive**<br>**Clarkdale, AZ 86324**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _Marketing Influencer_<br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.265 5 | **Nonpriority creditor's name and mailing address**<br>**Isis Arguello**<br>**5281 west 24 court**<br>**hialeah, FL 33016**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _Potential warranty claim_<br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 440 of 1098

| 3.265 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Isobel Tosterud**
15157 Wildfield Dr
Spring Lake, MI 49456

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Issac Reyes**
4415 SE 35TH ST
Del City, OK 73115

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Italo Rivasplata**
419 Piccadilly PL
APT 4
San Bruno, CA 94066

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Italo Rivasplata**
419 Piccadilly PL
APT 4
San Bruno, CA 94066

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ivo Jaquez**
2409 Albany Avenue
West Hartford, CT 06117

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Izobelle Crowe**
2004 Rachels Spring Rd.
Hermitage, TN 37076

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 441 of 1098

| 3.266 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Izzy Chandler**
**1534 Rineyville School Road**
**Rineyville, KY 40162**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

| 3.266 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ja'Kaylonee' Torres-Luna**
**10908 Ernie Banks Dr.**
**El Paso, TX 79934**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

| 3.266 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jabar Powers**
**4426 Chapman st**
**The colony, TX 75056**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

| 3.266 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jacey Kalambokidis**
**18 north walnut street**
**glenwood, IA 51534**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

| 3.266 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jack Bender**
**5326 Camberley Avenue**
**Bethesda, MD 20814**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

| 3.266 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jack Broersma**
**22062 Islander Ln**
**Huntington Beach, CA 92646**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 442 of 1098

---

| 3.266 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jack Byrne**
**5 Hocking St**
**Arundel Queensland 4214**
**AUSTRALIA**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jack Cleland**
**2042 LILAC DRIVE**
**innisfil, Ontario N2L3K8**
**CANADA**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jack Credle**
**90 Shadow lane Apt. 3**
**Orchard Park, NY 14127**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jack Gieseler**
**14 sagebrush way**
**Azusa, CA 91702**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jack Hermsen**
**6397 W Pierner Pl**
**Brown Deer, WI 53223**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jack McEwan**
**4050 West 30th**
**Vancouver BC V6S 1X5**
**CANADA**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 443 of 1098

| 3.267 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jack Moreton**
jvckk@outlook.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

- Contingent
- Unliquidated
- Disputed

Basis for the claim: **Marketing Infuencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jack Scheirer**
6S584 MILLCREEK LN
Naperville, IL 60540

Date(s) debt was incurred _

Last 4 digits of account number _

- Contingent
- Unliquidated
- Disputed

Basis for the claim: **Marketing Infuencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jack Smith**
15436 SW Kenton Drive
Tigard, OR 97224

Date(s) debt was incurred _

Last 4 digits of account number _

- Contingent
- Unliquidated
- Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jack Wollen**
scourgeonmixer@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

- Contingent
- Unliquidated
- Disputed

Basis for the claim: **Marketing Infuencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jack Young**
79 Prospect Street
Bloomfield, CT 06002

Date(s) debt was incurred _

Last 4 digits of account number _

- Contingent
- Unliquidated
- Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jackie Lastra**
jackielynnvo@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

- Contingent
- Unliquidated
- Disputed

Basis for the claim: **Marketing Infuencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 444 of 1098

| 3.268 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jackson Colon**
7953 Kingswood Drive Apt 119
Citrus Heights, CA 95610

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jackson Ford**
602 Goodnight Dr.
Georgetown, TX 78628

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jackson Myers**
415 GINGERBREAD DR
WESTMINSTER, MD 21157-7269

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jackson Sargent**
5202 Auburn St Apt. 1628
Lubbock, TX 79416

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jackson Spencer**
1701 N Lincoln Blvd
Oklahoma City, OK 73105

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jacob**
12630 PRUITT CT
GRAND TERRACE, CA 92313-5773

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 445 of 1098

| 3.268 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jacob Anderle**
6 Sequoia Drive
Aliso Viejo, CA 92656

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.268 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jacob Anthony Garcia**
5204 Scenic Point Drive
Fort Worth, TX 76244

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.268 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jacob Bartlow**
strykur@strykur.tv

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.268 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**jacob brockberg**
2312 valleyhigh dr nw, f203
Rochester, MN 55901

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.269 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jacob Byrd**
byrdmanbiz@gmail.com

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.269 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jacob Chesnick**
1800 Hampton Knoll Dr.
Akron, OH 44313

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 446 of 1098

| 3.269 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jacob Cobb**
**16 Chantileer Ln**
**Ward, AR 72176**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jacob coley**
**200 Cameron Dr**
**Oakland, TN 38060-3375**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jacob DeAngelo**
**ezrathgaming@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**jacob driscoll**
**8348 AUBURN RISE CT**
**LAND O LAKES, FL 34638**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jacob Farabaugh**
**900 HARCOURT RD**
**Suite B**
**MOUNT VERNON, OH 43050-1194**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jacob Highsmith**
**967 VOYAGEURS AVE.**
**ORANGE CITY, FL 32763**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 447 of 1098

| 3.269 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

Jacob Hoberman
40 Old Orchard St.
Old Orchard Beach, ME 04064

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

Jacob Jenny
4806 Tree Corners Pkwy
Norcross, GA 30092

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

Jacob Jones
3107 Frederick Ave
Colonial Heights, VA 23834

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

jacob kellison
523 3rd ave se
hampton, IA 50441

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

Jacob Kennedy
3137 Panama Steadman rd
Ashville, NY 14710

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

Jacob Kile
8137 Port Royale way
Sacramento, CA 95823

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 448 of 1098

| 3.270 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **jacob Labofish** | ■ Contingent | |
| **1088 Linden Tree Dr** | ■ Unliquidated | |
| **Annapolis, MD 21409** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.270 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Jacob Lane** | ■ Contingent | |
| **jlanetemp@temp.com** | ■ Unliquidated | |
| | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.270 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Jacob Lockaby** | ■ Contingent | |
| **230 Roper Mountain Road extension apartm** | ■ Unliquidated | |
| **greenville, SC 29615** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.270 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Jacob M Anderson** | ■ Contingent | |
| **19200 space center blvd** | ■ Unliquidated | |
| **apt 434 phase 1** | ■ Disputed | |
| **Houston, TX 77058** | | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.270 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Jacob Mahan** | ■ Contingent | |
| **jrmahan16@gmail.com** | ■ Unliquidated | |
| | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.270 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Jacob Martinez** | ■ Contingent | |
| **505 N 16th St** | ■ Unliquidated | |
| **Artesia, NM 88210** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 449 of 1098

| 3.271 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jacob Miller**
**4653 Woodhurst drive, apartment #4**
**Austintown, OH 44515**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jacob N Asberry**
**1158 Golfview Dr, Apt B**
**Carmel, IN 46032**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jacob Pederson**
**5174 County Road 15**
**Dumont, MN 56236**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jacob Peterson**
**38695 210th st**
**Wolsey, SD 57384**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jacob Petti**
**4152 Vinewood Dr.**
**Buffalo, NY 14221**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jacob rankin**
**4227 Blackheath Drive**
**Bartlett, TN 38135**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.271 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jacob Robertson**
**2413 Kenneth Drive**
**Benton, AR 72015**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jacob Serven**
**400 14th St lot 3**
**Benton City, WA 99320**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jacob Setera**
**428 E South Blvd**
**Troy, MI 48085-1265**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jacob Shepherd**
**yncabent@gmail.com**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jacob Slater**
**tehblupi@gmail.com**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jacob Smith**
**4368 se Hamilton LN**
**Stuart, FL 34997**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 451 of 1098

Debtor    **Artesian Future Technology, LLC**
       Name
Case number (if known)    **22-40396-CN**

---

| 3.272 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jacob Sostak**
**802 Lilac Ave**
**Webster Groves, MO 63119**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jacob T. Smiley**
**3040 West 107th Place Unit F**
**Westminster, CO 80031**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jacob Tyra**
**1870 SKYLINE DR**
**CUMMING, GA 30041**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jacob Ulibarri**
**843 s longmore apt#1082**
**Mesa, AZ 85202**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jacob Voglesong**
**9721 Lea Shore ct**
**Fort Worth, TX 76179**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jacob W Hill**
**1111 Edgerton Ave apt. 317**
**Mitchell, SD 57301**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 452 of 1098

| 3.272 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jacquelyn Hurtado**
jackiehurtado01@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jaddiel Feliciano**
**117 Aria Way**
**Davenport, FL 33837**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jaddiel Feliciano**
**117 Aria Way**
**Davenport, FL 33837**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jaddiel Feliciano**
**117 Aria Way**
**Davenport, FL 33837**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jade Kimmel**
skinnedteentwitch@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jaden Goodwin**
**1730 196th st se**
**Apt k206**
**Bothell, WA 98012**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 453 of 1098

| 3.273 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Jaden J Curry**
**2198 n 650 w Harrisville**
**Harrisville, UT 84414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  _Potential warranty claim_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.273 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Jaden Ross**
**33173 Old Yale Road**
**Unit 342 Abbotsford, BC V25sJ4**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  _Marketing Influencer_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.273 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Jaden Thompson**
**1530 N Poinsettia Pl #341**
**Los Angeles, CA 90046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  _Marketing Influencer_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.273 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Jahir Axel Montero Guillen**
**8115 orchid ln**
**Indianapolis, IN 46219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  _Marketing Influencer_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.273 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**jahmal mckenzie**
**310 6th ave apt 208**
**asbury park, NJ 07712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  _Potential warranty claim_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.273 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Jahsaiah Russell**
**107 Roseneath Crescent**
**Kitchener, Ontario N2E 1V8**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  _Potential warranty claim_

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 454 of 1098

| 3.274 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jaime Booth**
108 Murrell Dr
Madison, MS 39110

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jaime Bretado**
7607 Dueling oak
San Antonio, TX 78254

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jaime Carapia**
1088 N Teakwood Ave
Rialto, CA 92376

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**jaime contreras**
8957 NW GALES CREEK RD
FOREST GROVE, WA 97116

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jaime rodriguez**
4821 west 24th place
Cicero, IL 60804

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jairo Gonzalez**
4911 Canyon Blanco Dr.
Houston, TX 77045

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 455 of 1098

| 3.274 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jake Barr**
885 22nd Ave, Apt 205
Silvis, IL 61282

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.274 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**JAKE BLOUNT**
1361 Cheyenne Rd
Lewisville, TX 75077-2820

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.274 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jake Broadbent**
3644 Greenbriar Bluff
North Las Vegas, NV 89081

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.274 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**jake brownlee**
3946 Hwy 182 E
apartment 14F
Columbus, MS 39702

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.275 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jake Culp**
8707 AMBERLEIGH DR
Knoxville, TN 37922

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.275 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jake Frankenfield**
936 Camp Road
Telford, PA 18969

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 456 of 1098

| 3.275 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jake Hardy**
**5104 Holland Road**
**Suffolk, VA 23437**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**jake konyha**
**545 gunson st**
**east lansing, MI 48823**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jake Lopez**
**2895 Noel CT, , false**
**Wantagh, NY 11793**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jake Lopez**
**xenbandz@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jake Miller-Sperry**
**45 Rabbit Rock Rd**
**East Haven, CT 06513**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jake Moore**
**6929 Brint Road**
**Sylvania, OH 43560**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 457 of 1098

| 3.275 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jake Pope**
**1470 Ascot Circle**
**Sandy, UT 84092**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.275 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jake Pope**
**1470 Ascot Circle**
**Sandy, UT 84092**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.276 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jake Rossetti**
**8164 Buck Ave**
**Galesburg, MI 49053**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.276 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jake Ryan**
**6037 County Road 424**
**ANTWERP, OH 45813**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.276 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jake Smith**
**330 3rd Ave W Unit 618**
**Seattle, WA 98119-4193**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.276 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jake Sninsky**
**10310 Osprey Dr**
**Pineville, NC 28134**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ☑ No  ☐ Yes

Case: 22-40396  Doc# 32  Filed: 05/05/22  Entered: 05/05/22 12:11:36  Page 458 of 1098

| 3.276.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jake Snyder**
**48A Everittstown Road**
**Frenchtown, NJ 08825**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.276.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jake Sotis**
**6 Roger Street**
**Cumberland, RI 02864**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.276.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jake Varo**
**5750 Carriage hill dr**
**Erie, PA 16509**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.276.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jake Wilkinson**
**30 Lochinvar Lane, THE GAP  QLD  4061, 3**
**The Gap, Wueensland 4061**
**AUSTRIALIA**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.276.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jakub Przysiwek**
**37 Daventry Road**
**Rochdale, QL11 2LW**
**UNITED KINGDOM**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.276.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jalen Frank**
**5770 Springdale Ln**
**Beaumont, TX 77708-1841**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 459 of
1098

| 3.277 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jalen Frank**
jiggyttv@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.277 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jalen Gunnar Henning**
**528 E Rich**
**Spokane, WA 99207**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.277 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jalen Wilson**
**612 Old Indian Mound Trail**
**Sun Prairie, WI 53590**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.277 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jamane Jones**
**2202 SW B Ave #416**
**Lawton, OK 73501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.277 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jamel Peralta**
**3819 Buffalo Speedway #1106**
**Houston, TX 77098**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.277 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**James A Pecaro**
**3426 Wheatland Circle**
**Geneva, IL 60134**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 460 of 1098

| 3.277 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James A Pecaro**
3426 Wheatland Circle
Geneva, IL 60134

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James A Sherman**
whatsupguysthisisofficial@gmail.com

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James Allen**
926 Harbor Bend Rd
Memphis, TN 38103

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James Ambler**
filthyrobottemp@temp.com

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James Ambler**
2761 Brookland Dr NE
Cedar Rapids, IA 52402

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James Arehart**
2861 S. Nettleton Avenue
B207
Springfield, MO 65807

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 461 of 1098

| 3.278 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**James Braxton Ii**
8339 Meadow Walk Ln
Jacksonville, FL 32256

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**James Butcher**
3641 Seville Court
Newbury Park, CA 91320

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**James C Stockstill**
1104 Cumberland Dr,
Joliet, IL 60431

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**James Cantone**
3008 Stonehill Circle
Birmingham, AL 35244

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**James Chavez**
1307 Spruce St
Oshkosh, WI 54901

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**James Chavez**
AyyItsChevy@yahoo.com

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 462 of 1098

| 3.278 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James Cherry**
7023 Nicki St
Dallas, TX 75252

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James Crowell-Davis**
340 Brookstone Drive
Athens, GA 30605

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**james dale becker**
3801 cornell st
hamburg, NY 14075

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James Dawson**
8133 Lin Oak Way
Citrus Heights, CA 95610

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James DeLizzio**
1421 Quail Ct.
Azle, TX 76020

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James Doyle**
48-5306 47 St
Cold Lake AB T9M 0J7
CANADA

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 463 of 1098

| 3.279 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**JAMES DRUMWRIGHT**
**402 W MAIN ST**
**LIZTON, IN 46149**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.279 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**James Dybrack**
**10548 Alico Pass**
**New Port Richey, FL 34655**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.279 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**James E Abhau**
**131 Princeton Rd**
**Pennsville, NJ 08070**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.279 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**James Emme**
**125 West 41st St**
**indianapolis, IN 46208**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.279 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**James Gardner**
**9000 W Wilderness Way Apt. 150**
**Shreveport, LA 71106**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.279 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**James Geiger**
**8020 Tolbooth Street**
**Las Vegas, WA 89193**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 464 of 1098

| 3.280 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**James Hines**
**15 Popes Farm**
**Plympton, MA 02367**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**James Houck IV**
**11643 Kingsley Manor Way**
**Jacksonville, FL 32225**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**James Jackson**
**590 Lincoln Ave**
**Sayville, NY 11782**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**James Jarvis**
**7951 7th Ave SW**
**Seattle, WA 98106**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**James Jensen**
**1839 Keeaumoku St**
**Honolulu, HI 96822**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**James Jonathan Miller**
**55 Raccoon Cove Road**
**Lamoine, VA 04605**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 465 of 1098

| 3.280 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **James Joseph Dybrack**<br>**32645 N Red Dell Loop**<br>**Athol, ID 83801** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: __Potential warranty claim__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.280 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **James Joyner**<br>**421 Sparks Drive**<br>**Granada, MN 56039** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: __Potential warranty claim__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.280 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **James LaVoy**<br>**3513 burton ave**<br>**Toledo, OH 43612** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: __Potential warranty claim__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.280 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **James Lyons**<br>**Jameslyons475@gmail.com** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: __Marketing Influencer__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.281 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **James M Pierce**<br>**10464 S Jordan Gateway, Unit 261**<br>**South Jordan, UT 84095** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: __Potential warranty claim__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.281 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **James Macleish**<br>**8246 Honeytree Blvd**<br>**Canton, MI 48187** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: __Marketing Influencer__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 466 of 1098

| 3.281 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**James Martin**
Jrmbusinessyt@outlook.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**James McBride**
**2181 WASHINGTON AVE**
**MEMPHIS, TN 38104**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**James Pastore**
**201 SW 34th Street**
**Cape Coral, FL 33914**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**James Post**
**10001 Vista Pointe Drive**
**Tampa, FL 33635**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**James Rivera**
jrbcklovecodking@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**James Rosello**
Jamesross715@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 467 of 1098

| 3.281 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**James Russo**
**180 ORANGE RD**
**APT C2**
**Montclair, NJ 07042**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Marketing Influencer

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.281 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**James Rutherford**
**jprutherford7@gmail.com**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Marketing Influencer

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.282 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**James Scholes**
**1118 Coyote Willow Way**
**Rexburg, ID 83440**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Marketing Influencer

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.282 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**James Schraven**
**107 Rock Cliff Court**
**Sarver, PA 16055**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Marketing Influencer

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.282 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**James Sherman**
**12240 32nd street**
**gobles, MI 49055**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential warranty claim

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.282 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**James Solomonidis**
**10 Charles Street**
**Batavia, NY 14020**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential warranty claim

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 468 of 1098

| 3.282 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**james stone**
**170 Rolling Meadow Dr**
**Mount Airy, GA 30563**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**James Swinney**
**18335 47th Pl NE**
**Lake Forest Park, WA 98155-4307**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**James Swygert**
**315 Marietta Drive**
**Greenwood, SC 29646**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**james trivett**
**23 Cornwall St.**
**highlands, NJ 07732**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**James Tullos**
**8360 Ventura Boulevard**
**Selma, TX 78154**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**James Tyson**
**2600 Art Museum Dr. Apt.191**
**Jacksonville, FL 32207**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 469 of
1098

| 3.283 0 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**James Vincent**
**919 Whitewater Lane**
**Naperville, IL 60540**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Marketing Influencer**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| 3.283 1 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**James Ward**
**5726 River Run Cir**
**Rocklin, CA 95765**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Marketing Influencer**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| 3.283 2 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**James Weaver**
**10533 South Sage Flats Way**
**South Jordan, UT 84009**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Potential warranty claim**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| 3.283 3 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**James Weaver**
**34400 Crown Colony Dr**
**Avon, OH 44011**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Marketing Influencer**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| 3.283 4 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**james wells II**
**3614 E ave R 10**
**palmdale, CA 93550**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Potential warranty claim**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| 3.283 5 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**James Witherington**
**621 S 1st Ave**
**WALLA WALLA, WA 99362**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Potential warranty claim**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 470 of 1098

| 3.283 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James Wood**
contact@gameswithjames.tech

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.283 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jameson Barclay**
945 E BRADLEY CT
Palatine, IL 60074

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.283 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jameson Hightower**
441 21st Avenue
Longview, WA 98632

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.283 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jamie Brown**
907 Woodland View Circle
Shreveport, LA 71106-7239

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.284 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jamie Greifenberger**
14 Cleveland Rd
Columbia, NJ 07832

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.284 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jamie Lesk**
4738 S Woodlawn Ave
Apt 2B
Chicago, IL 60615

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 471 of 1098

| 3.284 2 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **Unknown** |
| **Jamie Miller** **10149 Cache River Ct** **Las Vegas, NV 89141** | ■ Contingent ■ Unliquidated ■ Disputed | | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | Basis for the claim:  **Marketing Influencer** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.284 3 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **Unknown** |
| **Jamie Proudlock** **5 White Ash Ct** **Caboolture, Queensland, 4510** **AUSTRALIA** | ■ Contingent ■ Unliquidated ■ Disputed | | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | Basis for the claim:  **Potential warranty claim** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.284 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **Unknown** |
| **Jamie Redmond** **679 Pemberton Street** **Waterloo, SC 29384** | ■ Contingent ■ Unliquidated ■ Disputed | | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | Basis for the claim:  **Potential warranty claim** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.284 5 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **Unknown** |
| **Jamie Taniguchi** **815-7788 Ackroyd RD** **Richnond, British Columbia V6X 0M8** **CANADA** | ■ Contingent ■ Unliquidated ■ Disputed | | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | Basis for the claim:  **Potential warranty claim** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.284 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **Unknown** |
| **Jamie Young** **horrorfae@gmail.com** | ■ Contingent ■ Unliquidated ■ Disputed | | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | Basis for the claim:  **Marketing Influencer** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.284 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **Unknown** |
| **JaMina Engram** **51 Lepage Road** **Windsor, CT 06095** | ■ Contingent ■ Unliquidated ■ Disputed | | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | Basis for the claim:  **Marketing Influencer** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 472 of 1098

| 3.284 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jamison M Redfield**
213 Tribal Tr
Harker Heights, TX 76548

Date(s) debt was incurred _
Last 4 digits of account number _

- Contingent
- Unliquidated
- Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jan Michel Inong**
1839 W Ave H8
Lancaster, CA 93534

Date(s) debt was incurred _
Last 4 digits of account number _

- Contingent
- Unliquidated
- Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jane Wallis**
16 Watson's Lane, Harby
Melton Mowbray, Leicestershire, LE14 4DD
UNITED KINGDOM

Date(s) debt was incurred _
Last 4 digits of account number _

- Contingent
- Unliquidated
- Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Janet Cole**
1194 Lotties Creek Road
Burnsville, NC 28714

Date(s) debt was incurred _
Last 4 digits of account number _

- Contingent
- Unliquidated
- Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Janet Crisp**
152 Andrews Ln
Caryville, TN 37714

Date(s) debt was incurred _
Last 4 digits of account number _

- Contingent
- Unliquidated
- Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Janet Durscher**
4006 Council Street
Cedar Rapids, IA 52402

Date(s) debt was incurred _
Last 4 digits of account number _

- Contingent
- Unliquidated
- Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 473 of 1098

| 3.285 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Janet Gentry** | ☐ Contingent | |
| **12316 Comanche rd** | ☐ Unliquidated | |
| **Huntersville, NC 28078** | ☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: __Marketing Influencer__ | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.285 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Janet Litherland** | ☐ Contingent | |
| **4697 Citation Ct** | ☐ Unliquidated | |
| **Mason, OH 45040** | ☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: __Marketing Influencer__ | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.285 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Janet Nolan** | ☐ Contingent | |
| **121 North Ave** | ☐ Unliquidated | |
| **Natick, MA 01760** | ☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: __Potential warranty claim__ | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.285 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Janet Page** | ☐ Contingent | |
| **201 Dogwood Bloom Lane** | ☐ Unliquidated | |
| **Hillsborough, NC 27278** | ☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: __Marketing Influencer__ | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.285 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Janice Bonagura** | ☐ Contingent | |
| **33 Spring Street** | ☐ Unliquidated | |
| **Goshen, NY 10924** | ☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: __Potential warranty claim__ | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.285 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Janice Lodato** | ☐ Contingent | |
| **516 Highland Ave** | ☐ Unliquidated | |
| **Oak Park, IL 60304** | ☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: __Marketing Influencer__ | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

Case: 22-40396  Doc# 32  Filed: 05/05/22  Entered: 05/05/22 12:11:36  Page 474 of 1098

| 3.286 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Janis John Kunstmanis**
**9951 McCombs St**
**El Paso, TX 79924**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Janray Schweyer**
**16289 Nisqualli Rd.**
**Victorville, CA 92395**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jarad Trout**
**218 N 9th Street**
**Indiana, PA 15701**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jared Berndt**
**997 Spring Hill Dr**
**Woodbury, MN 55125**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jared C Shaftner**
**801 lakeway rd**
**Morristown, TN 37814**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**JARED CROUCH**
**514 N 39th Place**
**Ridefield, WA 98642**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.286 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jared Drendel**
5255 SW Dover CT
Portland, OR 97225

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jared Foy**
429 Seaton Ave
Roselle Park, NJ 07204

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jared Frens**
PO Box 105
E. Pembroke, NY 14056

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jared Graham**
1435 N Holland LN
Wichita, KS 67212

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jared Gutierrez**
2201 Northview Dr Apt 25
Sacramento, CA 95833

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jared K**
31 Bessdale Ct
The Woodlands, TX 77382

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 476 of 1098

---

**3.287 2**

**Nonpriority creditor's name and mailing address**
**jared kocuipchyk**
**31 Bessdale Court**
**The Woodlands  77382**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.287 3**

**Nonpriority creditor's name and mailing address**
**Jared Kocuipchyk**
**31 Bessdale Court**
**The Woodlands, TX 77382**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.287 4**

**Nonpriority creditor's name and mailing address**
**Jared Lang**
**2583 Thompson Drive**
**Kamloops BC V2C 4L5**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.287 5**

**Nonpriority creditor's name and mailing address**
**Jared Lang**
**2583 Thompson Drive**
**Kamloop BC V2C 4L5**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.287 6**

**Nonpriority creditor's name and mailing address**
**Jared Mogstad**
**1020 KEMP ST #A**
**MISSOULA, MT 59801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.287 7**

**Nonpriority creditor's name and mailing address**
**Jared Morel**
**1200 NE Miami Gardens Drive Apt#202w**
**Miami, FL 33179**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 477 of 1098

| 3.287 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**jared myers**
345 north cedar street apt 11
blossom, TX 75416

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Jared Poole**
12505 Southeast River Road, Apt 14
Milwaukie, OR 97222

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Jared Shinkaruk**
6137 snowberry lane
bremerton, WA 98311

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Jared Simpson**
10766 Portico Circle
Rancho Cordova, CA 95670

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**JaRel Ball**
218 Pope Hill Circle
Senoia, GA 30276

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Jaren Cloud**
923 W Sycamore St
Anaheim, CA 92805

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 478 of 1098

| 3.288 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jaret Pliska**
**50 Elm Street**
**Windsor, CT 06095**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jarod Rodden**
**1007 Lantern Ln**
**Goshen, IN 46526**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jarom Brimhall**
**2850 East Morrison Ranch Parkway**
**Gilbert, AZ 85296**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jarred Gagnon**
**26 Powder House Road P.O. Box 992**
**Groton, MA 01450**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jarred Tuxford**
**biggysweats@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jarren Mack**
**1938 Timber Oaks Dr**
**Garland, TX 75040**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 479 of 1098

| 3.289 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jarrett Miah**
**7937 Nature Way**
**Louisville, KE 40218**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.289 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jarrod Allard**
**3507 Sycamore Ln**
**Gulf Breeze, FL 32563**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.289 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jarrod Economou**
**partiallyroyal@gmail.com**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.289 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jarrod Moore**
**9522 Westland Cove Way APT 612**
**Knoxville, TN 37922**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.289 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jasmine Roberts**
**620 Hennipen St**
**Pomona, CA 91768**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.289 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jasmine Wade**
**1016 Frank Church Trail. Unit 4**
**South Boston, VA 24592**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 480 of 1098

| 3.2896 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JASON A COHN**
654 Main St Apt 2F
Westbrook, ME 04092

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.2897 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Jason Almazan**
jays512@gmail.com

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2898 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Jason Armstrong**
ThundaRaven@gmail.com

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2899 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Jason B Jornacion**
94-760 Kaaholo St.
Waipahu, HI 96797

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2900 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Jason Bingham**
4547 cadiz circle
palm beach gardens, FL 33418

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2901 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Jason Biselx**
415 19th Street North
Moorhead, MN 56560

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 481 of 1098

| 3.290 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jason Brody**
jasonvbrody@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jason Brower**
443 Braidhill Dr
Draper, UT 84020

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jason Buchanan**
330 Foster St #202
Fort Atkinson, WI 53538

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jason Carruth**
3182 Broadleaf Way
Brunswick, OH 44212

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jason Chapman**
2623 Cedar Bluff Lane
Ocoee, FL 34761

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jason Cheng**
2363 E 22nd street
Brooklyn, NY 11229

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 482 of 1098

| 3.290 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jason Cheong-Leen**
1275 Ridgewood Drive
Highland Park, IL 60035

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jason Dutra**
whiteporchfarm@gmail.com

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jason Egan**
4375 Weber River Drive
Trlr 20
Riverdale, UT 84405

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jason Gutierrez**
365 Johnson ave
Bohemia, NY 11716

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jason Harvey**
414 Cody Dr
Glen Burnie, MD 21061

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jason Larrabee**
1420 Heron Dr
Machesney Park, IL 61115-2636

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 483 of 1098

| 3.291 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jason Laycock**
115 Montalto Dr. 9D
Cheyenne, WY 82007

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jason Laycock**
trooperkallam@gmail.com

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jason McCormick**
444 Sunbury St Apt 1
Minersville, PA 17954

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jason Messina**
4141 University Blvd
Houston, TX 77005

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**jason messina**
4141 University Blvd
houston, TX 77005

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jason Minch**
713 Vassar Dr
Tupelo, MS 38801

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 484 of 1098

| 3.292 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Jason Ougler**
voosh.inquiries@gmail.com

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Jason P. Harris**
28324 239th Ave SE
Unit 7
Maple Valley, WA 98038

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Jason Perreault**
154 20th Ave E #A
Seattle, WA 98112

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Jason Rice**
17741 Sharon Rd
Laurel Hill, NC 28351

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**JASON SAUER**
4197 FOOTHILL DR
WINNEMUCCA, NV 89445

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Jason Schmidt**
6216 Washington Blvd
Wauwatosa, WI 53213

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 485 of 1098

| 3.292 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jason Truxal**
**1162 Sea Reef Dr**
**San Diego, CA 92154**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Marketing Influencer__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.292 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jason Unsen**
**6541 Payton Dr**
**Fort Worth, TX 76131**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Marketing Influencer__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.292 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jason Wacaster**
**29 Scott Dr**
**Hillsborough, NJ 08844**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Potential warranty claim__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.292 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jason Wesner**
**433 Willow St APT# 4**
**Highspire, PA 17034**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Potential warranty claim__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.293 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jason Y Lee**
**17005 Maria Avenue**
**Cerritos, CA 90703**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Potential warranty claim__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.293 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jason Y Lee**
**17005 Maria Avenue**
**Cerritos, CA 90703**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Potential warranty claim__

Is the claim subject to offset?  ■ No  ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 486 of 1098

| 3.293 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jason Yurman**
**233 N Hoyt St**
**Anchorage, AK 99508**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Jason Z Romero**
**5560 Lexington Ave Apt. #356**
**San Jose, CA 95123**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Jason Zou**
**1740 Fireside Dr**
**Troy, MI 48098**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Jasper Jamison Brockett**
**1601 Yellow Pine Ave**
**Boulder, CO 80304**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Javier Bautista**
**33 S Wagoner Avenue**
**Viola, WI 54664**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Javier Malpica**
**3010 West Libby Street**
**Phoenix, AZ 85053**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 487 of 1098

| 3.2938 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Javier Zamudio**
19129 SW Burkwood Ln
Beaverton, OR 97003

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2939 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Javier Zamudio**
19129 SW Burkwood Ln
Beaverton, OR 97003

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2940 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Javonna McWilliams**
2268 E 76th St
Cleveland, OH 44103

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2941 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Javonte Robins**
2471 University Ave, Apt 5C
New York, NY 10468

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2942 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jaxon archibald**
250 stuart ave
Chubbuck, ID 83202

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2943 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jaxon Hines**
20470 sw clarion st
Beaverton, OR 97003

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

| 3.294 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jaxon Weegar**
**59 5th street west**
**Morrisburg ON K0C 1X0**
**CANADA**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jay Bradley**
**3940 Laurel Canyon Blvd Box 137**
**Studio City, CA 91604**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jay Bradley**
**almightybangjay@gmail.com**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jay Gergen**
**927 10th St.**
**Huntington Beach, CA 92648**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jay Perez**
**3227 S Market Place Apt E-2**
**Bloomington, IN 47403**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jay Tyler Blankenfeld**
**3607 SW 170th Street**
**Archer, FL 32618**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 489 of 1098

| 3.295 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Jay Tyler Blankenfeld**<br>3607 SW 170th Street<br>Archer, FL 32618 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.295 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Jayde Curtis**<br>#10 Rocky Lane West<br>Hamilton, CR02<br>BERMUDA | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.295 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Jayden Abbondante**<br>273 Newark Ave<br>Union, NJ 07083 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.295 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Jayne Smith**<br>7262 NW 58th Way<br>Parkland, FL 33067 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.295 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Jaysen Kettlewell**<br>jaysenkettlewell@gmail.com | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.295 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Jayson Argento**<br>317 Wildflower Circle<br>Williston, VT 05495 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim**<br>Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 490 of 1098

| 3.2956 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jayson Argento**
**317 Wildflower Circle**
**Williston, VT 05495**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.2957 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jayson Campbell**
**7021 Cr 4614**
**Commerce, TX 75428**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.2958 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jayson M Cavender**
**2894 BARCLAY SQ**
**COLUMBUS, OH 43209**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.2959 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jayson Willford**
**1423 Bel air ave.**
**Alliance, NE 69301**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.2960 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JD MacDonald**
**4512 N Saginaw Rd #1116**
**Midland, MI 48640**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.2961 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jean Charles**
**7527 POOL COMPASS LOOP**
**WESLEY CHAPEL, FL 33545**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 491 of 1098

| 3.296 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Jean Charles**<br>**Daobeezytv@gmail.com** | ◼ Contingent<br>◼ Unliquidated<br>◼ Disputed | |
| **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim: __Marketing Influencer__ <br><br>Is the claim subject to offset? ◼ No ☐ Yes | |

| 3.296 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Jean Lugo**<br>**Vistas de Luquillo 2 Calle Topacio #244**<br>**Luquillo. Puerto Rico 00773**<br>**PUERTO RICO** | ◼ Contingent<br>◼ Unliquidated<br>◼ Disputed | |
| **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim: __Marketing Influencer__ <br><br>Is the claim subject to offset? ◼ No ☐ Yes | |

| 3.296 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Jean-Francios Tremblay**<br>**jftremblay97@gmail.com** | ◼ Contingent<br>◼ Unliquidated<br>◼ Disputed | |
| **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim: __Marketing Influencer__ <br><br>Is the claim subject to offset? ◼ No ☐ Yes | |

| 3.296 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Jean-Hye Carr**<br>**3436 Littleford Road**<br>**Nanaimo BC V9T 4E2**<br>**CANADA** | ◼ Contingent<br>◼ Unliquidated<br>◼ Disputed | |
| **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim: __Marketing Influencer__ <br><br>Is the claim subject to offset? ◼ No ☐ Yes | |

| 3.296 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Jeanna Kajmowicz**<br>**JeannaGaming@gmail.com** | ◼ Contingent<br>◼ Unliquidated<br>◼ Disputed | |
| **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim: __Marketing Influencer__ <br><br>Is the claim subject to offset? ◼ No ☐ Yes | |

| 3.296 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Jeanne Kimble**<br>**5881 Bellaire Dr**<br>**New Orleans, LA 70124-1103** | ◼ Contingent<br>◼ Unliquidated<br>◼ Disputed | |
| **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim: __Marketing Influencer__ <br><br>Is the claim subject to offset? ◼ No ☐ Yes | |

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 492 of 1098

| 3.296 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jeff Brutlag**
jeffbrutlagwriter@gmail.com

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jeff Brutlag**
**4333 N. 6th DR**
**APT 307**
**Phoenix, AZ 85013**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jeff bugenhagen**
**224 East 15th Street**
**Kaukauna, WI 54130**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jeff Foertsch**
**7770 Eastridge Drive**
**La Mesa, CA 91941**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jeff Horrocks**
**15b-115 South Creek Drive 15B**
**Kitchener ON N2P 0H2**
**CANADA**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jeff Hung**
**1529 La Mesa Drive**
**Burlingame, CA 94010**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 493 of 1098

| 3.297 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeff Nichols**
**9175 Sutton Place**
**West Chester, OH 45011**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeff Paul**
**6 Union St. #2**
**Salem, MA 01970**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**jeff perzichino**
**68800 ramon road**
**cathedral city, CA 92234**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeff Pratt**
**PO Box 98186**
**Des Moines, WA 98198**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeff Ream**
**242 Pond Hollow Dr**
**St. Charles, MO 63303**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeff Skakun**
**4072 Bramshaw Rd NW**
**Canton, OH 44718**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 494 of 1098

| 3.298 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jeff Smith**
jeffbangstv@gmail.com

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jeff Tilman**
RealJryat@gmail.com

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jeff Upton**
mind1@mind1official.com

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jeff Upton**
**152 W. Washington Center Road**
**Fort Wayne, IN 46825**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jeff Wagster   ( BigWags66)**
**305 East Linden**
**Kennett, MO 63857**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jeffery James Cates**
**7528 N IDA AVE**
**PORTLAND, OR 97203**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 495 of 1098

| 3.298 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeffrey**
zwanenstraat 31
Nijmegen, Gelderland 6545AX
NETHERLANDS

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.298 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeffrey Alan Thigpen**
2823 Nash rd
Toledo, OH 43613

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.298 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeffrey Bose**
5116 26th Street
Kenosha, WI 53144

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.298 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeffrey Butcher**
1109 N Bailey Dr
PONTIAC, IL 61764

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.299 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JEFFREY D ALLEN**
10025 Densmore Avenue N
Seattle, WA 98133

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.299 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeffrey Gangl**
9524 Colton Ave.
Elk Grove, CA 95624

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 496 of 1098

| 3.299 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Jeffrey Harmon**
375 Calumet Ave
Altus, OK 73521

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Jeffrey Homick**
16505 Tiffany Ct, Apt 4
Houston, TX 77058

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Jeffrey K Eckendorf**
725 N Dobson Rd. Apt. 219
Chandler, AZ 85224

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Jeffrey Kennedy**
5112 E Lowe Rd
Mead, WA 99021-9495

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Jeffrey Kirk**
2044 E Rice Dr
Tempe, AZ 85283

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Jeffrey Lyrette**
85 Rufus Ave.
Halifax NS B3N 2L8
CANADA

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 497 of 1098

| 3.299 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **jeffrey m hennigar** | ■ Contingent | |
| **2100 atz rd** | ■ Unliquidated | |
| **malabar, FL 32950** | ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Potential warranty claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.299 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Jeffrey Marcum** | ■ Contingent | |
| **707 Shaffer road** | ■ Unliquidated | |
| **Louisville, KY 40118** | ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Potential warranty claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.300 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Jeffrey Peters** | ■ Contingent | |
| **Zwanenstraat 31** | ■ Unliquidated | |
| **Nijmegen** | ■ Disputed | |
| **NETHERLANDS** | | |
| Date(s) debt was incurred _ | Basis for the claim:  **Marketing Influencer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.300 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Jeffrey Sisler** | ■ Contingent | |
| **504 parkview drive** | ■ Unliquidated | |
| **Phoenixville, PA 19460** | ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Potential warranty claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.300 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Jeffrey Uretsky** | ■ Contingent | |
| **10616 Copperwood Drive** | ■ Unliquidated | |
| **Frisco, TX 75035** | ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Marketing Influencer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.300 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Jeffrey Ward** | ■ Contingent | |
| **21 India St** | ■ Unliquidated | |
| **PHB** | ■ Disputed | |
| **Brooklyn, NY 11222** | | |
| Date(s) debt was incurred _ | Basis for the claim:  **Marketing Influencer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 498 of 1098

| 3.300 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| jefte hazael garcia rocha
305 hollandale circle, APT305 unit B
arlington, TX 76010 | ■ Contingent
■ Unliquidated
■ Disputed | |
| Date(s) debt was incurred __
Last 4 digits of account number __ | Basis for the claim: __Potential warranty claim__
Is the claim subject to offset? ■ No ☐ Yes | |

| 3.300 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| Jehpoody (Labyrinth)
jehpoodybusiness@gmail.com | ■ Contingent
■ Unliquidated
■ Disputed | |
| Date(s) debt was incurred __
Last 4 digits of account number __ | Basis for the claim: __Marketing Influencer__
Is the claim subject to offset? ■ No ☐ Yes | |

| 3.300 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| jemmymai@yahoo.com
3780 Rolls Royce Way
cumming, GA 30041 | ■ Contingent
■ Unliquidated
■ Disputed | |
| Date(s) debt was incurred __
Last 4 digits of account number __ | Basis for the claim: __Potential warranty claim__
Is the claim subject to offset? ■ No ☐ Yes | |

| 3.300 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| Jenelle Dagres
Indiefoxx@tyrus.tv | ■ Contingent
■ Unliquidated
■ Disputed | |
| Date(s) debt was incurred __
Last 4 digits of account number __ | Basis for the claim: __Marketing Influencer__
Is the claim subject to offset? ■ No ☐ Yes | |

| 3.300 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| Jenkins Ssekindi
2970 N Sheridan Rd #602
CHICAGO, IL 60657 | ■ Contingent
■ Unliquidated
■ Disputed | |
| Date(s) debt was incurred __
Last 4 digits of account number __ | Basis for the claim: __Marketing Influencer__
Is the claim subject to offset? ■ No ☐ Yes | |

| 3.300 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| Jenna Fuschillo
10132 Avalon Valley Drive
Danbury, CT 06810 | ■ Contingent
■ Unliquidated
■ Disputed | |
| Date(s) debt was incurred __
Last 4 digits of account number __ | Basis for the claim: __Marketing Influencer__
Is the claim subject to offset? ■ No ☐ Yes | |

| 3.301 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jenna Jarrell**
**66105 San Juan Rd**
**Desert Hot Springs, CA 92240**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jenna Niaz**
**jennaniaz12@icloud.com**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jenna Pearce**
**1643 Whispering Hollow Court**
**Wildwood, MO 63038**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jenna Smith**
**18110 S Christine Ct**
**Oregon City, OR 97045**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jennifer Berrios**
**Paseo Santa Barbara Cristal 50**
**Gurabo, 778**
**PUERTO RICO**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jennifer Brinkman**
**1654 Davis Rd**
**sadieville, KY 40370**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 500 of 1098

| 3.301 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| Jennifer Ciraco | | ■ Contingent | |
| 3217 Avenue S | | ■ Unliquidated | |
| Brooklyn, NY 11234-4822 | | ■ Disputed | |
| Date(s) debt was incurred _ | | **Basis for the claim:** _Potential warranty claim_ | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.301 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| Jennifer DeLong | | ■ Contingent | |
| 15105 Milagrosa Dr | | ■ Unliquidated | |
| Unit 206 | | ■ Disputed | |
| Ft Myers, FL 33908 | | | |
| Date(s) debt was incurred _ | | **Basis for the claim:** _Marketing Influencer_ | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.301 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,000.00** |
| Jennifer Doherty | | ☐ Contingent | |
| 1576 Fort Augustus Road | | ☐ Unliquidated | |
| Mermaid, PE C1B 0Y8 | | ☐ Disputed | |
| CANADA | | | |
| Date(s) debt was incurred _ | | **Basis for the claim:** _Human resources services_ | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.301 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| Jennifer G Park | | ■ Contingent | |
| 268 Cliff CT | | ■ Unliquidated | |
| Aptos, CA 95003 | | ■ Disputed | |
| Date(s) debt was incurred _ | | **Basis for the claim:** _Potential warranty claim_ | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.302 0 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| Jennifer Gehrlein | | ■ Contingent | |
| 10132 Avalon Valley Drive | | ■ Unliquidated | |
| Danbury, CT 06810 | | ■ Disputed | |
| Date(s) debt was incurred _ | | **Basis for the claim:** _Marketing Influencer_ | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.302 1 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| Jennifer Ho | | ■ Contingent | |
| 1788 gilmore ave 15=68 | | ■ Unliquidated | |
| burnaby BC V5C 0L5 | | ■ Disputed | |
| CANADA | | | |
| Date(s) debt was incurred _ | | **Basis for the claim:** _Marketing Influencer_ | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 501 of 1098

| 3.302 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jennifer Kaldor**
**4 Lang Rd**
**Centennial Park, Sydney New South**
**AUSTRALIA**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jennifer Koster**
**lexibrattwitch@gmail.com**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jennifer Matson**
**2049 Qunincy ave**
**Racine, WI 53403**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jennifer Najarro Donis**
**8055 Mammoth Avenue**
**Panorama City, CA 91402**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jennifer Pereira**
**sapphu.commissions@gmail.com**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jennifer Polk**
**nextjenevo@gmail.com**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 502 of 1098

| 3.302 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jennifer R Jackson**
122 Horseshoe Trail
Ormond Beach, FL 32174

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jennifer Rachel Brown**
jennrachel03@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jennifer Smith**
809 Faith St
Oakboro, NC 28129

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jennifer Swilling**
1077 Hawkshead St.
Timnath, CO 80547

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jennifer Wheeler**
3204 South 5th st
Springfield, IL 62703

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jennifer Yi**
jyi.build@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 503 of 1098

| 3.303 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jenny Michaelson**
**1154 Autumn Street**
**Roseville, MN 55113**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.303 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jerale Anderson**
**12 Appleseed Cv**
**Little Rock, AR 72206**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.303 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jereme Edward Zuanich**
**1627 N Taper Ave**
**San Pedro, CA 90731**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.303 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jereme Kelly**
**13913 Grevillea Ave**
**Hawthorne, CA 90250**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.303 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jeremiah Galloway**
**2904 3rd Ave N**
**Great Falls, MT 59401**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.303 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jeremiah Norton**
**348 La Purisma Way**
**Oceanside, CA 92057**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 504 of 1098

| 3.304 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jeremy Alan Fields**
2 Birch Ln
Indian Island, MA 04468

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

| 3.304 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jeremy Andrews**
3073 Riker Street
Clover, SC 29710

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

| 3.304 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jeremy Athey**
25 west boscowan Street
Winchester, VA 22601

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

| 3.304 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jeremy Barquis**
2454 Collins Ave
Pinole, CA 94564

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

| 3.304 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jeremy Caraballo**
Urb. Estancias de Monte Grande, Calle Eu
Cabo Rojo, 5=623
PUERTO RICO

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

| 3.304 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jeremy Crews**
955 S Grove Blvd
Lot 35
Kingsland, GA 31548

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

| 3.304 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeremy Espinoza**
**127 Ebbtide Drive**
**San Antonio, TX 78227**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.304 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeremy Graham**
**19361 brookhurst street, space 152**
**huntington beach, CA 92646**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.304 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeremy Hayes**
**464 S Lima Circle**
**Aurora, CO 80012**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.304 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeremy Heesch**
**3014 W Sentinel Rock Road**
**Phoenix, AZ 85086**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.305 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeremy Hewett**
**1509 West Calabash Avenue**
**Queen Creek, AZ 85140**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.305 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeremy Holt**
**4774 Heidi Way**
**Kelseyville, CA 95451**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 506 of 1098

| 3.305 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeremy Hood**
5210, Tavenor Lane
Houston, TX 77048

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeremy Hyett**
213 E Floral Ave.
Arcadia, CA 91006

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeremy Ingram**
1038 Provence Dr, Apt i, top floor
St Louis, MO 63125

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeremy K Hedges**
1721 Sollenberger Road
Chambersburg, PA 17202

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeremy Lookofsky**
2280 Shasta Way, 111
SIMI VALLEY, CA 93065

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeremy Massey**
ssjhibiki@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 507 of 1098

Name

| 3.3058 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeremy Mullis**
**4440 41av sw**
**Seattle, WA 98116**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                                     **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3059 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeremy Scott**
**57 county road 312**
**Corinth, MS 38834**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                                     **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3060 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeremy Shivers for Liam Amato**
**jdshivers0613@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                                     **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3061 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeremy Smith**
**2836 Claxton Dairy Road**
**Dublin, GA 31021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                                     **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3062 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeremy Suggs**
**707 16th Ave**
**Albany, GA 31701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                                     **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3063 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeremy Yontz**
**110 SOUTHPORT Road**
**APT 31**
**SPARTANBURG, SC 29306**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                                     **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 508 of 1098

| | |
|---|---|
| 3.306 4 | |

**Nonpriority creditor's name and mailing address**
Jermaine Atkins
58 Wyatt
Emporia, VA 23847

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                        **Unknown**
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.306 5 | |

**Nonpriority creditor's name and mailing address**
Jermaine Morales
1A Grafton Avenue
Newark, NJ 07104

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                        **Unknown**
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.306 6 | |

**Nonpriority creditor's name and mailing address**
Jermaine Richards
60 Columbia Way
Markham ON L3R 0C9
CANADA

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                        **Unknown**
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.306 7 | |

**Nonpriority creditor's name and mailing address**
Jerrad Havins
16679 Javelin Ave
Lakeville, MN 55044

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                        **Unknown**
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.306 8 | |

**Nonpriority creditor's name and mailing address**
Jerry Watters
5225 HEATHGLEN CIR
Virginia Beach, VA 23456

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                        **Unknown**
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.306 9 | |

**Nonpriority creditor's name and mailing address**
Jesee Kenneth Birch
806 E Palmer St, Apt G
Mount Pleasant, MI 48858

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                        **Unknown**
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 509 of 1098

| 3.307 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Jesee Meyers**<br>**900 Murry st**<br>**Ely, NV 89301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _Marketing Influencer_ | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.307 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Jesse**<br>**2645 Frazier Ln**<br>**Colorado Springs, CO 80922** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _Potential warranty claim_ | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.307 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Jesse Aldazabal**<br>**6520 35th ave sw APT 101**<br>**seattle, WA 98126** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _Potential warranty claim_ | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.307 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Jesse Alexander Polio-Navarro**<br>**2725 Pavilion Parkway, Apartment 2306**<br>**Tracy, CA 95304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _Potential warranty claim_ | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.307 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Jesse Anderson**<br>**63 Stony Way**<br>**Mason City, IA 50401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _Marketing Influencer_ | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.307 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Jesse Bishop**<br>**18333 Elmendorf dr, apt 206**<br>**Denver, FL 80249** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _Potential warranty claim_ | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 510 of 1098

| 3.307 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jesse Buccaro**
1021 Village Walk
Guilford, CT 06437

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jesse Corrigal**
pygowsky@hotmail.com

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jesse Frei**
35 Andrew St.
Newnan, GA 30263

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jesse Kardon**
1518 n Philip Street
Philadelphia, PA 19122

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jesse Kardon**
willmorrisplaceholder1@gmail.com

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jesse Knott**
513 George St
Cobourg, Ontario 9a3n1
CANADA

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 511 of 1098

| 3.308 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jesse Mata**
134 ganahl place
fort bragg, FL 28307

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.308 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Jesse Merino**
2608 New York ave
Apt 4
Union city, NJ 07087

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.308 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Jesse P Perez**
6395 COUNTY RD 20
ORLAND, CA 95963

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.308 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Jesse Sampson**
127A Biddle Loop
West Point, NY 10996

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.308 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Jesse T Miller**
760 holladay lane
Virginia Beach, VA 23455

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.308 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Jessica Claire**
37858 Apache Plume Dr
Murrieta, CA 92563

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 512 of 1098

| 3.308 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**JESSICA CUEVAS**
50 timber ridge dr
Yorkville, IL 60560

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.308 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jessica Kennedy**
5319 Beaumont Canyon Dr.
San Jose, CA 95138

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.309 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jessica McGowan**
191 skidmore lane
Garrison, KY 41141

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.309 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jessica Nelson**
2604 Pine Brook Drive
Kirksville, MO 63501

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.309 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jessica Pistorius**
mskenner@outlook.com

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.309 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**JESSICA SANTMYER**
7200 T C Jester Blvd
Apt 1103
HOUSTON, TX 77088-7448

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 513 of 1098

| 3.309 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jessica Setp**
818 Alden Road
Paramus, NJ 07652

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☑ No ☐ Yes

| 3.309 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jessica Simons**
4404 Stonecastle Dr Apt 1406
Beavercreek, OH 45440

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☑ No ☐ Yes

| 3.309 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jessica Trickler**
perihvgaming@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☑ No ☐ Yes

| 3.309 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jessica Unmack**
1824 Baird Rd
McKinleyville, CA 95519

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☑ No ☐ Yes

| 3.309 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jesus Gonzalez**
6323 Latta st
Dallas, TX 75227

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☑ No ☐ Yes

| 3.309 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**jesus jose salgado**
2460 LESLIE LN APT 12, 12B
HANOVER PARK, IL 60133

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 514 of 1098

| 3.310 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **jesus Serrano** | ■ Contingent | |
| **4107 1/2 Rowland Ave** | ■ Unliquidated | |
| **El Monte, CA 91731** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _Marketing Influencer_ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.310 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Jesus Valencia** | ■ Contingent | |
| **813 Garzas ct.** | ■ Unliquidated | |
| **modesto, CA 95358** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _Potential warranty claim_ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.310 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Jett Lang** | ■ Contingent | |
| **242 Carnoustie St.** | ■ Unliquidated | |
| **Meadowlakes, TX 78654-6802** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _Potential warranty claim_ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.310 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Jett Williams** | ■ Contingent | |
| **11947 273rd St** | ■ Unliquidated | |
| **Blanchard, OK 73010** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _Marketing Influencer_ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.310 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Jevon Bostic** | ■ Contingent | |
| **848 Britannia Dr** | ■ Unliquidated | |
| **vallejo, CA 94591** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _Potential warranty claim_ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.310 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Jevon Bostic** | ■ Contingent | |
| **Keysha.jaybostic@gmail.com** | ■ Unliquidated | |
| | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _Marketing Influencer_ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 515 of 1098

| 3.310 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jevon Wright**
**182 Dickens Dr**
**Lancaster, PA 17603**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

| 3.310 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jewell W Freeman**
**5131 SW 38th PL, Apt 59**
**Portland, OR 97221**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

| 3.310 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jhelenie Cruz**
**jhelrcruz18@gmail.com**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.310 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**JI AE KIM**
**7705 ISLAND RAIL DRIVE**
**NORTH LAS VEGAS, NV 89084**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.311 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jim Arslan**
**2712 Kent Drive**
**Doylestown, PA 18902**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

| 3.311 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jimeco Allen**
**3445 NW 44th St APT 106**
**Lauderdale Lakes   33309**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 516 of 1098

| 3.311<br>2 | **Nonpriority creditor's name and mailing address**<br>**Jimmie Carter**<br>**3005 Gateway Drive**<br>**Apartment 201**<br>**Suffolk, VA 23435** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.311<br>3 | **Nonpriority creditor's name and mailing address**<br>**jimmy crist**<br>**228 Wabash Ln PO Box 5423**<br>**Sugarloaf, CA 92386** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.311<br>4 | **Nonpriority creditor's name and mailing address**<br>**Jimmy Donaldson**<br>**feastablestemp@temp.com** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.311<br>5 | **Nonpriority creditor's name and mailing address**<br>**jimmy ibarra**<br>**3002, travis st**<br>**WESLACO, TX 78599** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.311<br>6 | **Nonpriority creditor's name and mailing address**<br>**Jimmy Lal**<br>**133 124th SE**<br>**D-204**<br>**Everett, WA 98208** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.311<br>7 | **Nonpriority creditor's name and mailing address**<br>**Jimmy Lewis Wheeler II**<br>**23975 Hardy Oak Blvd APT 4308**<br>**San Antonio, TX 78260** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 517 of 1098

---

| 3.311 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **Jimmy Yao** | ■ Contingent | |
| **2526 El Capitan Ave** | ■ Unliquidated | |
| **Arcadia, CA 91006** | ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Potential warranty claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.311 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **Jin Chen** | ■ Contingent | |
| **1888 Ashby Avenue** | ■ Unliquidated | |
| **Berkeley, CA 94703** | ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Potential warranty claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.312 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **Jinny Guo** | ■ Contingent | |
| **327 E Rose St** | ■ Unliquidated | |
| **Apartment 416** | ■ Disputed | |
| **Walla Walla, WA 99362** | | |
| Date(s) debt was incurred _ | Basis for the claim:  **Marketing Influencer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.312 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **Jizette Noles** | ■ Contingent | |
| **18100 Cortes Creek Blvd.** | ■ Unliquidated | |
| **Spring Hill, FL 34610** | ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Marketing Influencer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.312 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **JMD** | ■ Contingent | |
| **48 Chilton Ave** | ■ Unliquidated | |
| **San Francisco, CA 94131** | ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Potential warranty claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.312 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **JMJ Commerce LLC** | ■ Contingent | |
| **9410 Barton Crossing Ln** | ■ Unliquidated | |
| **Richmond, TX 77407** | ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Potential warranty claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Case: 22-40396  Doc# 32  Filed: 05/05/22  Entered: 05/05/22 12:11:36  Page 518 of 1098

| 3.312 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jo Henry**
7 Randolph Place
Conway, AR 72034

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joahua Francis**
24 hibernia ave
Toronto, Ontario M6N 1E5
CANADA

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joann Diaz**
2131 Harwick Circle SW
Vero Beach, FL 32968

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joanna Luczak**
jooitoo1991@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joanna Salazar**
309 E san emidio st
taft, CA 93268

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joanne Visona**
13004 Avenida Grande
San Diego, CA 92129

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 519 of 1098

| 3.313 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Nonpriority creditor's name and mailing address**

Joaquin
1927 239 Spur
Del Rio, TX 78840

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.313 1 |

**Nonpriority creditor's name and mailing address**

Jody Grindle
389 grindle brothers road
Murrayville, GA 30564

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.313 2 |

**Nonpriority creditor's name and mailing address**

Joe Brady
3804 mcclintick rd
Mckinney, TX 75070

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.313 3 |

**Nonpriority creditor's name and mailing address**

Joe esquivel
8240 forest street
Gilroy, CA 95020

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.313 4 |

**Nonpriority creditor's name and mailing address**

Joe Henry
135 Whitetail Ct
Raeford, NY 28376-9332

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.313 5 |

**Nonpriority creditor's name and mailing address**

Joe Henry
deadsquirreljk99@aol.com

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 520 of 1098

| 3.313 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Joe Hertogs
4029 Branson Drive
San Mateo, CA 94403

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

**Nonpriority creditor's name and mailing address** (3.313 7)
Joe Hoffman
24892 387th Avenue
Plankinton, SD 57368

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**Nonpriority creditor's name and mailing address** (3.313 8)
Joe Kelly
15603 Lake Hills Blvd
Bellevue, WA 98008

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**Nonpriority creditor's name and mailing address** (3.313 9)
Joe King
2509 Tyler St.
HUTCHINSON, KS 67502

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**Nonpriority creditor's name and mailing address** (3.314 0)
Joe M Fellwock
2400 Marquis Ct
Ann Arbor, MI 48103

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**Nonpriority creditor's name and mailing address** (3.314 1)
Joel Avalos
3468 SW 126TH AVE
Beaverton, OR 97005

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 521 of 1098

| 3.314 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joel Chacon**
12019 Garden Grove Dr
Dallas, TX 75253

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joel E Carmona Suarez**
9717 Marbach brook
San Antonio, TX 78245

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joel Gutierrez**
jheroytc@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joel Zilke**
524 Georgetown road Apt B
Charlottesville, VA 22901

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joey Lewandowski**
joey.lewandowski.02@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joey Lopez**
4203 leafy bough court
Humble, TX 77346

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 522 of 1098

---

**3.314 8**

**Nonpriority creditor's name and mailing address**

**Joey Pitre**
**1600 Vale Dr**
**Bathurst, New Brunswick 32A 4N6**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.314 9**

**Nonpriority creditor's name and mailing address**

**Joey Preston**
**joeypreston35@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.315 0**

**Nonpriority creditor's name and mailing address**

**Johan Sjostrand**
**1412 E 38th Street**
**Oakland, CA 94602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.315 1**

**Nonpriority creditor's name and mailing address**

**Johanna Johnson**
**12308 Bella Alba dr**
**Fort Worth, TX 76126**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.315 2**

**Nonpriority creditor's name and mailing address**

**Johanna Lemke**
**1010 N Taylor**
**Oak Park, IL 60302**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.315 3**

**Nonpriority creditor's name and mailing address**

**Johanna Sanchez**
**748 S.Palm Avenue**
**Rialto, CA 92376**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 523 of 1098

| 3.315 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**JOHN A SABEDRA**
**9914 W MILITARY DR APT 521**
**SAN ANTONIO, TX 78251**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**John A Wilson**
**880 Hardwicks Creek Road**
**Clay City, KY 40312**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**John A. Guthrie**
**105 Fairfield Drive**
**Goldsboro, NC 27530**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**John Alexander**
**6088 2nd Ave**
**P.O.box 263**
**Thomaston, AL 36783**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**John Anthony Pitocco**
**St Charles, 3041 Glacier Ct**
**Saint Charles, IL 60174**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**John Badgett**
**dex@dexb0t.com**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 524 of 1098

| 3.316 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**John Baker**
**1551 Meadowlark DR**
**Fallon, NV 89406**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**John Bouakhasith**
**10 Edwards Rd**
**Johnston, RI 02919**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**john bougas**
**21-83 Steinway Street, 3f**
**astoria, NY 11105**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**John Buhr**
**2431 Paddle Creek**
**San Antonio, TX 78245**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**John Buhr**
**2431 Paddle Creek**
**San Antonio, TX 78245**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**John Burnett**
**4939 Lakeridge Street, Apt TB**
**Ypsilanti, MI 48197**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 525 of 1098

| 3.316 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**John Burschinger**
413 Sobre Colinas pl
Camarillo, CA 93012

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.316 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**John C Wendt**
2416 Chimney Hill Ct
Edmond, IL 73034

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.316 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**John Cannon**
1391 8th Ave Apt 1
San Francisco, CA 94122-2417

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.316 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**John Cano**
45-3376 KUKUI ST #A #1162
HONOKAA, CO 96727

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.317 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**John Castaneda**
2219 E Dortha Ave
APT 5
Flagstaff, AZ 86004

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.317 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**John Cataldo**
55 Eaton Avenue
Daly City, CA 94015

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 526 of 1098

| 3.317 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**John Chavira**
**725 Jamaica Street**
**Aurora, CO 80010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.317 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**John Christensen**
**1320 8th Ave N**
**Estherville, IA 51334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.317 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**John Cook**
**186 S Circle Dr**
**Weatherford, OK 73096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.317 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**john cortellesso**
**9791 Rineyville Big Springs Rd**
**Rineyville, KY 40162-9784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.317 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**JOHN D KEITH**
**2294 Martins Run**
**Tavares, FL 32778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.317 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**John Diaz Gilliam**
**543 LANTANA ST, APT 147**
**CAMARILLO, CA 93010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 527 of 1098

| 3.317 8 | **Nonpriority creditor's name and mailing address** **John Douglas Crabtree** 7976 Aster Avenue Yucca Valley, CA 92284 | **As of the petition filing date, the claim is:** Check all that apply. ■ Contingent ■ Unliquidated ■ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.317 9 | **Nonpriority creditor's name and mailing address** **John Flores** 6413 Meriwether Lane Springfield, VA 22150 | **As of the petition filing date, the claim is:** Check all that apply. ■ Contingent ■ Unliquidated ■ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.318 0 | **Nonpriority creditor's name and mailing address** **John Gensler** 11900 Soundview Avenue Southold, NY 11971 | **As of the petition filing date, the claim is:** Check all that apply. ■ Contingent ■ Unliquidated ■ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.318 1 | **Nonpriority creditor's name and mailing address** **John Harrison** 425 W Spruce St Sault Sainte Marie, MI 49783 | **As of the petition filing date, the claim is:** Check all that apply. ■ Contingent ■ Unliquidated ■ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.318 2 | **Nonpriority creditor's name and mailing address** **John Hendren** 114 Panola Ave Batesville, MS 38606 | **As of the petition filing date, the claim is:** Check all that apply. ■ Contingent ■ Unliquidated ■ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.318 3 | **Nonpriority creditor's name and mailing address** **John Howard Candioto** 8911 E Surrey Ave Scottsdale, AZ 85260 | **As of the petition filing date, the claim is:** Check all that apply. ■ Contingent ■ Unliquidated ■ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 528 of 1098

| 3.318 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**John Huffmaster**
**900 s 1500 e apt c322**
**Clearfield, UT 84015**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.318 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**John Imlay**
**3876 Madison Ave**
**Ogden, UT 84403**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.318 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**John Jefferson**
**813 E ACADEMY ST**
**TROY, AL 36081-3431**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.318 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**John Karlovic**
**1853 Louvaine Drive**
**Broadmoor, CA 94015**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.318 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**John Krans**
**4706 Toronto St**
**Ames, IA 50014**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.318 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**John L Gonzales**
**1920 Pleasant Pointe Circle**
**Bryant, AR 72022**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 529 of 1098

| 3.319 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John Laurente**
320 El Camino Real
Millbrae, CA 94030

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.319 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John Le**
419 Meridian St.
East Boston, MA 02128

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.319 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John Lennon**
12530 Preston Way
Los Angeles, CA 90066

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.319 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John Menefee**
2907 14th St
Columbus, IN 47201

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.319 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John Moore**
5616 South 1st#29
Austin, TX 78745

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.319 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John Norman**
37 W 5th st
Westover, WV 26501

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 530 of 1098

| 3.319 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**John Ollari**
**13 West Dr**
**East Hampton, CT 06424**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.319 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**john p dunn**
**1130 Grant ave**
**cuyahoga falls, OH 44223**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.319 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**John Parker**
**472 Albemarle Dr.**
**Fayetteville, NC 28311**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.319 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**JOHN PEARSON**
**11405 N SILVER PHEASANT LOOP**
**TUCSON, AZ 85737**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.320 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**John Peters**
**7082 Lemur Ct.**
**Ventura, CA 93003**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.320 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**John R Kroehnke**
**364 Glendale .Est. LN**
**Benton, KY 42025**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 531 of 1098

| | |
|---|---|
| 3.320 2 | |

**Nonpriority creditor's name and mailing address**

**John R Modesitt**
**8 Douglas Pl**
**Terre Haute, IN 47803**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Potential warranty claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.320 3 | |

**Nonpriority creditor's name and mailing address**

**John R. Bolar**
**320 Bellevue Ave.**
**Wilmore, KY 40390**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Potential warranty claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.320 4 | |

**Nonpriority creditor's name and mailing address**

**John reid erwin**
**11695 whispering pines dr**
**Olive branch, MS 38654**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Potential warranty claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.320 5 | |

**Nonpriority creditor's name and mailing address**

**John Senn**
**5284 Early Ter**
**Port Charlotte, CT 33981**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Potential warranty claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.320 6 | |

**Nonpriority creditor's name and mailing address**

**John Senn**
**6020 Cartmel Ln**
**Windermere, FL, CT 34786**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Potential warranty claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.320 7 | |

**Nonpriority creditor's name and mailing address**

**John Senn**
**21 Deer Ln**
**Ivoryton, CT 06442-1120**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Potential warranty claim**

Is the claim subject to offset? ☒ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 532 of 1098

| 3.320 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **John Senn** 21 Deer Lane Ivoryton, CT 06442 | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.320 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **John Senn** johnjsenn22@gmail.com | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.321 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **John Senn** 21 Deer Lane Ivoryton, CT 06442 | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.321 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **John Senn** 21 Deer Lane Ivoryton, CT 06442 | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.321 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **John Small** 2701 Admiralty Ct. Chesapeake, VA 23323 | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.321 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **John Spaven** 10418 97th st sw Tacoma, WA 98498 | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim** Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 533 of 1098

| 3.321 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**John Strickland**
**1085 Shop Rd**
**Unit 130**
**Columbia, SC 29201**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.321 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**John Strickland**
**1085 Shop Rd**
**Unit 130**
**Columbia, SC 29201**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.321 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**John Wagner**
**14438 S. 8th street**
**Phoenix, AZ 85048**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.321 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**John Wall**
**335 SCHRADER RD**
**KILLEEN, TX 76542**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.321 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**John Wood**
**8316 Stansbury Lake Dr**
**Dundalk, MD 21222**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.321 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Johnathan**
**5000 Ashlock Dr**
**The Colony, TX 75056**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 534 of 1098

| 3.322 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.322 0**

Nonpriority creditor's name and mailing address
Johnathan Burge
1152 Woodcock Lane
Virginia Beach, VA 23454

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.322 1**

Nonpriority creditor's name and mailing address
Johnathan C Wrasman
428 Quentin Ln.
Crown Point, IN 46307

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.322 2**

Nonpriority creditor's name and mailing address
johnathan henry harden
2070 Whites Memorial Rd
Franklinville, NC 27248

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.322 3**

Nonpriority creditor's name and mailing address
Johnathan Januszkiewicz
9844 sS262th Pl
Kent, WA 98030

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.322 4**

Nonpriority creditor's name and mailing address
Johnathan McMichael
1203 NE Windsor Dr
Unit 102
Ankeny, IA 50021

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.322 5**

Nonpriority creditor's name and mailing address
Johnathan Mitchell
cadepersonorother@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 535 of 1098

| 3.322 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Johnathan Sharp**
**12121 State Highway 64**
**Overton, TX 75684**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Johnathan Zachary**
**10410 Belle Isle Ln**
**Denham Springs, LA 70726**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Johnathon Coons**
**johncoonsofficial@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Johnathon Santos-Labasan**
**756 Pala Circle**
**Kahului, HI 96732**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Johnnie Bobo**
**13323 South 7300 West**
**Herriman, UT 84096**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Johnnie Bobo**
**13323 South 7300 West**
**Herriman, UT 84096**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 536 of 1098

| 3.323 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Johnny Matthies**
**2913 SKINNER DR**
**LORENA, TX 76655**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

| 3.323 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Johnny Michael Rukab**
**1249 Catalina Rd E**
**Jacksonville, FL 32216-1334**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

| 3.323 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Johnny Okonski Jr**
**13911 Butternut Street**
**Cedar Lake, IN 46303**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

| 3.323 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Johnny Ray Thompkins**
**408 Ashwood Hill Dr**
**Chapin, SC 29036**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

| 3.323 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Johnny Singletary**
**5627 Bridge Forest Dr.**
**Houston, TX 77088**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.323 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Johnny Tam**
**3250 s archer ave**
**Chicago, IL 60608**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 537 of 1098

| 3.323 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |

**Johnny Wright**
**1612 TAMPA DR**
**Honolulu, HI 96819**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |

**Johnny Wright**
**jwjohnnywright33@gmail.com**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |

**Johnny Yang**
**1205 Moffet Rd**
**Modesto, CA 95351**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |

**JokerdTV**
**marc@forevr.gg**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |

**Jolene Follgard**
**ramaeatwitch@gmail.com**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |

**Jon Bolliger**
**908 Colorado Suite C**
**Kennewick, WA 99336**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 538 of 1098

| 3.324 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jon Garcia**
6716 Lawndale St
Apt 1
Houston, TX 77023

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Marketing Influencer

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.324 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jon Harbig**
PO BOX 821
Glendive, MT 59330

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Marketing Influencer

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.324 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jon Lacouture**
250 east 25th street
Upland, CA 91784

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Potential warranty claim

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.324 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jon-Paulo Seixeiro**
83 Pergola Ave
Monroe Township, NJ 08831

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Potential warranty claim

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.324 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jonah David Balbalec**
13464 Galena Street
Lathrop, CA 95330

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Marketing Influencer

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.324 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jonah Gross**
E 11th AVE Ellensburg WA 98926
Barto Hall Room 3319
Ellensburg, WA 98926

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Marketing Influencer

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 539 of 1098

| 3.325 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jonah Ort**
49 W Tompkins St
COLUMBUS, OH 43202

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.325 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jonah Rak**
520 2nd Ave S
Apartment 42
Great Falls, MT 59405

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.325 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jonas Ellwanger**
Jonasellwanger@gmail.com

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.325 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jonas Stark**
jonasstark88@gmail.com

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.325 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jonatan Moreno**
454 40th st 2R
Brooklyn, NY 11232

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.325 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jonathan**
4730 E. Craig Rd Unit 2142
Las Vegas, NV 89115

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 540 of 1098

| 3.325 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jonathan Bernard**
712 9th St N
Great Falls, MT 59401

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

| 3.325 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jonathan Booher**
2272 Mariposa Avenue
Port Orange, FL 32129

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

| 3.325 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jonathan Burrows**
1974 E Mill Corner Cir
Salt Lake City, UT 84106

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

| 3.325 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jonathan Butler**
3722 24th Street NE
Washington, DC 20018

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

| 3.326 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jonathan C Ramos**
1159 Throggmorton Ave.
Bronx, NY 10465

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

| 3.326 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jonathan Cheng**
17204 Founders Mill Dr
Derwood, MD 20855

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 541 of 1098

| 3.326 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jonathan Cleere**
**301 NW Acorn Dr**
**Blue Springs, MO 64014**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.326 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jonathan Cleere**
**301 NW Acorn Dr**
**Blue Springs, MO 64014**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.326 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jonathan Diva**
**3040 Scenic Valley Way**
**Henderson, NV 89052**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.326 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jonathan Diva**
**assaultnom.ttv@gmail.com**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.326 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jonathan Donoho**
**10701 S Eastern Ave #122**
**Henderson, NV 89052**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.326 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jonathan Earl Brown**
**705 Oneonta ave**
**Imperial Beach, CA 91932**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.326 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jonathan Espinosa**
stunzv@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.326 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jonathan Fernandez**
1800 Main st Apt 1251
Dallas, TX 75201

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.327 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jonathan Ford Bennett**
185 Quick's Mill Road
Verona, VA 24482

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.327 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jonathan Graham**
3 Applewood Court
Lebanon, PA 17046

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.327 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jonathan Gray**
Redcapestudios@outlook.com

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.327 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jonathan Griffin**
101 Center Street #9
HAZEL, KY 42049

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No  ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 543 of 1098

| 3.327 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jonathan Hernandez**
11126 Sunup Ln
Orlando, FL 32825

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jonathan Hollian**
5722 West Wilson Avenue
Chicago, IL 60630

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**jonathan hopkins**
po box 63
endicott, NY 13761

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jonathan Hosein**
jmattstwitch@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jonathan Hung**
5362 Sayre Ave
fremont, CA 94536

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jonathan Inda**
4600 68TH PL
LANDOVER HILLS, MD 20784-2023

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 544 of 1098

| 3.328 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jonathan Jett -Martin**
**2053 de Biencourt**
**Montreal QC H4E 1T7**
**CANADA**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.328 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jonathan Jimenez**
**2941 Lincoln Street**
**Franklin Park, IL 60131**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.328 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jonathan Kniskern**
**23 E Saddleback Mesa**
**Santa Fe, NM 87508**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.328 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jonathan Lee**
**10052 SW 158 court**
**Miami, FL 33196**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.328 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jonathan Lee**
**2515 130th Ave. SE**
**Bellevue, WA 98005**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.328 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jonathan Ling**
**2 Winsted Drive**
**Howell, NJ 07731**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 545 of 1098

| 3.328 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jonathan Loa**
6200 Maple Rd
Richmond, British Columbia v7e1g5
CANADA

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 7 |

**Jonathan m ferreira**
3561 f st
Eureka, CA 95503

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
**Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 8 |

**Jonathan m ferreira**
3561 f st
Eureka ca, CA 95503

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
**Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 9 |

**Jonathan Marquez**
jonathanmarquez1206@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
**Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 0 |

**Jonathan Palmer**
4209 Leaf Road
Sebring, FL 33875

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
**Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 1 |

**Jonathan Pucci**
520 Somerville Road
Bridgewater, NJ 08807

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
**Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 546 of 1098

| 3.329 2 | **Nonpriority creditor's name and mailing address** **Jonathan Rasch** gg.rts.gaming@gmail.com | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 3 | **Nonpriority creditor's name and mailing address** **Jonathan Ross** **490 Pucket Cir** **Colorado Springs, CO 80911-3378** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 4 | **Nonpriority creditor's name and mailing address** **Jonathan Sluka** **PO Box 1703** **Higley, AZ 85236** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 5 | **Nonpriority creditor's name and mailing address** **Jonathan Snow** **16015 Cleveland Street Apt 204** **Redmond, WA 98052** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 6 | **Nonpriority creditor's name and mailing address** **Jonathan Stillo, NC** **c/o Law Office of J. W. Stillo, PLLC** **4242 Six Forks Road #1550** **Raleigh, NC 27609** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,653.56** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade creditor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 7 | **Nonpriority creditor's name and mailing address** **Jonathan Vannoord** **1047 Napa Way** **Niceville, FL 32578** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 547 of 1098

| 3.329 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jonathan Viveros**
**1311 Meridian St**
**Hollister, CA 95023**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.329 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jonathan Voloski**
**2814 E 23RD ST**
**GRANITE CITY, IL 62040**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.330 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jonathon A Damron**
**8107 Delta St, Apt D**
**Twentynine palms, CA 92277**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.330 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jonathon Allen**
**6739 cCunty Road 59**
**Roanoke, AL 36274**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.330 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jonathon Bjorling**
**jonathonbjorling@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.330 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jonathon DeMars**
**369 Killinger Cir**
**Sauk Rapids, MN 56379**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 548 of 1098

| 3.330 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jonathon Estes**
745 Saint Johns Street
Wyandotte, MI 48192

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.330 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jonathon Flinn**
3703 smith street
Parkersburg, WV 26104

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.330 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jonathon Hamilton**
11056 Mount Pendleton Street
Las Vegas, NV 89179

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.330 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jonathon Holland**
2220 Porcher Ct
Fort Mill, SC 29715

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.330 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jonathon Norman Valley**
8364 DAVISON RD
DAVISON, MI 48423

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.330 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jonathon Peer**
5990 Richmond Hwy, Bldg 2 Apt 417
Alexandria, VA 22303

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.331 0 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Jonathon Seidel** dterminestreams@gmail.com | | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | | Basis for the claim: **Marketing Influencer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.331 1 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Jonathon Shaw** 27960 Cabot Rd #162 Laguna Niguel, CA 92677 | | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | | Basis for the claim: **Marketing Influencer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.331 2 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Jonny Greenwald** 3130 Bagley Avenue, Apt #203 Los Angeles, CA 90034 | | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | | Basis for the claim: **Potential warranty claim** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.331 3 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Jontay Porter** 2372 corinne oak ct Memphis, TN 38119 | | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | | Basis for the claim: **Potential warranty claim** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.331 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Joonas Rintala** joonas.rintala@arrge.com | | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | | Basis for the claim: **Marketing Influencer** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.331 5 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Jordan** 2609 saultuer dr Sault Ste. Marie, MI 49783 | | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | | Basis for the claim: **Potential warranty claim** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 550 of 1098

| 3.331 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jordan Anderson**
5025 Reggie Road
Reno, NV 89502

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 7 |
|---|

Nonpriority creditor's name and mailing address

**Jordan Ball**
5865 Union Road
Plymouth, IN 46563

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 8 |
|---|

Nonpriority creditor's name and mailing address

**Jordan Basta**
6179 Chesterfield Lane
Reno, NV 89523

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 9 |
|---|

Nonpriority creditor's name and mailing address

**Jordan Beatty**
11 BROOKVIEW DRIVE, BROOKFIELD,
TALLAGHT
dDublin D24 N8R2
IRELAND

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 0 |
|---|

Nonpriority creditor's name and mailing address

**Jordan Bogenrief**
715 6th Ave S, APT 13
Brookings, SD 57006

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 1 |
|---|

Nonpriority creditor's name and mailing address

**Jordan Bullard**
908 Pentland Dr
Pittsburgh, PA 15235-4226

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 551 of 1098

| 3.332 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**jordan d herchelroath**
2434 chetwood cir, apt304
Timonium, MD 21093

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.332 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jordan Engebretson**
81 21st ave N
Fargo, ND 58102

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.332 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jordan Fowler**
53 chestnut street
Yarmouth NS B5A 2N7
CANADA

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.332 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**jordan frank**
767 peters street
raymond, WA 98577

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.332 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jordan Gable**
ecoliespresso@gmail.com

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.332 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jordan Grasso**
816 South Hancock Drive
Deltona, FL 32725

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No  ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 552 of 1098

| 3.332 8 | **Nonpriority creditor's name and mailing address**<br>**Jordan Hamilton**<br>**309 Penfield Place**<br>**Floor 2**<br>**Dunellen, NJ 08812**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Marketing Influencer<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.332 9 | **Nonpriority creditor's name and mailing address**<br>**Jordan Hill**<br>**1230 Northridge Road**<br>**Columbus, OH 43224**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Potential warranty claim<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.333 0 | **Nonpriority creditor's name and mailing address**<br>**Jordan Hill**<br>**zuhnbusiness@gmail.com**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Marketing Influencer<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.333 1 | **Nonpriority creditor's name and mailing address**<br>**Jordan Holmstrom**<br>**1280 Garden Circle**<br>**Lynden, WA 98264**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Potential warranty claim<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.333 2 | **Nonpriority creditor's name and mailing address**<br>**Jordan Kaleb Smith**<br>**605 WoodVale Rd.**<br>**Pratville, TX 36067**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Potential warranty claim<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.333 3 | **Nonpriority creditor's name and mailing address**<br>**Jordan Kibbey**<br>**200 Chatham Way, Apt 668**<br>**Mayfield Heights, OH 44124**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Potential warranty claim<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 553 of 1098

| 3.333 4 | **Nonpriority creditor's name and mailing address**<br>**Jordan Lida**<br>**280 Cain Drive**<br>**Haysville, KS 67060** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Potential warranty claim__<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.333 5 | **Nonpriority creditor's name and mailing address**<br>**Jordan Lynch**<br>**14664 S 8th St**<br>**Phoenix, AZ 85048** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Potential warranty claim__<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.333 6 | **Nonpriority creditor's name and mailing address**<br>**Jordan Mendoza**<br>**113 Puritan Drive**<br>**Erie, MI 48133** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Potential warranty claim__<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.333 7 | **Nonpriority creditor's name and mailing address**<br>**Jordan Mendoza**<br>**113 Puritan Drive**<br>**Erie, MI 48133** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Marketing Influencer__<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.333 8 | **Nonpriority creditor's name and mailing address**<br>**Jordan Novy**<br>**2827 Abney Ave**<br>**Orlando, FL 32833** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Marketing Influencer__<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.333 9 | **Nonpriority creditor's name and mailing address**<br>**Jordan Ownby**<br>**2239 Kennedy Ave.**<br>**Chico, CA 95973** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Marketing Influencer__<br>Is the claim subject to offset? ☑ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 554 of
1098

| 3.334 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| Jordan P. Hurn 95 Rudd Pond Rd Millerton, NY 12546 | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.334 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| Jordan Pacheco 4610 Nebo drive Unit 4 La Mesa, CA 91941 | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.334 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| Jordan pelsia 1403 state street Jennings, LA 70546 | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.334 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| Jordan Piette 2705 Ember Way Ann Arbor, MI 48104 | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.334 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| Jordan Pittman 3522 White Oak Point Dr. Conroe, TX 77304 | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.334 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| Jordan Powless 4938 Femrite Drive Madison, WI 53716 | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim** Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 555 of 1098

| 3.334<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jordan R Wilson**
**3050 California St, Apt C**
**San Francisco, CA 94115**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.334<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jordan Rader**
**1872 Laurelstone Parkway**
**Columbus, OH 43228**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.334<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jordan Seale**
**416 Cayman Ave**
**Holly Springs, NC 27540**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.334<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jordan Silverberg**
**314 n greenbay rd unit 716**
**Waukegan, IL 60085**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.335<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jordan Surratt**
**1503 Parrish dr**
**Shelby, NC 28152**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.335<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jordan Thomas**
**huskerrstempemail@temp.com**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☐ No ☐ Yes

| 3.335 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Jordan watton**<br>**11338 West St.**<br>**Grand Blanc, MI 48439** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Marketing Influencer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.335 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Jordan Woker**<br>**6415 N East Park View St**<br>**Park City, KS 67219** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Potential warranty claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.335 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Jordan Wurm**<br>**397 W Harbor Hwy**<br>**maple city, MI 49664** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Potential warranty claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.335 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Jordin Lester**<br>**1710 Potomac Avenue**<br>**Pittsburgh, PA 15216** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Potential warranty claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.335 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Jordy Lopez**<br>**125 Hobart Avenue**<br>**Bayonne, NJ 07002** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Marketing Influencer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.335 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Jordyn Sanchez**<br>**3311 Massee Rd**<br>**Davenport, FL 33837** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Marketing Influencer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 557 of 1098

| 3.335 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jorge A Huerta**
1112 Terry Lane
Tracy, CA 95376

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.335 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jorge Carrillo**
119 S Magnolia Ave
Apt 8
Anaheim, CA 92804

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.336 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jorge Garcia**
2045 stonegate valley dr
Tyler, TX 75703

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.336 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jorge Vasquez**
200 Calle Del Rey SW
Albuquerque, NM 87121

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.336 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jory Heyen**
34 Big Sky Drive
Glendive, MT 59330

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.336 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Josael Flores**
1489 Newton Street Northwest #31
Washington, DC 20010

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 558 of 1098

| 3.336 4 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Jose Baltazar Ascencio**
**19115 Treemill CT**
**Katy, TX 77449**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

| 3.336 5 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Jose barraza**
**jbarrazajr16@gmail.com**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

| 3.336 6 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Jose Barrientos**
**301 s 49th st apt 4**
**Mcallen, TX 78501**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

| 3.336 7 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Jose Blas**
**1154 Parkside St #8**
**Salinas, CA 93906**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

| 3.336 8 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Jose carrizales**
**115 N Vinton ST**
**Pearsall, TX 78061**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

| 3.336 9 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Jose Garcia**
**127 Dolshire Drive**
**North Syracuse, NY 13212**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 559 of 1098

| 3.337.0 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Jose Garcia**
**Saywowphotos@gmail.com**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.337.1 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Jose Garcia**
**3847 Western Ave**
**Los Angeles, CA 90062**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.337.2 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Jose Gutierrez**
**9319 Wellfleet Drive**
**Bakersfield, CA 93313**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.337.3 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Jose Hernandez**
**Ratedhugo@gmail.com**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.337.4 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Jose Hernandez**
**1789 Rex Street**
**SAN MATEO, CA 94403**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.337.5 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Jose L Rosado**
**7906 N Silver Ranch Rd.**
**Eagle Mountain, UT 84005**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 560 of 1098

| 3.337 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jose Luis Maldonado jr**
427 Vine Street
Clearfield, UT 84015

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.337 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jose Magana**
2280 University Ave
East Palo Alto, CA 94303

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.337 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jose Marie Bacaltos**
10148 Nichols street
Bellflower, CA 90706

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.337 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jose Martinez**
622 Shane St
Weslaco, TX 78596

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.338 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jose Menocal**
1040 Orchard Street #B
north brunswick, NJ 08902

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.338 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jose Morales**
slummpyj@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 561 of 1098

| 3.338 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jose Ortiz**
**687 Oak Grove Road**
**Flat Rock, NC 28731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.338 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jose Ortiz**
**2510 Vale Ct**
**Orlando, FL 32817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.338 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jose Quinones**
**205 Lee Avenue**
**Horseheads, NY 14845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.338 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jose Reyes Blancas**
**29911 Kratka Ridge Ln.**
**Menifee, CA 92586**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.338 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jose Rodriguez**
**508 Gale Street Apartment 67**
**Laredo, TX 78041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.338 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jose Rosario**
**59 Henry Court**
**lacaster, PA 17601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 562 of 1098

| 3.338 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jose Tomlinson**
kongstyle101@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Infuencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.338 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jose Valladolid**
2425 W. Burnham St.
Milwaukee, WI 53204

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.339 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jose Vaquera III**
2109 Sungate Dr.
New Braunfels, TX 78130

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.339 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jose W Baez Diaz**
1237 Lake Baldwin Ln Unit 306
Orlando, FL 32814-6810

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.339 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joseph Allen**
502 May Street
St. George, SC 29477

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.339 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joseph Augusta**
4644 w. cholla st
Glendale, AZ 85304

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 563 of 1098

| 3.339 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joseph Bader**
sirjebstar@gmail.com

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

| 3.339 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joseph Bender**
3001 RT 130 #90C
Delran, NJ 08075

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

| 3.339 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joseph Burdette**
204 S Lafayette St
Tuscumbia
Alabama., AL 35674

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

| 3.339 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joseph Craig Jr**
broccolijoetv@gmail.com

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

| 3.339 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joseph Davignon**
309 S Barton Street
Johnson City, TN 37604

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

| 3.339 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joseph Duggan**
2111 Newberry Drive
Lenoir City, TN 37772

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 564 of 1098

| 3.340 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joseph E Duke**
932 South Douglas Avenue
Nashville, TN 37204

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joseph Eslao**
1238 Hartford Turnpike
Apartment # 101
Vernon, CT 06066

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joseph Fouts**
10332 Evening Vista Drive
Peyton, CO 80831

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**joseph gabriel fortner**
634 Cannafax Road
Barnesville, GA 30204

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joseph Grego**
24 Radke Lane
Elkton, MD 21921

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JOSEPH H RICHTER**
12 BRAYFIELD CT.
STONY POINT, NY 10980

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 565 of 1098

| 3.340 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Joseph H. Ganoe**
1025 Foreman Lane
Winchester, VA 22603

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Joseph Hayden Nicely-Ganoe**
1025 Foreman Lane
Winchester, VA 22603

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**JOSEPH Hiatt**
523 Cleveland St, APT 3
Woodland, CA 95695

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Joseph Hinsey-Hartwick**
1338 Solano Dr
Sidney, NE 69162

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Joseph Ines**
160 FRANKLIN STREET
Elmont, NY 11003

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Joseph Kuehnle**
4009 Ponder Drive
Cincinnati, OH 45245

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

| 3.341 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joseph Lamb**
2548 Barnwood Drive
Wexford, PA 15090

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joseph Lecce**
91-B Jersey street
West Babylon, NY 11704

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joseph Leigeber**
IAmBigshotGaming@Gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joseph Lopez**
1106 West Yale Street
Ontario, CA 91762

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joseph Loudermilk**
653 Osage Dr
Soddy Daisy, TN 37379

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joseph Mario Vera**
13758 Kendale Lakes Dr
Miami, FL 33183

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 567 of 1098

---

| 3.341 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joseph Martinez**
**622 Shane Street**
**WESLACO, TX 78596**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joseph McCreavy**
**23 Leapson Lane**
**Doylestown, PA 18901-2651**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joseph Millard**
**124 Oleander Court**
**Vallejo, CA 94591**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joseph Morris**
**303 dorthy drive**
**YORKTOWN, VA 23692**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joseph Mulherin**
**155 Fern Ledge Rd**
**Sheldon, TN 05483**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joseph Mundella**
**1167 Jonah Dr**
**North Port, FL 34289**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 568 of 1098

| 3.342 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joseph Mundella**
1167 Jonah Dr
North Port, FL 34289

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joseph Nagbe**
5437 Malcolm street
Philadelphia, PA 19143

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joseph Otteni**
667 Scott Ridge Road
Harmony, PA 16037

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joseph Pemberton**
7125 France Ave N
Brooklyn Center, MN 55429

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joseph Peterson**
646 East 350 North
Provo, UT 84606

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joseph Phan**
2817 Stageline Drive
Raleigh, NC 27603

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 569 of 1098

Name

---

| 3.343 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Joseph Pomeroy**
**13223 E 55th Dr**
**Yuma, AZ 85367**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Joseph revak**
**11054 E DOGWOOD DR**
**GULFPORT, MS 39503**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Joseph Russell**
**joeypaulrussell@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Joseph Santos**
**49 ash st**
**Townsend, MA 01469**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Joseph Shaheen**
**173 Grogans Point Road**
**Spring, TX 77380**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**JOSEPH SIMCIC**
**1220 state route 193**
**Jefferson, OH 44047**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 570 of 1098

| 3.343 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joseph Stickney**
1010 16th Terrace
Key west, FL 33040

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**joseph stoker**
12650 danielson ct
Poway, CA 92064

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joseph Tambone**
985 Jennings Street
Apt 1
Bronx, NY 10460

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joseph Timberlake**
68237 State Route 124
Reedsville, OH 45772

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joseph Trevizo**
4336 W Northgate Dr. #254
Irving, TX 75062

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joseph Vera**
swifthatake@gmail.com

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 571 of 1098

| 3.344 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Joseph Verhoef**
4582 Heil Ave
Apt 1
Huntington Beach, CA 92649

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.344 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Joseph Victor Estolas**
5 Pacific Bay Circle
#208
San Bruno, CA 94066

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.344 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Joseph Volosen**
420 Brushy Creek
Victoria, TX 77904

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.344 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Joseph W Rucker III**
54 Bridgewater Trail
Hudson, WI 54016

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.344 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Joseph Walker**
1015 Arleo Ln
Fircrest, WA 98466

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.344 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Joseph Walkowiak**
4081 Timberland Dr
Chesterton, IN 46304

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 572 of 1098

| 3.344 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**joseph yandolino**
2017 INGLIS WAY #B
Roseville, CA 95678-4211

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.344 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Joseph Young**
1016 North 13th Street
Boise, ID 83702

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.345 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Josephine gehret**
306 west ave
Pitman, NJ 08071

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.345 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Josh Allard**
15015 Hidden Clover Cir
Cypress, TX 77433

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.345 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Josh Fox**
stingrl101@gmail.com

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.345 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Josh Giberson**
104 Donna Cir
Winchester, VA 22602

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 573 of 1098

| 3.345 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Josh Gordon
8418 Lake Otis Parkway
Anchorage, AK 99507

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

| 3.345 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Josh Hoke
6869 Triton Cir
Ooltewah, TN 37363

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

| 3.345 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Josh Hoke
6869 Triton Cir
Ooltewah, TN 37363

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

| 3.345 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Josh Jones
32 Bovell Ave
Perth, WA 06285

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

| 3.345 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Josh Kugler
679 Bristol Creek Dr
Nashville, TN 37221

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

| 3.345 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Josh McIntosh
1851 Box Canyon Rd
Ione, WA 99139

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 574 of 1098

| 3.346 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Josh Milmine**
**1 McMaster Dr**
**Caledonia, Ontario N3W 1G8**
**CANADA**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Josh Smail**
**464 Presidential Ct**
**Youngstown, OH 44512**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Josh Stockton**
**24881 E 93rd Ct S**
**Broken Arrow, OK 74014**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Joshua Achuff**
**32 Canterbury Drive**
**Kennett Square, PA 19348**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Joshua Allen**
**2441 McDivitt Dr Box 275**
**Nanoose Bay, British Columbia**
**CANADA**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Joshua Allison**
**5511 Baum Blvd Apt 5**
**Pittsburgh, PA 15232**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 575 of 1098

Name

---

**3.346 6**

**Nonpriority creditor's name and mailing address**

**Joshua Antone**
xxantonexx3@aim.com

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.346 7**

**Nonpriority creditor's name and mailing address**

**Joshua Arnold**
12 County Rd. 740
Enterprise, AL 36330

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.346 8**

**Nonpriority creditor's name and mailing address**

**Joshua Bazan**
2583 Poinsettia Pl
Ingleside, TX 78362

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.346 9**

**Nonpriority creditor's name and mailing address**

**Joshua Blanton**
1318 Overland Drive
apt 101
San Mateo, CA 94403

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.347 0**

**Nonpriority creditor's name and mailing address**

**Joshua Briggs**
1100 N Fayette St #1410
Alexandria, VA 22314

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.347 1**

**Nonpriority creditor's name and mailing address**

**Joshua Broussard**
912 LOUISA AVE
RAYNE, LA 70578-7230

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 576 of 1098

| 3.347 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joshua Broussard**
Broj8934@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.347 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joshua Brunzell**
3005 W. Stolley Park Rd. #28
Grand Island, NE 68801

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.347 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joshua Burks-McCormick**
253 East Meyers St
PITTSBURGH, PA 15210

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.347 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joshua C. Hahn**
111 N Main St,
Bloomdale, OH 44817

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.347 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joshua Christiaan**
45B seine road forrest hill
Auckland 620
NEW ZEALAND

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.347 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joshua Coderre**
15 Black Walnut dr
COVENTRY, RI 02816

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 577 of 1098

| 3.347<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joshua Conley**
**27842 Recanto**
**San Antonio, TX 78260**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joshua Crowell**
**1 Rose Ln**
**Andover, CT 06232**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joshua Delarosa**
**2760 Mayport RD**
**APT 416**
**atlantic beach, FL 32233**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joshua Derner**
**1223 N Concord St**
**Davenport, IA 52804**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joshua Eden**
**18138 Upland Dr SE**
**Yelm, WA 98597**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joshua Elliott**
**155 Silverado Skies Link**
**Calgary AB T2X 0K8**
**CANADA**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 578 of
1098

| 3.348 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joshua Fram**
17 Hendrickson Rd
Lawrenceville, NJ 08648

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.348 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joshua Fryery-Bass**
825 Goff St, Apt 204
Norfolk, VA 23504-2751

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.348 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joshua G M Kealoha**
15 Kulanihakoi St. 15A
Kihei, HI 96753

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.348 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joshua Haley**
1604 sage tree dr.
Zebulon, NC 27597

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.348 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joshua Han**
26640 Via Bellazza
Valencia, CA 91381

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.348 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joshua Hoke**
thor5454@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 579 of 1098

| 3.349 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Joshua Janes**
**113 Sparrowhawk Drive**
**Fort McMurray AB T9K 0L4**
**CANADA**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Joshua Johns**
**22023 Cascade Hollow Lane**
**Spring, TX 77379**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Joshua Johnson**
**exccyn1234@gmail.com**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Joshua Kratz**
**2145 Skyline Drive**
**Slatington, PA 18080**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Joshua L White**
**7 WILLOW LANE, N/a**
**SARTELL, MN 56377**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Joshua Lawrence**
**12363 Coal River Rd.**
**Seth, OH 25181**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 580 of 1098

| 3.349 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Joshua Lee** 31437 Heatherstone Drive Wesley Chapel, FL 33543 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Potential warranty claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.349 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Joshua lee** 6111 W Darby Ave Las Vegas, NV 89146 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Potential warranty claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.349 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Joshua Lee Pearsey** 2610 Allen St, Apt 2212 Dallas, TX 75204 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Potential warranty claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.349 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Joshua Luckman** 10 Jillian Court Gracemere Gracemere Queensland 4702 AUSTRALIA | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Marketing Influencer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.350 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Joshua Manlutac** 13161 Via Canyon Dr San Diego, CA 92129 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Potential warranty claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.350 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Joshua Marek** 6325 Brecksville Rd Independence, OH 44131 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Marketing Influencer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396  Doc# 32  Filed: 05/05/22  Entered: 05/05/22 12:11:36  Page 581 of 1098

| 3.350 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joshua Martin**
W1628 County rd O
Oconomowoc, WI 53066

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joshua Martin**
10955 May Rd
Wattsburg, PA 16442

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joshua Mickels**
619 SUE DR
JEFFERSON CITY, MO 65109

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joshua Naillon**
215 N Gladys St, Apt 1906
Leesville, LA 71446

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joshua Nelson**
2841 courtland Blvd
Deltona, FL 32738

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joshua Norena**
213 E Eagle street Apt 1
East Boston, MA 02128

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 582 of 1098

| 3.350 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joshua Ortiz**
30170 W Fairmount Ave
Buckeye, AZ 85396

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joshua Pagel**
100 Southard Pl
South Roxana, IL 62087

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joshua Panaccione**
335 Oak Leaf Cir
Lake Mary, FL 32746-3052

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joshua Paul Gebhardt**
7328 N Marigold CT
Warrenton, VA 20187

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joshua Pearson**
9475 Palladium Heights #409
Colorado Springs, CO 80920

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joshua Plicque**
3034 Belden St
Apt 3
Jacksonville, FL 32207

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 583 of 1098

| 3.351 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Joshua Prior** | ■ Contingent | |
| **1350 Trails End Rd** | ■ Unliquidated | |
| **Eureka, CA 95503** | ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Potential warranty claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.351 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Joshua R Willey** | ■ Contingent | |
| **4762 Astral St** | ■ Unliquidated | |
| **Jacksonville, FL 32205** | ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Potential warranty claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.351 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Joshua Rhoades** | ■ Contingent | |
| **219 E Era Ave** | ■ Unliquidated | |
| **Arco, ID 83213** | ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Marketing Influencer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.351 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Joshua Roberts** | ■ Contingent | |
| **323 Hill Street** | ■ Unliquidated | |
| **Lebanon, TN 37087** | ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Marketing Influencer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.351 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Joshua Rollain** | ■ Contingent | |
| **75 Mill Rd** | ■ Unliquidated | |
| **Buffalo, NY 14204** | ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Marketing Influencer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.351 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Joshua Ruiz** | ■ Contingent | |
| **6015 47th ave south** | ■ Unliquidated | |
| **Seattle, WA 98118** | ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Marketing Influencer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 584 of 1098

| 3.352 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Joshua Rusche** <br> **3536 Caberfae St Nw** <br> **Grand Rapids, MI 49544** | ■ Contingent <br> ■ Unliquidated <br> ■ Disputed | |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer** <br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.352 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Joshua Sharon** <br> **100 Bicentennial Circle apt 261** <br> **Sacramento, CA 95826** | ■ Contingent <br> ■ Unliquidated <br> ■ Disputed | |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim** <br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.352 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Joshua Sheldon** <br> **11312 N Wallace Ave** <br> **Kansas City, MO 64157** | ■ Contingent <br> ■ Unliquidated <br> ■ Disputed | |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer** <br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.352 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Joshua Sutton** <br> **31012 Huntwood Ave** <br> **Hayward, CA 94544** | ■ Contingent <br> ■ Unliquidated <br> ■ Disputed | |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim** <br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.352 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Joshua Teabo** <br> **1210 Cedar Grove Drive** <br> **Apt 3301** <br> **Raleigh, NC 27607** | ■ Contingent <br> ■ Unliquidated <br> ■ Disputed | |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim** <br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.352 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Joshua Tew** <br> **2403 Longfellow Ct** <br> **Frederick, MD 21702** | ■ Contingent <br> ■ Unliquidated <br> ■ Disputed | |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer** <br> Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 585 of 1098

| 3.352 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Joshua Toth** | ■ Contingent | |
| **1006 petty road** | ■ Unliquidated | |
| **White bluff, TN 37187** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** Potential warranty claim | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.352 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **joshua vargas** | ■ Contingent | |
| **294 Meridian St** | ■ Unliquidated | |
| **Groton, CT 06340** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** Marketing Influencer | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.352 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Joshua Weidner** | ■ Contingent | |
| **324 E 3rd St.** | ■ Unliquidated | |
| **Peru IN, IN 46970** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** Marketing Influencer | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.352 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Joshua Wilson** | ■ Contingent | |
| **22 oakspring dr** | ■ Unliquidated | |
| **west monroe, LA 71291** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** Potential warranty claim | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.353 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Joshua Wolff** | ■ Contingent | |
| **817 Alec Ct** | ■ Unliquidated | |
| **Nolensville, TN 37135** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** Potential warranty claim | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.353 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Josue Cruz** | ■ Contingent | |
| **11311 Emerald Shore Dr** | ■ Unliquidated | |
| **Riverview, FL 33579** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** Potential warranty claim | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 586 of 1098

| 3.353 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Josue ruiz**
**1331 bellevue St Lot 140**
**Green Bay, WI 54302**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

**Nonpriority creditor's name and mailing address**
**Jovanni Torres**
**136 Justin Ct**
**Rocky Mount, NC 27804**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

**Nonpriority creditor's name and mailing address**
**Jovanny Maculatl**
**6540 Anchor Loop**
**Building 17 Apt 30**
**Bradenton, FL 34212**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

**Nonpriority creditor's name and mailing address**
**Joy Roth**
**4625 West 8th Street**
**Winona, MN 55987**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

**Nonpriority creditor's name and mailing address**
**Jozef Rivera**
**Jo@JoAfterWork.com**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

**Nonpriority creditor's name and mailing address**
**JR Ransdell**
**jrdr24@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

Claim item numbers: 3.353 3, 3.353 4, 3.353 5, 3.353 6, 3.353 7. Each listed claim amount is **Unknown**.

Case: 22-40396  Doc# 32  Filed: 05/05/22  Entered: 05/05/22 12:11:36  Page 587 of 1098

| 3.353 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**jstin Macminn**
370 Melin Ave
Ben Lomond, CA 95005

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 9 |

**JT Brinson**
288 South 4th Street
Apt 8
Jesup, GA 31545

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.354 0 |

**Juan**
8413 E Vista Dr
Scottsdale, AZ 85250

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.354 1 |

**Juan Alfaro**
6440 S Castleford Dr
Taylorsville, UT 84129

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.354 2 |

**Juan Alvarez**
340 East 90th Street, 3A
New York, NY 10128

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.354 3 |

**Juan Bosques**
422 Cherry St.
Camden, NJ 08102

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 588 of 1098

| 3.354.4 | | | Unknown |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Juan Chavez
3009 N Sheri St
Orange, CA 92865

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.354.5 | | | Unknown |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
juan diego alana vasquez
11419 solaya way apartment 106
orlando, FL 32821

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.354.6 | | | Unknown |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Juan Elizondo
5807 STILL FOREST DR
Dallas, TX 75252

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.354.7 | | | Unknown |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Juan Reyes
112 California Ave
Providence, RI 02905

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.354.8 | | | Unknown |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Juan Rivera
828 Azalea Ave
APT A
Richmond, VA 23227

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.354.9 | | | Unknown |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Juan Valencia
P.O. Box 70
Rock Island, WA 98850

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.355 0**

**Nonpriority creditor's name and mailing address**

**Jubal J. Perez Ortiz**
**Mirador Universitario Calle 14 L5**
**Cayey 736**
**PUERTO RICO**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.355 1**

**Nonpriority creditor's name and mailing address**

**Jude Morey**
**1215 N State Ave**
**Indianapolis, IN 46201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.355 2**

**Nonpriority creditor's name and mailing address**

**Judith A Anderson**
**13166 N Santiam LN SE**
**Aumsville, OR 97825**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.355 3**

**Nonpriority creditor's name and mailing address**

**Jules Aspinall**
**quokkatv@outlook.com**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.355 4**

**Nonpriority creditor's name and mailing address**

**Julia Aspinall**
**3813 Munn Rd**
**Victoria BC V9E 1C8**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.355 5**

**Nonpriority creditor's name and mailing address**

**Julia Tranfaglia**
**1267 South Adams Street**
**Glendale, CA 91205**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.355 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Julian Altomare-Leandro**
**4897 Dundas Street West**
**Toronto ON M9A 1B2**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Julian Drabic**
**162 STATE ST**
**Apt #2**
**RUTLAND, VT 05701-2759**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Julian Giuntini-Blakely**
**11725 NW Winter Park Terrace**
**UNIT 302**
**Portland, OR 97229**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Julian Polo**
**polovibes@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Julian W Spath**
**2913 E STRATHMORE AVE**
**Baltimore, MD 21214**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Julianna Peres**
**125 Birch Rd**
**Storrs Mansfield, CT 06268**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 591 of 1098

| 3.356<br>2 | Nonpriority creditor's name and mailing address<br>**Julie Morell**<br>**29 Candlelight Dr.**<br>**Woodstown, NJ 08098** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356<br>3 | Nonpriority creditor's name and mailing address<br>**Julie Roitman**<br>**27 Polo Club Circle**<br>**Denver, CO 80209** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356<br>4 | Nonpriority creditor's name and mailing address<br>**Julie Steadman-Bowers**<br>**17 Roslyn Gardens**<br>**ELizabeth Bay New South Wales 2011**<br>**AUSTRALIA** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356<br>5 | Nonpriority creditor's name and mailing address<br>**Julie Stojack**<br>**11611 Dyer St Apt 1709**<br>**El Paso, TX 79934** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356<br>6 | Nonpriority creditor's name and mailing address<br>**JULIEN DAVI**<br>**28 RUE JEANNE MAILLOTTE a62**<br>**59110 LA MADELEINE**<br>**W. EUROPE** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356<br>7 | Nonpriority creditor's name and mailing address<br>**Julien Delaney**<br>**11216 Beauclaire Boulevard**<br>**Fredericksburg, VA 22408** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 592 of 1098

| 3.356 8 | **Nonpriority creditor's name and mailing address**<br>**Julio Ferreira**<br>7540 Charmant Drive, Unit 1211<br>San Diego, CA 92122 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:**  Potential warranty claim<br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.356 9 | **Nonpriority creditor's name and mailing address**<br>**Julliette Lewis**<br>julesbjorn@gmail.com | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:**  Marketing Influencer<br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.357 0 | **Nonpriority creditor's name and mailing address**<br>**Jungle Scout**<br>2021 E. 5th Street<br>Austin, TX 78702 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:**  Trade debt<br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.357 1 | **Nonpriority creditor's name and mailing address**<br>**Junior Ayala**<br>1910 West Palmyra Ave Unit 103<br>Orange County, CA 92868 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:**  Potential warranty claim<br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.357 2 | **Nonpriority creditor's name and mailing address**<br>**Juno Chaplin**<br>1204 16th Ave Apt 2<br>Rockford, IL 61104-5338 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:**  Marketing Influencer<br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.357 3 | **Nonpriority creditor's name and mailing address**<br>**Justen T. Hall**<br>21475 Martin Rd<br>Montgomery, TX 77316 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:**  Potential warranty claim<br>Is the claim subject to offset? ☐ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 593 of 1098

| 3.357 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Justice Babb**
**1434 Twin Peaks SE**
**Marietta, GA 30060**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Justice Slocum**
**900 w Temple St APT 523**
**Los Angeles, CA 90012**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Justin A Nitti**
**925 ALTON CT**
**WINTHROP HARBOR, IL 60096-1638**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Justin Albano**
**2006 Harrison Avenue**
**San Mateo, CA 94403**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Justin Bains**
**2204-13303 Central Ave**
**Surrey BC V3T 0K6**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**JUSTIN C TING**
**UNIT #6813, 2046 BARNETT AVE**
**QUANTICO, CA 22134**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 594 of 1098

| 3.358 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Justin Curtice**
**627 Asbury Station Road**
**Logan Township, NJ 08085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Justin Davison**
**jaboodystudios@gmail.com**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Justin Davison**
**1214 Richland Hills**
**San Antonio, TX 78251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Justin Davison**
**2786 N. Anchor Ave**
**Orange, CA 92865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Justin DeJan**
**333 Linda Way**
**Apt 32**
**El Cajon, CA 92020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**justin Doyle**
**633 east main street apartment 322**
**louisville, IN 40202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 595 of 1098

| 3.358 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| Justin Durenberger | ■ Contingent | |
| 8028 Gravenstein Highway | ■ Unliquidated | |
| Cotati, CA 94931 | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** Marketing Influencer | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.358 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| Justin Durham | ■ Contingent | |
| 3402 Ridgemont Ave. | ■ Unliquidated | |
| Memphis, TN 38128 | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** Marketing Influencer | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.358 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| Justin Duvall | ■ Contingent | |
| malic.tolsen@gmail.com | ■ Unliquidated | |
| | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** Marketing Influencer | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.358 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| Justin Elias | ■ Contingent | |
| 881 20th Avenue | ■ Unliquidated | |
| Silvis, IL 61282 | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** Marketing Influencer | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.359 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| Justin Felish | ■ Contingent | |
| Po Box 922 | ■ Unliquidated | |
| Onalaska, WA 98570 | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** Marketing Influencer | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.359 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| Justin G Stinnett | ■ Contingent | |
| 942 N Date | ■ Unliquidated | |
| Mesa, AZ 85201 | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** Potential warranty claim | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 596 of 1098

| 3.359 2 | **Nonpriority creditor's name and mailing address**<br>**Justin Ganshaw**<br>**805 Harbor Town Ln Apt 1017**<br>**Martinez, GA 30907**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _Potential warranty claim_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|
| 3.359 3 | **Nonpriority creditor's name and mailing address**<br>**Justin Lane**<br>**controlledpairsgaming@gmail.com**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _Marketing Influencer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.359 4 | **Nonpriority creditor's name and mailing address**<br>**Justin Lewis**<br>**150 McDonald St**<br>**Whitmire, SC 29178**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _Potential warranty claim_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.359 5 | **Nonpriority creditor's name and mailing address**<br>**Justin Leyva**<br>**3920 Yellowstone circle**<br>**Chino, CA 91710**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _Potential warranty claim_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.359 6 | **Nonpriority creditor's name and mailing address**<br>**Justin Maholik**<br>**35551 Sarasota Street**<br>**Round Hill, VA 20141**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _Marketing Influencer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.359 7 | **Nonpriority creditor's name and mailing address**<br>**Justin Mahoney**<br>**20 Lake Ave**<br>**Louisville, AL 40206**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _Potential warranty claim_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 597 of 1098

**3.3598**

Nonpriority creditor's name and mailing address

**Justin Manson**
**Gekkzz@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3599**

Nonpriority creditor's name and mailing address

**Justin McDonald**
**5268 N Leonard**
**Clovis, CA 93619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3600**

Nonpriority creditor's name and mailing address

**Justin McLendon**
**2126 High Ave**
**Panama City, FL 32405**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3601**

Nonpriority creditor's name and mailing address

**Justin Morrissey**
**267 East 236th Street**
**Bronx, NY 10470**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3602**

Nonpriority creditor's name and mailing address

**Justin Morrissey**
**justinmorrissey22@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3603**

Nonpriority creditor's name and mailing address

**Justin Pelt**
**3800 Montrose Blvd**
**Houston, TX 77006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 598 of 1098

| 3.360 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Justin Peoples**
5941 Havener House way
Centerville, VA 20120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.360 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Justin Rice**
2170 THOUSAND OAKS DR
APT 1424Q
SAN ANTONIO, TX 78232-2665

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.360 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Justin Rogers**
24401 Brown Rd
Canyon, CO 79015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.360 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Justin Salinas**
4018 Carmel Ridge Way
Pasadena, TX 77503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.360 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Justin Santagiuliana**
1599 Stephenson Mill road
Verona, KY 41092

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.360 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Justin Santiago**
474 Warren Street, Apartment 2910
Jersey City, NJ 07302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☒ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 599 of 1098

| 3.361 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Justin Simsay**
754 Great Pond Rd
Aurora, ME 04408

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.361 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Justin Soto**
414 13st Box 52613
Dover AFB, DE 19902

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.361 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Justin Stender**
19208 Buckboard Cir
Belle Fourche, SD 57717

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.361 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Justin Supple**
1610 Front Street
Keeseville, NY 12944

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.361 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Justin Thomas Combs**
23724 highway tt
ash grove, MO 65604

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.361 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Justin Touby**
1260 St Rt 97 Lot. 45
Bellvile, OH 44815

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396 Doc# 32 Filed: 05/05/22 Entered: 05/05/22 12:11:36 Page 600 of 1098

| 3.361 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Justin Tyner**
1620 Morning Glory Ln
Essex, MD 21221

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Justin Van Anden**
568 W. Deans Mill Rd
West Coxsackie, NY 12192

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Justin Verdugo**
10227 Hester Ave
Whittier, CA 90603

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Justin Veshia**
6 Robin Court
Wynantskill, NY 12198

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Justin Waddell**
5628 Walden Farm Drive
Powder Springs, GA 30127

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Justin Ward**
206 8th ST W
Park Rapids MN, MN 56470

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 601 of 1098

| 3.362 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Justin Warner Byington**
525 SE 28TH AVE APT 6
PORTLAND, OR 97214

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Justin West**
703 West Main Street
Pierce, NE 68767

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Justin Woodhouse**
9677 Eagle Ranch Road Northwest
Apt 1715
Albuquerque, NM 87114

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Justin Zakrzeski**
660 Ralph McGill Blvd NE Apt 4214
Atlanta, GA 30312

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Juston Eubanks**
15 Carter Drive
Chelmsford, MA 01824

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,499.90** |
|---|---|---|---|

**Justworks**
Attn:  Benjamin Mead
1975 Hamilton Avenue
benjamin.mead@justworks.com
San Jose, CA 95125

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Payroll service

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 602 of 1098

| 3.362 8 | **Nonpriority creditor's name and mailing address** **Justworks Employment Group, LLC** 55 Water Street, 29th Floor New York, NY 10041-0008 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Employment services Is the claim subject to offset? ☐ No ☐ Yes | |
| 3.362 9 | **Nonpriority creditor's name and mailing address** **Justyce Jones** 32058 Woodside Court Temecula, CA 92592 | **As of the petition filing date, the claim is:** Check all that apply. ■ Contingent ■ Unliquidated ■ Disputed | **Unknown** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Marketing Influencer Is the claim subject to offset? ☐ No ☐ Yes | |
| 3.363 0 | **Nonpriority creditor's name and mailing address** **Justyn Fontaine** #24 Rosenthal Estates Stony Plain AB T7Z 2S1 CANADA | **As of the petition filing date, the claim is:** Check all that apply. ■ Contingent ■ Unliquidated ■ Disputed | **Unknown** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Marketing Influencer Is the claim subject to offset? ☐ No ☐ Yes | |
| 3.363 1 | **Nonpriority creditor's name and mailing address** **K4BLEx** dfrias28@gmail.com | **As of the petition filing date, the claim is:** Check all that apply. ■ Contingent ■ Unliquidated ■ Disputed | **Unknown** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Marketing Influencer Is the claim subject to offset? ☐ No ☐ Yes | |
| 3.363 2 | **Nonpriority creditor's name and mailing address** **Kade Krog** 28 Poplar Circle Lisbon, ME 04250 | **As of the petition filing date, the claim is:** Check all that apply. ■ Contingent ■ Unliquidated ■ Disputed | **Unknown** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Marketing Influencer Is the claim subject to offset? ☐ No ☐ Yes | |
| 3.363 3 | **Nonpriority creditor's name and mailing address** **kaden do** 1317 SE 177th Avenue Vancouver, WA 98683-7218 | **As of the petition filing date, the claim is:** Check all that apply. ■ Contingent ■ Unliquidated ■ Disputed | **Unknown** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Potential warranty claim Is the claim subject to offset? ☐ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 603 of 1098

| 3.363 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Kadence Slane** | ■ Contingent | |
| **5701 S Lagoon Dr** | ■ Unliquidated | |
| **Panama City Beach, FL 32408** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.363 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Kady Clark** | ■ Contingent | |
| **641 W Farm Rd 182** | ■ Unliquidated | |
| **APT B301** | ■ Disputed | |
| **Springfield, MO 65810** | | |
| Date(s) debt was incurred _ | Basis for the claim: **Marketing Influencer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.363 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Kaemon Hastings** | ■ Contingent | |
| **6019 Creekwood Pass** | ■ Unliquidated | |
| **Spring Branch, TX 78070** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.363 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Kai Gen** | ■ Contingent | |
| **11188 W Barden Tower Dr** | ■ Unliquidated | |
| **Boise, ID 83709** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.363 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Kai McCasker** | ■ Contingent | |
| **182 High Road** | ■ Unliquidated | |
| **Burpengary East Queensland 4505** | ■ Disputed | |
| **AUSTRALIA** | | |
| Date(s) debt was incurred _ | Basis for the claim: **Marketing Influencer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.363 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Kai Shields** | ■ Contingent | |
| **Unit 200225 Box 212** | ■ Unliquidated | |
| **FPO, AP 96602-2502** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 604 of 1098

| 3.364 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kai Shields**
**Unit 200225 Box 212**
**FPO, AP 96602-2502**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kaiden Woodward**
**4707 W COPPER SKY DR**
**South Jordan, UT 84009**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kaine Lopez**
**7607 Fondren Rd**
**Houston, TX 77074**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kaitlin Ha**
**308 Wellesley DR SE**
**Albuquerque, NM 87106**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kaitlin Ha**
**kaitlinlha@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kaitlyn Hatley**
**3747 32nd Street, Unit #3**
**San Diego, CA 92104**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 605 of 1098

| 3.364 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kaitlyn Hatley**
Calikaittv@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kaitlyn Siragusa**
amouranthtempemail@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kaitlyn Woolford**
47 Wentworth Ct
Westminster, MD 21158

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kaj Matsch**
1359 NW Withrow Ct
Mountain Home, ID 83647

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kaj Schintz**
Hobbemastraat 88
Deventer, Overijssel 7412 PG
NETHERLANDS

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kaleb Thuma**
73-4339 Heohe place
Kailua-Kona, HI 96740

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 606 of 1098

| 3.365 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kallel Samonte**
**127 Spanish Bay Drive**
**Sanford, FL 32771**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kameron Covall**
**1818 W 1st St**
**Aberdeen, WA 98520**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kameron Lang**
**7014 albervan street**
**Shawnee, KS 66216**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kameron Schumann**
**1156 PR 4531**
**Dime Box, TX 77853**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kamyar Sajjadi**
**32 Sunrise Ave**
**Worcester, MA 01606**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Karandeep Mangat**
**215 E Mountain Sage Dr**
**Phoenix, AZ 85048**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 607 of 1098

| 3.365 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Karaya Johnson**
6732 W Coal Mine Ave
unit 235
littleton, CO 80123

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Karen Hogue**
9317 Brenda Ave
Saint Louis, MO 63123

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Karina Ochoa**
2720 N trot st.  Apt#2
Chicago, IL 60647

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Karl Delatorre**
P.O. Box 8652
Agat, Guam
GUAM  96928

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Karl Heine**
PO 1415
Norwalk, CT 06856

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Karlee Godin**
karistreams@gmail.com

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 608 of 1098

| 3.366 4 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|---|

**Karri Marshall**
2125 W. Alex Bell Rd.
Dayton, OH 45459

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 5 | **Nonpriority creditor's name and mailing address** | **Unknown** |
|---|---|---|

**Karson Lant**
32111 Via Flores
San Juan Capisrtrano, CA 92675

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 6 | **Nonpriority creditor's name and mailing address** | **Unknown** |
|---|---|---|

**Kasey Steven Foye**
3105 S MELBOURNE ST
Salt Lake City, UT 84106

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 7 | **Nonpriority creditor's name and mailing address** | **Unknown** |
|---|---|---|

**Kassandra Tovar Segura**
6016 Montrelia Dr
Austin, TX 78724

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 8 | **Nonpriority creditor's name and mailing address** | **Unknown** |
|---|---|---|

**Kassie Rodkey**
PO Box 174
Southwest, PA 15685

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 9 | **Nonpriority creditor's name and mailing address** | **Unknown** |
|---|---|---|

**Katarzyna Borkowski**
10201 Grosvenor Place
Apt 723
North Bethesda, MD 20852

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 609 of 1098

| 3.367 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kate Edwards**
16363 130th Ave SE
Renton, WA 98058

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 1 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Kate Rasing-Neves**
2816 NW Boulder Ridge Rd
Ankeny, IA 50023

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 2 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Kate Ryan**
ithyiatv@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 3 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Katellen Loch**
495 Hexenkopf rd
Easton, PA 18042

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 4 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Katelyn Casto**
655 Goodpasture Island Rd, 183
Eugene, OR 97401

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 5 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Katharine Legg**
22 Davis Avenue
Mount Ephraim, NJ 08059

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 610 of 1098

| 3.3676 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Katherine Apodaca**
**900 S Star Rd**
**Star, ID 83669**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3677 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Katherine Greathouse**
**16951 HICKORY FOREST LN**
**WILDWOOD, MO 63011-5533**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3678 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Katherine Hedin**
**blinkblinkgames@yahoo.com**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3679 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Katherine Jackson**
**114 Clear Zpring Drive**
**Bardstown, KY 40004**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3680 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Katherine Kanthack**
**eclipsedhuntress@gmail.com**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3681 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Katherine Murray**
**504 S FRANCISCA AVE**
**REDONDO BEACH, CA 90277**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 611 of 1098

| 3.368 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kathi Akers**
4124 152ND ST SW
LYNNWOOD, WA 98087

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.368 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kathleen Ely**
175 Elmwood Avenue Apt 1
Burlington, VT 05401

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.368 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kathleen Hart**
22915 Squirrel Tree St.
Spring, TX 77389

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.368 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kathryn Bauer**
3891 County Road A
Webster, WI 54893

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.368 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**kathryn mendez**
2691 NW 44 Terr
Lauderhill, FL 33313

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.368 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kathy Bajo-Moeller**
11105 E Aspen Ave
Mesa, AZ 85208

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 612 of 1098

| 3.368 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Kathy McGregor**<br>**9 Windsor Dr**<br>**Pleasant Grove PE C0A 1P0**<br>**CANADA** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Marketing Influencer_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.368 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Kathy Pollard**<br>**2240 Edgemere Place**<br>**Marietta, GA 30062** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Marketing Influencer_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.369 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Kathy Shipman**<br>**285 Southeast Ave**<br>**Tallmadge, OH 44278** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Potential warranty claim_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.369 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Katie Elacqua**<br>katieelacqua@gmail.com | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Marketing Influencer_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.369 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Katie Gropel**<br>**1636 Toronto Road**<br>**APT 16**<br>**Springfield, IL 62712** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Marketing Influencer_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.369 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Katie Robie**<br>ninjakarate29@gmail.com | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Marketing Influencer_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 613 of 1098

| 3.369 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Katie Tollet** | ■ Contingent | |
| obkatiekat@gmail.com | ■ Unliquidated | |
| **Date(s) debt was incurred** _ | ■ Disputed | |
| **Last 4 digits of account number** _ | **Basis for the claim:** _Marketing Influencer_ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.369 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Katie Tollet** | ■ Contingent | |
| **17 Cobham Avenue** | ■ Unliquidated | |
| **Liverpool, Merseyvide L9 3BP** | ■ Disputed | |
| **ENGLAND** | **Basis for the claim:** _Marketing Influencer_ | |
| **Date(s) debt was incurred** _ | Is the claim subject to offset? ■ No ☐ Yes | |
| **Last 4 digits of account number** _ | | |

| 3.369 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Katina Foret** | ■ Contingent | |
| **230 Gloria Street** | ■ Unliquidated | |
| **Apartment D** | ■ Disputed | |
| **thibodaux, LA 70301** | **Basis for the claim:** _Marketing Influencer_ | |
| **Date(s) debt was incurred** _ | Is the claim subject to offset? ■ No ☐ Yes | |
| **Last 4 digits of account number** _ | | |

| 3.369 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Katlyn Hodges** | ■ Contingent | |
| kofykat4@gmail.com | ■ Unliquidated | |
| **Date(s) debt was incurred** _ | ■ Disputed | |
| **Last 4 digits of account number** _ | **Basis for the claim:** _Marketing Influencer_ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.369 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Katrina Cail** | ■ Contingent | |
| **1694 Shawano Avenue** | ■ Unliquidated | |
| **Apt 11** | ■ Disputed | |
| **Green Bay, WI 54303** | **Basis for the claim:** _Marketing Influencer_ | |
| **Date(s) debt was incurred** _ | Is the claim subject to offset? ■ No ☐ Yes | |
| **Last 4 digits of account number** _ | | |

| 3.369 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Kay Caswell** | ■ Contingent | |
| **511 Chyrl way** | ■ Unliquidated | |
| **Suisun city, CA 94585** | ■ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _Potential warranty claim_ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 614 of 1098

| 3.370 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kay Miller**
**410 Counrtyview Ct. Apt 3**
**Martinsville, IN 46151**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kaya Gregg**
**kayajgregg@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kayla Chambers**
**101 mallory drive**
**Goose creek, SC 29445**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kayla Kraft**
**100 DEERWOOD DR, UNIT 70**
**HUXLEY, IA 50124-9491**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kayla Mack**
**164 Gardengate Drive**
**Harvest, AL 35749**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kayla Pye**
**thatonekidd845@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 615 of 1098

| 3.370 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kayla Rice**
1778 Marlow Rd
Santa Rosa, CA 95401

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.370 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kayla Sicard**
534 W. 2nd St.
Concordia, KS 66901

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.370 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**kAYLA Watkins**
4940 Rubio Ave
Encino, CA 91436

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.370 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kaylin Williams**
1501 North Jackson St
Brookhaven, MS 39601

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.371 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kazify**
kazifytemp@temp.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.371 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kazuki Makoto**
7704 Roberts Street
Apt 312
Oneida, NY 13421

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.371 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Kazuma Hashimoto** | ■ Contingent | |
| justicekazzytwitch@gmail.com | ■ Unliquidated | |
| Date(s) debt was incurred _ | ■ Disputed | |
| Last 4 digits of account number _ | Basis for the claim: _Marketing Influencer_ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.371 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Keanu Anderson-Pola** | ■ Contingent | |
| **9114 MALABAR CANYON** | ■ Unliquidated | |
| **San-Antonio, TX 78245** | ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _Potential warranty claim_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.371 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Keanu Dimdiman** | ■ Contingent | |
| kadukununu@gmail.com | ■ Unliquidated | |
| Date(s) debt was incurred _ | ■ Disputed | |
| Last 4 digits of account number _ | Basis for the claim: _Marketing Influencer_ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.371 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Keaton Blake Brady** | ■ Contingent | |
| **7007, Dreyfuss** | ■ Unliquidated | |
| **Amarillo, TX 79106** | ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _Potential warranty claim_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.371 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Keaton Massey** | ■ Contingent | |
| **724 Crosby Ln** | ■ Unliquidated | |
| **Lot 151** | ■ Disputed | |
| **Spring City, TN 37381** | Basis for the claim: _Marketing Influencer_ | |
| Date(s) debt was incurred _ | Is the claim subject to offset? ■ No ☐ Yes | |
| Last 4 digits of account number _ | | |

| 3.371 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Keenan Carroll** | ■ Contingent | |
| **22 Trinity Way** | ■ Unliquidated | |
| **Stapledon Gardens, Massau New** | ■ Disputed | |
| **Providence** | Basis for the claim: _Marketing Influencer_ | |
| **BAHAMAS** | Is the claim subject to offset? ■ No ☐ Yes | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 617 of 1098

| 3.371 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Keiichi Sugawara**
nagai_sug@yahoo.co.jp

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Keir Gardner**
3791 Oxford Way E
Marietta, GA 30062

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Keith Allison**
51521 Shadywood
Macomb, MI 48042

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Keith Baxter**
31 mapleseed Dr
Dallas, PA 18612

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Keith D Ferguson**
3900 W Jubilee Pl
Tucson, AZ 85741

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**KEITH EDISON**
27 Oak St
RENSSELAER, NY 12144

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 618 of 1098

| 3.372 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Keith Helzer**
**2009 Gates Ct**
**Melissa, TX 75454**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.372 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Keith Kihn**
**115 Greenlee Road**
**Pittsburgh, PA 15227**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.372 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Keith McCall**
**6262 Little Lake Sawyer Drive**
**Windermere, FL 34786**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.372 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Keith McDade**
**1818 E Madison St, 622**
**Seattle, WA 98122-4985**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.372 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Keith Pentland**
**3807 Charles Ave**
**Alexandria, VA 22305**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.372 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Keith Sullivan**
**1515 Jacobs Forest Dr.**
**Conroe, TX 77384**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Case: 22-40396  Doc# 32  Filed: 05/05/22  Entered: 05/05/22 12:11:36  Page 619 of 1098

| 3.373 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kelby Lemons**
14445 NE 40th St
D102
Bellevue WA, WA 98007

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

| 3.373 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kelcie Kuhns**
kelckay@yahoo.com

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

| 3.373 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**kellan s allen**
700 South Crockett Street, apt 3
Sherman, TX 75090

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

| 3.373 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kellen Baker**
3226 Garden Acres Ct E
Jacksonville, FL 32208

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

| 3.373 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kellen Smith**
602 N 64th St
Seattle, WA 98103

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

| 3.373 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kelley McDaniel**
utaimitsumo@gmail.com

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 620 of 1098

| 3.373 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kelley smith**
25878 lingo lane
Millsboro, DE 19966

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kelli Gose**
Kellisiren@gmail.com

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kelli Gose**
3 S Broad St
Porterdale, GA 30014-3355

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kellie Baker**
43 Piper Cres
Bowmanville, Ontario L1C0Ge
CANADA

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kelly Borgstede**
2504 larkin wood drive
Missoula, MT 59804

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kelly Burger**
7084 rolling hills dr
waterford, MI 48327

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 621 of 1098

| 3.374 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Kelly D'Ambrosio** **401 Los Altos Way, Apt 302** **Altamonte Springs, FL 32714** | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Potential warranty claim** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.374 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Kelly Gallagher** **1244 FORREST LN** **Walla Walla, WA 99362** | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Marketing Influencer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.374 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Kelly Hyunh** **snaxbreak@gmail.com** | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Marketing Influencer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.374 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Kelly M. Buchanan** **32640 51st Place Southwest,** **Federal Way, WA 98023** | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Potential warranty claim** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.374 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Kelly Osteen** **19311 Olana Lane** **Huntington Beach, CA 92646** | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Marketing Influencer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.374 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Kelly Vest** **3E Mill Creek Drive** **East Greenbush, NY 12061** | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Potential warranty claim** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 622 of 1098

| 3.374 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Kellyanne Hale** | ☐ Contingent | |
| wowstarlord22@gmail.com | ☐ Unliquidated | |
| Date(s) debt was incurred _ | ☐ Disputed | |
| Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer** | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.374 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Kelvin Moon** | ☐ Contingent | |
| **1407 Potomac Ave** | ☐ Unliquidated | |
| **Lafayette, IN 47905** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Potential warranty claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.375 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Kendall Jordan** | ☐ Contingent | |
| **9324 Neils Thompson DR, STE 100 RAT5104** | ☐ Unliquidated | |
| **Austin, TX 78758** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Potential warranty claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.375 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Kendall Malone** | ☐ Contingent | |
| **701 Kelsie Ln** | ☐ Unliquidated | |
| **DeSoto, TX 75115** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Potential warranty claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.375 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Kendrick Warren** | ☐ Contingent | |
| **1208 Armorlite dr, apt #124** | ☐ Unliquidated | |
| **San Marcos, CA 92069** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Potential warranty claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.375 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Kenneth Bryan** | ☐ Contingent | |
| **105 Weatherstone Drive** | ☐ Unliquidated | |
| **Apt 102** | ☐ Disputed | |
| **Fayetteville, NC 28311** | Basis for the claim: **Marketing Influencer** | |
| Date(s) debt was incurred _ | Is the claim subject to offset? ☐ No ☐ Yes | |
| Last 4 digits of account number _ | | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 623 of 1098

| 3.375 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kenneth D Cornejo**
**12 south peach st**
**Bethpage, NY 11714**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.375 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kenneth Darling**
**50 Dean Street**
**Norton, MA 02766**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.375 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kenneth Erdman**
**1711 SE Quincy St**
**Topeka, KS 66612**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.375 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kenneth Lawson**
**15 Island Bay Avenue**
**Middle Island, NY 11953**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.375 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kenneth Lawson**
**crream@overworldtalent.com**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.375 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**kenneth parker**
**6881 SE ALBERTA AVE**
**PORTLAND, OR 97206**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 624 of 1098

| 3.376 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kenneth Pierce**
**1000 Steeple Run**
**Lawrenceville, GA 30043**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:　**Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kenneth Ryan Rutherford**
**10 Tomahawk Drive**
**Grimsby, Ontario L3M5G4**
**CANADA**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:　**Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kenneth Strauss**
**2247 Old Church Rd**
**Toms River, NJ 08753**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:　**Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kenny baker**
**2635 Midlothian Turnpike, Apt 16**
**Richmond, VA 23224**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:　**Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kent CARTWRIGHT**
**27704 Sky Lake Circle**
**Wesley Chapel, FL 33544**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:　**Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kent Sprigg Torell**
**7246 AQUINAS AVE**
**RALEIGH, NC 27617**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:　**Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kenzi Trembula**
businesskjt02@yahoo.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kerry kettelkamp**
4132 w 30th st pl
Greeley, CO 80634

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kerry Pruett**
3100 Ashley Town Center Dr, APT 644
Charleston, SC 29414

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kerwin Bradley**
1728 E Warm Springs Ave
Boise, ID 83702-4817

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Keven Bell**
zkmushroom@outlook.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Keven Bell**
1790 Rue Ernest-Verret
Quebec City QC G3E 1R6
CANADA

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 626 of 1098

| 3.377 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Kevin Adair**<br>**311 Chilton Court**<br>**Plymouth Meeting, PA 19462** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: Potential warranty claim<br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.377 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Kevin Andrews**<br>**1921 Stonebrook Lane**<br>**Sherman, TX 75092** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: Potential warranty claim<br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.377 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Kevin Badger**<br>**622 Trinity St. NE**<br>**Albany, OR 97322** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: Potential warranty claim<br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.377 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Kevin Beal**<br>**231 Meadowcreek Drive**<br>**Duncanville, TX 75137** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: Potential warranty claim<br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.377 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Kevin Bryan**<br>**3729 Courtleigh Dr**<br>**Randallstown, MD 21133** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: Marketing Influencer<br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.377 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Kevin Campos**<br>**980 NW 2nd ST APT 3**<br>**Miami, FL 33128** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: Potential warranty claim<br>Is the claim subject to offset? ☐ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 627 of 1098

| 3.377 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kevin Carver**
461 wynfield circle
Fleming island, FL 32003

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**KEVIN COUGHLIN**
1209 NE 21ST COURT
Ocala, FL 34470

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kevin D Post**
10001 Vista Pointe Dr
Tampa, FL 33635

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kevin Darling**
470 Kevin Dr
Orange Park, FL 32073

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kevin Day**
downtoquest@gmail.com

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kevin Day**
23 South Garo Ave
Colorado Springs, CO 80910

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kevin Degiuli**
3227 W. Libby St.
Phoenix, AZ 85053

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kevin E Hoblin**
28 Riverside Square
Bloomingdale, NJ 07403

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kevin Fuller**
ktraxvr92@gmail.com

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kevin Gallo**
bizkit047@yahoo.com

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kevin Garrett**
2112 Legendary Lane
Allison Park, NY 15101

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kevin Gilbert**
7948 Jailene Dr
Windermere, FL 34786

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 629 of 1098

| 3.379 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kevin Glaudel**
240 Natoma Station Dr
Apt 249
Folsom, CA 95630

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.379 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kevin Gonzalez**
443 CYRUS PLACE, APT 1A
BRONX, NY 10458

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.379 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kevin Good**
8639 Zenith Road
Bloomington, MN 55431

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.379 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kevin Ha Nguyen**
nguyen.kevin.ha@gmail.com

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.379 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kevin Heredia**
1322 SELLERS STREET
Philadelphia, PA 19124

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.379 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kevin Isaac Anderson**
23390 LakeShore Blvd
Euclid, OH 44123

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 630 of 1098

| 3.3796 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kevin J Bush**
2369 Cabe Rd
Clover, SC 29710

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3797 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kevin Klein**
9283 fields dr
mason, OH 45040

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3798 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kevin Kroijer**
119 Laurel Street
Redwood City, CA 94063

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3799 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kevin Kruk**
229 Jennymac dr
Louisville, KY 40229

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3800 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kevin Liao**
Diedrick Mathew Road #2
Philipsburg
SINT MAARTEN

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3801 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kevin Mackie**
1729 ocallahan dr.
Austin, TX 78748

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 631 of 1098

| 3.380 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Kevin Marquez**
2915 E Roosevelt St Apt 209
Phoenix, AZ 85008

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Kevin McClennen**
luminositysix@gmail.com

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Kevin McLaughlin**
20980 Why Not rd
Laurel Hill, NC 28351

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Kevin McLean**
119 New Gloucester Road
North Yarmouth, ME 04097

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Kevin Monahan**
102 Lake Emma Cove Drive
Lake Mary, FL 32746

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Kevin Nguyen**
745 E Orchid Ln
Gilbert, AZ 85296

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 632 of 1098

| 3.380 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.380 8**

Nonpriority creditor's name and mailing address

**Kevin Nguyen**
2400 magalia ln
lewisville, TX 75056

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.380 9**

Nonpriority creditor's name and mailing address

**Kevin Ocampo**
10812 Molette St
norwalk, CA 90650

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.381 0**

Nonpriority creditor's name and mailing address

**Kevin paffrath**
kevin@meetkevin.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.381 1**

Nonpriority creditor's name and mailing address

**Kevin Patrick Rogers**
3210 Hidden Hollow Lane
Davie, FL 33328

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.381 2**

Nonpriority creditor's name and mailing address

**Kevin Perdomo**
7709 Maie Avenue
Los angeles, CA 90001

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.381 3**

Nonpriority creditor's name and mailing address

**kevin peters**
1184 oak hill rd
Fitchburg, MA 01420

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 633 of 1098

| 3.381 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kevin Powers**
**348 Illinois Ave #39**
**Del Rio, TX 78840**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.381 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kevin Purvis**
**603 Calvin Rd**
**Robbins, NC 27325**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.381 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kevin Ramsay**
**342 Main St, Apt 2**
**Dubuque, IA 52001-6944**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.381 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kevin Soriano**
**619 N Kingsley Dr, unit D**
**Los Angeles, CA 90004**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.381 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kevin Sutton**
**85 Coulee Road**
**#3**
**Hudson, WI 54016**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.381 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kevin Tseng**
**28333 Connie Court**
**Santa Clarita, CA 91387**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 634 of 1098

| 3.382 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kevin Wehner**
10212 W. Puget Ave.
Peoria, AZ 85345

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.382 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kevin Y Branas**
2534 Guadalupe Place unit B
Holloman AFB, NM 88330

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.382 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kevin Zheng**
Kailin6907@protonmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.382 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Khalil Miller**
1171 Lane Avenue South, Apt 710
JACKSONVILLE, FL 32205

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.382 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Khayree White**
8613 Crooked Branch Lane
Colorado Springs, CO 80927

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.382 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**KHIET T NGUYEN**
2110 Bivens Brook Dr
Houston, TX 77067

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 635 of 1098

| 3.382 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Khuong Dang** | ■ Contingent | |
| **7303 Fossil Lake Dr** | ■ Unliquidated | |
| **ARLINGTON, TX 76002** | ■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Marketing Influencer** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.382 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Kian Akhtari** | ■ Contingent | |
| **150 Northridge Lane** | ■ Unliquidated | |
| **Woodside, CA 94062** | ■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Potential warranty claim** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.382 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Kiara Mech** | ■ Contingent | |
| **22 Balmoral Drive** | ■ Unliquidated | |
| **Brantford, Ontario N3R 5B7** | ■ Disputed | |
| **CANADA** | | |
| Date(s) debt was incurred __ | Basis for the claim:  **Potential warranty claim** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.382 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Kiedis Reed-Armstrong** | ■ Contingent | |
| **1212 Avenue des Pins, Apt. #1907** | ■ Unliquidated | |
| **Montreal, Quebeck H3G 1A9** | ■ Disputed | |
| **CANADA** | | |
| Date(s) debt was incurred __ | Basis for the claim:  **Potential warranty claim** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.383 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Kiera Brown** | ■ Contingent | |
| **1717 N Verdugo Rd** | ■ Unliquidated | |
| **Apt 275** | ■ Disputed | |
| **Glendale, CA 91208** | | |
| Date(s) debt was incurred __ | Basis for the claim:  **Potential warranty claim** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.383 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **kiera giarraputo** | ■ Contingent | |
| **7310 Sweetgum Rd** | ■ Unliquidated | |
| **Beaumont, TX 77713** | ■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Potential warranty claim** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 636 of 1098

| 3.383 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kieran Barnes**
**89-400 Silin Forest Road**
**Fort McMurray AB T9H 3S5**
**CANADA**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kieran Wakefield**
**3 Abingdon Road**
**Drayton, Abingdon OX14 4JB**
**UNITED KINGDOM**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kim Bos**
**kimbosttv@gmail.com**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kim MacDonald**
**19746 Richardson Rd**
**Pitt Meadows, British Columbia V3Y 1Z1**
**CANADA**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kim Olah**
**300 Mansfield Village**
**Hackettstown, NJ 07840**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kim van Rijswijk**
**kimkatinfo@gmail.com**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 637 of 1098

| 3.383 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kimberley Nagy**
**1456 Shannon Rd**
**Regina SK S4S 5L5**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.383 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kimberly Kelley**
**26 Pine View Dr**
**Delevan, NY 14042**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.384 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kimberly Nursall**
**2203 45 Street Southwest**
**Calgary AB T3E 3S9**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.384 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kimberly Rogier**
**68393 Rosewood Lane**
**Richmond, MI 48062**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.384 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kimberly Taylor**
**1605 Antica Dr.**
**Brentwood, CA 94513**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.384 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kimberly Trenholm**
**61 Maryview Drive565 Blossom Road**
**Rochester, NY 14510**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 638 of 1098

| 3.384 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kira Lepper**
105 E Olive Ave
Lompoc, CA 93436

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.384 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kiri Bryan-Siehl**
18011 East Ghent Street
Azusa, CA 91702

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

| 3.384 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kirk Austin**
146 Piper Ln
MERIDIANVILLE, AL 35759

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.384 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kirk Dunlap**
1040 Weston St
Lansing, MI 48917

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.384 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kirk Fliegel**
3621 granite way
Wellington, NV 89444

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

| 3.384 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kiron kyles**
370 n finn street
St. Paul, MN 55104

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 639 of 1098

| 3.385 0 | **Nonpriority creditor's name and mailing address**<br>**Kirstie Garza**<br>skoootles.twitch@gmail.com | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 1 | **Nonpriority creditor's name and mailing address**<br>**Kjetil Kippervik**<br>zizarantemp@temp.com | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 2 | **Nonpriority creditor's name and mailing address**<br>**Koby Laws**<br>9595 S Raintree Dr<br>Sandy, UT 84092 | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 3 | **Nonpriority creditor's name and mailing address**<br>**Koi Erena**<br>koierenavt@gmail.com | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 4 | **Nonpriority creditor's name and mailing address**<br>**KoKo Harris**<br>2130 Hawk Circle<br>Ada, OK 74820 | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 5 | **Nonpriority creditor's name and mailing address**<br>**Kollin Shutoff**<br>Kollinshutoffyt@gmail.com | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 640 of 1098

| 3.385 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kolton Horn**
26472 115th St
Stockport, IA 52651

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.385 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**KongStyle 101**
1711 Barking wolf
San Antonio, TX

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.385 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Korbin Warley**
3044 Foxhill Circle Apt 206
Aopopka, FL 32703

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.385 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Korey D Sanderson**
1821 Blevins Ct
Turlock, CA 95380

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.386 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kornajun Roy**
90 Gold Street
APT 9D
New York, NY 10038

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.386 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kory Eschborn**
134 Desmond Dr
Tonawanda, NY 14150

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 641 of 1098

| 3.386 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Kount** 1005 W. Main Street Boise, ID 83702 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Fraud prevention | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.386 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Kreeative Beauty** 4735 Hamilton Avenue Suite 81-4 San Jose, CA 95130 | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Trade debt | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.386 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Kreg Mosier** 651 E OAK LN Nacogdoches, TX 75961 | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Marketing Influencer | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.386 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Kresta Layton** 22 Red Bluff Road Lander, WY 82520 | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Marketing Influencer | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.386 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Krieg LaFollette** 7521 Lawrence Rd Dundalk, MD 21222 | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Marketing Influencer | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.386 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Kris Connor** 448 South Meadow Road Lancaster, MA 01523 | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** Marketing Influencer | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 642 of 1098

---

**3.3868**

Nonpriority creditor's name and mailing address

**Kris McCreery**
kris.mccreery55@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.3869**

Nonpriority creditor's name and mailing address

**Krishna R**
206 Bell St Apt 202
Seattle, WA 98121

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.3870**

Nonpriority creditor's name and mailing address

**Krista Novva**
darthbarbie@hotmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.3871**

Nonpriority creditor's name and mailing address

**Kristal Van Sickler**
4291 DEERFIELD HILLS RD
Colorado SpringS, CO 80916

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.3872**

Nonpriority creditor's name and mailing address

**Kristen Rife**
1002 Bryan Ave
Bellevue, NE 68005

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.3873**

Nonpriority creditor's name and mailing address

**Kristian Henshaw**
298 Stonecliffe Aisle
Irvine, CA 92603

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 643 of 1098

| 3.387 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kristin M Bohartz**
11323 E Cicero St
Mesa, AZ 85207

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kristina Danford**
11838 NE Fargo Ct.
Portland, OR 97220-1641

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kristina Danford**
boodoesgames@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kristina Vega**
612 Tropicana Dr
Grand Junction, CO 81504

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kristina Vega**
destinyluvco@hotmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**kristjen Michael Ellis**
3300 st johns ave
palatka, FL 32177

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 644 of 1098

| 3.388 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kristofer Laverde**
**200 Valley Ridge Ln**
**Jacksonville, NC 28540**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kristopher Ayer**
**2955 Ingala Drive**
**Prince George, British Columbia V2K 3Z1**
**CANADA**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kristopher D Crow**
**45 Sandy Dr**
**Grafton, WV 26354**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Krystal Hanipale**
**71 Plateau Drive**
**Wollongbar, New South Wales 2477**
**AUSTRALIA**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Krystal Hanipale**
**Businessqrissy@gmail.com**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Krystal Paul**
**notfpskrystal@gmail.com**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 645 of 1098

| 3.388 6 | **Nonpriority creditor's name and mailing address**<br>**Krystinne Flores**<br>krysjoelie@gmail.com<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Marketing Influencer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.388 7 | **Nonpriority creditor's name and mailing address**<br>**Kurt Maier**<br>**17 CRESCENT DR**<br>**Castleton On Hudson, NY 12033-1805**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Potential warranty claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.388 8 | **Nonpriority creditor's name and mailing address**<br>**Kurt Mayhugh**<br>**13410 SW Cresmer Dr**<br>**Tigard, OR 97223**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Marketing Influencer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.388 9 | **Nonpriority creditor's name and mailing address**<br>**Kurt Potter**<br>**3610 Dempsey Ave SW**<br>**Waverly, MN 55390**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Marketing Influencer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.389 0 | **Nonpriority creditor's name and mailing address**<br>**Kyle**<br>**7816 Concord rd**<br>**Johnstown, OH 43031**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Potential warranty claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.389 1 | **Nonpriority creditor's name and mailing address**<br>**Kyle**<br>**1010 Bristol Lakes Road APT 207**<br>**Mount Dora, FL 32757**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Potential warranty claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 646 of 1098

| 3.389 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kyle Banh**
PSC 76 BOX 4205
APO, AP 96319

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.389 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kyle Beaulieu**
310 Church Rd
Pembroke, NH 03275

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.389 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kyle Bergmann**
winkypotomus.contact@gmail.com

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.389 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kyle Bergmann**
3591 Quail Lakes Dr #162
Apt 162
Stockton, CA 95207

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.389 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kyle Blakley**
4320 Tuscany Circle
Reno, NV 89523

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.389 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kyle Bruce**
501 acorn place
Florence, MS 39073

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 647 of 1098

| 3.389 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kyle Fox**
545 e 3rd ave
Colville, WA 99114

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kyle Gauthier**
199 Emerald Rd
London, Ontario, N6M1J3
CANADA

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**kyle harrison**
8801 w bell rd
PEORIA, AZ 85382

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**kyle hart**
125 Ridgeview Drive
Saint Robert, MO 65584

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kyle J Scott**
3122 Tumbleweed Ave
Rosamond, CA 93560

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kyle LeMay**
271 Yorkshire Pl
Newnan, GA 30265

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 648 of 1098

| 3.390 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kyle Long**
kyle.long10@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

| 3.390 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kyle Lucero**
2142 Crater Lake Ave
Apt D
Medford, OR 97504

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

| 3.390 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kyle Montecino-Wilson**
11261 Cullen Ct
Riverside, CA 92505

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

| 3.390 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kyle Moran**
500 Pacific Avenue
Unit 102
virginia beach, VA 23451

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

| 3.390 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kyle Nutter**
3901 MACK RD, 87
FAIRFIELD, OH 45014

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

| 3.390 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kyle Okonek**
28263 County Rd A
Spooner, WI 54801

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 649 of 1098

| 3.391 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kyle Phillips**
kylephillipsfun@gmail.com

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**kyle R lee**
**4599 IROQUOIS TRL**
**DULUTH, GA 30096**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kyle Ramirez**
**782 SECURITY DR C204**
**FOND DU LAC, WI 54935**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kyle Rapozo**
**232 Giotto**
**Irvine, CA 92614**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kyle Renfrow**
**1205 dockside circle**
**baltimore, MD 21224**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kyle Robertson**
**8837 Elk Grove Way Apt# 201**
**Las Vegas, NV 89117**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 650 of 1098

| 3.391<br>6 | Nonpriority creditor's name and mailing address<br>**Kyle Rosett**<br>**5171 Dudley Lake Path**<br>**Faribault, MN 55021**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Marketing Influencer**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.391<br>7 | Nonpriority creditor's name and mailing address<br>**Kyle S Chaney**<br>**134 Inglewood Dr, Unit B**<br>**Longview, WA 98632**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Potential warranty claim**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.391<br>8 | Nonpriority creditor's name and mailing address<br>**Kyle Schmit**<br>**4724 Davenport St, 4**<br>**Omaha, NE 68132**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Potential warranty claim**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.391<br>9 | Nonpriority creditor's name and mailing address<br>**Kyle Stark**<br>**WolfredVonStark@gmail.com**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Marketing Influencer**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.392<br>0 | Nonpriority creditor's name and mailing address<br>**Kyle Stewart**<br>**8715 Alexandria Drive**<br>**North Charleston, SC 29420**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Marketing Influencer**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.392<br>1 | Nonpriority creditor's name and mailing address<br>**Kyle Swansegar**<br>**672 Redmond court**<br>**Bensonville, IL 60106**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Marketing Influencer**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 651 of
1098

| 3.392 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kyle taylor**
**13600 kristy st.**
**Cedar lake, IN 46303**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kyle Thomas**
**2445 Barnett Shoals Road**
**Athens, GA 30605**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kyle Truedson**
**39 Devonshire Drive**
**Oak Brook, IL 60523**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kyle Valen Echiverri**
**7005 Jordan Ave, Apartment Unit #216**
**Canoga Park, CA 91303**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kyle wolf samelson**
**1243 KATER STREET, 1243 KATER STREET**
**PHILADELPHIA, PA 19147**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kyle Zimmerlee**
**3204 Shandwick Pl**
**Apt 40**
**Fairfax, VA 22031**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 652 of 1098

| 3.392 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kyler Bruton**
**1606 Castle Rd**
**Odessa, TX 79762**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.392 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kyler Smith**
**3900 Whooping Crane Cir**
**Virginia Beach, VA 23455**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.393 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lady Saab**
**ThatSaabChick@gmail.com**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.393 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Laith Alhumadi**
**222 Rosemary St.**
**Dearborn heights, MI 48127**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.393 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lance David Gunter**
**415 West Wilson Street, Apt 1**
**Madison, WI 53703**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.393 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lance Stewart**
**imlance210@gmail.com**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 653 of 1098

| 3.393<br>4 | Nonpriority creditor's name and mailing address<br>**Landon Ivy**<br>**14032 West Mustang Street Unit 3484**<br>**Luke AFB, AZ 85309**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Marketing Influencer**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|
| 3.393<br>5 | Nonpriority creditor's name and mailing address<br>**Landon Mcdowell**<br>**635 Manitou Road**<br>**Manitou, KY 42436**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Marketing Influencer**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
| 3.393<br>6 | Nonpriority creditor's name and mailing address<br>**Lane Workman**<br>**18111 Waterford Rd.**<br>**FrederickTown, OH 43019**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Potential warranty claim**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
| 3.393<br>7 | Nonpriority creditor's name and mailing address<br>**LaQuinn Thompson**<br>**beastmoden31@gmail.com**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Marketing Influencer**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
| 3.393<br>8 | Nonpriority creditor's name and mailing address<br>**Larry Bradley**<br>**865 Oak Brook BLVD**<br>**Sumter, SC 29150**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Potential warranty claim**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
| 3.393<br>9 | Nonpriority creditor's name and mailing address<br>**Larry Carter**<br>**915 Gene Reed Rd**<br>**Birmingham, AL 35235**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Potential warranty claim**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 654 of 1098

| 3.394 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Larry G**
12345 lakeshore dr #17
lakeside, CA 92040

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.394 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Larry M Tomaszewski**
7226 Kestrel Street
Hobart, IN 46342

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.394 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Larry Smith**
10 NW 60th St
Lawton, OK 73505

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.394 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Laszlo Hegedus**
34 Basswood Ave
BILLERICA, MA 01821

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.394 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Latoya Jablonski**
1221 Hillcrest Drive
Sparta, IL 62286

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.394 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Laura Meade**
Lovosii.biz@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 655 of 1098

| 3.394 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Laura Post**
2136 N Brighton St.
Burbank, CA 91504

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.394 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Laura Yan**
3 Arrow Street
Fulton, MO 65251

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.394 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Laura Yanka**
4835 Summit Arbor Drive
APT 301
Raleigh, NC 27612

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.394 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lauren A Leal**
4922 Old Page Rd APT 1136
Durham, NC 27703

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.395 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lauren Duque**
217 Meadowbrook Dr
New Wilmington, PA 16142-1422

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.395 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lauren Duque**
ellesquishybusiness@gmail.com

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 656 of 1098

| 3.395<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lauren Faicco**
16 Middle Rd
Blue Point, NY 11715

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.395<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lauren Harrison**
49 Bolton St, apt 4
Portland, ME 04102

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.395<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Laurence Stack**
45304 Barefoot Drive
California, MD 20619

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.395<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lawrence Bitzer**
3925 Windemere Dr
Ann Arbor, MI 48105-2892

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.395<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lawrence Booker**
174 Shadecrest Drive
Eastaboga, AL 36260

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.395<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lawrence Dong**
15128 NE Woodland Place
Woodinville, WA 98072

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 657 of
1098

| 3.395 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lawrence Ruffin**
40 W 952 Campton Trail Rd
St. Charles, IL 60175

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 9 | Nonpriority creditor's name and mailing address | | **Unknown** |
|---|---|---|---|

**Leandro Lavanino**
3247 sw 25 st
Miami, FL 33133

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 0 | Nonpriority creditor's name and mailing address | | **$5,307.82** |
|---|---|---|---|

**Lee & Associates**
5430 Wade Park Blvd., Suite 300
Raleigh, NC 27607

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Leasing commissions due for obtaining the sublease with Tuja International Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 1 | Nonpriority creditor's name and mailing address | | **Unknown** |
|---|---|---|---|

**Lee Davis**
11 Akron Drive
Greenville, SC 29605

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 2 | Nonpriority creditor's name and mailing address | | **Unknown** |
|---|---|---|---|

**Lee Gillham**
lgilliam719@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 3 | Nonpriority creditor's name and mailing address | | **Unknown** |
|---|---|---|---|

**Lee Kang**
525 South Oxford Avenue #206
Los Angeles, CA 90020

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 658 of 1098

| 3.396 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Lee mason**
4331 W 5700 S
Kearns, UT 84118

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.396 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Lee Moshurchak**
20000 Stewart Cres.
Maple Ridge, British Columbia V2X 9E7
CANADA

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.396 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Lee T**
1303 Briar Woods Lane
Danbury, CT 06810

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.396 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Leia Frazier**
21 Seir Hill RD #7
Norwalk, CT 06850

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.396 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Leigh Bratton**
3701 Grapevine Mills Pkwy
Apt 832
Grapevine, TX 76051

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.396 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Leigh Tillman**
5418 Eastern Pines Rd
Greenville, NC 27858

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 659 of 1098

| 3.397 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Leland Schaff**
125 W bickford st
Missoula, MT 59801

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

| 3.397 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ienka Aldridge**
1068 Clarion Drive
Torrance, CA 90502

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

| 3.397 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Leo Barahona**
5 Coolpond Court
Halethorpe, MD 21227

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

| 3.397 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Leon Vang**
6286 Lemon Hill Ave #20
Sacramento, CA 95824

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

| 3.397 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Leonard Rothbard**
11480 NW 18th Manor
Coral Springs, FL 33071

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

| 3.397 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Leonardo Orta**
reklezgamingtv@gmail.com

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 660 of 1098

| 3.397 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Leonardo Padilla**
22651 Beaverdam Dr
Ashburn, VA 20148

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.397 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Leonardo Padilla**
leopadilla619@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.397 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**LeParis Dade**
3445 Stratford road NE , Unit 3003
Atlanta, NY 30326

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.397 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Leslie A Gonzalez**
200 River Oaks Cove, Apt 1134
Georgetown, TX 78626

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.398 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Leslie Armstrong**
688 Crescent River Pass
Suwanee, GA 30024

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.398 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Leslie Siraco**
15 Lakeshore Drive
Amesbury, MA 01913-2024

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☒ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 661 of 1098

| 3.398 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Lester Monsey**
**5500 Mckinney Place Dr Apt 319**
**Mckinney, TX 75070**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Letha Prestwich**
**240 N Beverly**
**Mesa, AZ 85201**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Leticia Galindo**
**12350 Christensen Rd Spc #112**
**Salinas, CA 93907**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Levar Green**
**112 FIREFLY LN**
**ORANGEBURG, SC 29118**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Levi Dinh**
**1414 14 1/2 Ave E**
**WEST FARGO, ND 58078**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Levi James Deane**
**2561 Ivy St**
**Live Oak, CA 95953**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 662 of 1098

| 3.398 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Levi James Johnson**
**6670 Sylvan Rd.**
**Houston, TX 77023**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.398 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Lewis Hawley**
lewishawley5@outlook.com

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.399 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Lewis Howard**
LEDhoward@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.399 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Lewis Sharp**
**12a Workingham**
**RG40 3RN**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.399 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**lewis stier**
**114 S Earlham St**
**orange, CA 92869**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.399 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Liahm John Rae**
**218 Miles Street**
**Glenboro, Manitoba R0K 0X0**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 663 of 1098

| 3.399 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Liam Flaxman** griizzlystudios@gmail.com | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.399 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Liam H Schumacher** 1004 Hillside Oaks Drive Austin, TX 78745 | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.399 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Liam Johnson** 44 Hough Lane, Anderton Northwich | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.399 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **liam ogilvie** 146 Doran Road Pembroke, Ontario K8K 2W8 CANADA | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.399 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Liam Wiese** 10615 SUNRISE DR BOTHELL, WA 98011 | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.399 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Liam Young** 108 Ridge Rd Guelph ON N0B 2K0 CANADA | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 664 of 1098

| 3.400<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lian Steinberg**
**20 Grassy Plains Rd**
**Westport, CT 06880**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.400<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Liang Fan**
**5506 Pine Loch Ln**
**Clarence, NY 14221**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.400<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lilian Dupuy**
**187 Reserve Dr NW**
**GEORGETOWN, TN 37336**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.400<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**LiLian Falepapalangi**
**5549 Deercrest Dr.**
**West Valley City, UT 84120**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.400<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lillee Hartline**
**lilleestreamzgaming@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.400<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lillian Page**
**151 Pigtrail Ln**
**Shepherd, TX 77371**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 665 of 1098

| 3.400 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **Unknown** |

**LILLIANA RIVERA**
**476 WATER LN**
**OCALA, FL 34472**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **Unknown** |

**Lillie Warren**
**lillipie101@gmail.com**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **Unknown** |

**Lilly Flores**
**kittyrawrbusiness@aol.com**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **Unknown** |

**Lily Wong**
**lili.elliegato@gmail.com**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 0 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **Unknown** |

**Lim Han Siong**
**bearnardvtuber@gmail.com**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 1 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **Unknown** |

**Lina**
**moodyjo.twitch@gmail.com**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 666 of 1098

| 3.401 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Linda Boulet**
**77 Saint Laurent pkwy**
**Seekonk, MA 02771**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.401 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Linda Gattoni**
**61 Saint John Street**
**Little Ferry, NJ 07643**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.401 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Linda Thomas**
**552 Marc-Andre**
**Hawkesbury, Ontario K6A 0A5**
**CANADA**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.401 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Linda Yip**
**999 West Hamilton Ave**
**Apt #40**
**Campbell, CA 95008**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.401 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lindsay Brown**
**28504 Clarksburg Rd**
**Damascus, MD 20872**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.401 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lindsey Dawson**
**1070 West 11th Ave**
**Apt 4**
**Eugene, OR 97402**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ■ No  ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 667 of 1098

| 3.401 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Lindsey Sardo**
**18251 Leafwood Lane**
**Santa Ana, CA 92705**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 9 |
|---|

**Nonpriority creditor's name and mailing address**
**Linktree**
**37 Islington Street**
**Collingwood, Victoria 3066**
**AUSTRALIA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

As of the petition filing date, the claim is: **Unknown**

---

| 3.402 0 |
|---|

**Nonpriority creditor's name and mailing address**
**Linktree**
**linktreetemp@temp.com**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

As of the petition filing date, the claim is: **Unknown**

---

| 3.402 1 |
|---|

**Nonpriority creditor's name and mailing address**
**Linton Hawes**
**3 Kestrel Place**
**Ingleburn New South Wales 2565**
**AUSTRALIA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

As of the petition filing date, the claim is: **Unknown**

---

| 3.402 2 |
|---|

**Nonpriority creditor's name and mailing address**
**Lionel Copeland II**
**1902 Ridgeview Ct**
**Parlin, NJ 08859**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

As of the petition filing date, the claim is: **Unknown**

---

| 3.402 3 |
|---|

**Nonpriority creditor's name and mailing address**
**Lionpower International Co.**
**Room 1021, Wantong Building,**
**No. 3002 Shenzhen**
**CHINA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

As of the petition filing date, the claim is: **Unknown**

| 3.402 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Lisa Bogan**
Lisabogan25@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.402 5 | **Nonpriority creditor's name and mailing address** | **Unknown** |
|---|---|---|

**Lisa Hendershott**
669 liverpool street
Hemet, CA 92545

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.402 6 | **Nonpriority creditor's name and mailing address** | **Unknown** |
|---|---|---|

**Lisa Jensen**
1320 S. 251st Pl.
Des Moines, WA 98198

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.402 7 | **Nonpriority creditor's name and mailing address** | **Unknown** |
|---|---|---|

**Lisa M Nevel**
1536 Sandwith ave sw
Canton, OH 44706

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.402 8 | **Nonpriority creditor's name and mailing address** | **Unknown** |
|---|---|---|

**Lisa Maggiore**
1929 sunset lane
Lutz, FL 33549

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.402 9 | **Nonpriority creditor's name and mailing address** | **Unknown** |
|---|---|---|

**Lisa Maggiore**
1929 sunset lane
Lutz, FL 33549

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 669 of 1098

| 3.403 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lisa N Snyder**
**9001 153 Street NW**
**Edmonton, Alberta T5R 103**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.403 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lisa Widmaier**
**7 Kiowa Road**
**Cambridge, MD 21613**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.403 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**lisa Yule**
**1 Cartwright Ave**
**Merrylands, New S. Wales 2160**
**AUSTRALIA**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.403 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lisette Zeitlinger**
**34 Pearce Avenue**
**Eatontown, NJ 07724**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.403 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Liusa Veitia**
**3919 Spence Avenue**
**Tampa, FL 33614**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.403 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Liz Powell**
**justrosieee@yahoo.com**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 670 of 1098

| 3.403 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Llama (Labyrinth)**
**Xavidellama@gmail.com**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Lloyd Martin**
**442 Pickett Drive Unit A**
**Ft. Wright, KY 41011**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Logan Arabian**
**5971 Brierly Ridge Dr.**
**Cincinnati, OH 45247**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Logan Bireley**
**603 sierra way**
**Defiance, OH 43512**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Logan Boldrey**
**10715 W Kinsel HWY**
**Vermontville, MI 49096**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Logan Brandon**
**2401 Twin Post Rd**
**Denton, TX 76208**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 671 of 1098

| 3.404 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Logan Brown**
3036 Hwy 49 East
Charlotte, TN 37036

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Logan E Hoyme**
1925 Wyatt Cir
Dover, PA 17315

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Logan Eppers**
9457 State Road 80
Moorehaven, FL 33471

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Logan Fox**
424 Benjamin St
Delaware, OH 43015

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Logan Fuge**
6013 190th Ave E
Lake Tapps, WA 98391

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Logan Gore**
687 W 1900 N
Centerville, UT 84014

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 672 of 1098

| 3.404 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Logan Green**
14 Ellwood lane
Palm Coast, FL 32164

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.404 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Logan Hahn**
106 Ventura Cort
Hendersonville, TN 37075

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.405 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Logan Layou**
220 Southern View Dr
Fredericksburg, VA 22405

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.405 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Logan Mader**
4580 Balmoral Drive
BATAVIA, OH 45103-4014

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.405 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Logan Marble**
140 M ST NE, APT 1142
Washington, DC 20002

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.405 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Logan Martin**
130 County Road 19
Mingo Junction, OH 43938-7916

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 673 of 1098

| 3.405 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Logan McGuire**
**13830 Moneta Rd**
**Moneta, VA 24121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

| 3.405 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Logan Olds**
**240 Elizabeth Ln**
**Dayton, NV 89403**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

| 3.405 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Logan Posey**
**550 S 400 E #33104**
**Salt Lake City, UT 84111**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

| 3.405 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Logan Price**
**3158 Beech Pl.**
**Eugene, OR 97405**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

| 3.405 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Logan R Klosterman**
**529 moul avenue**
**hanover, PA 17331**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

| 3.405 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Logan Raprager**
**12234 W Patrick Ct**
**Sun City, AZ 85373**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 674 of 1098

| 3.406 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Logan Shaw**
**2403 Adelfa Street**
**La Grange, CA 95329**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.406 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Logan Soileau**
**62 Monterrey Drive**
**Kenner, LA 70065**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.406 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Logan Yost**
**19826 E 1st Ct**
**Greenacres, WA 99016**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.406 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Longfang91**
**ian_biggins@hotmail.co.uk**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.406 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Lonnie Jordan DeGooyer**
**10156 S Barnsley Lane**
**South Jordan, UT 84009**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.406 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Loren Morgan**
**5404 Lake Underhill Rd**
**Orlando, CA 32801**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ■ No  ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 675 of
1098

| 3.406 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Lorena Ibaseta**
21 Lyly House
Burbage Close, London SE1 4EQ
UNITED KINGDOM

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Potential warranty claim

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Lorenzo Martinez**
7774 Navarre pkwy
APT 1240
Navarre, FL 32566

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Marketing Influencer

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Lorenzo Perea**
24117 N 164th Dr
Surprise, AZ 85387

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Potential warranty claim

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Lorenzo Robledo**
1464 Metz Road
Soledad, CA 93960

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Potential warranty claim

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Lorenzo Smith**
triskaidekaphobialimited@gmail.com

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Marketing Influencer

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Lori Buschbaum**
1626 Francisco St #2A
Berkeley, CA 94703

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Marketing Influencer

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 676 of 1098

| 3.407 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lori Gordon**
**1556 Fairview Ave**
**Langhorne, PA 19047**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.407 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lori Smith**
**4101 Jarmann Ln**
**Shakopee, MN 55379**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.407 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lorien Renslow Hess**
**2610 N Shirley St**
**Tacoma, WA 98407**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.407 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Louie Archer**
**4668 18th St**
**Boulder, CO 80304**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.407 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Louis gallo**
**81 War Admiral Ln**
**Media, PA 19063**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.407 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Louis Plante**
**2421 Winchester Dr**
**Bismarck, ND 58503**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 677 of 1098

| 3.407 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lourdes Nunez**
1138 W Woodbury Dr
Harbor City, CA 90710

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.407 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lourdes Uguil**
29 Linda Ave
Riverhead, NY 11901

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.408 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Luc Tran**
6300 FM 423 APT 3206
Frisco, TX 75036

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.408 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lucas Ames Engle**
4314 Elwood drive west
University Place, WA 98466

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.408 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lucas Dinsmore**
11358 Kumquat st nw
Coon Rapids, MN 55448

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.408 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lucas Fegel**
536 Saint Paul Ave.
Dayton, OH 45410

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 678 of 1098

| 3.408 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Lucas Kosma**
**228 May St**
**Naugatuck, CT 06770**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Lucas Myers**
**lamyers@aumail.averett.edu**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Lucas Petrie**
**3166 South Parkview Avenue**
**Springfield, MO 65804**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Lucas Phelps**
**17605 Fishmarket Rd**
**McLoud, OK 74851**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Lucas Ramos**
**4002 Brady Ridge Drive**
**Cedar Park, TX 78613**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Lucas Sherwin**
**96 Academy Hill Road**
**Brighton, NJ 01235**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 679 of 1098

| 3.409 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **LUCIANO ALVES COSTA**<br>**rua jose roberto pereira n94 interfone 3**<br>**Sao Paulo 03934-010**<br>**BRAZIL** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _Potential warranty claim_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.409 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Lucid Software**<br>**10355 S. Jordan Gateway, STE 150**<br>**South Jordan, UT 84095** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _Trade debt_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.409 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Lucky Cortez**<br>**1818 S Wilton Pl**<br>**Los Angeles, CA 90019** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _Potential warranty claim_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.409 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Luis Berrios Perez**<br>**4604 Belvedere Circle**<br>**Pace, FL 32571** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _Potential warranty claim_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.409 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Luis Blas**<br>**480 Beck St #B**<br>**Watsonville, CA 95076-4449** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _Potential warranty claim_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.409 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Luis Borjon**<br>**spiderownz23@gmail.com** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _Marketing Influencer_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 680 of 1098

| 3.409<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Luis Gimenez**
**221 Philly Court**
**Covington, LA 70435**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

| 3.409<br>7 |

**Luis Gonzalez**
**1861 gardenia ave**
**Long beach, CA 90806**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

| 3.409<br>8 |

**luis j borjon**
**1019 NW 23rd St**
**San Antonio, TX 78207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

| 3.409<br>9 |

**Luis Junior Gonzales**
**4127 Jewell Rd**
**Bothell, WA 98012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

| 3.410<br>0 |

**Luis Manuel Rangel**
**9270 eagle ranch Rd NW, 321**
**Albuquerque, NM 87114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

| 3.410<br>1 |

**Luis Miguel Cansino**
**1649 Apache Way**
**Clarksville, TN 37042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

| 3.410 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Luisangel Pina**
229 Cr 3645
Clifton, TX 76634

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.410 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lukas Islinger**
W6124 Shagbark Hickory Ln
Menasha, WI 54952

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.410 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lukas LeDoux**
County Road 91 House 20B
Chimayo, NM 87522

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.410 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lukas Pohl**
lukasp87@me.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.410 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lukasz Waloch**
Raizqt@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.410 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Luke Baker**
235 Saddle Trail
Summerville, SC 29483

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No  ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 682 of 1098

| 3.410 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Luke Brinkley**
1011 N 15th street
Arkadelphia, AR 71923

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.410 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Luke Bulicek**
4123 Birdwatch Loop
Pflugerville, TX 78660

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.411 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Luke Canning**
metahold1@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.411 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Luke Cauley**
16474 S LAKEVIEW DR
Troup, TX 75789

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.411 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Luke Crutchfield**
751 Oakland Drive
NEW JOHNSONVILLE, TN 37134

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.411 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**luke david olson**
11859 755th Avenue
Glenville, MN 56036

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 683 of 1098

| 3.411 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Luke Davis**
2225 Grant Blvd.
Lebanon, IN 46052

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 5 |
|---|

**Luke Edward Makowski**
1036 gregory st
Neenah, WI 54956

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.411 6 |
|---|

**Luke F Rogers**
8776 Gumleaf cove
Germantown, TN 38138

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.411 7 |
|---|

**Luke Hary**
1248 Scarlett Dr.
High Point, NC 27265

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.411 8 |
|---|

**Luke Knutson**
5803 Capitol Forest LP SW
Olympia, WA 98512

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.411 9 |
|---|

**Luke Morrison**
16 boutas drive
Norton, MA 02766

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 684 of 1098

| | | |
| --- | --- | --- |
| 3.412 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| | **Luke Poplawski** | ■ Contingent | |
| | **13000 Toll House Cir** | ■ Unliquidated | |
| | **Apt 13107** | ■ Disputed | |
| | **franklin, TN 37064** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Marketing Influencer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
| --- | --- | --- |
| 3.412 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| | **Lulu Chiba** | ■ Contingent | |
| | **lulu@aggrocrab.com** | ■ Unliquidated | |
| | | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Marketing Influencer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
| --- | --- | --- |
| 3.412 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| | **Lupus Arcum** | ■ Contingent | |
| | **LupusArcum@gmail.com** | ■ Unliquidated | |
| | | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Marketing Influencer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
| --- | --- | --- |
| 3.412 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| | **Luxton** | ■ Contingent | |
| | **104 East Bates st** | ■ Unliquidated | |
| | **Auburn, ME 04210** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Potential warranty claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
| --- | --- | --- |
| 3.412 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| | **Lya Ortega** | ■ Contingent | |
| | **10900 nw 58 terr** | ■ Unliquidated | |
| | **doral, FL 33178** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Marketing Influencer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
| --- | --- | --- |
| 3.412 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| | **Lyla Nelson** | ■ Contingent | |
| | **15501 Big Cynthiana Rd** | ■ Unliquidated | |
| | **Evansville, IN 47720** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Potential warranty claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 685 of 1098

| 3.412 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lyman T Gilbert**
475 Fish Rock Rd
Southbury, CT 06488

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lynda Medina**
2947 Tolliver Dr
San Jose, CA 95148

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lynn Lattanzio**
7 Lincoln Woods
Purchase, NY 10577

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lynn Yang**
lynnosarusttv@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lysium**
iamlysium@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lyu Porter**
9204 Ruffin Rd
Santee, CA 92071

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 686 of 1098

| 3.413 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lyujohn Williams**
6653 Earlswood Dr
Indianapolis, IN 46217

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**M.J. Gardner**
15310 NE 15th Pl
#8
Bellevue, WA 98007

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$119,947.47** |
|---|---|---|---|

**MA Laboratories, Inc.**
Attn:  Zhulin Jolin Wang
2075 N Capitol Avenue
San Jose, CA 95132

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**mackenzie kozak**
mackenzie kozak, 311 bowie street #2112
austin, TX 78703

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mackenzie Kozak**
Leylapeach@gmail.com

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Madalyn Mitchell**
4345 Garfield Lane
Trevose, PA 19053

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 687 of 1098

| 3.413 8 | **Nonpriority creditor's name and mailing address**<br>**Maddie Hall**<br>125 Summerglen dr<br>Lewisville, NC 27023<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Marketing Influencer**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |

| 3.413 9 | **Nonpriority creditor's name and mailing address**<br>**Maddison Merritt**<br>337 Storer Avenue<br>Akron, OH 44302<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Marketing Influencer**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |

| 3.414 0 | **Nonpriority creditor's name and mailing address**<br>**Maddox**<br>griffin_sam18@yahoo.com<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Marketing Influencer**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |

| 3.414 1 | **Nonpriority creditor's name and mailing address**<br>**Maddy Murden**<br>12026 Laurel Terrace Dr.<br>Studio City, CA 91604<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Marketing Influencer**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |

| 3.414 2 | **Nonpriority creditor's name and mailing address**<br>**Madeleine Poole**<br>1108 S Chilson Street<br>bay city, MI 48706<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Marketing Influencer**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |

| 3.414 3 | **Nonpriority creditor's name and mailing address**<br>**Madelyn Parra**<br>8702 nw 106th terrace<br>hialeah, FL 33018<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Potential warranty claim**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |

| 3.414<br>4 | **Nonpriority creditor's name and mailing address**<br>**Madi Hunni**<br>**madihunni@gmail.com** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414<br>5 | **Nonpriority creditor's name and mailing address**<br>**Madia Vale**<br>**madialollipop@gmail.com** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414<br>6 | **Nonpriority creditor's name and mailing address**<br>**Madison Clement**<br>**6116 Shetland Rd**<br>**Jacksonville, FL 32277** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414<br>7 | **Nonpriority creditor's name and mailing address**<br>**Madison Ellis**<br>**611 W 171st**<br>**21A**<br>**New York, NY 10032** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414<br>8 | **Nonpriority creditor's name and mailing address**<br>**Madison Holbrook**<br>**3013 Northridge Dr #504**<br>**Sherman, TX 75090** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414<br>9 | **Nonpriority creditor's name and mailing address**<br>**Madison Thibideau**<br>**mxddybiz@gmail.com** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 689 of 1098

| 3.415 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **Maelstrom Tech, Inc.** | ☐ Contingent | |
| **2127 Research Drive** | ☐ Unliquidated | |
| **Livermore, CA 94550** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** _Trade debt_ | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.415 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **Mahmoud Schahed** | ☐ Contingent | |
| **8325 SW MOHAWK ST, APT 116** | ☐ Unliquidated | |
| **TUALATIN, OR 97062** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** _Potential warranty claim_ | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.415 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **Maily Dawkins** | ☐ Contingent | |
| **83 Iroquois Avenue** | ☐ Unliquidated | |
| **Lake Hiawatha, NJ 07034** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** _Potential warranty claim_ | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.415 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **MajinPhil** | ☐ Contingent | |
| **majinphiltemp@temp.com** | ☐ Unliquidated | |
| Date(s) debt was incurred _ | ☐ Disputed | |
| Last 4 digits of account number _ | **Basis for the claim:** _Marketing Influencer_ | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.415 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **Make-A-Wish Ohio** | ☐ Contingent | |
| **Kentucky & Indiana** | ☐ Unliquidated | |
| **2545 Farmers Drive #300** | ☐ Disputed | |
| **Columbus, OH** | | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** _Marketing Influencer_ | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.415 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **Maks Galas** | ☐ Contingent | |
| **22 Willingham St** | ☐ Unliquidated | |
| **Grimsby, N. E. Lincolnshire DN32 9bp** | ☐ Disputed | |
| **UNITED KINGDOM** | | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** _Potential warranty claim_ | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.415 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **maksim filatov** | ■ Contingent | |
| **1020 Wagon Train dr** | ■ Unliquidated | |
| **milliken, CO 80543** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** _Marketing Influencer_ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.415 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Mal Martin** | ■ Contingent | |
| **2716 Van Cliburn Circle** | ■ Unliquidated | |
| **Middetown, DE 19709** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** _Potential warranty claim_ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.415 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Malcolm Beattie-Hauser** | ■ Contingent | |
| **2523 Hickory Manor Dr** | ■ Unliquidated | |
| **Ballwin, MO 63011** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** _Marketing Influencer_ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.415 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Malcolm Boyack** | ■ Contingent | |
| **224 S 100 E** | ■ Unliquidated | |
| **Apt A** | ■ Disputed | |
| **Cedar City, UT 84720-3438** | | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** _Marketing Influencer_ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.416 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Malcolm McLaughlin** | ■ Contingent | |
| **11148 Point Sylvan Circle** | ■ Unliquidated | |
| **Apt 27D** | ■ Disputed | |
| **Orlando, FL 32825** | | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** _Marketing Influencer_ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.416 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Malcolm White** | ■ Contingent | |
| **4253 Hunt Dr** | ■ Unliquidated | |
| **Apartment 2610** | ■ Disputed | |
| **Carrollton, TX 75010** | | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** _Marketing Influencer_ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.416 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Malin Bjorklund**
thedorken@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

| 3.416 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Mandie Pound**
**2640 N Santa Rita Ave**
**Tucson, AZ 85719**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

| 3.416 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Mandy Waddell**
Mandy_waddell@yahoo.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

| 3.416 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Manny Singh**
**156 Imel Way**
**Greenwood, IN 46143**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

| 3.416 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Manon Pepin**
**2238 rue des Belles-de-nuit**
**Quebec, Quebec, G3E 2H1**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

| 3.416 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Manraj Phangura**
**1937 Dublin Street**
**New Westminster BC V3M 3A4**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

| 3.416 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Manraj Sahota**
rajplays99@gmail.com

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Manuel Abreu**
1564 Cassius St
Lutz, FL 33549

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Manuel Antonio Hernandez Garcia**
Prol. Cda. del Convento #7
Casa 46, Tlalpan Sta.
MEXICO

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Manuel Chamagua**
7611 Sandpiper Dr
Houston, TX 77074

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Manuel Dischinger**
18206 Telmo
Irvine, CA 92618

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Manuel Talamantes**
14403 Vincent Kalel
El Paso, TX 79938

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 693 of 1098

| 3.417 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Marc Davis**
**10210 4th Pl NE**
**Lake Stevens, WA 98258**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Marc Querin Castillo**
**1759 15th street**
**Los osos, CA 93402**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Marc Sanchez**
**793 Greenlawn Ave**
**Islip Terrace, NY 11752-1313**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Marc Toro**
**306 Alda Dr.**
**Monroe, NC 28110**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Marcella McMullen**
**5902 baroncrest drive**
**arlington, TX 76017**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Marcie Wible**
**2113 Greenleaf St, Ste 8**
**Evanston, IL 60202-1071**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 3.418 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Marck Seraile**
7409 w emile zola ave
Peoria, AZ 85381

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Marco Diaz**
4940 Howard Street
Fort Myers, FL 33905

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Marco Duran**
8900 Central Avenue
Oak Lawn, IL 60453

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Marco Giacomozzi**
210 Estrellita Lane
Oak Park, CA 91377

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Marco Giudici**
101 Nassau Blvd.
West Hempstead, NY 11552

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Marco Iacono**
marco_iacono@live.ca

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| 3.418 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**marco mcintire**
14 verdi rd
monroe township, NJ 08831

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.418 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marcos Cintra**
2541 Maywood Dr
San Bruno, CA 94066

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.418 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marcos Crabtree**
19014 Noble Oak Drive
Germantown, MD 20874

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.418 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MARCOS TAVAREZ**
1645 SW Binkley
Oklahoma City, OK 73119

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.419 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marcus Allen**
426 Wilson street
New westminter BC V3L 3R6
CANADA

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.419 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marcus Carson**
77 Bay State Road, unit B
Boston, MA 02215

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No  ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 696 of 1098

**3.419 2**

**Nonpriority creditor's name and mailing address**

Marcus Key
1707 S Perimeter Rd., Hngr 33B, Suite 20
Fort Lauderdale, FL 33309

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.419 3**

**Nonpriority creditor's name and mailing address**

Marcus Milbourne
2102 Higher Court
Crofton, MD 21114

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.419 4**

**Nonpriority creditor's name and mailing address**

Marcus Miner
145 Cedar Cove Trail Apt#20
Apartment 20
Lake Saint Louis, MO 63367

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.419 5**

**Nonpriority creditor's name and mailing address**

Marcus Nu ez
20 fern rd.
Everett, WA 98203

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.419 6**

**Nonpriority creditor's name and mailing address**

Marcus Nunez
Marcusnunez@msn.com

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.419 7**

**Nonpriority creditor's name and mailing address**

Marcus Rios
2800 E League City Pkwy, 103
League City, TX 77573

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 697 of 1098

| 3.419 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Marcus Sung**
**52 Deerwood Crescent**
**Richmond Hill, Ontario L4E 4B5**
**CANADA, ON**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.419 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Marcus Valle**
**906 indian bridge lane**
**Defiance, OH 43512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.420 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Marcus Venegar**
**18406 Albany St**
**Detroit, MI 48234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.420 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Marcus Wittemann**
**11 park road**
**Carstairs, Alberta T0M 0N0**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.420 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Marcus Young**
**2530 se vale court**
**Port orchard, WA 98366**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.420 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Margaret Jarocki**
**90 Greenwood Drive**
**Freehold, NJ 07728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 698 of 1098

| 3.420 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Margo Gregory**
**3828b Occoquan River Reach**
**Portsmouth, VA 23703**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.420 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Maria Fernandez**
**demenishki.twitch@gmail.com**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.420 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Maria Fiorella Gazzella Gioia**
**1 Glen Royal Pkwy #1202**
**Miami, FL 33125**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.420 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Maria Lawson**
**1833 Sixth Ave**
**Toms River, NJ 08757**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.420 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Maria Pulido**
**devioussprite@yahoo.com**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.420 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Maria Ramos**
**2125 Augusta Dr Apt. #44**
**Houston, TX 77057**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 699 of 1098

| 3.421 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Maria Ramos**
mariedollstore@Gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _Marketing Inluencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Maria Rivera**
46 Lyon St
#2
Dorchester, MA 02122

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Maria Rivera-Torres**
1681 Brookside Drive
Germantown, TN 38138

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Maria Toepfer**
5024 Esther Drive
San Jose, CA 95124

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mariah Christian**
18 Hendricks Blvd
Buffalo, NY 14226

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mariana Aranda Neavez**
6518 Candlecane Circle
San Antonio, TX 78244

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 700 of 1098

| 3.421 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mariana Murillo**
m4riiiibusiness@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mariana Murillo**
4750 Auburn Way N APT J406
Auburn, WA 98002

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Maricarmen Medina estrada**
8470 Sheppard Rd
Pennsauken, NJ 08110

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Marie DeGeorge**
nekomancervt@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Marietta Mellon**
3605 Carver Court Lane
Plano, TX 75074

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Marilyn Blackwell**
3987 Topawa Dr.
Las Vegas, NV 89103

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 701 of 1098

| 3.422 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Marilyn Grant**
**20407 NW 12 Ave**
**Miami Gardens, FL 33169**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Marina Common**
**424 Stanford Rd**
**Burbank, CA 91504**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Marina Ge?tamov**
**astropillss@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mario Mendez**
**1626 1/2 Arlington Ave.**
**LOS ANGELES, CA 90019**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Marisa Hunt**
**imakunisauce@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mariska Maguire**
**6364 Nesbitt Road**
**Madison, WI 53719**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 702 of 1098

| 3.422 8 | | | | |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Marisol Medina
31230 Comotilo Ct
Temecula CA 92592
Temecula, CA 92592

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.422 9 | | | | |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Marisol Reyes
adoremarillc@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.423 0 | | | | |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Marissa Ingram
1115 Hadley Street, Apt. E
Saint Louis, MO 63101

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.423 1 | | | | |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Marissa Jovet
46026 Bayswater Ter
Sterling, VA 20166

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.423 2 | | | | |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Marissa Snook
425 Park Street
Woodstock, IL 60098

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.423 3 | | | | |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Marissa Thompson
1809 E Cyrene Dr
Carson, CA 90746

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

| 3.423 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **Unknown** |
| **Mark Anthony Dee**<br>**7119 Navajo Road, Apt 4112**<br>**San Diego, CA 92119** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| Date(s) debt was incurred __ | | | |
| Last 4 digits of account number __ | Basis for the claim: __Potential warranty claim__ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.423 5 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **Unknown** |
| **Mark Blomstrom**<br>**328 WINCH STREET**<br>**FRAMINGHAM, MA 01701** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| Date(s) debt was incurred __ | | | |
| Last 4 digits of account number __ | Basis for the claim: __Potential warranty claim__ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.423 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **Unknown** |
| **Mark Blomstrom**<br>**328 Winch Street**<br>**Framingham, MA 01701** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| Date(s) debt was incurred __ | | | |
| Last 4 digits of account number __ | Basis for the claim: __Marketing Influencer__ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.423 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **Unknown** |
| **Mark Blomstrom**<br>**328 Winch Street**<br>**Framingham, MA 01701** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| Date(s) debt was incurred __ | | | |
| Last 4 digits of account number __ | Basis for the claim: __Marketing Influencer__ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.423 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **Unknown** |
| **Mark Bly**<br>**710 East St**<br>**Liberty Center, OH 43532-7300** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| Date(s) debt was incurred __ | | | |
| Last 4 digits of account number __ | Basis for the claim: __Potential warranty claim__ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.423 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **Unknown** |
| **Mark Bunner**<br>**44 Harpoon Rd.**<br>**Berlin, DE 21811** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| Date(s) debt was incurred __ | | | |
| Last 4 digits of account number __ | Basis for the claim: __Potential warranty claim__ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 704 of 1098

| 3.424 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Mark Clements**
**47 Fleming Drive**
**Independence, KY 41051**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Mark Davis**
**3317 SAILMAKER LN**
**PLANO, TX 75023**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Mark Dee**
**7119 Navajo Road, Apt 4112**
**San Diego, CA 92119**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Mark Fox**
**1028 S DOGWOOD DR**
**HARRISONBURG, VI 22801-1618**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Mark Graff**
**1040 Oregon Rd**
**Cortlandt Manor, NY 10567-1123**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Mark Han**
**412 NE 13th Pl.**
**Cape Coral, FL 33909**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 705 of 1098

| 3.424 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mark Hintze**
201 E. Garfield St.
Davenport, IA 52803

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.424 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mark Irwin**
42 South Lake Ave
Troy, NY 12180

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.424 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mark Kellar**
1605 Miller Ave NE
Olympia, WA 98506

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.424 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mark Kubiak**
25935 Fox Tail Trail
South Bend, IN 46628

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.425 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mark Landon Foster**
2485 N Karyn Ave
Fayetteville, AR 72703

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.425 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mark Lee**
2843 W Fox Hunters Loop
Lehi, UT 84043

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 706 of 1098

---

**3.425
2**

**Nonpriority creditor's name and mailing address**

**Mark Lizotte**
**PO Box 1005**
**Haverhill, MA 01831**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.425
3**

**Nonpriority creditor's name and mailing address**

**Mark M Fleming**
**74 Lonnie Holt Rd**
**Milan, TN 38358**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.425
4**

**Nonpriority creditor's name and mailing address**

**Mark MacDonough**
**2314 Thompson Crossing Drive**
**Richmond, TX 77406**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.425
5**

**Nonpriority creditor's name and mailing address**

**Mark MacDonough**
**2314 Thompson Crossing Drive**
**Richmond, TX 77406**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.425
6**

**Nonpriority creditor's name and mailing address**

**Mark Molos**
**7230 Renner Road**
**Shawnee, KS 66217**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.425
7**

**Nonpriority creditor's name and mailing address**

**Mark Punzalan**
**1505 Trubode Ln**
**Fernley, NV 89408**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 707 of 1098

| 3.425 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mark Romano**
11 Blackberry Lane
Center Moriches, NY 11934

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mark Sissons**
Butters_X@outlook.com

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.426 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mark ta Masopustov**
Mlnick , 1063/11
Ji? kov   40753

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.426 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mark Thees**
3010 W Loop 1604 N, APT 11205
San Antonio, TX 78251

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.426 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mark Walker**
425 Boroughbridge Rd
Richmond, VA 23225

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.426 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mark Williams**
markplayztwitch@gmail.com

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 708 of 1098

| 3.426 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Marlon D Custodio
28 Sherman Place apt 2H
Jersey City, NJ 07307

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential warranty claim

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.426 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Marlon k Matthews II
402 Tobacco rd.
Clarksville, TN 37042

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential warranty claim

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.426 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Marlon Polintan
114 SW High St.
Lake City, FL 32025

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.426 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Marquez Siler
2532 pLoop
Copperas cove, TX 76522

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.426 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Marquis Allen
234 E urner st
Apt 176
Pottstown, PA 19465

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.426 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Marquise Burnett
13220 Village Park Drive apt 2022
Southgate, MI 48195

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential warranty claim

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

| 3.427 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Marrio Smith**
**5335 Repecho Drive APT B205**
**San Diego, CA 92124**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.427 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Marrion Dittrich**
**3561 Pine Tree Ct. Apartment A2**
**Greenacres, FL 33463**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.427 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Marshal Werfelman**
**2500 E. Denny Way #202**
**Seattle, WA 98122**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.427 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Marshall Martin**
**706 Liberty St**
**Erie, PA 16502**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.427 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Martha Crocker**
**122 4th Avenue**
**Springfield, OH 45505**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.427 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Martha Pollard**
**1146 Brickyard**
**Lawrenceville, VA 23868**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 710 of 1098

| 3.427 6 | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **Unknown** |

**Martha Starzewski**
**2238 Monroe St**
**Madison, WI 53711**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.427 7 | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **Unknown** |

**Martin Avecilla**
**6640 Chinatown St**
**Las Vegas, NV 89166**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.427 8 | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **Unknown** |

**Martin Berg**
**118 South Quincy Street**
**Hinsdale, IL 60521**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.427 9 | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **Unknown** |

**Martin Carroll**
**410 1/2 N 17th Street**
**Richmond, IN 47374**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.428 0 | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **Unknown** |

**Martin schoffstall**
**5790 devonshire road**
**Harrisburg, PA 17112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.428 1 | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **Unknown** |

**Martin schoffstall**
**5790 devonshire road**
**Harrisburg, PA 17112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 711 of 1098

| 3.428 2 | **Nonpriority creditor's name and mailing address**<br>Martin Silverio<br>1711 Madison Ave.<br>Redwood City, CA 94061<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Potential warranty claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.428 3 | **Nonpriority creditor's name and mailing address**<br>MARVAE PIERCE<br>678 GUNSMOKE CIR<br>LUSBY, MD 20657<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Marketing Influencer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.428 4 | **Nonpriority creditor's name and mailing address**<br>Marvin Teng<br>3953 BOYER ST<br>CHINO, CA 91710<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Marketing Influencer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.428 5 | **Nonpriority creditor's name and mailing address**<br>Mary Baker<br>5146 Bailey Ct NE<br>Keizer, OR 97303<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Marketing Influencer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.428 6 | **Nonpriority creditor's name and mailing address**<br>Mary Baldauff<br>thefriendlychick@gmail.com<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Marketing Influencer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.428 7 | **Nonpriority creditor's name and mailing address**<br>Mary Broas<br>807 Oxford Road<br>Oxford, CT 06478<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Potential warranty claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 712 of 1098

| 3.428 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**mary gundersen**
**3871 west 2925 south**
**west valley city, UT 84120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 9 |
|---|

**Nonpriority creditor's name and mailing address**

**Mary K. Nichols**
**1938 SE 52nd Ave**
**Hillsboro, OR 97123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 0 |
|---|

**Nonpriority creditor's name and mailing address**

**Mary Valdez**
**1265 N 160th Ave**
**Goodyear, AZ 85338**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 1 |
|---|

**Nonpriority creditor's name and mailing address**

**Maryann Jackson**
**1400 Westinghouse Rd Apt 6613**
**Georgetown, TX 78626-2385**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 2 |
|---|

**Nonpriority creditor's name and mailing address**

**Mason Smith**
**561 Westview drive, apt 310**
**Hastings, MN 55033**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 3 |
|---|

**Nonpriority creditor's name and mailing address**

**Mason Wilson**
**23 Oak St**
**Norwalk, OH 44857**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.429 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Massimo Curatolo**
**313-139 Tuxedo Avenue**
**Winnipeg, Manitoba R3N 0H6**
**CANADA**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 5 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Mateusz Pa?at**
**Kamila Baczy?skiego 31B**
**Ostr w Wielkopolski, 63-400**
**POLAND**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Matheus de Oliveira Pinheiro**
**Rua Domingos Peneda 1680**
**Paranagua, Paranai 83209340**
**canada**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Mathew Conyers**
**16647 bear bayou dr.**
**channelview, TX 77530**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Mathew Donovan**
**1400 N Perkins Rd**
**B13**
**Stillwater, OK 74075**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Mathew Lee**
**902 S 4th St**
**Judsonia, AR 72081**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 714 of 1098

| 3.430 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Mathew Macdonald** | ■ Contingent | |
| **P.O. Box 2224** | ■ Unliquidated | |
| **Fairview AB T0H 1L0** | ■ Disputed | |
| **CANADA** | | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Marketing Influencer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.430 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Mathew Platter** | ■ Contingent | |
| **5567 Orville Ave** | ■ Unliquidated | |
| **Columbus, OH 43228** | ■ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Potential warranty claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.430 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Mathew Wood** | ■ Contingent | |
| **8967 RINGVIEW DR** | ■ Unliquidated | |
| **MECHANICSVILLE, VA 23116-2972** | ■ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Potential warranty claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.430 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Matias Amunategui** | ■ Contingent | |
| **El Comendador 2073** | ■ Unliquidated | |
| **Region Metropolitana, 33129 Santiago** | ■ Disputed | |
| **CHILE** | | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Marketing Influencer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.430 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Matina Runbeck** | ■ Contingent | |
| **8050 S 29th Ave.** | ■ Unliquidated | |
| **Laveen, AZ 85339** | ■ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Marketing Influencer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.430 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Mats Vos** | ■ Contingent | |
| **Steegsebaan 303** | ■ Unliquidated | |
| **2490 Balen, Belgium** | ■ Disputed | |
| **W. EUROPE** | | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Marketing Influencer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 715 of 1098

| 3.430 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matt  Greenhagen**
**1842 Kilmory Dr**
**Florissant, MO 63031**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential warranty claim

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.430 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matt Caine**
**4797 Eldo St**
**Willoughby, OH 44094**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Marketing Influencer

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.430 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matt Conner**
**22910 SE 271st PL**
**Maple Valley, WA 98038**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential warranty claim

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.430 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matt Crocker**
**1306 Highland Avenue**
**McAllen, TX 78501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Marketing Influencer

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.431 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matt Devereaux**
**empyrettv@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Marketing Influencer

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.431 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matt Dimmitt**
**OrcishWC@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Marketing Influencer

Is the claim subject to offset? ☐ No  ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 716 of 1098

| 3.431 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Matt Ferrell**
800 Whispering Cir Apt 2
Saint Augustine, IL 32084

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Matt Filkins**
8352 Burning Bush Rd
Grosse Ile, MI 48138

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Matt Haws**
4038 County Road C
Pulaski, WI 54162

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Matt Haws**
4038 County Road C
Pulaski, WI 54162

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Matt Kennedy**
3828 Corporal Stone st
Bayside, NY 11361

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Matt Kohrs**
admin@matthewkohrs.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 717 of 1098

| 3.431 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Matt Lerman**
**9052 East Shorewood Dr. Apt. 247**
**Mercer Island, WA 98040**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Matt McCarthy**
**matt.mccarthy3058@gmail.com**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Matt Miller**
**2600 2nd ave, apt 903**
**Seattle, WA 98121**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Matt Pfaltzgraf**
**101 Marietta Street NW**
**Suite 2475**
**Atlanta, GA 30303**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Matt Pfaltzgraf**
**101 Marietta Street NW**
**Suite 2475**
**Atlanta, GA 30303**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Matt Pfaltzgraf**
**101 Marietta Street NW**
**Suite 2475**
**Atlanta, GA 30303**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 718 of 1098

| 3.432 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Matt Pfaltzgraf**
101 Marietta Street NW
Suite 2475
Atlanta, GA 30303

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Matt Schlax**
3755 S Ahmedi Av
saint francis, WI 53235

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Matthew Akita**
122 10th St
Huntington Beach, CA 92648-4802

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Matthew Alaniz**
5500 Catsby Ct
Austin, TX 78724

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Matthew Alexander**
1330 N Milwaukee Ave
2R
Chicago, IL 60622

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Matthew Amundson**
1463 N. Broadway, Unit C
Escondido, CA 92026

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 719 of 1098

| 3.433 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Matthew Bates**
**9 Alfred Avenue**
**Bedlington, Northumberland N32 2AZ**
**UNITED KINGDOM**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Matthew Bowman**
**9713 Northeast 104th Way**
**Vancouver, WA 98662**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Matthew Brantley**
**3423 OVERHULSE RD NW**
**OLYMPIA, WA 98502**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Matthew Broun**
**307 Hawker Lane**
**Corvallis, MT 59828**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Matthew Buckley**
**matt@bowlingotter.com**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Matthew Buie**
**4763 ALVA AVE, N/A**
**KLAMATH FALLS, OR 97603**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 720 of 1098

| 3.433 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Matthew Burdette**
**608 Caroline Ave.**
**Williamstown, WV 26187**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.433 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Matthew Capano**
**6 Hampston Garth**
**Lutherville, MD 21093**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.433 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Matthew Chavez**
**9218 Laneside Dr**
**Spring, TX 77379**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.433 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Matthew Chmelewski**
**377 Darlington Avenue**
**Unit 204**
**Wilmington, NC 28403**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.434 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**MATTHEW CLUTCHMEISTER PATRICK**
**clutchmeistertv@gmail.com**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.434 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Matthew Constantine**
**3628 Falcon Way**
**Eagan, MN 55123**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 721 of 1098

---

**3.434**
**2**

**Nonpriority creditor's name and mailing address**
**Matthew davis**
**130 Stanley dr.**
**Winchester, VA 22602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*       **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.434**
**3**

**Nonpriority creditor's name and mailing address**
**matthew donald dean**
**304 REDWOOD AVE**
**Galloway, NJ 08205**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*       **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.434**
**4**

**Nonpriority creditor's name and mailing address**
**Matthew Dudick**
**2302 Coventry Lane**
**East Greenbush, NY 12061**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*       **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.434**
**5**

**Nonpriority creditor's name and mailing address**
**Matthew Dupont**
**2059 E Ave. I #57**
**Lancaster, CA 93535**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*       **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.434**
**6**

**Nonpriority creditor's name and mailing address**
**MATTHEW E DAVENPORT**
**3706 Cliffridge Dr., APT 4**
**Lumberton, NC 28358**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*       **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.434**
**7**

**Nonpriority creditor's name and mailing address**
**Matthew E lusinger**
**44 KEARNEY ST**
**LYNDHURST, NJ 07071**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*       **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 722 of 1098

| | |
|---|---|
| 3.434 8 | |

**Nonpriority creditor's name and mailing address**

**Matthew ellis**
3 crandall st
Adams, MA 01226

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.434 9 | |

**Nonpriority creditor's name and mailing address**

**Matthew Fish**
691 Northern Ranches Road
Sanford, NC 27330

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.435 0 | |

**Nonpriority creditor's name and mailing address**

**Matthew Foster**
14497 S Ronan Lane
BLD O UNIT 202
Herriman, UT 84096

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.435 1 | |

**Nonpriority creditor's name and mailing address**

**Matthew Fredbloom**
7454 Sugar Pine Court
Avon, IN 46123

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.435 2 | |

**Nonpriority creditor's name and mailing address**

**Matthew Glover**
5825 Ryder Ave
Charlotte, NC 28226

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.435 3 | |

**Nonpriority creditor's name and mailing address**

**Matthew Granelli**
309 Lincoln Drive
Ocean, NJ 07712

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 723 of 1098

| 3.435 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Matthew Gruenewald**
**904 Norman Ave NE**
**Salem, OR 97301**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.435 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Matthew Gustafson**
**3529 REMINGTON GROVE AVE**
**NORTH LAS VEGAS, NV 89081**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.435 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Matthew Hall**
**5808 Grande Lagoon Blvd.**
**Pensacola, FL 32507**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.435 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Matthew Hall**
**683 Old Post Road**
**Bedford village, NY 10506**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.435 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Matthew Hammons McKinley**
**1610 Myrtle St.**
**Jackson, MS 39202**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.435 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Matthew Hardin**
**5204 Tuckerman Lane**
**Apt 202**
**North Bethesda, MD 20852**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 724 of 1098

| 3.436 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Matthew Harris**
CMR 415 Box 5467
APO, AE 09114

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.436 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Matthew Hassall**
468 ne maple leaf pl
seattle, WA 98115

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.436 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Matthew Herning**
6864 Sage Meadows Drive
Wellington, CO 80549

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.436 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Matthew Hopkins**
5865 S. Quail st.
Littleton, CO 80127

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.436 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Matthew Ireland**
11401 Cornell Ave S
Seattle, WA 98178

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.436 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Matthew J Solomon**
3105 Rocky Mountain Drive
Plano, TX 75025

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 725 of
1098

| 3.436 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Matthew Johnston**
coffeedunkin10@gmail.com

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.436 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Matthew Joyner**
**1907 Gordon street**
**North augusta, SC 29841**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.436 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Matthew KArwatsky**
**27231 316th Way Southeast**
**Ravensdale, WA 98051**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.436 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Matthew Ketterer**
**11001 W Almeria Rd**
**Avondale, AZ 85392**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.437 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Matthew Kohrs**
**2729 W Harper St**
**Philadelphia, PA 19130**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.437 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Matthew Kuc**
**382A Great Road, Apt 202**
**Acton, MA 01720**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 726 of 1098

| 3.437 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Matthew Kumagai**
**15 Calle Cal**
**SANTA FE, NM 87508-9157**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.437 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Matthew L Tucker**
**705 s Pleasant st**
**edinburgh, IN 46124**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.437 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Matthew Larson**
**13907 Stripling Lane**
**PFLUGERVILLE, TX 78660**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.437 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Matthew Leopold**
**133 Manor rd**
**Hatboro, PA 19040**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.437 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Matthew Leukering**
**1780 Sunny Acres Lane**
**Amelia, OH 45102**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.437 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Matthew Lewis**
**16214 Keeler Dr**
**Granada Hills, CA 91344**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 727 of 1098

| 3.437 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matthew Liberty**
**33 Fox Meadow Road**
**APT F**
**Leominster, MA 01453**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.437 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matthew Lloyd Wilson**
**260 N Lincoln Way**
**Galt, CA 95632**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.438 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matthew Lund Jr.**
**mattapocaalypse@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.438 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matthew M DeYoung**
**2311 Amber Ln**
**Escondido, CA 92026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.438 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matthew MacDonald**
**10 Elm Cir**
**Newnan, GA 30263**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.438 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matthew Mamros**
**1027 Freeport Road**
**Natrona Heights, PA 15065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 728 of 1098

| 3.438 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |
| | **Matthew Marradi**<br>Matthewmarradi@yahoo.com | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.438 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |
| | **Matthew Mathias**<br>10152 Sutherland Road<br>Silver Spring, MD 20901 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.438 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |
| | **Matthew McLean**<br>50 Gardenside Drive<br>Apartment 7<br>San Francisco, CA 94131 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.438 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |
| | **Matthew Meyer**<br>325 30th st<br>Lindenhurst, NY 11757 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.438 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |
| | **Matthew Miller**<br>4357 Gallop Court<br>Bargersville, IN 46106 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.438 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |
| | **Matthew Misrendino**<br>2113 Normandy View<br>Leander, TX 78641 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 729 of 1098

| 3.439 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Matthew Moles**
**7802 Pitt Street**
**Grimesland, NC 27837**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.439 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Matthew Moura**
**7 Hiltz Ave**
**Lakeville, MA 02347**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.439 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Matthew Mundy**
**7010 Bristol Pl**
**Sykesville, MD 21784**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.439 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Matthew Nixon**
**121 fenwickway**
**Consett, Durham County DH8 5FE**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.439 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Matthew O'Connell**
**12D SONNET CRES**
**Ottawa, Ontario K2H 8W7**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.439 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Matthew P Drew**
**198 Mast Rd #2**
**Manchester, NH 03102**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 730 of 1098

---

| 3.439 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Matthew Petrich**
8668 Johnston Rd.
Burr Ridge, IL 60527

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Matthew Petrie**
41 Tindall Manor
Clinton, NY 13323

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Matthew Phillips**
327 Brentwood Drive
Apt F
York, PA 17403

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Matthew Pollan**
3722 Tahoma Place West
University Place, WA 98466

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Matthew Powling**
Davaliraine@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Matthew R Henn**
1809 Cheltenham Court
Malta, NY 12020

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 731 of 1098

| 3.440 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Matthew Raines**
**5523 Oaks of St Clair Circle**
**Moody, AL 35004**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Matthew Rayfield**
**408 Old Chattanooga Pike SW**
**Cleveland, TN 37311**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Matthew Regan**
**124 Ohara Rd**
**Little Falls, NY 13365**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Matthew Reimann**
**17769 50th Court South**
**Seatac, WA 98188**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Matthew Rice**
**2443 110th ave nw**
**coon rapids, MN 55433**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Matthew Rinaudo**
**2113 NORMANDY VW**
**LEANDER, NJ 78641**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 732 of 1098

| 3.440 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Matthew Rios**
5211 Fredericksburg Rd Apt 814
Apt 814
San Antonio, TX 78229

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 9 |

**Matthew Russo**
239 Blue Barns Rd
Burnt Hills, NY 12027

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.441 0 |

**Matthew Ryan**
43850 Timber Sq, 103
Leesburg, VA 20176

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.441 1 |

**Matthew Ryan**
23131 Spectrum
Irvine, CA 92618

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.441 2 |

**Matthew Ryan Winburn**
5920 Normal Blvd
Lincoln, NE 68506

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.441 3 |

**MATTHEW S ADAMS**
21460 Strada Nuova Circle, unit 305
ESTERO, FL 33909

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 733 of 1098

| 3.441 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Matthew Seagraves**
**7209 Shellford Dr.**
**Greensboro, NC 27406**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.441 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Matthew Seagraves**
**7209 Shellford Dr.**
**Greensboro, NC 27406**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.441 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Matthew Shipman**
**1357 Coventry Street**
**Akron, OH 44306**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.441 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Matthew Shriver**
**616 Rawlins Lane**
**Fort Worth, TX 76131**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.441 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Matthew Skaggs**
**1601 Great Western Drive**
**A3**
**Longmont, CO 80501**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.441 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Matthew Smith**
**67 Valley Ave**
**Walden, NY 12586**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ■ No  ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 734 of 1098

| 3.442 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Matthew Sorrentino**
**56 Seabreeze Lane**
**Bristol, RI 02809**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Matthew Strachan**
**10402 Shangri La Drive**
**Huntington Beach, CA 92646**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Matthew Sumner**
**91 Whidah Way**
**Centerville, MA 02632**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Matthew Tamayo**
**111605 Oglesby**
**Houston, TX 77029**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Matthew Thomas Bensel**
**1863 Gary St**
**Klamath Falls, OR 97603**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Matthew Tirado**
**2632 Alvarado Dr NE**
**Albuquerque, NM 87110**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 735 of 1098

| 3.442 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Matthew Tracy**
202 Harris Ave
Woonsocket, RI 02895

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.442 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Matthew Tringone**
18027 Burbage Circle
Cary, NC 27519

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.442 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Matthew Tucker**
5281 Maddux Way
Roseville, CA 95747

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.442 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Matthew Veteto**
9011 Bridget Leigh Way
Bakersfield, WA 93312

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.443 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Matthew Warren**
25 Oakwood St @a
Dorchester, MA 02124

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.443 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Matthew Werner**
2679 Jolly Roger dr
Wayland, MI 49348

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 736 of 1098

| 3.443 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Matthew Williams**
**1831 W Moyamensing ave**
**Philadelphia, PA 19145**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Matthew Willson**
**100 Forest Hts, Apt. B14**
**Butler, PA 16001-3908**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Matthew Winkler**
**36838 lake unity rd**
**fruitland park, FL 34731**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Matthew Zackary**
**3314 springleaf dr**
**Mesquite, TX 75181**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Matthew Zackary**
**3314 Springleaf Dr**
**Mesquite, TX 75181**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Maurice Fulton**
**15226 Aurora Cir**
**Urbandale, IA 50323**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 737 of 1098

Name

| 3.443 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Mauricio Zambrana** | ☐ Contingent | |
| **23 Curtis St.** | ☐ Unliquidated | |
| **Medford, MA 02155** | ☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  Potential warranty claim | |
| | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.443 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Maverick Merkushen** | ☐ Contingent | |
| **enemyex@gmail.com** | ☐ Unliquidated | |
| Date(s) debt was incurred __ | ☐ Disputed | |
| Last 4 digits of account number __ | Basis for the claim: Marketing Influencer | |
| | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.444 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Maverick Tomes** | ☐ Contingent | |
| **27396 Dellwood Dr.** | ☐ Unliquidated | |
| **Westlake, OH 44145** | ☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  Potential warranty claim | |
| | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.444 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **max anderson** | ☐ Contingent | |
| **45 Big Spring Rd** | ☐ Unliquidated | |
| **Franklin, NJ 07416** | ☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  Potential warranty claim | |
| | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.444 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Max Katner** | ☐ Contingent | |
| **3724 13th St NW** | ☐ Unliquidated | |
| **Washington, DC 20010** | ☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  Marketing Influencer | |
| | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.444 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Max Morton** | ☐ Contingent | |
| **47 Harris Ave** | ☐ Unliquidated | |
| **Asheville, ME 28806** | ☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  Potential warranty claim | |
| | Is the claim subject to offset? ☐ No  ☐ Yes | |

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 738 of 1098

| 3.444 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Max Mydlo**
**1120 south 6th street**
**Depere, WI 54115**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.444 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Max Viles**
**21 Dryburgh Road**
**Wandsworth, London SW15 1BN**
**UNITED KINGDOM**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.444 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Max Weston**
**18208 E 43rd St**
**Tulsa, OK 74134**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.444 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Maximiliano Salatino**
**Rivadavia 1894**
**General Cabrera, Argentinavia 5809**
**SOUTH AMERICA**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.444 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**maximus garcia**
**2993 w 80th st unit 25**
**Hialeah, FL 33018**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.444 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Maxwell bent rulon-miller**
**892 lakeshore blvd**
**incline village, CA 89451**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 739 of 1098

| 3.445 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Maxwell Lee**
24916 267th Ave SE
Ravensdale, WA 98051

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**May Giang**
5204 Laurel St
San Digeo, CA 92105

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Maya Higa**
austin@streamelements.com

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mayra Ramos**
763 Saint Paul Street
Pomona, CA 91767

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mayya Benitez**
4G34 CALLE 215
Colinas De Fairview, Trujillo Aalto 976
PUERTO RICO

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mazen Elsheikh**
915 SW Adams Ave
Apt 19
Corvallis, OR 97333

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 740 of 1098

---

**3.445 6**

Nonpriority creditor's name and mailing address

**Mazzie Ferguson**
**2307 Lexington Dr**
**Barksdale AFB, FL 71110**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.445 7**

Nonpriority creditor's name and mailing address

**Mchael Peace**
**7806 Callington way**
**Handover, MD 21076**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.445 8**

Nonpriority creditor's name and mailing address

**McIver Ensley**
**609 North Main Street**
**LaFayette, GA 30728**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.445 9**

Nonpriority creditor's name and mailing address

**McKenzie Crawford**
**16926 NW Shadow Hills Lane**
**Beaverton, OR 97006**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.446 0**

Nonpriority creditor's name and mailing address

**McSwain, Jason**
**mcswaijs@miamioh.edu**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.446 1**

Nonpriority creditor's name and mailing address

**Meagan Watson**
**51 SHIPLEY AVENUE**
**Daly City, CA 94015**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 741 of 1098

| 3.446 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Meagen Rivera**
**14 Hartsdale Rd**
**Elmsford, NY 10523-3770** | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| Date(s) debt was incurred __
Last 4 digits of account number __ | Basis for the claim:  **Potential warranty claim** | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.446 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Meet Kevin**
**8219 Quartz St**
**Ventura, CA 93004** | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| Date(s) debt was incurred __
Last 4 digits of account number __ | Basis for the claim:  **Potential warranty claim** | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.446 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Megan Jones**
**nihilittyy@gmail.com** | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| Date(s) debt was incurred __
Last 4 digits of account number __ | Basis for the claim:  **Marketing Influencer** | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.446 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Megan Kuehne**
**1023 S Woodlawn Blvd**
**Wichita, KS 67218** | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| Date(s) debt was incurred __
Last 4 digits of account number __ | Basis for the claim:  **Marketing Influencer** | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.446 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Megan McArdle**
**35 Greenfield Avenue 1109**
**North York ON M2N 0L1**
**CANADA** | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| Date(s) debt was incurred __
Last 4 digits of account number __ | Basis for the claim:  **Marketing Influencer** | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.446 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Megan McShane**
**kavffeine@gmail.com** | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| Date(s) debt was incurred __
Last 4 digits of account number __ | Basis for the claim:  **Marketing Influencer** | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 742 of 1098

| 3.446 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Megan Pollett**
**1921 N Buena Vista St**
**Unit 307**
**Burbank, CA 91504**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.446 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Megan Thielsen**
**312 2nd Ave W**
**APT # 414**
**Seattle, WA 98119**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.447 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Megan Yeh**
**meganyyeh@gmail.com**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.447 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Meghan Andrzejewski**
**megmage.info@gmail.com**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.447 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Meghan Cornagie**
**1324 Trafford Lane**
**Savannah, PA 31410**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.447 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Meghan Grace**
**megsontwitch@gmail.com**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 743 of 1098

| 3.447 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Meghan Schultz**
**114 Philwood Lane**
**Milford, PA 18337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.447 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Meliana Hakim**
**Jl. Pasir Putih 4 No. 24**
**Jakarta Utara**
**INDONESIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.447 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Melina Ghossen**
**9045 Av San-Francisco**
**Brossard, Quebec 74X 2H3**
**CANADA, NY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.447 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Melissa Carmon**
**4105 W 91st Street**
**sioux falls, SD 57108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.447 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Melissa Grant**
**1101 Girard Blvd NE**
**ALBUQUERQUE, NM 87106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.447 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Melissa Lubin**
**3734 Coral Tree Circle**
**Coconut Creek, FL 33073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 744 of 1098

| 3.448 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Melissa Simone**
368 NH Rte 11 #207
Farmington, NH 03835

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 1 | Nonpriority creditor's name and mailing address | Unknown |
|---|---|---|

**Melissa Tusa**
713 VINTAGE CT
DESTIN, FL 32541-1649

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 2 | Nonpriority creditor's name and mailing address | Unknown |
|---|---|---|

**Melissa Vogel**
9999 West Katie Ave #2128
Las Vegas, NV 89147

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 3 | Nonpriority creditor's name and mailing address | Unknown |
|---|---|---|

**Mendes Morrison**
66 Goddard St
Basement
Fitchburg, MA 01420

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 4 | Nonpriority creditor's name and mailing address | Unknown |
|---|---|---|

**Meredith Canto**
18 Mellor Dr
Wallingford, CT 06492

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 5 | Nonpriority creditor's name and mailing address | Unknown |
|---|---|---|

**Merleeeen**
merleeeen@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 745 of 1098

| 3.448 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,337.00** |
|---|---|---|---|

**Merritt-IB1,LLC**
**c/o Merritt Properties, LLC**
**c/o Merritt**
**2066 Lord Baltimore Drive**
**Windsor Mill, MD 21244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/1/21**

**Basis for the claim:** **Lease of nonresidential real property located at 1001 Hill Drive, Durham, North Carolina.**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.448 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Mervin Freeman**
**129 high point lane**
**Easton, PA 18042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Potential warranty claim**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.448 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Metris**
**326 Ashton Way**
**Lincolnton, NC 28092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Potential warranty claim**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.448 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Mgwilber@gmail.com**
**1190 Mission ST. #702**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Potential warranty claim**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.449 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Mia Cooper**
**2920 Network Pl**
**APT 303A**
**Lutz, FL 33559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Marketing Influencer**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.449 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Mia Leftridge**
**5794 SW 86TH ST**
**Ocala, FL 34476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Marketing Influencer**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 746 of 1098

| 3.449 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**3.449 2**

**Nonpriority creditor's name and mailing address**

**Mica Goldstein**
**contact@eristocracy.tv**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**  Marketing Influencer

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.449 3**

**Nonpriority creditor's name and mailing address**

**Micah McGee**
**103 Meadow lake cove**
**starkville, MS 39759**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**  Marketing Influencer

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.449 4**

**Nonpriority creditor's name and mailing address**

**Micah Posavad**
**13357 Shenandoah St NE**
**Ham Lake, MN 55304**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**  Potential warranty claim

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.449 5**

**Nonpriority creditor's name and mailing address**

**Micah Roberts**
**3015 20th Street Place SW**
**Puyallup, WA 98373**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**  Marketing Influencer

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.449 6**

**Nonpriority creditor's name and mailing address**

**Micah Tillett**
**micah@artesianbuilds.com**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**  Marketing Influencer

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.449 7**

**Nonpriority creditor's name and mailing address**

**Michael**
**3203 Tom Green Street, Unit A**
**Austin, MI 78705**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**  Potential warranty claim

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 747 of 1098

| 3.449<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Michael A Tavares**
**55 Sophia Lane**
**Bridgewater, MA 02324**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.449<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Michael A Willis**
**116 Washington Ave Apt 2B**
**Hawthorne, NJ 07506**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.450<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Michael Allen Early Jr**
**6882 Brooksdale Road**
**Staley, NC 27355**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.450<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Michael Amaral**
**52 Bonnie Heights Dr**
**Hudson, NH 03051**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.450<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Michael Amaral**
**info@veritas.wtf**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.450<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Michael Angelakopoulos**
**799 Charlotte St.**
**Niagara-On-The-Lake, L0S1J0**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 748 of 1098

| 3.450 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Angle**
f1r5tt3am@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Michael Angle**
25248 Corte Oranada
Murrieta, CA 92563

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Michael Angle**
25248 Corte Oranada
Murrieta, CA 92563

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Michael Anthony Atkinson**
182 Blush Ct
Los Banos, CA 93635

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Michael Arite**
901 J St
Snyder, OK 73566

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**michael Baric**
1730 Larchwood Green
Burlington, Ontario L7P 2X7
CANADA

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 749 of 1098

| 3.451 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Beckwith**
30 Saint Margaret Way
Rochester, NY 14625

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.451 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Bemis**
6233 Summer Pond Dr
Apt. E
Centreville, VA 20121

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.451 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Benecki**
tietuesdaylp@gmail.com

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.451 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Blumberg**
80 madison drive
NEWARK, DE 19711

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.451 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Borja**
3022 Evelyn Ave
Rosemead, CA 91770

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.451 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Brockers**
5056 Parkway Calabasas
Calabasas, CA 91302

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 750 of 1098

| 3.451 6 | **Nonpriority creditor's name and mailing address**<br>**Michael Buhrman**<br>**1086 Barbados Ave**<br>**Palm Bay, FL 32909**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: __Potential warranty claim__<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.451 7 | **Nonpriority creditor's name and mailing address**<br>**Michael Burgio**<br>**2207 First Avenue**<br>**Spring Lake, NY 07762**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: __Potential warranty claim__<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.451 8 | **Nonpriority creditor's name and mailing address**<br>**Michael Burke**<br>**8135 Habersham Waters Road**<br>**Atlanta, GA 30350**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: __Marketing Influencer__<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.451 9 | **Nonpriority creditor's name and mailing address**<br>**Michael C Dorsey**<br>**13248 Wildflower Meadow Drive**<br>**Riverview, FL 33579**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: __Potential warranty claim__<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.452 0 | **Nonpriority creditor's name and mailing address**<br>**Michael Cargill**<br>**7250 38th Street Northwest #56**<br>**Parshall, ND 58770**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: __Marketing Influencer__<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.452 1 | **Nonpriority creditor's name and mailing address**<br>**Michael Carlucci**<br>**937 VICTORY BOULEVARD, APT 5N**<br>**Staten Island, NY 10301**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: __Potential warranty claim__<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 751 of 1098

| 3.452 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Michael Carr**
**90 County Rd**
**Marion, MA 02738**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.452 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Michael Caterham**
**550 East Hanford Armona RD APT.209**
**Lemoore, CA 93245**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.452 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Michael Chandler**
**681 Wadesboro Road**
**Benton, KY 42025**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.452 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Michael Chartier**
**5208 S Mayflower St**
**Seattle, WA 98118**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.452 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Michael Cinquegrano**
**xguniiofficial@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.452 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Michael Cinquegrano**
**12 Sunset ave**
**Norht providence, RI 02911**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.452 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michael Cosey**
contactwindvow@gmail.com

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.452 9 | **Nonpriority creditor's name and mailing address** | | **Unknown** |
|---|---|---|---|

**Michael Curylo**
3405 Jameston Dr.
Flower mound, TX 75028

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.453 0 | **Nonpriority creditor's name and mailing address** | | **Unknown** |
|---|---|---|---|

**Michael Cyr**
business@cyrcorp.net

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.453 1 | **Nonpriority creditor's name and mailing address** | | **Unknown** |
|---|---|---|---|

**Michael Daniel Stanton Jr**
340 Glenwoods CT NE
Rockford, MI 49341

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.453 2 | **Nonpriority creditor's name and mailing address** | | **Unknown** |
|---|---|---|---|

**Michael Darienzo**
41 Parker
Street
Newington, CT 06111

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.453 3 | **Nonpriority creditor's name and mailing address** | | **Unknown** |
|---|---|---|---|

**Michael DeLigny**
311 Iriquois Trail
Browns Mills, NJ 08015

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 753 of 1098

| 3.453 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael DuBose**
**1220 Shakespeare Ave**
**Apt 2ES**
**Bronx, NY 10452**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Eggert**
**3050 Avenida Magoria**
**Esconiddo, CA 92029**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Eide**
**5745 N 8th Place #2**
**Phoenix, AZ 85014**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Emery**
**emeryreigns@yahoo.com**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Eng**
**kyokerutwitch@gmail.com**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Eng**
**721 New Mexico Ave #2244**
**Holloman AFB, NM 88330**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 754 of 1098

| 3.454 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.454 0**

**Nonpriority creditor's name and mailing address**

Michael Enriquez
2245 Tustin Avenue
Newport Beach, CA 92660

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                                                           **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.454 1**

**Nonpriority creditor's name and mailing address**

Michael F Almeida
6753 SW 138 St
Miami, FL 33158

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                                                           **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.454 2**

**Nonpriority creditor's name and mailing address**

Michael Figueroa
3100 orchard pl
Kissimmee, FL 34743

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                                                           **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.454 3**

**Nonpriority creditor's name and mailing address**

Michael G Stamatopoulos
117 Duncton Wood Crescent
Aurora, Ontario L4G 7T5
CANADA

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                                                           **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.454 4**

**Nonpriority creditor's name and mailing address**

Michael Garcia
2159 Flora Vista
San Antonio, TX 78224

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                                                           **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.454 5**

**Nonpriority creditor's name and mailing address**

Michael Gaylord
37 Katie Ann CT
Smyrna, DE 19977

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                                                           **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 755 of 1098

| 3.454 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Giorgio**
65 Aldrich road
North Scituate, RI 02857

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.454 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MICHAEL GIRGASKY**
4476 E Firestone Dr
Chandler, AZ 85249

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.454 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Glace**
115 Good Place road
Brunswick ga, GA 31523

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.454 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Glick**
1648 west 3rd street
BROOKLYN, NY 11223

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.455 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Guillory**
116 North Three Notch Street
Troy, AL 36081

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.455 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Hansen**
893 Savanna Springs Dr
Lake Villa, IL 60046

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 756 of 1098

| 3.455 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |
| | **Michael Hazuka**<br>**41 Tower Hill Rd**<br>**Clinton, CT 06413** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _Potential warranty claim_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.455 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |
| | **Michael Hendrix**<br>**109 Branchwood Ln**<br>**Belton, SC 29627** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _Marketing Influencer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.455 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |
| | **Michael Hill**<br>**10936 Westchester Dr**<br>**Lava Hot Springs, ID 83246** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _Marketing Influencer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.455 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |
| | **Michael Hintz**<br>**4501 Dalmahoy Court**<br>**Apt 105**<br>**Fort Myers, FL 33916** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _Marketing Influencer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.455 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |
| | **Michael Holland**<br>**Alkaizer00@protonmail.com** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _Marketing Influencer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.455 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |
| | **michael j russo**<br>**3540 ALBEE DR**<br>**HERMITAGE, TN 37076** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _Potential warranty claim_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 757 of 1098

| 3.455 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Michael Jensen**
5520 Patrick Circle SW Apt F
Bolling AFB, WI 20032

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Michael Kelleher**
7 Essex street
Danvers, MA 01923

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Michael Kelly**
53 Commercial Wharf
Boston, MA 02110

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Michael Kelly**
53 Commercial Wharf
Boston, MA 02110

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Michael Knapp**
1204 N 16th St
Bismarck, ND 58501

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Michael Koch**
jyggymedia@gmail.com

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 758 of 1098

| 3.456 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br>**Michael Lanphere**<br>**731 Montauk Drive**<br>**Forked River, NJ 08731**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _Marketing Influencer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.456 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br>**Michael Lawrence Klein**<br>**611 killdeer lane**<br>**Huntingdon Valley, PA 19006**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _Potential warranty claim_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.456 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br>**Michael Letina**<br>**1 South St Apt 311**<br>**Buffalo, NY 14204**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _Potential warranty claim_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.456 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br>**Michael Marquez**<br>**724 Neil Dr Apt 211**<br>**Waco, TX 76710**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _Potential warranty claim_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.456 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br>**Michael Marquez**<br>**724 Neil Dr Apt 211**<br>**Waco, TX 76710**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _Potential warranty claim_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.456 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br>**Michael Matias**<br>**25 Judson Dr**<br>**Fairhaven, MA 02719**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _Potential warranty claim_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 759 of 1098

| 3.457 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Michael Maxham**
**7819 NW Roanridge rd Apt i**
**kansas city, MO 64151**

Date(s) debt was incurred _
Last 4 digits of account number _

- Contingent
- Unliquidated
- Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Michael May**
**100 Chapelwood Way**
**Cary, NC 27518**

Date(s) debt was incurred _
Last 4 digits of account number _

- Contingent
- Unliquidated
- Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Michael McComiskey**
**rinkarigani@gmail.com**

Date(s) debt was incurred _
Last 4 digits of account number _

- Contingent
- Unliquidated
- Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Michael McGirr**
**8440 Parkstone Dr**
**Raleigh, NC 27613**

Date(s) debt was incurred _
Last 4 digits of account number _

- Contingent
- Unliquidated
- Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Michael McKeon**
**145 Appledale Road**
**Apartment #823**
**Audubon, PA 19403**

Date(s) debt was incurred _
Last 4 digits of account number _

- Contingent
- Unliquidated
- Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Michael McMahon**
**heythinnd@gmail.com**

Date(s) debt was incurred _
Last 4 digits of account number _

- Contingent
- Unliquidated
- Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 760 of 1098

| 3.457 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Michael Miller** | ■ Contingent | |
| **708 N Gaskins Rd, Apt C** | ■ Unliquidated | |
| **Henrico, VA 23238** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.457 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Michael Miller** | ■ Contingent | |
| **8037 Garfield St. NE** | ■ Unliquidated | |
| **Spring Lake Park, MN 55432** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.457 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Michael Morris Hill** | ■ Contingent | |
| **5654 Davis-Hardy Rd** | ■ Unliquidated | |
| **Seven Springs, NC 28578** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.457 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Michael Nguyen** | ■ Contingent | |
| **9748 4th Ave NW Unit A** | ■ Unliquidated | |
| **Seattle, WA 98117** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.458 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Michael Pacier** | ■ Contingent | |
| **96 Electric Ave** | ■ Unliquidated | |
| **Leominster, MA 01453** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.458 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Michael Patrick Newcomb** | ■ Contingent | |
| **210 Mariposa Ave** | ■ Unliquidated | |
| **SIERRA MADRE, CA 91024** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 761 of 1098

| 3.458 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Michael Penney**
UhhPeezy@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.458 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Michael Pettibone**
210 W. 5th Street
Colby, KS 67701

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.458 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Michael Philip Peters**
69 Stratford Road
Melrose, MA 02176

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.458 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Michael Portanova**
1211 Lochcarron Lane
Cary, NC 27511

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.458 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Michael R Pick**
4402 Sugar Maple Ct.
Concord, CA 94521

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.458 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Michael Rainy, Jr.**
c/o Julie Hanson
jhansson@iconseg@co

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade creditor_

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 762 of 1098

| 3.458 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michael Ramos-Nieves**
840 Avenue E
Langhorne, PA 19047

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.458 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michael Revis**
2144 DASHWOOD ST
LAKEWOOD, CA 90712

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.459 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michael Rhiley Burns**
1729 ARROYO SIERRA CIRCLE
SANTA ROSA, CA 95405

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.459 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michael Rigdon**
8353 Ivory Coast Drive
SAN DIEGO, CA 92126

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.459 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michael Ritchie**
98 McLoughlin Street
Glen Cove, NY 11542

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.459 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michael Robbins**
1303 pinehurst est
Lakehurst, NJ 08733

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396  Doc# 32  Filed: 05/05/22  Entered: 05/05/22 12:11:36  Page 763 of 1098

---

**3.459 4**

**Nonpriority creditor's name and mailing address**

**Michael Ruckman**
Ruckdoeswork@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.459 5**

**Nonpriority creditor's name and mailing address**

**Michael SanGiovanni**
48 Hansen Farm Rd
North Haven, CT 06473

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.459 6**

**Nonpriority creditor's name and mailing address**

**Michael Schlueter**
1030 14th Ave S
Grand Forks, ND 58201

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.459 7**

**Nonpriority creditor's name and mailing address**

**Michael Schrauth**
8038 Exchange Dr APT 1024
Austin, TX 78754

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.459 8**

**Nonpriority creditor's name and mailing address**

**Michael Schrauth**
swingpoyntbusiness@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.459 9**

**Nonpriority creditor's name and mailing address**

**Michael Shaker**
8125 I ave
ste #1
Hesperia, CA 92345

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 764 of 1098

Name

---

**3.460 0**

Nonpriority creditor's name and mailing address
**Michael Shaver**
**5759 E. Clear Ridge Street**
**Boise, ID 83716**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

**Unknown**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.460 1**

Nonpriority creditor's name and mailing address
**Michael Sheetz**
**900 GRANGE HALL RD, Apt. 2213**
**EULESS, TX 76039**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.460 2**

Nonpriority creditor's name and mailing address
**Michael Shovan**
**789 Redwood Dr**
**Waynesboro, PA 17268-8004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.460 3**

Nonpriority creditor's name and mailing address
**Michael Smith**
**690 Lake Shore Road**
**Franklin, IN 46131**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.460 4**

Nonpriority creditor's name and mailing address
**Michael T Abernathy**
**904 S Umbrella Circle**
**Broken Arrow, OK 74012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.460 5**

Nonpriority creditor's name and mailing address
**Michael Tillou**
**156 School St**
**Schofield, WI 54476**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☒ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 765 of 1098

| 3.460 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Twohatchet**
11 Nez Perce Dr
Lapwai, ID 83540

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.460 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Ulrich**
hey@revealing.live

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.460 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Vaccarella**
34017 N 57th Pl
Scottsdale, AZ 85266

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.460 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Villalobos**
lobosjrgaming@gmail.com

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.461 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Villalobos**
2208 Rabbit Creek Drive
Georgetown, TX 78626

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.461 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Villegas**
9536 Vicksburg Dr
ElPaso, TX 79924

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 766 of 1098

| 3.461<br>2 | **Nonpriority creditor's name and mailing address**<br>**Michael W Powell**<br>**2146 Heritage Drive**<br>**Atlanta, GA 30345** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.461<br>3 | **Nonpriority creditor's name and mailing address**<br>**Michael Wheatley**<br>**12781 SW Shumway**<br>**Augusta, KS 67010** | **Unknown** |
|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.461<br>4 | **Nonpriority creditor's name and mailing address**<br>**Michael Wiederspan**<br>**5421 NW Tudor Ln**<br>**Lincoln, NE 68521** | **Unknown** |
|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.461<br>5 | **Nonpriority creditor's name and mailing address**<br>**Michael Yonick**<br>**2893 Aldgate Drive**<br>**Bloomfield Hills, MI 48304** | **Unknown** |
|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.461<br>6 | **Nonpriority creditor's name and mailing address**<br>**Michaela Belanger**<br>**3112 Integrity Way**<br>**Rock Island, IL 61201** | **Unknown** |
|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.461<br>7 | **Nonpriority creditor's name and mailing address**<br>**Micheal Holt**<br>**302 East Chester Street**<br>**Lafayette, CO 80026** | **Unknown** |
|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ☐ No  ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 767 of 1098

| 3.461 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michele Igo**
3819 Ridge Manor Ct
Kingwood, TX 77345

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.461 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michele Kowal**
1610B High School Rd
Chapel Hill, NC 27516-9238

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.462 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michele Robertson**
20602 Cat Springs Ct
Katy, TX 77449

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.462 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michele Russell**
1970 Marathon Avenue Apartment #4
Neenah, WI 54956

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.462 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michelle Basso**
2161 rue de murcie
laval QC H7M 5G3
CANADA

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.462 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**michelle hernandez**
1219 calle fantasia
San Marcos, CA 92069

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 768 of 1098

| 3.462 4 | **Nonpriority creditor's name and mailing address**<br>**Michelle Hoag**<br>**missmiemostreams@gmail.com** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 5 | **Nonpriority creditor's name and mailing address**<br>**Michelle Hoag**<br>**3944 Justene Ct**<br>**clarksville, TN 37040** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 6 | **Nonpriority creditor's name and mailing address**<br>**Michelle Klinetop**<br>**7823 S 3800 W**<br>**West Jordan, UT 84088** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 7 | **Nonpriority creditor's name and mailing address**<br>**Michelle Klinetop**<br>**mshellski79@gmail.com** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 8 | **Nonpriority creditor's name and mailing address**<br>**Michelle Mannering**<br>**mish@mishmanners.com** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 9 | **Nonpriority creditor's name and mailing address**<br>**Michelle Walton**<br>**3244 Quiet Water Lane**<br>**Gulf Breeze, FL 32563** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 769 of 1098

| 3.463 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michelle Zweigler**
**2703 Bankston Dr**
**Dubuque, IA 52003**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.463 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Micky Block**
**14730 Pettit Way**
**Potomac, MD 20854**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.463 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Micky Block**
**14730 Pettit Way**
**Potomac, MD 20854**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.463 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Midna Moons**
**midnamoons@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.463 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Miguel A. Padilla**
**2323 Delaware Street #1**
**Huntington Beach, CA 92648**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.463 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Miguel Alvarez**
**1428 Ocala Court**
**Chula Vista, CA 91911**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.463 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Miguel Alvarez Guevara**
4411 N 111th Ln
Phoenix, AZ 85037

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.463 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Miguel Angel Torres**
417 East Frederick Street, 17
Lancaster, PA 17602

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.463 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Miguel Castillo**
631 E Orange Grove Ave  Apt B
Burbank, CA 91501

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.463 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MIGUEL DIAZ TORRES**
3940 hardt road
EDEN, NY 14057

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.464 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Miguel Mata**
2760 trickling brook ct
Las vegas, NV 89156

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.464 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Miguel Nunez**
12235 SW 4th Terr, Apt, Suite, Bldg. (op
Miami, FL 33184

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 771 of 1098

| 3.464 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**MIGUEL PERCHES**
**39682 Old Spring Road**
**Murrieta, CA 92563**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.464 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Miguel Sanchez**
**302 Santa Barbara**
**Irvine, CA 92606**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.464 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Miguelina Luciano**
**119 Columbia St Apt 103**
**Hudson, NY 12534**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.464 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Mikah Elrod**
**120 silverado cir**
**Roseville, CA 95678**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.464 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Mikala Galvin**
**34655 56th Ct S**
**Auburn, WA 98001**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.464 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Mikayla Peyton**
**445 gramercy Dr.**
**Apt 5**
**Rockford, IL 61107**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 772 of 1098

| 3.464 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Mike Banaszak**
**2420 courtyard circle, Unit 4**
**Aurora, IL 60506**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.464 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Mike Citone**
**816 Harris Dr**
**Niskayuna, NY 12309**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Mike Cooper**
**829 Norwest Road, #120**
**Kingston, Ontario K70 2N3**
**CANADA**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Mike Cooper**
**contactmikethebard@gmail.com**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Mike Falcon**
**23 Farview Road**
**Hamburg, PA 19526**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Mike Garcia**
**2312 Wolfe St.**
**Brunswick, GA 31520**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 773 of 1098

| 3.465 4 | **Nonpriority creditor's name and mailing address**<br>**Mike Hellums**<br>**120 Ethelyn Smith Drive**<br>**Senatobia, MS 38668**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Potential warranty claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.465 5 | **Nonpriority creditor's name and mailing address**<br>**Mike Manbeian**<br>**1196 Burton Trail Cir**<br>**South Jordan, Ut 84095**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Potential warranty claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.465 6 | **Nonpriority creditor's name and mailing address**<br>**Mike Manbeian**<br>**1196 Burton Trail Cir**<br>**South Jordan, UT 84095**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Potential warranty claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.465 7 | **Nonpriority creditor's name and mailing address**<br>**Mike Rainey**<br>**380 Castleton Ave**<br>**staten island, NY 10301**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Marketing Influencer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.465 8 | **Nonpriority creditor's name and mailing address**<br>**Mike Sellers**<br>**4117 S KIRBY ST**<br>**GILBERT, AZ 85297**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Potential warranty claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.465 9 | **Nonpriority creditor's name and mailing address**<br>**Mike Starzyk**<br>**213 Riverview Dr**<br>**Blair, NE 68008**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Potential warranty claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 774 of 1098

| 3.466 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Mike Suo** | ■ Contingent | |
| **64 tuckahoe ave** | ■ Unliquidated | |
| **Staten Island, NY 10312** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _Potential warranty claim_ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.466 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Mike Taddeo** | ■ Contingent | |
| **miketaddeo32@yahoo.com** | ■ Unliquidated | |
| Date(s) debt was incurred _ | ■ Disputed | |
| Last 4 digits of account number _ | Basis for the claim: _Marketing Influencer_ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.466 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Mike Vasquez** | ■ Contingent | |
| **michael.p.vasquez12@gmail.com** | ■ Unliquidated | |
| Date(s) debt was incurred _ | ■ Disputed | |
| Last 4 digits of account number _ | Basis for the claim: _Marketing Influencer_ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.466 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Mike Williams** | ■ Contingent | |
| **726 N Water St** | ■ Unliquidated | |
| **Burnet, TX 78611** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _Marketing Influencer_ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.466 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Mikel Allbrook** | ■ Contingent | |
| **18206 Collridge Dr** | ■ Unliquidated | |
| **Tampa, FL 33647** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _Potential warranty claim_ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.466 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Mikkel Vestboll** | ■ Contingent | |
| **Byskellet 28** | ■ Unliquidated | |
| **Kalundborg** | ■ Disputed | |
| **DENMARK** | | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _Marketing Influencer_ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 775 of 1098

| 3.466 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mikkya Garvin**
fluffydefenseforces@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.466 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mikyle Rafiq**
4311 archer meadow ln
Sugar Land, TX 77479

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.466 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Miles D**
48 Chilton Ave
RECEIVING DOCK GARAGE
San Francisco, CA 94131

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.466 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Military & Veteran Gamers**
hq@mvgcharity.org

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Milla Rasmussen**
superiorraiden@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Milton Fontanez**
300 Buckeye Ln
ClarksVille, TN 37042

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 776 of 1098

| 3.467 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Milton Pike**
miltontpike@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Milton Pike 1**
contact@broaden.us

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**mingjia tang**
**3000 grand ave, apartment 710**
**Des Moines, CA 50312**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Minka Clark**
**108 Pinesage Dr**
**West End, NC 27376**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**MinYang Jiang**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Employment contract executed 11/17/21

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Miranda Becerra**
**306 Lovell Way**
**Apt A**
**Manteca, CA 95336**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 777 of 1098

| 3.4678 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Misael Perez** | ☐ Contingent | |
| **16966 S Denver Avenue** | ☐ Unliquidated | |
| **Gardena, CA 90248** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer** | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.4679 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Mischa Miller** | ☐ Contingent | |
| **1101 LYNDHURST ST** | ☐ Unliquidated | |
| **BALTIMORE, MD 21229** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer** | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.4680 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Mitchel B Lindberg** | ☐ Contingent | |
| **10 Green Meadows Rd** | ☐ Unliquidated | |
| **Fairfield, NJ 07004** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim** | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.4681 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Mitchell Kelley** | ☐ Contingent | |
| **14 Maple Street #3L** | ☐ Unliquidated | |
| **WATERVILLE, ME 04901** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer** | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.4682 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Mitchell Lillis** | ☐ Contingent | |
| **ozgrillus@gmail.com** | ☐ Unliquidated | |
| | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer** | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.4683 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Mitchell Spencer** | ☐ Contingent | |
| **17766 NE 90th St #O-274** | ☐ Unliquidated | |
| **Redmond, WA 98052** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim** | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 778 of 1098

| 3.468 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mitko Georgi Mitev**
**4274 NW Canary Place**
**Corvallis, OR 97330**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.468 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Miyu Asami**
**nyamiyuart@gmail.com**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.468 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mizkif**
**shawn@adergaming.com**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.468 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**MJ Kimbrough**
**emjaybusiness1@gmail.com**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.468 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**MJ Valle**
**ttvdjmas23@gmail.com**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Infuencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.468 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mo Buzzo**
**10661 Gramercy Place**
**Columbia, MD 21044**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 779 of 1098

| 3.469 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mohammad Arabi Katbi**
**3000 Polar Lane**
**Suite 303**
**Cedar Park, TX 78613**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

| 3.469 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mohammad Arabi Katbi**
**2113 Normandy View**
**Leander, TX 78641**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

| 3.469 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mohammad Arabi Katbi**
**1 Chisholm Trail Rd**
**Suite 450**
**Round Rock, TX 78681**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

| 3.469 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mohammad Arabi Katbi**
**1 Chisholm Trail Rd**
**Suite 450**
**Round Rock, TX 78681**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

| 3.469 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mohammad Saleem**
**66 Emerald Valley Lane**
**Basking ridge, NJ 07920**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

| 3.469 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mohammed Al-Ali**
**itsmoe94@gmail.com**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 780 of 1098

---

**3.469 6**

**Nonpriority creditor's name and mailing address**

**Mohammed Alsaadoon**
**6335 Al Badari St.**
**Riyadh, 13225-3358**
**SAUDI ARABIA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.469 7**

**Nonpriority creditor's name and mailing address**

**Mohammed Islam**
**1323 Descanso Dr**
**La Canada, CA 91011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.469 8**

**Nonpriority creditor's name and mailing address**

**Moises Gomez**
**725 N Kenwood St**
**APT 7**
**Glendale, CA 91206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.469 9**

**Nonpriority creditor's name and mailing address**

**Molly Applegate**
**dreamvtuber@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.470 0**

**Nonpriority creditor's name and mailing address**

**Monica Carrillo**
**4908 Mayfair St.**
**Bellaire, TX 77401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.470 1**

**Nonpriority creditor's name and mailing address**

**Monica McVitie**
**108 Masthope Plank Road**
**Lackawaxen, PA 18435**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 781 of 1098

| 3.470 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Monica Steele**
74774 Leslie Ave
Palm Desert, CA 92260

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.470 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Monique Guthrie**
49 Peabody St, 1
Gardner, MA 01440

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.470 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Montine Wehrle**
739 Longwood Drive
Lowell, IN 46356

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.470 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Morgan Burke**
morganlolz.business@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.470 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Morgan Condon**
4981 River Road
Shepherdstown, WV 25443

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.470 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Morgan Correia**
imserenatx@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 22-40396　　Doc# 32　　Filed: 05/05/22　　Entered: 05/05/22 12:11:36　　Page 782 of 1098

| 3.470 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Morgan Cramton**
morgancramton@gmail.com

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Morgan Haley**
takarita324@gmail.com

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Morgan Lillis**
**1400 Windsor Circle**
**Apt 101**
**Jacksonville, NC 28546**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Morgan Lumpkin**
**385 Doles Blvd**
**Milledgeville, GA 31061**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Morgan Mckay**
**1903 Boulevard**
**West Hartford, CT 06107**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Morgan Menter**
mormente117@gmail.com

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 783 of 1098

| 3.471 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Morgan Menter**
**1607 Prairie Lakes Dr.**
**Unit 208**
**Ankeny, IA 50023**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Morgan Neiman**
**2823 18th St Apt 111**
**San Francisco, CA 94110**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Morgan Price**
**137 29th St**
**San Francisco, CA 94110**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Morgan Soper**
**2515 Hamilton Rd.**
**Brights Grove, Ontario N0N 1C0**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Moriel Schottlender**
**737 Post Street, Apt 717**
**San Francisco, CA 94109**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Moyu Lin**
**1228 Ottawa Lane**
**Lewisville, TX 75077**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396  Doc# 32  Filed: 05/05/22  Entered: 05/05/22 12:11:36  Page 784 of 1098

| 3.472 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Mrmarveltv (Premier)**
mrmarveltvlive@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Muhammad Sheego**
**143 Edenbridge Road**
**Birmingham, b288pn**
**ENGLAND**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Muslim Sayed**
**6042 N mozart APT 3**
**chicago, IL 60659**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Mustafa Ahmed**
**6367 Andover Dr**
**Gurnee, IL 60031-4746**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Myles Johnson**
**1154 MURPHY LN**
**MOAB, UT 84532**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Myron Sagapolu**
**401 North Vineyard Blvd**
**Apt 202**
**Honolulu, HI 96817**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 785 of 1098

| 3.472 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Myron Sagopolu**
Alohamytv@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.472 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nadine Craven**
7001 Riley Dr
Joliet, IL 60431

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.472 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nadine Grabe**
155 S Rebecca St
Saxonburg, PA 16056

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.472 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nadja Kristiansson**
MurningStar.Twitch@outlook.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.473 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nainoa Nakoaikaika Spurr**
5335 Lost Canyon Dr
Conway, AR 72034

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.473 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nancey Bhlen**
3820 Chestnut Rd
Middle River, MD 21220

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 786 of 1098

| | | | |
|---|---|---|---|
| 3.473 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Nancy Newman**<br>**3345 Streamside Circle**<br>**Apt 222**<br>**Pleasanton, CA 94588-4282** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Marketing Influencer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.473 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Napolean Ellis-Thrower**<br>**3410 Townhouse Court**<br>**Tampa, FL 33614** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Potential warranty claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.473 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Nashton Stallworth**<br>**swaziebtw@gmail.com** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Marketing Influencer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.473 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Natalie Andros**<br>**z0estreams@gmail.com** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Marketing Influencer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.473 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Natalie Andros**<br>**5 East 9th street**<br>**Derby, CT 06418** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Marketing Influencer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.473 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Natalie Dragone**<br>**nataliendragone@gmail.com** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Marketing Influencer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 787 of 1098

| 3.473 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Natalie Drennan**<br>**28 Dearden Rd**<br>**Byford, Western Australia 6122**<br>**AUSTRALIA** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _Potential warranty claim_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.473 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Natalie Hays**<br>**13130 Feather Point Drive**<br>**San Antonio, TX 78233** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _Potential warranty claim_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.474 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Natalie Hoang**<br>**11924 Vienna Apple Road**<br>**Fort Worth, TX 76244** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _Potential warranty claim_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.474 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Natalie Nikishin**<br>**2041 Sandpiper Pt NE #201**<br>**Grand Rapids, MI 49505** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _Marketing Influencer_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.474 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Natalie Wojtas**<br>**8192 north pointe ct**<br>**canton, MI 48187** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _Potential warranty claim_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.474 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Natasha Carlson**<br>**954 Riepma Ave**<br>**Oak Harbor, WA 98277** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _Potential warranty claim_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 788 of 1098

| 3.474 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Natasha Zinda**
nastasjia.killerqueen.taylor@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Nate Feedz**
ithegreat24@outlook.com

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Nate Wallace**
400 Hardin St.
Arkadelphia, AR 71923

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Nathan**
3670 rue de rouen
Montreal

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Nathan**
7014 SHELTON CT
BARNHART, MO 63012

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Nathan  Corbett**
325 NW 116th AVe Apt. 405
Portland, OR 97229

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 789 of 1098

| 3.475 0 | | | |

**Nonpriority creditor's name and mailing address**
Nathan Blanchette
3 Gilmore Ln
Holden, ME 04429

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.475 1 |

**Nonpriority creditor's name and mailing address**
Nathan Bodley
401 High Street
East Pennsboro, PA 17025

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.475 2 |

**Nonpriority creditor's name and mailing address**
Nathan Bush
494 Pea Ridge Road
Chesnut Mound, TN 38552

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.475 3 |

**Nonpriority creditor's name and mailing address**
Nathan Bush
nathanbush10@yahoo.com

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.475 4 |

**Nonpriority creditor's name and mailing address**
Nathan Bush
494 Pea Ridge Road
Chesnut Mound, TN 38552

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.475 5 |

**Nonpriority creditor's name and mailing address**
Nathan Cabisca
73 west 12th street
Bayonne, NJ 07002

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 790 of 1098

| 3.475 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nathan Cantrell**
PO Box 181
Livermore, CA 94551

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.475 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nathan Clarke**
87 Smith Square
Doncaster, DN40SS
UNITED KINGDOM

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.475 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nathan Cohen**
32 Barry st
Randolph, MA 02368

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.475 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nathan Crowell**
4755 Aldun Ridge Ave NW #306
Comstock Park, MI 49321

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.476 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nathan D Vincent**
3507 NE 175th Avenue
Vancouver, WA 98682

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.476 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nathan E Wohlever**
116 St. Clair
Elyria, OH 44035

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396  Doc# 32  Filed: 05/05/22  Entered: 05/05/22 12:11:36  Page 791 of 1098

| 3.476.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nathan Flowers-Jacobs**
**3495 Fordham Court**
**Boulder, CO 80305**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: Marketing Influencer

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.476.3 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Nathan Gonsalves**
**105 laylon lane**
**angier, NC 27501**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: Potential warranty claim

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.476.4 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Nathan Grubb**
**3701 NE Fieldcrest**
**Lawton, OK 73507**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: Potential warranty claim

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.476.5 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Nathan Kopler**
**218 Brightwood**
**Torrington, CT 06790**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: Potential warranty claim

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.476.6 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Nathan L Jamieson**
**10702 North 15th St.**
**Tampa, FL 33612**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: Potential warranty claim

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.476.7 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Nathan Lowe**
**4510 Princeton Dr**
**Garland, TX 75042**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: Potential warranty claim

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 792 of 1098

| 3.476 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nathan Lynch**
**6660 Zephyr Lane #204**
**Springfield, VA 22150**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nathan Maynard**
**1A Shears Memorial Lane**
**Rocky Harbour NL A0K 4N0**
**CANADA**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nathan McArdle**
**24037 Wanda Way**
**Middleton, ID 83644**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nathan Mohr**
**2030 Bristol Dr**
**Iowa City, IA 52245**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nathan Ponseti**
**1346 Bill St**
**Norfolk, VA 23518**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nathan Reeves**
**1408 East 5500 South**
**South Ogden, UT 84403**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.477 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nathan Scheopner**
937 S Christine Ave
Wichita, KS 67218

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nathan Shehadeh**
1470 Ridgeley Drive
Campbell, CA 95008

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nathan Smith**
ngsmith493@comcast.net

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nathan Strange**
2539 MULBERRY LN
NORTHBROOK, IL 60062

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nathan Valverde**
422 South Orange Ave
Azusa, CA 91702

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nathan Watson**
1418 Grove Point Road
Wilmington, NC 28409

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 794 of 1098

| 3.478 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Nathan Wheaton** | ■ Contingent | |
| psymonobusiness@gmail.com | ■ Unliquidated | |
| **Date(s) debt was incurred** _ | ■ Disputed | |
| **Last 4 digits of account number** _ | Basis for the claim: _Marketing Influencer_ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.478 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Nathanial Parker** | ■ Contingent | |
| **3781 roan circle** | ■ Unliquidated | |
| **Magna, UT 84044** | ■ Disputed | |
| **Date(s) debt was incurred** _ | Basis for the claim: _Marketing Influencer_ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.478 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Nathaniel Buschnyj** | ■ Contingent | |
| **5034 W Strong St** | ■ Unliquidated | |
| **Chicago, IL 60630** | ■ Disputed | |
| **Date(s) debt was incurred** _ | Basis for the claim: _Potential warranty claim_ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.478 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Nathaniel Dameron Sudek** | ■ Contingent | |
| **1436 Bay Harbor Drive Apt 205** | ■ Unliquidated | |
| **Palm Harbor, FL 34685** | ■ Disputed | |
| **Date(s) debt was incurred** _ | Basis for the claim: _Potential warranty claim_ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.478 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Nathaniel Durrett** | ■ Contingent | |
| **12801 FAIR OAKS BLVD #331** | ■ Unliquidated | |
| **CITRUS HTS, CA 95610** | ■ Disputed | |
| **Date(s) debt was incurred** _ | Basis for the claim: _Marketing Influencer_ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.478 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Nathaniel Fazio** | ■ Contingent | |
| **11250 NE 131st Ln** | ■ Unliquidated | |
| **Kirkland, WA 98034** | ■ Disputed | |
| **Date(s) debt was incurred** _ | Basis for the claim: _Potential warranty claim_ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 795 of 1098

| 3.478 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Nathaniel Hansen**
**50 Herman Drive**
**Marlboro, NY 12542**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.478 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Nathaniel Miles**
**175 Queen Street North #709**
**Kitchener, Ontario**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.478 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Nathaniel Stemmler**
**6112 Cobblestone Dr Apt R9**
**Cicero, NY 13039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.478 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Nathaniel Wang**
**2428 Ravenhurst Dr**
**plano, TX 75025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.479 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Navtech**
**63-15 Traffic Avenue**
**Ridgewood, NY 11385**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Software**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.479 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Nazir Katbi**
**3000 Polar Ln, Suite 304**
**CEDAR PARK, TX 78613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 796 of 1098

| 3.479 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **NC Dept. of the Secretary of State** | ☒ Contingent | |
| **Cheri Myers, Director** | ☒ Unliquidated | |
| **P. O. Box 29525** | ☒ Disputed | |
| **Raleigh, NC 27626-0525** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Annual report filing_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.479 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **NCDOL** | ☐ Contingent | |
| **Wage and Hour Bureau** | ☐ Unliquidated | |
| **1101 Mail Service Center** | ☐ Disputed | |
| **Raleigh, NC 27699** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Labor claims_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.479 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Neal R Bassett** | ☒ Contingent | |
| **815 Court street #294** | ☒ Unliquidated | |
| **Martinez, CA 94553** | ☒ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Potential warranty claim_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.479 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Neal Siddell** | ☒ Contingent | |
| **2601 Old Camden Square** | ☒ Unliquidated | |
| **Apt 309** | ☒ Disputed | |
| **Madison, WI 53718** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Marketing Influencer_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.479 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Neel Desai** | ☒ Contingent | |
| **6450 San Saba** | ☒ Unliquidated | |
| **Irving, TX 75039** | ☒ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Potential warranty claim_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.479 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Nehemiah Nixon** | ☒ Contingent | |
| **74 Covenant Dr** | ☒ Unliquidated | |
| **Kinsey, AL 36303** | ☒ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Marketing Influencer_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 797 of 1098

| 3.479 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Nehemiah Williams**
153 meadowview ct
Leesburg, GA 31763

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.479 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Neil Berry**
9212 Sutton Place
Oklahoma City, OK 73132

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.480 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Neil Mackenzie**
1400 N Boomer Rd, 3102
Stillwater, OK 74075

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.480 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Neil Shroyer**
1304 63RD ST SE
EVERETT, WA 98203

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.480 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Neil von Wittgenstein**
techsmith314tv@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.480 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Neil von Wittgenstein**
866 Emery Way
Peterborough ON K9J 0H7
CANADA

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Case: 22-40396  Doc# 32  Filed: 05/05/22  Entered: 05/05/22 12:11:36  Page 798 of 1098

| 3.480 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Neimon mccuistion**
4012 SE Hill Rd
Milwaukie, OR 97267

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.480 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Nelson Barnes**
6275 University DR NW Suite 37-204
Huntsville, AL 35806

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.480 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Nelson Barnes**
6275 University DR NW Suite 37-204
Huntsville, AL 35806

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.480 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Nelson Barnes**
3047 Flint Mill Run SE
Owens Cross Roads, AL 35763

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.480 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Nelson Knight**
200 N. 16th Street, Apt PH08
Philadelphia, PA 19102

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.480 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Nelson Rasmussen**
27 Birchwood Crescent
Kenora, Ontario P9N 4K7
CANADA

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396  Doc# 32  Filed: 05/05/22  Entered: 05/05/22 12:11:36  Page 799 of 1098

| 3.481 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Nelson Velazquez**
**220 river rd. West**
**Hunt, TX 78024**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Potential warranty claim

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.481 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Neri Abarca**
**1741 1/2 S Westmoreland Ave**
**Los Angeles, CA 90006**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Marketing Influencer

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.481 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Nestor Rodriguez**
**122 W Caldwell St**
**Compton, CA 90220**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Marketing Influencer

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.481 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Nevin Ankney**
**1076 Peppergrove Dr**
**Brighton, MI 48116-6770**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Marketing Influencer

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.481 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Newbornmassacre (Labyrinth)**
**newbornmassacre@gmail.com**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Marketing Influencer

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.481 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Nga Ta**
**nawtaw.twitch@gmail.com**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Marketing Influencer

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 800 of 1098

| 3.481 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nhgia Huynh**
6521 Patricia Dr
West Palm Beach, FL 33413

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.481 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nhi Nguyen**
13305, Baileyfield dr
Pflugerville, TX 78660

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.481 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nichols Slinker**
617 Heartland Point Ave
North Las Vegas, NV 89032

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.481 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nicholas A Latka**
4599 North Washington, 19J
Stillwater, OK 74075

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.482 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nicholas A. Patton**
5241 Old US Highway 150 East
Stanford, KY 40484

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.482 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nicholas Aiello**
82 Silverlake Scotchtown Rd
Apt 1
Middletown, NY 10940

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 801 of 1098

| 3.482 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Nicholas Alvarez**
636 Wyandotte St
Bethlehem, PA 18015

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.482 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Nicholas Angelo**
1745 Palm Cove Blvd, 3-204
Delray Beach, FL 33445

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.482 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Nicholas Aragoncillo**
1836 Frankford Ave
Apartment 2
Philadelphia, PA 19125

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.482 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Nicholas Barber**
267 Sandstone Drive
Goldsboro, NC 27534

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.482 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Nicholas Baxter**
1380 MANOR RD
COATESVILLE, PA 19320

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.482 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Nicholas Burk**
136 Twin Lakes Road
Portage, PA 15946

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 802 of 1098

| 3.482 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nicholas Carter**
21138 HUNTINGTON AVE
HARPER WOODS, MI 48225

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.482 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nicholas Casten**
733 English Oak Dr
Madisonville, LA 70447

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nicholas Chisholm**
3503 Tidewater Drive
Norfolk, VA 23509

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nicholas Claywell**
399 NE Holly Leaf Ln
Bremerton, WA 98311

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nicholas Coombs**
1830 South Garden Street Apt 2
Visalia, CA 93277

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nicholas Dankner**
19203 Spring Meadow Drive
Chapel Hill, NC 27517

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Any and all legal and equitable claims**

Is the claim subject to offset? ☐ No ■ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 803 of 1098

| 3.483 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Nicholas Daudelin** 269 Red Rock Road Colchester, VT 05446 | | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | | **Basis for the claim:**  Marketing Influencer | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.483 5 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Nicholas Davis** davisn2015@gmail.com | | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | | **Basis for the claim:**  Marketing Influencer | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.483 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Nicholas Donlou** 212 CONGRESS AVE PACIFIC GROVE, CA 93950 | | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | | **Basis for the claim:**  Marketing Influencer | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.483 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Nicholas Doyle Rogers** 4524 E Mockingbird Dr Gilbert, AZ 85234 | | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | | **Basis for the claim:**  Potential warranty claim | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.483 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Nicholas E Reib** 8515 112 St NW, Apartment 810 Edmonton | | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | | **Basis for the claim:**  Potential warranty claim | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.483 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Nicholas Edwards** 1303 W Allen St 27 BLOOMINGTON, IN 47403 | | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | | **Basis for the claim:**  Potential warranty claim | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 804 of 1098

| 3.484 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nicholas Egan**
nickegan3170@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.484 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nicholas English**
**202 Serenity Dr**
**Douglassville, PA 19518**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

| 3.484 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nicholas Ferro**
**4108 NW Cinnamon Tree Cir**
**Jensen Beach, FL 34957**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

| 3.484 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nicholas Gallo**
**21 West Street**
**Millbury, MA 01527**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

| 3.484 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nicholas Gleichman**
**201 South 21st Street**
**Council Bluffs, MO 51501**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

| 3.484 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nicholas Guerrero**
**23422 Figueroa St**
**Carson, CA 90745**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 805 of 1098

| 3.484 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Nicholas Hann**
**5648 Terrace Drive**
**Rocklin, CA 95765**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Nicholas Hape**
**1106 Club Dr SW**
**Cleveland, TN 37311**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Nicholas Hinton**
**2940 US 31W Apt O201**
**White House, TN 37188**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Nicholas Hintz**
**9255 US 219**
**West Valley, NY 14171**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**nicholas Joseph karpinski**
**137 Pulaski St**
**Pottstown, PA 19464**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Nicholas Karp**
**189 Neptune Dr**
**Manahawkin, NJ 08050**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 806 of 1098

| 3.485 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Nicholas Killen** 1304 Duchess of York Quay Chesapeake, VA 23320 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _Potential warranty claim_ Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.485 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Nicholas Krolikowski** 13609 E Pawnee Rd Unit 22 Wichita, KS 67230 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _Marketing Influencer_ Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.485 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Nicholas Lagasse** 10 Powder Mill Lane Southborough, MA 01772 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _Potential warranty claim_ Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.485 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Nicholas Lozinak** 95 Rennell Drive SOUTHPORT, CT 06890 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _Marketing Influencer_ Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.485 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Nicholas Montemayor** 439 Hulton Rd Verona, PA 15147 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _Potential warranty claim_ Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.485 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Nicholas Navarrete** 1271 Ironbridge Way San Jose, CA 95118 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _Marketing Influencer_ Is the claim subject to offset? ☐ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 807 of 1098

| 3.485 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nicholas Ngo**
4934 Everglades Park Dr
Fremont, CA 94538

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.485 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nicholas Numkena-Anderson**
620 NE 20TH AVE
APT 622
Portland, OR 97232

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.486 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nicholas Parr**
34832 Bunker Hill
Farmington Hills, MI 48331

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.486 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nicholas Pearson**
330 Blair Court
Milton, GA 30004

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.486 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nicholas Pelletier**
21 Hickory Lane
GORHAM, ME 04038

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.486 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**NICHOLAS QUARREY**
620 IGLESIA CT
ANTIOCH, CA 94509

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 808 of 1098

| 3.486 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nicholas Rabadi**
**1003 Stillwater Road**
**Stamford, CT 06902**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nicholas Rabadi**
**1003 Stillwater Road**
**Stamford, CT 06902**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nicholas Roach**
**51718 Villager Pkwy**
**Granger, IN 46530**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nicholas Robinson**
**300 Santa Fe Dr**
**Alamogordo, NM 88310**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nicholas Rogovoy**
**3016 Rose Petal St**
**Bakersfield, CA 93311**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nicholas Ryan Cunningham**
**104 Bedford Dr**
**Winchester, VA 22602-6754**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 809 of 1098

| 3.487 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Nicholas Thissen** | ■ Contingent | |
| **4321 Chesford Rd** | ■ Unliquidated | |
| **Apt 2B** | ■ Disputed | |
| **Columbus, OH 43224** | | |
| Date(s) debt was incurred _ | Basis for the claim: _Marketing Influencer_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.487 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Nicholas Thomas** | ■ Contingent | |
| **155 Elm Street** | ■ Unliquidated | |
| **Groton, CT 06340** | ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _Marketing Influencer_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.487 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Nicholas Tyree** | ■ Contingent | |
| **4585 State Park Road Lot 9** | ■ Unliquidated | |
| **Dublin, VA 24084** | ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _Potential warranty claim_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.487 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Nicholas Vena** | ■ Contingent | |
| **20 Meadowbrook court** | ■ Unliquidated | |
| **Bolton, Ontario L7E 2Y6** | ■ Disputed | |
| **CANADA** | | |
| Date(s) debt was incurred _ | Basis for the claim: _Potential warranty claim_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.487 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Nicholas Walsh** | ■ Contingent | |
| **3499 Country View Drive** | ■ Unliquidated | |
| **Delavan, WI 53115** | ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _Marketing Influencer_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.487 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Nicholas Weaver** | ■ Contingent | |
| **14719 55th Avenue Ct E** | ■ Unliquidated | |
| **Puyallup, WA 98375** | ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _Marketing Influencer_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.487 6 | | | Unknown |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Nicholas Young
15617 Old Kentucky Rd
Sparta, TN 38587

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 7 | | | Unknown |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Nicholes Guerrero
792 n 2nd st
Porterville, CA 93257

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 8 | | | Unknown |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Nick Barbur
305 Turner Ave
Syracuse, NY 13219

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 9 | | | Unknown |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Nick Darr
10701 Reid lane,
Nokesville, VA 20181

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 0 | | | Unknown |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Nick Davis
2021 Midwest Road #200
Oak Brook, IL 60523

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 1 | | | Unknown |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Nick Detsch
1720 Kathryn Drive
Tallahassee, FL 32308

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 811 of 1098

| 3.488 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nick Dow**
1038 West 720 North
Orem, UT 84057

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nick Elsbree**
430 Buckingham Rd. APT 421
APT 421
Richardson, TX 75081

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nick Garrett**
6280 Rendezvous Trail
Colorado Springs, CO 80919

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nick harris**
926 Roulain Rd
Odenville, AL 35120

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nick Hutson**
8850 Blackhawk Rd, Apt 214
Middleton, WI 53562

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nick Killen**
1532 Jenkins Dr.
Pittsburgh, PA 15241

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 812 of 1098

| 3.488 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nick Kolcheff**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential claim for funds due under a Sponsorship agreement**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nick Leach**
25501 Johns Rd
South Lyon, MI 48178

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.489 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nick Libby**
35 Worcester Ave
Hudson, MA 01749

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.489 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nick Linden**
18 highview dr
Yorkville, IL 60560

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.489 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nick Mizesko**
34013 N Casey Ln
San Tan valley, AZ 85142

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.489 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nick Rodriguez**
755 southern Blvd 1E
Bronx, NY 10455

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 813 of 1098

| 3.489 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nick Roskams**
475 Robert Ln
Green Bay, WI 54311

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.489 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nick Strong**
stron2323@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.489 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nick Sullivan**
9501 Thornhill Way
Apt 325
Knoxville, TN 37931

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.489 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nick Timm**
11A Woodhill Rd
Okanogan  98840

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.489 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nick Twomey**
41 Merrimac Dr
Pepperell, MA 01463

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.489 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nick Wadlow**
wadderschannel@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 814 of 1098

| 3.490 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nickmercs**
**nickmercstemp@temp.com**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.490 1 | Nonpriority creditor's name and mailing address |
|---|---|

**Nickolas Cade McCarty**
**1973 Mount Victor Lane**
**Bowling Green, KY 42103**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.  **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.490 2 | Nonpriority creditor's name and mailing address |
|---|---|

**Nickolas Evins**
**25347 Alessandro Blvd Apt. 1138**
**Moreno Valley, CA 92553**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.  **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.490 3 | Nonpriority creditor's name and mailing address |
|---|---|

**Nickolas Nelson**
**PO Box 63**
**Victor, MT 59875**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.  **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.490 4 | Nonpriority creditor's name and mailing address |
|---|---|

**Nickolas Slegel**
**nickjslegel@icloud.com**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.  **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.490 5 | Nonpriority creditor's name and mailing address |
|---|---|

**Nico Rodriguez**
**ryobeat0@gmail.com**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.  **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 815 of 1098

| 3.490 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Nicolas Camden Hicks**
276 knob ridge road
Pipestem, WV 25979

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Nicolas Hodnett**
6980 Kirkwood La N
Maple Grove, MN 55369

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Nicolas James Ogston**
4119 Ugstad Rd Apt. 1
Hermantown, MN 55811

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Nicolas Matsuo**
189 Lovewell st
Gardner, MA 01440

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**nicolas pena**
11114 Albury Park Lane
Tomball, TX 77375

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**nicolas winchester**
1251 fulton ave
apt # 15
Sacramento, CA 95825

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 816 of 1098

| 3.491 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Nicole**<br>**4256 Mahogany Ridge Drive**<br>**Weston, FL 33331** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** _Potential warranty claim_ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.491 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Nicole Amerault**<br>**669 liverpool street**<br>**Hemet, CA 92545** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** _Potential warranty claim_ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.491 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Nicole Erdmann**<br>**sheathebearbusiness@gmail.com** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** _Marketing Influencer_ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.491 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Nicole Green**<br>**114 BRICKYARD ROAD**<br>**COWANSVILLE, PA 16218** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** _Potential warranty claim_ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.491 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Nicole Hardman**<br>**120 Park St.**<br>**Schofield, WI 54476** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** _Marketing Influencer_ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.491 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Nicole Hindle**<br>**8849 Villa View Circle Apt 305**<br>**Orlando, FL 32821** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** _Potential warranty claim_ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 817 of 1098

| 3.491 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Nicole Hindle**
nlhindle@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.491 9 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Nicole I DeKelver**
4295 Old Clayburn RD, #41
Abbotsford, British Columbia V3G 0G4
CANADA

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.492 0 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Nicole Mason**
481 Strange Hollow Rd
Del Rio, TN 37727

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.492 1 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Nicole Mezydlo**
169 Lexington Ave, Unit 2
Brooklyn, NY 11216

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.492 2 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Nicole Rab**
nikkirab32@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.492 3 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Nicole Raymond**
3696 Silverwood ST
Redding, CA 96003

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.492<br>4 | Nonpriority creditor's name and mailing address<br>**Nicole Reising**<br>6214 Scanlan Ave<br>St Louis, MO 63139 | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492<br>5 | Nonpriority creditor's name and mailing address<br>**nicole sanchez**<br>1800 n feild apt 4111<br>dallas, TX 75202 | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492<br>6 | Nonpriority creditor's name and mailing address<br>**Nicolette Galstjan**<br>366 Burchett St, APT 102<br>Glendale, CA 91203 | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492<br>7 | Nonpriority creditor's name and mailing address<br>**Nicolle Barbour**<br>506 Majestic Prince Drive<br>Annapolis, MD 21409 | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492<br>8 | Nonpriority creditor's name and mailing address<br>**Nigel Harrison**<br>434 Elder Street<br>Vacaville, CA 95688 | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492<br>9 | Nonpriority creditor's name and mailing address<br>**Nikki Thurman**<br>2721 Nebraska St<br>Amarillo, TX 79106 | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396  Doc# 32  Filed: 05/05/22  Entered: 05/05/22 12:11:36  Page 819 of 1098

| 3.493 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nikola Bobich**
**1622 Sunnyside Terrace**
**San Pedro, CA 90732**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.493 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nikolas San Lucas**
**812 Broadway, Apt 2B**
**Bayonne, NJ 07002**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.493 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nikolay Karichev**
**2477 Sawtelle Blvd #g**
**Los angeles, CA 90064**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.493 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nils Helmer**
**3208 e pebble creek drv**
**avon park, FL 32825**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.493 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nima Aref**
**115 Omni Drive, Apartment #908**
**Toronto, Ontario M1P 5B4**
**CANADA**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.493 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nino Nerone**
**425 S Winebiddle Street**
**Pittsburgh, PA 15224**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 820 of 1098

| 3.493<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ninoska Diaz**
PH Aria, Apto. 24B. Calle Rio Mar. Costa
Ciudad de Panama, 812
PANAMA

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.493<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Niphleim**
niphleim@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.493<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Noah Bruce**
28 Carolina Avenue
West Orange, NJ 07052

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.493<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Noah Call**
3210 prange drive, 3210
Cuyahoga Falls, OH 44223

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.494<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Noah Hamner**
2954 N Ramble Rd W
Bloomington, IN 47408

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.494<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$396,746.97** |
|---|---|---|---|

**Noah Katz**
c/o Belinda Novik
5801 Chapel Hill
Chapel Hill, NC 27514

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Loans to the corporation__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.494 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Noah Katz**
c/o Belinda Novik
5801 Chapel Hill
Chapel Hill, NC 27514

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Contingent claims for reimbursement and contribution regarding business expenses**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Noah Marker**
12661 Shannondale Drive
Fort Myers, FL 33913

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Noah Noannias**
10 Springdale Rd
Asheville, NC 28805

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Noah Shane Dulin**
113 Marshall Greene Circle
Goodlettsville, TN 37072

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Noah Shapiro**
1700 toledo ave
Burlingame, CA 94010

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Noah Smith**
711 Neil Dr. #125
Waco, TX 76710

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 822 of 1098

| 3.4948 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Noah Studier**
**6271 Devonshire Lane**
**Sun Prairie, WI 53590**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4949 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Noah Toews**
**537 12 Street North**
**Lethbridge, Alberta T1H 2G9**
**CANADA**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4950 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Noah's Command**
noah@artesianbuilds.com

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4951 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Noemi Lozano**
**1367 Independence Dr**
**Hobart, IN 46342**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4952 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nolan Cretney**
**1091 E 9th Avenue**
**Apt 303**
**Broomfield, CO 80020**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4953 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nolan Dube**
nolan.dube009@gmail.com

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 823 of 1098

**3.495 4**

**Nonpriority creditor's name and mailing address**
**Nolan Replogle**
**2707, Natalie Drive**
**Champaign, IL 61822**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.495 5**

**Nonpriority creditor's name and mailing address**
**Nora El Ghazouani**
**noraexplorerbusiness@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.495 6**

**Nonpriority creditor's name and mailing address**
**Norman Crow**
**5279 Yosemite Dr**
**SAN BERNARDINO, CA 92407**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.495 7**

**Nonpriority creditor's name and mailing address**
**Nothing Nowhere**
**sofi@alternateside.co**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.495 8**

**Nonpriority creditor's name and mailing address**
**Nourah AlMesned**
**andersonnourah@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.495 9**

**Nonpriority creditor's name and mailing address**
**Nova Micheel**
**novanator@yahoo.com**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 824 of 1098

| 3.496 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.496 0**

Nonpriority creditor's name and mailing address
**Novo, Inc.**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.496 1**

Nonpriority creditor's name and mailing address
**nshan darbinyan**
**15468 san jose st**
**Mission hills, CA 91345**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.496 2**

Nonpriority creditor's name and mailing address
**nshan darbinyan**
**15468 san jose st**
**Mission hills, CA 91345**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.496 3**

Nonpriority creditor's name and mailing address
**Numan Odeh**
**708 Shoshone Cir**
**Kathleen, GA 31047**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.496 4**

Nonpriority creditor's name and mailing address
**Ocean Buckley**
**434 Conestoga Road**
**Malvern, PA 19355**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.496 5**

Nonpriority creditor's name and mailing address
**Oceane Mathis**
**2568 PECONIC AVE**
**Seaford, NY 11783**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 825 of 1098

| 3.496 6 | **Nonpriority creditor's name and mailing address**<br>Oczane Rivera<br>45 Hinckley Pl #4F<br>Brooklyn, NY 11218 | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Marketing Influencer__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.496 7 | **Nonpriority creditor's name and mailing address**<br>Office of Labor Standards Enforcement<br>City and County of San Francisco<br>City Hall, Room 430<br>1 Dr., Carlton B. Goodett Place<br>San Francisco, CA 94102 |
|---|---|

**Unknown**

Date(s) debt was incurred _

Last 4 digits of account number  9028

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Employer Annual Reporting__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.496 8 | **Nonpriority creditor's name and mailing address**<br>Ohtee Kay<br>3532 Venezie View<br>Leander, TX 78641 |
|---|---|

**Unknown**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Marketing Influencer__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.496 9 | **Nonpriority creditor's name and mailing address**<br>Ohtee Kay<br>3532 Venezie View<br>Leander, TX 78641 |
|---|---|

**Unknown**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Marketing Influencer__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.497 0 | **Nonpriority creditor's name and mailing address**<br>Oleg Zakharskiy<br>ViolinGamer@outlook.com |
|---|---|

**Unknown**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Marketing Influencer__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.497 1 | **Nonpriority creditor's name and mailing address**<br>Oliver Dallas<br>2412 Waterscape Trl<br>Snellville, GA 30078-7740 |
|---|---|

**Unknown**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Marketing Influencer__

Is the claim subject to offset?  ■ No  ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 826 of 1098

| 3.497 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Oliver Huerta**
**5810 Crest Avenue**
**Riverside, CA 92503**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.497 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Oliver Irvin**
**12 Dolphin Crescent**
**Avalon Beach New South Wales 2107**
**AUSTRALIA**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.497 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Olivier Gerbeau**
**5465 Boul. des Forges**
**Trois-Rivieres, Quebec G87 5L5**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.497 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Oluwafemi Oshikoya**
**xanohana@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.497 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Omar**
**blackgenieo@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.497 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Omar Daniel Castro**
**1701 Forest Hill Blvd**
**Houston, TX 77023**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 827 of 1098

| 3.497 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Omar Gabriel Rincon**
**124 Pine Street**
**Anderson, SC 29625**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.497 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Omar Kamran**
**6707 N Artesian ave APT 2**
**Chicago, IL 60645**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.498 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**omar kebe**
**36441 FIELDGLASS Court**
**Palmdale, CA 93552**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.498 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Omarean Owens**
**25 Burgard Place**
**Buffalo, NY 14211**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.498 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Omotade Ogunlewe**
**4851 W. McElroy Avenue**
**Tampa, FL 33611**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.498 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**onnik kazanchian**
**10510 Fullbright Avenue**
**Chatsworth, CA 91311**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 828 of 1098

| 3.498 4 | Nonpriority creditor's name and mailing address **Ordell Gonsalves** 529 Surrey Dr Santa Rosa, CA 95401 | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.498 5 | Nonpriority creditor's name and mailing address **Ordell Gonsalves** 529 Surrey Dr Santa Rosa, CA 95401 | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.498 6 | Nonpriority creditor's name and mailing address **Oriana Tyson** 10297 W MACAW CT BOISE, ID 83704 | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.498 7 | Nonpriority creditor's name and mailing address **Orion Firlein** 8238 e 33rd st Tulsa, OK 74145 | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.498 8 | Nonpriority creditor's name and mailing address **Orlando Grealy** 12/93-95, Coogee bay road Coogee, New South Wales 2034 AUSTRALIA | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.498 9 | Nonpriority creditor's name and mailing address **Orlando Toussaint** ryushady@outlook.com | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 829 of 1098

| 3.499 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

Oscar Daniel Martinez Jr.
5132 San Gabriel Pl. Apt. #46
Pico Rivera, CA 90660

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

Oscar Hernandez Jose
12490 S McCall AVE
Selma, CA 93662

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

OSCAR MEDINA MUNIZ
215 CASTILLO ST APT 7
SANTA BARBARA, CA 93101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

Oscar saldana
955 n waterman ct., apt 8
El centro, CA 92243

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

Osoese Teo
6940 Burlwood Dr
Anchorage, CO 99507

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

Osvaldo Ramirez
248 Eastern Avenue
Toledo, OH 43609

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 3.499 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Otk**
**christina@otknetwork.com**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Owen Aaron**
**impulseesportsorg@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Owen Conner**
**dixiesofficial@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Owen Curnutt**
**2210 Pedernales Court**
**Granbury, TX 76048**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Owen Van Cleave (Masanko)**
**owenvancleave1@icloud.com**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pablo Carrera**
**ramzy2415@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 831 of 1098

---

| 3.500 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Pablo Kim** | ■ Contingent | |
| **352 La tortola dr** | ■ Unliquidated | |
| **Walnut, CA 91789** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Potential warranty claim** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.500 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Padraic Glendenning** | ■ Contingent | |
| **3544 Murrow Street** | ■ Unliquidated | |
| **New Port Richey, FL 34655** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Potential warranty claim** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.500 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Paige Anthony** | ■ Contingent | |
| **15923 3Rd Ave E** | ■ Unliquidated | |
| **Tacoma, WA 98445** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Potential warranty claim** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.500 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Paige Anthony** | ■ Contingent | |
| **lunaoniTV@gmail.com** | ■ Unliquidated | |
| Date(s) debt was incurred _ | ■ Disputed | |
| Last 4 digits of account number _ | Basis for the claim:  **Marketing Influencer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.500 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Paige Watkins** | ■ Contingent | |
| **1092 Weybridge Road, Apt B** | ■ Unliquidated | |
| **Columbus, OH 43220** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Potential warranty claim** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.500 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Pamela Busby** | ■ Contingent | |
| **220 Weoley Park Road** | ■ Unliquidated | |
| **Selly Oak, Birmington B29 5HD** | ■ Disputed | |
| **ENGLAND** | | |
| Date(s) debt was incurred _ | Basis for the claim:  **Marketing Influencer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 832 of 1098

| 3.500 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pamela Reynolds**
6320 SW 48th Ln
Topeka, KS 66610

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pandora Schaff**
120 S 33rd Street
Billings, MT 59101

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Paola Rico**
3019 Altura St
Los Angeles, CA 90031

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Paris La Infierno**
1970 Amsterdam Ave
Apt 1N
New York, NY 10032

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Paris Tyburski**
paris.tyburski@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Parish Brandt**
s4murock@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 833 of 1098

| 3.501 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
| **Parish Brandt** | ■ Contingent | |
| **155 Precision Drive #1201** | ■ Unliquidated | |
| **Denton, TX 76207** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.501 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
| **Parker Burkhead** | ■ Contingent | |
| **8043 N Stoddard Ave** | ■ Unliquidated | |
| **Overland Park, MO 64152** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer** | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.501 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$15,902.08** |
| **Parker Card** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **support@getparker.com** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Trade debt** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.501 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
| **Parker Maston** | ■ Contingent | |
| **3941 sweetbrier** | ■ Unliquidated | |
| **Casper, WY 82604** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.501 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
| **Pat Divietri** | ■ Contingent | |
| **921 Marcia Drive** | ■ Unliquidated | |
| **North Huntingdon, PA 15642** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.501 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
| **Pat Viscome** | ■ Contingent | |
| **17 Sherbrooke Road** | ■ Unliquidated | |
| **Hartsdale, NY 10530** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 834 of 1098

| 3.502 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Patricia Beets** | ■ Contingent | |
| **2100 S Madison Blvd** | ■ Unliquidated | |
| **Bartelesville, OK 74006** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.502 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Patricia Bourquein** | ■ Contingent | |
| **7222 Saint Peters Road** | ■ Unliquidated | |
| **West Harrison, IN 47060** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.502 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Patricia Gruber** | ■ Contingent | |
| **5599 Summerland Hills Dr** | ■ Unliquidated | |
| **Lakeland, FL 33812** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.502 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Patrick** | ■ Contingent | |
| **tendedtadpolebiz@gmail.com** | ■ Unliquidated | |
| Date(s) debt was incurred _ | ■ Disputed | |
| Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.502 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Patrick Alayon** | ■ Contingent | |
| **13B 8th Ave** | ■ Unliquidated | |
| **Key West, FL 33040** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.502 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Patrick Ball** | ■ Contingent | |
| **108 Downing** | ■ Unliquidated | |
| **East Cirle Dr** | ■ Disputed | |
| **Ypsilanti, MI 48197** | | |
| Date(s) debt was incurred _ | Basis for the claim: **Marketing Influencer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.502 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Patrick Boivin**
patstaresatbusiness@gmail.com

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Patrick Camilleri**
**326 East 93rd street**
**New York City, NY 10128**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Patrick Chimenti**
**7 Sean Court**
**Whitby ON L1P 1R4**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Patrick Coleman**
**22102 Orange Dale Drive**
**Spring, TX 77389**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Patrick Corcoran**
**349 7th Avenue Bldg 213 Unit 102, #235**
**GFAFB, ND 58205**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Patrick Cronin**
**50 Pine Needle Ln**
**Mansfield, MA 02048**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 836 of 1098

| 3.503 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patrick Cullen**
pcull44444@gmail.com

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

| 3.503 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patrick Dalcour II**
914 Paraiso Ave
Spring Valley, CA 91977

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

| 3.503 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patrick Damon**
8388 Golden Ave
Lemon Grove, CA 91945

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

| 3.503 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patrick Dziamba**
43 Elm Terrace
Flemington, NJ 08822

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

| 3.503 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patrick Goebel**
2010 Driftwood
Wichita, KS 67204

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

| 3.503 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patrick Goroncy**
610 Dartmouth Dr Apt 20
Clarksville, IN 47129

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 837 of 1098

| 3.503 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Patrick Gwin**
**427 Silver Oak Drive**
**Dallas, GA 30132**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.503 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Patrick Henry**
**205 Prather Ct.**
**Fort Mitchell, KY 41017**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.504 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Patrick Hutton**
**1269 Little Boy Blue Ave**
**LAS VEGAS, NV 89183**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.504 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Patrick Loney**
**7941 S. Andee Lane**
**Fort Branch, IN 47648**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.504 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Patrick McDaniel**
**2160 Ready Section Road**
**Toney, AL 35773**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.504 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Patrick McLaughlin**
**pzbluebusiness@gmail.com**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 838 of 1098

| 3.504 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Patrick O Neill**
**14445 NE 40th St D102**
**Bellevue, WA 98007**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.504 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Patrick Othites**
**5 Savannah Gardner Road**
**New Castle, PA 16101**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.504 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**patrick ott**
**52 pond hollow dr**
**oak ridge, NJ 07438**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.504 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Patrick Smith**
**17 Sand Stone Ct.**
**Axton, VA 24054**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.504 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Patrick Soto**
**2133 Rollins Way**
**Pomona, CA 91767**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.504 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**PATRICK SULLIVAN**
**14 Old Simmonsville Rd**
**Johnston, RI 02919-6027**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 839 of 1098

| 3.505 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Patrick W Austin**
**2039 PRYOR LN**
**BILLINGS, MT 59102**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.505 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Patrick Walker**
**2411 Pine Court North**
**Beaufort, SC 29902**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.505 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Patrick Walsh**
**1070 Twin Lakes Dr**
**Sumter, SC 29154**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.505 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Patrick William Reischmann**
**901 S Country Club Dr appartment 3177**
**Mesa, AZ 85210**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.505 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Patrick Wynne**
**2398 Emanuel Court**
**Easton, PA 18045**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.505 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Patti Ortiz**
**8923 Peaceful Grove**
**San Antonio, TX 78250**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 840 of 1098

| 3.505 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Paul A Widuchowski**
119 N. Coleman Rd.
Centereach, NY 11720

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.505 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Paul Anderson**
2717 Bond Street
Santa Rosa, CA 95407

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.505 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Paul Arron Rowell**
9031 Parliament Circle
Daphne, AL 36526

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.505 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Paul Cassidy**
104 Stapleton Way
High Point, NC 27265

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.506 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Paul Chesar**
20 Woodland Dr
Oil City, PA 16301

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.506 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Paul Coggiola**
2718 Armacost Ave
Los Angeles, CA 90064

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 841 of 1098

| 3.506 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Paul Deichmann**
312 Locust Drive
Phoenixville, PA 19460

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Paul Denino**
iceposeidontemp@outlook.com

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Paul Depew**
10159 NE Garibaldi Loop
Bainbridge Island, WA 98110

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Paul Francoeur**
112 Cedar Ave, APT B
Pittsburgh, PA 15221

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**paul freeman**
15 riverview st
taunton, MA 02780

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Paul Guerrero**
3646 W 62nd Pl
Chicago, IL 60629

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 842 of 1098

| 3.506 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Paul Heller**
**6328 Acadia Lane NE**
**Rio Rancho, NM 87144**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Marketing Influencer__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.506 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Paul Horton**
**108 CEDAR Hill RD**
**Asheville, NC 28806**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Potential warranty claim__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.507 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Paul Inwood**
**paulinwood7@googlemail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Marketing Influencer__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.507 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Paul Kim**
**4466 47th St S**
**Apt 202**
**Fargo, ND 58104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Marketing Influencer__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.507 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**PAUL L MCDANIEL**
**950 Oak Tree Blvd**
**Christiansburg, VA 24073**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Potential warranty claim__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.507 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Paul L. McDonough**
**67 ASHLAND ST**
**LYNN, MA 01905**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Potential warranty claim__

Is the claim subject to offset?  ■ No  ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 843 of 1098

| 3.507 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Paul Leibold**
**15113 Brookview Dr. Apt. 201**
**Apt. 201**
**Riverview, MI 48193**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.507 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Paul preble**
**54 Lenox Court**
**North Kingstown, RI 02852**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.507 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Paul Quartuccio**
**19 Labau Ave**
**Staten Island, NY 10301**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.507 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Paul Radil**
**144 Chickasaw Cir**
**Chuh Hill, TN 37642**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.507 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Paul Steinicke**
**26 Jessie Street,**
**Preston, Vitoria, 3072**
**CANADA**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.507 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Paul Stoddard**
**950 S Cimarron Way APT H105**
**Aurora, CO 80012**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 844 of 1098

| 3.508 0 | **Nonpriority creditor's name and mailing address** **Paul Thwaites** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 1 | **Nonpriority creditor's name and mailing address** **Paul Vinsant** 839 Walker Ave Oak Harbor, WA 98277 | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 2 | **Nonpriority creditor's name and mailing address** **Paula Ott** 57 Berkley St Pittsfield, MA 01201 | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 3 | **Nonpriority creditor's name and mailing address** **Paula Udovic** 7104 Alber Avenue Parma, OH 44129 | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 4 | **Nonpriority creditor's name and mailing address** **Paulina Cossio** pau.cossio25@gmail.com | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 5 | **Nonpriority creditor's name and mailing address** **Payne Leland** 4602 Candlewood Park Land Katy, TX 77494 | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 845 of 1098

| 3.508 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$23,000.00** |
|---|---|---|---|

**PayPal Credit/SYNCB**
P.O. Box 960006
Orlando, FL 32896-0006

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.508 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Pedro Castaneda**
1490 Bonnie Brae St
Pomona, CA 91767

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Pedro Padilla**
247 S. Ashdale ST.
West Covina, CA 91790

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Pekinwoof**
pekinwooftemp@temp.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Penelope Deyoe**
11 Carleton ST
Brockton, MA 02301

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Peralt (MLC)**
peraltiagoisms@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 846 of 1098

| 3.509 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Percy Moore**
3837 Highpoint Court
Norman, OK 73072

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

| 3.509 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Perla Wideman**
23266 Larson rd
Sycamore, IL 60178

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

| 3.509 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Perry Henry**
2319 Quail Run Rd
Arlington, TX 76014

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

| 3.509 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pestily**
business@pestily.com

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

| 3.509 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Peter Banos**
3614 Keokuk Dr.
Placerville, CA 95667

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

| 3.509 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Peter Dwyer**
streamteamforpickles@gmail.com

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 847 of 1098

| 3.509 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Peter Folger**
414 Riverside drive
Tiverton, RI 02878

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 9 |
|---|

**Peter Ihrig**
am Wingertsberg 8
76857 Waldhambach
GERMANY

Date(s) debt was incurred _
Last 4 digits of account number _

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.510 0 |
|---|

**peter jensen**
2920 terrace way
altus, OK 73521

Date(s) debt was incurred _
Last 4 digits of account number _

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.510 1 |
|---|

**Peter Jensen**
11036 DEL RIO DR
FAIRFAX, VA 22030

Date(s) debt was incurred _
Last 4 digits of account number _

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.510 2 |
|---|

**Peter Jong**
11 Keppel Bay Drive
Singapore, 90817
SINGAPORE

Date(s) debt was incurred _
Last 4 digits of account number _

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.510 3 |
|---|

**Peter MacDonald**
2600 Draper Ave, Unit 1004
Ottawa, Ontario K2H 9A9
CANADA, ON

Date(s) debt was incurred _
Last 4 digits of account number _

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 848 of 1098

| 3.510 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Peter Morain**
**1715 N Prescott St**
**Portland, OR 97217**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.510 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Peter Ortegel**
**300 Tijeras Ave NE APT 312**
**Albuquerque, NM 87102**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.510 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Peter Overmyer**
**333 7th Avenue, 2nd Floor**
**New York, NY 10001**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.510 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Peter Santora**
**3200 Park Center Drive**
**Suite 550**
**Costa Mesa, CA 92626**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.510 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Peter Seam**
**43504 Gadsden Ave, Apt 228**
**Lancaster, CA 93534**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.510 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Petey Hackett**
**132 naenae road, Naenae**
**Wellington 5011**
**NEW ZEALAND**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 849 of 1098

| 3.511 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Peyton Robbins**
4225 w La Casa st
SPRINGFIELD, MO 65802

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,631.55 |
|---|---|---|---|

**PG&E**
P. O. Box 997300
Sacramento, CA 95899-7300

Date(s) debt was incurred _
Last 4 digits of account number  0657

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Phil Defoe**
3391 O Brien Rd SW
Grand Rapids, MI 49534

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Phil Jamesson**
phil.jamesson@gmail.com

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Phil Woodward**
26741 E Arbor Dr
Aurora, CO 80016

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Philip  Chen**
307 cranbury way
louisville, KY 40245

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 850 of 1098

| 3.511 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Philip Bumgardner**
**mediocrisgaming@gmail.com**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Philip Cavali**
**1036 Myrtle St Apt 1**
**Cumberland, MD 21502**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Philip David Monaco Jr.**
**6115 Winchester Street**
**San Diego, CA 92139**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Philip Gasperowich**
**720 MONTROSE AVE**
**BEXLEY, OH 43209**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Philip Hofmeister**
**401 Highland Rd**
**Andes, Town of, NY 13731**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Philip Knerr**
**5503 North Military Trail, Apt.201**
**Boca, FL 33496**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 851 of 1098

| 3.512 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Philip Lescarbeau**
**46 BRIDLE PATH LN**
**METHUEN, MA 01844**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.512 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Philip Ottesen**
**5241 Central Blvd**
**Apt 1308**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.512 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Philip Panzer**
**1315 Chattahoochee Run Drive**
**Suwanee, GA 30024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.512 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Philip Vlessing**
**391 Bartholomew Dr**
**Newmarket ON L3X 2E7**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.512 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Phill Greening**
**17902 Pelican Cove Ct**
**Humble, TX 77346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.512 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Phillip Hujdic**
**13323 NE 136th Pl**
**Kirkland, WA 98034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| 3.512 8 | Nonpriority creditor's name and mailing address<br>**Phillip J McTaggart**<br>943 Piccabeen Dr<br>Loveland, CO 80538-4003 | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim**<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.512 9 | Nonpriority creditor's name and mailing address<br>**Phillip Torres**<br>1929 Perigo St.<br>Wichita Falls, TX 76301 | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim**<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.513 0 | Nonpriority creditor's name and mailing address<br>**Phong Ho**<br>17302 Haley Falls Ln<br>Houston, TX 77095 | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer**<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.513 1 | Nonpriority creditor's name and mailing address<br>**Piaras Masterson**<br>piaras11@hotmail.co.uk | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer**<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.513 2 | Nonpriority creditor's name and mailing address<br>**Pierre PIVERT**<br>33rd Floor - 1345 Avenue of the Americas<br>New York, NY 10105 | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim**<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.513 3 | Nonpriority creditor's name and mailing address<br>**Pink Sheep**<br>amab12657@gmail.com | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer**<br>Is the claim subject to offset? ☑ No ☐ Yes | |

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 853 of 1098

| 3.513<br>4 | **Nonpriority creditor's name and mailing address**<br>**Piper Lewis**<br>210 English Rose Circle, APT 32<br>Madison, AL 35756<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** Potential warranty claim<br><br>Is the claim subject to offset? ■ No □ Yes | **Unknown** |

| 3.513<br>5 | **Nonpriority creditor's name and mailing address**<br>**Poniwsis Francis**<br>16 Back Rd<br>Perry, ME 04667<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** Marketing Influencer<br><br>Is the claim subject to offset? ■ No □ Yes | **Unknown** |

| 3.513<br>6 | **Nonpriority creditor's name and mailing address**<br>**Porter Humbert**<br>2407 briar chapel pkwy<br>chapel hill, NC 27516<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** Marketing Influencer<br><br>Is the claim subject to offset? ■ No □ Yes | **Unknown** |

| 3.513<br>7 | **Nonpriority creditor's name and mailing address**<br>**Porter Kennedy**<br>5629 Preakness court<br>Pace, FL 32571<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** Marketing Influencer<br><br>Is the claim subject to offset? ■ No □ Yes | **Unknown** |

| 3.513<br>8 | **Nonpriority creditor's name and mailing address**<br>**Porter Miller**<br>8946 NW mills st.<br>Portland, OR 97231<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** Marketing Influencer<br><br>Is the claim subject to offset? ■ No □ Yes | **Unknown** |

| 3.513<br>9 | **Nonpriority creditor's name and mailing address**<br>**Porter Minnick**<br>655 N Brea Blvd #48<br>Brea, CA 92821<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** Marketing Influencer<br><br>Is the claim subject to offset? ■ No □ Yes | **Unknown** |

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 854 of 1098

| 3.514 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**pouya shahbodaghi**
**39 Rosemont street, #1**
**Boston, MA 02122**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Preet Gill**
**Preetgill96@hotmail.com**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Premier Partner 15**
**mrsteez.business@gmail.com**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Premier Partner 43**
**toastgamingcollective@gmail.com**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Marketing Infulencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Preston Kuehner**
**9931 Darrow Park Drive, 116M**
**Twinsburg, OH 44087**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Preston Neil**
**243 N 700 E**
**Santaquin, UT 84655**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 855 of 1098

| 3.514 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Preston Parker**
**114 Town Center Dr**
**Mooresville, NC 28117**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.514 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Preston Semkiw**
**3949 Downey Way**
**Sacramento, CA 95817**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.514 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Preston Shimek**
**admiralbahrootempemail@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.514 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Preston Wagner**
**441 Main Street**
**Rouseville, PA 16344**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.515 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Printess Hartfield**
**619 Delk Rd**
**Seminary, MS 39479**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.515 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pryce Stickney**
**5130 South Walnut Creek Drive**
**Sand Springs, OK 74063**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.515 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Putther** | ■ Contingent | |
| puttherbusiness@gmail.com | ■ Unliquidated | |
| **Date(s) debt was incurred** _ | ■ Disputed | |
| **Last 4 digits of account number** _ | Basis for the claim: **Marketing Influencer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.515 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Qian Carr** | ■ Contingent | |
| **111 Clover Hollow Road** | ■ Unliquidated | |
| **Easton, PA 18045** | ■ Disputed | |
| **Date(s) debt was incurred** _ | Basis for the claim: **Marketing Influencer** | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.515 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Qilin Yu** | ■ Contingent | |
| **1322 S Prairie Ave, Unit 1113** | ■ Unliquidated | |
| **Chicago, IL 60605** | ■ Disputed | |
| **Date(s) debt was incurred** _ | Basis for the claim: **Potential warranty claim** | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.515 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Qilin Yu** | ■ Contingent | |
| **1322 S Prairie Ave, Unit 1113** | ■ Unliquidated | |
| **Chicago, IL 60605** | ■ Disputed | |
| **Date(s) debt was incurred** _ | Basis for the claim: **Potential warranty claim** | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.515 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Quentin Sigman** | ■ Contingent | |
| **3763 Southridge circle** | ■ Unliquidated | |
| **Apt 10** | ■ Disputed | |
| **Tahlequah, OK 74464** | | |
| **Date(s) debt was incurred** _ | Basis for the claim: **Marketing Influencer** | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.515 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Quenton Defils** | ■ Contingent | |
| **808 Huey Andrew Ave** | ■ Unliquidated | |
| **Gonzales, LA 70737-5817** | ■ Disputed | |
| **Date(s) debt was incurred** _ | Basis for the claim: **Potential warranty claim** | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 857 of 1098

| 3.515 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Quieinton Spradley**
8155 sw 60th rd
Gainesville, FL 32608

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Quinn Cantu**
quinncantu23@gmail.com

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Quinn Jensen**
128 N 760 E
Hyde Park, UT 84318

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Quinn Still-Zinsel**
29 North Branch Common Rd.
North Branch, NY 12766

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Quintin Kinnard**
3334 Zion Lane Apt C12
El Paso, TX 79904

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Quinton Linn**
3430 Irby Dr Apt 1510
Conway, AR 72034

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 858 of 1098

| 3.516 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Raafi Mcherron**
**2555 N Newkirk st**
**Philadelphia, PA 19132**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.516 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Raafi McHerron**
**2555 N newkirk st**
**Philadelphia, PA 19132**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.516 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Rachael Deeds**
**2262 Gregg Rd**
**3**
**Bellevue, NE 68123**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.516 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Rachael Miller**
**10359 Fox Ridge Road**
**Corning, NY 14830**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.516 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Rachael Mossey**
**24 Hamilton St**
**Cohoes, NY 12047**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.516 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Rachel Axthelm**
**2026 E Gelding Drive**
**Phoenix, AZ 85022**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ☐ No  ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 859 of 1098

| 3.517 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Rachel Bittner**
530 Pamela Dr SE
Lacey, WA 98503

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.517 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Rachel Bourgeois**
2241 Potomac Drive
Marrero, LA 70072

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.517 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Rachel M Hess**
220 Juniata St
Freemansburg, PA 18017

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

| 3.517 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Rachel Olivia Armstrong**
2165 Osprey point ct
APOPKA, FL 32712

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

| 3.517 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Rachel Pietrzak**
830 South Austin Blvd
Apt 1i
Oak Park, IL 60304

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.517 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**RaDeena sinclair**
1314 North Union Street
Appleton, WI 54911

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 860 of 1098

| 3.517 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---------|---|---|---|

**Raden Joshua Anthony**
**12409 Largo Dr, Unit 197**
**Savannah, GA 31419**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---------|---|---|---|

**Raegan Currie**
ragstar01@gmail.com

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---------|---|---|---|

**Rafael Echegaray**
**1161 NW 13th st apt 3**
**Boca Raton, FL 33486**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---------|---|---|---|

**Rafael Gomez**
**427 North Ln**
**San Ysidro, CA 92173-2123**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---------|---|---|---|

**Rafe Drake**
**34 Austin Ave**
**toronto, Ontario M4M 1V6**
**CANADA**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---------|---|---|---|

**Rags (Labyrinth)**
mragstv@gmail.com

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 861 of 1098

| 3.518<br>2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rahmel Dockery**
**405 6th ave APT 502**
**Tacoma, WA 98402**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rahul Vajupeyayajula**
**contactretrora@gmail.com**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Raina Etheridge**
**809 S Virginia Ave**
**Bartlesville, OK 74003**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rainie Dai**
**1888 Ashby Avenue**
**Berkeley, CA 94703**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Raj Sharma**
**6536 Edgeworth Drive**
**Orlando, FL 32819**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ralph Morris**
**5111 Andrea Blvd Apartment 109**
**Sacramento, CA 95842**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 862 of 1098

| 3.518 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ramon Mayo**
**4021 Bella Park Trail**
**Apt 118**
**Raleigh, NC 27613**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Potential warranty claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ramon Moreno**
**12805 Appian Ave.**
**Victorville, CA 92395**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Marketing Influencer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ramon Munoz**
**704 Mainsail Circle**
**Jupiter, FL 33477**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Marketing Influencer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ramon Munoz**
**704 Mainsail Circle**
**Jupiter, FL 33477**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Marketing Influencer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ramon Munoz**
**704 Mainsail Circle**
**Jupiter, FL 33477**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Marketing Influencer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Randell Edward Mashak**
**3691 N Rhine Trl**
**LaPorte, IN 46350**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Potential warranty claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 863 of 1098

| 3.519 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Randolph McNeill**
**2593 Muscadine Dr**
**Augusta, GA 30909**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Randolph S Taylor**
**4762 astral st**
**Jacksonville, FL 32205**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Randy Havner**
**13007 Carita Cove**
**SAN DIEGO, CA 92130**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Randy Ly**
**1603 Nelson Ranch Loop**
**Cedar Park, TX 78613**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Rascom Computer Dist.**
**Rascom Ges.m.b.H.**
**Linzer Srrasse 237, A-1140**
**Vienna**
**AUSTRIA**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Rashell Sugiyama**
**23 7th Ave SW**
**Apt 20**
**Rochester, MN 55902**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 864 of 1098

| 3.520 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Raven Howard**
**4005 Poplar Pointe Dr**
**Apt 4005**
**College Park, GA 30349**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Marketing Influencer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ravi Mulpuri**
**2800 BARTONS BLUFF LN APT 1807**
**Austin, TX 78746**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Potential warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ravi Yangala**
**6939 Navigation Drive**
**Grand Prairie, TX 75054**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Potential warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ray Carrillo**
**10229 Alexandria St**
**Ventura, CA 93004**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Marketing Influencer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ray Roe**
**27 Anderson drive**
**Randolph, MA 02368**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Potential warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ray Sensenbach**
**6310 Hemlock Way**
**Rocklin, CA 95677**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Potential warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 865 of 1098

| 3.520 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Rayan Zebib**
22-34 73rd street 2nd fl
East Elmhurst, NY 11370

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Raymond Brannin**
803 Salem Trail
Lewisville, TX 75067

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Raymond Dickenson**
18317 WHITEBARK CT
RENO, NV 89508

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Raymond Magdaleno**
7818 Broadway Ave
Whittier, CA 90606

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Raymond Mier**
2970 Mossy Oak Circle
apt 41
Green Bay, WI 54311

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Raymond Mowery**
23 Canary Rd
Levittown, PA 19057

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 866 of 1098

---

| 3.521 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Rayven Daniel McLaughlin**
**200 Kitts Road**
**Knoxville, TN 37924**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.521 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Rebecca Bianchi**
**207 Sulgrave Road**
**Sunderland, England NE37 3DD**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.521 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Rebecca Bianchi**
**207 Sulgrave Road**
**Washingto, Sunderland NE337 3DD**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.521 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Rebecca Brown**
**855 Meadow View Drive**
**Richmond, CA 94806**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.521 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**REBECCA CARRUTHERS**
**207 KATHIE COURT**
**VINE GROVE, KY 40175**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.521 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Rebecca Fulton**
**6825 Ramblewood dr. apt f**
**Fort Wayne, IN 46835**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 22-40396  Doc# 32  Filed: 05/05/22  Entered: 05/05/22 12:11:36  Page 867 of 1098

| 3.521 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.521 8**

Nonpriority creditor's name and mailing address

**Rebecca Shaffer**
**480 Goodman Dr**
**Gallatin, TN 37066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.521 9**

Nonpriority creditor's name and mailing address

**Rebekah Hiltz**
**7621 Mill Bench Ct.**
**Apt. D**
**Dublin, OH**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.522 0**

Nonpriority creditor's name and mailing address

**Rebekah Ramos**
**109 West 3rd #85**
**Heavener, OK 74937**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.522 1**

Nonpriority creditor's name and mailing address

**Recooty**
**Floor 2, Techno Park**
**Bargi Hills, JabalpuR**
**Madhya, Pradesk, 482004**
**INDIA, CA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Recruiting software

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.522 2**

Nonpriority creditor's name and mailing address

**Reece Watson**
**438 Gano Ct**
**Orange Park, FL 32073**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.522 3**

Nonpriority creditor's name and mailing address

**Reece Whylde**
**whyldemedia@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Marketing Infuencer

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 868 of 1098

| 3.522 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Reed Fleming**<br>**518 gables view lane**<br>**felton, PA 17322** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.522 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Reese Michael Mackinen**<br>**8361 San Helice Circle**<br>**Buena Park, CA 90620** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.522 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Reggie James**<br>**3000 W. Memorial Rd**<br>**STE 123**<br>**Oklahoma City, OK 73120-6108** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.522 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **reginald webster**<br>**14061 big crest ln, 004**<br>**Woodbridge, VA 22191** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.522 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Reinaldo Guzman Jr.**<br>**522 zambory st**<br>**PERTH AMBOY, NJ 08861** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.522 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **REMA CASPROWIAK**<br>**3578 SE OUTRIGGER PL**<br>**CORVALLIS, OR 97333** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 869 of 1098

| 3.523 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Rembert Gomez** | ■ Contingent | |
| **11035 Ramp Creek Lane** | ■ Unliquidated | |
| **Sugar Land, TX 77498** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Potential warranty claim** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.523 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Ren Blaiddyd** | ■ Contingent | |
| **6940 Sepulveda Blvd, 223** | ■ Unliquidated | |
| **Van Nuys, CA 91405** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Potential warranty claim** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.523 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Rene DePablo** | ■ Contingent | |
| **1221 New Meister Lane** | ■ Unliquidated | |
| **Pflugerville, TX 78660** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Potential warranty claim** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.523 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Rene Herrera** | ■ Contingent | |
| **1146 Bryant Ave** | ■ Unliquidated | |
| **3B** | ■ Disputed | |
| **Bronx, NY 10459** | | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Marketing Influencer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.523 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Rene Jung** | ■ Contingent | |
| **44432 W Eddie Way** | ■ Unliquidated | |
| **Maricopa, AZ 85138** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Potential warranty claim** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.523 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Rene Machuca** | ■ Contingent | |
| **7914 Kester Ave #7** | ■ Unliquidated | |
| **Panorama City, CA 91402** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Marketing Influencer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 870 of 1098

| 3.523<br>6 | Nonpriority creditor's name and mailing address<br>**Rene Sarjeant**<br>rene.sarjeant@gmail.com | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.523<br>7 | Nonpriority creditor's name and mailing address<br>**Renee Gamble**<br>**863 Beaver Dam rd**<br>**Vilas, NC 28692** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.523<br>8 | Nonpriority creditor's name and mailing address<br>**Renee J Inman**<br>**137 Glenwood Drive Apartment D**<br>**Rock Hill, SC 29732** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.523<br>9 | Nonpriority creditor's name and mailing address<br>**Renn Medeiros**<br>**1604 driftwood drive**<br>**Sparks, NV 89431** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.524<br>0 | Nonpriority creditor's name and mailing address<br>**Rennee Newton**<br>**125 Edgemere Road Apt 212**<br>**Boston, MA 02132** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.524<br>1 | Nonpriority creditor's name and mailing address<br>**Reno Luong**<br>**4106 Bay View Ct**<br>**Des Moines, IA 50320** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 871 of 1098

| 3.524.2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Rex Morrison**<br>**2780 East River Road**<br>**White**<br>**Newton Falls, OH 44444** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _Marketing Influencer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.524.3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Rex Onyeador**<br>**2130 North Old Manor Road Apt. D**<br>**Wichita, KS 67208** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _Potential warranty claim_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.524.4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Rex Rodriguez**<br>**7600 Kirby Drive Apt 520**<br>**Houston, TX 77030** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _Potential warranty claim_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.524.5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Rey Garza**<br>**17211 Moscato**<br>**San Antonio, TX 78247** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _Potential warranty claim_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.524.6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Reynaldo Cabezas**<br>**3405 Richmond Avenue**<br>**Staten Island, NY 10312** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _Potential warranty claim_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.524.7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Reynaldo Ramos**<br>**729 Plaza Ave**<br>**Mamaroneck, NY 10543** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _Potential warranty claim_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 872 of 1098

| 3.524 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Rhea Carmichael**
PO BOX 764
Ramona, CA 92065

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.524 9 |

**Rhett Andres**
106 Armstrong Cresent
Saskatoon SK S7N 3M3
CANADA

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.525 0 |

**Rhonda Louis**
18115 33rd Ave N
Plymouth, MN 55447

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.525 1 |

**Rhonda Lucy**
164 Close ave,  Apartment 103
Toronto, Ontario M6K 2V5
CANADA

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.525 2 |

**Rhys Edwards**
rhys.eob@hotmail.co.uk

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.525 3 |

**Riann Hinkle**
rhhinkle@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No  ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 873 of 1098

| 3.525 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Ricardo Enrique Chirino**
ribschirino@gmail.com

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 5 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Ricardo Jos  Salcedo**
10446 San Ramon Drive
San Diego, CA 92126

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Ricardo Lozada**
3521 103rd St
2A
Corona, NY 11368

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Ricardo Moncibaez**
1642 W HUNTINGTON DR
TEMPE, AZ 85282

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Ricardo Montenegro**
3661 Farnham Ct
Tracy, CA 95377

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Ricardo Nieves**
12560 Paseo Alegre Dr.
El Paso, TX 79928

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 874 of 1098

| 3.526 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ricardo Santiago**
131 Sargeant St, Apt 2R
Holyoke, MA 01040

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**RICCO GRAVES**
14514 N Creek Dr, Apt 734
MILL CREEK, WA 98012

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Richard Bool**
6041 Peccary Street
Waldorf, MD 20603

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Richard Campbell**
321 Wythe Ave Apt 1902
Brooklyn, NY 11249

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**RICHARD CHABOT**
15837 rue Bellerive
Montreal, Quebec H1A 5A6
CANADA

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Richard clark**
103 NE CHICORY LN
BENTONVILLE, AR 72712

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 875 of 1098

| 3.526 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Richard Clarke Boone**
108 Sullivan Dr.
Dahlonega, GA 30533

Date(s) debt was incurred __

Last 4 digits of account number __

�forenot Contingent
�forenot Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Richard Crawford-Wilson**
4601 Rue Messier, Apartment 302
Montreal, Quebec H2H 2J2
CANADA

Date(s) debt was incurred __

Last 4 digits of account number __

�forenot Contingent
�forenot Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Richard Fortin**
1816 Cornerstone Court
Virginia Beach, VA 23456

Date(s) debt was incurred __

Last 4 digits of account number __

�forenot Contingent
�forenot Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Richard Hafen**
1120 West 360 North
Unit 11
St. George, UT 84770

Date(s) debt was incurred __

Last 4 digits of account number __

�forenot Contingent
�forenot Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Richard Luamanu**
1436 W. CARSON ST.
APT. 2
TORRANCE, CA 90501

Date(s) debt was incurred __

Last 4 digits of account number __

�forenot Contingent
�forenot Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Richard Macdougall**
12820 55TH Street Ct E
Edgewood, WA 98372

Date(s) debt was incurred __

Last 4 digits of account number __

�forenot Contingent
�forenot Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 876 of 1098

| 3.527 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Richard McIntyre**
**92 S Clinton Ave, 5C**
**Bay Shore, NY 11706**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.527 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Richard Mercer**
**amercer22@gmail.com**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.527 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Richard Merciel**
**1221 Gaskins Rd**
**Apt D**
**Richmond, VA**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.527 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Richard Miller**
**19 Potomac Lane**
**Elyria, OH 44035**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.527 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Richard Mucciolo**
**202 Howe St**
**Waycross, GA 31501**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.527 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Richard Nguyen**
**105 Mustang Drive, Apt 305**
**San Luis Obispo, CA 93405**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 877 of 1098

| 3.527 8 | Nonpriority creditor's name and mailing address<br>**Richard Paul Allen Jr**<br>sirdickel@gmail.com | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.527 9 | Nonpriority creditor's name and mailing address<br>**Richard Sanders**<br>**135 Armour Drive, 134**<br>**Houma, LA 70364** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.528 0 | Nonpriority creditor's name and mailing address<br>**Richard Schultz**<br>**3620 Gardens Pkwy.**<br>**Unit #603B**<br>**Palm Beach Gardens, CT 33410** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.528 1 | Nonpriority creditor's name and mailing address<br>**Richard Taylor**<br>**6350 greene st apt 708**<br>**Philadelphia, PA 19141** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.528 2 | Nonpriority creditor's name and mailing address<br>**Richard Tobar**<br>**2035 Ferry St**<br>**Easton, PA 18042** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.528 3 | Nonpriority creditor's name and mailing address<br>**Richard Tonetta**<br>**101 Saluda Pointe Dr. #1032**<br>**Lexington, SC 29072** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer**<br>Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 878 of 1098

| 3.528 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Richard Villicano**
**2218 E Santa Ana Ave**
**Fresno, CA 93726**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.528 5 | Nonpriority creditor's name and mailing address | | **Unknown** |
|---|---|---|---|

**Richard Walinski**
**12 Stonegate Circle**
**Bowling Green, OH 43402**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.528 6 | Nonpriority creditor's name and mailing address | | **Unknown** |
|---|---|---|---|

**richard wiemholt**
**1135 Hyde Park Place**
**Eugene, OR 97401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.528 7 | Nonpriority creditor's name and mailing address | | **Unknown** |
|---|---|---|---|

**richard wiemholt**
**1135 Hyde Park Place**
**Eugene, OR 97401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.528 8 | Nonpriority creditor's name and mailing address | | **Unknown** |
|---|---|---|---|

**richard wilburn**
**19506 richmond beach drive nw**
**shoreline, WA 98177**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.528 9 | Nonpriority creditor's name and mailing address | | **Unknown** |
|---|---|---|---|

**Richie Penn**
**42232 284th Avenue Southeast**
**Enumclaw, WA 98022**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.529 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Richie Procopio**
**263 Barkley Place East**
**North Brunswick, NJ 08902**

Date(s) debt was incurred _

Last 4 digits of account number _

- ◼ Contingent
- ◼ Unliquidated
- ◼ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ◼ No ☐ Yes

| 3.529 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Richie Procopio**
**263 Barkley Place East**
**North Brunswick, NJ 08902**

Date(s) debt was incurred _

Last 4 digits of account number _

- ◼ Contingent
- ◼ Unliquidated
- ◼ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ◼ No ☐ Yes

| 3.529 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Richie Procopio**
**askbogotter@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

- ◼ Contingent
- ◼ Unliquidated
- ◼ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ◼ No ☐ Yes

| 3.529 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Rick Garrison**
**P.O Box 18691**
**Tucson, AZ 85731**

Date(s) debt was incurred _

Last 4 digits of account number _

- ◼ Contingent
- ◼ Unliquidated
- ◼ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ◼ No ☐ Yes

| 3.529 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Rick Hernandez**
**2521 Kemper Ave**
**La Crescenta, CA 91214**

Date(s) debt was incurred _

Last 4 digits of account number _

- ◼ Contingent
- ◼ Unliquidated
- ◼ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ◼ No ☐ Yes

| 3.529 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Rick Raymond**
**200 N Levitt St Apt 415**
**Rome, NY 13440**

Date(s) debt was incurred _

Last 4 digits of account number _

- ◼ Contingent
- ◼ Unliquidated
- ◼ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ◼ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 880 of 1098

| 3.529 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**RICKDRIEKA SANDERS**
10138 E 27th St
Tulsa, OK 74129

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ricky Hobbs**
doug@modernwarzone.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ricky rebello**
107 HOLIDAY LN
Winter Springs, FL 32708

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rigoberto Padilla**
955 Homassel Ave
Lindsay, CA 93247

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rika Corporal**
2370 NW MILITARY HWY 802
San Antonio, TX 78231

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Riley (Jirachy) Matties**
thejirachy@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 881 of 1098

**3.530 2**

**Nonpriority creditor's name and mailing address**

**Riley Allison**
**102-445 Franklyn Road**
**Kelowna BC V1X 5X8**
**CANADA**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.530 3**

**Nonpriority creditor's name and mailing address**

**Riley Allison**
**102-445 Franklyn Road 102**
**Kelowna BC V1X 5X8**
**CANADA**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.530 4**

**Nonpriority creditor's name and mailing address**

**Riley Blaisdell**
**410 8th St**
**Mukilteo, WA 98275**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.530 5**

**Nonpriority creditor's name and mailing address**

**Ring**

**Santa Monica, CA**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Security services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.530 6**

**Nonpriority creditor's name and mailing address**

**Rishikesh Vaka**
**18505 Star Gazer Way**
**Pflugerville, TX 78660**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.530 7**

**Nonpriority creditor's name and mailing address**

**River Otto**
**7535 Dickinson Rd**
**Greenleaf, WI 54126**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 882 of 1098

| 3.530 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**River Toledo**
**524 Clark Street**
**Berne, IN 46711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.530 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**RJ Furtado**
**renochiefs27@gmail.com**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.531 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Roark Lazzara**
**2773 Via Cipriani**
**1322B**
**Clearwater, FL 33764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.531 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Rob Leathern**
**7901 Dadiva Ct**
**Austin, TX 78735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.531 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Rob Seibel**
**738A 10th Ave**
**San Francisco, CA 94118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.531 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Rob Simpson**
**8404 Bridgestone Dr.**
**Huntersville, NC 28078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 883 of 1098

| 3.531 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Robbie Miller**
**309 Wanondoger**
**Battle Creek, MI 49017**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Robert A Hlawek III**
**1445 Hillcrest Heights**
**Alpharetta, GA 30005**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Robert A Valine**
**215 Tolman Creek Road Spc 2**
**Ashland, OR 97520**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Robert Abbott**
**987 nw durango ct**
**Bremerton, WA 98311**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Robert Alexander**
**shaskapro@gmail.com**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Robert Anderson**
**1206 W 900 N**
**Fortville, IN 46040**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 884 of 1098

| 3.532 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Robert Averytte**
**20568 Trinity Street**
**Detroit, MI 48219**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.532 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Robert Aviles**
**1671 Timber Lane Drive**
**Montgomery, IL 60538**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.532 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Robert Bastemeyer**
**1531 W 78th St  APT 513**
**Tulsa, OK 74132**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.532 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Robert Beattie**
**classyvtuber@gmail.com**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.532 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Robert Bolton**
**4825 Meadow Green Rd.**
**Mims, FL 32754**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.532 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Robert Bongard**
**225 Ccewood Blvd**
**Madison, WI 53714**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 885 of 1098

| 3.532<br>6 | **Nonpriority creditor's name and mailing address**<br>**Robert Butts**<br>**812 West Charing Cross Circle**<br>**Lake Mary, FL 32746** | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: _Potential warranty claim_<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.532<br>7 | **Nonpriority creditor's name and mailing address**<br>**Robert Cardo**<br>**17 Strassberg Ct.**<br>**Hamilton, NJ 08690** | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: _Potential warranty claim_<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.532<br>8 | **Nonpriority creditor's name and mailing address**<br>**Robert Cervantes**<br>**1909 E Dover Pl**<br>**Anaheim, CA 92805** | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: _Potential warranty claim_<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.532<br>9 | **Nonpriority creditor's name and mailing address**<br>**Robert Cooch**<br>**3385 Michelson Dr.**<br>**APT 554**<br>**Irvine, CA 92612** | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: _Marketing Influencer_<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.533<br>0 | **Nonpriority creditor's name and mailing address**<br>**Robert Daniel Foster**<br>**21199 Broad Street**<br>**Broad Top, PA 16621** | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: _Potential warranty claim_<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.533<br>1 | **Nonpriority creditor's name and mailing address**<br>**Robert Davidson**<br>**155 Acalanes Dr #17**<br>**Sunnyvale, CA 94086** | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: _Marketing Influencer_<br>Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 886 of 1098

---

| 3.533 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Robert Diaz** | ■ Contingent | |
| rje6054@gmail.com | ■ Unliquidated | |
| Date(s) debt was incurred _ | ■ Disputed | |
| Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.533 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Robert Doyle** | ■ Contingent | |
| **11752 W Eagles Wing Way** | ■ Unliquidated | |
| **Tucson, AZ 85735** | ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Marketing Influencer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.533 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Robert Field** | ■ Contingent | |
| **12139 Derriford Court** | ■ Unliquidated | |
| **Woodbridge, FL 22192** | ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Potential warranty claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.533 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Robert Ford** | ■ Contingent | |
| **7620 39th Ave SE** | ■ Unliquidated | |
| **Lacey, WA 98503** | ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Potential warranty claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.533 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Robert Gardner** | ■ Contingent | |
| **25 Justice Way, Suite 3321** | ■ Unliquidated | |
| **DAWSONVILLE, GA 30534** | ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Potential warranty claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.533 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Robert Gloyeske** | ■ Contingent | |
| **6130 Easy Lane** | ■ Unliquidated | |
| **Indianapolis, IN 46259** | ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Marketing Influencer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 887 of 1098

| 3.533 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robert Griffin**
**201 W Stockton St, Apt A**
**Marion, IL 62959**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Potential warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robert Grots**
**23 Lord Road**
**Hartland, VT 05048**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Potential warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robert Hulderman**
**11520 Echo Lake Circle**
**Apt # 102**
**Bradenton, FL 34211**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Marketing Influencer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robert Huynh**
**21205 Saticoy St #25**
**Canoga Park, CA 91304**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Marketing Influencer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ROBERT IINUMA**
**94-631 HEAINOA PLACE, WAIPAHU, HAWAII**
**96**
**Waipahu, HI 96797**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Potential warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ROBERT IINUMA**
**94-631 HEAINOA PLACE, WAIPAHU, HAWAII**
**96**
**Waipahu, HI 96797**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Potential warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 888 of 1098

| | |
|---|---|
| 3.534 4 | |

**Nonpriority creditor's name and mailing address**
**ROBERT IINUMA**
**94-631 HEAINOA PLACE**
**Waipahu, HI 96797**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.534 5 | |

**Nonpriority creditor's name and mailing address**
**Robert J Butler**
**322 cape seville pl**
**Henderson, NV 89015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.534 6 | |

**Nonpriority creditor's name and mailing address**
**Robert J Espinosa**
**1302 TIPPERARY CT**
**IDAHO FALLS, ID 83404-7359**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.534 7 | |

**Nonpriority creditor's name and mailing address**
**Robert J Shook**
**145 Sell st.**
**Johnstown, PA 15905**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.534 8 | |

**Nonpriority creditor's name and mailing address**
**Robert Johnson**
**181 Sassy Lane**
**Greenup, KY 41144**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.534 9 | |

**Nonpriority creditor's name and mailing address**
**Robert Landry**
**6924 Sheffield Ave**
**Baton Rouge, LA 70806**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 889 of 1098

| 3.535 0 | **Nonpriority creditor's name and mailing address**<br>**Robert Lanning**<br>**300 New Tarleton Way**<br>**Greer, SC 29650**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _Marketing Influencer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|
| 3.535 1 | **Nonpriority creditor's name and mailing address**<br>**Robert Laperle**<br>**698 Twinriver Crescent West**<br>**Lethbridge, Alberta T1J 5G1**<br>**CANADA**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _Potential warranty claim_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.535 2 | **Nonpriority creditor's name and mailing address**<br>**Robert LaRochelle**<br>**5505 Burberry Ln**<br>**Glen Allen, VA 23059**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _Marketing Influencer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.535 3 | **Nonpriority creditor's name and mailing address**<br>**Robert Lucero**<br>**304 Arthur Dr Unit 324**<br>**Charleston, SC 29404**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _Potential warranty claim_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.535 4 | **Nonpriority creditor's name and mailing address**<br>**Robert Malecki**<br>**roflgatortemp@temp.com**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _Marketing Influencer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.535 5 | **Nonpriority creditor's name and mailing address**<br>**Robert Martin**<br>**901 Main St Extension**<br>**Swansboro, NC 28584**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _Potential warranty claim_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 890 of 1098

| 3.535 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Robert Martin Angus** | ■ Contingent | |
| **1309 Black Forest Dr** | ■ Unliquidated | |
| **West Carrollton, OH 45449** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  Potential warranty claim | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.535 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Robert Mertz** | ■ Contingent | |
| **25 Foxfire Dr** | ■ Unliquidated | |
| **Plattsburgh, NY 12901** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  Marketing Influencer | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.535 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Robert Miller** | ■ Contingent | |
| **admin@streamforacause.org** | ■ Unliquidated | |
| | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  Marketing Influencer | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.535 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Robert Murphy** | ■ Contingent | |
| **593 Splendors Gate Road** | ■ Unliquidated | |
| **Axton, VA 24054** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  Marketing Influencer | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.536 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Robert Neumeyer** | ■ Contingent | |
| **52 oregon ave** | ■ Unliquidated | |
| **Medford, NY 11763** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  Potential warranty claim | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.536 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Robert Nichols-Haining** | ■ Contingent | |
| **7032 4th Ave** | ■ Unliquidated | |
| **Apt C3** | ■ Disputed | |
| **Brooklyn, NY 11209** | | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  Marketing Influencer | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 891 of 1098

| 3.536 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**Robert Parent**
57 Tarkiln Hill Rd
Raymond, ME 04071

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**Robert Rowland**
4375 Hwy 51 N
Apt 28-304
Horn Lake, MS 38637

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**Robert Schmeichel**
10212 park ln nw
albuquerque, NM 87114

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**Robert Serrano**
16712 oleander cir
Fountain Valley, CA 92708

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**Robert Stewart**
3845 Sage Brush Circle
Melbourne, FL 32901

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**Robert Stodola**
2307 E 3rd St
Superior, WI 54880

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 892 of 1098

| 3.536 8 | Nonpriority creditor's name and mailing address<br>**Robert Tole**<br>**1443 W BUCKEY TREE AVE.**<br>**Santan Valley, AZ 85140**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Potential warranty claim<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.536 9 | Nonpriority creditor's name and mailing address<br>**Robert Volio**<br>**bobbyvolio@gmail.com**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Marketing Influencer<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.537 0 | Nonpriority creditor's name and mailing address<br>**Robert Weigel**<br>**105 N OSPREY CT**<br>**Vine Grove, KY 40175**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Marketing Influencer<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.537 1 | Nonpriority creditor's name and mailing address<br>**Robert Whitman Jr**<br>**5197 S.E. David Way**<br>**Prineville, OR 97754**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Potential warranty claim<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.537 2 | Nonpriority creditor's name and mailing address<br>**Roberto Avalos Diaz**<br>**11119 Fantasy Trail**<br>**Louisville, KY 40229**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Marketing Influencer<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.537 3 | Nonpriority creditor's name and mailing address<br>**Roberto Duron**<br>**17938 W Marshall Ct**<br>**Litchfield Park, AZ 85340**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Marketing Influencer<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 893 of 1098

| 3.537 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Roberto Gonzalez**
**550 Arctic Street**
**Bridgeport, CT 06608**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

| 3.537 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Roberto J Lodigiani**
**2271 Clearview Circle**
**Benicia, CA 94510**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

| 3.537 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Roberto Rivas**
**8417 Linda Michelle Ln**
**Austin, TX 78724**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

| 3.537 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robin Finney**
**61535 S. Hwy 97**
**Ste5-125**
**Bend, OR 97702**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

| 3.537 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robin Martin**
**14620 Gilley Lane**
**Haslet, TX 76052**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

| 3.537 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robn**
**robnqj@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 894 of 1098

| 3.538 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Robyn Edmonds**
**7907 NW Twilight Place**
**Parkville, MO 64152**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _**Potential warranty claim**_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Rocky Dobbs**
**515 W Hill St**
**Louisville, KY 40208**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _**Potential warranty claim**_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Roderick Agmata**
**9355 7th Ave S**
**Seattle, WA 98108**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _**Potential warranty claim**_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Rodney Wardlaw**
**383 Racket Town Road**
**Lyons, GA 30436**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _**Marketing Influencer**_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Rodolfo Araiza**
**218 Bella vista rd**
**Vacaville, CA 95687**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _**Potential warranty claim**_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Rodolfo Sandoval IV**
**61214 Arroyo Drive**
**Irvine, CA 92617**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _**Potential warranty claim**_

Is the claim subject to offset? ■ No ☐ Yes

| 3.538 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rodrigo Banda**
**271 Mathias Ln**
**Kyle, TX 78640**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.538 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rodrigo Martinez**
**308 woodrose dr**
**Fort Worth, TX 76111**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.538 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Roflgator**
**109 Andele Way**
**Liberty Hill, TX 78642**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.538 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Roger Miller**
**fti62970@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.539 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Roger Oliver**
**ippaku@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.539 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Roger Schroeder**
**3544 E Milky Way**
**Gilbert, AZ 85295**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 896 of 1098

| 3.539 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rokas Stonius**
rokas.stonius@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

| 3.539 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Roly Cabrera**
itsnadexe@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

| 3.539 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**romain palloix**
8 place de la canourgue
Montpeller, Herault 34000
FRANCE

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

| 3.539 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ron Dave Gilmore**
6027 Walnut Avenue
Orangevale, CA 95662

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

| 3.539 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ron Enoch**
1639 South 56th street
Philadelphia, PA 19143

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

| 3.539 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ron Fore**
1103 E Poncha Avenue
Poncha Springs, CO 81242

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 897 of 1098

| 3.539 8 | **Nonpriority creditor's name and mailing address**<br>**Ron Gerraci Jr.**<br>kingraliant@gmail.com | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 9 | **Nonpriority creditor's name and mailing address**<br>**Ron Taylor**<br>**2375 Sugar Ridge Road**<br>**Boiling Springs, SC 29316** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 0 | **Nonpriority creditor's name and mailing address**<br>**Ronald Alunan**<br>**100 Genebern Way**<br>**San Francisco, CA 94112** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 1 | **Nonpriority creditor's name and mailing address**<br>**Ronald Alunan**<br>**100 Genebern Way**<br>**San Francisco, CA 94112** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 2 | **Nonpriority creditor's name and mailing address**<br>**Ronald Bergfeld**<br>**961 Raymil Rd**<br>**Holland, OH 43528** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 3 | **Nonpriority creditor's name and mailing address**<br>**Ronald Bondal**<br>**1906b Humphrey Rd.**<br>**El Paso, TX 79901** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 898 of 1098

| 3.540 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ronald Carr**
808 Allenwood Court
Cincinnati, OH 45238

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ronald Kozna**
3798 Ringneck Dr
Jacksonville, FL 32226

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ronnie Ganiel**
16 Moore Road
Tabernacle, NJ 08088

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ronnie McConville**
4710 Bradon Trail East
Brookfield, WI 53045

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ronny Rosas**
240 SAW MILL RIVER RD APT B FLR 2
Elmsford, NY 10523

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rontgen Pang**
4335 Clarinbridge Cir
Dublin, CA 94568

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 899 of 1098

| 3.541 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rory**
522 East 20th Street, 3
LONG BEACH, CA 90806

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 1 | Nonpriority creditor's name and mailing address | Unknown |
|---|---|---|

**Rosalyn Prem**
2332 Medallion Drive
Union City, CA 94587

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 2 | Nonpriority creditor's name and mailing address | Unknown |
|---|---|---|

**ROSARIO CASTRO**
16950 jasmine street
apartment #223
VICTORVILLE, CA 92395

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 3 | Nonpriority creditor's name and mailing address | Unknown |
|---|---|---|

**Rosauro Agpasa**
1323 W. Touhy Ave.
Apt 2
Chicago, IL

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 4 | Nonpriority creditor's name and mailing address | Unknown |
|---|---|---|

**Rosemary Ouellet**
16 Chestnut St
Waltham, MA 02453

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 5 | Nonpriority creditor's name and mailing address | Unknown |
|---|---|---|

**Rosi Z**
4320 Glencoe Ave
Unit 7
Marina Del Rey, CA 90292

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 900 of 1098

---

**3.541**
**6**

**Nonpriority creditor's name and mailing address**

**Ross Burkert**
**31 St Johns Ct**
**Walnut Creek, CA 94597**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.541**
**7**

**Nonpriority creditor's name and mailing address**

**Ross Eastman**
**600 H St. NE, Apt. 349**
**Washington, DC 20002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.541**
**8**

**Nonpriority creditor's name and mailing address**

**Ross McMillan**
**2921 Airline Road, Apt 916**
**Corpus Christi, TX 78414**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.541**
**9**

**Nonpriority creditor's name and mailing address**

**Ross Morgan**
**7182 Rivers Edge Road**
**Columbia, MD 21044**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.542**
**0**

**Nonpriority creditor's name and mailing address**

**Rowina Gebru**
**971 Jenks Ave**
**Saint Paul, MN 55106**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.542**
**1**

**Nonpriority creditor's name and mailing address**

**Roxana Martinez**
**155 West St**
**Apt J**
**Englewood, NJ 07631**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 901 of 1098

| 3.542<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Roy Blair**
77 N Camino Seco, 231
Tucson, AZ 85710

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.542<br>3 | Nonpriority creditor's name and mailing address | | **Unknown** |

**ROY GILLIAM**
525 LINKS POINTE CT
CHAPIN, SC 29036

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.542<br>4 | Nonpriority creditor's name and mailing address | | **Unknown** |

**ROY GOULD**
39 BOYLSTON STREET
BOSTON, MA 02116

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.542<br>5 | Nonpriority creditor's name and mailing address | | **Unknown** |

**Roy Konopaska**
rkonopaska@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.542<br>6 | Nonpriority creditor's name and mailing address | | **Unknown** |

**Royce Kallesen**
1410 Buttonwood Dr.
Friendswood, TX 77546

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.542<br>7 | Nonpriority creditor's name and mailing address | | **Unknown** |

**Royce Williams**
5234 W ecoluna way
Herriman, UT 84096

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396 Doc# 32 Filed: 05/05/22 Entered: 05/05/22 12:11:36 Page 902 of 1098

| 3.542 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ruben Alcaraz**
**1036 Sherman Street**
**San Jose, CA 95110**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.542 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ruben Jimenez**
**slapsticklogictv@gmail.com**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.543 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ruben Rios**
**4520 E Baseline Rd Apt 2094**
**Phoenix, AZ 85042**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.543 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ruben Vela**
**2215 Burr Parkway**
**Dodge City, KS 67801**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.543 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Rubin III Rodriguez**
**1491 Walker Ln**
**Farmington, UT 84025**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.543 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Rudy Jarvis**
**801 Dexter Ave N, Apt 407**
**Seattle, WA 98109**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 903 of 1098

| 3.543 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rushenda Gifford**
**403 PARK AVE**
**Douglas, GA 31533**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.543 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Russel Hay**
**33 River Rd**
**Tilton, NH 03276**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.543 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Russell Gaskin**
**Erdiston Hill, St. Michael**
**Bridgetown, 11113**
**BARBADOS**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.543 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Russell Wang**
**3209 East 10th Street, L8**
**Bloomington, IN 47408**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.543 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ryan**
**5001 Celebration Pointe Avenue, Suite 52**
**Gainesville, FL 32608**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.543 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ryan Adler**
**ryan.d.adler123@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 904 of 1098

| 3.544 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Ryan Adler** | ☐ Contingent | |
| **6839 Brachnell View Drive** | ☐ Unliquidated | |
| **Charlotte, NC 28269** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: __Marketing Influencer__ | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.544 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Ryan Austin** | ☐ Contingent | |
| **7601 Mullen Dr** | ☐ Unliquidated | |
| **Austin, TX 78757** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: __Potential warranty claim__ | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.544 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Ryan Benson** | ☐ Contingent | |
| **5 cherry street** | ☐ Unliquidated | |
| **lake Ronkonkoma, NY 11779** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: __Potential warranty claim__ | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.544 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Ryan Benson** | ☐ Contingent | |
| **5 Cherry St** | ☐ Unliquidated | |
| **Lake Ronkonkoma, NY 11779** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: __Marketing Influencer__ | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.544 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Ryan Bishop** | ☐ Contingent | |
| **2025 Timberview Road** | ☐ Unliquidated | |
| **Kirkwood, MO 63122** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: __Potential warranty claim__ | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.544 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Ryan Bodin** | ☐ Contingent | |
| **212 oleander** | ☐ Unliquidated | |
| **Mandeville, LA 70471** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: __Potential warranty claim__ | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 905 of 1098

| 3.544 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ryan Bodin**
212 oleander
Mandeville, LA 70471

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.544 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ryan Bodin**
212 oleander
Mandeville, LA 70471

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.544 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**RYAN BODIN**
212 oleander
Mandeville, LA 70471

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.544 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ryan Brown**
58 Boundary Ln
Warrenton, VA 20186

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ryan Buckner**
171 Mount Calvary Cemetary
Marion, NC 28752

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ryan Charles**
1289 Williams Landing Road
Tallahassee, FL 32310

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 906 of 1098

| 3.545 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ryan Chatterley**
**260 Newport Circle**
**Vacaville, CA 95687**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ryan Clark**
**445 Artisan Way #515**
**Somerville, MA 02145**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ryan Cole Rakow**
**15207 229th DR SE**
**Monroe, WA 98272**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ryan Desauryan91@gmail.com**
**148 Fleming Rd**
**Lahaina, HI 96761**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ryan Drumheller**
**5829 San Juan Ave #15**
**Citrus Heights, CA 95610**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ryan Englert**
**13 Summit Circle**
**Somers, NY 10589**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 907 of 1098

| 3.545 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ryan Evans**
**1048 Misty Trails Ln**
**League City, TX 77573**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No □ Yes

---

| 3.545 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ryan Frownfelter**
**38 North Clinton Street Room #310**
**Poughkeepsie, CA 12601**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No □ Yes

---

| 3.546 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ryan Glissendorf**
**37025 252nd Street**
**White Lake, SD 57383**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No □ Yes

---

| 3.546 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ryan Haig**
**6120 Carr St**
**Arvada, CO 80004**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No □ Yes

---

| 3.546 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ryan Hooper**
**Little Station Street, Station View, Apa**
**Walsall, West Midlands WS29JR**
**UNITED KINGDOM**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No □ Yes

---

| 3.546 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ryan Jaime**
**7840 Owensmouth Ave.**
**Canoga Park, CA 91304**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No □ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 908 of
1098

| 3.546 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ryan Jay Arquitola**
**17-606 S Ipuaiwaha Pl**
**Keeau, HI 96749**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.546 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ryan Joseph Day**
**208 Old Oak Road**
**Elizabeth City, NC 27909**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.546 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ryan Kinel**
**437 Corte Calypso**
**Chula Vista, FL 91914**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.546 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ryan Kinel**
**rtkinel@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.546 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ryan Kirk Llewellyn**
**20 Springside Drive**
**Hendersonville, NC 28792**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.546 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ryan Laird**
**7989 N Coltrane Ln**
**Tucson, AZ 85743**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ■ No  ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 909 of 1098

| 3.547 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ryan Lang**
2510 Cove Ave
Reedley, CA 93654

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.547 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ryan MacTaggart**
12 Torrey Pine Lane
Bay Shore, NY 11706

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.547 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ryan MacTaggart**
12 Torrey Pine Lane
Bay Shore, NY 11706

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.547 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**RYAN MALTER**
2681 Alameda Cir
Carlsbad, CA 92009-3051

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.547 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ryan Martinelli**
10029 Oglethorpe Way
Elk Grove, CA 95624

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.547 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ryan Matthews**
E Solana Dr
Tempe, AZ 85281-6836

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396  Doc# 32  Filed: 05/05/22  Entered: 05/05/22 12:11:36  Page 910 of 1098

| 3.547 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ryan McCrystal**
Riri.mcc@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.547 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**ryan morrell**
2805 N 103rd Avenue
Avondale, AZ 85392

Date(s) debt was incurred _

Last 4 digits of account number _

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.547 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ryan Mottley**
liger@ligerzerogaming.com

Date(s) debt was incurred _

Last 4 digits of account number _

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.547 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ryan Murrock**
1505 Birch Court
Brooklet, GA 30415

Date(s) debt was incurred _

Last 4 digits of account number _

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.548 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ryan Neiheisel**
1409 Firefly Court
Carterville, IL 62918

Date(s) debt was incurred _

Last 4 digits of account number _

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.548 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ryan Norwood**
274 Longway Dr
Louisa County
Bumpass, VA 23024

Date(s) debt was incurred _

Last 4 digits of account number _

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☒ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 911 of 1098

| 3.548 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ryan Ohara**
7173 South Chase Way
Littleton, CO 80128

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ryan Orham**
7096 44th St N
Oakdale, MN 55128

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ryan R Bonorden**
801 19th Ave SW
Austin, MN 55912

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ryan R Young**
4907 Stellhorn Rd
Fort Wayne, IN 46815

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ryan Reinhardt**
2570 Shippensburg Rd
Biglerville, PA 17307

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ryan Rheaume**
1 FOXWOOD LN
LITCHFIELD, NH 03052

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 912 of 1098

| 3.548 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Ryan Rose** | ■ Contingent | |
| **738 rimmon street  apt 2** | ■ Unliquidated | |
| **Manchester, NH 03102** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _Potential warranty claim_ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.548 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Ryan Schulz** | ■ Contingent | |
| **Shizzuie@gmail.com** | ■ Unliquidated | |
| | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _Marketing Influencer_ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.549 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Ryan Senner** | ■ Contingent | |
| **4 Manson Crescent** | ■ Unliquidated | |
| **Box 1164, Mackenzie, BC V0J2C0** | ■ Disputed | |
| **CANADA** | | |
| Date(s) debt was incurred _ | Basis for the claim: _Marketing Influencer_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.549 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Ryan Serrano** | ■ Contingent | |
| **206 E North St** | ■ Unliquidated | |
| **Newberg, OR 97132** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _Marketing Influencer_ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.549 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Ryan Smith** | ■ Contingent | |
| **rasmith2447@gmail.com** | ■ Unliquidated | |
| | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _Marketing Influencer_ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.549 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Ryan Tate** | ■ Contingent | |
| **1573 East Gregson Avenue** | ■ Unliquidated | |
| **Salt Lake City, UT 84106** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _Potential warranty claim_ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 913 of
1098

| 3.549 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Ryan Telle**
**455 Odin Drive**
**PLEASANT HILL, CA 94523**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Ryan Thomas**
**1428 Mays Landing Rd**
**Folsom, NJ 08037**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Ryan Thompson**
**2549 Renaissance Blvd**
**Franklin, OH 45005**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Ryan Threet**
**1546 Brenner Way**
**San Jose, CA 95118**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Ryan Triggs**
**hayegurlttv@gmail.com**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Ryan Trumpore**
**2915 Sidney Street, Apt 513**
**Pittsburgh, PA 15203**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 914 of 1098

| 3.550 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ryan Wheeler**
**10688 NE 10th Street**
**Apt. B220**
**Bellevue, WA 98004**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Marketing Influencer_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ryan Whynot**
**17 Dewitt Court**
**Markham, Ontario L3P 375**
**CANADA**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Potential warranty claim_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ryan Whynot**
**whynotwynaut47@gmail.com**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ryan Wilkinson**
**1124 S Summit Dr**
**Holts Summit, MO 65043-1419**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Marketing Influencer_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ryan Yuan**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Termination of Sponsorship Agreement with the Debtor as of 3/9/22._

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ryan Yuan**
**karmakut@gmail.com**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 915 of 1098

| 3.550 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ryan Yuan**
**1690 North Beverly Drive**
**Beverly Hills, CA 90210**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ryan Zubli**
**6 Gutheil lane**
**Great Neck, NY 11024**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ryder Bootz**
**4247 E Desert Forest Trail**
**Cave Creek, AZ 85331**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ryker Wells**
**360 Benton Ave.**
**Winslow, ME 04901**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Rylee Mendez**
**2001 Deerpark Drive**
**Fullerton, CA 92831**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ryne Morgan**
**sombracurse@outlook.com**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 916 of 1098

| 3.551 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sabas Conde**
611 South Park st, Flr.3 Apt.6
Elizabeth, NJ 07206

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.551 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sabelle Rothacker**
sabelletv@gmail.com

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.551 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sabra Kirby**
3522 Ashbourne
San Antonio, TX 78247

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.551 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sabrenia Fore**
2296 Clairmont Drive W
SEMMES, AL 36575

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.551 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sadaf Fatani**
1101 N Princeton Ave
Villa Park, IL 60181

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.551 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Saeed Huntley**
2217 Titan Street
Philadelphia, PA 19146

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

Official Form 206 E/F
Schedule E/F: Creditors Who Have Unsecured Claims
Page  917 of 1098

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 917 of 1098

| 3.551 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sage McCartney**
**4247 Summit Knoll Dr Apt B**
**Mehlville, MO 63129**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.551 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sahil Motadoo**
**5636 Stevens Creek Blvd**
**Apt 377**
**Cupertino, CA 95014**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.552 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Said Solano**
**199 Ida Rogers Dr**
**Hendersonville, NC 28792**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.552 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Saif Bin Imran Khan**
**3927 Medici Court**
**Missouri City, TX 77459**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.552 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sakurako Ono**
**sakura.ko6336@gmail.com**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Marketing Infulencer

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.552 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Salvador Lomeli**
**10710 Stanford Ave**
**Los Angeles, CA 90059**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No  ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 918 of 1098

| 3.552 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Salvador Salguero** | ■ Contingent | |
| **Hacienda Galindo 103** | ■ Unliquidated | |
| **Jardines de la Hacienda, QuerA@taro** | ■ Disputed | |
| **MEXICO** | | |
| Date(s) debt was incurred _ | Basis for the claim: **Marketing Influencer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.552 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Sam Araujo** | ■ Contingent | |
| **samuryetv@gmail.com** | ■ Unliquidated | |
| | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.552 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Sam Belille** | ■ Contingent | |
| **6051 White Owl LN** | ■ Unliquidated | |
| **Eau Claire, WI 54701** | ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Marketing Influencer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.552 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Sam Counselman** | ■ Contingent | |
| **285 Foxtail Drive** | ■ Unliquidated | |
| **Eugene, OR 97405** | ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Marketing Influencer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.552 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Sam De Lara** | ■ Contingent | |
| **18 Leland St, Malden, MA 02148** | ■ Unliquidated | |
| **Malden, MA 02148** | ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Potential warranty claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.552 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Sam Evans-Golden** | ■ Contingent | |
| **3041 Lake Haven Dr** | ■ Unliquidated | |
| **Ann Arbor, MI 48105** | ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Potential warranty claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 919 of 1098

| 3.553 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sam Goldberg**
**30276 Telluride Ln**
**Evergreen, CO 80439**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.553 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sam Green**
**891 Vance Neck Road**
**Middletown, DE 19709**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.553 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sam Griffin**
**3561 Bear Creek Road**
**Tallahassee, FL 32308**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.553 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sam Jackson**
**1524 Riva Trigoso Dr.**
**Manteca, CA 95337**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.553 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sam John Fugit**
**16522 Loop Street**
**Omaha, NE 68136**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.553 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sam Lincoln**
**sam.lincoln@outlook.com**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 920 of 1098

| 3.553 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| **Sam McKay** | ■ Contingent | |
| **Slushpuppytwitch@gmail.com** | ■ Unliquidated | |
| Date(s) debt was incurred _ | ■ Disputed | |
| Last 4 digits of account number _ | Basis for the claim: Marketing Influencer | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.553 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| **Sam V** | ■ Contingent | |
| **sam@artesianbuilds.com** | ■ Unliquidated | |
| Date(s) debt was incurred _ | ■ Disputed | |
| Last 4 digits of account number _ | Basis for the claim: Marketing Influencer | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.553 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| **Sam Walchko** | ■ Contingent | |
| **1158 Humboldt St, Apt 1** | ■ Unliquidated | |
| **Santa Rosa, CA 95404** | ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: Potential warranty claim | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.553 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| **Samantha A Hyde** | ■ Contingent | |
| **3319 E University Dr, Apt 456** | ■ Unliquidated | |
| **Mesa, AZ 85213** | ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: Potential warranty claim | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.554 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| **Samantha DiVito** | ■ Contingent | |
| **theogbojangles@gmail.com** | ■ Unliquidated | |
| Date(s) debt was incurred _ | ■ Disputed | |
| Last 4 digits of account number _ | Basis for the claim: Marketing Influencer | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.554 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| **Samantha Gorman** | ■ Contingent | |
| **samgorgeouss@gmail.com** | ■ Unliquidated | |
| Date(s) debt was incurred _ | ■ Disputed | |
| Last 4 digits of account number _ | Basis for the claim: Marketing Influencer | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 921 of 1098

| 3.554 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Samantha Justiniano
2230 Churchill Downs Circle
Orlando, FL 32825

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*           **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

| 3.554 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Samantha King
1000 W Franklin Ave #104
Minneapolis, MN 55405

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*           **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

| 3.554 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Samantha Mitchell
smitchell420@gmail.com

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*           **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.554 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Samantha Passi
smam711@icloud.com

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*           **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.554 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Samantha Stacy
9270 One Deerfield Place
Unit L219
Mason, OH 45040

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*           **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.554 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Samantha Willis
116 Washington Avenue, 2B
Hawthorne, NJ 07506

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*           **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 922 of 1098

| 3.554<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sammy Medows**
19126 Olympic Crest Drive
Canyon Country, CA 91351

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Samuel Bassel**
735 Truman Parkway Apt 104
Hyde Park, MA 02136

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Samuel Campagna**
12415 Acacia Ave
Chino, CA 91710

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Samuel Coker**
2583 Firetower Rd
Semmes, AL 36575

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Samuel Davidson Hasan**
17817 Coit Rd, Apt. 7215
Dallas, TX 75252

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Samuel Doughty**
bossgeek@me.com

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 923 of 1098

| 3.555 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Samuel Harris**
**20 Ellery Drive**
**New Gloucester, ME 04260**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.555 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Samuel Heggs**
**403 w vardeman ave**
**Killeen, TX 76541**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.555 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Samuel Holm**
**5506 Hickorywood Drive**
**Speedway, IN 46224**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.555 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Samuel Jacobs**
**3602 N 21st apartment #111**
**Sheboygan, WI 53083**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.555 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Samuel Johnson**
**classypaxpr@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.555 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Samuel Kijak**
**contact@mazer.gg**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 924 of 1098

| 3.556 0 | **Nonpriority creditor's name and mailing address**<br>**Samuel Maggard**<br>**1605 Saint Andrews Dr**<br>**Shiloh, IL 62269**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Marketing Influencer__<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.556 1 | **Nonpriority creditor's name and mailing address**<br>**Samuel Messer**<br>**145 thrasher rd**<br>**covington, GA 30016**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Potential warranty claim__<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.556 2 | **Nonpriority creditor's name and mailing address**<br>**Samuel Nguyen**<br>**4140 ne 25th pl**<br>**Renton, WA 98059**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Potential warranty claim__<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.556 3 | **Nonpriority creditor's name and mailing address**<br>**Samuel O'Keefe**<br>**1880 Arapahoe St., APT 2405**<br>**Denver, CO 80202**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Potential warranty claim__<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.556 4 | **Nonpriority creditor's name and mailing address**<br>**Samuel Perius**<br>**4300 Bonita Dr.**<br>**Apartment #5**<br>**Middletown, OH 45044**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Marketing Influencer__<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.556 5 | **Nonpriority creditor's name and mailing address**<br>**Samuel Simcik**<br>**1108 North Elm Street**<br>**Unit 8**<br>**Denton, TX 76201**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Marketing Influencer__<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 925 of 1098

**3.556 6**

**Nonpriority creditor's name and mailing address**
**Samuel Sklopan**
**2671 Avenir Pl. #2512**
**Vienna, VA 22180**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.556 7**

**Nonpriority creditor's name and mailing address**
**Samuel Sturgill**
**samdadude.yt@gmail.com**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.556 8**

**Nonpriority creditor's name and mailing address**
**Samuel Vasile**
**1661 County rRad 313 #1509**
**Jarrell, TX 76537**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.556 9**

**Nonpriority creditor's name and mailing address**
**Samuel Wilson**
**2303 Maplewood Drive**
**Greenacres, FL 33415**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.557 0**

**Nonpriority creditor's name and mailing address**
**Samuel Yanez**
**3513 Xanthisma Ave**
**McAllen, TX 78504**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.557 1**

**Nonpriority creditor's name and mailing address**
**Samuel Yanez**
**3513 Xanthisma Ave.**
**McAllen, TX 78504**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 926 of 1098

| 3.557 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**SamuelJardine**
3825 Village Rd South APT D
Colorado Springs, CO 80917

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.557 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**San Juanita Garibay**
2765 W Pillsbury St
Lancaster, CA 93536

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.557 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**San Martinez**
18914 Florwood Avenue
Torrance, CA 90504

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.557 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Sandra Caby**
P.O.Box 2 216 Cream Street
Cutler, IL 62238

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.557 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Sandra Easton**
522 N Fraser Dr
Mesa, AZ 85203

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.557 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Sandra Leahy**
546 Franklin Ave
Massapequa, NY 11758

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 927 of 1098

| 3.557 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sandy Abreu**
8225 w 18 ln
hialeah, FL 33014

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _Potential warranty claim_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.557 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sanjay Goyal**
4 Colson Drive
Manalapan, NJ 07726

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _Potential warranty claim_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Santos Duran**
Santosvalle17@icloud.com

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _Marketing Influencer_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sara Canini**
145A Cooriengah Heights Road,
Engadine, New South Wales., 2233
AUSTRALIA

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _Potential warranty claim_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sara Canini**
tankgirlsw@gmail.com

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _Marketing Influencer_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sara Canini**
145A Cooriengah Heights Road
Engadine New South Wales 2233
AUSTRALIA

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _Marketing Influencer_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 928 of 1098

| 3.558 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sara Canini**
**145A Cooriengah Heights Road**
**Engadine New South Wales 2233**
**AUSTRALIA**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Marketing Influencer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sara Clymer**
**124 Bunnell Crossing Rd**
**Munfordville, KY 42765**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Potential warranty claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sara Coslovi**
**631 20 street south**
**Lethbridge, Al;berta T1J3J1**
**CANADA**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Marketing Influencer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sara Davenport (MoodyMoomba)**
**moodymoomba@gmail.com**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Marketing Influencer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sara Everson**
**6203 Spring Pond Court**
**McFarland, WI 53558**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Potential warranty claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sara Jane Gamelli**
**124 Borrmann Road**
**East Haven, CT 06512**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Potential warranty claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 929 of 1098

| 3.559 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sara Kay Ross**
**2158 Dexter Ave**
**Seattle, WA 98109**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.559 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sara Keller**
**1501 Harcourt Drive**
**New Orleans, LA 70122**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.559 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sarah Araya-Acosta**
**002-6795 - 29E Avenue**
**Montreal QC H1T 3H5**
**CANADA**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.559 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sarah Chang**
changsarah03@gmail.com

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.559 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sarah Domalski**
**14384 Tyngsboro Ct**
**Shelby Township, MI 48315**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.559 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sarah Livick-Moses**
**7 Lorraine Street #3**
**Roslindale, MA 02131**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 930 of 1098

| 3.559 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Sarah Ruiz**
11950 sw 18th ct
Davie, FL 33325

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.559 7 |
|---|

**Sarah Saccoccia**
19 Bluff Point RD
South Glastonbury, CT 06073

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

| 3.559 8 |
|---|

**Sarah Vold**
321 Pinecrest Court Road
Aberdeen, NC 28315

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

| 3.559 9 |
|---|

**Sarena Elder**
2690 Becky Thatcher Road
Muscatine, IL 52761

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

| 3.560 0 |
|---|

**Sarina Garcia**
51 NE Laura Lane
Belfair, WA 98528

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

| 3.560 1 |
|---|

**Sasha Barakate**
sheemiee@hotmail.com

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 931 of 1098

| 3.560<br>2 | **Nonpriority creditor's name and mailing address**<br>**Sasha Wilber**<br>**61 Newcomb Place**<br>**New Orleans, CT 70118-5645**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _Potential warranty claim_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.560<br>3 | **Nonpriority creditor's name and mailing address**<br>**Sashary Andrade**<br>**1730 S LANOITAN AVE**<br>**NATIONAL CITY, CA 91950**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _Marketing Influencer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.560<br>4 | **Nonpriority creditor's name and mailing address**<br>**Satine Elzey**<br>**innocenttulipp3@gmail.com**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _Marketing Influencer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.560<br>5 | **Nonpriority creditor's name and mailing address**<br>**Saul Junior Reyes**<br>**921 Alicia Ave**<br>**Tampa, FL 33604**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _Potential warranty claim_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.560<br>6 | **Nonpriority creditor's name and mailing address**<br>**Saul Pavitt**<br>**vtfuze1@gmail.com**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _Marketing Influencer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.560<br>7 | **Nonpriority creditor's name and mailing address**<br>**Savanna Van Pool**<br>**Missvannatwitch@gmail.com**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _Marketing Influencer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 932 of 1098

| 3.560 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Saverio Coppola**
**60 Tibbits Rd**
**Regina SK S4S 2Z1**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.560 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Savon Nicholas**
**savonnicholas@gmail.com**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.561 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |
|---|---|---|---|

**SBA**
**Office of Disaster Assistance**
**14925 Kinngsport Road**
**Fort Worth, TX 76155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  SBA loan

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.561 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**SBA EIDL**
**1545 Hawkins Blvd., Suite 202**
**El Paso, TX 79925-2652**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  EIDL loan

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.561 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Scot Ferkull**
**7135 Boardwalk Circle**
**Crown Point, IN 46307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.561 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Scott**
**16 Bridleshire Rd.**
**Newark, DE 19711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 933 of 1098

| 3.561 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Scott Edlund**
513  Bar Harbor Rd - 2
Trenton, ME 04605

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Scott Edward Hufschmidt**
1663 Loma Drive
Camarillo, CA 93010

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Scott Fegley**
20455 Concerto Ct
Cottonwood, CA 96022

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Scott Griggs**
24201 County Rd 10
Bovey, MN 55709

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Scott Hawkes**
36971 Newark Blvd, Unit C
Newark, CA 94560

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Scott Heath**
35 ROPING HORN WAY
willow springs, NC 27592

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396  Doc# 32  Filed: 05/05/22  Entered: 05/05/22 12:11:36  Page 934 of 1098

| 3.562 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Scott Herdzik**
58 Carmen Rd.
Amherst, NY 14226

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.562 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**SCOTT HILL**
66 Marine Drive
Winnipeg, Manitoba, R2N 031
CANADA, MB

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.562 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Scott Hill**
66 marine dr
winnipeg MB R2N 0E1
CANADA

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.562 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Scott Lutz**
908 Cleveland Avenue, Lockbox Code 1125#
Snohomish, WA 98290

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.562 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Scott M Peloquin**
79 Sequoia Drive
Tyngsborough, MA 01879

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.562 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Scott meyers**
3620 mountain river street
Las Vegas, NV 89129

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 935 of 1098

| 3.562 6 | **Nonpriority creditor's name and mailing address** **Scott Pearson** 16091 Waterleaf Ln Fort Myers, FL 33908 | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.562 7 | **Nonpriority creditor's name and mailing address** **Scott Rux** 1095 W. Olive Ave Apt 5 Sunnyvale, CA 94086 | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.562 8 | **Nonpriority creditor's name and mailing address** **Scott Shook** 145 Sell Street Johnstown, PA 15905 | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.562 9 | **Nonpriority creditor's name and mailing address** **Scott Smith** 16124 Cedar Cir Omaha, NE 68130 | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.563 0 | **Nonpriority creditor's name and mailing address** **Scott Sullivant** 8024 Settlers Way nashville, TN 37221 | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.563 1 | **Nonpriority creditor's name and mailing address** **Scott Vidd** 3333 wind chime drive west Clearwater, FL 33761 | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 936 of 1098

| 3.563 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Scott Wallace**
17490 NW WOODMERE CT
BEAVERTON, OR 97006-4082

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.563 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Scott Wennerlind**
20515 Calhoun Rd
Building A
Monroe, WA 98272

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.563 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Scott Wenzel**
35247 Leon
Livonia, MI 48150

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.563 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Scotty Whitis**
208 second street
Alma, IL 62807

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.563 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sean Beville**
406 N Grant St. Apt C
Edinburgh, IN 46124

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.563 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sean Bradley**
4901 Dwight Evans Rd, STE 3, PAKP-305
Charlotte, NC 28217

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 937 of 1098

| 3.563 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Sean Collin**
**113 Doolittle Rd**
**Corrales, NM 87048**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Sean Connors**
**1550 Katy Flewellen Rd, Apt 1311**
**Katy, TX 77494**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Sean cortez**
**1806 shepherd ct apt 206**
**Waukesha, WI 53186**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Sean Dizon**
**4880 Ruth Ave**
**Los Angeles, CA 90041**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Sean Gaul**
**120 Summit Circle**
**Little Ferry, NJ 07643**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Sean Griffin**
**4215 North Major Drive #1010**
**Beaumont, TX 77713**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 938 of 1098

| 3.564 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---------|---|---|---|

**Sean Griggs**
**9808 East 71st**
**Tulsa, OK 74133**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---------|---|---|---|

**Sean Leason**
**5650 Silverbridge Trail**
**Bradenton, FL 34211**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---------|---|---|---|

**Sean Mahoney**
**3311 146TH CIRCLE**
**URBANDALE, IA 50323**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---------|---|---|---|

**Sean malone**
**2624 kettle creek drive**
**Frisco, TX 75034**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---------|---|---|---|

**Sean McArtor**
**3713 Rabbit Mtn Rd**
**Broomfield, CO 80020**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---------|---|---|---|

**Sean Pacella**
**300 East Stuart Street**
**Fort Collins, CO 80525**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 939 of 1098

| 3.565 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sean Perry**
imstratisfied@gmail.com

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sean Ranz**
**34 Ley Street**
**New Haven, CT 06512**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sean Rau**
**2045 Haller St.**
**San Diego, CA 92104**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sean Salinas**
**825 Lee Dr**
**Ponchatoula, LA 70454**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sean Sasaki**
**37670 College Dr., Unit 102**
**Palm Desert, CA 92211**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sean Taylor**
**3302 Orchard Lane #107**
**Carbon Cliff, IL 61239**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 940 of 1098

| 3.565 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Sean Thomas**
800 True Ave, Box 1278
Poncha Springs, CO 81242

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Sean Woodward**
37418 Fiore Trail
Clinton Township, MI 48036

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Seanrdonoghue@gmail.com**
7866 Apollo Drive
Pensacola, FL 32506

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Sebastian Hannan**
7801 Green Twig Rd
Bethesda, MD 20817

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.566 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Sebastian Orlando Duhalde Ananias**
Santo Tomas Becket 506, Casa 13
Concepcion, Bio Bio 4030000
CHILE

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.566 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Sebastian Verm**
447 Taylor Ave
Alameda, CA 94501

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 941 of 1098

| 3.566 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Sebastian Wood** 6 Ospringe Street Gosnells, WA 06110 | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Potential warranty claim** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.566 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Segment** 100 Callifornia St. San Francisco, CA | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Trade debt** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.566 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Selina L Cerda** supuhsel@gmail.com | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Marketing Influencer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.566 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Selvin savontee patterson** 4398 webb meadows dr Loganville, GA 30052 | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Potential warranty claim** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.566 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Semrush** 800 Boylston Street, Suite 2475 Boston, MA 02199 | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Trade debt** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.566 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Sephanie C Long** 1411 Kensington Ct Warrensburg, MO 64093 | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Potential warranty claim** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 942 of 1098

| 3.566 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**SeraRosePlays**
seraroseplaysbusiness@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.566 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Serban Simu**
**48 CHILTON AVE**
**SAN FRANCISCO, CA 94131**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Sergio Alberto Rodr guez Rivera**
**Cruz Verde 10, apartment 10**
**, 4330**
**MEXICO**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Sergio Barragan**
hambot61@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Sergio Enriquez**
**5937 West Valley Circle**
**El Paso, TX 79932**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Sergio Fuentes**
**84 Brunswick st**
**jersey city, NJ 07302**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 943 of 1098

| 3.567 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Sergio Gutierrez**<br>**13229 Finchley Street**<br>**BALDWIN PARK, CA 91706** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Potential warranty claim__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.567 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Seth Freeman**<br>**1805 2nd ave sw apt 116**<br>**minot, AR 58701** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Potential warranty claim__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.567 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Seth Gamble**<br>**15601 NE 19th st**<br>**Vancouver, WA 98684** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Potential warranty claim__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.567 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Seth Gamble**<br>**15601 NE 19th st**<br>**Vancouver, WA 98684** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Potential warranty claim__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.567 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Seth Holland**<br>**1129 Wes Green Rd**<br>**Sterlington, LA 71280** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Marketing Influencer__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.567 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Seth Horning**<br>**sethhorning17@gmail.com** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Marketing Influencer__<br>Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 944 of 1098

| 3.568 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Seth McGuigan**
chickenprism.biz@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.568 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Seth Paetz**
**12986 Victoria Trace**
**Montgomery, TX 77316**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.568 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Seth Phillips**
**153 N Bradshaw St**
**Up stairs apartment.**
**Belington, WV 26250**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.568 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Seth Razo**
**1445 Kincade Place**
**ROHNERT PARK, CA 94928**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.568 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**seth smithey**
**483 w center ave**
**porterville, CA 93257**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.568 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Seth Z Montgomery**
**2733 Medinah Way**
**Modesto, CA 95355**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☒ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 945 of 1098

| 3.568 6 | **Nonpriority creditor's name and mailing address** **Sevreyna Lambert** realsnootydeath@gmail.com  Date(s) debt was incurred _  Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ■ Contingent ■ Unliquidated ■ Disputed  **Basis for the claim:** __Marketing Influencer__  Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.568 7 | **Nonpriority creditor's name and mailing address** **SFPUC** **525 Golden Gate Avenue** **San Francisco, CA 94102**  Date(s) debt was incurred _  Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed  **Basis for the claim:** __Utilities__  Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.568 8 | **Nonpriority creditor's name and mailing address** **Shaan Wadhwa** **4106 Jared Place** **El Dorado Hills, CA 95762**  Date(s) debt was incurred _  Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ■ Contingent ■ Unliquidated ■ Disputed  **Basis for the claim:** __Potential warranty claim__  Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.568 9 | **Nonpriority creditor's name and mailing address** **Shaelyn A. Stark** **105 West Grande Avenue** **Neosho, MO 64850**  Date(s) debt was incurred _  Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ■ Contingent ■ Unliquidated ■ Disputed  **Basis for the claim:** __Potential warranty claim__  Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.569 0 | **Nonpriority creditor's name and mailing address** **Shaimoom Islam** **1600 Avenue T Apt 2D** **Brooklyn, NY 11229**  Date(s) debt was incurred _  Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ■ Contingent ■ Unliquidated ■ Disputed  **Basis for the claim:** __Potential warranty claim__  Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.569 1 | **Nonpriority creditor's name and mailing address** **Shakira Adams** **1195 Village Drive** **Santa Maria, CA 93455**  Date(s) debt was incurred _  Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ■ Contingent ■ Unliquidated ■ Disputed  **Basis for the claim:** __Potential warranty claim__  Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 946 of 1098

| 3.569 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Shakira Adams**
**1195 Village Drive**
**Santa Maria, CA 93455**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Shalie Lanchester**
**36 Etta Place**
**Hoquiam, WA 98550**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Shamira Pursell c/o Enrique**
**1554 Vista Del Mar Way #1**
**Oceanside, CA 92054**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Shan Patel**
**951 W Main St**
**Mesa, CA 85201**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Shan-Alonzo Melvin**
**315 west 16th street**
**Lumberton, NC 28358**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Shana Parson**
**4770 W Ferret Dr**
**Tucson, AZ 85742**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 947 of 1098

| 3.569<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Shane Brooks**
**6556 Sumas Drive**
**Burnaby BC V5B 2V2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.569<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Shane Colon**
**317 Orange Street**
**Reading, PA 19602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.570<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Shane Ferrell**
**2374 sw chateau terr**
**Port St. Lucie, FL 34953-2287**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.570<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Shane Gentry**
**7537 Old Plank Rd**
**Stanley, NC 28164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.570<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Shane Kerr**
**179 Atlantic Street**
**Apartment 1**
**Quincy, MA 02171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.570<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Shane Mitoraj**
**11635 Parkside Lane**
**Mokena, IL 60448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 948 of
1098

| 3.570 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Shane Mouton**
**925 Suburban Drive**
**Lake Charles, LA 70611**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**shane reese**
**515 CENTER ST**
**VANDERBILT, PA 15486**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Shane Rogers**
**896 Crestline Drive**
**Blue Bell, PA 19422**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Shane Rostad**
**713W Plaza Pl. #B**
**Tampa, FL 33602**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Shane Scothorn**
**oathmealyt@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Shane Scothorn**
**1061 Capitol Ave**
**Elsmere, KY 41018**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 949 of 1098

| 3.571 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Shane Smith**
**2 Grace terrace**
**Medway, MA 02053**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Shane Watson**
**8335 Woodgrove Drive**
**Centerville, OH 45458**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Shane Weber**
**429 N Lincoln St**
**Burbank, CA 91506**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Shane Williams**
**1933 3400 ave**
**Chapman, KS 67431**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Shania Dominique**
**shaydm016@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Shania Hach? Blanchard**
**nyans_tv@hotmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 950 of 1098

| 3.571<br>6 | Nonpriority creditor's name and mailing address<br>**SHANNICE REYNOLDS**<br>**45 SUNFLOWER LN**<br>**COVINGTON, GA 30016-6701**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Marketing Influencer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|

| 3.571<br>7 | Nonpriority creditor's name and mailing address<br>**shannon donelson**<br>**270 GRAND STREET**<br>**LOCKPORT, NY 14094**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Potential warranty claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|

| 3.571<br>8 | Nonpriority creditor's name and mailing address<br>**Shannon Newton**<br>**1237 chestnut st. Unit 1, 1**<br>**San Francisco, CA 94109**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Potential warranty claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|

| 3.571<br>9 | Nonpriority creditor's name and mailing address<br>**Shaochuan Zhang**<br>**1845 Corinth Ave #108**<br>**Los Angeles, CA 90025**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Potential warranty claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|

| 3.572<br>0 | Nonpriority creditor's name and mailing address<br>**Sharif Ebrahim**<br>**521 Pineview Ct**<br>**Chanhassen, MN 55317**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Potential warranty claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|

| 3.572<br>1 | Nonpriority creditor's name and mailing address<br>**Sharon Curtis**<br>**27772 Paddleboat Ct**<br>**Menifee, CA 92585**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Marketing Influencer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 951 of 1098

| 3.572 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sharon Taylor**
**11102 Railway Ave E**
**North Battleford SK S9A 2R7**
**CANADA**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Marketing Influencer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Shaun Cochrane**
**madelineclark@clickmgmt.com.au**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Shaun Rowland**
**6493 Ash Rock Cir**
**Westerville, OH 43081**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Potential warranty claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Shawn Acevedo**
**6513 179th Street**
**Tinley Park, IL 60477**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Potential warranty claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Shawn Alec Jenkin**
**269 Curtis Ave.**
**Groveland, FL 34736**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Potential warranty claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**shawn chaconas**
**6 Normandy Parkway**
**Morristown, NJ 07960**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Potential warranty claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 952 of
                                     1098

| 3.572 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shawn Chambless**
1477 Greenway Place
ORANGE PARK
FL, FL 32003

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.572 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Shawn Dong**
1811 Fargo Way
Sparks, NV 89434

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.573 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Shawn Dubuisson**
815 rue dub  arn
St-Jean-Sur-Richelieu QC J3A 1Z5
CANADA

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.573 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Shawn Durfee**
1128 4th Ave NW
Jamestown, ND 58401

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.573 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Shawn Holmes**
16 Valley St
Cumberland, RI 02864

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.573 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Shawn Kelly**
102 Apple Road
Petrolia, PA 16050

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396  Doc# 32  Filed: 05/05/22  Entered: 05/05/22 12:11:36  Page 953 of 1098

| 3.573 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**shawn kessel**
**35762 Center Ridge Rd**
**North Ridgeville, OH 44039**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.573 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**shawn kessel**
**35762 Center Ridge Rd**
**North Ridgeville, OH 44039**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.573 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Shawn Lyons**
**994 W Parkway Dr.**
**Tawas City, MI 48763**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.573 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Shawn M Bruce**
**6590 Crystal Cove Trail**
**Gainesville, GA 30506**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.573 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Shawn McManaman**
**6750 blue stone ct**
**Whitehouse, MI 43571**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.573 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Shawn Miller**
**31544 Pinto Dr**
**Warren, MI 48093**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 954 of 1098

| 3.574 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shawn Patton**
20 Great Lakes Drive
St. Peters, MO 63376

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.574 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shawn Sanders**
20305 Rue Crevier Unit 586
Santa Clarita, CA 91351

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.574 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shawn Yang**
1006 Gardenia Loop
HERCULES, CA 94547

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.574 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shawna Durlauf**
chanasan33@gmail.com

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.574 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shawna Szabo**
224 Mountain Park Rd
Allentown, PA 18103

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.574 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shawna Szabo**
dragntears221b@gmail.com

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 955 of 1098

| 3.574 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shawnalyn McPheters**
**11906 Canyon Valley Dr**
**Tomball, TX 77377**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.574 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shawny Martinez**
**2305 Iron Gate Trl Sw**
**Albuquerque, NM 87121**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.574 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shayne Smith**
**34-20 30th avenue unit 3r**
**astoria, NY 11103**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.574 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shayne Smith**
**Shayne1smith@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.575 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shayne Statzell**
**22 Poplarwood Rd**
**Villas, NJ 08251**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.575 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shea N Sanford**
**13073 88th ave North**
**Seminole, FL 33776**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No  ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 956 of 1098

| 3.575 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sheba Amira Virgil**
**508 James St**
**Utica, NY 13501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.575 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shelby Dwyer**
**263 N Walnut St**
**Massapequa, NY 11758**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.575 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shelby Kauffman**
**5030 Baywood Dr**
**Millington, TN 38053**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.575 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**sheldon morant**
**643 Maple Street**
**Brooklyn, NY 11203**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.575 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sheldon Morant**
**643 Maple Street**
**Brooklyn, NY 11203**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.575 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sheldon Morant**
**643 Maple Street**
**Brooklyn, NY 11203**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 957 of 1098

| 3.575 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sheldon T Delk**
19914 107th st
bristol, WI 53104

Date(s) debt was incurred _

Last 4 digits of account number _

- Contingent
- Unliquidated
- Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Shengjie Ji**
6940 Yellowstone Blvd #607
Forest Hills, NY 11375

Date(s) debt was incurred _

Last 4 digits of account number _

- Contingent
- Unliquidated
- Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sheri Murphy**
33 James Street
Bangor, ME 04401

Date(s) debt was incurred _

Last 4 digits of account number _

- Contingent
- Unliquidated
- Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Shiloh Hutto**
624 33rd St E Apt A
Tuscaloosa, AL 35405

Date(s) debt was incurred _

Last 4 digits of account number _

- Contingent
- Unliquidated
- Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Shiro Han**
868 Tequesta Drive
Franklin Lakes, NJ 07417

Date(s) debt was incurred _

Last 4 digits of account number _

- Contingent
- Unliquidated
- Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Shivam Patel**
49 Shackerdale Road
Leicester, E. Midlands LE18 1BQ
ENGLAND

Date(s) debt was incurred _

Last 4 digits of account number _

- Contingent
- Unliquidated
- Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 958 of 1098

| 3.576 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Shivam Patel**
**49 Shackerdale Road**
**Leicester, E. Midlands LE18 1BQ**
**ENGLAND**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.576 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Shlomo Botnick**
**2090 N 29 ave**
**Apt 107**
**Hollywood, CA**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.576 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Shon Edwards**
**10598 S Mellow Way**
**South Jordan, UT 84009**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.576 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Shuma Harbin**
**3006 Tega Cay Ct, Apt 1**
**Riverview, FL 33578**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.576 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sid Tenizo**
**9 Tatra Crescent**
**Brampton, Ontario L6Y 0K5**
**CANADA**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.576 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Siddartha Nassif**
**24102 Northshire Lane**
**Katy, TX 77494**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.577 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sienna Conde**
**409 East 5th St**
**Eloy, AZ 85131**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.577 1 |
|---|

**Nonpriority creditor's name and mailing address**

**Silverio Padilla**
**633 N Butterfield RD**
**West Covina, CA 91791**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

| 3.577 2 |
|---|

**Nonpriority creditor's name and mailing address**

**Silvestre savaleta**
**1925 w greenleaf ave, #5**
**Anaheim, CA 92801**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

| 3.577 3 |
|---|

**Nonpriority creditor's name and mailing address**

**Silvia V Torres**
**402 Hooks Ave**
**Donna, TX 78537**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

| 3.577 4 |
|---|

**Nonpriority creditor's name and mailing address**

**Simon Kemmerling**
**1613 Amsterdam RD**
**Ballston Spa, NY 12020**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

| 3.577 5 |
|---|

**Nonpriority creditor's name and mailing address**

**Simon Lam**
**3076 Riviera Way**
**San Ramon, CA 94583**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 960 of 1098

| 3.577 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Simon Marshall**
**218 E 7th St, #210**
**Casper, WY 82601**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.577 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Simon Martinez**
**106 Tellez ave**
**San Antonio, TX 78228**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.577 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sir Daniel P Masse, The Magnificent**
**1449 S Church St, Apt 659**
**Charlotte, NC 28203**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.577 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Skylar Swain**
**1632 Heather Ridge Rd**
**N las vegas, NV 89031**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.578 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Skyler Hunnell**
**704 Windmill Ct**
**Sunbury, OH 43074**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.578 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Skyler Slade**
**104 E McCarty St**
**Muncie, IL 61857**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 961 of 1098

| 3.578 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Slack**
45 Fremont Street, 32nd Floor
San Francisco, CA 94105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.578 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Smidget Mcnugget**
smidgetmcnugget@gmail.com

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.578 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**SN Crowley Austin**
2650 Ohio Street Unit 6201
Silverdale, WA 98315

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.578 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sneko Gebiko**
teamsneko@gmail.com

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.578 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$48,000.00** |
|---|---|---|---|

**Sodapoppin Enterprises, Inc.**
c/o Brillstein Entertainment Partners
Attn: Ryan Dishell
9150 Wilshire Blvd., Ste 350
Beverly Hills, CA 90212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.578 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sofia Foidl**
sofiafoidl@gmail.com

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 962 of 1098

| 3.578 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Soina Corona**
3960 Halldale Ave
Los Angeles, CA 90062

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.578 9 |

**Sol Cedeno Diaz**
60 Partridge Drive
Springfield, MA 01119

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.579 0 |

**Sonia Camacho**
6470 Shannon Rd
Riverside, CA 92504

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.579 1 |

**Sophia Bollinger**
alex@thevirtualreality.show

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.579 2 |

**Soren Larsen-Dierking**
5034 Eaton St
Los Angeles, CA 90042-1076

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.579 3 |

**Sortly**
314 Sea Cliff Lane
Redwood City, CA 94065

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Inventory tracking__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 963 of 1098

| 3.579 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Soutalgon Soutalgon**
**204 N Court St, apt #2**
**Crown point, IN 46307**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.579 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Spectrum**
**4200 Paramount Pkwy**
**Morrisville, NC 27560**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.579 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Spencer Cook**
**14637 S Mckellen Dr, 303**
**Herriman, UT 84096**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.579 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Spencer Dennison**
**145 Orange Street #2**
**Saint John NB E2L 1M7**
**CANADA**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.579 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Spencer Fredrick Klein**
**9806 28th ave sw A102**
**seattle, WA 98126**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.579 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Spencer French**
**3061 George Busbee Parkway NW, 1438-D**
**Kennesaw, GA 30144**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 964 of 1098

| 3.580 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Spencer Hall**<br>**270 Clifford Street**<br>**270H**<br>**Fort Walton Beach, FL 32547** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Marketing Influencer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.580 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Spencer Harroun**<br>swavyim@gmail.com | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Marketing Influencer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.580 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Spencer Heaton**<br>**552 E Thorn Street**<br>**HASTINGS, MI 49058** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Potential warranty claim__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.580 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Spencer J Gildenzopf**<br>**7321 Country Village Dr**<br>**Wisconsin Rapids, WI 54494** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Potential warranty claim__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.580 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **spencer kohnen**<br>**205 spruce st**<br>**paynesville, MN 56362** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Potential warranty claim__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.580 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Spencer McBride**<br>**4018 168th st NE**<br>**unit B**<br>**Arlington, WA 98223** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Marketing Influencer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.580 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Spencer Pond**
**102-4310 Red Mountain Rd**
**Rossland, British Columbia V0G 1Y0**
**CANADA**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.580 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Spencer Slagowitz**
**225 w 86th Street #206**
**New York, NY 10024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.580 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Spencer Turpin**
**509 Foliage IN**
**Sheridan, IN 46069**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.580 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Spencer Wong**
**18434 16th Ave NE**
**Shoreline, WA 98155**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Square**
**1455 Market Street**
**San Francisco, CA 94103**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Srini Gowthaman**
**2270 Bentley Ridge Drive**
**San Jose, CA 95138**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 966 of 1098

| 3.581 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Srividhu Potluri** **6408 Shannon Ct.** **Clarksville, MD 21029** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: **Potential warranty claim** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.581 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Stacey Wycoff** **671 E 1375 Rd** **Lawrence, KS 66046** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: **Marketing Influencer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.581 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Staci Chambers** **mrsbeatlejuice@gmail.com** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: **Marketing Influencer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.581 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Stack Up** **14913 W Navarre Way** **Office #1** **Sylmar, CA 91342** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: **Marketing Influencer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.581 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Stacy Blasi** **506 N Sunset Ln Colwich** **Colwich, KS 67030-8010** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: **Marketing Influencer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.581 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Stacy Fehle** **1866 Jordans Retreat Road** **New Windsor, MD 21776** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: **Marketing Influencer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 967 of 1098

| 3.581 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Stacy Ouellette**
3227 McKinney Ave
Apt 17C
Dallas, TX 75204

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 9 |
|---|

**Stacy Persad**
911 Glazebrook Loop
Orange City, FL 32763

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.582 0 |
|---|

**Stan Aaron Buchanan**
777 E 15TH ST, 180 APT
EDMOND, OK 73013

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.582 1 |
|---|

**Stanley D Brusoski**
3213 POSTGATE DR
BETHEL PARK, PA 15102

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.582 2 |
|---|

**Stanton Perry**
11025 N. 68th Street
Scottsdale, AZ 85254

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.582 3 |
|---|

**Stanton West**
4605 SW Alfalfa Ave
Bentonville, AR 72713

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 968 of 1098

| 3.582 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**STAPLES + FEDEX, FOR: Sam Johnson [AKA C**
6800-48 Ave #360 Cornerstone Place
Camrose, Alberta T4V 4T1
CANADA

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Potential warranty claim_

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.582 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Stefan F  tschl**
Carnerigasse 3
8010 Graz
AUSTRIA

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Marketing Influencer_

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.582 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Stefan Habib**
kleanstreams@gmail.com

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.582 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Stefan Vatikiotis**
49 W Center St, Apt 113
Tarpon Springs, FL 34689

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Potential warranty claim_

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.582 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Stefany Shaw**
6114 Crown Grant Drive
Spotsylvania, VA 22553

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Marketing Influencer_

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.582 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Steffen Schulz**
10710 S Moapa Ave
Portland, OR 97219

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Potential warranty claim_

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 969 of 1098

| 3.583 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Stella**
stellakosmistr@gmail.com

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Stephan Pistorius**
askaccolonn@gmail.com

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Stephanie Behr**
**#180 Route 10 Chalan Pago**
**Chalan Pago, GU**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Stephanie Bullock**
**8062 Mill Swamp Road**
**Ivor, VA 23866-2400**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Stephanie Diaz**
sakisakuratv@gmail.com

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Stephanie Flores**
powerofflores@gmail.com

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 970 of 1098

| 3.583 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Stephanie Frias**<br>**8581 Tidewater Dr, Unit D**<br>**Norfolk, VA 23503** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.583 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Stephanie Frias**<br>**8581 Tidewater Dr, Unit D**<br>**Norfolk, VA 23503** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.583 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Stephanie Lockhoff**<br>**2951 Via Milano, #102**<br>**Corona, CA 92879** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.583 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Stephanie Mariak**<br>**3861 amboy road**<br>**Staten island, NY 10308** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.584 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Stephanie Prevost**<br>**info@carterpulse.com** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.584 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Stephanie Robbins**<br>**7030 Eden Brook Dr**<br>**Columbia, MD 21046** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 971 of 1098

| | | |
|---|---|---|
| 3.584 2 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Stephanie Taylor**
**sunsetanchorinquiries@gmail.com**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

| | | |
|---|---|---|
| 3.584 3 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Stephanie Taylor**
**301 Alabaster Way #401**
**Halifax NS B3P 0K7**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

| | | |
|---|---|---|
| 3.584 4 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Stephanie Toney**
**7553 Hollyridge Dr**
**new port richey, FL 34653**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

| | | |
|---|---|---|
| 3.584 5 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Stephanie Uson**
**steph.uson@hotmail.com**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

| | | |
|---|---|---|
| 3.584 6 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Stephanie White**
**2100 Woodford Ct**
**Mobile, AL 36695**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

| | | |
|---|---|---|
| 3.584 7 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Stephanie White**
**3502 East Gore Boulevard, Apt 13306**
**Lawton, OK 73501**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 972 of 1098

| 3.584 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stephen (Ron Gachez)**
combatrogue70@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stephen Boland**
rawrapillar@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stephen Butler**
**7089 Shawnee Way**
**Reynoldsburg, OH 43068**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stephen Dickenson**
**4828 Berry Hill Court**
**Columbus, OH 43230**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stephen Dickenson**
**4828 Berry Hill Court**
**Columbus, OH 43230**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stephen Eichelberger**
**8122 N Ridge Loop E, A4**
**Eagle Mountain, UT 84005**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 973 of 1098

| 3.585 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stephen Eichelberger**
8122 N Ridge Loop E, A4
Eagle Mountain, UT 84005

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stephen Hancock**
6655 Fabiano St
Pensacola, FL 32506-5721

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stephen Hennessey**
shennessey0107@gmail.com

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stephen Hurtt**
18 Stone Spring Circle
Jackson, TN 38305

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stephen King**
843 s longmore
mesa, AZ 85202

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stephen LaFlamme**
mdctstream@gmail.com

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 974 of 1098

| 3.586 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Stephen Lam**
293 Westridge Avenue
Daly City, CA 94015

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Stephen Lam**
stephendotlam@gmail.com

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Stephen McBurnett**
26 South 5th Avenue
Manville, NJ 08835

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Stephen Morsch**
227 Franklin Turnpike
Allendale, NJ 07401

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Stephen Parisi**
21 Sweetbriar Court
Ronkonkoma, NY 11779

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Stephen Renault**
enzspitz301@gmail.com

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 975 of 1098

| 3.586 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stephen Rogers II**
**933 S Storment Ln**
**Gilbert, AZ 85296**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.586 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stephen Shaffer**
**2479 deer run Apt# 1102**
**Lewisville, TX 75067**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.586 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stephen Wells**
**8930 Thornton Garden Ln**
**Raleigh, NC 27616**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.586 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Steve Castro**
**3252 West 65th Street**
**Chicago, IL 60629**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.587 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Steve Clifford**
**4510 Audrey Ave**
**Inver Grove Heights, MN 55077**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.587 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Steve Clifford**
**4510 Audrey Ave**
**Inver Grove Heights, MN 55077**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 976 of 1098

| 3.587 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Steve Kapala**
**3990 Centre St apt 305**
**San Diego, MI 92103**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.587 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Steve Koontz**
**17235 BRANCHED OAK ROAD**
**DUMFRIES, VA 22026**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.587 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Steve Moeller**
**105 Baldsmere Drive**
**York, PA 17403**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.587 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Steve Navarro**
**9044 W Forestview Dr**
**North Riverside, IL 60546**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.587 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Steve Pei**
**11835 W Olympic Blvd**
**Suite 385**
**Los Angeles, CA 90064**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.587 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Steven A Cotter**
**Metal Sales Manufacturing Attn: Steven C**
**1326 Paddock Place**
**Woodland, CA 95776**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 977 of 1098

| 3.587 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Steven Alberson** 1133 Hawks Crossing Dr. N. Olive Branch, MS 38654 | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.587 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Steven Baker** 591 Peabody Rd Apartment 126 Vacaville, CA 95687 | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.588 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Steven Becker** 883 Corona Rd Petaluma, CA 94954 | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.588 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Steven Blankenship** 321 S. Forest Dr. Casper, WY 82609 | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.588 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Steven Bonnell** steven.bonnell.ii@gmail.com | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.588 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Steven Clark** 519 Sanders Ave Glenville, NY 12302 | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 978 of 1098

| 3.588 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Steven Coronado**
**533 Charlotte St, Apartment 2**
**Kansas City, MO 64106**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Steven Greenwell**
**1035 Roosevelt Ave #319**
**Detroit lakes, MN 56501**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Steven Hickling**
**2851 W AVENUE L # 136**
**Lancaster, CA 93536**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Steven Hom**
**3150 Hawkcrest Circle**
**San Jose, CA 95135**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Steven hom**
**3150 Hawkcrest circle**
**San jose, CA 95135**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Steven Keiser**
**3511 201st pl sw**
**lynnwood, WA 98036**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 979 of 1098

| 3.589 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Steven Keiser**
3511 201st pl sw
lynnwood, WA 98036

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.589 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Steven Kepple**
6922 Bermu8da Trl
San Antonio, TX 78240

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.589 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Steven King**
5233 Miles Ave., Apt. A
Oakland, CA 94618

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.589 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Steven Lee May**
6018 w. 17th ave.
Kennewick, WA 99338

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.589 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Steven Luu**
261 Wicker
Irvine, CA 92618

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.589 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Steven Manning**
31120 Keenland Rd
Rocky Mount, MO 65072

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 980 of 1098

| Debtor | **Artesian Future Technology, LLC** | Case number (if known) | **22-40396-CN** |
| --- | --- | --- | --- |
| | Name | | |

| 3.589 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Steven McCray**
**2607 Blue Vervain Dr**
**Spring, TX 77386**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.589 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Steven McEuen**
**1314 Kearny St.**
**San Francisco, CA 94133**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.589 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Steven Mckeever**
**112 Shilo Road Apartment 2, Suite 1266**
**Shilo, Manitoba R0K2A0**
**CANADA**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.589 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Steven Melton**
**24304 Ridge Road**
**Damascus, MD 20872**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Steven Michael Brewster**
**3208 Woodland Lane**
**Alexandria, VA 22309**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Steven Packer**
**3925 38a avenue**
**Red Deer, Alberta T4N 2V4**
**CANADA**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 981 of 1098

| 3.590 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Steven Rossi**
3 Bernardino ave
Enfield, CT 06082

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Steven Ryan**
32 McKinley Way Apt E1
Wynantskill, NY 12198

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Steven Ryan**
scubasteve1234581@hotmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Steven Ryan**
Ryan.junior.1.sr@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Steven Wajda**
4214 Brookton Dr
South Bend, IN 46614

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**stonewall m aguirre**
284 mountain high  dr
Antioch, TN 37013

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 982 of 1098

---

| 3.590 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**storm**
225 duval station rd APT 336
jacksonville, MI 32218

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Storm Savage**
1408 Champion Way
Richmond, KY 40475

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.591 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Stratton Weiler**
20450 E Octotillo Road
Queen Creek, AZ 85142

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.591 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Stuart Nguyen**
12661 Hanover Court
Farmers Branch, TX 75234

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.591 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Su Kim**
780 Amana Street, 905
Honolulu, HI 96814

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.591 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**SubNation Media**
2205 Campus Drive
Attn:  John Senn
john.senn@subnation.gg
El Segundo, CA 90245

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 983 of 1098

| 3.591 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sue Ellen Patterson**
**3220 Phillips Ave**
**Bremerton, WA 98310**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.591 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sully Fernandes**
**3075 HAWKTAIL CRES**
**Mississauga, Ontario L5M 6W8**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.591 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sumit Gurung**
**293 BASINGSTOKE ROAD**
**READING, Berksdhire RG2 OJ**
**ENGLAND**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.591 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sumit Gurung**
**293 BASINGSTOKE ROAD**
**READING, Berkshire rg2 0ja**
**ENGLAND**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.591 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sun O'Brien**
**22 Biscay Pl**
**The Woodlands, TX 77381**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.591 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**SuperAmyy**
**superamyycommissions@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ☑ No  ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 984 of 1098

| 3.592 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Suren Yeghiazaryan**
**10833 Gloria Ave**
**Granada Hills, CA 91344**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Suren Yeghiazaryan**
**10833 Gloria Ave**
**Granada Hills, CA 91344**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Suren Yeghiazaryan**
**10833 Gloria ave.**
**Granada Hills, CA 91344**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Suren Yeghiazaryan**
**10833 Gloria Ave**
**Granada Hills, CA 91344**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Suren Yeghiazaryan**
**10833 Gloria Ave**
**Granada Hills, CA 91344**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Susan Beck**
**709 LAKE FOREST TRL**
**LITTLE ELM, TX 75068**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 985 of 1098

| 3.592 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Susan Fuhrman** 205 Quaker Meeting House Rd East Sandwich, MA 02537 | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Marketing Influencer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.592 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Susan Maggi** 1838 sw notre dame ave Port st. Lucie, FL 34953 | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Marketing Influencer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.592 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Susan McCashen** 2116 Cedar Hill Rd Lancaster, OH 43130 | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Potential warranty claim | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.592 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Susan Smith** 411 N. Ashland Ave. Park Ridge, IL 60068 | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Potential warranty claim | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.593 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Susanna Ratchford** 2400 Witten Schertz, TX 78154 | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Marketing Influencer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.593 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Sushant Rana** 3723 N. Oakland Ave Shorewood, WI 53211 | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Potential warranty claim | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 986 of 1098

| 3.593 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**susie young**
1823 maryland ave Unit # 16112
niagara falls, CA 14305

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.593 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Suzan kazanchian**
8007 broadleaf avenue
PANORAMA CITY, CA 91402

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.593 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sweatylike Teddy**
sweatyliketeddy@gmail.com

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.593 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Swiftlightning Bivens**
theonesecondkill@gmail.com

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.593 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sydney D Lara**
1515 E Colon St
Wilmington, CA 90744

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.593 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sydney E Spino**
202 Roxbury Drive
Greensburg, PA 15601

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 987 of 1098

| 3.593 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Sydney Palma**
chumbawah@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Sylvia Rose McLendon**
**2201 NW 122nd St #1016**
**Oklahoma City, OK 73120**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Syncere Foreman**
synseibusiness@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Infulencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Syreena Mercado**
thecherrypi247@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Syrus Rivera**
**308 Garden Avenue**
**Camden, NJ 08105**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**T. Board**
**10408 Grace Avenue**
**Garfield Heights, OH 44125**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 988 of 1098

| 3.594 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Tad Ferguson**
**7509 whitegate ave**
**riverside, CA 92506**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Taj Joshua Marvig Thomas**
**540 Leavenworth St**
**Apt 303**
**San Francisco, NY 94102**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Takeshi Shimada**
**16825 South Dalton Ave**
**Apt D**
**Gardena, CA 90247**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Tal Wallace**
**21470 PROVIDENCIA ST**
**WOODLAND HILLS, CA 91364**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Talbot Taylor**
**567 Braddock Street South**
**Saint Petersburg, FL 33707**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Talon Connor**
**19018 N 20th Dr**
**PHOENIX, AZ 85027**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 989 of 1098

| 3.595 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Talon Edwards
260 Humphrey Road
Lake Mary, FL 32746

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Tamera Hoyt
7839 S Citori Dr
A205
Sandy, UT 84070

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Tammara MacLeish
8246 honeytree blvd
canton, MI 48187

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Tammy Corrales
1001 W 3rd St
Georgetown, TX 78627

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

TAMMY J TSCHUDY
25 Walnut Avenue
Mount Union, PA 17066

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Tammy Tobias
353 north 5th street
lebanon, PA 17046

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 990 of 1098

| 3.595 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tana Hardaway**
3530 Broad Street Road
Gum Spring, VA 23065

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TaneTenshi**
tane@nyantastic.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tanner Bergman**
1038 South Myers Court
Greenacres, WA 99016

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tanner Hupp**
6720 w 140th st apt 3901
Overland Park, KS 66223

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tanner Martin**
7229 Washington St
Ralston, NE 68127

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tanner Thorne**
414 N Sheppard Street
Apt. 1
Richmond, VA 23221

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 991 of 1098

| 3.596 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tanner Trebb**
ttrebb@outlook.com

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tara Lynn Barrett**
**1000 Loring Ave Apt C50**
**Salem, MA 01970**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tariq Massenburg**
**9 Pinewood Ln**
**Worcester, MA 01609**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tariq Williams**
**3505 W Michigan Ave**
**Lansing, MI 48917-3609**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tasha Brooks**
**22102 orchard dale dr**
**Spring, TX 77389**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tate Prochera**
Tate_prochera@hotmail.com

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 992 of 1098

Name

| 3.596 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tatyana Worn**
joon@afkcreators.com

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.596 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tawilliams12 (Labyrinth)**
tawilliams12@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.597 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TaxJar**
462 Washington Street #3066
Woburn, MA 01888

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **eCommerce sales tax management**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.597 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tayler Banks**
11944 Shoreview DR SW
Olympia, WA 98512

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.597 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tayler Martin**
6211 Sheffield House #1
Albany, NY 12203

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.597 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Taylor Adamson**
358 N Gateway Dr
#136
Providence, UT 84332

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 993 of 1098

| 3.597 4 | **Nonpriority creditor's name and mailing address** **Taylor Barnett** 2609 Jefferson Street Apartment F Carlsbad, CA 92008 | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.597 5 | **Nonpriority creditor's name and mailing address** **Taylor Barnett** 5003 Saddleridge Dr #38 Killeen, TX 76549 | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.597 6 | **Nonpriority creditor's name and mailing address** **Taylor Barry** 6407 Bordeaux Ave Dallas, TX 75209 | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.597 7 | **Nonpriority creditor's name and mailing address** **Taylor Barry** 6407 Bordeaux Ave Dallas, TX 75209 | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.597 8 | **Nonpriority creditor's name and mailing address** **Taylor Brown** 8702 Timber Lodge SAN ANTONIO, TX 78250 | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.597 9 | **Nonpriority creditor's name and mailing address** **Taylor Cavanah** 16750 El Zorro Vista Rancho Santa Fe, CA 92067 | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 994 of 1098

| 3.598 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Taylor Clark**
900 Barton St
Unit #312
Fredericksburg, VA 22401

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
□ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No □ Yes

---

| 3.598 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Taylor Davidson**
3100 SE 168th Ave
Apt 118
Vancouver, WA 98683

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
□ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No □ Yes

---

| 3.598 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Taylor Hamilton**
CMR 480 BOX 2754
Armed Forces, APO 9128
EUROPE

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
□ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No □ Yes

---

| 3.598 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Taylor Klein**
5580 S Robberson Ave
Unit C
SPRINGFIELD, MO 65810

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
□ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No □ Yes

---

| 3.598 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Taylor Neswick**
1473 Swallow Tail Ln
Manteca, CA 95337

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
□ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No □ Yes

---

| 3.598 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Taylor Pacheco**
215 Big Rock Avenue
Alexander, AR 72002

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
□ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No □ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 995 of 1098

| 3.598 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Taylor Pendergast**
1245 W Tanager Ave
Hayden, ID 83835

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.598 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Taylor Scott**
triplet99c@gmail.com

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.598 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Taylor Simmons**
472 West Station Street
1/2
St Anne, IL 60964

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.598 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Taylor Wasden**
2241 girl scout road
Lizella, GA 31052

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.599 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Taylor Zube**
8175 S Lauree Ln
Oak Creek, WI 53154

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.599 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Team Group Inc.**

New Taipei City
TAIWAN

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 996 of 1098

| 3.599 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Team Moist**
1229 Hillandale Reserve Drive
Tampa, FL 33613

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No □ Yes

| 3.599 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Telly Daniels**
115-36 197 street
St. Albans, NY 11412

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No □ Yes

| 3.599 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tencent**
Hong Jun Fang
460 Rue Ravel, Brossard QC J4X 2M5
CANADA

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No □ Yes

| 3.599 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Terence G Ng**
29620 S Trotwood Ave
Rancho Palos Verdes, CA 90275

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No □ Yes

| 3.599 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Terence Mcilwain**
29 Mcilwain Dr
Tibbie, AL 36583

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No □ Yes

| 3.599 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TERRANCE BARKER**
3105 S ELM CT
KENNEWICK, WA 99337

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No □ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 997 of 1098

| 3.599 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Terrance Sterling**
**521 Summer Crossing**
**Sandy Springs, GA 30350**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 9 | Nonpriority creditor's name and mailing address | Unknown |
|---|---|---|

**Terrance Williams**
**152 North Spring View Drive**
**Enterprise, AL 36330**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 0 | Nonpriority creditor's name and mailing address | Unknown |
|---|---|---|

**Terrell Jackson**
**1714 Ethan Way**
**Hephzibah, GA 30815**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 1 | Nonpriority creditor's name and mailing address | Unknown |
|---|---|---|

**Terrell Wilson**
**802 Fairview Dr. Apt B**
**Lexington, NC 27292**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 2 | Nonpriority creditor's name and mailing address | Unknown |
|---|---|---|

**Terrence Castor**
**2424 Palm Road**
**West Palm Beach, FL 33406**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 3 | Nonpriority creditor's name and mailing address | Unknown |
|---|---|---|

**Terrence D Billingsley**
**74 RIDGEWAY LN**
**HOPE HULL, AL 36043**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

| 3.600 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Terrence Ford** | ☐ Contingent | |
| 277 2nd Ave | ☐ Unliquidated | |
| St. James, NY 11780 | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Potential warranty claim | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.600 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Terrence Vaughn** | ☐ Contingent | |
| rouzybuiz@gmail.com | ☐ Unliquidated | |
| Date(s) debt was incurred _ | ☐ Disputed | |
| Last 4 digits of account number _ | **Basis for the claim:** Marketing Influencer | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.600 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Terrence Watson** | ☐ Contingent | |
| terrywatson.official@gmail.com | ☐ Unliquidated | |
| Date(s) debt was incurred _ | ☐ Disputed | |
| Last 4 digits of account number _ | **Basis for the claim:** Marketing Influencer | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.600 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Terry Davis** | ☐ Contingent | |
| 211 W Central St | ☐ Unliquidated | |
| atwood, IL 61913 | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Marketing Influencer | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.600 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Terry Moore** | ☐ Contingent | |
| 53 sullivan street | ☐ Unliquidated | |
| Pinsonfork, KY 41555 | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Potential warranty claim | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.600 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Terry Wallace** | ☐ Contingent | |
| grizzleytee@gmail.com | ☐ Unliquidated | |
| Date(s) debt was incurred _ | ☐ Disputed | |
| Last 4 digits of account number _ | **Basis for the claim:** Marketing Influencer | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 999 of 1098

| 3.601 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **tessa umanzor**<br>**860 n elm st**<br>**Englewood, FL 34223** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | Basis for the claim: __Potential warranty claim__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.601 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Test2**<br>**test2@temp.com** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | Basis for the claim: __Marketing Influencer__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.601 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Tevin**<br>**1018 Jubilee Way**<br>**Waldorf, MD 20602** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | Basis for the claim: __Potential warranty claim__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.601 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Tevis Amblad**<br>**151 S. Connor St**<br>**Salt Lake City, UT 84112** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | Basis for the claim: __Potential warranty claim__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.601 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Thai Suwityarat**<br>**suwityaratthai@gmail.com** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | Basis for the claim: __Marketing Influencer__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.601 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Thai V Tran**<br>**107 OVAL LN**<br>**NORTH WALES, PA 19454** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | Basis for the claim: __Potential warranty claim__<br>Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1000 of 1098

Name

---

| 3.601 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thalia Quintero**
19275 Stone Oak Pkwy Apt 611
San Antonio, TX 78258

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.601 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thane George**
10119 Raven Field Dr
San Antonio, TX 78242

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.601 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thang Nguyen**
3414 S 379th Ct
Auburn, WA 98001

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.601 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**The Hartford**
PO Box 2907
Hartford, CT 06104-2907

Date(s) debt was incurred _

Last 4 digits of account number  **0001**

**As of the petition filing date, the claim is:** Check all that apply.                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.602 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**The Network Advisory**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.602 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thehappyhob**
thehappyhobtemp@temp.com

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.602 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**TheNecromi**
**thenecromi@gmail.com**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Theo Colgan**
**1103 E MISSION AVE**
**Spokane, WA 99202**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Theo Giannakopoulos**
**onlyrunstacked@outlook.com.au**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Theodore Krupman**
**6 cedar point lane**
**sherman, CT 06784**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Theodore Monier**
**327 sw j str**
**Linton, IN 47441**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Theodore Spurgetis**
**425 N Hamilton Ave**
**Indianapolis, IN 46201**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 1002 of 1098

| 3.602 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TheRealEv0**
therealev0twitch@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Therese Turner**
13885 Dogleg Ln
Broomfield, CO 80023

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Thiadus Thomas-Jones**
4685 Prestancia Place, Apartment 306
Waldorf, MD 20602

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**THIEN JIA CHIN**
KG TUNGKU, SPG 162-48-18-29-38, NO.4
Bandar Seri Begawan, Brunei Darussalam B
BANDAR

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Thom Payton**
25528 Poland Road
Chantilly, VA 20152

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Thomas Benz**
2049 Quincy Ave
Racine, WI 53403

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 1003 of 1098

| 3.603 4 | Nonpriority creditor's name and mailing address<br>**Thomas Berge**<br>**51344 Whipporwill Rd.**<br>**Bemidji, MN 56601**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Marketing Influencer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|
| 3.603 5 | Nonpriority creditor's name and mailing address<br>**Thomas Brace**<br>**mrcoldhollow@protonmail.com**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Marketing Influencer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.603 6 | Nonpriority creditor's name and mailing address<br>**Thomas Carr**<br>**3101 Lee Ellen Place**<br>**Columbus, OH 43207**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Potential warranty claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.603 7 | Nonpriority creditor's name and mailing address<br>**Thomas Carter Johnstone**<br>**167 Warner Avenue**<br>**Bonner Springs, KS 66012**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Potential warranty claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.603 8 | Nonpriority creditor's name and mailing address<br>**Thomas Clarke**<br>**39 Gaston Ave**<br>**Floor 2**<br>**Raritan, NJ 08869**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Marketing Influencer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.603 9 | Nonpriority creditor's name and mailing address<br>**Thomas DeStefano**<br>**5027 so sheridan av**<br>**tacoma, WA 98406**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Potential warranty claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1004 of 1098

| 3.604 0 | **Nonpriority creditor's name and mailing address**<br>**Thomas Gabriel**<br>**5080 Camino Del Arroyo, Apt 467**<br>**San Diego, CA 92108**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _Potential warranty claim_<br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.604 1 | **Nonpriority creditor's name and mailing address**<br>**Thomas Henckel**<br>**5015 NW 5th St**<br>**Ankeny, IA 50023**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _Potential warranty claim_<br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.604 2 | **Nonpriority creditor's name and mailing address**<br>**Thomas Holmes**<br>**191 McLeod Street Apt 15**<br>**Ottawa, Ontario, K2P0Z8**<br>**CANADA**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _Potential warranty claim_<br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.604 3 | **Nonpriority creditor's name and mailing address**<br>**Thomas houfek**<br>**1309 Bradford Ave**<br>**Rosamond, CA 93560-6718**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _Marketing Influencer_<br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.604 4 | **Nonpriority creditor's name and mailing address**<br>**Thomas Hurtman**<br>**1015 Northlawn St. NE**<br>**Grand Rapids, MI 49505**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _Trade debt_<br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.604 5 | **Nonpriority creditor's name and mailing address**<br>**Thomas Hurtman**<br>**tjhurtman23@gmail.com**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _Marketing Influencer_<br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
|---|---|---|---|

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1005
of 1098

| 3.604 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---------|---|---|---|

**Thomas J Foss**
**5024 Esther Drive**
**San Jose, CA 95124**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.604 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---------|---|---|---|

**Thomas Jelderks**
**1295 Capitola st**
**Grover Beach, CA 93433**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.604 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---------|---|---|---|

**Thomas Karl**
**251 Briar Cliff Street**
**Poplar Grove, IL 61065**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.604 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---------|---|---|---|

**Thomas Klimek**
**233 County Road 1041**
**Frisco, CO 80443**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.605 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---------|---|---|---|

**Thomas Kobal**
**tomtomttv87@gmail.com**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.605 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---------|---|---|---|

**Thomas Kosuljandic**
**1245 Quayside Drive**
**New Westminster BC V3M 6J6**
**CANADA**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 1006
of 1098

| 3.605 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Thomas Kovach**
**20 Oakville Court Apt 2B**
**Pittsburgh, PA 15220**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.605 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Thomas Lawley**
**2360 hood ave**
**Apt A**
**Richland, WA 99354**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.605 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Thomas Lima**
**2900 SW 134th Ave**
**Miami, FL 33175**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.605 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Thomas Lima**
**2900 SW 134th Ave**
**Miami, FL 33175**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.605 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Thomas Mastin**
**3628 Spooner Avenue**
**Altoona, WI 54720**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.605 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Thomas Metcalf**
**1956 Trellis Place**
**Saratoga Springs, UT 84045**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1007 of 1098

| 3.605 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Thomas Noah**
53 DIGHTON AVE
PORTSMOUTH, RI

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.605 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Thomas Ryan Goostrey**
3801 Willow Lake Dr.
Apt. 111
Kalamazoo, MI 49008

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Thomas Smead**
855 31st street sw
Naples, FL 34117

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Thomas Trewren**
6903 Hunters Creek Lane
Baytown, TX 77521

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Thomas Triplett**
7003 W. 34th St. N.
Apt. 506
Wichita, KS 67205

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Thomas VanDenLangenberg**
211 Kellogg Ave
Janesville, WI 53546-2927

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1008 of 1098

| 3.606 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Thomas wood**
357 South 29th Avenue
Brighton, CO 80601

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Thomas Wray**
claymorettv@hotmail.com

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tia Jade Santana**
8070 langdon ave, apt 110
VAN NUYS, CA 91406

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tiago Fernandes**
12 N Woodside Ave
Lodi, NJ 07644

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tiago Guimaraes**
5204 Mandevilla Dr
Austin, CA 78739

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tierra cooper**
23615 western centre dr apt 4305
Katy, TX 77494

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1009 of 1098

| 3.607 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Tiffa Jessi**
tiffajessi0@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.607 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Tiffany E Zelaya**
**559 KINGFISHER DR**
**POINCIANA, FL 34759**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.607 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Tiffany Fitzgerald**
**135 Lightfoot Ln**
**Scottsville, VA 24590**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.607 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Tiffany Galarza**
tiffanymlockheart@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.607 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**TIFFANY GONZALEZ H BOHORQUEZ**
**2339 3RD ST NE**
**Washington, DC 20002**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.607 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Tiffany Goodman**
**112 Greenleaf Rd**
**Strasburg, VA 22657**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1010 of 1098

| 3.607 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.607 6**

Nonpriority creditor's name and mailing address

**Tiffany Rencher**
**10600 S Inglewood Ave #53**
**Inglewood, CA 90304**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.607 7**

Nonpriority creditor's name and mailing address

**Tiger Dye**
**1711 Ridley Ave.**
**Santa Rosa, CA 95403**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.607 8**

Nonpriority creditor's name and mailing address

**Tim Angeles**
**1344 Somerset Avenue**
**Deerfield, IL 60015**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.607 9**

Nonpriority creditor's name and mailing address

**Tim Burke**
**1 Twins Way**
**Minneapolis, MN 55403**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.608 0**

Nonpriority creditor's name and mailing address

**Tim Burke**
**1 twins way**
**minneapolis, NY 55403**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.608 1**

Nonpriority creditor's name and mailing address

**Tim Chadwick jr**
**781 E 950 N**
**Ogden, UT 84404**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1011 of 1098

| 3.608 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Tim Dornak**
3402 W colony Dr
Greenfield, WI 53221

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.608 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Tim Huang**
15 MONAHAN AVE
STATEN ISLAND, NY 10314

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.608 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Tim Kollar**
10001 Beverly Lane
Streetsboro, OH 44241

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.608 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Tim Moses**
7813 Texas Rd
Fort Smith, AR 72908

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.608 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Tim Moses**
my.fortune1219@icloud.com

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.608 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Tim Rempel**
pusipuu@yahoo.com

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1012 of 1098

| 3.608 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Tim Reviere**
3150 Finfeather Rd, Apt #837
Bryan, TX 77801

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.608 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Tim Wilhelm**
2202 N 150th Ave
Omaha, NE 68116

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.609 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Timo (Labyrinth)**
timoredbeard@gmail.com

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.609 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Timothy**
703 oak street
Dequincy, LA 70633

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.609 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Timothy Arnold**
3193 Garrity Way, Apt 225
SAN PABLO, CA 94806

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.609 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Timothy Arnold**
7030 Oldham Drive
Indianapolis, IN 46221

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1013 of 1098

| 3.609 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Timothy Brooks**
7807 Winter Haven RD
Rosedale, MD 21237

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.609 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Timothy Brown**
1820 Centennial Way
Escondido, CA 92026

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.609 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Timothy Christopher Outlaw**
eizencloudgaming@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.609 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Timothy Clark**
114 Bolton Rd
Harvard, MA 01451

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.609 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**timothy Concannon**
30 Loring Blvd $434
plymouth, MA 02360

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.609 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Timothy Cornell**
6 East Elro Dr
Oak Ridge, NJ 07438

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 1014 of 1098

| 3.610 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Timothy deMeza**<br>6471 Umber Circle<br>Arvada, CO 80007 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Marketing Influencer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.610 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Timothy Heron**<br>4949 W Northern Ave Apt 203 Floor 2 Buil<br>Glendale, AZ 85301 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Potential warranty claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.610 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Timothy Ing**<br>the.nekoboto@gmail.com | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Marketing Influencer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.610 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Timothy J Muraoka**<br>3412 Golf View Drive<br>Newark, DE 19702 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Potential warranty claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.610 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Timothy k Ellis**<br>105 Fattoria Cove<br>Liberty Hill, TX 78642 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Potential warranty claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.610 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Timothy Lampkin-Little**<br>258 Sunset Drive<br>Hercules, CA 94547 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Marketing Influencer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1015 of 1098

| 3.610 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Timothy MacRae**
timmac@novo.tv

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 7 |
|---|

**Nonpriority creditor's name and mailing address**

**Timothy Mapuatuli**
**4619 Maybank Ave**
**Lakewood, CA 90712**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 8 |
|---|

**Nonpriority creditor's name and mailing address**

**Timothy Marshall**
**5919 Red Leaf Lane**
**Monclova, OH 43542**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 9 |
|---|

**Nonpriority creditor's name and mailing address**

**Timothy Mesdag**
**10441 SE Cook CT**
**Portland, OR 97222**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 0 |
|---|

**Nonpriority creditor's name and mailing address**

**Timothy Michael Bonilla Gonsalves**
**3681 Pioneer Trails Dr**
**Lakeland, FL 33810**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 1 |
|---|

**Nonpriority creditor's name and mailing address**

**Timothy Morin**
**1134 Lewiston Rd**
**New Gloucester, ME 04260**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1016 of 1098

---

| 3.611 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Timothy Page**
3A Elliott Drive
Charlton, MA 01507

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Timothy R Wolcott Jr**
PO Box 838
Metlakatla, AK 99926

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Timothy Richards**
44679 Springvail Ct
Temecula, CA 92592

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Timothy Smith**
6582 Sturbridge
Canton, MI 48187

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Timothy Smith**
433 S 7th St
Apt 1822
Minneapolis, MN 55415

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**TINA CIEMINSKI**
1400 Peterson Street, 302
Marshall, MN 56258

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1017 of 1098

| 3.611 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tina Contreras**
17248 W. Glasford-Canton Road
Glasford, IL 61533

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.611 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tina Smith**
230 Larley road
Tobique First Nation, New Brunswick E7H
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.612 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tina Weir**
stellarztv@gmail.com

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.612 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tinesha Sprague**
tineshagarner14@gmail.com

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.612 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tiny Asparagus**
the.tiny.asparagus@gmail.com

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.612 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tips Out**
9324 NEILS THOMPSON DR, STE 100
Austin, TX 78758-7522

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 1018
of 1098

| 3.612 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Tj Hurtman**
**27 Walter St Se**
**Grand Rapids, MI 49548**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.612 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Toby Cummings**
**206 S. 17th St.**
**Hot Springs, SD 57747**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.612 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Toby Stansberry**
**333 Lester Ave**
**1B**
**Oakland, CA 94606**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.612 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Todd Curth**
**285 UPTOWN BLVD, APT 437**
**ALTAMONTE SPRINGS, FL 32701**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.612 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Todd E Jones**
**10 West 10th Street Apt 2**
**Washington, MI 63090**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.612 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Todd Ehmke**
**361 41st Street**
**Oakland, CA 94609**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1019 of 1098

| 3.613 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Todd Hetrick**
**5060 Dalton Manor Ct**
**WINSTON SALEM, NC 27104**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Todd Hetrick**
**5060 Dalton Manor Ct**
**WINSTON SALEM, NC 27104**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Todd Jones**
**10 West 10th St**
**Apt 2**
**Washington, MO 63090**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Todd McGee**
**102-1665 Ufton Crt**
**Kelowna BC V1Y 8G7**
**CANADA**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Todd McGee**
**102-1665 Ufton Crt**
**Kelowna BC V1Y 8G7**
**CANADA**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Todd Mulske Jr.**
**420 1st street northeast**
**linton, ND 58552**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 1020 of 1098

| 3.613 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Todd Scott**
**322 Chatuga Lane**
**Loudon, TN 37774-2704**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.613 7 |
|---|

**Nonpriority creditor's name and mailing address**

**Todd Smith**
**24 Revolution Dr.**
**Windham, ME 04062**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

| 3.613 8 |
|---|

**Nonpriority creditor's name and mailing address**

**Tom Healy**
**Monread business park**
**Monread road, Naas Kildare**
**IRELAND**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

| 3.613 9 |
|---|

**Nonpriority creditor's name and mailing address**

**Tom Maccarino**
**28822 woodcrest lake dr**
**menifee, CA 92584**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

| 3.614 0 |
|---|

**Nonpriority creditor's name and mailing address**

**Tom Trewren**
**tomtrewren@hotmail.co.uk**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

| 3.614 1 |
|---|

**Nonpriority creditor's name and mailing address**

**Tomisha Johnson**
**968 Sims St SW**
**Atlanta, GA 30310**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1021 of 1098

| 3.614<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Tommy Anderson**
**1009 mooreland blvd**
**brentwood, TN 37027**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Tommy Ngo**
**2671 Sand Point Dr**
**San Jose, CA 95148**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Toni Bender**
**126 pRd**
**Newport, NC 28570**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Tonis Bonilla**
**1033 38th Street #1F**
**Brooklyn, NY 11219**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Tony Casey**
**1060 East Saint Charles Road**
**Ithaca, MI 48847**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**tony celi**
**840 South Grand Highway**
**apt 51c**
**Clermont, FL 34711**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1022 of 1098

| 3.614 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tony Keys**
NightFoxkilo@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.614 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tony Lorenz**
**824 NE 86th St.**
**Seattle, WA 98115**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.615 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tony Mifsud**
**530 Wadsworth Rd.**
**Apt. 106**
**Medina,, OH 44256**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.615 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tony Saysana**
**4637 Apollo Drive**
**Machesney Park, IL 61115**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.615 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tony Schmieg**
**2006 Creekvista Drive**
**Keller, TX 76248**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.615 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tony Stevenson**
**107 Marianne Dr**
**Quispamsis, New Brunswick E2E 1G6**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1023
of 1098

| 3.615 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Tony Villarreal**
**1056 Pickton dr**
**Lansing, MI 48917**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Tonya Maldonado**
**tmaldonado148@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Tori Gunter**
**tori.gunter@aol.com**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Tori Rodger**
**angelestepsvr@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Toryano Carrigan**
**329 Amity Rd apt F4**
**Hot Springs, AR 71913**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Tosha McClintock**
**2117 Elden Ave. #15**
**Costa Mesa, CA 92627**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 1024 of 1098

| 3.616 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Trace Perzy**
7620 Butterscotch Circle
Las Vegas, NV 89131

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Tracey Conlin**
48 CHILTON AVE
San Francisco, CA 94131

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Tracey Roemmele**
120 Laval Blvd W.
Lethbridge AB T1K 4E5
CANADA

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Traci**
3027 Crane Ave
Bremerton, WA 98310

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Tracy Hall**
646 East 350 North
Provo, UT 84606

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**TRAVIS ADDERHOLD**
1197 4TH AVE N
JACKSONVILLE BEACH, FL 32250

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1025 of 1098

| 3.616 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Travis Antonich**
3048 Dusenburg Dr
christiana, TN 37037

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 7 | Nonpriority creditor's name and mailing address | | **Unknown** |

**Travis Brown**
12607 Caspian Ct.
Eastvale, CA 92880

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 8 | Nonpriority creditor's name and mailing address | | **Unknown** |

**Travis Elkins**
2405 Dry Branch Rd
IRVINE, KY 40336

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 9 | Nonpriority creditor's name and mailing address | | **Unknown** |

**Travis Grizzle**
5740 Mego St #20M
anchorage, AK 99507

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 0 | Nonpriority creditor's name and mailing address | | **Unknown** |

**Travis Hutcheson**
3156 KILLDEER CT
Middleburg, FL 32068

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 1 | Nonpriority creditor's name and mailing address | | **Unknown** |

**Travis J Baker**
15325 SE 155TH PL UNIT V5
Renton, WA 98058

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 1026 of 1098

| 3.617 2 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Travis Loewen**
**4743 NE 105th ave**
**Portland, OR 97220**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.617 3 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Travis Lukacs**
**5337 Southlands Drive SE #102**
**Medicine Hat AB T1B 0S5**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.617 4 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Travis McConnell**
**2229 Mardi Ct.**
**Grove City, OH 43123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.617 5 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Travis Mills**
**tmillsmusic@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.617 6 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Travis s Tennant**
**3913 Carnation Cir N**
**Palm Beach Gardens, FL 33410**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.617 7 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Travis Starkson**
**2718 ulysses ST NE**
**Minneapolis, MN 55418**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1027 of 1098

| 3.6178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**trayshawn baptiste noel**
58 sultan pool dr
Toronto, Ontario M9V 4H4
CANADA, ON

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Trent Andren**
773 75th Street
Amery, WI 54001

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Trent Haydt**
1815 Hazelwood Road
Palmerton, PA 18071

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Trent Hutchinson**
13220 S 48th St #1131
Phoenix, AZ 85044

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Trent Marta**
trentmarta@yahoo.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Trent Skelton**
2690 BALD EAGLE CT, Apt D
North Pole, AK 99705

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 1028 of 1098

| 3.618 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Trent Whitelock**
**35100 Campus Drive**
**Pensecola, FL 32514**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.618 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Trevaris York**
**kameigenku@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.618 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Trevor**
**366 332nd PL**
**perry, IA 50220**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.618 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Trevor Banavige**
**twitchtrevperson@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.618 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Trevor Blake**
**digitalcursivebiz@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.618 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Trevor Dillion**
**312 Kensington Street**
**Port Charlotte, FL 33954**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1029
of 1098

Name

| 3.619 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Trevor Doyle**
12609 E 23rd St.
Tulsa, OK 74129

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.619 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Trevor James**
514 SE Belmont St apt 210
Portland, OR 97214

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.619 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Trevor Perry**
2898 Dourdan Road
BELVIDERE, IL 61008

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.619 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Trevor Tadatada**
11706 Halifax Dr
Louisville, KY 40245

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.619 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Trevor Van Cleave**
3051 Twelve Oaks Lane
Placerville, CA 95667

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.619 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Trevyon Johnson**
fbtakeflights@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 1030 of 1098

| 3.619 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Trey Cahalan**
3538 Keystone Ave, 8
Los Angeles, CA 90034

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Trey Edwards**
362 King Lane
Nashville, GA 31639

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Trey Jackson**
625 Creekside Way, Apt #3302
New Braunfels, TX 78130

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Trey Miller**
129 Summer St
Auburn, ME 04210

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.620 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Trey Miller**
129 Summer St
Auburn, ME 04210

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.620 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Trey Wideman**
23266 Larson Rd
Sycamore, IL 60178

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 1031 of 1098

| 3.620 2 | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **Unknown** |

**Trey Wimberly**
**2037 Meadow Creek Circle**
**Owens Cross Roads, AL 35763**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.620 3 | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **Unknown** |

**Tri2sin (Labyrinth)**
**milanwilliams66@gmail.com**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.620 4 | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **Unknown** |

**Tristan Berry**
**3730 E Gunnison Ave**
**Pahrump, NV 89061**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.620 5 | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **Unknown** |

**tristan gunn**
**1501 hollyberry st**
**berthoud, CO 80513**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.620 6 | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **Unknown** |

**Tristan James Wallace**
**3872 Irvin Avenue**
**Las Vegas, NV 89141**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.620 7 | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **Unknown** |

**Tristan Lashbrook**
**5951 Oakwood Dr**
**Lisle, IL 60532**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1032 of 1098

| 3.620 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tristan Rewald**
2556 Traver Blvd
Ann Arbor, MI 48105

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.620 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tristan Thatcher**
4732 Hamilton Bridge Rd
Pace, FL 32571

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.621 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tristan Thatcher**
4732 Hamilton Bridge Rd
Pace, FL 32571

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.621 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tristan Wallace**
sinntegrity@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.621 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tristen Dutta**
3627 Lakeland Way
elk grove, CA 95758

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.621 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tristen Horton**
2354 W University Dr
Apt 2188
Mesa, AZ 85201

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 1033 of 1098

| 3.621 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Tristen Horton**
**2354 W University Dr**
**Apt 2188**
**Mesa, AZ 85201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Marketing Influencer**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.621 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Tristen Wilson**
**11383 Mountain View Dr.**
**#94**
**Rancho Cucamonga, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Potential warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.621 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Triston a Callantine**
**860 colorado cir nw**
**Hutchinson, MN 55350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Potential warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.621 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Triston Norfleet**
**7927 S Yale Ave**
**Apt A**
**TULSA, OK 74136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Marketing Influencer**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.621 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Troy Ellis**
**157 Comfort Road**
**Williamstown, NJ 08094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Potential warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.621 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Troy Hunt**
**12128 SE 174th Lane**
**MM303**
**Renton, WA 98058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Marketing Influencer**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1034 of 1098

| 3.622 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Troy Lynch**
**10673 Caminito Chueco**
**San Diego, CA 92126**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.622 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Troy mealey**
**1504 Regal Cove Blvd**
**Kissimmee, FL 34744**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.622 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Troy Pennington**
**1633 Monte Diablo ave**
**San mateo, CA 94401**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.622 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Troy Pennington**
**1633 Monte Diablo ave**
**San mateo, CA 94401**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.622 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Troy Ramsey**
**4913 Longwood Ct**
**Irving, TX 75038**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.622 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Troy Ramsey**
**xgrumpsterx@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 1035 of 1098

| 3.622 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Trude Brown**
**22 N Roundabout Dr**
**Apt 203**
**Garner, NC 27529-6060**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.622 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Trung Le-Nguyen**
**405 Palmcrest Dr**
**Apt 20**
**Daly City, CA 94015**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.622 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Trym Skjolden**
**Vandugbakken 53**
**1850 mysen**
**NORWAY**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.622 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ttrevor Stickradt**
**8513 rockridge dr**
**jacksonville, FL 32244**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.623 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TubeBuddy**
**P. O. Box 3526**
**Pismo Beach, CA 93448**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.623 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tucker McWhirter**
**500 W 43rd St, Apt. 26J**
**New York, NY 10036**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1036 of 1098

| 3.623<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Tucker Rutz**
636 2ND AVE
SARALAND, AL 36571

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.623<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,869.00** |

**Tuja International, Inc.**
Attn:  Andre Haugaard
210 Hampton Woods Lane
Raleigh, NC 27607

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Refund of its security deposit due to a sublease of the nonresidential real property located at 226 James Jackson Avenue, Cary, North Carolina.  This sublease has terminated.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.623<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Tunoa Taaga**
962 Derringer Lane
Henderson, NV 89014

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.623<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Twitch**
contact@artesianbuilds.com

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.623<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Twitter**
artesianbuildsemail1@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.623<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Ty Beegle**
4141 Carona St
Springfield, OH 45503

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1037 of 1098

| 3.623 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ty Reed**
**3935 Sutton Place Boulevard**
**Apartment 214**
**Winter Parks, AZ 32792**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.623 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Tye Logan Rogers**
**44241a Bella Ln**
**Hammond, LA 70403**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.624 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Tyler A Wright**
**243 Folkstone Rd**
**HOLLY RIDGE, NC 28445**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.624 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Tyler Biggs**
**2714 Lindenwood dr.**
**San Angelo, TX 76904**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.624 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Tyler Bliss**
**9021 Button Avenue**
**Oklahoma City, OK 73160**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.624 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Tyler Blundstone**
**26211 Black Kettle Drive**
**Apt 2**
**Fort Riley, KS 66442**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 1038 of 1098

| 3.624 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tyler Burwell**
21181 COWICHAN RD
APPLE VALLEY, CA 92308

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.624 5 | Nonpriority creditor's name and mailing address |
|---|---|

**Tyler C Waters**
524 N 74 St
Belleville, IL 62223

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.624 6 | Nonpriority creditor's name and mailing address |
|---|---|

**Tyler Campbell**
2058 Irene St
Roseville, MN 55113

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.624 7 | Nonpriority creditor's name and mailing address |
|---|---|

**Tyler Cass**
903 1st Avenue Southeast
Watertown, SD 57201

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.624 8 | Nonpriority creditor's name and mailing address |
|---|---|

**Tyler Cole**
1705 Commerce Rd
Richmond, VA 23224

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.624 9 | Nonpriority creditor's name and mailing address |
|---|---|

**Tyler Dallou**
dallousional@yahoo.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1039 of 1098

| 3.625 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Tyler Daniel Fink**
**3931 humming bird drive**
**Antioch, CA 94509**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.625 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Tyler Dell**
**17106 Croghan Pike**
**Shirleysburg, PA 17260**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.625 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Tyler Detiveaux**
**2008 Colquitt Street**
**APT 7**
**Houston, TX 77098**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.625 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Tyler Dileonardo**
**53 lee rd 2163**
**Salem, AL 36874**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.625 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Tyler Dobrick**
**108 Princeton Rd**
**Colonial Heights, VA 23834**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.625 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Tyler Eiden**
**413 Bloom St, APT 101**
**Danville, PA 17821**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 1040
of 1098

| 3.625 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tyler Eugene Eldridge**
3333 E Bayaud Ave Apt 109
Denver, CO 80209

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.625 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tyler Ferrin**
tyguy711yt@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.625 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tyler Gabriel**
2023 E Dakota ave
Pierre, SD 57501

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.625 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tyler Goldsmith**
1429 Forecastle Avenue
Stafford Township, NJ 08050

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.626 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tyler Gonea**
235 N Foster Ave, Apt 235.5
Lansing, MI 48912

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.626 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tyler Hallmark**
91-586 MAKALEA ST
EWA BEACH, HI 96706

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1041 of 1098

| 3.626 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tyler Haydt**
1815 Hazelwood Road
Palmerton, PA 18071

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.626 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tyler Hunter**
41 stuart st
Dalton, OH 44618

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.626 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tyler Jean**
9211 Post Rd
Odessa, FL 33556

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.626 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tyler Jones**
507 S HARRISON ST
LAKE MILLS, IA 50450-1738

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.626 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tyler Kehrt**
520 E tilden Dr.
brownsburg, IN 46112

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.626 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tyler Kennedy**
18756 W Luke Ave
Litchfield Park, AZ 85340

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1042 of 1098

| 3.626 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Tyler Lanham**
38 N Earl St
Apt 2
Shippensburg, PA 17257

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.626 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Tyler Lonjin**
1913 Sentinec Court
Virginia Beach, VA

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.627 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Tyler Lynch**
1560 s 233rd ave
Buckeye, AZ 85326

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.627 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Tyler M Vickers**
108 Nicholas View Ln.
Hazel Green, AL 35750

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.627 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Tyler March**
752 sage street apt 3c
Elko, NV 89801

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.627 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Tyler McCarthy**
9 River Ridge rd
Plymouth, NH 03264

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1043 of 1098

| 3.627 4 | **Nonpriority creditor's name and mailing address**<br>**Tyler McMahan**<br>**7203se 85th AVE**<br>**Portland, OR 97266**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _Potential warranty claim_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.627 5 | **Nonpriority creditor's name and mailing address**<br>**Tyler Mentley**<br>**197 Miramonte Drive**<br>**Moraga, CA 94556**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _Marketing Influencer_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.627 6 | **Nonpriority creditor's name and mailing address**<br>**TYLER MIEDEMA**<br>**781 W. Walcott Rd, Lot 195**<br>**Walcott, IA 52773**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _Potential warranty claim_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.627 7 | **Nonpriority creditor's name and mailing address**<br>**TYLER MIEDEMA**<br>**781 W. Walcott Rd, Lot 195**<br>**Walcott, IA 52773**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _Potential warranty claim_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.627 8 | **Nonpriority creditor's name and mailing address**<br>**tyler miller**<br>**2318 e 24th st**<br>**des moines, IA 50317**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _Potential warranty claim_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.627 9 | **Nonpriority creditor's name and mailing address**<br>**Tyler Mills**<br>**11118 Old Frederick St**<br>**Thurmont, MD 21788**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _Potential warranty claim_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1044 of 1098

| 3.628 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Tyler Monroe** **690 Riverview Drive** **Apt 135** **Columbus, OH 43202** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer** Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.628 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Tyler Moody** **1501 Church St** **Edmond, OK 73034** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer** Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.628 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Tyler Murphy** **173 Vine Cirlce** **Martinsburg, WV 25405** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim** Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.628 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Tyler Patzel** **885 ELKTON DR** **COLORADO SPRINGS, CO 80907-3522** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim** Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.628 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Tyler Peffers** **537 Geneva Dr** **Pleasantville, IA 50225** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Marketing Influencer** Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.628 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Tyler Petersen** **1211 North 4th Street** **Montevideo, MN 56265** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Potential warranty claim** Is the claim subject to offset? ☐ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1045 of 1098

| 3.628 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Tyler Petty**
10225 63rd Avenue Ct. E
Puyallup, WA 98373

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.628 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Tyler Propst**
4114 NE 14th Pl, Unit B
RENTON, WA 98059

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.628 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Tyler Propst**
4114 NE 14th Pl, Unit B
Renton, WA 98059

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.628 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Tyler Propst**
abovetp@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.629 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Tyler Quayle**
2750 Hedgerow Ct
Bozeman, MT 59718

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.629 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Tyler Rapozo**
822 McConnell Ave.
Santa Rosa, CA 95404

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 22-40396  Doc# 32  Filed: 05/05/22  Entered: 05/05/22 12:11:36  Page 1046 of 1098

| 3.629 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Tyler Rastin** | ■ Contingent | |
| **114 Arnold Avenue** | ■ Unliquidated | |
| **Vaughan, Ontario L4J 1B5** | ■ Disputed | |
| **CANADA, ON** | | |
| Date(s) debt was incurred _ | Basis for the claim:  **Potential warranty claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.629 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Tyler Rastin** | ■ Contingent | |
| **tytyplayzz.yt@gmail.com** | ■ Unliquidated | |
| | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Marketing Influencer** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.629 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Tyler Rodrigue** | ■ Contingent | |
| **23 Choate Lane #6** | ■ Unliquidated | |
| **Farmingdale, ME 04344** | ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Marketing Influencer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.629 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **TYLER ROSS** | ■ Contingent | |
| **1040 N Spaulding Ave, Apt 3** | ■ Unliquidated | |
| **Los Angeles, CA 90046** | ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Potential warranty claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.629 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **tyler Scardecchio** | ■ Contingent | |
| **174 henry road** | ■ Unliquidated | |
| **Barto, PA 19504** | ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Potential warranty claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.629 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Tyler Shangle** | ■ Contingent | |
| **2732 Rd. A NE** | ■ Unliquidated | |
| **Moses Lake, WA 98837** | ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Marketing Influencer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.629 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tyler Shook**
**145 Sell Street**
**Johnstown, PA 15905**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.629 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tyler Smith**
**1395 Stone Creek Lane**
**Charlottesville, VA 22902**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.630 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tyler Solchik**
**19 Chapman Ct**
**Greenfield, IN 46140**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.630 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**tyler stewart**
**1342 Harvard Dr**
**Gulf Breeze, FL 32563**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.630 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**tyler stotler**
**2525 maple avenue**
**altoona, PA 16601**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.630 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tyler Tehas**
**8202 Pinewood Canyon Ln**
**Humble, TX 77346**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1048 of 1098

| 3.630 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**tyler treloar**
31 Finch Crescent
St. Albert, Alberta T8N 1Y5
CANADA

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tyler Vaughn**
tjdashbusiness@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tyler Vogel**
37234 Price Dr.
Zephyrhills, FL 33541

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**tyler walker**
740 sidney marcus blvd apt 8105
atlanta, FL 30324

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tyler Wasson**
60 Elizabeth Road
Billerica, MA 01821

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tyler White**
tyler_white240@hotmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 1049
of 1098

| 3.631 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Tyler Withrow**<br>**1820 East Homewood Street**<br>**Park City, KS 67219** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** Marketing Influencer | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.631 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Tyler Ziegler**<br>**5420 Groveland Terrace**<br>**MADISON, WI 53716** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** Marketing Influencer | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.631 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Tylerphu Nguyen**<br>**9801 NE 125TH LN #1**<br>**kirkland, WA 98034** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** Marketing Influencer | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.631 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Tyrell Williams**<br>**19333 Wildwood Dr**<br>**Chugiak, AK 99567** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** Potential warranty claim | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.631 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Tyson Hopkins**<br>**1541 Hollyhock Dr**<br>**Apt B**<br>**Medford, OR 97504** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** Marketing Influencer | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.631 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Tyson Pickell**<br>**23054 E Desert Hills Dr**<br>**Queen Creek, AZ 85142** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** Marketing Influencer | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1050 of 1098

| 3.631 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**TYT**
**6230 Wilshire Blvd. #140**
**Los Angeles, CA 90048**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.631 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**US Bank**
**P.O .Box 790448**
**Saint Louis, MO 63179**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.631 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Uxieu**
**talkingtostars@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.631 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**V L Zablan**
**3050 West Ball Road #210**
**Anaheim, CA 92804**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.632 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Vadim Kleyner**
**6977 Mayfield rd**
**Gates Mills, OH 44040**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.632 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Valerie Franco**
**2605 N 36th St Apt G5**
**Phoenix, AZ 85008**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1051 of 1098

| | |
|---|---|
| 3.632 2 | |

**Nonpriority creditor's name and mailing address**

**Valerie Jimenez**
**29 Middlebush Rd**
**Wappingers Falls, NY 12590**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                     **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.632 3 | |

**Nonpriority creditor's name and mailing address**

**Valerie Roadfuss**
**175s 200e**
**Midway, UT 84049**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                     **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.632 4 | |

**Nonpriority creditor's name and mailing address**

**Vanguard**
**c/o Ascensus**
**P. O. Box 28067**
**New York, NY 10087**

Date(s) debt was incurred _

Last 4 digits of account number  **3424**

**As of the petition filing date, the claim is:** Check all that apply.                     **$16,205.48**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.632 5 | |

**Nonpriority creditor's name and mailing address**

**Varian Solis**
**7143 Perris Hill RD**
**San Bernardino, CA 92404**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                     **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.632 6 | |

**Nonpriority creditor's name and mailing address**

**Vast LLC**
**401 Warren St**
**FL 3**
**Redwood City, CA 94063**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                     **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.632 7 | |

**Nonpriority creditor's name and mailing address**

**Vast, LLC**
**Attn:  Trey Christensen**
**6801 Kennedy Road, Suite 301**
**Warrenton, VA 20187**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                     **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.632 8**

**Nonpriority creditor's name and mailing address**

**Vaughan Connely**
7925 N 1st Ave
Tucson, AZ 85718

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

**Unknown**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.632 9**

**Nonpriority creditor's name and mailing address**

**Vawn Brown**
vonbrown93@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

**Unknown**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.633 0**

**Nonpriority creditor's name and mailing address**

**Vencent Jay Domingcil**
7001 West Charleston Blvd, #2028
Las Vegas, HI 89117

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

**Unknown**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.633 1**

**Nonpriority creditor's name and mailing address**

**VeNeis A. Gordon**
325 Ursinus Court
Pemberton, NJ 08068

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

**Unknown**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.633 2**

**Nonpriority creditor's name and mailing address**

**vera suroviec**
316 Trafalgar Lane
Cary, NC 27513

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

**Unknown**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.633 3**

**Nonpriority creditor's name and mailing address**

**Vernicha White**
2204 18 1/2 ave nw apt 4
Rochester, MN 55901

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

**Unknown**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1053 of 1098

| 3.633 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Veronica Gonzales**
**v3ro15@outlook.com**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.633 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Veronica Leslie**
**4354 DELL Rd**
**APT E**
**Lansing, MI 48911-8140**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.633 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Veronica Rush**
**3319 S 18th St - 1**
**Saint Louis, MO 63118**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.633 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Veronika Nalepka**
**veefroggy@gmail.com**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.633 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ViaSat**
**6155 El Camino Real**
**Carlsbad, CA 92009**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Internet provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.633 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Vicky Torres**
**emeralddiamond17@gmail.com**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1054 of 1098

| 3.634 0 | Nonpriority creditor's name and mailing address **Victor Garcia** 12 Elena Pl Dover, NJ 07801 | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.634 1 | Nonpriority creditor's name and mailing address **Victor Garcia Fantauzzi** 15333 W Hope Drive Surprise, AZ 85379 | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.634 2 | Nonpriority creditor's name and mailing address **Victor Leon** 8764 homer Detroit, MI 48209 | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.634 3 | Nonpriority creditor's name and mailing address **Victor Reynolds** 108 Normandy Dr Howell, MI 48843 | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.634 4 | Nonpriority creditor's name and mailing address **Victor Wowaka** 220 Lake Lillian Dr. Perry, GA 31069 | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.634 5 | Nonpriority creditor's name and mailing address **Victor Yanez** 2304 Blueberry Ln Pasadena, TX 77502 | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ☐ No ☐ Yes

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1055 of 1098

| 3.634 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Victoria Kelling**
**5309 Duchess CT.**
**Lake Dallas, TX 75065**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Victoria Murillo**
**12307 painter ave**
**Whittier, CA 90605**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Victoria-Rose B. Griffith**
**165 Waimaluhia Ln. Apt. 101**
**Wailuku, HI 96793**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Victoria-Rose B. Griffith**
**165 Waimaluhia Ln. Apt. 101**
**Wailuku, HI 96793**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Viktor Wiahl**
**Smaragdstigen 16**
**28232 Tyringe**
**SWEDEN**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Viktor Wiahl**
**Smaragdstigen 16**
**28232 Tyringe**
**SWEDEN**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1056 of 1098

| 3.635 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**ViMki magnis**
249 Shelburne Rd
Asheville, NC 28806-2319

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Marketing Influencer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Vince Ameduri**
1151 Bermuda
Edwardsville, IL 62025

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Marketing Influencer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Vincent Binotto**
107 Country Garden Apartment, 7
Troy, NY 12180

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Potential warranty claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Vincent Capluzzi**
7379 Hopkins Rd
Avoca, NY 14809

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Potential warranty claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Vincent Cassata**
1111 Route 110
Suite 300
Farmingdale, NY 11735

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Marketing Influencer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Vincent Fisher**
8321 Diamond Way Court
Pearland, TX 77584

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Potential warranty claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1057 of 1098

| 3.635<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Vincent Hendrix**
322 Rodgers Rd
McDonough, GA 30252

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.635<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Vincent King**
114 Gregory St
Columbus, TX 78934

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.636<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Vincent m Lopez**
4 phlox way
Chico, CA 95973

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.636<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Vincent Migyanko**
2838 North Mildred Ave., 3
Chicago, IL 60657

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.636<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Vincent Newell**
16 Church St Apt 3R
Belmont, MA 02478

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.636<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Vincent Nguyen Pham**
12692 Flower St., Apt. #1
Garden Grove, CA 92840

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1058 of 1098

| 3.636 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Vincienzo Genatempo**
7541 Sun Tree Circle, 135
Azalea Park, FL 32807

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.636 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Vindon Griffin**
514 Cherry Street
Lansdale, PA 19446

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.636 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Vinton Te'o**
13872 Del Corso Way, Apt 1803
Broomfield, CO 80020

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.636 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Violet Anderson**
5309 Lucy Place 203
Montreal QC H3X 1L1
CANADA

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.636 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Violet Perches**
48425 Pechanga Rd
Temecula, CA 92592-2990

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.636 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Virginia McNeil**
1701 Horseshoe Trail
Chester Springs, PA 19425

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1059
of 1098

| 3.637 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Vivian Montalvo**
**398 Danforth Ave #c4**
**Jersey city, NJ 07305-1939**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**vladimir santana**
**5400 nw 2nd ave**
**Miami, FL 33127**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Vy Au N.**
**kipibunz@yahoo.com**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wade Carie**
**2894 S Old US 41**
**Vincennes, IN 47591**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wade Hofmeister**
**20696 Morgan County Road P**
**Fort Morgan, CO 80701**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Walter Massey**
**3974 S Richfield St**
**Aurora, CO 80013**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 1060 of 1098

Name

| 3.637 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Wanda Stovall**
**302, Hillcreek Dr.**
**Whitehouse, TX 75791**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Warren Davis**
**111 W 12TH ST**
**Shamrock, OK 79079**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Warren Davis**
**8086 S Yale Ave #275**
**Tulsa, OK 74136**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Warren Davis**
**8086 S Yale Ave #275**
**Tulsa, OK 74136**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.638 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Warren Davis**
**8086 S Yale Ave #275**
**Tulsa, OK 74136**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.638 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Warren Davis**
**8086 S Yale Ave #275**
**Tulsa, OK 74136**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1061 of 1098

| 3.638 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Waste Management** **800 Capital St., Suite 3000** **Houston, TX 77002** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.638 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **WAYDE CRENSHAW** **907 tidewater ln #215** **Longwood, FL 32750** | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Marketing Influencer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.638 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Wayland Lee Jones** **514 Jordan Lane** **Seymour, TN 37865** | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Potential warranty claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.638 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Wayne Baxter** **P.O. Box 1494** **Silver City, NM 88062** | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Marketing Influencer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.638 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Wayne Howard** **716 Spring Oak Cir** **Orlando, FL 32828** | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Potential warranty claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.638 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Wayne Howard** **Kang@tyrus.tv** | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Marketing Influencer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1062 of 1098

| 3.638 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Wayne P Burnett III**
547 Marchbanks Rd
Boiling Springs, SC 29316

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.638 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Wendy Anderson**
7204 Tonka Ln
Austin, TX 78744

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Wendy Brogan**
128 N Sheridan
MCADOO, PA 18237

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Wes Johnson (Mystic)**
wesjohnson41@hotmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Wesley A Jock**
801 Euclid Ave, Apt #3
Syracuse, NY 13210

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Wesley Becherer**
926 Anderson Ln
Apt 58
Springfield, OR 97477-8004

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 1063 of 1098

| 3.639 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wesley Bobbitt**
**6765 Corporate Boulevard**
**Apt #6102**
**Baton Rouge, LA 70809**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wesley Reid**
**8345 Harris Rd.**
**Denham Springs, LA 70726**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wesley Sackenheim**
**1205 Sumter Court**
**Salisbury, NC 28144**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wesley Spence**
**3216 Caddo Trl.**
**Fort Worth, TX 76135**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wesley Torrey**
**964 Los Angeles Ave**
**Unit 101**
**Ventura, CA 93004**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wesley Uber**
**425 Liberty Street**
**Grove City, PA 16127**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 1064 of 1098

| 3.640 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Weslie Woodward**
**19816 Vilamoura St**
**Pflugerville, TX 78660**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  Marketing Influencer 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.640 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Westley Carlson**
**PartyFineapple@Gmail.com**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  Marketing Influencer 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.640 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**westley perry**
**512 SHEFFIELD DR**
**VERSAILLES, KY 40383**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  Potential warranty claim 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.640 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Westly Hatfield-Reavis**
**943 Asheville Ave #201**
**Fort mill, SC 29708**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  Marketing Influencer 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.640 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Weston Lane Wilson**
**700 Americana Drive Apt46**
**Annapolis, MD 21403**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  Potential warranty claim 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.640 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Whitney Sherman**
**509 East McKay Street**
**Frontenac, KS 66763**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  Marketing Influencer 

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 1065 of 1098

| 3.640 6 | **Nonpriority creditor's name and mailing address**<br>**Widy Wang**<br>**30 Elm Drive East #1802**<br>**Mississauga ON L5A 4C3**<br>**CANADA** | **As of the petition filing date, the claim is:** Check all that apply.     **Unknown**<br>■ Contingent<br>■ Unliquidated<br>■ Disputed |
|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.640 7 | **Nonpriority creditor's name and mailing address**<br>**Wilford P Anderson**<br>**500 E 9th ST APT B**<br>**sheffield, AL 35660** | **As of the petition filing date, the claim is:** Check all that apply.     **Unknown**<br>■ Contingent<br>■ Unliquidated<br>■ Disputed |
|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

| 3.640 8 | **Nonpriority creditor's name and mailing address**<br>**Will Burwell**<br>**da11as_9@yahoo.com** | **As of the petition filing date, the claim is:** Check all that apply.     **Unknown**<br>■ Contingent<br>■ Unliquidated<br>■ Disputed |
|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.640 9 | **Nonpriority creditor's name and mailing address**<br>**Will Crisostomo**<br>**1408 Palomino Farm Way**<br>**N Las Vegas, NV 89081** | **As of the petition filing date, the claim is:** Check all that apply.     **Unknown**<br>■ Contingent<br>■ Unliquidated<br>■ Disputed |
|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

| 3.641 0 | **Nonpriority creditor's name and mailing address**<br>**Will Dyer**<br>**PSC 561 BOX 7013**<br>**FPO, AP 96310-0071** | **As of the petition filing date, the claim is:** Check all that apply.     **Unknown**<br>■ Contingent<br>■ Unliquidated<br>■ Disputed |
|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

| 3.641 1 | **Nonpriority creditor's name and mailing address**<br>**Will Leishman**<br>**23 Tangle Brush dr.**<br>**The Woodlands, TX 77381** | **As of the petition filing date, the claim is:** Check all that apply.     **Unknown**<br>■ Contingent<br>■ Unliquidated<br>■ Disputed |
|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 1066 of 1098

| 3.641 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Will Lingafelt**
35911 Kenai Spur Highway
Suite 8
SOLDOTNA, AK 99669

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Will Rook**
innerpunkness@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Will Shuttleworth**
12708 W Levin St
Boise, ID 83709

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Will Whatley**
1403 williams st
Pascagoula, MS 39567

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Willi Hen**
business@xtrex.eu

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**William Argueta**
1256 Russell Dr.
Ocoee, FL 34761

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 1067
of 1098

| | | |
|---|---|---|
| 3.641 8 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**William Arseneau**
4524 Innes Road, A
Ottawa, Ontario, K4A 3J7
CANADA

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.641 9 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**william batson**
103 little river drive
goldsboro, NC 27530

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.642 0 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**William Brian Stevenson**
3970 Stoneridge Dr, Apt 8
Pleasanton, CA 94588-8354

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.642 1 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**William Buechele**
14210 Academy Ridge Boulevard
Louisville, KY 40245

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.642 2 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**William Christopher**
2041 Abbott St
Oxnard, CA 93033

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.642 3 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**William Christopher Bell**
1710 Sam Bass Blvd Apt. 528
Denton, TX 76205

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.642 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**William Clayton**
55 Parkside Circle
levittown, PA 19056

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

| 3.642 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**WILLIAM CLAYTON BADGER**
351 River St
Hartsville, TN 37074

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

| 3.642 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**William Cooper**
339 Old White Oak Cemetery Road
Dallas, GA 30157

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

| 3.642 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**William Czuprynski**
1535 autumn hills dr
reno, NV 89511

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

| 3.642 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**William Dobkin**
3900 West Coast Highway #300
Newport Beach, CA 92663

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

| 3.642 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**William Dries**
15354 Wits End Drive
Woodbridge, VA 22193

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1069 of 1098

| 3.643 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **William DUVALL** | ☐ Contingent | |
| 14 Hemlock Circle Trak | ☐ Unliquidated | |
| Ocala, FL 34472 | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _Marketing Influencer_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.643 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **William Edward Stevenson II** | ☐ Contingent | |
| 8920 vinewood dr | ☐ Unliquidated | |
| dallas, TX 75228 | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _Potential warranty claim_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.643 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **William Elmore** | ☐ Contingent | |
| 7061 Parrot Bay Way | ☐ Unliquidated | |
| Las Vegas, NV 89118 | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _Marketing Influencer_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.643 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **William Fetz** | ☐ Contingent | |
| 1292 Karen Road | ☐ Unliquidated | |
| Sandwich, IL 60548 | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _Marketing Influencer_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.643 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **William Gamelli** | ☐ Contingent | |
| 75 Royal Oak Drive | ☐ Unliquidated | |
| Durham, CT 06422 | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _Marketing Influencer_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.643 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **William Garner** | ☐ Contingent | |
| 5525 50th st, apt 610 | ☐ Unliquidated | |
| Lubbock, TX 79414 | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _Potential warranty claim_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1070 of 1098

| 3.643 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **William Goode** | ☐ Contingent | |
| **22 Bushell Mill Place** | ☐ Unliquidated | |
| **Spring, TX 77382** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: _Potential warranty claim_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.643 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **William Hoiles** | ☐ Contingent | |
| **211 York Street** | ☐ Unliquidated | |
| **Apt 1** | ☐ Disputed | |
| **Jersey City, NJ 07302** | | |
| Date(s) debt was incurred __ | Basis for the claim: _Marketing Influencer_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.643 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **William Hollowell** | ☐ Contingent | |
| **107 Hickory Lane** | ☐ Unliquidated | |
| **Edenton, NC 27932** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: _Marketing Influencer_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.643 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **William J Hacker** | ☐ Contingent | |
| **6270 Pony Express Trail** | ☐ Unliquidated | |
| **Pollock Pines, CA 95726** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: _Potential warranty claim_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.644 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **William Johnston** | ☐ Contingent | |
| **1904 Grassland Drive** | ☐ Unliquidated | |
| **Norman, OK 73072** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: _Marketing Influencer_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.644 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **William Kozak** | ☐ Contingent | |
| **409 State Highway 8** | ☐ Unliquidated | |
| **Mount Upton, NY 13809** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: _Marketing Influencer_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 1071 of 1098

| 3.644 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**William McLendon**
95 Clear Creek Loop
Durango, CO 81301

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 3 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**William Moore**
344 sandy kaye rd
big rock, TN 37023

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 4 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**William Murphy**
2 Duirling, Roscam
Galway H91EYKO
IRELAND

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 5 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**William Muscle**
Muscle19870@outlook.com

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 6 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**William Neff**
thewillneff@gmail.com

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Marketing Influencer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 7 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**William Neto Malheiro**
Rua Mario de Azevedo Gomes, 5
Lisboa, 1500-458
PORTUGAL

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1072 of 1098

| 3.644 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**William Olsson**
salsbacksv gen 6
Ystad, Skane 27195
SWEDEN

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

| 3.644 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**William Parker**
110 West Prairie Street
Camp Point, IL 62320

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

| 3.645 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**William Perry**
5758 Flint Hill Rd.
Sonora, KY 42776

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

| 3.645 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**William Petutsky**
513 Royal Palm Ct
Altamonte Springs, FL 32701

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

| 3.645 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**William poe**
13 Shenandoah Dr. Florence, KY 41042
Florence, KY 41042

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

| 3.645 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**William Pollock**
willerzstreams@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1073 of 1098

| 3.645 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**William Respondek**
807 Bennett Ct
Pensacola, FL 32508

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**William Rexford Owen III**
4307 Winnetka Rd
Corinth, TX 76208

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**William Ryan Zaworski**
1021 Scituate Court
Grafton, OH 44044

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**William Satrom**
4715 Little Falls Rd
Arlington, VA 22207

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**William Schmitt**
203 S Main St
Grant Park, IL 60940

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**William Shane Chandler**
2906 Caldera Blvd
Midland, TX 79705

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1074 of 1098

| 3.646 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**William Sweeney**
25 Sheraden Ave
Staten Island, NY 10314

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**William T Hay**
6867 N. Prairie Dr.
Tucson, AZ 85743

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**William Watson**
95 Manila Place
Bridgeport, CT 06610

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**WILSON,AARON**
9936 Canvasback Drive
Shreveport, LA 71106

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wintearia**
wintearia@gmail.com

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Winter Honig-Peuziat**
11380 S State Hwy 16
Llano, TX 78643

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1075 of 1098

| 3.646 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wisdom Duffy**
**2043 Cambridge Dr**
**Fairfield, CA 94533**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.646 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**WithYouWithMe Services Inc.**
**1055 West Hastings Street Ste. 170**
**Vancouver, British Columbia V6E 2E9**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.646 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**WME Entertainment**
**9560 Wilshire Blvd.**
**Beverly Hills, CA 90210**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.646 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wojciech Panek**
**5621 Selkirkshire Road**
**Charlotte, NC 28278**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.647 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wojciech Panek**
**5621 Selkirkshire Road**
**Charlotte, NC 28278**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.647 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wojciech Panek**
**5621 Selkirkshire Road**
**Charlotte, NC 28278**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1076 of 1098

---

| 3.647 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wojciech Panek**
**5621 Selkirkshire Road**
**Charlotte, NC 28278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.647 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wonna white**
**800 Reads Lake Rd**
**Apt 319**
**chattanooga, TN 37415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.647 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Woolie Madden**
**65 st-paul west, 607**
**Montreal, Quebec H2Y355**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.647 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Woolie Madden**
**wooliemadden@gmail.com**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.647 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**WordPress System Software**
**60 29th Street #343**
**San Francisco, CA 94110-4929**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Website builder and plug-ins**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.647 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**WP Engine**
**504 Lavaca Street, Suite 1000**
**Austin, TX 78701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Web hosting services**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1077 of 1098

| 3.647 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wyatt Holsworth**
8168 Kirkridge st.
Belleville, MI 48111

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.647 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wyatt Long**
301 N Taft Ave
Isabel, SD 57633

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wyatt Przybycien**
20 Weston St
Wilbraham, MA 01095

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Xavier Ceballos**
1216 Viking dr
Holiday, FL 34691

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Xavier Demps**
44846 Lincoln Street Apt 2
Fort Riley, MI 66442

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Xavier Henry**
xavierchenry@gmail.com

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1078 of 1098

| 3.648 4 | | | |
|---------|---|---|---|

**Nonpriority creditor's name and mailing address**

**Xavier Skipper**
**3414 E Sunset Street**
**Springfield, MO 65804**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 5 | | | |
|---------|---|---|---|

**Nonpriority creditor's name and mailing address**

**xeriffer**
**xeriffer@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 6 | | | |
|---------|---|---|---|

**Nonpriority creditor's name and mailing address**

**XeroWins**
**xerodiran@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 7 | | | |
|---------|---|---|---|

**Nonpriority creditor's name and mailing address**

**Xiao Liu Ojeda**
**4911 Garden Club Cir.**
**#103**
**Glen Allen, VA 23059**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 8 | | | |
|---------|---|---|---|

**Nonpriority creditor's name and mailing address**

**Xochitl Chavarria**
**34875 Pourry Rd 2508**
**Winchester, CA 92596**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 9 | | | |
|---------|---|---|---|

**Nonpriority creditor's name and mailing address**

**Xzavier Burris**
**1932 Roaedale Avenue**
**Knoxville, TN 37915**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1079 of 1098

| 3.649 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Yanyan Liang**
9270 East Mission Lane
Unit 211
Scottsdale, AZ 85258

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.649 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Yassuo**
yassuotemp@temp.com

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.649 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ye Liang**
2304 Historic Circle
Morrisville, NC 27560

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.649 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Yen-Linh Chit**
raimuchuvt@gmail.com

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.649 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Yijing Jiang**
9723 W Broward Blvd
Plantation, FL 33324

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.649 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Yimeng Zheng**
4621 Briar Patch Ct.
FAIRFAX, VA 22032

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1080 of 1098

| | | |
|---|---|---|
| 3.649 6 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Yngvar Brynildssen III**
**2206 W BEAUMONT LN**
**BLOOMINGTON, IN 47404**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.649 7 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Yoav Eckhaus**
eckhausbusiness@gmail.com

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.649 8 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Yolanda Ceballos**
**1212 1/2 Ballista Ave**
**La Puente, CA 91744**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.649 9 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Yomara Ortega**
**144 Creekside Court**
**Fortson, GA 31808**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.650 0 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Yoohwan Roh**
**5648 Bay St Apt 629**
**Emeryville, CA 94608**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.650 1 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Yoomi Causby**
**595 Gundersen Dr.**
**Apt 509**
**Carol Stream, IL 60188**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1081 of 1098

| 3.650 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Younes Bettaz**
lambcuties@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.650 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Yousef Safieddine**
aysfps@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.650 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**YouTube**
artesianbuildsemail5@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.650 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**YU HAICHAO**
**282 saint laurent app3**
**Saint Eustache, Quebec J7P 5C3**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.650 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Yusef Kinan**
**1 FISHKILL GLEN DRIVE #1F**
**Fishkill, NY 12524**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.650 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Yusef Kinan**
**1 FISHKILL GLEN DRIVE #1F**
**Fishkill, NY 12524**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1082 of 1098

| 3.650 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
YuukiUkami
414 S. Marshall ave
Marshall, MI 49068

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.650 9 |

**Nonpriority creditor's name and mailing address**
Yvette Caratachea
544 S Barnwell St
Oceanside, CA 92054-4513

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.651 0 |

**Nonpriority creditor's name and mailing address**
Zac Evans-Golden
3041 lake haven dr
ann arbor, MI 48105

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.651 1 |

**Nonpriority creditor's name and mailing address**
Zac Hadlock
3392 Lost Meadows Lane
Buford, ID 30519

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.651 2 |

**Nonpriority creditor's name and mailing address**
Zac Scott
1111 Cedar Bluff Trail
Lilburn, GA 30047

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.651 3 |

**Nonpriority creditor's name and mailing address**
Zacarias Carmona jr
810 N La Grange Rd
La Grange Park, IL 60526

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1083
of 1098

| 3.651 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Zach Beall**
**1871 Tilton Dr**
**Pittsburgh, PA 15241**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.651 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Zach Clinger**
**5001 S Burlington Way Suite A**
**Tacoma, WA 98409**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.651 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Zach Clinger**
**5001 S BURLINGTON WAY Suite A**
**Tacoma, WA 98409**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.651 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Zach Clinger**
**staff@illogical.network**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.651 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Zach Czerenda**
**6 Connor Ln**
**New Milford, CT 06776**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.651 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Zach Johnson**
**12815 Crystal Springs Dr.**
**Granite Falls, WA 98252**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1084 of 1098

| 3.652 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Zach Linton**
**891 NE Hidden Valley Dr**
**Unit B**
**Bend, OR 97701**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.652 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Zach Pendleton**
**imglitchhh@gmail.com**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.652 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Zach Perkins**
**254 steelworkers rd**
**scottsboro, AL 35769**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.652 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Zachariah Rivera**
**4009 Valley Ridge Rd**
**Dallas, TX 75220**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.652 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Zachary A Velasco**
**326 C Davis Court**
**Oceanside, CA 92058**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.652 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Zachary Allen**
**56 Chaplin Road**
**Bristol, England B550Jz**
**UNITED KINGDOM**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1085 of 1098

---

**3.652 6**

**Nonpriority creditor's name and mailing address**

**Zachary Austin**
**1702 E hwy 44**
**lot 113**
**Rapid city, SD 57703**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.652 7**

**Nonpriority creditor's name and mailing address**

**Zachary Bell**
**1704 W 11TH ST**
**PORT ANGELES, WA 98363-7071**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.652 8**

**Nonpriority creditor's name and mailing address**

**Zachary Bube**
**8851 Bradwell Pl**
**Apt. 208**
**Fishers, IN 46037**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.652 9**

**Nonpriority creditor's name and mailing address**

**Zachary Caron**
**1202 9th Avenue SW**
**Faribault, MN 55021**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.653 0**

**Nonpriority creditor's name and mailing address**

**Zachary Conque**
**5701 McKinney Place Dr, Appt. 6229**
**McKinney, Dallas   75070**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.653 1**

**Nonpriority creditor's name and mailing address**

**Zachary D McGee**
**6 Albatross Dr.**
**Ledyard, CT 06339**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1086 of 1098

| 3.653 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Zachary Davis**
6905 Heaton Moor Dr.
San Jose, CA 95119

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.653 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Zachary Devreese**
9466 Huckleberry Rd
Berrien Center, MI 49102

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.653 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Zachary Donaldson**
96 Tucker Hill Road
Middlebury, CT 06762

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.653 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Zachary DuBois**
9111 Kentucky Ave
Louisville, KY 40291

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.653 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Zachary Dunn**
weareteambranded@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.653 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Zachary Emmett Johnson**
116 Hudgins Rd
Fredericksburg, VA 22408

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ☐ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1087 of 1098

| 3.653 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Zachary Fabert**
**11803 River Hills Parkway**
**Rockton, IL 61072**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.653 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Zachary Faircloth**
**1829 N Salemburg Hwy**
**Salemburg, NC 28385**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.654 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Zachary Gearhart**
**5039 Ringwood ST**
**Simi Valley, CA 93063**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.654 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Zachary Gray**
**grayishgames@gmail.com**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.654 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Zachary Holcomb**
**Zdreamer702@gmail.com**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.654 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Zachary James Holcomb**
**5370 East Craig Road, Apt 1271 / Bldg. 3**
**LAS VEGAS, NV 89115**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset?  ■ No  ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1088 of 1098

| 3.654 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Zachary Kelly**
3030 San Elizario
Las Cruces, NM 88007

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Zachary Marlowe**
5264 NE 19th Ave
Apt A
Portland, OR 97211

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Zachary Marlowe**
5264 NE 19th Ave
Apt A
Portland, OR 97211

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Zachary mars**
120 sherman st
Pittsburgh, PA 15210

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Zachary Mennenga**
16268 F Ave
Wellsburg, IA 50680

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Zachary Merrill**
2847A Quay Loop
Holloman AFB, NM 88330

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1089
of 1098

| 3.655 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ZACHARY MICHAEL HEIM**
**397 Saint Julian Ln**
**Myrtle Beach, SC 29579**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Zachary Noseworthy**
**5816 Oriole Drive**
**Vernon BC V1H 1R4**
**CANADA**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Zachary Perrault**
**194 rue Smith, Apt 1**
**LaSalle, Quebec H8R 1W3**
**CANADA**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Zachary Ruby**
**708 53rd Avenue N**
**St Petersburg, FL 33703**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Zachary Rutelonis**
**2707 Sherrill Park Ct**
**Richardson, TX 75082**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ZACHARY SCHREIBER**
**106 SUMMIT AVE**
**GLEN BURNIE, MD 21060**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Marketing Influencer

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1090 of 1098

| 3.655 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Zachary Scorse**
1515 Cannon Pkwy, Apt 2127
Roanoke, TX 76262

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.655 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Zachary Sharp**
1800 Highland Ave Apt 214
Apt 214
Fall River, MA 02720-4325

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.655 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ZACHARY SHAW**
1802 Martha Ln
Lynn Haven, FL 32444

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.655 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Zachary Showalter**
5900 Patterson Ave., Apt. 27
Richmond, VA 23226

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.656 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Zachary Shutes**
1071 Glendale Avenue
Burton, MI 48509

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.656 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Zachary Shutes**
1071 Glendale Avenue
Burton, MI 48509

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 3.656 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Zachary Starzewski**
**131 Spruce Street**
**Rhinelander, WI 54501**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.656 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Zachary Stroud**
**275 Pinebrook Drive**
**Paducah, KY 42001**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.656 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Zachary Thomas**
**438 Woodcreek Road**
**STARKVILLE, MS 39759-5923**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.656 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Zachary Webb**
**19213 N 6TH ST**
**Phoenix, AZ 85024**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.656 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Zachary Young**
**3002 w. Evans drive**
**Phoenix, AZ 85053**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.656 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Zacherie Yost**
**4776 east guadalupe rd apartment 1012**
**gilbert, AZ 85234**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396  Doc# 32  Filed: 05/05/22  Entered: 05/05/22 12:11:36  Page 1092 of 1098

| 3.656 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Zachery Holley**
3910 Magnolia Blvd
Burbank, CA 91505

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.656 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Zack Allen**
6610 Jarvis Road
Sarasota, FL 34321

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.657 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Zackary S. Strand**
1301 Crossing Place, 631 C, 3rd Floor, U
Austin, TX 78741

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.657 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Zahi Alvarado Sanchez**
2593 menlo ave
clovis, TX 93611

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.657 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Zaida Swedberg**
SADSevStreams@gmail.com

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Marketing Influencer_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.657 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Zak Robinson**
45 Sea Terrace
Newport Beach, CA 92657

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Potential warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1093 of 1098

| 3.657 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Zakel Moss**
**1160 Stone Bluff Drive**
**Fenton, MO 63026**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.657 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Zakk Hodge**
**ampliesttv@gmail.com**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.657 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Zakkery Sherrill**
**1412 Muirfield Bend Dr, Unit B**
**Hutto, NC 78634**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.657 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Zakkery Sherrill**
**rapidfires777@gmail.com**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.657 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Zane Trzil**
**2043 Quailridge CT**
**Clarkston, WA 99403**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.657 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**zayd safi**
**8205 white falls blvd, unit 106**
**jacksonville, FL 32256**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1094 of 1098

---

**3.658 0**

**Nonpriority creditor's name and mailing address**

**Zechariah B Beeman**
**3215 Austin Place**
**Colorado Springs, CO 80909**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.658 1**

**Nonpriority creditor's name and mailing address**

**Zechariah Nelson**
**9503 S. Racine**
**Chicago, IL 60643**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.658 2**

**Nonpriority creditor's name and mailing address**

**Zendesk**
**989 Market St.**
**San Francisco, CA 94103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Customer support software**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.658 3**

**Nonpriority creditor's name and mailing address**

**Zernette Kaye Velasco**
**nettydorko@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.658 4**

**Nonpriority creditor's name and mailing address**

**Zhane Paul**
**501 Lincoln Dr**
**Great Falls, MT 59405**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.658 5**

**Nonpriority creditor's name and mailing address**

**ZHIBEK BASHI**
**easeeda@gmail.com**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1095 of 1098

Name

| | | |
|---|---|---|
| 3.658 6 | **Nonpriority creditor's name and mailing address**<br>**Zihao Zhu**<br>**1188 OLD ALAMEDA PT**<br>**ALAMEDA, CA 94502**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Unknown**<br><br>As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Potential warranty claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.658 7 | **Nonpriority creditor's name and mailing address**<br>**Zion Johnson**<br>**18011 Chapel Hill Ct.**<br>**Tuolumne, CA 95379**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Unknown**<br><br>As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Potential warranty claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.658 8 | **Nonpriority creditor's name and mailing address**<br>**ZipRecruiter**<br>**604 Arizpna Avenue**<br>**Santa Monica, CA 90401**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Unknown**<br><br>As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Job recruiter__<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.658 9 | **Nonpriority creditor's name and mailing address**<br>**Zoe Adkins**<br>**zoe3790@gmail.com**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Unknown**<br><br>As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Marketing Influencer__<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.659 0 | **Nonpriority creditor's name and mailing address**<br>**Zoe Goleach**<br>**844 Rutter Ave**<br>**Kinston, PA 18704**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Unknown**<br><br>As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Potential warranty claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.659 1 | **Nonpriority creditor's name and mailing address**<br>**Zollie A Jackson**<br>**bbollieeinc@gmail.com**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Unknown**<br><br>As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Marketing Influencer__<br><br>Is the claim subject to offset? ■ No ☐ Yes |

Case: 22-40396   Doc# 32   Filed: 05/05/22   Entered: 05/05/22 12:11:36   Page 1096 of 1098

| 3.659 2 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|---|

**Zoltan Somogyi**
**2401 Copley Road**
**Copley, OH 44321**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 3 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|---|

**ZULUAN ORION**
**3047 lakewood DR**
**weston, FL 33332**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 4 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|---|

**Zyuun Elyias-Sheikh**
**zyuunchan@gmail.com**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **ASI Partner** <br> **Attn:  Eric Estrada** <br> **19850 E. Business Parkway** <br> **Walnut, CA 91789** | Line  **3.580** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.2 | **Employment Department** <br> **UI Center** <br> **P. O. Box 14135** <br> **Salem, OR 97309-5068** | Line  **2.3** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.3 | **Euler Hermes Collections** <br> **North America** <br> **Attn:  John-Mark Patterson** <br> **800 Red Brook Blvd., Suite 400C** <br> **Owings Mills, MD 21117** | Line  **3.4134** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.4 | **NCDOL** <br> **Wage and Hour Bureau** <br> **1101 Mail Service Center** <br> **Raleigh, NC 27699** | Line  **2.60** <br><br> ☐ Not listed. Explain ____ | **2325** |
| 4.5 | **North Carolina Dept of Revenue** <br> **1101 Mail Service Center** <br> **Atten: Katherine Braak, Admin. Spec. II** <br> **Raleigh, NC 27699-1101** | Line  **2.53** <br><br> ☐ Not listed. Explain ____ | _ |

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 1097 of 1098

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.6 | **North Carolina Div Employment Security**<br>P. O. Box 25903<br>Raleigh, NC 27640-5903 | Line **2.52**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Texas Workforce Commission**<br>P. O. Box 149137<br>Austin, TX 78714-9137 | Line **2.63**<br>☐ Not listed. Explain ____ | **0925** |
| 4.8 | **Vanguard Retirement Plan**<br>Attn: Nicole Becker<br>clientservice@vanguardRetirement.com | Line **2.5**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Wells & Bennett**<br>Attn: Barry Bennett<br>1225 Alpine Road, Suite 202<br>Walnut Creek, CA 94596 | Line **3.2044**<br>☐ Not listed. Explain ____ | _ |

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | **188,599.34** |
| 5b. Total claims from Part 2 | 5b. + | $ | **2,002,583.59** |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | **2,191,182.93** |

Case: 22-40396    Doc# 32    Filed: 05/05/22    Entered: 05/05/22 12:11:36    Page 1098
of 1098