Form NTCPOC

# UNITED STATES BANKRUPTCY COURT
### California Northern Bankruptcy Court

| | |
|---|---|
| In Re: Artesian Future Technology, LLC<br>   dba Artesian Builds<br>   dba Artesian, LLC<br>   dba Artesian<br>   dba BLDYR, Inc.<br>      Debtor(s) | Case No.: 22–40396 CN 11<br><br>Chapter: 11 |

## NOTICE OF PROOF OF CLAIM FILED PURSUANT TO BANKRUPTCY RULE 3004

The debtor or trustee for the above–captioned case filed the following proof of claim on behalf of the creditor stated below.

Date filed: 5/6/22

Claim Number: 15

Creditor: Dann Rosenstein


Dated: 5/9/22                  For the Court:

                                                  Edward J. Emmons
                                                  Clerk of Court
                                                  United States Bankruptcy Court