# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−4 | User: admin | Date Created: 5/9/2022 |
| Case: 22−40396 | Form ID: NTCPOC | Total: 7 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr        Not Assigned − OK

                                                                                  TOTAL: 1

**Recipients of Notice of Electronic Filing:**
tr        Mark M. Sharf        mark@sharflaw.com
aty      Julie H. Rome−Banks      julie@bindermalter.com
aty      Michael W. Malter      michael@bindermalter.com
aty      Robert G. Harris      rob@bindermalter.com

                                                                                  TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Artesian Future Technology, LLC      5801 Cascade Drive      Chapel Hill, NC 27514
15391758      Dann Rosenstein      660 Northwest Falling Waters Lane      Unit 102      Portland, OR 97229

                                                                                  TOTAL: 2