

June 22, 2022

Re: Artesian Future Technology, LLC
  Chapter 11 case no. 22-40396-CN

Court clerk,

   Please remove me from the master address list, as I do not wish to receive any further postal mailings involving the case name shown above. Thank you.

                    Brian Telford
                    5107 Edmondson Pike
                    Nashville, TN 37211



Case: 22-40396    Doc# 94    Filed: 06/29/22    Entered: 06/30/22 10:15:09    Page 2 of 2