

MICHAEL W. MALTER, #96533
ROBERT G. HARRIS, #124678
JULIE H. ROME-BANKS, #142364
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA  95050
B: 408-295-1700
F: 408-295-1531
Email: michael@bindermalter.com
Email: rob@bindermalter.com
Email: julie@bindermalter.com

Attorneys for Debtor
Artesian Future Technology, LLC

The following constitutes the order of the Court.
Signed: January 16, 2023

_____
Charles Novack
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>ARTESIAN FUTURE TECHNOLOGY, LLC, a North Carolina limited liability company, dba ARTESIAN BUILDS, dba ARTESIAN, LLC, dba BLDYR, INC., dba ARTESIAN,<br><br>Debtor. | Case No.   22-40396-CN<br><br>Chapter 11<br><br>Hearing<br>Date: January 13, 2023<br>Time: 11:00 a.m.<br>Location: Tele/Video Conference |

### ORDER AMENDING ORDER GRANTING MOTION FOR ENTRY OF ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 363 AND 105 APPROVING THE ENGAGEMENT CONTRACT BETWEEN BPM, LLP AND THE DEBTOR AS MODIFIED

The Court having issued an Order to Show Cause Why The Court Should Not Amend the Order to Employ BPM, LLC (the "OSC") with an opportunity for parties in interest to respond; the Debtor having filed a response requesting that the Court's previous cap on the fees of BPM, LLC ("BPM") in this chapter 11 case should be removed; the matter having come on for hearing at the above-referenced date and time; Julie Rome-Banks of Binder & Malter LLP and Mark Sharf, Subchapter V Trustee, having appeared; the Court having stated its ruling on the record and good cause appearing,

ORDER AMENDING ORDER GRANTING MOTION FOR ENTRY OF ORDER APPROVING THE
ENGAGEMENT CONTRACT BETWEEN BPM, LLP AND THE DEBTOR AS MODIFIED    Page 1

Case: 22-40396    Doc# 247    Filed: 01/16/23    Entered: 01/17/23 09:26:06    Page 1 of 3

IT IS HEREBY ORDERED that:

1. The previously entered ORDER GRANTING MOTION FOR ENTRY OF ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 363 AND 105 APPROVING THE ENGAGEMENT CONTRACT BETWEEN BPM, LLP AND THE DEBTOR AS MODIFIED (docket #55) is hereby modified and amended to remove paragraph 2 on page 2 which provided for a cap of all fees recoverable by BPM, LLP of $25,000.00 for the entirety of the case. All other provisions of said order shall remain in full force and effect.

2. The OSC is discharged.

***END OF ORDER***

ORDER AMENDING ORDER GRANTING MOTION FOR ENTRY OF ORDER APPROVING THE
ENGAGEMENT CONTRACT BETWEEN BPM, LLP AND THE DEBTOR AS MODIFIED
Page2

Case: 22-40396    Doc# 247    Filed: 01/16/23    Entered: 01/17/23 09:26:06    Page 2 of 3

Court Service List

None

ORDER AMENDING ORDER GRANTING MOTION FOR ENTRY OF ORDER APPROVING THE
ENGAGEMENT CONTRACT BETWEEN BPM, LLP AND THE DEBTOR AS MODIFIED
Page3

Case: 22-40396    Doc# 247    Filed: 01/16/23    Entered: 01/17/23 09:26:06    Page 3 of 3